| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF INDIANA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | USA Gymnastics |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | DBA  USA Gymnastics Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 75-1847871 |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
|  |  | 130 E. Washington Street<br>Suite 700<br>Indianapolis, IN 46204 |  |
|  |  | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
|  |  | Marion | **Location of principal assets, if different from principal place of business** |
|  |  | County |  |
|  |  |  | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | https://usagym.org/ |
|---|---|---|

| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|  |  | ☐ Partnership (excluding LLP) |
|  |  | ☑ Other. Specify:  501(c)(3) organization |

Debtor __USA Gymnastics__    Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*
- ☑ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☑ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Debtor __USA Gymnastics__   Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [✓] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [✓] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [✓] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor   USA Gymnastics                                             Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 5, 2018
              MM / DD / YYYY

X   /s/ James Scott Schollenbarger                         James Scott Shollenbarger
    Signature of authorized representative of debtor        Printed name

Title   Chief Financial Officer

**18. Signature of attorney**

X   /s/ Catherine Steege                                   Date   December 5, 2018
    Signature of attorney for debtor                              MM / DD / YYYY

Catherine Steege
Printed name

JENNER & BLOCK LLP
Firm name

353 N. Clark St.
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone   312-222-9350        Email address   csteege@jenner.com

IL 06183529
Bar number and State

| Debtor name | USA Gymnastics |
|---|---|
| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF INDIANA | |
| Case No. (If known) | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Stephen D Penny Jr<br>11121 Mirador Lane<br>Fishers, IN 46037 | Stephen D Penny Jr | Severance Compensation | Disputed | | | $339,999.96 |
| 2 | Fidelity Investments 2018<br>USAG Profit Sharing Contribution<br>100 Crosby Parkway<br>Covington, KY 41015 | Fidelity Investments 2018 | Vendor | | | | $236,984.10 |
| 3 | Plews Shadley Racher & Braun LLP<br>1346 N. Delaware St.<br>Indianapolis, IN 46204 | Plews Shadley Racher & Braun LLP | Vendor<br>November 2018 Legal Invoice - Estimate | | | | $200,000.00 |
| 4 | American Athletic, Inc<br>200 American Ave<br>Jefferson, IA 50129 | American Athletic, Inc | Vendor | | | | $62,116.24 |
| 5 | PNC Bank<br>P.O. Box 828702<br>Philadelphia, PA 19182 | PNC Bank | Vendor<br>Pcard Balance USAG and S&R - Estimate | | | | $50,000.00 |
| 6 | National Travel Systems-Corporate Office<br>4314 S Loop 289, Suite 300<br>Lubbock, TX 79413 | National Travel Systems-Corporate Office | Vendor | | | | $45,645.03 |

| Debtor name | USA Gymnastics | | Case No. (If known) | |

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  Wipfli LLP<br>12359 Sunrise Valley Drive<br>Reston, VA 20191 | Wipfli LLP<br>Tel: 414-431-9300<br>Fax: 414-413-9303 | Vendor | | | | $9,814.30 |
| 8  The Alexander<br>333 South Delaware Street<br>Indianapolis, IN 46204 | The Alexander<br>Tel: 317-624-8200 | Vendor | | | | $8,025.49 |
| 9  John Cheng<br>137 Danbury Rd. #141<br>New Milford, CT 06776 | John Cheng<br>Tel: 860-355-5703 | Vendor | | | | $4,124.00 |
| 10  Benchmark Rehabilitation Partners<br>PO Box 2314<br>Ooltewah, TN 37363 | Benchmark Rehabilitation Partners<br>Tel: 423-238-7217<br>Fax: 423-238-3473 | Vendor | | | | $3,937.50 |
| 11  AT&T<br>P.O. Box 105414<br>Atlanta, GA 30348 | AT&T | Vendor | | | | $3,918.72 |
| 12  Sport Graphics, Inc.<br>3423 Park Davis Circle<br>Indianapolis, IN 46235 | Sport Graphics, Inc.<br>Tel: 000-899-7000 | Vendor | | | | $3,418.00 |
| 13  BMI<br>P.O. Box 630893<br>Cincinnati, OH 45263 | BMI | Vendor | | | | $2,842.39 |

