## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**ORDER GRANTING MOTION FOR AN EXPEDITED HEARING ON DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT OF OMNI MANAGEMENT GROUP, INC. AS CLAIMS AND NOTICING AGENT PURSUANT TO 28 U.S.C. § 156(c), EFFECTIVE AS OF THE PETITION DATE**

This matter came before the Court on the *Motion For An Expedited Hearing On Debtor's Application For An Order Authorizing Employment Of Omni Management Group, Inc. As Claims And Noticing Agent Pursuant To 28 U.S.C. § 156(C), Effective As Of The Petition Date* (the

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

"**Motion**") filed by USA Gymnastics (the "**Debtor**") for an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 9006-1(a) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana (the "**Local Rules**"); and upon consideration of the *Declaration of James Scott Shollenbarger*; and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors, and any party in interest; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Motion should be GRANTED.

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Debtor shall serve this Order in accordance with Local Rule 9006-1(d) and certify such service in accordance with Local Rule 9006-(1)(e).

3. A hearing on the Motion will be held on December ___, 2018 at _____ (Prevailing Eastern Time) in Room 329 of the United States Bankruptcy Court, 46 East Ohio Street, Indianapolis, Indiana 46204.

4. Any objections to the Motion must be in writing and filed with the Clerk's Office and served, via the Court's ECF system, on the Debtor immediately before the December ___, 2018 hearing. In addition, telephonic notice of the filing of the objection shall be given to the chambers of Chief Judge Robyn L. Moberly (Telephone: (317) 229-3880).

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###