# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | USA GYMNASTICS | | |
| **Case Number:** | 18-09108-RLM-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 10, 2018 01:30 PM   IP 329 | | |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY | | |
| **Courtroom Clerk:** | KRISTIN GOSS | | |
| **Reporter / ECR:** | NIKKO RATLIFF | | |

### Matters:

1) Hearing Re:   First Day Motion to Pay Pre-Petition Employee Wage Claims filed by Melissa M. Root on behalf of Debtor USA Gymnastics  [11]
   **R / M #:**   0 / 0

2) Hearing Re:   First Day Motion for Approval of Cash Management System (Bank Accounts/Business Forms) filed by Melissa M. Root on behalf of Debtor USA Gymnastics with Objections  filed by Creditor, Sexual Abuse Survivors  and UST   [12]  [49]  [53]
   **R / M #:**   0 / 0

3) Hearing Re:   First Day Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under 11 U.S.C. Sec. 366(b) filed by Melissa M. Root on behalf of Debtor USA Gymnastics  [13]
   **R / M #:**   0 / 0

4) Hearing  Re:   First Day Motion for An Order (I) Authorizing the Debtor to Continue, Renew, and Supplement Insurance Policies; (II)Authorizing Payment of Obligations Incurred in the Ordinary Course of Operations in Connection with Insurance Programs, including Payment of Policy Premiums, Broker Fees, and Premium Financing Obligations; and (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto Pursuant to Sections 105(A) and 363(B) of The Bankruptcy Code filed by Melissa M. Root on behalf of Debtor USA Gymnastics  [14]
   **R / M #:**   0 / 0

5) Hearing Re:   First Day Motion to Pay Pre-Petition Trust Fund Taxes filed by Melissa M. Root on behalf of Debtor USA Gymnastics  [15]
   **R / M #:**   0 / 0

6) Expedited Hearing Re:    Motion for An Order (I) Authorizing The Debtor to File A Redacted Creditor Matrix and Redacted Amended Creditor Matrices and (II) Deeming The Procedures to Satisfy Local Rules B-1007 and B-1009 filed by Melissa M. Root on behalf of Debtor USA Gymnastics  with an Objection filed by Creditor, Sexual Abuse Survivors [9]  [50]
   **R / M #:**   0 / 0

7) Expedited Hearing Re:  Motion to Extend Time to File Schedules and Statement of Affairs filed by Melissa M. Root on behalf of Debtor USA Gymnastics  [16]
   **R / M #:**   0 / 0

8) Expedited Hearing Re: Application to Employ Omni Management Group, Inc. as Claims and Noticing Agent and Set Procedure for Draw on Retainer (Verified Statement attached), filed by Melissa M. Root on behalf of Debtor USA Gymnastics  [18]
   **R / M #:**   0 / 0

9) Expedited Hearing Re:   Motion to Enter into Agreement with Alfers GC Consulting, LLC filed by Melissa M. Root on behalf of Debtor USA Gymnastics  with an Objection filed by Creditor, Sexual Abuse Survivors [20]  [51]
   **R / M #:**   0 / 0

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...    18-09108-RLM-11          MONDAY, DECEMBER 10, 2018 01:30 PM

10) Expedited Hearing Re:   Motion to Enter into Agreement with Scramble Systems LLC filed by Melissa M. Root on behalf of Debtor USA Gymnastics with an Objection filed by Creditor, Sexual Abuse Survivors   [22] [52]
R / M #:     0 / 0

11) Continued Hearing Re:  Debtors Emergency Motion For Order (I) Approving Commercial Card Agreement With PNC Bank; filed by Melissa M. Root on behalf of Debtor USA Gymnastics  [30]
R / M #:     0 / 0

## *Appearances:*

In Court Appearances:
CATHERINE L. STEEGE, ATTORNEY FOR USA GYMNASTICS
MELISSA M. ROOT, ATTORNEY FOR USA GYMNASTICS
SCOTT SHOLLENBARGER - CFO OF DEBTOR
LAURA A DUVALL/NANCY GARGULA, ATTORNEY FOR U.S. TRUSTEE
JEFF HOKANSON - ATTORNEY FOR NATIONAL GYMNASTICS FOUNDATION
MEEGAN BONNANI - ATTORNEY FOR SEXUAL ABUSE SURVIVORS
DEBORAH CARUSO/MEREDITH THESIEN - ATTORNEYS FOR SEXUAL ABUSE SURVIVORS

Phone Appearances:
JAMES STANG - ATTORNEY FOR SEXUAL ABUSE SURVIVORS

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   18-09108-RLM-11                MONDAY, DECEMBER 10, 2018 01:30 PM

## *Proceedings:*

(1)   Disposition:   Hearing held.   Motion GRANTED on an interim basis.   Counsel to submit order.

Final hearing set for 1/16/19 at 1:30 p.m.  (Eastern) in  Room 329, Indianapolis.   Notice given in open court.

(2)   Disposition:   Hearing held.   Motion GRANTED on an interim basis.   DIP stamp required on all accounts.   Counsel to submit order.

Final Hearing set for 1/16/19 at 1:30 p.m. (Eastern) in  Room 329, Indianapolis.   Notice given in open court.

(3)   Disposition:   Hearing held.  Motion GRANTED on an interim basis.  Counsel to submit order.

Final Hearing set for 1/16/19 at 1:30 p.m.  (Eastern) in  Room 329, Indianapolis.   Notice given in open court.

(4)   Disposition:   Hearing held.  Motion GRANTED on an interim basis.   Counsel to submit order.

Final Hearing set for 1/16/19 at 1:30 p.m.  (Eastern) in  Room 329, Indianapolis.   Notice given in open court.

(5)   Disposition:   Hearing held.   Motion GRANTED on an interim basis.  Counsel to submit order.

Final Hearing set for 1/16/19 at 1:30 p.m.  (Eastern) in  Room 329, Indianapolis.   Notice given in open court.

(6)   Disposition:   Hearing held.   Motion GRANTED.   Counsel to submit order.

(7)   Disposition:   Hearing held.   Motion GRANTED.   Extension to 1/18/19.  NOTE:  341 meeting set for 1/10/19.

(8)   Disposition:   Hearing held.   Application GRANTED.   Counsel to submit order.

(9)   Disposition:   Hearing held.   Matter continued to Hearing on 12/20/18 at 10:00 a.m. (Eastern).  If all matters resolved - counsel asks that matter be held telephonically.  Court approved telephonic request.

(10)   Disposition:   Hearing held.   Matter continued to Hearing on 12/20/18 at 10:00 a.m. (Eastern).  If all matters resolved - counsel asks that matter be held telephonically.  Court approved telephonic request.

(11)   Disposition:  Hearing held.  Motion GRANTED on an interim basis.  Counsel to submit order.

Final Hearing set for 1/16/19 at 1:30 p.m.  (Eastern) in  Room 329, Indianapolis.   Notice given in open court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**