SO ORDERED: December 11, 2018.



_____
**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SRESVAC (rev 09/2018)

In re:

**USA Gymnastics**,
      Debtor.

Case No. **18–09108–RLM–11**

### ORDER VACATING ORDER ON MOTION FOR AUTHORITY

An Order Granting 2nd Interim Order on Debtor's Motion for Authority/Debtors Emergency Motion For Order (I) Approving Commercial Card Agreement With PNC Bank. Final Hearing set for 1/16/19 at 1:30 p.m (Eastern time) in Room 329, Indianapolis, Indiana was entered in error on December 10, 2018, as document #56.

**IT IS ORDERED** that the Order Granting 2nd Interim Order on Debtor's Motion for Authority/Debtors Emergency Motion For Order (I) Approving Commercial Card Agreement With PNC Bank. Final Hearing set for 1/16/19 at 1:30 p.m (Eastern time) in Room 329, Indianapolis, Indiana is **VACATED**.

The Clerk's Office will distribute this order.

###