Case 18-09108-RLM-11   Doc 96-1   Filed 12/19/18   EOD 12/19/18 16:37:42   Pg 1 of 2




54  Implemented

# Require Reporting of Abuse and Reporting of Policy Violations

There is a new 2018 requirement for mandatory reporting of certain forms of abuse to law enforcement within 24 hours (which is included in the newly revised Safe Sport Policy), and the need to report abuse, misconduct and other policy violations is messaged frequently in USA Gymnastics' communication and educational pieces for the gymnastics community.

## A. Reporting Suspected Abuse To Legal Authorities.

1. *USA Gymnastics will report suspected child abuse or neglect (including Sexual Misconduct) within 24 hours to the proper authorities in all instances and without exception, unless it is aware that authorities have already been notified.*

2. *Covered Adults must report suspected child abuse or neglect (including Sexual Misconduct) within 24 hours to the appropriate legal authorities, which is separate from notification to the Center, USA Gymnastics, or a Member Club as outlined below. For state-by-state reporting information, see www.childwelfare.gov.*

## B. Reporting Sexual Misconduct.

*Covered Adults are required to provide notification of conduct of which they become aware that could constitute (a) Sexual Misconduct, (b) misconduct that is reasonably related to the underlying allegation of Sexual Misconduct, and (c) retaliation related to an allegation of Sexual Misconduct as set forth in the Code:*

   1. *Directly to the Center.*






3. *Notification to the Center and/or USA Gymnastics DOES NOT satisfy any legal reporting requirements under state or federal law. Covered Adults are required to report suspected sexual misconduct to legal authorities prior to notifying the Center.*



For more information about USA Gymnastics, visit usagym.org.