IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>USA GYMNASTICS,<br><br>    Debtor. | CASE NO. 18-09108-RLM-11 |

**NOTICE OF APPOINTMENT OF ADDITIONAL TORT CLAIMANTS COMMITTEE OF SEXUAL ABUSE SURVIVORS**

Nancy J. Gargula, United States Trustee, pursuant to 11 U.S.C. § 1102(a) hereby appoints the following members to the Additional Tort Claimants Committee of Sexual Abuse Survivors[1] in the above captioned cause:

1. Marcia Frederick Blanchette
   c/o Kimberly Dougherty, Esq.
   Andrus Wagstaff, P.C.
   19 Belmont St.
   Easton, MA 02375
   marciafrederick123@gmail.com

2. Alyssa Corn
   c/o Megan A. Bonanni and Michael L. Pitt
   Pitt McGhee Palmer & Rivers, P.C.
   117 W. Fourth St., Suite 200
   Royal Oak, MI  48067
   ahcorn@umich.edu

3. Rachel Denhollander
   c/o Stephen R. Drew/Adam C. Sturdivant
   Drew, Cooper & Anding
   80 Ottawa Ave., NW Ste. 200
   Grand Rapids, MI  49503
   rjd.requests@gmail.com

---

[1] Due to a lack of response, no unsecured creditors committee has been appointed at this time.

4. Kenzie Gassaway
   c/o Manvir S. Grewal
   2290 Science Parkway
   Okemos, MI  48864
   kenziemsu@gmail.com

5. Sarah Klein
   c/o Manvir S. Grewal
   2290 Science Parkway
   Okemos, MI  48864
   kleinsarahg@gmail.com

6. Alexandra Raisman
   c/o John Manley
   Manly, Stewart & Finaldi
   19100 Von Karman Ave., Suite 800
   Irvine, CA  92613
   Lavenderlove8888@gmail.com

7. Kyla Ross
   c/o John Manley
   Manly, Stewart & Finaldi
   19100 Von Karman Ave., Suite 800
   Irvine, CA  92613
   Rosskb96@gmail.com

8. Tasha Schwikert-Warren
   c/o Kevin Boyle & Jesse Creed
   Panish, Shea & Boyle LLP
   11111 Santa Monica Blvd., Ste. 700
   Los Angeles, CA  90025
   tashaschwikertusagspecialcomm@gmail.com

9. Jessica Thomashow
   c/o Stephen R. Drew/Adam C. Sturdivant
   Drew, Cooper & Anding
   80 Ottawa Ave., NW Ste. 200
   Grand Rapids, MI  49503
   jessicagthomashow@gmail.com

                                              Respectfully Submitted,

                                              Nancy J. Gargula
                                              UNITED STATES TRUSTEE

                              By: /s/ Laura A. DuVall
                                              Laura A. DuVall
                                              U.S. Department of Justice
                                              Office of the United States Trustee
                                              101 W. Ohio Street, Suite 1000
                                              Indianapolis, IN 46204
                                              Tel. (317) 226-6101
                                              Fax (317) 226-6356
                                              Laura.DuVall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net, jkrichbaum@rubin-levin.net, atty_dcaruso@bluestylus.com
Adam L. Kochenderfer    akochenderfer@wolfsonbolton.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Dean Panos    dpanos@jenner.com
Amanda Koziura Quick    amanda.quick@atg.in.gov, Darlene.Greenley@atg.in.gov
Melissa M. Root    mroot@jenner.com, wwilliams@jenner.com
James I. Stang    jstang@pszjlaw.com
Catherine L. Steege    csteege@jenner.com, mhinds@jenner.com, thooker@jenner.com
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com, mralph@rubin-levin.net

I further certify that on December 19, 2018, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None

          /s/ Laura A. DuVall
          Laura A. DuVall