IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>USA GYMNASTICS,<br><br>Debtor. | CASE NO. 18-09108 RLM 11 |

**NOTICE OF APPOINTMENT OF CO-CHAIRPERSONS FOR THE ADDITIONAL TORT CLAIMANTS COMMITTEE OF SEXUAL ABUSE SURVIVORS**

Nancy J. Gargula, United States Trustee, pursuant to 11 U.S.C. § 1102(a) hereby notifies the Court that the members of the Additional Tort Claimants Committee of Sexual Abuse Survivors in the above captioned cause have selected the following committee members as the Co-Chairpersons of the Committee:

Tasha Schwikert-Warren
c/o Kevin Boyle & Jesse Creed
Panish, Shea & Boyle LLP
11111 Santa Monica Blvd., Ste. 700
Los Angeles, CA  90025
tashaschwikertusagspecialcomm@gmail.com

Sarah Klein
c/o Manvir S. Grewal
2290 Science Parkway
Okemos, MI  48864
kleinsarahg@gmail.com

Rachel Denhollander
c/o Stephen R. Drew/Adam C. Sturdivant
Drew, Cooper & Anding
80 Ottawa Ave., NW Ste. 200
Grand Rapids, MI  49503
rjd.requests@gmail.com

Respectfully Submitted,

Nancy J. Gargula
UNITED STATES TRUSTEE

By: /s/ Laura A. DuVall
     Laura A. DuVall
     Trial Attorney
     U.S. Department of Justice
     Office of the United States Trustee
     101 W. Ohio Street, Suite 1000
     Indianapolis, IN 46204
     Tel. (317) 226-6101
     Fax (317) 226-6356
     Laura.DuVall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net, jkrichbaum@rubin-levin.net, atty_dcaruso@bluestylus.com
Adam L. Kochenderfer    akochenderfer@wolfsonbolton.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Dean Panos    dpanos@jenner.com
Amanda Koziura Quick    amanda.quick@atg.in.gov, Darlene.Greenley@atg.in.gov
Melissa M. Root    mroot@jenner.com, wwilliams@jenner.com
James I. Stang    jstang@pszjlaw.com
Catherine L. Steege    csteege@jenner.com, mhinds@jenner.com, thooker@jenner.com
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com, mralph@rubin-levin.net

I further certify that on December 19, 2018, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None

                                              /s/ Laura A. DuVall
                                              Laura A. DuVall
                                              Trial Attorney