IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**NOTICE OF APPLICATIONS TO EMPLOY AND OPPORTUNITY TO OBJECT**

On January 10, 2019, the Additional Tort Claimants Committee of Sexual Abuse Survivors (the "Sexual Abuse Survivors' Committee"), appointed in this case, filed the following:

- *Application to Employ Pachulski Stang Ziehl & Jones LLP as Counsel to the Additional Tort Claimants Committee of Sexual Abuse Survivors Effective Nunc Pro Tunc as of December 20, 2018* (the "PSZJ Employment Application") [Doc 148]; and

- *Application to Employ Rubin & Levin, P.C. as Local Counsel to the Additional Tort Claimants Committee of Sexual Abuse Survivors Effective Nunc Pro Tunc as of December 20, 2018* (the "R&L Employment Application") [Doc 149].

Both applications request entry of an order, pursuant to 11 U.S.C. §§ 327, 328 and 1103, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule B-2014-1, authorizing the Sexual Abuse Survivors' Committee to retain and employ the above-referenced law firms as counsel in this case, effective *nunc pro tunc* as of December 20, 2018. The applications set forth a summary of the terms of employment for each law firm. Pursuant to the PSZJ Employment Application, the firm's ordinary and customary hourly rates for 2018 and 2019 are as follows:

|  | **2018 & 2019** |
|---|---|
| Partners | $650 - $1,295 |
| Of Counsel | $595 - $1,025 |
| Associates | $495 - $595 |
| Paraprofessionals | $350 - $395 |
| Law Clerks | $295 |

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

Pursuant to the R&L Employment Application, the firm's ordinary and customary hourly rates for 2018 and 2019 are as follows:

|                    | **2018**        | **2019**        |
|--------------------|-----------------|-----------------|
| Partners           | $350 - $450     | $385 - $495     |
| Associates         | $295 - $325     | $325 - $360     |
| Of Counsel         | $350 - $400     | $385 - $440     |
| Paraprofessionals  | $175            | $195            |

Copies of the applications may be found at https://omnimgt.com/usagymnastics.

**NOTICE:  Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to enter an order granting the applications, or if you want the Court to consider your views on the applications, then on or before **January 31, 2019** (**21 days** from the date of service), you or your attorney must file with the Court a written objection explaining your position.

Those not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> 116 U.S. Courthouse
> 46 East Ohio Street
> Indianapolis, IN 46204

If you mail your objection to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also send a copy of your objection to those on the Service List and the following:

| | |
|---|---|
| Meredith R. Theisen | James I. Stang |
| Deborah J. Caruso | Ilan D. Scharf |
| Rubin & Levin, P.C. | Kenneth H. Brown |
| 135 N. Pennsylvania Street, Suite 1400 | Steven W. Golden |
| Indianapolis, IN 46204 | Pachulski Stang Ziehl & Jones LLP |
| | 10100 Santa Monica Boulevard, 13th Floor |
| | Los Angeles, CA 90067 |

If you or your attorney do not take these steps, the Court may decide that you do not oppose an order granting the applications, and may enter an order granting that relief.

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

Dated: January 10, 2019

/s/ James I. Stang
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq. (admitted *pro hac vice*)
Kenneth Brown, Esq. (admitted *pro hac vice*)
Steven W. Golden, Esq. (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jstang@pszjlaw.com
    isharf@pszjlaw.com
    kbrown@pszjlaw.com
    sgolden@pszjlaw.com

-and-

RUBIN & LEVIN, P.C.

/s/ Meredith R. Theisen
Meredith R. Theisen, Esq.
Deborah J. Caruso, Esq.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 634-0300
Facsimile: (317) 263-9411
Email: dcaruso@rubin-levin.net
    mtheisen@rubin-levin.net

*Proposed Counsel for the Sexual Abuse Survivors' Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2019 a copy of the foregoing *Notice of Applications to Employ and Opportunity to Object* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Kenneth H. Brown    kbrown@pszjlaw.com
John Cannizzaro    john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Steven W Golden    sgolden@pszjlaw.com, lcanty@pszjlaw.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com, Kathy.peed@icemiller.com
Adam L. Kochenderfer    akochenderfer@wolfsonbolton.com

