# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | USA GYMNASTICS |  |  |
| **Case Number:** | 18-09108-RLM-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 16, 2019 01:30 PM   IP 329 |  |  |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |  |  |
| **Courtroom Clerk:** | KRISTIN GOSS |  |  |
| **Reporter / ECR:** | NIKKO RATLIFF |  |  |

### Matters:

1) Final Hearing Re:   First Day Motion to Pay Pre-Petition Employee Wage Claims filed by Melissa M. Root on behalf of Debtor USA Gymnastics  with an Objection filed by Creditor,  Committee Tort Claimants Committee  and Reply by Debtor  [11] [140] [147]
   **R / M #:**   0 / 0

   **VACATED:**   Per telephonic status conference held on 1/14/19 - Matter continued to 2/25/19 at 9:00 a.m. (Eastern)  in  Room 329,  Indianapolis.  Counsel at the 1/16/19 hearing advised a 2nd interim order will be submitted.

2) Final Hearing Re:   First Day Motion for Approval of Cash Management System (Bank Accounts/Business Forms) filed by Melissa M. Root on behalf of Debtor USA Gymnastics with Objections  filed by Creditor, Sexual Abuse Survivors  and UST   [12]  [49]   [53]
   **R / M #:**   0 / 0

3) Final Hearing Re:   First Day Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under 11 U.S.C. Sec. 366(b) filed by Melissa M. Root on behalf of Debtor USA Gymnastics  [13]
   **R / M #:**   0 / 0

4) Final Hearing  Re:  First Day Motion for An Order (I) Authorizing the Debtor to Continue, Renew, and Supplement Insurance Policies; (II)Authorizing Payment of Obligations Incurred in the Ordinary Course of Operations in Connection with Insurance Programs, including Payment of Policy Premiums, Broker Fees, and Premium Financing Obligations; and (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto Pursuant to Sections 105(A) and 363(B) of The Bankruptcy Code filed by Melissa M. Root on behalf of Debtor USA Gymnastics;  Supplement filed by Debtor  [14] [106]
   **R / M #:**   0 / 0

5) Final Hearing Re:   First Day Motion to Pay Pre-Petition Trust Fund Taxes filed by Melissa M. Root on behalf of Debtor USA Gymnastics  [15]
   **R / M #:**   0 / 0

6) Hearing Re:  Motion for Case Management Order filed by Catherine L. Steege on behalf of Debtor USA Gymnastics  [103]
   **R / M #:**   0 / 0

7) Hearing Re:  Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses re: Professionals, filed by Catherine L. Steege on behalf of Debtor USA Gymnastics  [104]
   **R / M #:**   0 / 0

8) Hearing Re:  Application to Employ Jenner & Block LLP as Counsel NUNC PRO TUNC (Verified Statement attached), filed by Catherine L. Steege on behalf of Debtor USA Gymnastics  [105]
   **R / M #:**   0 / 0

9) Hearing Re:  Application to Employ Miller Johnson P.L.C. as Special Counsel NUNC PRO TUNC (Verified Statement attached), filed by Catherine L. Steege on behalf of Debtor USA Gymnastics [107]
   **R / M #:**   0 / 0

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   18-09108-RLM-11         WEDNESDAY, JANUARY 16, 2019 01:30 PM

10) Hearing Re:  Application to Employ White & Amundson, P.C. as Ordinary Course Counsel NUNC PRO TUNC (Verified Statement attached), filed by Catherine L. Steege on behalf of Debtor USA Gymnastics [108]
    R / M #:    0 / 0

11) Hearing Re:  Application to Employ Plews, Shadley Racher & Braun LLP as Special Counsel NUNC PRO TUNC (Verified Statement attached), filed by Catherine L. Steege on behalf of Debtor USA Gymnastics [109]
    R / M #:    0 / 0

12) Hearing Re:   Application to Employ Hilder & Associates, P.C. as Ordinary Course Counsel NUNC PRO TUNC (Verified Statement attached), filed by Catherine L. Steege on behalf of Debtor USA Gymnastics [112]
    R / M #:    0 / 0

13) Continued Hearing Re: Debtors Emergency Motion For Order (I) Approving Commercial Card Agreement With PNC Bank filed by Melissa M. Root on behalf of Debtor USA Gymnastics [30]
    R / M #:    0 / 0

14) Hearing Re:  Supplement To First Day Motion For An Order (I) Authorizing The Debtor To Pay And Honor Certain Pre-Petition Wages, Benefits, And Other Compensation Obligations; and (II) Authorizing Financial Institutions To Honor And Process Checks And Transfers Related To Such Obligations filed by Catherine L. Steege on behalf of Debtor USA Gymnastics [135]
    R / M #:    0 / 0

    VACATED:   Per telephonic status conference held on 1/14/19 - Matter continued to 2/25/19 at 9:00 a.m. (Eastern)  in  Room 329,  Indianapolis.   Counsel at the 1/16/19 hearing advised a 2nd interim order will be submitted.

