IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, OVERVIEW OF
METHODOLOGY, AND DISCLAIMERS REGARDING
DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case ("**USAG**" or the "**Debtor**"), hereby files its Schedules of Assets and Liabilities ("**Schedules**") and Statement of Financial Affairs ("**SOFA**") in accordance with section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

A.      The Debtor filed this chapter 11 case (the "**Chapter 11 Case**") on December 5, 2018 (the "**Petition Date**"). Since the Petition Date, the Debtor and its retained professionals worked diligently to compile and prepare the Debtor's Schedules and SOFA.

B.      James Scott Shollenbarger, Chief Financial Officer of USAG, has signed the Schedules and SOFA. In signing the Schedules and SOFA, Mr. Shollenbarger is attesting to the process used by the Debtor and its retained professionals in gathering and presenting the information set forth in the Schedules and SOFA. Mr. Shollenbarger has not (and could not have) verified the completeness or accuracy of the financial data derived from Debtor's books and records, including responses, statements and representations concerning assets and liabilities of the Debtor presented in the Schedules and SOFA.

C.      Mr. Shollenbarger, the Debtor, its counsel, Omni Management Group, and their respective agents, employees, attorneys, and advisors involved in the compilation and preparation of the Schedules and SOFA ("**Compilers**") do not guarantee or warrant the accuracy or completeness of the data, responses, statements, and representations that are provided in the Schedules and SOFA, and none of the foregoing shall be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and SOFA. While reasonable efforts have been made to provide accurate and complete information in the Schedules and SOFA, inadvertent errors or

---

[1]  The last four digits of the Debtor's federal tax identification number are 7871.  The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

omissions may exist. The Compilers expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and SOFA, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event will the Compilers be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Compilers are advised of the possibility of such damages.

      D.      In light of the foregoing, the Schedules and SOFA are limited and must be read in connection with, and informed by, the following Global Notes and Statement of Limitations, Overview of Methodology, and Disclaimers Regarding Debtor's Schedules and Statement of Financial Affairs (the "**Global Notes**"), which are incorporated by reference in, and comprise an integral part of, the Schedules and SOFA.

## Global Notes and Statement of Limitations

      1.      **Description of Chapter 11 Case**. The Debtor continues to operate its organization as debtor in possession in this Chapter 11 Case. The Compilers have endeavored to present information in the Schedules and SOFA reported as of the Petition Date. However, there may be certain instances where the Debtor was unable to do so. The Compilers have endeavored to note those circumstances where information is not as of the Petition Date.

      2.      **Global Notes Control**. These Global Notes pertain to and comprise an integral part of all of the Schedules and SOFA and should be referenced in connection with any review thereof. In the event that the Schedules and SOFA differ from these Global Notes, the Global Notes control.

      3.      **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFA; however, as noted above, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and SOFA as is necessary and appropriate. Nothing contained in the Schedules and/or SOFA constitutes a waiver of any of Debtor's rights or an admission of any kind with respect to the Chapter 11 Case or otherwise. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

      (a) **No Admission**. Nothing contained in the Schedules and/or SOFA is intended or should be construed as an admission or stipulation of the validity of any claim against Debtor, any assertion made therein or herein, or a waiver of Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

      (b) **Recharacterization**. Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor nonetheless may have improperly characterized, classified,

categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFA at a later time as is necessary and appropriate.

(c) **Classification**. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule F as "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

(d) **Claims Description**. Due to the timing and circumstances surrounding the filing of the Chapter 11 Case, the Debtor has been unable to verify the validity and amounts of some creditors' claims, or the creditor claims reflected in the Debtor's books do not include unprocessed claims, either because processing of invoices was not completed or the Debtor had yet to receive invoices for goods and services. As a result, the Debtor has labeled some claims as disputed, liquidated and/or contingent on the Schedules. Any failure to designate a claim as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim listed on its Schedules on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves all rights to amend its Schedules and SOFA as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e) **Estimates and Assumptions**. The preparation of the Schedules and SOFA required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and SOFA, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from those estimates.

(f) **Causes of Action**. Despite reasonable efforts, the Debtor may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Schedules and SOFA, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtor reserves all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and SOFA should be construed as a waiver of any such causes of action.

(g) **Insiders**. Where the Schedules and SOFA require information regarding "insiders," the Debtor has included information with respect to individuals who serve or may have served as officers and directors (or the equivalent) as those terms are used in the Debtor's Bylaws, as the case may be, during relevant time periods. Such individuals

3

may no longer serve as an officer or director of the Debtor. The listing of a party as an insider for purposes of the Schedules and SOFA is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, right, claim, or defense, and all such rights, claims and defenses are hereby expressly reserved. Information regarding the individuals listed as "insiders" in the Schedules and SOFA has been included for informational purposes only and such information may not be used for the purposes of determining control of Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over Debtor, or whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the Bankruptcy Code, or with respect to any theories of liability or any other purpose.

## Overview of Methodology and Disclaimers

1.    **Basis of Presentation**. The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"); nor are they intended to reconcile with the Debtor's publicly available financial statements. The Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. The Schedules and SOFA reflect the Compilers' reasonable efforts to report the assets, liabilities, and financial affairs of the Debtor.

2.    **Net Book Value**. In certain instances, current market valuations for individual items of property and other assets are neither maintained by, readily available to, nor ascertainable by the Debtor. Accordingly, unless otherwise indicated, the Schedules and SOFA reflect net book values. Market values may vary, sometimes materially, from net book values. The Debtor does not have the resources, and believes that it would be an inefficient use of estate resources, for the Debtor to obtain the current market values of its assets. Accordingly, the Debtor has indicated in the Schedules and SOFA that the values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in the Schedules and SOFA or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and SOFA does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of Debtor with respect to such asset.

3.    **Property and Equipment**. Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtor may lease certain furniture, fixtures, and equipment from certain third-party lessors. Nothing in the Schedules and SOFA is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and Debtor reserves all rights with respect thereto.

4.    **Undetermined Amounts**. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

4

5.      **Totals**. All totals that are included in the Schedules and SOFA represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

6.      **Setoffs**. The Debtor routinely incur setoffs and net payments in the ordinary course of operations. Such setoffs and nettings may occur due to a variety of transactions or disputes. It would be unduly burdensome on the Debtor's limited resources to list each such potential transaction, and all such potential setoff claims cannot be reasonably discerned at this time. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and SOFA. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which Debtor was not aware. The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

## Specific Schedules Disclosures

7.      **Schedule D – Creditors Holding Secured Claims**. The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. All parties listed on Schedule D were compiled using the most recently available information from the Office of the Indiana Secretary of State.

8.      **Schedule E – Creditors Holding Unsecured Priority Claims**. The Debtor has not listed on Schedule E its employees that received payment of pre-petition wages pursuant to the Court's *Interim Order Interim Order Granting First Day Motion For An Order (I) Authorizing The Debtor To Pay And Honor Certain Pre-Petition Wages, Benefits, And Other Compensation Obligations; And (Ii) Authorizing Financial Institutions To Honor And Process Checks And Transfers Related To Such Obligations* [Dkt. 58].

9.      **Schedule F – Creditors Holding Unsecured Nonpriority Claims**. As of the time of filing of the Schedules and SOFA, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D, E, and F may be incomplete. The Debtor reserves its right, but undertakes no obligation, to amend Schedules D, E, and F if and as they receive invoices and as the Debtor's reviews and audits are completed. Additionally, to protect the identity of the sexual abuse survivors holding claims against the Debtor, the Debtor substituted "Jane Doe" (or variations thereof) in place of such individuals' actual names. In some instances, the Debtor listed the name and address of the counsel representing such individuals. The Debtor also redacted the addresses of certain coaches, employees, and independent contractors.

10.     **Schedule G – Executory Contracts**. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights

to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.

### Specific SOFA Disclosures

11.      **Questions 1 and 2**. The amounts listed in response to questions 1 and 2 on the Statements have been pulled directly from the Debtor's audited financial statement for the period ending December 31, 2017. They do not represent actual gross revenue and may include items properly and otherwise excluded on other public reporting.

12.      **Question 7**. In response to question 7 on the SOFA, the Debtor restates and incorporate by reference the disclaimer listed under Section 3(f) of the Global Notes and Statement of Limitations above.

13.      **Questions 28 and 29**. For purposes of identifying officers and directors, the Debtor referred to the manner in which those terms are used in its Bylaws. Some of the individuals listed in response to questions 28 and 29 no longer serve as an officer or director of the Debtor. The listing of a party as an officer or director for purposes of the Schedules and SOFA is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, right, claim, or defense, and all such rights, claims and defenses are hereby expressly reserved. The individuals have been included for informational purposes only and such information may not be used for the purposes of determining control of Debtor or the extent to which any individual exercised management responsibilities or functions, corporate decision making authority over the Debtor.

Dated: January 18, 2018                                Respectfully submitted,

                                                       **JENNER & BLOCK LLP**

                                                       By: /s/ *Catherine Steege*                

                                                       Catherine L. Steege (admitted *pro hac vice*)
                                                       Dean N. Panos (admitted *pro hac vice*)
                                                       Melissa M. Root (#24230-49)
                                                       353 N. Clark Street
                                                       Chicago, Illinois 60654
                                                       (312) 923-2952
                                                       csteege@jenner.com
                                                       dpanos@jenner.com
                                                       mroot@jenner.com

                                                       *Counsel for the Debtor*

| | |
|---|---|
| Debtor Name | **USA Gymnastics** |
| **United States Bankruptcy Court for the Southern District of Indiana** | |
| Case number (if known): | **18-09108** |

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:  Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*     (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*..................................................................................

$77,795.84

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*..............................................................................

$7,062,885.08

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*..................................................................................

$7,140,680.92

---

### Part 2:  Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$272,035.33

3.   *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*.............................................

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*.................................

**+**  $1,647,152.91

4.   **Total liabilities**  ........................................................................................
Lines 2 + 3a + 3b

$1,919,188.24

| | |
|---|---|
| Debtor Name | **USA Gymnastics** |
| **United States Bankruptcy Court for the Southern District of Indiana** | |
| Case number (if known): | **18-09108** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

**All cash of cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | PNC Bank | Merchandise Account Checking | 0228 | $23,243.36 |
| 3.2 | PNC Bank | Operating Account Checking | 7647 | $4,052,047.58 |
| 3.3 | PNC Bank | Payroll Account Depository Account | 8792 | $4,340.05 |
| 3.4 | PNC Bank | P-Card Collateral Account Depository Account | 2009 | $400,000.00 |
| 3.5 | PNC Bank | USA Gymnastics Athlete Account Depository Account | 3829 | $0.00 |

4.   **Other cash equivalents**

5.   **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| **$4,479,630.99** |

### Part 2:   Deposits and prepayments

Debtor  USA Gymnastics                                           Case Number (if known) 18-09108

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** Description, including name of holder of prepayment | |
| 8.1 | Endurance U.S. Insurance | Unknown |
| 8.2 | AAI | Effective Date(s): 08/08/2019 & 2019 Championships | $1,876.00 |
| 8.3 | American Specialty | Effective Date(s): 01/01/2019 | $213,409.00 |
| 8.4 | Cision | Effective Date(s): 11/01/2018-10/31/2019 | $6,666.66 |
| 8.5 | FIG | Effective Date(s): 2019 American Cup | $17,530.50 |
| 8.6 | Global Spectrum | Effective Date(s): Event-July 19, 2018 & Stars & Stripes 2019 | $17,000.00 |
| 8.7 | Indianapolis Public School | Effective Date(s): 02/24/2019 | $793.00 |
| 8.8 | Integro | Effective Date(s): 01/01/2019 | $548.96 |
| 8.9 | Mail Finance | Effective Date(s): 12/1/18-2/28/19 | $471.04 |
| 8.10 | Maxient | Effective Date(s): 04/20/2018 | $6,250.00 |
| 8.11 | NFP Property & Casualty | Effective Date(s): 10/26/2018-10/26/2019 | $4,661.66 |
| 8.12 | SMG-Rhode Island Cov Ctr | Effective Date(s): 8/1/19-8/4/19 | $3,000.00 |
| 8.13 | SMG RI Convention Center | Effective Date(s): 2019 Reg 6 Fac Rent | $3,000.00 |
| 8.14 | Sports Graphics | Effective Date(s): 3/2/2019 & 2019 American Cup | $20,152.26 |
| 8.15 | The Hartford | Effective Date(s): 01/01/2019 | $855.75 |
| 8.16 | The Registration System LLC | Effective Date(s): 2019 Championships | $1,012.50 |
| 8.17 | Van Ausdall & Farrar | Effective Date(s): 9/25/18-9/24/19 | $2,778.56 |

Debtor  USA Gymnastics                                      Case Number (if known) 18-09108

9.  **Total of Part 2**
    Add lines 7 through 8.  Copy the total to line 81.                    | **$300,005.89** |

| Part 3: | Accounts Receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11.  **Accounts receivable**

11a. 90 days old or less:  _____  -  _____  =
                          face amount                doubtful or uncollectible accounts

11b. Over 90 days old:        $3,892.05  -       $0.00  =                    $3,892.05
                          face amount                doubtful or uncollectible accounts

12.  **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | **$3,892.05** |

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds of publicly traded stocks not included in Part 1**
     Name of fund or stock:

14.1    See attached Schedule A/B Exhibit 16                                    $1,654,320.00

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
     Name of entity:                              % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe:

16.1    See attached Schedule A/B Exhibit 16          Market Value            $197,656.00

Debtor  USA Gymnastics                                        Case Number (if known) 18-09108

---

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                      | **$1,851,976.00** |

**Part 5:     Inventory, excluding agricultural assets**

---

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1   Finished Goods | | | | $107,108.15 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                      | **$107,108.15** |

24. **Is any of the property listed in Part 5 perishable?**

☑ No.
☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No.
☐ Yes.      Book Value $ _____      Valuation Method _____      Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Debtor  USA Gymnastics                                        Case Number (if known) 18-09108

☑ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops - either planted of harvested** | | | |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No.

☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.

☐ Yes.

Debtor  USA Gymnastics                                    Case Number (if known) 18-09108

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1    Office Furniture | $18,269.10 | Net Book Value | $18,269.10 |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    Office Equipment | $288,432.90 | Net Book Value | $288,432.90 |
| **42.  Collectibles** | | | |
| Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1    Posters and Miscellaneous  Sports Related Memorabilia | | | Unknown |

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

| $306,702.00 |
|---|

Debtor  USA Gymnastics                                          Case Number (if known) 18-09108

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories**<br>Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

Debtor  USA Gymnastics                                              Case Number (if known) 18-09108

☐ No.
☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1 | 130 E Washington Street, Suite 700 Indianapolis, IN 46204 | Property Lease | $0.00 | Unknown | $0.00 |
|------|------|------|------|------|------|
| 55.2 | Leasehold Improvements | | $77,795.84 | Net Book Value | $77,795.84 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

    **$77,795.84**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.
☑ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Debtor  USA Gymnastics                                        Case Number (if known) 18-09108

☑ No.
☐ Yes.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 61.1   See attached Schedule A/B Exhibit | Unknown | Unknown | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1   Database of athletes, judges, coaches, member clubs, and others businesses | Unknown | Unknown | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1   Technical materials for sale on Amazon, Apple, and Youtube | Unknown | Unknown | Unknown |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers?**

☐ No.
☑ Yes.

Debtor  USA Gymnastics                                      Case Number (if known) 18-09108

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.

☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

| _____ | - | _____ | = |
|---|---|---|---|
| Total face amount | | Doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| 72.1 | Est Tax Deposit Carryforward | 2017 | $823.00 |
|---|---|---|---|
| 72.2 | UBIT NOL Carryforward | 2017 | $8,947.00 |
| 72.3 | UBIT Estimated Tax Deposit | 2016 | $3,800.00 |

73. **Interests in insurance policies or annuities**
    The Debtor has a property interest in: (1) its current insurance policies and its rights under those policies;
    (b) any prior insurance policies of the Debtor and its rights under those policies; and (3) any insurance
    policies under which the Debtor is or was a third party beneficiary or named an additional insured.

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    Nature of claim

    Amount Requested

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor  USA Gymnastics                                    Case Number (if known) 18-09108

**Nature of claim**

**Amount Requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**
        Examples: Season tickets, country club membership

78.  **Total of Part 11.**
        Add lines 71 through 77.  Copy the total to line 90.                    | **$13,570.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No.
☑ Yes.

Debtor  USA Gymnastics                                          Case Number (if known) 18-09108

| Part 12: | Summary |
| --- | --- |

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80.  **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | $4,479,630.99 | |
| 81.  **Deposits and prepayments.**  *Copy line 9, Part 2.* | $300,005.89 | |
| 82.  **Accounts receivable.**  *Copy line 12, Part 3.* | $3,892.05 | |
| 83.  **Investments.**  *Copy line 17, Part 4.* | $1,851,976.00 | |
| 84.  **Inventory.**  *Copy line 23, Part 5.* | $107,108.15 | |
| 85.  **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $306,702.00 | |
| 87.  **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | | |
| 88.  **Real Property.**  *Copy line 56, Part 9.* | | $77,795.84 |
| 89.  **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | | |
| 90.  **All other assets.**  *Copy line 78, Part 11.* | $13,570.00 | |
| 91.  **Total.**  Add lines 80 through 90 for each column. | 91a.  $7,062,885.08 | **+**  91b.  $77,795.84 |
| 92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92....................................................... | | $7,140,680.92 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE A/B
## PART 10, QUESTION 61

## INTERNET DOMAIN NAMES AND WEBSITES

**USA Gymnastics**
**Case No. 18-09108**
**Schedule A/B Exhibit: 61. Internet domain names and websites**

| General Description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **Social Media Sites** | | | |
| https://www.facebook.com/USAGymnastics/ | Unknown | None | Unknown |
| https://www.facebook.com/USAGymMemberServices/ | Unknown | None | Unknown |
| https://twitter.com/USAGym | Unknown | None | Unknown |
| https://twitter.com/USAGymSafeSport | Unknown | None | Unknown |
| https://www.instagram.com/usagym/ | Unknown | None | Unknown |
| https://www.linkedin.com/company/usa-gymnastics/ | Unknown | None | Unknown |
| **Internet Domains** | | | |
| http://americancup.com/ | Unknown | None | Unknown |
| http://gymnasticsday.com/ | Unknown | None | Unknown |
| http://gymnasticsfoundation.org/ | Unknown | None | Unknown |
| http://jonationals.com/ | Unknown | None | Unknown |
| http://pacrimchamps.com/ | Unknown | None | Unknown |
| http://usagymchamps.com/ | Unknown | None | Unknown |
| http://usagymclassic.com/ | Unknown | None | Unknown |
| http://usagymcollegiatechamps.com/ | Unknown | None | Unknown |
| http://usagymcongress.com/ | Unknown | None | Unknown |
| http://usagymeastern.com/ | Unknown | None | Unknown |
| http://usagymforms.com/ | Unknown | None | Unknown |
| http://usagymjudges.com/ | Unknown | None | Unknown |
| http://usagymlegacy.com/ | Unknown | None | Unknown |
| http://usagymmedia.com/ | Unknown | None | Unknown |
| http://usagymparents.com/ | Unknown | None | Unknown |
| http://usagymprogressreport.com/ | Unknown | None | Unknown |
| http://usagymwestern.com/ | Unknown | None | Unknown |
| http://usagymworlds.com/ | Unknown | None | Unknown |
| http://usgymchampionships.com/ | Unknown | None | Unknown |
| http://wintercup.com/ | Unknown | None | Unknown |
| http://www.uwagym.org | Unknown | None | Unknown |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE A/B
PART 4, QUESTION 16

GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER
NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS

| SHARES(UNITS) | TICKER / CUSIP | SECURITY DESCRIPTION | MAT DATE | COUPON | MARKET VALUE | TAX COST | ANNUAL DIVIDEND | ANNUAL INCOME | YIELD | % OF TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 50,000 | 02079KAA5 | ALPHABET INC | 5/19/2021 | 3.62 | 50,585 | 50,872 | | 1,812 | 3.6% | 2.7% |
| 50,000 | 037833DJ6 | APPLE INC | 11/13/2020 | 2.00 | 49,012 | 49,063 | | 1,000 | 2.0% | 2.6% |
| 100,000 | 084664BZ3 | BERKSHIRE HATHAWAY FIN | 10/15/2020 | 2.90 | 99,900 | 103,152 | | 2,900 | 2.9% | 5.4% |
| 50,000 | 30231GAJ1 | EXXON MOBIL CORPORATION | 3/6/2022 | 2.40 | 48,476 | 48,536 | | 1,198 | 2.5% | 2.6% |
| 250,000 | 3130A7CV5 | FEDERAL HOME LOAN BANK | 2/18/2021 | 1.38 | 242,032 | 247,567 | | 3,438 | 1.4% | 13.1% |
| 250,000 | 3130A8QS5 | FEDERAL HOME LOAN BANK | 7/14/2021 | 1.12 | 239,415 | 241,762 | | 2,812 | 1.2% | 12.9% |
| 250,000 | 3135G0Q89 | FEDERAL NATL MTG ASSN | 10/7/2021 | 1.38 | 239,788 | 246,287 | | 3,438 | 1.4% | 12.9% |
| 150,000 | 3135G0S38 | FEDERAL NATL MTG ASSN | 1/5/2022 | 2.00 | 146,174 | 146,050 | | 3,000 | 2.1% | 7.9% |
| 50,000 | 3135G0T29 | FEDERAL NATL MTG ASSN | 2/28/2020 | 1.50 | 49,218 | 49,124 | | 750 | 1.5% | 2.7% |
| 50,000 | 3135G0T94 | FEDERAL NATL MTG ASSN | 1/19/2023 | 2.38 | 48,998 | 48,698 | | 1,188 | 2.4% | 2.6% |
| 50,000 | 478160BM5 | JOHNSON & JOHNSON | 12/5/2019 | 1.88 | 49,469 | 49,576 | | 938 | 1.9% | 2.7% |
| 50,000 | 594918BH6 | MICROSOFT CORP | 11/3/2022 | 2.65 | 48,835 | 49,008 | | 1,325 | 2.7% | 2.6% |
| 50,000 | 717081DH3 | PFIZER INC | 6/15/2023 | 3.00 | 49,372 | 49,432 | | 1,500 | 3.0% | 2.7% |
| 100,000 | 912828G95 | USA TREASURY NOTE | 12/31/2019 | 1.63 | 98,789 | 98,641 | | 1,625 | 1.6% | 5.3% |
| 100,000 | 912828S43 | USA TREASURY NOTES | 7/15/2019 | 0.75 | 98,867 | 98,567 | | 750 | 0.8% | 5.3% |
| 50,000 | 931142EG4 | WALMART INC | 6/23/2020 | 2.85 | 49,904 | 50,072 | | 1,425 | 2.9% | 2.7% |
| 243,144 | 999809684 | PNC GOVT. | | | 243,144 | 243,144 | 0.02 | 5,378 | 2.2% | 13.1% |
| | | **Grand Total** | | | **1,851,976** | **1,869,550** | | **34,477** | **1.9%** | **100.0%** |



# Disclosure

This report is for informational purposes only and is intended to be used as a basis for further discussions with PNC Bank, National Association ("PNC") investment professionals and your legal, accounting and other financial advisors.  This report should not be relied upon by you or any third party for any reason, including, without limitation, to make financial, tax or other decisions.

