Corp Ownership-Legal (rev 6/1/12)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re: )
)
USA GYMNASTICS,[1] )
)　　Case No. 18-09108-RLM-11
)
)
Debtor(s). )

## CORPORATE OWNERSHIP STATEMENT

As required by Fed.R.Bankr.P. 1007(a)(1), the debtor now files this Corporate Ownership Statement and reports as follows:

(Check one box only.)

☐ Debtor is not a "corporation" as defined in 11 U.S.C. §101(9).

☑ Debtor is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to report under Fed.R.Bankr.P. 1007(a)(1).

☐ Debtor is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the debtor's equity interests: (List corporations below.)

The debtor declares under penalty of perjury that this Corporate Ownership Statement is true and correct.

/s/ James Scott Shollenbarger
(Signature of Authorized Individual)*

James Scott Shollenbarger
(Printed Name of Authorized Individual)

*Note: If filing electronically, use the /s/ electronic signature per our Administrative Procedures Manual.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.