**Fill in this information to identify the case and this filing:**

Debtor Name __USA Gymnastics,__ [1]

United States Bankruptcy Court for the: __Southern__ District of __Indiana__
(State)

Case number (If known): __18-09108-RLM-11__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule* __G__
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/28/2019__   ✗ __/s/ James Scott Shollenbarger__
MM / DD / YYYY   Signature of individual signing on behalf of debtor

__James Scott Shollenbarger__
Printed name

__Chief Financial Officer__
Position or relationship to debtor

Official Form 202   Declaration Under Penalty of Perjury for Non-Individual Debtors

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

| Debtor Name | USA Gymnastics |
|---|---|
| United States Bankruptcy Court for the Southern District of Indiana | |
| Case number (if known): | 18-09108 |

☒ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>LICENSE AGREEMENT<br>BUSINESS MANAGEMENT SUCCESS COURSE<br>FOUNDATION SERIES | 3RD LEVEL INC, DBA 3RD LEVEL CONSULTING<br>ATTN: FRANK SAHLEIN<br>412 S 13TH ST, STE 412<br>BOISE, ID 83702 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>ATHLETE SUPPORT<br>2018 ROAD TO EXCELLENCE - TOKYO 2020 | ALIAKSEI SHOSTACK<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>ATHLETE SUPPORT<br>2018 ROAD TO EXCELLENCE - TOKYO 2020 | ALYSSA OH<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>INVESTIGATOR | AUSTRING INVESTIGATIONS LLC<br>ATTN: NANCY AUSTRING<br>P.O. BOX 961<br>GIG HARBOUR, WA 98335 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>ACROBATIC HIGH-PERFORMANCE ADMINISTRATOR | CARISSA LAUGHON<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

Debtor Name    **USA Gymnastics**    Case number (if known): **18-09108**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>SERVICE AGREEMENT<br>MEDIA INFLUENCING AND SUPPORT | CISION US INC.<br>ATTN: JOSH KOWALKOWSKI<br>1 PRUDENTIAL PLAZA, 7TH FL<br>130 E RANDOLPH ST<br>CHICAGO, IL 60601 |
| | State the term remaining | 10/31/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>ATHLETE CARE COORDINATOR | DAVID KRUSE<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>SPONSORSHIP AGREEMENT | DEARY BROS. INC.<br>DBA DEARY'S GYMNASTICS SUPPLY<br>ATTN: JOHN DEARY, VICE PRESIDENT<br>17 LUCIENNE AVE<br>DANIELSON, CT 06239 |
| | State the term remaining | 12/31/2021 | |
| | List the contract number of any government contract | Not Available | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>JUNIOR OLYMPIC PROGRAM COORDINATOR | DUSTY RITTER<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>RHYTHMIC DEVELOPMENT COORDINATOR | ELENA SAVENKOVA<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>SPONSORSHIP AGREEMENT | ELITE SPORTSWEAR, L.P.<br>ATTN: CEO<br>2136 N 13TH ST.<br>P.O. BOX 64000<br>READING, PA 19612 |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>SAAS LMS AGREEMENT AND<br>TALENTLMS PREMIUM UNLIMITED PLAN | EPIGNOSIS LLC<br>ATTN: ATHANASIOS PAPANGELIS, CTO<br>315 MONTGOMERY ST, 8TH FL<br>SAN FRANCISCO, CA 94104 |
| | State the term remaining<br>List the contract number of any government contract | 11/30/2019<br><br>Not Available | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOBILE | EVEREST DENALI INSURANCE COMPANY<br>477 MARTINSVILLE RD<br>P.O. BOX 830<br>LIBERTY CORNER, NJ 07938-0830 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | SEXUAL ABUSE & MOLESTATION POLICY | EVEREST DENALI INSURANCE COMPANY<br>477 MARTINSVILLE RD<br>P.O. BOX 830<br>LIBERTY CORNER, NJ 07938-0830 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL LIABILITY | EVEREST DENALI INSURANCE COMPANY<br>477 MARTINSVILLE RD<br>P.O. BOX 830<br>LIBERTY CORNER, NJ 07938-0830 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | EXCESS LIABILITY | EVEREST DENALI INSURANCE COMPANY<br>477 MARTINSVILLE RD<br>P.O. BOX 830<br>LIBERTY CORNER, NJ 07938-0830 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | D&O EXCESS LIABILITY | EVEREST DENALI INSURANCE COMPANY<br>477 MARTINSVILLE RD<br>P.O. BOX 830<br>LIBERTY CORNER, NJ 07938-0830 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT COMMERCIAL LEASE** | **EVO ATHLETICS ATTN: AIMEE BOORMAN 7188 EAST 15TH ST, UNIT 2 SARASOTA, FL 34243** |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT INDEPENDENT CONTRACTOR INVESTIGATOR** | **GEORGIANNA ARAGON 820 VIA ELEGANTE NW ALBUQUERQUE, NM 87113** |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT LICENSE AGREEMENT PALM BEACH CONVENTION CENTER 2019 USA GYMNASTICS T&T STARS & STRIPES CHAMPIONSHIPS** | **GLOBAL SPECTRUM LP DBA SPECTRA VENUE MANAGEMENT PALM BEACH COUNTY CONV CTR ATTN: GENERAL MANAGER 650 OKEECHOBEE BLVD. WEST PALM BEACH, FL 33401** |
| | State the term remaining | 07/21/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT LICENSE AGREEMENT YOUTUBE PARTNER PROGRAM** | **GOOGLE INC. 1600 AMPHITHEATER PARKWAY MOUNTAIN VIEW, CA 94043** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT INDEPENDENT CONTRACTOR CONGRESS AND EDUCATIONAL ARCHITECT** | **GYM FUN MANAGEMENT LLC ATTN: CHERYL JARRETT 110 N IH 35, STE 315 P.O. BOX 333 ROUND ROCK, TX 78681** |
| | State the term remaining | 10/07/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT DOCUMENT STORAGE** | **IRON MOUNTAIN 1000 CAMPUS DR COLLEGEVILLE, PA 19426** |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |

| Debtor Name | USA Gymnastics | | Case number (if known): **18-09108** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>ATHLETE SUPPORT<br>2018 ROAD TO EXCELLENCE - TOKYO 2020 | ISAAC ROWLEY<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2018<br><br>Not Available | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>ATHLETE SUPPORT<br>2018 ROAD TO EXCELLENCE - TOKYO 2020 | JEFFREY GLUCKSTEIN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2018<br><br>Not Available | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>CONSULTANT FOR THE SAFE SPORT DEPARTMENT OF USA GYMNASTICS | JENNIFER L. SEEBER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 02/21/2018<br><br>Not Available | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>ATHLETE SUPPORT<br>2018 ROAD TO EXCELLENCE - TOKYO 2020 | JESSICA STEVENS<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2018<br><br>Not Available | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>TRAMPOLINE DEVELOPMENT CENTERS' COORDINATOR | JOYANNE UMENHOFER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2018<br><br>Not Available | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>SPONSORSHIP AGREEMENT | KINESIO HOLDING CORPORATION<br>ATTN: ELISE KASE - VICE PRESIDENT<br>4001 MASTHEAD ST., NE<br>ALBUQUERQUE, NM 87109 |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2020<br><br>Not Available | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>NATIONAL COACHING STAFF<br>DISCIPLINE/DEPARTMENT: RHYTHMIC | LANA LASHOFF<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2018<br><br>Not Available | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>TECHNICAL DIRECTOR OF GYMNASTICS | LORI LAZNOVSKY<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2018<br><br>Not Available | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>PRODUCT LEASE AGREEMENT<br>WITH METER RENTAL AGREEMENT | MAILFINANCE, A NEOPOST USA COMPANY<br>478 WHEELERS FARMS RD<br>MILFORD, CT 06461 |
| | State the term remaining<br>List the contract number of any government contract | 02/13/2023<br><br>Not Available | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>MEMBER OF THE NATIONAL COACHING STAFF | MARGARITA MAMZINA<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2018<br><br>Not Available | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>SERVICE AGREEMENT<br>SOFTWARE FOR TRACKING STUDENT CONDUCT | MAXIENT LLC<br>P.O. BOX 7224<br>CHARLOTTESVILLE, VA 22906 |
| | State the term remaining<br>List the contract number of any government contract | 04/30/2021<br><br>Not Available | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>FULL SERVICE DATA ACCESS | NATIONAL CENTER FOR SAFETY INITIATIVES, LLC<br>ATTN: TRISH MCGONNELL, EXEC DIR<br>21403 CHAGRIN BLVD, STE 200<br>BEACHWOOD, OH 44122-5357 |
| | State the term remaining<br>List the contract number of any government contract | Unknown<br><br>Not Available | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>FULL SERVICE DATA ACCESS<br>FIRST AMENDMENT | NATIONAL CENTER FOR SAFETY INITIATIVES, LLC<br>ATTN: TRISH MCGONNELL, EXEC DIR<br>21403 CHAGRIN BLVD, STE 200<br>BEACHWOOD, OH 44122-5357 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>FULL SERVICE DATA ACCESS<br>SECOND AMENDMENT | NATIONAL CENTER FOR SAFETY INITIATIVES, LLC<br>ATTN: TRISH MCGONNELL, EXEC DIR<br>21403 CHAGRIN BLVD, STE 200<br>BEACHWOOD, OH 44122-5357 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>FULL SERVICE DATA ACCESS<br>DETERMINING SHARING ADDENDUM | NATIONAL CENTER FOR SAFETY INITIATIVES, LLC<br>ATTN: TRISH MCGONNELL, EXEC DIR<br>21403 CHAGRIN BLVD, STE 200<br>BEACHWOOD, OH 44122-5357 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>ATHLETE SUPPORT<br>2018 ROAD TO EXCELLENCE - TOKYO 2020 | NICOLE AHSINGER<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>NATIONAL TRAMPOLINE HEAD COACH | NUNO MERINO<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>USA GYMNASTICS TECHNICAL COORDINATOR AND CONTRACTOR | PATTI CONNER<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | PERENNIAL INVESTMENTS AND ADVISORS, LLC<br>ATTN: JEFFREY D. ECHT<br>125 REVERE DR<br>NORTHBROOK, IL 60062 |
| | State the term remaining | | |
| | List the contract number of any government contract | Not Available | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE | PERENNIAL INVESTMENTS AND ADVISORS, LLC<br>ATTN: CHRIS AYRES<br>P.O. BOX 4403<br>INDIANAPOLIS, IN 46244-0043 |
| | State the term remaining | | |
| | List the contract number of any government contract | Not Available | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>VISA COMMERCIAL CARD AGREEMENT | PNC BANK, NATIONAL ASSOCIATION<br>TREASURY MANAGEMENT<br>FIRSTSIDE CENTER, 500 FIRST AVENUE<br>ATTN: COMMERICAL CARD OPERATIONS<br>MAILSTOP: P7-PFSC-03-D<br>PITTSBURGH, PA 15219 |
| | State the term remaining | | |
| | List the contract number of any government contract | Not Available | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>VISA COMMERCIAL CARD AGREEMENT | PNC BANK, NATIONAL ASSOCIATION<br>ATTN: CHIEF COUNSEL, COMMERCIAL BANKING GROUP<br>1600 MARKET STREET, 28TH FLOOR<br>PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | Not Available | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>OFFICIAL AGREEMENT<br>ONLINE COURSES AND WORKSHOPS FOR COACHES | POSITIVE COACHING ALLIANCE<br>ATTN: JASON SACKS<br>1001 RENGSTORFF AVE, #101<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>RESELLER/AFFILIATE AGREEMENT<br>FIRST AID TRAINING COURSES | PRO TRAININGS LLC<br>6452 E FULTON ST. #1<br>ADA, MI 49301 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>LICENSE AGREEMENT<br>RHODE ISLAND CONVENTION CENTER<br>MEETING SPACE | RHODE ISLAND CONVENTION CENTER<br>SMG, LICENSOR<br>ATTN: JOHN J. MCGINN, SR. DIRECTOR<br>ONE SABIN ST.<br>PROVIDENCE, RI 02903 |
| | State the term remaining | 08/04/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>AUDITOR / MEMBER OF PRESIDENTIAL COMMISSION FOR THE FIG | RON FROEHLICH<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>CONSULTANT FOR THE SAFE SPORT DEPARTMENT OF USA GYMNASTICS | SHANNON MEARS<br>ADDRESS REDACTED |
| | State the term remaining | 05/23/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>VALUE LEASE AGREEMENT<br>SHARP MX-6070V AND (2) SHARP MX-3570 | SHARP ELECTRONICS CORPORATION<br>DBA SHARP BUSINESS SYSTEMS<br>7330 E 86TH ST.<br>INDIANAPOLIS, IN 46256 |
| | State the term remaining | 05/30/2023 | |
| | List the contract number of any government contract | Not Available | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTIVE SEARCH CONTRACT | SPENCER STUART<br>PO BOX 98991<br>CHICAGO, IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>JUNIOR NATIONAL TRAMPOLINE HEAD COACH | STEVEN GLUCKSTEIN<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