| Debtor name | USA Gymnastics | | | Case No. (If known) | | |

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Tatiana Perskaia<br>7633 Hamelin Lane<br>Gainesville, VA 20155 | Tatiana Perskaia | Vendor | | | | $2,789.60 |
| 15  Antonia Markova<br>3535 Acorn Way Lane<br>Spring, TX 77389 | Antonia Markova | Vendor | | | | $2,400.00 |
| 16  Daniel Baker<br>1311 Kelliwood Oaks Drive<br>Katy, TX 77450 | Daniel Baker | Vendor | | | | $2,345.06 |
| 17  Denison Parking<br>c/o Virginia Ave. Garage<br>P.O. Box 1582<br>Indianapolis, IN 46206 | Denison Parking | Vendor | | | | $2,250.00 |
| 18  Ivan Yordanov Ivanov<br>700 Cobia Drive<br>Katy, TX 77494 | Ivan Yordanov Ivanov | Vendor | | | | $2,239.57 |
| 19  Elite Sportswear, L.P.<br>6850 Enterprise Dr.<br>South Bend, IN 46628 | Elite Sportswear, L.P. | Vendor | | | | $2,140.13 |
| 20  Neofunds By Neopost<br>P.O. Box 6813<br>Carol Stream, IL 60197 | Neofunds By Neopost<br>Tel: 800-636-7678 | Vendor | | | | $2,000.00 |

Debtor name **USA Gymnastics**                                      Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21  Dodson Group Inc<br>P.O. Box 393<br>Bownsburg, IN 46112 | Dodson Group Inc<br>Tel: 800-755-7283 | Vendor | | | | $1,960.74 |
| 22  Carey International, Inc.<br>7445 New Technology Way<br>Frederick, MD 21703 | Carey International, Inc. | Vendor | | | | $1,900.94 |
| 23  Chainey Umphrey<br>1415 Melwood Dr<br>San Joe, CA 95054 | Chainey Umphrey | Vendor | | | | $1,830.00 |
| 24  Mary Lou Ackman<br>1939 Butler Dr<br>Bartlett, IL 60103 | Mary Lou Ackman | Vendor | | | | $1,197.29 |
| 25  Heather M. Forbes<br>1170 White Chapel<br>Algonguin, IL 60102 | Heather M. Forbes | Vendor | | | | $1,060.00 |
| 26  Armine Barutyan-Fong<br>1409 NW Northridge<br>Blue Springs, MO 64015 | Armine Barutyan-Fong | Vendor | | | | $1,019.04 |
| 27  Champion Rx<br>5481 Commercial Dr., Suite C<br>Huntington Beach, CA 92649 | Champion Rx<br>Tel: 855-699-2221 | Vendor | | | | $887.67 |

**Debtor name**  USA Gymnastics                           Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28  Terin Humphrey<br>114 SE 2nd Street<br>Blue Springs, MO 64014 | Terin Humphrey | Vendor | | | | $840.40 |
| 29  Aflac<br>1932 Wynnton Road<br>Columbus, GA 31999 | Aflac<br>Tel: 888-992-3522 | Vendor | | | | $715.20 |
| 30  Staples Business Credit<br>P.O. Box 105638<br>Atlanta, GA 30348 | Staples Business Credit<br>Tel: 800-693-8080 | Vendor | | | | $710.39 |

# **RESOLUTIONS OF THE BOARD OF DIRECTORS OF USA GYMNASTICS**

### **December 4, 2018**

**WHEREAS**, the undersigned, representing each of the directors of the Board of Directors (the "**Board**") of USA Gymnastics ("**USAG**"), a 501(c)(3), not-for-profit organization, hereby adopt the following resolutions by written consent conducted via email;

**WHEREAS**, the Board of USAG, having considered the financial and operational conditions and strategic alternatives of USAG, and having reviewed, considered and received the recommendation of senior management to USAG and the advice of USAG's professionals and advisors with respect to the options available to USAG, including, without limitation, a filing under chapter 11 of the United States Code (the "**Bankruptcy Code**"), has determined that it is desirable and in the best interests of USAG, its creditors and employees and other interested parties that a petition be filed by USAG, seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**NOW THEREFORE, BE IT**

**RESOLVED**, that USAG be, and hereby is, authorized and empowered to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in the United Bankruptcy Court for the Southern District of Indiana:

**RESOLVED**, that members of the Board, USAG's officers, and any other person designated and so authorized to act by a director or officer of USAG (each an "**Authorized Person**" and, collectively, the "**Authorized Persons**") hereby are, and each of them is, authorized and empowered to: (i) execute, verify and file on behalf of USAG all documents necessary or appropriate in connection with the filing of USAG's chapter 11 petition, and any chapter 11 plan that the members of the Board deem to be in USAG's best interest, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition and plan; (ii) cause USAG to borrow funds from any such parties as they deem appropriate (a DIP facility) as reasonably necessary for the continuing conduct of the affairs of USAG and grant security interests in and liens upon all or substantially all of USAG's assets as may be deemed necessary in connection with such borrowings; (iii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with USAG's chapter 11 case; (iv) appear as necessary at all bankruptcy proceedings on behalf of USAG; and (v) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED**, that the law firm of Jenner & Block LLP, be and hereby is employed as general bankruptcy counsel for USAG in USAG's chapter 11 case, subject to approval by the Bankruptcy Court;

**RESOLVED**, that the Authorized Persons be, and hereby are, authorized and empowered to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring

advisors, investment bankers, public relations professionals and other professionals, subject to approval by the Bankruptcy Court, and to perform any and all further acts and deeds the Authorized Persons deem necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of USAG's chapter 11 case;

**RESOLVED,** that the Authorized Persons be and are hereby authorized and empowered to amend, supplement or otherwise modify from time to time the terms of any petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents executed in conjunction with any of the forgoing resolutions;

**RESOLVED,** that the acts, actions and transactions taken by the officers or the Board or any other Authorized Person taken prior to the date of the foregoing resolutions adopted herein and within the authority conferred, are hereby ratified, confirmed, and approved in all respects as the act and deed of USAG.

IN WITNESS WHEREOF, the undersigned have electronically executed this written consent as of the date first above written.

DIRECTORS OF THE BOARD OF USA GYMNASTICS

| | |
|---|---|
| /s/ Kathryn Carson<br>Kathryn Carson, Chair | /s/ Steven Legendre<br>Steven Legendre |
| /s/ David C. Rudd<br>David C. Rudd, Vice Chair | /s/ Dylan Mauer<br>Dylan Mauer |
| /s/ Stefanie Korepin<br>Stefanie Korepin, Treasurer | /s/ Staci Slaughter<br>Staci Slaughter |
| /s/ Lois Bingham<br>Lois Bingham | /s/ Justin Spring<br>Justin Spring |
| /s/ Kittia Carpenter<br>Kittia Carpenter | /s/ Julie Springwater<br>Julie Springwater |
| /s/ Ivana Hong<br>Ivana Hong | /s/ Kimberly Till<br>Kimberly Till |
| /s/ Brent Lang<br>Brent Lang | /s/ Kevin White<br>Kevin White |

# United States Bankruptcy Court
## Southern District of Indiana

In re  USA Gymnastics  
  Debtor(s)

Case No.  
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  12/5/2018

*/s/ James Scott Shollenbarger*  
James Scott Shollenbarger/Chief Financial Officer  
Signer/Title