3

Martha R. Lehman    mlehman@salawus.com,
marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Whitney L Mosby    wmosby@bgdlegal.com, fwolfe@bgdlegal.com
Dean Panos    dpanos@jenner.com
Amanda Koziura Quick    amanda.quick@atg.in.gov, Darlene.Greenley@atg.in.gov
Melissa M. Root    mroot@jenner.com, wwilliams@jenner.com
Ilan D Scharf    ischarf@pszjlaw.com
Thomas C Scherer    tscherer@bgdlegal.com, fwolfe@bgdlegal.com
James I. Stang    jstang@pszjlaw.com
Catherine L. Steege    csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
Meredith R. Theisen    mtheisen@rubin-levin.net,
atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Mark R. Wenzel    mwenzel@salawus.com, pdidandeh@salawus.com

    I further certify that on January 10, 2019, a copy of the foregoing *Notice of Applications to Employ and Opportunity to Object* was mailed by first-class U.S. Mail, postage prepaid, or electronic mail as indicated and properly addressed to the following:

| | | |
|---|---|---|
| USA Gymnastics<br>130 E. Washington Street, Suite 700<br>Indianapolis, IN 46204 | Aon Premium Finance LLC<br>200 E. Randolph St.<br>Chicago, IL 60601 | The PNC Financial Services Group d/b/a PNC Bank<br>c/o Douglas Mundell<br>PNC Bank, NA<br>300 Fifth Avenue<br>Pittsburgh, PA 15222 |
| Sharp Business Systems<br>c/o Mike Bowman<br>7330 E. 86th Street<br>Indianapolis, IN 46256 | Stephen D. Penny Jr.<br>11121 Mirador Lane<br>Fishers, IN 46037 | Fidelity Investments 2018<br>USAG Profit Sharing Contribution<br>100 Crosby Parkway<br>Covington, KY 41015 |
| Plews Shadley Racher & Braun LLP<br>1346 N. Delaware St.<br>Indianapolis, IN 46204 | American Athletic, Inc.<br>200 American Ave.<br>Jefferson, IA 50129 | PNC Bank<br>P.O. Box 828702<br>Philadelphia, PA 19182 |
| National Travel Systems Corporate Office<br>4314 S. Loop 289, Suite 300<br>Lubbock, TX 79413 | Wipfli LLP<br>12359 Sunrise Valley Drive<br>Reston, VA 20191 | The Alexander<br>333 South Delaware Street<br>Indianapolis, IN 46204 |
| John Cheng<br>137 Danbury Rd. #141<br>New Milford, CT 06776 | Benchmark Rehabilitation Partners<br>P.O. Box 2314<br>Ooltewah, TN 37363 | AT&T<br>P.O. Box 105414<br>Atlanta, GA 30348 |
| Sport Graphics, Inc.<br>3423 Park Davis Circle<br>Indianapolis, IN 46235 | BMI<br>P.O. Box 630893<br>Cincinnati, OH 45263 | Tatiana Perskaia<br>7633 Hamelin Lane<br>Gainesville, VA 20155 |

| | | |
|---|---|---|
| Antonia Markova<br>3535 Acorn Way Lane<br>Spring, TX 77389 | Daniel Baker<br>1311 Kelliwood Oaks Drive<br>Katy, TX 77450 | Denison Parking<br>c/o Virginia Ave. Garage<br>P.O. Box 1582<br>Indianapolis, IN 46206 |
| Ivan Yordanov Ivanov<br>700 Cobia Drive<br>Katy, TX 77494 | Elite Sportswear, LP<br>6850 Enterprise Drive<br>South Bend, IN 46628 | Neofunds By Neopost<br>P.O. Box 6813<br>Carol Stream, IL 60197 |
| Omni Management Group, Inc.<br>5955 De Soto Avenue<br>Suite 100<br>Woodland Hills, CA 91367 | United States Olympic Committee<br>1 Olympic Plaza<br>Colorado Springs, CO 80909<br>Attn: Chris McCleary | Covington & Burling LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Dianne F. Coffino<br>      Martin E. Beeler<br>      R. Alexander Clark<br>      Gabriella B. Zahn-Bielski |

*/s/ Meredith R. Theisen*
Meredith R. Theisen

g:\wp80\genlit\usa gymnastics-86756901\drafts\employment app notice.docx