15) Expedited Hearing Re:  Debtor's Motion for Order Authorizing the Debtor to Pay or Honor Prepetition Obligations to a Critical Foreign Vendor - Azerbaijan Gymnastics Federation  filed by Catherine L. Steege on behalf of Debtor USA Gymnastics [144]
    R / M #:    0 / 0

## *Appearances:*

Telephonic Appearances:
CATHERINE L. STEEGE, ATTORNEY FOR USA GYMNASTICS
MELISSA M. ROOT, ATTORNEY FOR USA GYMNASTICS
DEBORAH CARUSO, ATTORNEY FOR SEXUAL ABUSE SURVIVORS
MEREDITH R. THEISEN, ATTORNEY FOR SEXUAL ABUSE SURVIVORS
JOHN CANNIZZARO, ATTORNEY FOR THE NATIONAL GYMNASTICS FOUNDATION, INC.
MARTHA R. LEHMAN, ATTORNEY FOR CURTIS T. HILL, JR.
RONALD J. MOORE, ATTORNEY FOR U.S. TRUSTEE
JEFFREY A HOKANSON, ATTORNEY FOR THE NATIONAL GYMNASTICS FOUNDATION, INC.
GREG GOTWALD/GEORGE PLEWS - SPECIAL COUNSEL FOR USAG

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...    18-09108-RLM-11            WEDNESDAY, JANUARY 16, 2019 01:30 PM

## *Proceedings:*

(1)  VACATED: Per telephonic status conference held on 1/14/19 - Matter continued to 2/25/19 at
9:00 a.m. (Eastern)  in  Room 329,  Indianapolis.   Counsel at the 1/16/19 hearing advised a 2nd interim order regarding Pre-petition Wage claims will be submitted.

(2)    Disposition:    Hearing held.   Parties to submit a 2nd interim order for cash management systems.   Final hearing to be on 2/21/19 at 1:30 p.m.  (Eastern)  in  Room 329,  Indianapolis.    Court extends use of cash management systems to 2/21/19.

(3)    Disposition:    Hearing held.    Motion Granted Re: Continuation of Utility Services  on a FINAL basis.   Counsel to submit order.

(4)    Disposition:    Hearing held.    Motion Granted Re:  Continuation, Renewal and Supplemental Insurance Polices  on a FINAL basis.   Counsel to submit order.

(5)    Disposition:    Hearing held.    Motion Granted Re: Pre-Petition Trust Fund Taxes  on a FINAL basis.   Counsel to submit order.

(6)    Disposition:    Hearing held.    Motion GRANTED Re:  Case Management Order.    Counsel to submit order with amendments addressed by Court.  Omnibus hearing dates are:  2/21/19 at 1:30 p.m. ,  3/21/19 at 1:30 p.m. , 4/17/19 at 1:30 p.m.  and 5/15/19 at 1:30 p.m.
All hearings begin at 1:30 p.m. (Eastern time) and are held in Room 329  Indianapolis.

(7)    Disposition:    Hearing held.   Motion GRANTED Re: Establishing Procedures for Interim Compensation and Reimbursement of Expenses.    Counsel to submit order.

(8)    Disposition:    Hearing held.    Application GRANTED Re:  Jenner & Block.  Counsel to submit order.

(9)    Disposition:    Hearing held.    Application GRANTED Re:  Miller & Johnson.  Counsel to submit order

(10)   Disposition:    Hearing held.    Application GRANTED Re:  White & Amundson, P.C.  Counsel to submit order

(11)   Disposition:    Hearing held.    Application GRANTED Re:  Plews, Schadley, Racher & Braun, LLP.  Counsel to submit order.

(12)    Disposition:    Hearing held.    Application GRANTED Re:  Hilder & Associates, P.C.  Counsel to submit order

(13)     Disposition:    Hearing held.    Motion GRANTED Re:  Emergency Motion  Approving Commerical Card Agreement with PNC Bank on a FINAL basis.  Counsel to submit order.

(14)  VACATED: Per telephonic status conference held on 1/14/19 - Matter continued to 2/25/19 at
9:00 a.m. (Eastern)  in  Room 329,  Indianapolis.  Counsel at the 1/16/19 hearing advised a 2nd interim order on Pre-Petition Wage Claims will be submitted.

(15)    Disposition:    Hearing held.   Motion GRANTED Re:  Critical Vendor - Azerbaijan Gymnastics Federation.  Counsel to submit order.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...  18-09108-RLM-11           WEDNESDAY, JANUARY 16, 2019 01:30 PM

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**