All account data is as of the date of this report and is subject to change without notice.  This report is not the official record of your account or any account activity.  Custodian statements are the official record of account for all purposes.  PNC does not represent that the value of account assets in this report is accurate.  PNC obtains account asset and valuation information from third parties once a day.  Therefore, the information reflected in this report could be different from information shown for your account on third party websites or statements.  PNC may receive inaccurate initial cost basis information on certain account assets, in which case gains and losses may not be accurate.

This report was prepared using proprietary and third party data and software.  All such data is provided on an "as is" basis.  PNC assumes no obligation to verify or update such data.  The imprecision of such data, malfunctions of software or other technology and programming inaccuracies could compromise the accuracy of this report.  PNC makes no representation or warranty of any kind, express or implied, regarding the timeliness, accuracy or completeness of such data. None of PNC nor its affiliates assume liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits), even if notified of the possibility of such damages, resulting from the use of such data or software.

Past Performance does not guarantee future results. Month-to-date performance data should not be considered final and is subject to change. Manager Returns are net of PNC management fees, any sub advisors fees, any manager fees, all mutual fund expenses. Asset based pricing fees are not included in net of fee performance; these fees include custodial fees, ADR fees and foreign taxes. Unless noted as Total Net of Fees: **Total Fund Performance results are gross of fees** and include reinvestment of dividends and other account earnings. To obtain performance results net of fees, reductions would need to be made for account level fees, fund level fees and/or manager level fees, as applicable. If such expenses were reflected, account performance would be lower. When Total Managed performance is displayed along with the Total Fund performance, the **restricted assets** of the portfolio are not included in the return of the Total Managed performance return.

This report includes all PNC accounts of which you individually are the sole or joint owner, as well as other PNC accounts ("Non-Ownership Accounts"), if any, in which you have an interest (for example as a fiduciary, such as a trustee or executor, or beneficiary of a trust) or for which you are the authorized party to act on behalf of the owner or otherwise have been authorized to see information. Accordingly, this report may include information regarding one or more Non-Ownership Accounts. This means that the information available to you may reflect both assets of which you are a sole or joint owner and the assets of those Non-Ownership Accounts, where you may not directly own the trust or other account assets and may not be entitled to receive the income from the trust or other account. Indices included in this report are for purposes of comparing your returns to the returns on a broad-based index of securities believed to be comparable to the types of securities held in your account(s). Blended Benchmarks- A time weighted return will calculate the actual weight for each asset class and use the benchmark return for those asset classes to derive the return.



| Debtor Name | **USA Gymnastics** |
|---|---|

**United States Bankruptcy Court for the Southern District of Indiana**

Case number (if known): **18-09108**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| | |
|---|---|
| Creditor's name | Describe debtor's property that is subject to a lien |
| AON PREMIUM FINANCE LLC | UNEARNED INSURANCE PREMIUM DUE UNDER THE LLOYDS UMBRELLA POLICY BO595XL5500018029 |

Amount of Claim: **$222,285.00**  Value of collateral: **UNKNOWN**

Creditor's mailing address
**200 E RANDOLPH ST**
**CHICAGO, IL 60601**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred

Last four digits of account number

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| | |
|---|---|
| Creditor's name | Describe debtor's property that is subject to a lien |
| THE PNC FINANCIAL SERVICES GROUP | PNC OPERATING ACCT |

Amount of Claim: **$30,310.33**  Value of collateral: **$400,000.00**

Creditor's mailing address
**D/B/A PNC BANK, N.A.**
**ATTN: DOUGLAS MUNDELL, SR. COUNSEL**
**300 FIFTH AVENUE**
**PITTSBURGH, PA 15222**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred

Last four digits of account number **7647**

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
☒ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$272,035.33

Debtor Name  **USA Gymnastics**

Case number (if known): **18-09108**

## Part 1: Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Amount of Claim
Do not deduct the value of collateral

Value of collateral that supports this claim

**2.3**

**Creditor's name**

SHARP BUSINESS SYSTEMS

**Describe debtor's property that is subject to a lien**

PRINTING EQUIPMENT

$19,440.00        UNKNOWN

**Creditor's mailing address**

ATTN: MIKE BOWMAN
7330 E. 86TH STREET
INDIANAPOLIS, IN 46256

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Last four digits of account number**

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor Name | **USA Gymnastics** |
|---|---|

**United States Bankruptcy Court for the Southern District of Indiana**

Case number (if known): **18-09108**

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*  (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |

As of the petition filing date, the claim is:        $_____        $_____

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Debtor Name | **USA Gymnastics** | Case number (if known): **18-09108** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
A-1 AWARDS INC.
2500 NORTH RITTER AVENUE
INDIANAPOLIS, IN 46218

**As of the petition filing date, the claim is:**                                        $833.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
24019
11/16/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
A-1 AWARDS INC.
2500 NORTH RITTER AVENUE
INDIANAPOLIS, IN 46218

**As of the petition filing date, the claim is:**                                        $1,149.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
24126
11/30/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
ABOOD LAW FIRM
RE: MILLER
ATTN: ANDREW P. ABOOD
246 EAST SAGINAW ST, STE 1
EAST LANSING, MI 48823

**As of the petition filing date, the claim is:**                                        UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
ACKMAN, MARY LOU
1939 BUTLER DR
BARTLETT, IL 60103

**As of the petition filing date, the claim is:**                                        $197.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV DEVO CAMP EXP
11/14/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**
                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.5** | **Nonpriority creditor's name and mailing address**
ACKMAN, MARY LOU
1939 BUTLER DR
BARTLETT, IL 60103

**As of the petition filing date, the claim is:**                    $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                           NOV DEVO CAMP HONOR
                                           11/14/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
                                           ☑ No
                                           ☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**
ACKMAN, MARY LOU
1939 BUTLER DR
BARTLETT, IL 60103

**As of the petition filing date, the claim is:**                     $60.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                           TOPS CAMP-DEC4 EXP
                                           12/20/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
                                           ☑ No
                                           ☐ Yes

**3.7** | **Nonpriority creditor's name and mailing address**
ACKMAN, MARY LOU
1939 BUTLER DR
BARTLETT, IL 60103

**As of the petition filing date, the claim is:**                    $250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                           TOPS CAMP-DEC4 HONOR
                                           12/20/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
                                           ☑ No
                                           ☐ Yes

**3.8** | **Nonpriority creditor's name and mailing address**
AFLAC
1932 WYNNTON ROAD
COLUMBUS, GA 31999

**As of the petition filing date, the claim is:**                    $200.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                           FIDELITY - 12/14 P/R
                                           12/13/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
                                           ☑ No
                                           ☐ Yes

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.9**

**Nonpriority creditor's name and mailing address**
AHSINGER, NICOLE
406 SUMMERLAND KEY LANE
LAFAYETTE, LA 70508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WCHAMP EXPENSE
11/6/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$24.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
ALLRED MAROKO & GOLDBERG
RE: JANE PCNE DOE
ATTN: GLORIA ALLRED
ATTN: NATHAN GOLDBERG
6300 WILSHIRE BLVD, 1500
LOS ANGELES, CA 90048

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.11**

**Nonpriority creditor's name and mailing address**
ALVAREZ, YIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$350.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
ALVEY, CANDACE
178 TRAIL LOOP DR
UNIT 204
PADUCAH, KY 42001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/30 EXPENSE
11/30/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$3.50

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.13**  **Nonpriority creditor's name and mailing address**

ALVEY, CANDACE
178 TRAIL LOOP DR
UNIT 204
PADUCAH, KY 42001

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/30 HONOR
11/30/2018

$100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**  **Nonpriority creditor's name and mailing address**

AMERICAN ATHLETIC, INC
SUNTRUST BANKS, INC.
PO BOX 116847
ATLANTA, GA 30368-6847

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
313025
11/6/2018

$62,116.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**  **Nonpriority creditor's name and mailing address**

ANDERSON AGOSTINO & KELLER, PC
RE: A.A.K. DOE
ATTN: MICHAEL P. MISCH
131 SOUTH TAYLOR ST
SOUTH BEND, IN 46601

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

UNKNOWN

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**  **Nonpriority creditor's name and mailing address**

ANDRUS ANDERSON LLP
RE: FREDERICK
ATTN: LORI E ANDRUS
ATTN: JENNIE LEE ANDERSON
155 MONTGOMERY ST, STE 900
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

UNKNOWN

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.17**  **Nonpriority creditor's name and mailing address**

ANDRUS WAGSTAFF, PC
RE: JANE KR DOE
ATTN: KIMBERLY DOUGHERTY
19 BELMONT ST
SOUTH EASTON, MI 02375

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

UNKNOWN

---

**3.18**  **Nonpriority creditor's name and mailing address**

ARAMARK REFRESHMENT SERVICES
8435 GEORGETOWN RD.
#100
INDIANAPLOIS, IN 46268

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
7088210
1/2/2019

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$244.91

---

**3.19**  **Nonpriority creditor's name and mailing address**

ARKELL, STEVE
903 SILVER SPRUCE ST
SAN ANTONIO, TX 78232

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TOPS A 2018 EXPENSE
12/4/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$33.67

---

**3.20**  **Nonpriority creditor's name and mailing address**

ARKELL, STEVE
903 SILVER SPRUCE ST
SAN ANTONIO, TX 78232

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TOPS A 2018 HONOR
12/4/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,000.00

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.21**

**Nonpriority creditor's name and mailing address**
ASHE, MICHAEL
1262 64TH ST.
EMERYVILLE, CA 94608

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

**3.22**

**Nonpriority creditor's name and mailing address**
ASTOIAN, ARMEN N
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 INV EXPEN
11/18/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$221.39

**3.23**

**Nonpriority creditor's name and mailing address**
ASTOIAN, ARMEN N
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

**3.24**

**Nonpriority creditor's name and mailing address**
ATHLECTICO LLC
PO BOX 74007019
CHICAGO, IL 60674

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
815875
7/31/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$800.00

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.25** | **Nonpriority creditor's name and mailing address**
ATHLECTICO LLC
PO BOX 74007019
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$600.00**

**Date or dates debt was incurred**

**Basis for the claim:**
816106
8/31/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
ATHLECTICO LLC
PO BOX 74007019
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$150.00**

**Date or dates debt was incurred**

**Basis for the claim:**
816375
10/15/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
ATHLECTICO LLC
PO BOX 74007019
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$975.00**

**Date or dates debt was incurred**

**Basis for the claim:**
816845
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
ATHLETE REBATE REGION 1 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,480.30**

**Date or dates debt was incurred**

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.29**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 1 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,492.50

---

**3.30**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 1 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,309.10

---

**3.31**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 1 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,166.10

---

**3.32**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 2 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,938.20

---

Debtor Name        **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.33**    **Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 2 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$926.10

---

**3.34**    **Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 2 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,986.00

---

**3.35**    **Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 2 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,388.10

---

**3.36**    **Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 3 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,325.40

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.37**  **Nonpriority creditor's name and mailing address**
ATHLETE REBATE REGION 3 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**          $1,372.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38**  **Nonpriority creditor's name and mailing address**
ATHLETE REBATE REGION 3 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**          $4,945.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39**  **Nonpriority creditor's name and mailing address**
ATHLETE REBATE REGION 3 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**          $38,114.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40**  **Nonpriority creditor's name and mailing address**
ATHLETE REBATE REGION 4 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**          $3,917.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.41**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 4 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**     $2,060.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.42**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 4 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**     $4,573.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 4 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**     $26,314.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 5 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**     $6,823.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.45**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 5 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

$1,599.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 5 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

$3,365.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.47**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 5 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

$46,190.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 6 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

$2,923.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.49** Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 6 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:                                    $1,674.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 6 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:                                    $3,658.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 6 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:                                    $37,713.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 7 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:                                    $8,296.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                   Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.53** | Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 7 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:                    $41,862.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.54** | Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 8 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:                    $7,341.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.55** | Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 8 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:                    $52,175.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.56** | Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 9 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:                    $3,061.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.57** Nonpriority creditor's name and mailing address

ATHLETICO, LTD
625 ENTERPRISE DRIVE
OAKBROOK, IL 60523

$800.00

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:

815875
12/20/2018

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

ATHLETICO, LTD
625 ENTERPRISE DRIVE
OAKBROOK, IL 60523

$600.00

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:

816106
12/20/2018

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

AXIA TECHNOLOGY PARTNERS
151 N DELAWARE ST
SUITE 1750
INDIANAPOLIS, IN 46204

$1,960.74

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:

169881
11/30/2018

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

AXIA TECHNOLOGY PARTNERS
151 N DELAWARE ST
SUITE 1750
INDIANAPOLIS, IN 46204

$958.28

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:

170196
12/31/2018

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.61**

**Nonpriority creditor's name and mailing address**
BAGGETT, MEGAN
3434 CRAYRICH DRIVE
HOOVER, AL 35226

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 INV HONOR
11/14/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.62**

**Nonpriority creditor's name and mailing address**
BAGGETT, MEGAN
3434 CRAYRICH DRIVE
HOOVER, AL 35226

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

---

**3.63**

**Nonpriority creditor's name and mailing address**
BAKER, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV NT CAMP '18 HON
11/28/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,200.00

---

**3.64**

**Nonpriority creditor's name and mailing address**
BAKER, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV NT CAMP EXPENSE
11/28/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$145.06

---

Debtor Name      **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.65** | **Nonpriority creditor's name and mailing address**
BALERUD, LAURIE
5151 W. 29TH ST.
#411
GREELY, CO 80634

**As of the petition filing date, the claim is:**                    $202.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
NOV 2018 DEV EXPENSE
11/14/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**
BALERUD, LAURIE
5151 W. 29TH ST.
#411
GREELY, CO 80634

**As of the petition filing date, the claim is:**                    $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
NOV 2018 DEV HONOR
11/14/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address**
BALERUD, LAURIE
5151 W. 29TH ST.
#411
GREELY, CO 80634

**As of the petition filing date, the claim is:**                    $197.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TOPS CAMP-DEC4 EXP
12/20/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**
BALERUD, LAURIE
5151 W. 29TH ST.
#411
GREELY, CO 80634

**As of the petition filing date, the claim is:**                    $250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.69**

**Nonpriority creditor's name and mailing address**
BARNARD, TERESA
1250 NATOMA WAY
UNIT C
OCEANSIDE, CA 92057

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$65.00

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 8/18 HONOR/PD
8/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**
BARUTYAN-FONG, ARMINE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$95.70

**Date or dates debt was incurred**

**Basis for the claim:**
JR PAN AM EXPENSE
6/17/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71**

**Nonpriority creditor's name and mailing address**
BARUTYAN-FONG, ARMINE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$381.25

**Date or dates debt was incurred**

**Basis for the claim:**
SR PANAM EXPENSE
9/17/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.72**

**Nonpriority creditor's name and mailing address**
BARUTYAN-FONG, ARMINE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$542.09

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD CHAMPS EXPENSE
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.73**

**Nonpriority creditor's name and mailing address**
BARUTYAN-FONG, ARMINE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLD OPGOLD/MTEAM
11/30/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,333.00

---

**3.74**

**Nonpriority creditor's name and mailing address**
BARUTYAN-FONG, ARMINE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLDS CLUB SUPPORT
11/13/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.75**

**Nonpriority creditor's name and mailing address**
BAXTER, DANIELLE
56 TUXETTE ROAD
THORNTON, NH 03285

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/10 EXPENSE
11/10/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$101.78

---

**3.76**

**Nonpriority creditor's name and mailing address**
BAXTER, DANIELLE
56 TUXETTE ROAD
THORNTON, NH 03285

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/10 HONOR
11/10/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

Debtor Name **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.77** **Nonpriority creditor's name and mailing address**
BENCHMARK REHABILITATION PARTNERS
PO BOX 2314
OOLTEWAH, TN 37363

As of the petition filing date, the claim is:          $960.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
USA-003
10/15/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**
BENCHMARK REHABILITATION PARTNERS
PO BOX 2314
OOLTEWAH, TN 37363

As of the petition filing date, the claim is:          $960.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
USA-004
11/19/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**
BENCHMARK REHABILITATION PARTNERS
PO BOX 2314
OOLTEWAH, TN 37363

As of the petition filing date, the claim is:          $1,537.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
USA-005
11/21/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**
BENCHMARK REHABILITATION PARTNERS
PO BOX 2314
OOLTEWAH, TN 37363

As of the petition filing date, the claim is:          $2,400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
USA-006
11/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name     **USA Gymnastics**                                     Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.81** Nonpriority creditor's name and mailing address
BENCHMARK REHABILITATION PARTNERS
PO BOX 2314
OOLTEWAH, TN 37363

As of the petition filing date, the claim is:     $840.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Basis for the claim:
USA-006C
11/19/2018

**Last 4 digits of account number**     Is the claim subject to offset?
☑ No
☐ Yes

**3.82** Nonpriority creditor's name and mailing address
BERG & ANDROPHY
RE: BMK TRAINING FACILITIES, LTD, ET AL
ATTN: DAVID H. BERG
ATTN: JOEL M. ANDROPHY
3704 TRAVIS ST
HOUSTON, TX 77002

As of the petition filing date, the claim is:     UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**     Basis for the claim:
LITIGATION

**Last 4 digits of account number**     Is the claim subject to offset?
☑ No
☐ Yes

**3.83** Nonpriority creditor's name and mailing address
BLILIE, MARILYN
5919 MAHOTEA BOONE TR.
WESTLAKE, TX 76262

As of the petition filing date, the claim is:     $44.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Basis for the claim:
JCI 10/24 EXPENSE
10/24/2018

**Last 4 digits of account number**     Is the claim subject to offset?
☑ No
☐ Yes

**3.84** Nonpriority creditor's name and mailing address
BLILIE, MARILYN
5919 MAHOTEA BOONE TR.
WESTLAKE, TX 76262

As of the petition filing date, the claim is:     $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Basis for the claim:
JCI 10/24 HONOR
10/24/2018

**Last 4 digits of account number**     Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.85**  **Nonpriority creditor's name and mailing address**
BMI
PO BOX 630893
CINCINNATI, OH 45263-0893

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
1239517/11-20-18
11/20/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,842.39

---

**3.86**  **Nonpriority creditor's name and mailing address**
BOONE, PAMELA RENNER
68169 EDGEWATER BEACH RD
WHITE PIGEON, MI 49099

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 DEV EXPENSE
11/18/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

**3.87**  **Nonpriority creditor's name and mailing address**
BOONE, PAMELA RENNER
68169 EDGEWATER BEACH RD
WHITE PIGEON, MI 49099

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 DEV HONOR
11/18/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.88**  **Nonpriority creditor's name and mailing address**
BOONE, PAMELA RENNER
68169 EDGEWATER BEACH RD
WHITE PIGEON, MI 49099

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.89** | **Nonpriority creditor's name and mailing address** | | **$1,000.00**

BOONE, PAMELA RENNER
68169 EDGEWATER BEACH RD
WHITE PIGEON, MI 49099

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | | **$60.00**

BOWER, ALLAN CARL
1817 PARKRIDGE DR
NORMAN, OK 73071

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLDS EXPENSE
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | | **UNKNOWN**

BRAUN KENDRICK FINKBEINER, PLC
RE: JANE KRA DOE
ATTN: JAMIE HECHT NISIDIS
4301 FASHION SQUARE BLVD
SAGINAW, MI 48603

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | | **$550.00**

BROOKS, MIA ELAINE
157 CHARLIE GREENLEE ROAD
RUTLEDGE, TN 37861

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A 12/1-4 HONOR
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.93** | **Nonpriority creditor's name and mailing address**
BROWN, CHRISTINA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00

**Date or dates debt was incurred**

**Basis for the claim:**
RHY OPEN CAMP EXP
12/9/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**
BROWN, CHRISTINA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

**Basis for the claim:**
RHY OPEN CMP HONOR
12/9/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**
BROWN, KADEN
14328 S GRAND MEADOW CIRCLE
HERRIMAN, UT 84096

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$18.00

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**
BROWN, REBECCA JEAN
1289 N 500 W
LEHI, UT 84043

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$24.00

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.97**

**Nonpriority creditor's name and mailing address**
BUCKFIRE & BUCKFIRE, PC
RE: CAMPBELL ET AL.
ATTN: ROBERT J. LANTZY
29000 INKSTER RD, STE 150
SOUTHFIELD, MI 48034

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.98**

**Nonpriority creditor's name and mailing address**
BURNS, GALINA G
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,000.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
LEVEL 1/2 HONOR
12/11/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.99**

**Nonpriority creditor's name and mailing address**
BURNS, GALINA G
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,000.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
RHY OPEN CAMP HONOR
12/9/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.100**

**Nonpriority creditor's name and mailing address**
BURNS, GALINA G
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,000.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WARMUP EDUC DEVEL
12/11/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.101**   **Nonpriority creditor's name and mailing address**

BUSEMAN, JEANELLE
23472 190TH STREET
ROCKFORD, IA 50468

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 EXPENSE
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$113.58

---

**3.102**   **Nonpriority creditor's name and mailing address**

BUSEMAN, JEANELLE
23472 190TH STREET
ROCKFORD, IA 50468

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 HONOR/PD
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.00

---

**3.103**   **Nonpriority creditor's name and mailing address**

CAIN, DANIELLE
7000 W PALMETTO PARK RD
SUITE 210
BOCA RATON, FL 33433

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DUPL PAYMENT
10/16/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$27.00

---

**3.104**   **Nonpriority creditor's name and mailing address**

CALDWELL, JANA
695 TIMBER RIDGE CIRCLE
SHERIDAN, AR 72150

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 EXPENSE
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$66.52

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.105** | **Nonpriority creditor's name and mailing address**
CALDWELL, JANA
695 TIMBER RIDGE CIRCLE
SHERIDAN, AR 72150

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:          $65.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 HONOR/PD
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address**
CALLAHAN, WILLIAM F
85 LEXINGTON STREET
UNIT #1
HANSON, MA 02341

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:          $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address**
CAREY INTERNATIONAL, INC.
ACF FINCO I LP
PO BOX 931994
ATLANTA, GA 31193

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:          $1,900.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
76241106
11/29/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address**
CAREY INTERNATIONAL, INC.
ACF FINCO I LP
PO BOX 931994
ATLANTA, GA 31193

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:          $1,360.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
S0724089
12/3/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.109** | Nonpriority creditor's name and mailing address
CARMODY, HEATHER
10225 SNOW IRIS WAY
SANDY, UT 84092

As of the petition filing date, the claim is:                $14.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/30 EXPENSE
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address
CARMODY, HEATHER
10225 SNOW IRIS WAY
SANDY, UT 84092

As of the petition filing date, the claim is:                $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/30 HONOR
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address
CARSON, KATHRYN
34 OVERLOOK DRIVE
CHAPPAQUA, NY 10514

As of the petition filing date, the claim is:                $2,104.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
12/3-6 OFFICE VISIT
12/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address
CHAMBERS, KATHY
3424 LOCH RIDGE DRIVE
BIRMINGHAM, AL 35216

As of the petition filing date, the claim is:                $366.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name        **USA Gymnastics**
Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.113** **Nonpriority creditor's name and mailing address**
CHAMBERS, KATHY
3424 LOCH RIDGE DRIVE
BIRMINGHAM, AL 35216

**As of the petition filing date, the claim is:**                  $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.114** **Nonpriority creditor's name and mailing address**
CHAMBERS, KATHY
3424 LOCH RIDGE DRIVE
BIRMINGHAM, AL 35216

**As of the petition filing date, the claim is:**                  $128.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 EXP
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.115** **Nonpriority creditor's name and mailing address**
CHAMBERS, KATHY
3424 LOCH RIDGE DRIVE
BIRMINGHAM, AL 35216

**As of the petition filing date, the claim is:**                  $250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.116** **Nonpriority creditor's name and mailing address**
CHAMPION RX
5481 COMMERCIAL DRIVE
#B
HUNTINGTON BEACH, CA 92649

**As of the petition filing date, the claim is:**                  $887.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
5230
11/9/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.117** **Nonpriority creditor's name and mailing address**
CHARFOOS & CHRISTENSEN, PC
RE: BUCHANAN ET AL.
ATTN: DAVID W CHRISTENSEN
ATTN: MARY PAT ROSEN
26622 WOODWARD AVE, STE 100
ROYAL OAK, MI 48067

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.118** **Nonpriority creditor's name and mailing address**
CHAU, KRISTIN
28050 CARAWAY LANE
SANTA CLARITA, CA 91350

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    **$27.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
INCORRECT MEMBERSHIP
9/14/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.119** **Nonpriority creditor's name and mailing address**
CHENG, JOHN
137 DANBURY RD. #141
NEW MILFORD, CT 06776

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    **$204.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
WORLDS EXPENSE
11/4/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.120** **Nonpriority creditor's name and mailing address**
CHENG, JOHN
137 DANBURY RD. #141
NEW MILFORD, CT 06776

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    **$3,920.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
WORLDS HONOR/PD
11/4/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name      **USA Gymnastics**
Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.121**

**Nonpriority creditor's name and mailing address**
CHERUP, NAOMI
4029 KEATS DR
TROY, MI 48085

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$120.00

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS 8/3 HONOR
8/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122**

**Nonpriority creditor's name and mailing address**
CHURCHWYBLE PC, A DIVISION OF GREWAL LAW, PLLC
RE: BOYCE, ET AL.
ATTN: MANVIR S GREWAL/DAVID S MITTLEMAN
ATTN: NOLAN ERICKSON/JOHN FRASER/JONATHAN BROWN
2290 SCIENCE PKWY
OKEMOS, MI 48864

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123**

**Nonpriority creditor's name and mailing address**
CLENDENING JOHNSON & BOHRER, P.C
RE: MIHAEL ANTON
ATTN: LONNIE JOHNSON/CHEYENNE RIKER
409 W PATTERSON DR, STE 205
P.O. BOX 428
BLOOMINGTON, IN 47402

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124**

**Nonpriority creditor's name and mailing address**
CLEVELAND-CHILDS, KRISTIN
12209 INGLEHURST DRIVE
RALEIGH, NC 27613

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$6.70

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 10/20 EXPENSE
10/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.125**   **Nonpriority creditor's name and mailing address**

CLEVELAND-CHILDS, KRISTIN
12209 INGLEHURST DRIVE
RALEIGH, NC 27613

**As of the petition filing date, the claim is:**    $420.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 10/20 HONOR
10/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126**   **Nonpriority creditor's name and mailing address**

COLE, DUREE L
1848 N ADAMS STREET
SOUTH BEND, IN 46628

**As of the petition filing date, the claim is:**    $113.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 EXP
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127**   **Nonpriority creditor's name and mailing address**

COLE, DUREE L
1848 N ADAMS STREET
SOUTH BEND, IN 46628

**As of the petition filing date, the claim is:**    $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128**   **Nonpriority creditor's name and mailing address**

COLE, LORETTA
3411 LATHROP ST.
STE. A
FAIRBANKS, AK 99701

**As of the petition filing date, the claim is:**    $74.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/11 EXPENSE
11/11/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                   Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.129**

**Nonpriority creditor's name and mailing address**
COLE, LORETTA
3411 LATHROP ST.
STE. A
FAIRBANKS, AK 99701

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/11 HONOR/PD
11/11/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.00

**3.130**

**Nonpriority creditor's name and mailing address**
CONGRESS REGION 1
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,584.25

**3.131**

**Nonpriority creditor's name and mailing address**
CONGRESS REGION 2
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,238.36

**3.132**

**Nonpriority creditor's name and mailing address**
CONGRESS REGION 3
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,921.99

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.133** **Nonpriority creditor's name and mailing address**

CONGRESS REGION 4
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,672.70

**3.134** **Nonpriority creditor's name and mailing address**

CONGRESS REGION 5
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

**3.135** **Nonpriority creditor's name and mailing address**

CONGRESS REGION 8
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,056.53

**3.136** **Nonpriority creditor's name and mailing address**

CONNER, PATTI
7401 TOPEKA AVE
LUBBOCK, TX 79424

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TT WORLDS EXPENSE
11/14/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$207.86

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

---

**3.137** Nonpriority creditor's name and mailing address

CORBITT, JONATHAN
787 BYRD AVENUE
BRIDGEWATER, NJ 08807

As of the petition filing date, the claim is:      $500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138** Nonpriority creditor's name and mailing address

CORRIGAN, GEOFFREY
1000 S STATE STREET
ANN ARBOR, MI 48109

As of the petition filing date, the claim is:      $38.71

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
DEC1-4 WINTER CUP
12/1/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139** Nonpriority creditor's name and mailing address

COWEN, JEFF
1362 GILMORE LAKE RD
SUTH LAKE TAHOE, CA 96150

As of the petition filing date, the claim is:      $27.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
DUPL  PAYMENT
10/11/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140** Nonpriority creditor's name and mailing address

COWEN, JEFF
1362 GILMORE LAKE RD
SUTH LAKE TAHOE, CA 96150

As of the petition filing date, the claim is:      $27.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
DUPL PAYMENT
10/11/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.141**  **Nonpriority creditor's name and mailing address**
CRAWFORD, CAITLYN
12810 TOURNAMENT DR
RESTON, VA 20191

**As of the petition filing date, the claim is:**          $12.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.142**  **Nonpriority creditor's name and mailing address**
CURTH, MICHAEL
8 LUBBER STREET
STONY BROOK, NY 11790

**As of the petition filing date, the claim is:**          $500.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.143**  **Nonpriority creditor's name and mailing address**
CUTILLO, BARBARA
4072 DARIUS DR
ENOLA, PA 17025

**As of the petition filing date, the claim is:**          $6.70
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
JCI 11/12 EXPENSE
11/12/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.144**  **Nonpriority creditor's name and mailing address**
CUTILLO, BARBARA
4072 DARIUS DR
ENOLA, PA 17025

**As of the petition filing date, the claim is:**          $50.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
JCI 11/12 HONOR
11/12/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name        **USA Gymnastics**                                                     Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.145**    **Nonpriority creditor's name and mailing address**

DAVIS, EMILY F
9614 LIMESTONE POND
SAN ANTONIO, TX 78254

**As of the petition filing date, the claim is:**                                    $200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DECEMBER EXPENSE
12/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146**    **Nonpriority creditor's name and mailing address**

DAWID & GATTI PLLC
RE: ALI
ATTN: MICHAEL J. GATTI
402 W LIBERTY ST
ANN ARBOR, MI 48103

**As of the petition filing date, the claim is:**                                    UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147**    **Nonpriority creditor's name and mailing address**

DEBORAH GORDON LAW
RE: P.S. DOE
ATTN: DEBORAH L. GORDON
33 BLOOMFIELD HILLS PKWY, STE 220
BLOOMFIELD HILLS, MI 48304

**As of the petition filing date, the claim is:**                                    UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148**    **Nonpriority creditor's name and mailing address**

DEWANE, MARIAN
P.O. BOX 2137
BOISE, ID 83701

**As of the petition filing date, the claim is:**                                    $24.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/16 EXPENSE
11/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.149** Nonpriority creditor's name and mailing address

DEWANE, MARIAN
P.O. BOX 2137
BOISE, ID 83701

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/16 HONOR/PD
11/16/2018

Is the claim subject to offset?
☑ No
☐ Yes

$115.00

**3.150** Nonpriority creditor's name and mailing address

DEWEERD, SHERYL J
5833 W BRADSHAW RD
LUDINGTON, MI 49431

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 DEV EXPENSE
11/18/2018

Is the claim subject to offset?
☑ No
☐ Yes

$122.43

**3.151** Nonpriority creditor's name and mailing address

DEWEERD, SHERYL J
5833 W BRADSHAW RD
LUDINGTON, MI 49431

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 DEV HONOR
11/14/2018

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

**3.152** Nonpriority creditor's name and mailing address

DEWEERD, SHERYL J
5833 W BRADSHAW RD
LUDINGTON, MI 49431

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

Is the claim subject to offset?
☑ No
☐ Yes

$197.42

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.153**

**Nonpriority creditor's name and mailing address**

DEWEERD, SHERYL J
5833 W BRADSHAW RD
LUDINGTON, MI 49431

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.154**

**Nonpriority creditor's name and mailing address**

DIAB, ALEX M
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV EXPENSES
11/25/2018

Is the claim subject to offset?
☑ No
☐ Yes

$427.96

---

**3.155**

**Nonpriority creditor's name and mailing address**

DOE

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNKNOWN

---

**3.156**

**Nonpriority creditor's name and mailing address**

DUARTE, JOCELYN
421 S BIXEL STREET
SUITE A
LOS ANGELES, CA 90017

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MBRSHP DUPL PYMT
8/21/2018

Is the claim subject to offset?
☑ No
☐ Yes

$59.00

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.157** **Nonpriority creditor's name and mailing address**
EBERHARDT, BRENDA
4008 ELLEN DRIVE
MARRERO, LA 70072-6222

**As of the petition filing date, the claim is:**    $6.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/10 EXPENSE
11/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**
EBERHARDT, BRENDA
4008 ELLEN DRIVE
MARRERO, LA 70072-6222

**As of the petition filing date, the claim is:**    $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/10 HONOR
11/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**
EDLUND, STACEY
2806 E OBSIDIAN AVE
POST FALLS, ID 83854

**As of the petition filing date, the claim is:**    $27.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
MBRSHIP REFUND
11/26/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**
EFRAIN GONZALEZ JR.
RE: EFRAIN GONZALEZ JR.
1168 BEASLEY HILLS LANE
HOUSTON, TX 77008

**As of the petition filing date, the claim is:**    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.161**

**Nonpriority creditor's name and mailing address**
ELFENBEIN, MYRA
8806 CHURCH FIELD LANE
LAUREL, MD 207089

**As of the petition filing date, the claim is:**    $163.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TECH MEETING EXPENSE
12/11/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162**

**Nonpriority creditor's name and mailing address**
ELITE SPORTSWEAR, L.P.
PO BOX 16400
READING, PA 19612-6400

**As of the petition filing date, the claim is:**    $2,140.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
828591
11/5/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163**

**Nonpriority creditor's name and mailing address**
ELITE SPORTSWEAR, L.P.
PO BOX 16400
READING, PA 19612-6400

**As of the petition filing date, the claim is:**    $468.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
830436
11/8/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164**

**Nonpriority creditor's name and mailing address**
ELY, JEANA
2305 COUNTY ROAD 1222
BLANCHARD, OK 73010

**As of the petition filing date, the claim is:**    $7.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/30 EXPENSE
11/30/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.165**  **Nonpriority creditor's name and mailing address**

ELY, JEANA
2305 COUNTY ROAD 1222
BLANCHARD, OK 73010

$50.00

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/30 HONOR
11/30/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166**  **Nonpriority creditor's name and mailing address**

EM KAY SKY LLC
906 S WOOSTER STREET
#301
LOS ANGELES, CA 90035

$76.80

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RHY SR PAN AM EXP
10/2/2016

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167**  **Nonpriority creditor's name and mailing address**

EM KAY SKY LLC
906 S WOOSTER STREET
#301
LOS ANGELES, CA 90035

$500.00

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RHY SR PAN AM HONOR
10/2/2016

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168**  **Nonpriority creditor's name and mailing address**

ENGLEDOW GROUP
1100 EAST 116TH ST.
CARMEL, IN 46032

$9.16

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
514888 DEC1-4
12/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.169**

**Nonpriority creditor's name and mailing address**
ENTERPRISE SERVICES
PO BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,152.35**

**Date or dates debt was incurred**

**Basis for the claim:**
18321627
11/19/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170**

**Nonpriority creditor's name and mailing address**
ENTERPRISE SERVICES
PO BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,758.57**

**Date or dates debt was incurred**

**Basis for the claim:**
19090215
10/29/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171**

**Nonpriority creditor's name and mailing address**
ENTERPRISE SERVICES
PO BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$528.49**

**Date or dates debt was incurred**

**Basis for the claim:**
19392683
11/26/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172**

**Nonpriority creditor's name and mailing address**
ENTERPRISE SERVICES
PO BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,202.46**

**Date or dates debt was incurred**

**Basis for the claim:**
19480183
12/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.173** Nonpriority creditor's name and mailing address

ENTERPRISE SERVICES
PO BOX 402383
ATLANTA, GA 30384

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,208.49

**Date or dates debt was incurred**

**Basis for the claim:**
19554181-A
12/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174** Nonpriority creditor's name and mailing address

EPIC GYMNASTICS
4688 S COMMERCE DR
MURRAY, UT 84107

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$118.00

**Date or dates debt was incurred**

**Basis for the claim:**
CK OVERAGE
10/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175** Nonpriority creditor's name and mailing address

EVANS, PAMELA GODWARD
8030 E. AVALON DR.
SCOTTSDALE, AZ 85251

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$45.77

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/30 EXPENSE
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176** Nonpriority creditor's name and mailing address

EVANS, PAMELA GODWARD
8030 E. AVALON DR.
SCOTTSDALE, AZ 85251

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$115.00

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/30 HONOR/PD
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.177** | **Nonpriority creditor's name and mailing address**

EVEREST, REGINA
6035 6TH PLACE
VERO BEACH, FL 32968

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DUPL PAYMENT REFUND
11/27/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

**3.178** | **Nonpriority creditor's name and mailing address**

FEDERATION INTE DE GYMNASTIQUE FIG
RUE DES OEUCHES 10
CASE POSTALE 359
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
63376
11/26/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

---

**3.179** | **Nonpriority creditor's name and mailing address**

FEDERATION INTE DE GYMNASTIQUE FIG
RUE DES OEUCHES 10
CASE POSTALE 359
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
63382
11/27/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

---

**3.180** | **Nonpriority creditor's name and mailing address**

FEDERATION INTE DE GYMNASTIQUE FIG
RUE DES OEUCHES 10
CASE POSTALE 359
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
63477
12/7/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

---

Debtor Name     **USA Gymnastics**                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.181** Nonpriority creditor's name and mailing address
FEDOSOV, OLEG
6512 W 130TH AVENUE
CEDAR LAKE, IN 46303

As of the petition filing date, the claim is:                      $300.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
DUPL PYMT CK 59540
6/20/2014

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.182** Nonpriority creditor's name and mailing address
FEELEY, CAMILLA
254 RED OAK LANE
HIGHLAND PARK, IL 60035

As of the petition filing date, the claim is:                      $1,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
CHOREO REIMBURSE
10/10/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.183** Nonpriority creditor's name and mailing address
FIEGER LAW
RE: ESPINOSA
ATTN: TODD J. WEGLARZ
19390 W 10 MILE RD
SOUTHFIELD, MI 48075

As of the petition filing date, the claim is:                      UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.184** Nonpriority creditor's name and mailing address
FIEGER, FIEGER, KENNEY & HARRINGTON, PC
RE: KOWALSKI
ATTN: GEOFFREY N FIEGER
ATTN: JAMES J. HARRINGTON
19390 WEST 10 MILE RD
SOUTHFIELD, MI 48075

As of the petition filing date, the claim is:                      UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.185**  **Nonpriority creditor's name and mailing address**
FINALFORMS
442 WALTERS ROAD
CHAGRIN FALLS, OH 44022

**As of the petition filing date, the claim is:**                                  $75.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
003554CC
12/15/2018

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186**  **Nonpriority creditor's name and mailing address**
FIRST STATE GYMNASTICS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                             $21,333.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
WORLD OPGOLD/MTEAM
11/30/2018

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.187**  **Nonpriority creditor's name and mailing address**
FITZSIMMONS, TIM
13801 ARTIC AVENUE
ROCKVILLE, MD 20853

**As of the petition filing date, the claim is:**                                  $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
DUPL PAYMENT
11/2/2018

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188**  **Nonpriority creditor's name and mailing address**
FLEISHMANHILLARD INC
PO BOX 771733
ST LOUIS, MO 63177

**As of the petition filing date, the claim is:**                             $37,480.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1797415
11/26/2018

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.189** | **Nonpriority creditor's name and mailing address**

FLOYD, CIARA
14030 FM 1560
APT 2108
HELOTES, TX 78023

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS 8/4 HONOR
8/4/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address**

FORBES, HEATHER M
1170 WHITE CHAPEL
ALGONGUIN, IL 60102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV DEVO CAMP EXP
11/14/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address**

FORBES, HEATHER M
1170 WHITE CHAPEL
ALGONGUIN, IL 60102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV DEVO CAMP HONOR
11/14/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address**

FORBES, HEATHER M
1170 WHITE CHAPEL
ALGONGUIN, IL 60102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $30.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP-DEC4 EXP
12/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.193**

**Nonpriority creditor's name and mailing address**

FORBES, HEATHER M
1170 WHITE CHAPEL
ALGONGUIN, IL 60102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

---

**3.194**

**Nonpriority creditor's name and mailing address**

FORGAN, CHEVONNE
196 OLD MILITARY ROAD
LAKE PLACID, NY 12946

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGC CAMP HONOR
9/5/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$51.60

---

**3.195**

**Nonpriority creditor's name and mailing address**

FRANKE, AMBER
4316 CHARLES COURT
HILLIARD, OH 43026

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$24.00

---

**3.196**

**Nonpriority creditor's name and mailing address**

G3 GLOBAL SERVICES
1951 N MILITARY TRAIL
SUITE D
WEST PALM BEACH, FL 33409

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
USAGYMRUS-EXP
11/16/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$268.00

---

Debtor Name **USA Gymnastics**                                Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.197**  **Nonpriority creditor's name and mailing address**

GALLARDO, CHRISTIAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $352.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WRLD SELECT EXPENSE
10/13/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198**  **Nonpriority creditor's name and mailing address**

GALT HOUSE HOTEL
140 N FOURTH STREET
LOUISVILLE, KY 40202

**As of the petition filing date, the claim is:**                     $35,935.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
9015 REG 5 CONGRESS
9/26/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199**  **Nonpriority creditor's name and mailing address**

GARDNER, BETH
7613 W FM 93
BELTON, TX 76513

**As of the petition filing date, the claim is:**                     $350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
R102 12/2 HONOR/PD
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200**  **Nonpriority creditor's name and mailing address**

GARDNER, BETH
7613 W FM 93
BELTON, TX 76513

**As of the petition filing date, the claim is:**                     $293.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
R301 12/1 EXPENSE
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    51 of 152

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.201** | **Nonpriority creditor's name and mailing address**
GARDNER, BETH
7613 W FM 93
BELTON, TX 76513

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
R301 12/1 HONOR/PD
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$350.00

---

**3.202** | **Nonpriority creditor's name and mailing address**
GATSCHET, KATHERINE
3609 SW RANDOLPH AVENUE
TOPEKA, KS 66611

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/01 HONOR
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.203** | **Nonpriority creditor's name and mailing address**
GATSCHET, KATHERINE
3609 SW RANDOLPH AVENUE
TOPEKA, KS 66611

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 EXPENSE
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$6.70

---

**3.204** | **Nonpriority creditor's name and mailing address**
GAWRON, LAURA
62236 CLOVERLEAF DRIVE
EAST AMBERST, NY 14051

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DUPL PAYMENT
10/15/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.205** **Nonpriority creditor's name and mailing address**

GERBER CIANO KELLY BRADY LLP
228 PARK AVE SOUTH
SUITE 97572
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**         $1,105.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
04479
11/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206** **Nonpriority creditor's name and mailing address**

GESUELLI, CODY
904 WILLOWBROOK DR SE
APT 2
HUNTSVILLE, AL 07748

**As of the petition filing date, the claim is:**         $18.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207** **Nonpriority creditor's name and mailing address**

GLIELMI, THOMAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**         $3,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD MAKING TEAM
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208** **Nonpriority creditor's name and mailing address**

GLOBAL SPECTRUM
650 OKEECHOBEE BLVD
WEST PALM BEACH, FL 33401

**As of the petition filing date, the claim is:**         $8,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
01-071719
1/3/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**      Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

                                                                            **Amount of claim**

---

**3.209**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      $873.98

GLUCKSTEIN, JEFFREY
60 OCEAN BOULEVARD
ATLANTIC HIGHLANDS, NJ 07716

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
NOV 2018 TRAINING
12/10/2018

**Last 4 digits of account number**      **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.210**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      UNKNOWN

GOLDMAN SCARLATO & PENNY, PC
RE: JANE LB DOE ET AL.
ATTN: MELISSA FRY HAGUE
8 TOWER BRIDGE
161 WASHINGTON ST, STE 1025
CONSHOHOCKEN, PA 19428

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
LITIGATION

**Last 4 digits of account number**      **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.211**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      UNKNOWN

GOWER LAW PLC
RE: LADRIGUE
ATTN: JESSICA ROSE RIEFFEL
514 E MIDLAND ST
BAY CITY, MI 48706

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
LITIGATION

**Last 4 digits of account number**      **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.212**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      $50.00

GRAYSON, DIANNE
907 W. KROLL AVE.
GILBERT, AZ 85033

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
JCI 11/30 HONOR
11/30/2018

**Last 4 digits of account number**      **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.213** Nonpriority creditor's name and mailing address

GRUEL MILLS NIMS & PYLMAN PLLC
RE: WAMPLER ET AL.
ATTN: THOMAS R. BEHM
99 MONROE AVE, N.W, STE 800
GRAND RAPIDS, MI 49503

As of the petition filing date, the claim is:    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.214** Nonpriority creditor's name and mailing address

GRUEL MILLS NIMS & PYLMAN PLLC
RE: JANE N. DOE
ATTN: THOMAS R. BEHM
99 MONROE AVE, N.W, STE 800
GRAND RAPIDS, MI 49503

As of the petition filing date, the claim is:    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.215** Nonpriority creditor's name and mailing address

GRUEL MILLS NIMS & PYLMAN PLLC
RE: JANES A AND B DOE ET AL.
ATTN: THOMAS R. BEHM
99 MONROE AVE, N.W, STE 800
GRAND RAPIDS, MI 49503

As of the petition filing date, the claim is:    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.216** Nonpriority creditor's name and mailing address

GYMNASTICS GURU CONSULTING
20 BOTT LANE
TOWACO, NJ 07082

As of the petition filing date, the claim is:    $450.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
REG 4 CONG HONOR
6/17/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.217**  **Nonpriority creditor's name and mailing address**
H2H SERVICES LLC
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $125.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV SHOSTAK TRAIN
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218**  **Nonpriority creditor's name and mailing address**
H2H SERVICES LLC
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $125.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OCT SHOSTAK TRAIN
11/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219**  **Nonpriority creditor's name and mailing address**
H2H SERVICES LLC
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SHOSTAK NOV 2018
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220**  **Nonpriority creditor's name and mailing address**
H2H SERVICES LLC
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $175.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SHOSTAK SEPT TRAIN
10/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

| 3.221 | Nonpriority creditor's name and mailing address | | $27.00 |
|---|---|---|---|

HALFMANN, LYNN
PO BOX 181328
DENVER, CO 80218

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
10/19/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | | $17.36 |
|---|---|---|---|

HALL, HEIDI
PO BOX 385
SANGERVILLE, ME 04479

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/25 EXPENSE
11/25/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | | $50.00 |
|---|---|---|---|

HALL, HEIDI
PO BOX 385
SANGERVILLE, ME 04479

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/25 HONOR
11/25/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | | $24.00 |
|---|---|---|---|

HALLWIG, BOB
9200 GAITHER ROAD
GAITHERSBURG, MD 20877

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.225**

**Nonpriority creditor's name and mailing address**
HAMILTON, CHERYL
21 ARIZONA STATE DR
NEWARK, DE 19713

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV '18 NT CAMP EXP
11/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$77.76

---

**3.226**

**Nonpriority creditor's name and mailing address**
HAMILTON, CHERYL
21 ARIZONA STATE DR
NEWARK, DE 19713

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 18 NT CAMP HONOR
11/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,700.00

---

**3.227**

**Nonpriority creditor's name and mailing address**
HAMILTON, CHERYL
21 ARIZONA STATE DR
NEWARK, DE 19713

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WMN COMM MTG EXP
11/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$127.43

---

**3.228**

**Nonpriority creditor's name and mailing address**
HAMILTON, CHERYL
21 ARIZONA STATE DR
NEWARK, DE 19713

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLDS EXPENSES
11/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$186.40

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.229** **Nonpriority creditor's name and mailing address**
HANEY, JILL
5 COLUMBIA DR REAR
WILLIAMSVILLE, NY 14221

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27.00**

**Date or dates debt was incurred**
**Basis for the claim:**
DUPL PAYMENT
10/16/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.230** **Nonpriority creditor's name and mailing address**
HANEY, MAGGIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00**

**Date or dates debt was incurred**
**Basis for the claim:**
COACH SUPPORT
10/15/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.231** **Nonpriority creditor's name and mailing address**
HANEY, MAGGIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,333.00**

**Date or dates debt was incurred**
**Basis for the claim:**
WORLD OPGOLD/MTEAM
11/30/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232** **Nonpriority creditor's name and mailing address**
HANFORD, DEANNA
14798 LAURELWOOD STREET
POWAY, CA 92064

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2.89**

**Date or dates debt was incurred**
**Basis for the claim:**
TT JCI 11/4 EXPENSE
11/4/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.233** **Nonpriority creditor's name and mailing address**
HANFORD, DEANNA
14798 LAURELWOOD STREET
POWAY, CA 92064

As of the petition filing date, the claim is: $630.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 11/4 HONOR
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234** **Nonpriority creditor's name and mailing address**
HATTERSLEY, ADAM ROGER
5833 TULIP FLOWER DRIVE
RIVERVIEW, FL 33578

As of the petition filing date, the claim is: $500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235** **Nonpriority creditor's name and mailing address**
HAWK, RAYETTA
3206 LUPINE DRIVE
INDIANAPOLIS, IN 46224

As of the petition filing date, the claim is: $43.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 EXP
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.236** **Nonpriority creditor's name and mailing address**
HAWK, RAYETTA
3206 LUPINE DRIVE
INDIANAPOLIS, IN 46224

As of the petition filing date, the claim is: $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.237** | **Nonpriority creditor's name and mailing address**
HAWK, RENEE
8039 STATE PARK
CENTER LINE, MI 48015

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.24

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 EXP
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address**
HAWK, RENEE
8039 STATE PARK
CENTER LINE, MI 48015

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address**
HEBERT, DANTE
9402 GARRETT RD
MAURICE, LA 70555

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$433.30

**Date or dates debt was incurred**

**Basis for the claim:**
CA/NV TDC HONOR
10/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address**
HEBERT, DANTE
9402 GARRETT RD
MAURICE, LA 70555

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$6.70

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 10/27 EXPENSE
10/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60.00 |
|---|---|---|---|

HEBERT, DANTE
9402 GARRETT RD
MAURICE, LA 70555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 10/27 HONOR
10/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.70 |
|---|---|---|---|

HEBERT, DANTE
9402 GARRETT RD
MAURICE, LA 70555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 10/6 EXPENSE
10/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $360.00 |
|---|---|---|---|

HEBERT, DANTE
9402 GARRETT RD
MAURICE, LA 70555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 10/6 HONOR
10/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.70 |
|---|---|---|---|

HEBERT, DANTE
9402 GARRETT RD
MAURICE, LA 70555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 11/17 EXPENSE
11/17/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.245** **Nonpriority creditor's name and mailing address**
HEBERT, DANTE
9402 GARRETT RD
MAURICE, LA 70555

**As of the petition filing date, the claim is:**                                  $390.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 11/17 HONOR
11/17/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246** **Nonpriority creditor's name and mailing address**
HEISLER, RITA
8 HICKORY DR
HORSEHEADS, NY 14845

**As of the petition filing date, the claim is:**                                  $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 9/22 HONOR
9/22/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.247** **Nonpriority creditor's name and mailing address**
HILDER & ASSOCIATES PC
819 LOVETT BLVD
HOUSTON, TX 77006

**As of the petition filing date, the claim is:**                                  $16,770.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
13439
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248** **Nonpriority creditor's name and mailing address**
HILDER & ASSOCIATES PC
819 LOVETT BLVD
HOUSTON, TX 77006

**As of the petition filing date, the claim is:**                                  $1,356.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
13440
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.249** **Nonpriority creditor's name and mailing address**

HILL, RONALD
245 E PAGE STREET
ST PAUL, MN 55107

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.250** **Nonpriority creditor's name and mailing address**

HILLIARD MARTINEZ GONZALES, LLP
RE: MKG DOE
ATTN: ROBERT C. HILLIARD/JESSICA J. PRICHETT
ATTN: ALEXANDER HILLIARD
719 SOUTH SHORELINE BLVD
CORPUS CHRISTI, TX 78401

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.251** **Nonpriority creditor's name and mailing address**

HILLIARD MARTINEZ GONZALES, LLP
RE: JANE KJTM DOE
ATTN: ROBERT C. HILLIARD/JESSICA J. PRICHETT
ATTN: ALEXANDER HILLIARD
719 SOUTH SHORELINE BLVD
CORPUS CHRISTI, TX 78401

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.252** **Nonpriority creditor's name and mailing address**

HILTON GARDEN INN INDIANAPOLIS DOWNTOWN
10 EAST MARKET ST.
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
39574
9/8/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$662.22

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.253**

**Nonpriority creditor's name and mailing address**

HOLIDAY INN SARASOTA AIRPORT
8009 15TH ST E
SARASOTA, FL 34243

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRAINING CAMP LODGING
12/5/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,351.48

---

**3.254**

**Nonpriority creditor's name and mailing address**

HOWARD, TREVOR
1290 FAHLANDER DR
COLUMBUS, OH 43229

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
COTTBUS PDIEM
11/5/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$105.00

---

**3.255**

**Nonpriority creditor's name and mailing address**

HUMPHREY, TERIN
114 SE 2ND STREET
BLUE SPRINGS, MO 64014

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV NT CAMP '18 HON
11/28/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$800.00

---

**3.256**

**Nonpriority creditor's name and mailing address**

HUMPHREY, TERIN
114 SE 2ND STREET
BLUE SPRINGS, MO 64014

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV NT CAMP'18 EXPEN
11/28/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$40.40

---

Debtor Name       **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $223.19 |
|---|---|---|---|
| | HUNGER, MICHAEL<br>ADDRESS REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>NOV 2018 DEV EXP<br>11/14/2018 | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,500.00 |
|---|---|---|---|
| | HUNGER, MICHAEL<br>ADDRESS REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>NOV 2018 DEV HONOR<br>11/14/2018 | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $223.19 |
|---|---|---|---|
| | HUNGER, MICHAEL<br>ADDRESS REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>NOV 2018 INV EXPENSE<br>11/18/2018 | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,000.00 |
|---|---|---|---|
| | HUNGER, MICHAEL<br>ADDRESS REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>NOV 2018 INV HONOR<br>11/18/2018 | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.261** | **Nonpriority creditor's name and mailing address**
HUNGER, MICHAEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $42.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP DEC4 EXP
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address**
HUNGER, MICHAEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP THRU DEC 4
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address**
HUNT & TUEGEL PLLC
RE: WHITEHURST, ET AL.
ATTN: MICHELLE SIMPSON TUEGEL
425 AUSTIN AVE
ALICO BUILDING, STE 1208
WACO, TX 76703

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address**
HUNT & TUEGEL PLLC
RE: TASHA SCHWIKERT-WARREN
ATTN: MICHELLE SIMPSON TUEGEL
425 AUSTIN AVE
ALICO BUILDING, STE 1208
WACO, TX 76703

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.265**

**Nonpriority creditor's name and mailing address**

HUTCHINS ET AL.

**As of the petition filing date, the claim is:**                    **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.266**

**Nonpriority creditor's name and mailing address**

IAVARONE, GEORGEANN
32471 VIA LOS SANTOS
SAN JUAN CAPISTRANO, CA 92675

**As of the petition filing date, the claim is:**                    **$70.59**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            JCI 11/03 EXPENSE
                                                11/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.267**

**Nonpriority creditor's name and mailing address**

IAVARONE, GEORGEANN
32471 VIA LOS SANTOS
SAN JUAN CAPISTRANO, CA 92675

**As of the petition filing date, the claim is:**                    **$105.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            JCI 11/03 HONOR/PD
                                                11/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.268**

**Nonpriority creditor's name and mailing address**

IAVARONE, GEORGEANN
32471 VIA LOS SANTOS
SAN JUAN CAPISTRANO, CA 92675

**As of the petition filing date, the claim is:**                    **$18.42**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            JCI 12/1 EXPENSE
                                                12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

Debtor Name        **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.269**

**Nonpriority creditor's name and mailing address**
IAVARONE, GEORGEANN
32471 VIA LOS SANTOS
SAN JUAN CAPISTRANO, CA 92675

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 HONOR/PD
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$115.00

---

**3.270**

**Nonpriority creditor's name and mailing address**
IAVARONE, GEORGEANN
32471 VIA LOS SANTOS
SAN JUAN CAPISTRANO, CA 92675

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
USAG NSF BANK FEE
12/5/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$12.00

---

**3.271**

**Nonpriority creditor's name and mailing address**
IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AHYY543 DEC1-4
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$249.42

---

**3.272**

**Nonpriority creditor's name and mailing address**
IVANOV, IVAN YORDANOV
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV NT '18 CAMP HONO
11/28/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,200.00

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.273**

**Nonpriority creditor's name and mailing address**
IVANOV, IVAN YORDANOV
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV NT CAMP '18 EXP
11/28/2018

Is the claim subject to offset?

☑ No
☐ Yes

$39.57

---

**3.274**

**Nonpriority creditor's name and mailing address**
JAMI JONES PLLC
RE: JANE BR2 DOE
ATTN: JAMI W JONES
43494 WOODWARD AVE , STE 200
BLOOMFIELD HILLS, MI 48302

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

Is the claim subject to offset?

☑ No
☐ Yes

UNKNOWN

---

**3.275**

**Nonpriority creditor's name and mailing address**
JANE B95 DOE

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

Is the claim subject to offset?

☑ No
☐ Yes

UNKNOWN

---

**3.276**

**Nonpriority creditor's name and mailing address**
JANE C. DOE

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

Is the claim subject to offset?

☑ No
☐ Yes

UNKNOWN

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.277** **Nonpriority creditor's name and mailing address**
JANE DOE

As of the petition filing date, the claim is:                                UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.278** **Nonpriority creditor's name and mailing address**
JANE DOE 02

As of the petition filing date, the claim is:                                UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.279** **Nonpriority creditor's name and mailing address**
JANE E-1 DOE

As of the petition filing date, the claim is:                                UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.280** **Nonpriority creditor's name and mailing address**
JANE E-1 DOE, ET AL.

As of the petition filing date, the claim is:                                UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.281**

**Nonpriority creditor's name and mailing address**
JANE J-1 DOE

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[x] Disputed

UNKNOWN

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.282**

**Nonpriority creditor's name and mailing address**
JANE JD DOE

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[x] Disputed

UNKNOWN

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.283**

**Nonpriority creditor's name and mailing address**
JANE LM DOE

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[x] Disputed

UNKNOWN

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.284**

**Nonpriority creditor's name and mailing address**
JANE MPW DOE

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[x] Disputed

UNKNOWN

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name **USA Gymnastics**
Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.285** Nonpriority creditor's name and mailing address
JANE R DOES ET AL.

As of the petition filing date, the claim is:                    **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.286** Nonpriority creditor's name and mailing address
JANTZI, SARAH
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$1,000.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
SR PAN AM MEDAL SPT
11/30/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.287** Nonpriority creditor's name and mailing address
JANTZI, SARAH
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$353.30**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WORLD 2018 EXPENSE
11/4/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.288** Nonpriority creditor's name and mailing address
JANTZI, SARAH
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$11,333.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WORLD OPGOLD/MTEAM
11/30/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.289**  **Nonpriority creditor's name and mailing address**

JENKINS, LACEY
10053 E CO. RD 550 N
MATTOON, IL 61938

**As of the petition filing date, the claim is:**                        $12.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.290**  **Nonpriority creditor's name and mailing address**

JOHN F1 DOE, ET AL.

**As of the petition filing date, the claim is:**                        UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.291**  **Nonpriority creditor's name and mailing address**

JOHN R. LEWIS, JR., ESQ., P.C.
RE: RICHARD CARLSON
ATTN: JOHN R. LEWIS, JR.
4 WEST GATE RD
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**                        UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.292**  **Nonpriority creditor's name and mailing address**

JOHNS HOPKINS ALL CHILDREN'S HOSPITAL INC
SPORTS MED/USAG/ATTN: FINANCE
501 6TH AVE SOUTH
ST PETERSBURG, FL 33701

**As of the petition filing date, the claim is:**                        $11,546.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
71210-004
11/28/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name       **USA Gymnastics**                                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.293** Nonpriority creditor's name and mailing address

JOHNSON LAW, PLC
RE: JONUSKA
ATTN: THOMAS W WAUN
10683 S SAGINAW ST, STE D
GRAND BLANC, MI 48439

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.294** Nonpriority creditor's name and mailing address

JOHNSON, AMELIA
20961 BIG WOODS ROAD
DICKERSON, MD 20842

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $15.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
CK 5519 OVERPAYMENT
11/16/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.295** Nonpriority creditor's name and mailing address

JOYE, KIMBERLEE
900 W SUMMIT DRIVE
UNIT 5
DALTON, GA 30721

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $102.81

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
JCI 11/17 EXPENSE
11/17/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.296** Nonpriority creditor's name and mailing address

JOYE, KIMBERLEE
900 W SUMMIT DRIVE
UNIT 5
DALTON, GA 30721

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $100.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
JCI 11/17 HONOR
11/17/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.297**

**Nonpriority creditor's name and mailing address**
JUSZCZYK, MICHAEL
5950 MEADOW BROOK LANE
CUMMING, GA 30040

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**               $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298**

**Nonpriority creditor's name and mailing address**
JUSZCZYK, MICHAEL
5950 MEADOW BROOK LANE
CUMMING, GA 30040

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                 $259.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MENS QUAL EXPENSE
7/15/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299**

**Nonpriority creditor's name and mailing address**
KARDOS, ANNETTE
1107 ADA DRIVE
NORTH HUNTINGDON, PA 15642

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                  $11.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/25 EXPENSE
11/25/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300**

**Nonpriority creditor's name and mailing address**
KARDOS, ANNETTE
1107 ADA DRIVE
NORTH HUNTINGDON, PA 15642

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                 $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/25 HONOR
11/25/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.301** | **Nonpriority creditor's name and mailing address**

KIM, JUNE
616 S JUNE STREET
LOS ANGELES, CA 90005

**As of the petition filing date, the claim is:**                    $59.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPLICATE PAYMENT
11/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address**

KING, CAROLINE
1120 TIBBETTS-WICK
GIRARD, OH 44420

**As of the petition filing date, the claim is:**                    $60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS 6/15 HONOR
6/15/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address**

KING, CAROLINE
1120 TIBBETTS-WICK
GIRARD, OH 44420

**As of the petition filing date, the claim is:**                    $60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS 7/20 HONOR
7/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address**

KIOUSIS LAW PC
RE: JANE DOE MJ
ATTN: EFSTATHIOS T. KIOUSIS
1985 WEST BIG BEAVER RD, STE 300
TROY, MI 48084

**As of the petition filing date, the claim is:**                    UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.305** | **Nonpriority creditor's name and mailing address**
KLIMOUK, NATALYA
916 KNOLLWOOD DR
BUFFALO GROVE, IL 60089

**As of the petition filing date, the claim is:**                    $163.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CLINICIAN MEALS/CHIC
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address**
KOLL, THOMAS
7701 DAVIS CIRCLE
OMAHA, NE 68134

**As of the petition filing date, the claim is:**                    $121.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2018 PROG EXPENSE
12/31/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address**
KOLLER TRIAL LAW, PLLC
RE: DAVIS & KANALY
ATTN: A. LAURIE KOLLER
320 SOUTH BOSTON, SUITE 1130
TULSA, OK 74103

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address**
KOLLER TRIAL LAW, PLLC
RE: DAVIS
ATTN: A. LAURIE KOLLER
320 SOUTH BOSTON, SUITE 1130
TULSA, OK 74103

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.309** | **Nonpriority creditor's name and mailing address**
KOZITSKAYA, NATALYA
ADDRESS REDACTED

As of the petition filing date, the claim is:                                    $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
RHY BUDAPEST HONOR
8/26/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address**
KOZMA, TINA
385 SARVER ROAD
SARVER, PA 16055

As of the petition filing date, the claim is:                                    $31.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
9/10/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address**
KRENK, GEORGE
14490 LOVERIDGE STREET
MARCELLUS, MI 49067

As of the petition filing date, the claim is:                                    $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address**
LAKE FRANCES RETREATS
272 LAKE FRANCES ROAD
CROSSVILLE, TN 38571

As of the petition filing date, the claim is:                                    $24,990.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
12/1-4 TOPS-A
12/1/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.313** | **Nonpriority creditor's name and mailing address**

LAKE FRANCES RETREATS
272 LAKE FRANCES ROAD
CROSSVILLE, TN 38571

**As of the petition filing date, the claim is:**                    $27,930.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
12/4-7 TOPS-B
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address**

LANDES, JESSIE
63 GATES ST
FRAMINGHAM, MA 01702

**As of the petition filing date, the claim is:**                    $15.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT REFUND
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address**

LANDI, LAURENT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $36,333.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD OPGOLD/MTEAM
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address**

LAW OFFICE OF MATTHEW A. FERRI, PLLC
RE: JANE RG DOE
ATTN: MATTHEW A. FERRI
6001 N ADAMS RD, STE 135
BLOOMFIELD HILLS, MI 48304

**As of the petition filing date, the claim is:**                    UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                   Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.317** | **Nonpriority creditor's name and mailing address**
LAW OFFICES OF BEREZNOFF & LITTLE
RE: BROWN
ATTN: GREGORY M. BEREZNOFF
ATTN: RONDA M. LITTLE
2684 WEST ELEVEN MILE RD
BERKLEY, MI 48072

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.318** | **Nonpriority creditor's name and mailing address**
LAW OFFICES OF BEREZNOFF & LITTLE
RE: PRESTON
ATTN: GREGORY M. BEREZNOFF
ATTN: RONDA M. LITTLE
2684 WEST ELEVEN MILE RD
BERKLEY, MI 48072

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.319** | **Nonpriority creditor's name and mailing address**
LAW OFFICES OF JARED S. RAPP PLLC
RE: MB45 DOE
ATTN: JARED S RAPP
4105 LAKERIDGE LN
BLOOMFIELD HILLS, MI 48302

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.320** | **Nonpriority creditor's name and mailing address**
LAW OFFICES OF JOHNSTON, SZTYKIEL, & HUNT, PC
RE: NAGLE
ATTN: JOSEPH N FRASER
3250 W BIG BEAVER RD, STE 500
TROY, MI 48084

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                81 of 152

Debtor Name    **USA Gymnastics**    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.321** | **Nonpriority creditor's name and mailing address**
LAW OFFICES OF JOHNSTON, SZTYKIEL, & HUNT, PC
RE: MORRIS
ATTN: JOSEPH N FRASER
3250 W BIG BEAVER RD, STE 500
TROY, MI 48084

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.322** | **Nonpriority creditor's name and mailing address**
LAW OFFICES OF JOHNSTON, SZTYKIEL, & HUNT, PC
RE: WILLIAMS
ATTN: JOSEPH N FRASER
3250 W BIG BEAVER RD, STE 500
TROY, MI 48084

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.323** | **Nonpriority creditor's name and mailing address**
LAW OFFICES OF JOHNSTON, SZTYKIEL, & HUNT, PC
RE: ZALENSKI
ATTN: JOSEPH N FRASER
3250 W BIG BEAVER RD, STE 500
TROY, MI 48084

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.324** | **Nonpriority creditor's name and mailing address**
LAZ PARKING LIMITED LLC
15 LEWIS STREET
HARTFORD, CT 06103

**As of the petition filing date, the claim is:**    $923.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
MA20818108
10/14/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name        **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.325**

Nonpriority creditor's name and mailing address
LET IT SHINE PARENTS CLUB
1892 GENERAL GEORGE PATTON DR.
FRANKLIN, TN 37067

As of the petition filing date, the claim is:      $54.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
JOHNSON/HOLTZ REF
10/5/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.326**

Nonpriority creditor's name and mailing address
LEXISNEXIS
28544 NETWORK PLACE
CHICAGO, IL 60673-1285

As of the petition filing date, the claim is:      $123.14
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
3091787314
11/30/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.327**

Nonpriority creditor's name and mailing address
LEXISNEXIS
28544 NETWORK PLACE
CHICAGO, IL 60673-1285

As of the petition filing date, the claim is:      $15.88
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
3091833096-A
12/31/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.328**

Nonpriority creditor's name and mailing address
LIPSEY, AUGUSTA
3705 MILLER ROAD
KALAMAZOO, MI 49001

As of the petition filing date, the claim is:      $150.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
JCI 10/13 FACIL RENT
10/13/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.329**

**Nonpriority creditor's name and mailing address**
LIPTON LAW CENTER, PC
RE: REHBERGER DOE ET AL.
ATTN: MARC LIPTON
ATTN: RONALD K. WEINER
18930 W TEN MILE RD
SOUTHFIELD, MI 48075

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.330**

**Nonpriority creditor's name and mailing address**
LIPTON LAW CENTER, PC
RE: AC DOE
ATTN: MARC LIPTON
ATTN: RONALD K. WEINER
18930 W TEN MILE RD
SOUTHFIELD, MI 48075

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.331**

**Nonpriority creditor's name and mailing address**
LIU, JIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                $350.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.332**

**Nonpriority creditor's name and mailing address**
LOCKETT, KILEY
1702 TIMINGO GATE WAY
OCEANSIDE, CA 92054

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                $12.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.333** Nonpriority creditor's name and mailing address
LOMAS, SUSAN K
513 GLEN GROVE LANE
ORLANDO, FL 32839

$65.00

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
JCI 12/2 HONOR/PD
12/2/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.334** Nonpriority creditor's name and mailing address
LOWELL, KRISTLE A.
14484 CREEKVIEW DR.
ORLAND PARK, IL 60467-7151

$12.00

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WCHAMPS EXPENSE
11/6/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.335** Nonpriority creditor's name and mailing address
LUCARELLO, LEONARD
341 CYPRESS DRIVE
MASTIC BEACH, NY 11951

$1,000.00

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
2018 APP LEAD HONOR
12/4/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.336** Nonpriority creditor's name and mailing address
LUCAS, JOHN
ADDRESS REDACTED

$350.00

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
SR TM CAMP HONOR
12/19/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

85 of 152

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.337** **Nonpriority creditor's name and mailing address**
LUNDY, ROBERT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.338** **Nonpriority creditor's name and mailing address**
LUTSKA, BRANT
92 STATE ST.
PERTH AMBOY, NJ 08861

As of the petition filing date, the claim is:    $6.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
JCI 11/29 EXPENSE
11/29/2018

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.339** **Nonpriority creditor's name and mailing address**
LUTSKA, BRANT
92 STATE ST.
PERTH AMBOY, NJ 08861

As of the petition filing date, the claim is:    $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
JCI 11/29 HONOR
11/29/2018

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.340** **Nonpriority creditor's name and mailing address**
MACKINGA, KELLY
181 SOUTH MIRASOL WAY
ATASCADERO, CA 93422

As of the petition filing date, the claim is:    $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
ATH REFUND
10/12/2018

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                         Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.341** | **Nonpriority creditor's name and mailing address**
MACKINGA, KELLY
181 SOUTH MIRASOL WAY
ATASCADERO, CA 93422

**As of the petition filing date, the claim is:**                $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CXLD MEMBERRSHIP
9/13/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

**As of the petition filing date, the claim is:**                $4,935.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
142575
10/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

**As of the petition filing date, the claim is:**                $2,787.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
142578
10/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

**As of the petition filing date, the claim is:**                $563.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
143867
10/31/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<table>
<tr><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

**3.345** | **Nonpriority creditor's name and mailing address**

MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                                    $46.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
143873
10/31/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address**

MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                                    $1,150.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
144447
11/12/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address**

MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                                    $416.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
144610
11/14/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address**

MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                                    $192.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
144611
11/14/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **USA Gymnastics**                                 Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.349** Nonpriority creditor's name and mailing address

MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:

145480
11/28/2018

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$670.50

---

**3.350** Nonpriority creditor's name and mailing address

MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:

145480
11/28/2018

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$670.50

---

**3.351** Nonpriority creditor's name and mailing address

MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:

145504
11/28/2018

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$79.00

---

**3.352** Nonpriority creditor's name and mailing address

MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:

145504
11/28/2018

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$79.00

---

Debtor Name       **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.353**

**Nonpriority creditor's name and mailing address**
MANLY, STEWART & FINALDI
RE: WIEBER
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**            UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.354**

**Nonpriority creditor's name and mailing address**
MANLY, STEWART & FINALDI
RE: JANE DOE 0384
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE, STE 800
IRVINE, CA 92612

**Date or dates debt was incurred**
12/11/2018

**Last 4 digits of account number**
0384

**As of the petition filing date, the claim is:**            UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.355**

**Nonpriority creditor's name and mailing address**
MANLY, STEWART & FINALDI
RE: TIFFANY THOMAS LOPEZ
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**            UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.356**

**Nonpriority creditor's name and mailing address**
MANLY, STEWART & FINALDI
RE: MARONEY
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**            UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **USA Gymnastics**                                      Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.357** | **Nonpriority creditor's name and mailing address**

MANLY, STEWART & FINALDI
RE: RAISMAN
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.358** | **Nonpriority creditor's name and mailing address**

MANLY, STEWART & FINALDI
RE: DENHOLLANDER
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.359** | **Nonpriority creditor's name and mailing address**

MANLY, STEWART & FINALDI
RE: DENHOLLANDER, ET AL.
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.360** | **Nonpriority creditor's name and mailing address**

MANLY, STEWART & FINALDI
RE: JANE EL DOE
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **USA Gymnastics**                                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.361**

**Nonpriority creditor's name and mailing address**
MANLY, STEWART & FINALDI
RE: JANE AJ DOE
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**                        UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.362**

**Nonpriority creditor's name and mailing address**
MARA D.H.SMITH, GREAT PLAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                        $600.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
RHY OPEN CAMP HONOR
12/7/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.363**

**Nonpriority creditor's name and mailing address**
MARKS, JACOB
1013 WEST 37TH STREET
ERIE, PA 16509

**As of the petition filing date, the claim is:**                        $350.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OCT L/8-9 HONOR
10/22/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.364**

**Nonpriority creditor's name and mailing address**
MCARTHUR, SAMUEL THOMAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                        $350.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name      **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.365**

**Nonpriority creditor's name and mailing address**
MCCLURE, BRETT
412 S NEVADA AVENUE
#404
COLORADO SPRINGS, CO 80903

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLDS PER DIEM
10/9/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.00

**3.366**

**Nonpriority creditor's name and mailing address**
MCDIARMID, PATRICIA
2 CHRISTOPHER CIRCLE
WILBRAHAM, MA 01095

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 EXPENSE
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.94

**3.367**

**Nonpriority creditor's name and mailing address**
MCDIARMID, PATRICIA
2 CHRISTOPHER CIRCLE
WILBRAHAM, MA 01095

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 HONOR/PD
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.00

**3.368**

**Nonpriority creditor's name and mailing address**
MCDONALD, LINDA
2752 SHELLY LANE
AURORA, IL 60504

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/3 EXPENSE
12/3/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$62.01

Official Form 206E/F                         Schedule E/F: Creditors Who Have Unsecured Claims                         93 of 152

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.369**  **Nonpriority creditor's name and mailing address**

MCDONALD, LINDA
2752 SHELLY LANE
AURORA, IL 60504

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/3 HONOR/PD
12/3/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$115.00

---

**3.370**  **Nonpriority creditor's name and mailing address**

MCKEEN & ASSOCIATES, PC
RE: EPPLE ET AL
ATTN: BRIAN J. MCKEEN
ATTN: STEVEN C. HURBIS
645 GRISWOLD ST, STE 4200
DETROIT, MI 48226

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.371**  **Nonpriority creditor's name and mailing address**

MCKEEN & ASSOCIATES, PC
RE: PAYNE, ET AL.
ATTN: BRIAN J. MCKEEN
ATTN: STEVEN C. HURBIS
645 GRISWOLD ST, STE 4200
DETROIT, MI 48226

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.372**  **Nonpriority creditor's name and mailing address**

MCNAMEE, TOM
3488 E LOREN VON DRIVE
SALT LAKE CITY, UT 84124

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

Debtor Name     **USA Gymnastics**                                                  Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.373** Nonpriority creditor's name and mailing address

MCVIGE, JEROMY
22 WYNGATE LN
WILLIAMSVILLE, NY 14221

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DUPL PAYMENT
10/15/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

**3.374** Nonpriority creditor's name and mailing address

MEDEIROS, CYDNI
442 N 3836 E
RIGBY, ID 83442

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/16 HONOR/PD
11/16/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.00

---

**3.375** Nonpriority creditor's name and mailing address

MEEKER, BRIAN
2008 GIRARD AVE. S
MINNEAPOLIS, MN 55405

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.376** Nonpriority creditor's name and mailing address

MELTON, SEAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEC NT CAMP EXPENSE
12/13/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$527.49

---

Debtor Name    **USA Gymnastics**                                        Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.377** Nonpriority creditor's name and mailing address

MELTON, SEAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
US CHAMPS PRIZE
10/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378** Nonpriority creditor's name and mailing address

MG ELITE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $868.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SEPT-NOV EXPENSE
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379** Nonpriority creditor's name and mailing address

MG ELITE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD CLUB SUPPORT
11/13/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380** Nonpriority creditor's name and mailing address

MICROSULTING
4870 1/2 MCCONNELL AVE
LOS ANGELES, CA 90066

As of the petition filing date, the claim is:                    $350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
FSTARS HONOR
11/11/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.381** Nonpriority creditor's name and mailing address

MIKE MORSE LAW FIRM, PLLC
RE: JANE M.P. DOE
ATTN: JENNIFER G. DAMICO
24901 NORTHWESTERN HWY, STE 700
SOUTHFIELD, MI 48075

As of the petition filing date, the claim is:      UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

**Basis for the claim:**
LITIGATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.382** Nonpriority creditor's name and mailing address

MIKE MORSE LAW FIRM, PLLC
RE: HOVINGA
ATTN: JENNIFER G. DAMICO
24901 NORTHWESTERN HWY, STE 700
SOUTHFIELD, MI 48075

As of the petition filing date, the claim is:      UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

**Basis for the claim:**
LITIGATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.383** Nonpriority creditor's name and mailing address

MILLERS GYMNASTICS ODESSA
2911 E HWY 80
ODESSA, TX 79762

As of the petition filing date, the claim is:      $59.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
DALY-CK OVERAGE
11/20/2018

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.384** Nonpriority creditor's name and mailing address

MITZEL, ELIZABETH ANN
2872 COAST CIRCLE
#201
HUNTINGTON BEACH, CA 92649

As of the petition filing date, the claim is:      $71.11

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
TOPS A CAMP EXPENSE
12/11/2018

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.385** Nonpriority creditor's name and mailing address

MITZEL, ELIZABETH ANN
2872 COAST CIRCLE
#201
HUNTINGTON BEACH, CA 92649

As of the petition filing date, the claim is: $1,250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS A CAMP HONOR
12/11/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.386** Nonpriority creditor's name and mailing address

MONAHAN, SUSAN
6221 WESTGATE DRIVE
#1004
ORLANDO, FL 32835

As of the petition filing date, the claim is: $193.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/2 EXPENSE
12/2/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.387** Nonpriority creditor's name and mailing address

MONAHAN, SUSAN
6221 WESTGATE DRIVE
#1004
ORLANDO, FL 32835

As of the petition filing date, the claim is: $115.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/2 HONOR/PD
12/2/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.388** Nonpriority creditor's name and mailing address

MONMOUTH GYMNASTICS
ADDRESS REDACTED

As of the petition filing date, the claim is: $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
GREAVES CHOREOGRAPHY
11/30/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name        **USA Gymnastics**                                                         Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.389** **Nonpriority creditor's name and mailing address**
MONMOUTH GYMNASTICS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00**

**Date or dates debt was incurred**

**Basis for the claim:**
MCCUSKER CHOREOGRAPH
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.390** **Nonpriority creditor's name and mailing address**
MOORE, TARYN LEIGH
3011 SAND DRIVE
HUNSTVILLE, TX 77340

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$47.90**

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD EXP ADV DUE
12/7/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.391** **Nonpriority creditor's name and mailing address**
MORANO, CINDY
6511 W. 59TH STREET
CHICAGO, IL 60638

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$19.77**

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.392** **Nonpriority creditor's name and mailing address**
MORANO, CINDY
6511 W. 59TH STREET
CHICAGO, IL 60638

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00**

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.393** **Nonpriority creditor's name and mailing address**
MORANO, CINDY
6511 W. 59TH STREET
CHICAGO, IL 60638

**As of the petition filing date, the claim is:**                                              $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**
TOPS CAMP-DEC4
12/20/2018

**Last 4 digits of account number**           **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.394** **Nonpriority creditor's name and mailing address**
MORRIS, GLENN BATEMAN
1004 LAUREL COVE
BUDA, TX 78610

**As of the petition filing date, the claim is:**                                              $350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Last 4 digits of account number**           **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395** **Nonpriority creditor's name and mailing address**
MURPHY & SPAGNUOLO, PC
RE: HAGAMAN
ATTN: RICHARD A. CASCARILLA/GARY L. BENDER
2123 UNIVERSITY PARK DR, STE 130
OKEMOS, MI 48864

**As of the petition filing date, the claim is:**                                              UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**
LITIGATION

**Last 4 digits of account number**           **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396** **Nonpriority creditor's name and mailing address**
MURPHY & SPAGNUOLO, PC
RE: JANE R6 DOE ET AL.
ATTN: RICHARD A. CASCARILLA/GARY L. BENDER
2123 UNIVERSITY PARK DR, STE 130
OKEMOS, MI 48864

**As of the petition filing date, the claim is:**                                              UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**
LITIGATION

**Last 4 digits of account number**           **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.397**

**Nonpriority creditor's name and mailing address**

MURPHY & SPAGNUOLO, PC
RE: DICKMAN
ATTN: RICHARD A. CASCARILLA/GARY L. BENDER
2123 UNIVERSITY PARK DR, STE 130
OKEMOS, MI 48864

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.398**

**Nonpriority creditor's name and mailing address**

NATIONAL ACADEMY OF ARTISTIC GYMNASTICS ATTN:  LINDA MULVIHILL
1205 OAK PATCH ROAD
EUGENE, OR 97402

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$100.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
CK#13132 OVERPAYMENT
11/13/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.399**

**Nonpriority creditor's name and mailing address**

NATIONAL ASSOCIATION OFSPORTSCOMMISSIONS NASC
9916 CARVER ROAD SUITE 100
CINCINNATI, OH 45242

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$100.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
DILLON/1856/USAG
12/1/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.400**

**Nonpriority creditor's name and mailing address**

NATIONAL CAR RENTAL
PO BOX 402383
ATLANTA, GA 30384

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$627.73**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
19088124
10/29/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name        **USA Gymnastics**

Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.401**

**Nonpriority creditor's name and mailing address**

NATIONAL CAR RENTAL
PO BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
19245420
11/12/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$161.40

---

**3.402**

**Nonpriority creditor's name and mailing address**

NATIONAL CAR RENTAL
PO BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
19480800
12/3/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$533.72

---

**3.403**

**Nonpriority creditor's name and mailing address**

NATIONAL CAR RENTAL
PO BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
19554472-A
12/10/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$464.96

---

**3.404**

**Nonpriority creditor's name and mailing address**

NATIONAL TRAVEL SYSTEMS-CORPORATE OFFICE
4314 S. LOOP 289
SUITE 300
LUBBOCK, TX 79413

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLD/WAGC BAL DUE
12/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$45,645.03

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.405**

**Nonpriority creditor's name and mailing address**
NC DOE

**As of the petition filing date, the claim is:**

UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.406**

**Nonpriority creditor's name and mailing address**
NCSI - SPORTSENGINE
PO BOX 74008982
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**

$20.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
644907
11/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.407**

**Nonpriority creditor's name and mailing address**
NESBITT, ROBERT C.
17 RAVEN LANE
ALISO VIEJO, CA 92656

**As of the petition filing date, the claim is:**

$500.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.408**

**Nonpriority creditor's name and mailing address**
NORTH START GYMNASTICS
723 BYRNE IND DRIVE
ROCKFORD, MI 49341

**As of the petition filing date, the claim is:**

$24.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
JUDGE REQUEST REFUND
11/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.409** **Nonpriority creditor's name and mailing address**

O'KEEFE LAW, PLLC
RE: THE ESTATE OF MEGAN SIMON
ATTN: PATRICK WILLIAM O'KEEFE
3893 OKEMOS RD, STE B1
OKEMOS, MI 48864

**Amount of claim: UNKNOWN**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.410** **Nonpriority creditor's name and mailing address**

OBIANWU, MARTIN
PO BOX 921
ROANOKE, TX 76262

**Amount of claim: $57.00**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
DUPL PAYMENT
10/10/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.411** **Nonpriority creditor's name and mailing address**

OH, ALYSSA NICOLE
ADDRESS REDACTED

**Amount of claim: $400.00**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OCT/NOV FUNDING
12/3/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.412** **Nonpriority creditor's name and mailing address**

OH, ALYSSA NICOLE
819 WILD BERRY LANE
ROCKLIN, CA 95765

**Amount of claim: $12.00**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name     **USA Gymnastics**                                      Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.413** | **Nonpriority creditor's name and mailing address**
OKINO-BENSON, ELIZABETH ANNA
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $122.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.414** | **Nonpriority creditor's name and mailing address**
OKINO-BENSON, ELIZABETH ANNA
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.415** | **Nonpriority creditor's name and mailing address**
OKINO-BENSON, ELIZABETH ANNA
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $62.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OCT INV 2018 EXPENSE
10/25/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.416** | **Nonpriority creditor's name and mailing address**
OKINO-BENSON, ELIZABETH ANNA
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OCT INV 2018 HONOR
10/25/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name     **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.417** | Nonpriority creditor's name and mailing address
OLSMAN, MACKENZIE, PEACOCK & WALLACE, PC
RE: KJ
ATTN: DONNA M. MACKENZIE
ATTN: EMILY G. THOMAS
2684 WEST ELEVEN MILE RD
BERKLEY, MI 48072

As of the petition filing date, the claim is:          UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.418** | Nonpriority creditor's name and mailing address
OLSMAN, MACKENZIE, PEACOCK & WALLACE, PC
RE: JANE DOE ME
ATTN: DONNA M. MACKENZIE
ATTN: EMILY G. THOMAS
2684 WEST ELEVEN MILE RD
BERKLEY, MI 48072

As of the petition filing date, the claim is:          UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.419** | Nonpriority creditor's name and mailing address
OTTERSON, NICOLE
27445 E. 160TH AVE.
BRIGHTON, CO 80603

As of the petition filing date, the claim is:          $64.69
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
JCI 11/4 EXPENSE
11/4/2018

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.420** | Nonpriority creditor's name and mailing address
OTTERSON, NICOLE
27445 E. 160TH AVE.
BRIGHTON, CO 80603

As of the petition filing date, the claim is:          $100.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
JCI 11/4 HONOR
11/4/2018

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name     **USA Gymnastics**                                                                Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.421** | **Nonpriority creditor's name and mailing address**
OTTERSON, NICOLE
27445 E. 160TH AVE.
BRIGHTON, CO 80603

$24.27

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/2 EXPENSE
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address**
OTTERSON, NICOLE
27445 E. 160TH AVE.
BRIGHTON, CO 80603

$115.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/2 HONOR/PD
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address**
PADILLA, RUBEN ALONZO
4654 MAMMOUTH LANE
OAKLEY, CA 94561

$12.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address**
PALMA & PRINCE, PA
RE: WILLIAM O. WEST
ATTN: RUSSELL S PRINCE
8270 WOODLAND CENTER BLVD
TAMPA, FL 33614

UNKNOWN

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.425** | **Nonpriority creditor's name and mailing address**
PANICHAS, PATRICIA
9 SHERMAN LANE
HAMDEN, CT 06514

As of the petition filing date, the claim is:                                    $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WMN WORLDS HONOR
11/4/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.426** | **Nonpriority creditor's name and mailing address**
PANICHAS, PATRICIA
9 SHERMAN LANE
HAMDEN, CT 06514

As of the petition filing date, the claim is:                                    $328.11
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLDS EXPENSE
11/4/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.427** | **Nonpriority creditor's name and mailing address**
PANISH SHEA & BOYLE LLP
RE: JORDAN SCHWIKERT-COBBS
ATTN: KEVIN R. BOYLE
ATTN: JESSE CREED
11111 SANTA MONICA BLVD, STE 700
LOS ANGELES, CA 90025

As of the petition filing date, the claim is:                                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address**
PANISH SHEA & BOYLE LLP
RE: JANE ED DOE
ATTN: KEVIN R. BOYLE
ATTN: JESSE CREED
11111 SANTA MONICA BLVD, STE 700
LOS ANGELES, CA 90025

As of the petition filing date, the claim is:                                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**                                            Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.429** Nonpriority creditor's name and mailing address

PANISH SHEA & BOYLE LLP
RE: BAKER
ATTN: KEVIN R. BOYLE
ATTN: JESSE CREED
11111 SANTA MONICA BLVD, STE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**                          UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.430** Nonpriority creditor's name and mailing address

PEMBERTON, MATT
7131 SHADY HOLLOW RD
CANTON, OH 44718

**As of the petition filing date, the claim is:**                          $27.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
DUPLICATE PAYMENT
10/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.431** Nonpriority creditor's name and mailing address

PERSKAIA, TATIANA
7633 HAMELIN LANE
GAINESVILLE, VA 20155

**As of the petition filing date, the claim is:**                          $168.05

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
US CHAMPS EXPENSE
8/21/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.432** Nonpriority creditor's name and mailing address

PERSKAIA, TATIANA
7633 HAMELIN LANE
GAINESVILLE, VA 20155

**As of the petition filing date, the claim is:**                          $3,375.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
US CHAMPS HONOR
8/21/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name      **USA Gymnastics**                                                  Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.433**   **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    $126.32
PERSKAIA, TATIANA
7633 HAMELIN LANE
GAINESVILLE, VA 20155
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
    US CLASSIC EXPENSE
    8/21/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
    ☑ No
    ☐ Yes

---

**3.434**   **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    $1,350.00
PERSKAIA, TATIANA
7633 HAMELIN LANE
GAINESVILLE, VA 20155
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
    US CLASSIC HONOR
    8/21/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
    ☑ No
    ☐ Yes

---

**3.435**   **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    $2,100.00
PINNACLE SOLUTIONS INC
152 E WASHINGTON ST
INDIANAPOLIS, IN 46204
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
    395025489
    12/5/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
    ☑ No
    ☐ Yes

---

**3.436**   **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    UNKNOWN
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOES 1-21
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067
    ☒ Contingent
    ☒ Unliquidated
    ☒ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
    LITIGATION

**Last 4 digits of account number**                    **Is the claim subject to offset?**
    ☑ No
    ☐ Yes

---

Debtor Name      **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.437** | **Nonpriority creditor's name and mailing address**
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOE 01
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                          UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.438** | **Nonpriority creditor's name and mailing address**
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOE 02
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                          UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.439** | **Nonpriority creditor's name and mailing address**
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOE 03
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                          UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.440** | **Nonpriority creditor's name and mailing address**
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOE 04
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                          UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name        **USA Gymnastics**                                    Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.441**  **Nonpriority creditor's name and mailing address**
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOE 05
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.442**  **Nonpriority creditor's name and mailing address**
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: JANE DOE 01, A MINOR
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.443**  **Nonpriority creditor's name and mailing address**
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: JANE DOE 03
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.444**  **Nonpriority creditor's name and mailing address**
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: JANE DOE 04
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name      **USA Gymnastics**                                      Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.445** **Nonpriority creditor's name and mailing address**
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: JANE DOE 05
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

**As of the petition filing date, the claim is:**            **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.446** **Nonpriority creditor's name and mailing address**
PLENTOVICH, DEVANY
17015 NICKLEEN STREET
ANCHORAGE, AK 99516

**As of the petition filing date, the claim is:**            **$40.40**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
JCI 11/05 EXPENSE
11/5/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.447** **Nonpriority creditor's name and mailing address**
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N DELAWARE STREET
INDIANAPOLIS, IN 46202

**As of the petition filing date, the claim is:**            **$6,479.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
241242
10/24/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.448** **Nonpriority creditor's name and mailing address**
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N DELAWARE STREET
INDIANAPOLIS, IN 46202

**As of the petition filing date, the claim is:**            **$315.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
241243
10/24/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.449** | **Nonpriority creditor's name and mailing address**
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N DELAWARE STREET
INDIANAPOLIS, IN 46202

**As of the petition filing date, the claim is:**    $87,880.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
241391
10/24/2018

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address**
POLIAROUSH, DMITRI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $38.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TT WORLDS EXPENSE
10/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address**
PORTER, ALICE ELIZABETH
3919 BERRY RIDGE DR
HOLT, MI 48842

**As of the petition filing date, the claim is:**    $36.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
NOV 2018 DEV EXPENSE
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address**
PORTER, ALICE ELIZABETH
3919 BERRY RIDGE DR
HOLT, MI 48842

**As of the petition filing date, the claim is:**    $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
NOV 2018 DEV HONOR
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.453**

**Nonpriority creditor's name and mailing address**
PORTER, ALICE ELIZABETH
3919 BERRY RIDGE DR
HOLT, MI 48842

**As of the petition filing date, the claim is:**        $63.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.454**

**Nonpriority creditor's name and mailing address**
PORTER, ALICE ELIZABETH
3919 BERRY RIDGE DR
HOLT, MI 48842

**As of the petition filing date, the claim is:**        $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV HONOR
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.455**

**Nonpriority creditor's name and mailing address**
PORTER, ALICE ELIZABETH
3919 BERRY RIDGE DR
HOLT, MI 48842

**As of the petition filing date, the claim is:**        $36.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP DEC 4 EXP
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.456**

**Nonpriority creditor's name and mailing address**
PORTER, ALICE ELIZABETH
3919 BERRY RIDGE DR
HOLT, MI 48842

**As of the petition filing date, the claim is:**        $250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP THRU DEC 4
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.457**

**Nonpriority creditor's name and mailing address**

PORTER, JENNIFER LYNN
10604 BOSTON AVE
LUBBOCK, TX 79423

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$10.92**

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/20 EXPENSE
11/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.458**

**Nonpriority creditor's name and mailing address**

PORTER, JENNIFER LYNN
10604 BOSTON AVE
LUBBOCK, TX 79423

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$50.00**

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/20 HONOR
11/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.459**

**Nonpriority creditor's name and mailing address**

PORTILLO, JONATHAN MICHAEL
12609 ZUNI STREET
#304
BROOMFIELD, CO 80020

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00**

**Date or dates debt was incurred**

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.460**

**Nonpriority creditor's name and mailing address**

POSITIVE COACHING ALLIANCE
1001 N RENGSTORFF AVE
SUITE 101
MOUNTAIN VIEW, CA 94043

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,750.00**

**Date or dates debt was incurred**

**Basis for the claim:**
INV-71352
8/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                  Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.461**

**Nonpriority creditor's name and mailing address**
POWERS-BASINGER, LORI
677 PROVIDENCE AVE
UNIT F
COLUMBUS, OH 43214

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/11 EXPENSE
11/11/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$22.48

---

**3.462**

**Nonpriority creditor's name and mailing address**
POWERS-BASINGER, LORI
677 PROVIDENCE AVE
UNIT F
COLUMBUS, OH 43214

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/11 HONOR
11/11/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.463**

**Nonpriority creditor's name and mailing address**
POWERS-BASINGER, LORI
677 PROVIDENCE AVE
UNIT F
COLUMBUS, OH 43214

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/29 EXPENSE
11/29/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$169.14

---

**3.464**

**Nonpriority creditor's name and mailing address**
POWERS-BASINGER, LORI
677 PROVIDENCE AVE
UNIT F
COLUMBUS, OH 43214

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/29 HONOR/PD
11/29/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$115.00

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.465** **Nonpriority creditor's name and mailing address**
PROTRAININGS, LLC
6452 FULTON ST E
SUITE 1
ADA, MI 49301

**As of the petition filing date, the claim is:**                    $465.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
1203201818
12/3/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.466** **Nonpriority creditor's name and mailing address**
RAGLE, SHEILA
1870 EAGLE SUMMIT COURT
LAWRENCEVILLE, GA 30043

**As of the petition filing date, the claim is:**                    $36.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
JCI 11/17 EXPENSE
11/17/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.467** **Nonpriority creditor's name and mailing address**
RAGLE, SHEILA
1870 EAGLE SUMMIT COURT
LAWRENCEVILLE, GA 30043

**As of the petition filing date, the claim is:**                    $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
JCI 11/17 HONOR
11/17/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.468** **Nonpriority creditor's name and mailing address**
RAINER, CHELSEA
27315 N 65TH LANE
PHOENIX, AZ 85083

**As of the petition filing date, the claim is:**                    $24.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                                Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.469** Nonpriority creditor's name and mailing address

RAINER, TRAVIS MICHAEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $350.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.470** Nonpriority creditor's name and mailing address

RED LERILLE'S HEALTH & RACQUET CLUB
301 DOUCET ROAD
LAFAYETTE, LA 70503

**As of the petition filing date, the claim is:**          $65.07

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DEC 66845R0B
11/23/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.471** Nonpriority creditor's name and mailing address

RED LERILLE'S HEALTH & RACQUET CLUB
301 DOUCET ROAD
LAFAYETTE, LA 70503

**As of the petition filing date, the claim is:**          $63.99

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DEC 71540R0B
11/23/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.472** Nonpriority creditor's name and mailing address

RENKERT, ALEXANDER
17 W GATE STREET
COLUMBUS, OH 43206

**As of the petition filing date, the claim is:**          $24.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor Name    **USA Gymnastics**                                        Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.473**  **Nonpriority creditor's name and mailing address**

RENOUD, ELIZABETH FRANCES
2525 BARRY ROAD ROAD
#910
PEARLAND, TX 77581

**As of the petition filing date, the claim is:**                    $60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS 8/4 HONOR
8/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.474**  **Nonpriority creditor's name and mailing address**

RESNICK, NEIL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,575.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 DEV HONOR
11/13/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.475**  **Nonpriority creditor's name and mailing address**

RICE, ANGEL
19 BUFORD VILLAGE WALK
BUFORD, GA 30518

**As of the petition filing date, the claim is:**                    $12.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.476**  **Nonpriority creditor's name and mailing address**

RIZZOBRYAN, PC
RE: MYERS
ATTN: DEVIN R. DAY
220 LYON, NW, STE 200
GRAND RAPIDS, MI 49503

**As of the petition filing date, the claim is:**                    UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name       **USA Gymnastics**                                     Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.477** Nonpriority creditor's name and mailing address

ROBERTS, RYAN STEVEN
11426 CANETUCK LANE
NORTHPORT, AL 35475

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 FUEL
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$22.70

---

**3.478** Nonpriority creditor's name and mailing address

RODRIGUEZ, JOSEPH
22774 RENFORD ST
NOVI, MI 48375

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS 8/3 HONOR
8/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$30.00

---

**3.479** Nonpriority creditor's name and mailing address

ROETHLE, NICOLE
4512 W 73RD COURT
MERRILLVILLE, IN 46410

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 11/17 HONOR
11/17/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$270.00

---

**3.480** Nonpriority creditor's name and mailing address

ROGALS, MICHAEL
196 OLD MILITARY ROAD
LAKE PLACID, NY 12946

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGC CAMP HONOR
9/5/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.40

---

Debtor Name    **USA Gymnastics**                                                     Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.481** | **Nonpriority creditor's name and mailing address**
ROTH, MARY M
10707 DOWNING STREET
CARMEL, IN 46033

As of the petition filing date, the claim is:                     $600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JUDGE ACCRED HONOR
12/6/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.482** | **Nonpriority creditor's name and mailing address**
SABRINA VEGA

As of the petition filing date, the claim is:                     UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address**
SAMPSON, JENNIFER
543 HEINEL DRIVE
ROSEVILLE, MN 55113

As of the petition filing date, the claim is:                     $23.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 10/24 EXPENSE
10/24/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address**
SAMPSON, JENNIFER
543 HEINEL DRIVE
ROSEVILLE, MN 55113

As of the petition filing date, the claim is:                     $115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 10/24 HONOR/PD
10/24/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.485** | **Nonpriority creditor's name and mailing address**
SAMPSON, JENNIFER
543 HEINEL DRIVE
ROSEVILLE, MN 55113

As of the petition filing date, the claim is:                    $97.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 9/9 EXPENSE
9/9/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address**
SAMPSON, JENNIFER
543 HEINEL DRIVE
ROSEVILLE, MN 55113

As of the petition filing date, the claim is:                    $115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 9/9 HONOR/PD
9/9/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address**
SAMUELSON, JOSHUA
1131 SASCO HILL ROAD
FAIRFIELD, CT 06824

As of the petition filing date, the claim is:                    $27.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
10/9/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address**
SARGSYAN, PAVEL
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.489** | **Nonpriority creditor's name and mailing address**
SCARBERRY, KELLY
953 REYNOLDS CIRCLE
OREGON, OH 43616

**As of the petition filing date, the claim is:**                    $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPLICATE PAYMENT
10/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address**
SCHNELLER, CAROLYN LOUISE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $57.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP EXP
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address**
SCHNELLER, CAROLYN LOUISE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP THRU DEC 4
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address**
SCHOTT, DEAN
317 61ST AVENUE
GREELEY, CO 80634

**As of the petition filing date, the claim is:**                    $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                  Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.493** | **Nonpriority creditor's name and mailing address**
SCHULTZ, GRETCHEN
247 DUNLEITH DR
DESTREHAN, LA 70047

As of the petition filing date, the claim is:                                    $12.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address**
SECURITY CONCEPTS GROUP
848 N RAINBOW BLVD
#4852
LAS VEGAS, NV 89107

As of the petition filing date, the claim is:                                 $9,080.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
1028
11/19/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address**
SECURITY CONCEPTS GROUP
848 N RAINBOW BLVD
#4852
LAS VEGAS, NV 89107

As of the petition filing date, the claim is:                                 $4,720.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TOPS CAMP THRU DEC 4
12/20/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address**
SEIKALY STEWART & BENNETT, PC
RE: A.G. AND A.W. DOES ET AL.
ATTN: JEFFREY T. STEWART, TIFFANY R. ELLIS
30445 NORTHWESTERN HWY, STE 250
FARMINGTON HILLS, MI 48334

As of the petition filing date, the claim is:                                UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**
LITIGATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    125 of 152

Debtor Name        **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.497**

**Nonpriority creditor's name and mailing address**
SHADENKO, TATYANA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV NT CAMP EXPENSE
11/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$105.44

---

**3.498**

**Nonpriority creditor's name and mailing address**
SHANE, KELLY
8416 SONOMA VALLEY DR NE
ALBUQUERQUE, NM 87122

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 10/28 EXPENSE
10/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$24.73

---

**3.499**

**Nonpriority creditor's name and mailing address**
SHANE, KELLY
8416 SONOMA VALLEY DR NE
ALBUQUERQUE, NM 87122

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 10/28 HONOR
10/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.500**

**Nonpriority creditor's name and mailing address**
SHARIPOV, RUSTAM
THE OHIO STATE UNIVERSITY
1160 STEELWOOD RD.
COLUMBUS, OH 43212

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
COTTBUS EXPENSE
11/25/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6.81

---

Debtor Name      **USA Gymnastics**                                                Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

---

**3.501**  **Nonpriority creditor's name and mailing address**

SHARP ELECTRONICS CORPORATION
DBA SHARP BUSINESS SYSTEMS
DEPT. CH 14288
PALATINE, IL 60055-4288

**As of the petition filing date, the claim is:**                                  $113.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
9001516862
11/10/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.502**  **Nonpriority creditor's name and mailing address**

SHAW, EVAN
1313 W SHANNON STREET
CHANDLER, AZ 85224

**As of the petition filing date, the claim is:**                                  $500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.503**  **Nonpriority creditor's name and mailing address**

SHERMAN, MARK
5607 MERRIMAC AVE
DALLAS, TX 75206

**As of the petition filing date, the claim is:**                                  $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.504**  **Nonpriority creditor's name and mailing address**

SHERMAN, LAUREL
905 MT. ZOAR
ELMIRA, NY 14904

**As of the petition filing date, the claim is:**                                  $136.88

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/16 EXPENSE
11/16/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.505** Nonpriority creditor's name and mailing address

SHERMAN, LAUREL
905 MT. ZOAR
ELMIRA, NY 14904

As of the petition filing date, the claim is:        $115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
JCI 11/16 HONOR/PD
11/16/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.506** Nonpriority creditor's name and mailing address

SHOSTAK, ALIAKSEI
ADDRESS REDACTED

As of the petition filing date, the claim is:        $149.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
DEC TRAINING EXPENSE
12/7/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.507** Nonpriority creditor's name and mailing address

SHRADER, ALYSSA MICHELLE
1566 GARDEN VISTA GROVE
COLORADO SPRINGS, CO 80904

As of the petition filing date, the claim is:        $150.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
111018-1
11/10/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.508** Nonpriority creditor's name and mailing address

SIMPSON, OLIVIA
3207 CR 7630
LUBBOCK, TX 79423

As of the petition filing date, the claim is:        $12.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.509**

**Nonpriority creditor's name and mailing address**
SINAS, DRAMIS, BRAKE, BOUGHTON , MCINTYRE, P.C.
RE: JANE DOE 0224, ET AL.
ATTN: JAMES F. GRAVES/JONATHON K. HOMA
ATTN: JACQUELYN DUPLER
3380 PINE TREE RD
LANSING, MI 48911

**Date or dates debt was incurred**

**Last 4 digits of account number**
0224

**As of the petition filing date, the claim is:**                    UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.510**

**Nonpriority creditor's name and mailing address**
SMITH, MARY
1704 WEST ACRES ROAD
JOLIET, IL 60435

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $59.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
DUPLICATE PAYMENT
11/2/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.511**

**Nonpriority creditor's name and mailing address**
SMITH, ROBIN
46 CHELMSWORTH
BELLA VISTA, AR 72715

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $77.20
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.512**

**Nonpriority creditor's name and mailing address**
SMITH, ROBIN
46 CHELMSWORTH
BELLA VISTA, AR 72715

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $1,030.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
NOV 2018 INV HON/PD
11/18/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.513** | **Nonpriority creditor's name and mailing address**
SMITH, ROBIN
46 CHELMSWORTH
BELLA VISTA, AR 72715

**As of the petition filing date, the claim is:**                    $142.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A 2018 EXP
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address**
SMITH, ROBIN
46 CHELMSWORTH
BELLA VISTA, AR 72715

**As of the petition filing date, the claim is:**                    $1,030.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A 2018 HON/PD
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address**
SOMMERS SCHWARTZ, PC
RE: MEALY, ET AL.
ATTN: LISA M. ESSER
1 TOWNE SQUARE, STE 1700
SOUTHFIELD, MI 48076

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address**
SPENCER, BRIANNA LEIGH
805 ELM HURST DRIVE
PAPILLION, NE 68046

**As of the petition filing date, the claim is:**                    $14.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/7 EXPENSES
11/7/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name        **USA Gymnastics**                                                Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

---

**3.517** | Nonpriority creditor's name and mailing address

SPENCER, BRIANNA LEIGH
805 ELM HURST DRIVE
PAPILLION, NE 68046

As of the petition filing date, the claim is:                    $50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/7 HONOR
11/7/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.518** | Nonpriority creditor's name and mailing address

SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

As of the petition filing date, the claim is:                    $469.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
736999 R102 BOOKLETS
11/9/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.519** | Nonpriority creditor's name and mailing address

SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

As of the petition filing date, the claim is:                    $620.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
737216 S&R AP CHECKS
11/15/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address

SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

As of the petition filing date, the claim is:                    $35,905.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
737268 MBSHP PRINT
11/19/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    131 of 152

Debtor Name     **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.521** Nonpriority creditor's name and mailing address

SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

As of the petition filing date, the claim is:                  $1,854.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    **Basis for the claim:**
737343 STATIONARY
11/20/2018

Last 4 digits of account number                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.522** Nonpriority creditor's name and mailing address

SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

As of the petition filing date, the claim is:                  $475.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    **Basis for the claim:**
737537 BUSINES CARDS
11/27/2018

Last 4 digits of account number                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.523** Nonpriority creditor's name and mailing address

SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

As of the petition filing date, the claim is:                  $318.39

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    **Basis for the claim:**
737754 MBR MAIL/PSTG
11/30/2018

Last 4 digits of account number                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.524** Nonpriority creditor's name and mailing address

SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

As of the petition filing date, the claim is:                  $1,078.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    **Basis for the claim:**
737892 PODIUM STOR
11/30/2018

Last 4 digits of account number                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    132 of 152

| Debtor Name | USA Gymnastics | Case number (if known): **18-09108** |

Amount of claim

**3.525** Nonpriority creditor's name and mailing address

SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

As of the petition filing date, the claim is:                    $29,401.89

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
737977 ATH CARD MAIL
11/30/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.526** Nonpriority creditor's name and mailing address

SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

As of the petition filing date, the claim is:                    $7,967.66

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
738009 NOV FULFILL
11/30/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.527** Nonpriority creditor's name and mailing address

SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

As of the petition filing date, the claim is:                    $4,279.84

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
739104-A DEC FULFILL
12/31/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.528** Nonpriority creditor's name and mailing address

STAPLES BUSINESS CREDIT
PO BOX 105638
ATLANTA, GA 30348

As of the petition filing date, the claim is:                    $710.39

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
1621925250
11/25/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**                                                                Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.529**  **Nonpriority creditor's name and mailing address**
STEVE PENNEY
11121 MIRADO LANE
FISHERS, IN 46037

**As of the petition filing date, the claim is:**                          $339,999.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
BALANCE OF SEVERANCE AGREEMENT
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.530**  **Nonpriority creditor's name and mailing address**
STEVENS, JESSICA
4217 SOUTHFIELD ROAD
ELLICOTT CITY, MD 21042

**As of the petition filing date, the claim is:**                          $12.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.531**  **Nonpriority creditor's name and mailing address**
STREAMLINE PRODUCTS AND SERVICES LLC
12420 SOUTHEASTERN AVE
INDIANAPOLIS, IN 46259

**As of the petition filing date, the claim is:**                          $1,884.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
536
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.532**  **Nonpriority creditor's name and mailing address**
SUAREZ, CASIMIRO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                          $3,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD MAKING TEAM
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name     **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.533**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $90.00
SUAREZ, CASIMIRO
ADDRESS REDACTED
                                                                ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

**Date or dates debt was incurred**                             **Basis for the claim:**
                                                                WORLDS EXPENSE
                                                                11/4/2018

**Last 4 digits of account number**                             **Is the claim subject to offset?**
                                                                ☑ No
                                                                ☐ Yes

---

**3.534**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $500.00
SWENY, CAMERON
1200 CEDAR COVE
ROYSE CITY, TX 75189
                                                                ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

**Date or dates debt was incurred**                             **Basis for the claim:**
                                                                2018 APP LEAD HONOR
                                                                12/4/2018

**Last 4 digits of account number**                             **Is the claim subject to offset?**
                                                                ☑ No
                                                                ☐ Yes

---

**3.535**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $59.00
TANGUAY, KELLY
82 WHEATHERSTONE PLACE
LAKE OSWEGO, OR 97035
                                                                ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

**Date or dates debt was incurred**                             **Basis for the claim:**
                                                                DUPL PAYMENT
                                                                10/11/2018

**Last 4 digits of account number**                             **Is the claim subject to offset?**
                                                                ☑ No
                                                                ☐ Yes

---

**3.536**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,600.00
TEGTMEYER, JENNA BRITTNEY
ADDRESS REDACTED
                                                                ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

**Date or dates debt was incurred**                             **Basis for the claim:**
                                                                TRAIN CAMP HONOR
                                                                12/1/2018

**Last 4 digits of account number**                             **Is the claim subject to offset?**
                                                                ☑ No
                                                                ☐ Yes

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 135 of 152

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.537** | **Nonpriority creditor's name and mailing address**
THE ALEXANDER
333 SOUTH DELAWARE STREET
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,025.49

**Date or dates debt was incurred**

**Basis for the claim:**
UGYM001/NOV 11,18
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address**
THE COLEMAN JUSTICE CENTER
RE: JANE A DOE ET AL.
ATTN: APRIL KREGER
ATTN: JUDY C. COLEMAN
17286 FARMINGTON RD
LIVONIA, MI 48152

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address**
THE HYBRID PERSPECTIVE, LLC
32 BOW STREET
BEVERLY, MA 01915

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$350.00

**Date or dates debt was incurred**

**Basis for the claim:**
1006
9/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address**
THE LAW OFC OF THOMAS M. JAMES, P.C.
PO BOX 60506
COLORADO SPRINGS, CO 80960

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,418.75

**Date or dates debt was incurred**

**Basis for the claim:**
12192
12/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                                                Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.541** | **Nonpriority creditor's name and mailing address**
THE LAW OFC OF THOMAS M. JAMES, P.C.
PO BOX 60506
COLORADO SPRINGS, CO 80960

**As of the petition filing date, the claim is:**           $1,718.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOVEMBER 2018 LEGAL
11/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address**
THE LAW OFFICE OF ANTHONY M. SPAGNUOLO
RE: ALLEN
ATTN: ANTHONY M. SPAGNUOLO
808 W LAKE LANSING RD, STE 104
EAST LANSING, MI 48823

**As of the petition filing date, the claim is:**           UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address**
THE LAW OFFICE OF ANTHONY M. SPAGNUOLO
RE: CHAMPION ET AL.
ATTN: ANTHONY M. SPAGNUOLO
808 W LAKE LANSING RD, STE 104
EAST LANSING, MI 48823

**As of the petition filing date, the claim is:**           UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address**
THE LAW OFFICE OF WHITNEY D. ACKERMAN
RE: ALL OLYMPIA GYMNASTIC CENTER INC., ET AL.
ATTN: WHITNEY D. ACKERMAN, JONATHAN A. RAPEL
858 S BEDFORD ST, STE 301
LOS ANGELES, CA 90035

**As of the petition filing date, the claim is:**           UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.545**  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **UNKNOWN**

THE MIKE COX LAW FIRM, PLLC
RE: JANE K.K. DOE
ATTN: MICHAEL A. COX
ATTN: MELISSA WOJNAR-RAYCRAFT
17430 LAUREL PARK DR N, STE 120E
LIVONIA, MI 48152

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.546**  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **$863.10**

TILL, KIMBERLY
1965 BROADWAY
#17A
NEW YORK, NY 10023

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
BOD MEETING EXPENSE
11/20/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.547**  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **$104.63**

TRAMPOLINE AND TUMBLING EXPRESS
PO BOX 82036
LAFAYETTE, LA 70598

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
SHOSTAK TRAINING
9/10/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.548**  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **$1,081.58**

TRANS-EXPEDITE, INC
PO BOX 679042
DALLAS, TX 75267

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
IND 5696719 00
8/22/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name      **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.549**

**Nonpriority creditor's name and mailing address**
TREVETHAN, DONNALYN
21195 E EASTMAN AVE
AURORA, CO 80013

**As of the petition filing date, the claim is:**                    $2.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/4 EXPENSE
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.550**

**Nonpriority creditor's name and mailing address**
TREVETHAN, DONNALYN
21195 E EASTMAN AVE
AURORA, CO 80013

**As of the petition filing date, the claim is:**                    $65.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/4 HONOR/PD
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.551**

**Nonpriority creditor's name and mailing address**
TRIVEDI, HEATHER
19 CHURCH TAVERN ROAD
SOUTH SALEM, NY 10590

**As of the petition filing date, the claim is:**                    $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPLICATE PAYMENT
10/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.552**

**Nonpriority creditor's name and mailing address**
TROXEL, TRACY
156 BLUE BIRD LANE
GAYS MILLS, WI 54631

**As of the petition filing date, the claim is:**                    $281.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS B 2018 EXP
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name    **USA Gymnastics**                                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.553**  **Nonpriority creditor's name and mailing address**

UMPHREY, CHAINEY
1415 MELWOOD DR
SAN JOE, CA 95054

$55.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A/B EXPENSE
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.554**  **Nonpriority creditor's name and mailing address**

UMPHREY, CHAINEY
1415 MELWOOD DR
SAN JOE, CA 95054

$1,775.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A/B HONOR/PD
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.555**  **Nonpriority creditor's name and mailing address**

UNITED STATES OLYMPIC COMMITTEE
ADDRESS REDACTED

$11,590.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INV0022295
11/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.556**  **Nonpriority creditor's name and mailing address**

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

$105.32

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
0000430224488
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                        Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.557** | **Nonpriority creditor's name and mailing address**
UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

$73.72

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
0000430224498
12/8/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address**
VAN FAROWE, MARENE MARGARET
2792 24TH AVENUE
HUDSONVILLE, MI 49426

$295.24

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP THRU DEC 4
12/20/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address**
VAN FAROWE, MARENE MARGARET
2792 24TH AVENUE
HUDSONVILLE, MI 49426

$250.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS DEC 4
12/20/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address**
VAN WICKLEN, COLIN
2900 OAK TREE AVE
APT #7203
NORMAN, OK 73072

$70.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLDS PER DIEM
10/9/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.561** | **Nonpriority creditor's name and mailing address**

VANDEVEER GARZIA, PC
RE: DOES AC, BC ET AL.
ATTN: DAVID Q. HOUBECK
840 W LONG LAKE RD, STE 600
TROY, MI 48098

**As of the petition filing date, the claim is:**                          UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.562** | **Nonpriority creditor's name and mailing address**

VERNYI, IGOR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                          $700.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.563** | **Nonpriority creditor's name and mailing address**

WAINSCOTT, TABITHA
4509 CHERBOURG WAY
PENSACOLA, FL 32505

**As of the petition filing date, the claim is:**                          $59.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
DUPL PAYMENT
10/10/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.564** | **Nonpriority creditor's name and mailing address**

WALLACE, MARILYN JOYCE
5705 SONOMA TRACE
CANE RIDGE, TN 37013

**As of the petition filing date, the claim is:**                          $131.76

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name       **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.565**  **Nonpriority creditor's name and mailing address**

WALLACE, MARILYN JOYCE
5705 SONOMA TRACE
CANE RIDGE, TN 37013

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.566**  **Nonpriority creditor's name and mailing address**

WEBSTER, CHEYENNE SARAH LEE
406 SUMMERLAND KEY LANE
LAFAYETTE, LA 70508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AZE VISA EXPENSE
11/28/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$12.00

---

**3.567**  **Nonpriority creditor's name and mailing address**

WENDY M. SCHILLER-NICHOLS
RE: JANE NLF-1 DOE
3452 E LAKE LANSING RD
EAST LANSING, MI 48823

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.568**  **Nonpriority creditor's name and mailing address**

WENDY M. SCHILLER-NICHOLS
RE: JANE NLF-2 DOE
3452 E LAKE LANSING RD
EAST LANSING, MI 48823

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

Debtor Name      **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.569** | **Nonpriority creditor's name and mailing address**

WENDY M. SCHILLER-NICHOLS
RE: JANE NLF-3 DOE
3452 E LAKE LANSING RD
EAST LANSING, MI 48823

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.570** | **Nonpriority creditor's name and mailing address**

WENDY M. SCHILLER-NICHOLS
RE: NLF-4 DOE
3452 E LAKE LANSING RD
EAST LANSING, MI 48823

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.571** | **Nonpriority creditor's name and mailing address**

WHITE LAW PLLC
RE: LEMKE, ET AL.
ATTN: H. JAMES WHITE/ALEXANDER S RUSEK
ATTN: BRITTANY M. NICHOL
2549 JOLLY RD, STE 340
OKEMOS, MI 48864

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.572** | **Nonpriority creditor's name and mailing address**

WHITE, KEVIN
142 APPLE BLOSSOM DR.
BRANDON, MS 39047

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $172.17

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
BOD MEETING EXPENSE
11/15/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.573** | **Nonpriority creditor's name and mailing address**
WHITE, LLOYD DOUGLAS
3317 FM 44E
DEKALB, TX 75559

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS 7/21 HONOR
7/21/2018

Is the claim subject to offset?
☑ No
☐ Yes

$60.00

**3.574** | **Nonpriority creditor's name and mailing address**
WHITE, LLOYD DOUGLAS
3317 FM 44E
DEKALB, TX 75559

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS 8/3 HONOR
8/3/2018

Is the claim subject to offset?
☑ No
☐ Yes

$60.00

**3.575** | **Nonpriority creditor's name and mailing address**
WHITESELL, MCKENNA
16079 FOX CHASE LANE
CUPEPER, VA 22701

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS 8/5 HONOR
8/5/2018

Is the claim subject to offset?
☑ No
☐ Yes

$60.00

**3.576** | **Nonpriority creditor's name and mailing address**
WIEGING, PETER
6242 W KENT DRIVE
CHANDLER, AZ 85226

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

Debtor Name    **USA Gymnastics**                                 Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.577** | **Nonpriority creditor's name and mailing address**

WILKE FLEURY HOFFELT BIRNEY GOULD LLP
400 CAPITOL MALL
22ND FLOOR
SACRAMENTO, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                 $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
151265
12/4/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.578** | **Nonpriority creditor's name and mailing address**

WILLIAMS, CAROL
14402 MODESTA
SAN ANTONIO, TX 78247

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                 $110.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/2 EXPENSE
12/2/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.579** | **Nonpriority creditor's name and mailing address**

WILLIAMS, CAROL
14402 MODESTA
SAN ANTONIO, TX 78247

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                 $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/2 HONOR
12/2/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.580** | **Nonpriority creditor's name and mailing address**

WILLIAMS, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                 $3,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLD MAKING TEAM
11/30/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name        **USA Gymnastics**                                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.581** | **Nonpriority creditor's name and mailing address**
WILLIAMS, MARK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                          $3,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLDS MAKING TEAM
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address**
WILLIAMS, TANAYA
177 VIA HAVARRE
MERRITT ISLAND, FL 32953

**As of the petition filing date, the claim is:**                                          $750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
R102/103 11/03-4 HON
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address**
WILLIAMS, TANAYA
177 VIA HAVARRE
MERRITT ISLAND, FL 32953

**As of the petition filing date, the claim is:**                                          $168.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
R102/103 11/3-4 EXP
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address**
WILLIS, BILLIE
222 NE ALPINE DR.
PLAINVIEW, TX 79072

**As of the petition filing date, the claim is:**                                          $7.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 10/6 EXPENSE
10/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **USA Gymnastics**　　　　　　　　　　　　　Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

---

**3.585** | **Nonpriority creditor's name and mailing address**

WILLIS, BILLIE
222 NE ALPINE DR.
PLAINVIEW, TX 79072

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TT JCI 10/6 HONOR
10/6/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$390.00

---

**3.586** | **Nonpriority creditor's name and mailing address**

WIPFLI LLP
12359 SUNRISE VALLEY DRIVE
SUITE 130
RESTON, VA 20191

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INV11445
11/30/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,714.05

---

**3.587** | **Nonpriority creditor's name and mailing address**

WIPFLI LLP
12359 SUNRISE VALLEY DRIVE
SUITE 130
RESTON, VA 20191

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INV11656-B
12/31/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$174.51

---

**3.588** | **Nonpriority creditor's name and mailing address**

WISE COACHES INC
1312 CENTRAL COURT
HERMITAGE, TN 37076

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
26306
12/6/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,862.10

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.589**

**Nonpriority creditor's name and mailing address**
WRIGHT, CASEY
1807 HOURGLASS DRIVE
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
R5-2018 CONG EXPENSE
9/16/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$130.80

---

**3.590**

**Nonpriority creditor's name and mailing address**
WRIGHT, CASEY
1807 HOURGLASS DRIVE
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
R5-2018 CONG HONOR
9/16/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$450.00

---

**3.591**

**Nonpriority creditor's name and mailing address**
WRIGHT, CASEY
1807 HOURGLASS DRIVE
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEPT BUSINESS ARTICL
10/12/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.592**

**Nonpriority creditor's name and mailing address**
YANKOVA, SONYA
2754 WOODMERE DRIVE
DARIEN, IL 60561

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEPT/OCT CAMP HONOR
11/14/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,750.00

---

Debtor Name      **USA Gymnastics**                                                        Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.593**

**Nonpriority creditor's name and mailing address**
YODER, ALEC D
4540 DESANTIS COURT
APT 305
COLUMBUS, OH 43214

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEPT-DEC EXPENSE
12/4/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$821.10

---

**3.594**

**Nonpriority creditor's name and mailing address**
YODER, ALEC D
4540 DESANTIS COURT
APT 305
COLUMBUS, OH 43214

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLDS PER DIEM
10/9/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.00

---

**3.595**

**Nonpriority creditor's name and mailing address**
ZAPATA, CESAR
1206 SW 46TH AVENUE
DEERFIELD BEACH, FL 33442

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DUPL PAYMENT
11/2/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

**3.596**

**Nonpriority creditor's name and mailing address**
ZMESKAL-BURDETTE, KIM
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLD OPGOLD/MTEAM
11/30/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,333.00

---

Debtor Name        **USA Gymnastics**                                Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

Debtor Name    **USA Gymnastics**                                           Case number (if known): **18-09108**

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | |
|---|---:|
| **5a. Total claims from Part 1** | $0.00 |
| **5b. Total claims from Part 2** | $1,647,152.91 |
| **5c. Total claims of Parts 1 and 2**<br>Lines 5a + 5b = 5c | $1,647,152.91 |

| Debtor Name | **USA Gymnastics** |
|---|---|
| **United States Bankruptcy Court for the Southern District of Indiana** | |
| Case number (if known): | **18-09108** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>LICENSE AGREEMENT<br>BUSINESS MANAGEMENT SUCCESS COURSE<br>FOUNDATION SERIES | 3RD LEVEL INC, DBA 3RD LEVEL CONSULTING<br>ATTN: FRANK SAHLEIN<br>412 S 13TH ST, STE 412<br>BOISE, ID 83702 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>ATHLETE SUPPORT<br>2018 ROAD TO EXCELLENCE - TOKYO 2020 | ALIAKSEI SHOSTACK<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>ATHLETE SUPPORT<br>2018 ROAD TO EXCELLENCE - TOKYO 2020 | ALYSSA OH<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>INVESTIGATOR | AUSTRING INVESTIGATIONS LLC<br>ATTN: NANCY AUSTRING<br>P.O. BOX 961<br>GIG HARBOUR, WA 98335 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>ACROBATIC HIGH-PERFORMANCE ADMINISTRATOR | CARISSA LAUGHON<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

Debtor Name **USA Gymnastics**                                    Case number (if known): **18-09108**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>SERVICE AGREEMENT<br>MEDIA INFLUENCING AND SUPPORT | CISION US INC.<br>ATTN: JOSH KOWALKOWSKI<br>1 PRUDENTIAL PLAZA, 7TH FL<br>130 E RANDOLPH ST<br>CHICAGO, IL 60601 |
| | State the term remaining | 10/31/2019 | |
| | List the contract number of any government contract | Not Available | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>ATHLETE CARE COORDINATOR | DAVID KRUSE<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>SPONSORSHIP AGREEMENT | DEARY BROS. INC.<br>DBA DEARY'S GYMNASTICS SUPPLY<br>ATTN: JOHN DEARY, VICE PRESIDENT<br>17 LUCIENNE AVE<br>DANIELSON, CT 06239 |
| | State the term remaining | 12/31/2021 | |
| | List the contract number of any government contract | Not Available | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>JUNIOR OLYMPIC PROGRAM COORDINATOR | DUSTY RITTER<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2019 | |
| | List the contract number of any government contract | Not Available | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>RHYTHMIC DEVELOPMENT COORDINATOR | ELENA SAVENKOVA<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>SPONSORSHIP AGREEMENT | ELITE SPORTSWEAR, L.P.<br>ATTN: CEO<br>2136 N 13TH ST.<br>P.O. BOX 64000<br>READING, PA 19612 |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |

Debtor Name **USA Gymnastics**                                            Case number (if known): **18-09108**

████  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT SAAS LMS AGREEMENT AND TALENTLMS PREMIUM UNLIMITED PLAN | EPIGNOSIS LLC ATTN: ATHANASIOS PAPANGELIS, CTO 315 MONTGOMERY ST, 8TH FL SAN FRANCISCO, CA 94104 |
| | State the term remaining | 11/30/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOBILE | EVEREST DENALI INSURANCE COMPANY 477 MARTINSVILLE RD P.O. BOX 830 LIBERTY CORNER, NJ 07938-0830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | SEXUAL ABUSE & MOLESTATION POLICY | EVEREST DENALI INSURANCE COMPANY 477 MARTINSVILLE RD P.O. BOX 830 LIBERTY CORNER, NJ 07938-0830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL LIABILITY | EVEREST DENALI INSURANCE COMPANY 477 MARTINSVILLE RD P.O. BOX 830 LIBERTY CORNER, NJ 07938-0830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | EXCESS LIABILITY | EVEREST DENALI INSURANCE COMPANY 477 MARTINSVILLE RD P.O. BOX 830 LIBERTY CORNER, NJ 07938-0830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | D&O EXCESS LIABILITY | EVEREST DENALI INSURANCE COMPANY 477 MARTINSVILLE RD P.O. BOX 830 LIBERTY CORNER, NJ 07938-0830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **USA Gymnastics**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>COMMERCIAL LEASE | EVO ATHLETICS<br>ATTN: AIMEE BOORMAN<br>7188 EAST 15TH ST, UNIT 2<br>SARASOTA, FL 34243 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>INVESTIGATOR | GEORGIANNA ARAGON<br>820 VIA ELEGANTE NW<br>ALBUQUERQUE, NM 87113 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>LICENSE AGREEMENT<br>PALM BEACH CONVENTION CENTER<br>2019 USA GYMNASTICS T&T STARS & STRIPES CHAMPIONSHIPS | GLOBAL SPECTRUM LP<br>DBA SPECTRA VENUE MANAGEMENT<br>PALM BEACH COUNTY CONV CTR<br>ATTN: GENERAL MANAGER<br>650 OKEECHOBEE BLVD.<br>WEST PALM BEACH, FL 33401 |
| | State the term remaining | 07/21/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>LICENSE AGREEMENT<br>YOUTUBE PARTNER PROGRAM | GOOGLE INC.<br>1600 AMPHITHEATER PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>CONGRESS AND EDUCATIONAL ARCHITECT | GYM FUN MANAGEMENT LLC<br>ATTN: CHERYL JARRETT<br>110 N IH 35, STE 315<br>P.O. BOX 333<br>ROUND ROCK, TX 78681 |
| | State the term remaining | 10/07/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>DOCUMENT STORAGE | IRON MOUNTAIN<br>1000 CAMPUS DR<br>COLLEGEVILLE, PA 19426 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |

| ▉ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT ATHLETE SUPPORT 2018 ROAD TO EXCELLENCE - TOKYO 2020 | ISAAC ROWLEY ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT ATHLETE SUPPORT 2018 ROAD TO EXCELLENCE - TOKYO 2020 | JEFFREY GLUCKSTEIN ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT INDEPENDENT CONTRACTOR CONSULTANT FOR THE SAFE SPORT DEPARTMENT OF USA GYMNASTICS | JENNIFER L. SEEBER ADDRESS REDACTED |
| | State the term remaining | 02/21/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT ATHLETE SUPPORT 2018 ROAD TO EXCELLENCE - TOKYO 2020 | JESSICA STEVENS ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT INDEPENDENT CONTRACTOR TRAMPOLINE DEVELOPMENT CENTERS' COORDINATOR | JOYANNE UMENHOFER ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT SPONSORSHIP AGREEMENT | KINESIO HOLDING CORPORATION ATTN: ELISE KASE - VICE PRESIDENT 4001 MASTHEAD ST., NE ALBUQUERQUE, NM 87109 |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |

Debtor Name    **USA Gymnastics**                                                 Case number (if known): **18-09108**

---

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>NATIONAL COACHING STAFF<br>DISCIPLINE/DEPARTMENT:  RHYTHMIC |
| | | **LANA LASHOFF**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 |
| | List the contract number of any government contract | Not Available |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>TECHNICAL DIRECTOR OF GYMNASTICS |
| | | **LORI LAZNOVSKY**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 |
| | List the contract number of any government contract | Not Available |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>PRODUCT LEASE AGREEMENT<br>WITH METER RENTAL AGREEMENT |
| | | **MAILFINANCE, A NEOPOST USA COMPANY**<br>**478 WHEELERS FARMS RD**<br>**MILFORD, CT 06461** |
| | State the term remaining | 02/13/2023 |
| | List the contract number of any government contract | Not Available |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>MEMBER OF THE NATIONAL COACHING STAFF |
| | | **MARGARITA MAMZINA**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 |
| | List the contract number of any government contract | Not Available |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>SERVICE AGREEMENT<br>SOFTWARE FOR TRACKING STUDENT CONDUCT |
| | | **MAXIENT LLC**<br>**P.O. BOX 7224**<br>**CHARLOTTESVILLE, VA 22906** |
| | State the term remaining | 04/30/2021 |
| | List the contract number of any government contract | Not Available |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>FULL SERVICE DATA ACCESS |
| | | **NATIONAL CENTER FOR SAFETY INITIATIVES, LLC**<br>**ATTN: TRISH MCGONNELL, EXEC DIR**<br>**21403 CHAGRIN BLVD, STE 200**<br>**BEACHWOOD, OH 44122-5357** |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | Not Available |

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>FULL SERVICE DATA ACCESS<br>FIRST AMENDMENT | NATIONAL CENTER FOR SAFETY INITIATIVES, LLC<br>ATTN: TRISH MCGONNELL, EXEC DIR<br>21403 CHAGRIN BLVD, STE 200<br>BEACHWOOD, OH 44122-5357 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>FULL SERVICE DATA ACCESS<br>SECOND AMENDMENT | NATIONAL CENTER FOR SAFETY INITIATIVES, LLC<br>ATTN: TRISH MCGONNELL, EXEC DIR<br>21403 CHAGRIN BLVD, STE 200<br>BEACHWOOD, OH 44122-5357 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>FULL SERVICE DATA ACCESS<br>DETERMINING SHARING ADDENDUM | NATIONAL CENTER FOR SAFETY INITIATIVES, LLC<br>ATTN: TRISH MCGONNELL, EXEC DIR<br>21403 CHAGRIN BLVD, STE 200<br>BEACHWOOD, OH 44122-5357 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>ATHLETE SUPPORT<br>2018 ROAD TO EXCELLENCE - TOKYO 2020 | NICOLE AHSINGER<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>NATIONAL TRAMPOLINE HEAD COACH | NUNO MERINO<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>USA GYMNASTICS TECHNICAL COORDINATOR AND CONTRACTOR | PATTI CONNER<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

<table>
<tr><td colspan="3">■   **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
<tr><td colspan="3">Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.</td></tr>
</table>

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | PERENNIAL INVESTMENTS AND ADVISORS, LLC<br>ATTN: JEFFREY D. ECHT<br>125 REVERE DR<br>NORTHBROOK, IL 60062 |
| | State the term remaining<br>List the contract number of any government contract | Not Available | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | PERENNIAL INVESTMENTS AND ADVISORS, LLC<br>ATTN: CHRIS AYRES<br>P.O. BOX 4403<br>INDIANAPOLIS, IN 46244-0043 |
| | State the term remaining<br>List the contract number of any government contract | Not Available | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>VISA COMMERCIAL CARD AGREEMENT | PNC BANK, NATIONAL ASSOCIATION<br>TREASURY MANAGEMENT<br>FIRSTSIDE CENTER, 500 FIRST AVENUE<br>ATTN: COMMERICAL CARD OPERATIONS<br>MAILSTOP: P7-PFSC-03-D<br>PITTSBURGH, PA 15219 |
| | State the term remaining<br>List the contract number of any government contract | Not Available | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>VISA COMMERCIAL CARD AGREEMENT | PNC BANK, NATIONAL ASSOCIATION<br>ATTN: CHIEF COUNSEL, COMMERCIAL BANKING GROUP<br>1600 MARKET STREET, 28TH FLOOR<br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | Not Available | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>OFFICIAL AGREEMENT<br>ONLINE COURSES AND WORKSHOPS FOR COACHES | POSITIVE COACHING ALLIANCE<br>ATTN: JASON SACKS<br>1001 RENGSTORFF AVE, #101<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2018<br>Not Available | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>RESELLER/AFFILIATE AGREEMENT<br>FIRST AID TRAINING COURSES | PRO TRAININGS LLC<br>6452 E FULTON ST. #1<br>ADA, MI 49301 |
| | State the term remaining<br>List the contract number of any government contract | Unknown<br>Not Available | |

Debtor Name    **USA Gymnastics**                                          Case number (if known): **18-09108**

█████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>LICENSE AGREEMENT<br>RHODE ISLAND CONVENTION CENTER<br>MEETING SPACE | RHODE ISLAND CONVENTION CENTER<br>SMG, LICENSOR<br>ATTN: JOHN J. MCGINN, SR. DIRECTOR<br>ONE SABIN ST.<br>PROVIDENCE, RI 02903 |
|---|---|---|---|
| | State the term remaining | 08/04/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>AUDITOR / MEMBER OF PRESIDENTIAL COMMISSION FOR THE FIG | RON FROEHLICH<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>CONSULTANT FOR THE SAFE SPORT DEPARTMENT OF USA GYMNASTICS | SHANNON MEARS<br>ADDRESS REDACTED |
| | State the term remaining | 05/23/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>VALUE LEASE AGREEMENT<br>SHARP MX-6070V AND (2) SHARP MX-3570 | SHARP ELECTRONICS CORPORATION<br>DBA SHARP BUSINESS SYSTEMS<br>7330 E 86TH ST.<br>INDIANAPOLIS, IN 46256 |
| | State the term remaining | 05/30/2023 | |
| | List the contract number of any government contract | Not Available | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>JUNIOR NATIONAL TRAMPOLINE HEAD COACH | STEVEN GLUCKSTEIN<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>FIG STIPEND<br>MEMBER OF TECHNICAL COMMITTEE | TATIANA PERSKAIA<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>HIGH PERFORMANCE TEAM COORDINATOR<br>WOMENS' PROGRAM OF USA GYMNASTICS | THOMAS FORSTER<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>GROUP ROOM CONTRACT<br>ATHLETIC CAMP OVERNIGHT ROOM BOOKINGS X 4 | VINAYAK PROPERTIES LLC<br>DBA HOLIDAY INN SARASOTA-AIRPORT<br>8009 15TH ST E<br>SARASOTA, FL 34243 |
| | State the term remaining | 11/30/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>GROUP ROOM CONTRACT<br>ATHLETIC CAMP OVERNIGHT ROOM BOOKINGS X 10 | VINAYAK PROPERTIES LLC<br>DBA HOLIDAY INN SARASOTA-AIRPORT<br>8009 15TH ST E<br>SARASOTA, FL 34243 |
| | State the term remaining | 11/30/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>EMPLOYMENT AGREEMENT<br>LEGAL SERVICES/NATIONAL LEGISLATIVE<br>ADVOCACY PROGRAM | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP<br>ATTN: JOHN R. VALENICA<br>400 CAPITOL MALL<br>SACRAMENTO, CA 95814 |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

| | |
|---|---|
| Debtor Name | **USA Gymnastics** |

**United States Bankruptcy Court for the Southern District of Indiana**

Case number (if known): **18-09108**

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

[X] No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**   Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply |
| **NONE** | | | |

| Debtor Name | USA Gymnastics |
|---|---|
| **United States Bankruptcy Court for the Southern District of Indiana** | |
| **Case Number:** 18-09108 | |

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)
- ☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)
- ☑ *Schedule H: Codebtors*     (Official Form 206 H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I, the Chief Financial Officer of the USA Gymnastics, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 190 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: 1/18/2019
MM / DD / YYYY

Signature  /s/James Scott Shollenbarger

James Scott Shollenbarger
Printed Name

Chief Financial Officer
Title