| Debtor Name | USA Gymnastics | | Case number (if known): **18-09108** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**FIG STIPEND**<br>**MEMBER OF TECHNICAL COMMITTEE** | **TATIANA PERSKAIA**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**INDEPENDENT CONTRACTOR**<br>**HIGH PERFORMANCE TEAM COORDINATOR**<br>**WOMENS' PROGRAM OF USA GYMNASTICS** | **THOMAS FORSTER**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**GROUP ROOM CONTRACT**<br>**ATHLETIC CAMP OVERNIGHT ROOM BOOKINGS X 4** | **VINAYAK PROPERTIES LLC**<br>**DBA HOLIDAY INN SARASOTA-AIRPORT**<br>**8009 15TH ST E**<br>**SARASOTA, FL 34243** |
| | State the term remaining | 11/30/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**GROUP ROOM CONTRACT**<br>**ATHLETIC CAMP OVERNIGHT ROOM BOOKINGS X 10** | **VINAYAK PROPERTIES LLC**<br>**DBA HOLIDAY INN SARASOTA-AIRPORT**<br>**8009 15TH ST E**<br>**SARASOTA, FL 34243** |
| | State the term remaining | 11/30/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**EMPLOYMENT AGREEMENT**<br>**LEGAL SERVICES/NATIONAL LEGISLATIVE ADVOCACY PROGRAM** | **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**<br>**ATTN: JOHN R. VALENICA**<br>**400 CAPITOL MALL**<br>**SACRAMENTO, CA 95814** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |