**Fill in this information to identify the case and this filing:**

Debtor Name     USA Gymnastics, [1]

United States Bankruptcy Court for the:     Southern     District of     Indiana
                                                                              (State)

Case number (*If known*):     18-09108-RLM-11

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule* F

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     2/5/2019            ✗  /s/ James Scott Shollenbarger
                MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                        James Scott Shollenbarger
                                        Printed name

                                        Chief Financial Officer
                                        Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

[1] The last four digits of the Debtor's federal tax identification number are 7871.  The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

| Debtor Name | **USA Gymnastics** |
|---|---|
| **United States Bankruptcy Court for the Southern District of Indiana** | |
| Case number (if known): | **18-09108** |

| X | Check if this is an amended filing |
|---|---|

Official Form 206Sum
**Summary of Assets and Liabilities for Non-Individuals**                    12/15

---

### Part 1:   Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*      (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................................

$77,795.84

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.........................................................................

$7,062,885.08

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*...........................................................................

$7,140,680.92

---

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property***      (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$272,035.33

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims***   (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*.............................................

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*...............................................

**+** $1,805,766.48

4.   **Total liabilities** ......................................................................................................
Lines 2 + 3a + 3b

$2,077,801.81

| Debtor Name | **USA Gymnastics** | |
|---|---|---|
| **United States Bankruptcy Court for the Southern District of Indiana** | | |
| Case number (if known): | **18-09108** | |

**X** Check if this is an amended filing

<u>Official Form 206E/F</u>
## Schedule E/F - Creditors Who Have Claims Unsecured Claims
12/15

**Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☒ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:       $_____       $_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Debtor Name | **USA Gymnastics** | |
|---|---|---|
| | | Case number (if known): **18-09108** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

A-1 AWARDS INC.
2500 NORTH RITTER AVENUE
INDIANAPOLIS, IN 46218

As of the petition filing date, the claim is:       $833.75

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
24019
11/16/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

A-1 AWARDS INC.
2500 NORTH RITTER AVENUE
INDIANAPOLIS, IN 46218

As of the petition filing date, the claim is:       $1,149.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
24126
11/30/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

ABOOD LAW FIRM
RE: MILLER
ATTN: ANDREW P. ABOOD
246 EAST SAGINAW ST, STE 1
EAST LANSING, MI 48823

As of the petition filing date, the claim is:       UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

ACROSPIRITS
407 WEST HWY 114
LOVELLAND, TX 79336

As of the petition filing date, the claim is:       $140.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
MEMBERSHIP REFUND

Date or dates debt was incurred
11/16/2018

Last 4 digits of account number
2253286

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.5**

**Nonpriority creditor's name and mailing address**
ADAM ROGER HATTERSLEY
5833 TULIP FLOWER DRIVE
RIVERVIEW, FL 33578

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.6**

**Nonpriority creditor's name and mailing address**
AFLAC
1932 WYNNTON ROAD
COLUMBUS, GA 31999

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FIDELITY - 12/14 P/R
12/13/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.28

---

**3.7**

**Nonpriority creditor's name and mailing address**
AIRBORNE COLORADO
1816 BOSTON AVE.
LONGMONT, CO 80501

**Date or dates debt was incurred**
11/21/2018

**Last 4 digits of account number**
2259917

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.8**

**Nonpriority creditor's name and mailing address**
AIRBORNE GYMN TRAINING CTR
1515 WALSH AVE
SANTA CLARA, CA 95050

**Date or dates debt was incurred**
11/3/2018

**Last 4 digits of account number**
2261466

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$350.00

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.9** | **Nonpriority creditor's name and mailing address**
ALEC D YODER
ADDRESS REDACTED

$821.10

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEPT-DEC EXPENSE
12/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
ALEC D YODER
ADDRESS REDACTED

$70.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLDS PER DIEM
10/9/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**
ALEX M DIAB
ADDRESS REDACTED

$427.96

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV EXPENSES
11/25/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**
ALEXANDER RENKERT
ADDRESS REDACTED

$24.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.13**   **Nonpriority creditor's name and mailing address**
ALIAKSEI SHOSTAK
ADDRESS REDACTED

As of the petition filing date, the claim is:     $149.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DEC TRAINING EXPENSE
12/7/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**   **Nonpriority creditor's name and mailing address**
ALICE ELIZABETH PORTER
3919 BERRY RIDGE DR
HOLT, MI 48842

As of the petition filing date, the claim is:     $36.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 DEV EXPENSE
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**   **Nonpriority creditor's name and mailing address**
ALICE ELIZABETH PORTER
3919 BERRY RIDGE DR
HOLT, MI 48842

As of the petition filing date, the claim is:     $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 DEV HONOR
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**   **Nonpriority creditor's name and mailing address**
ALICE ELIZABETH PORTER
3919 BERRY RIDGE DR
HOLT, MI 48842

As of the petition filing date, the claim is:     $63.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.17** **Nonpriority creditor's name and mailing address**
ALICE ELIZABETH PORTER
3919 BERRY RIDGE DR
HOLT, MI 48842

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 INV HONOR
11/14/2018

$1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**
ALICE ELIZABETH PORTER
3919 BERRY RIDGE DR
HOLT, MI 48842

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP DEC 4 EXP
12/20/2018

$36.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**
ALICE ELIZABETH PORTER
3919 BERRY RIDGE DR
HOLT, MI 48842

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP THRU DEC 4
12/20/2018

$250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**
ALINA BANUT
1437 SE 174TH AVE.
PORTLAND, OR 97233

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

$27.00

**Date or dates debt was incurred**
10/30/2018

**Last 4 digits of account number**
2258642

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **USA Gymnastics** Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.21** Nonpriority creditor's name and mailing address
ALL STARZ SPORTS ACADEMY
HONDURAS

As of the petition filing date, the claim is: $700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/27/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2260370

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
ALLAN CARL BOWER
ADDRESS REDACTED

As of the petition filing date, the claim is: $60.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLDS EXPENSE
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
ALLRED MAROKO & GOLDBERG
RE: JANE PCNE DOE
ATTN: GLORIA ALLRED
ATTN: NATHAN GOLDBERG
6300 WILSHIRE BLVD, 1500
LOS ANGELES, CA 90048

As of the petition filing date, the claim is: UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
ALYSSA MICHELLE SHRADER
1566 GARDEN VISTA GROVE
COLORADO SPRINGS, CO 80904

As of the petition filing date, the claim is: $150.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
111018-1
11/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.25**

**Nonpriority creditor's name and mailing address**
ALYSSA NICOLE OH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OCT/NOV FUNDING
12/3/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.00

**3.26**

**Nonpriority creditor's name and mailing address**
ALYSSA NICOLE OH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$12.00

**3.27**

**Nonpriority creditor's name and mailing address**
AMBER FRANKE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$24.00

**3.28**

**Nonpriority creditor's name and mailing address**
AMELIA JOHNSON
20961 BIG WOODS ROAD
DICKERSON, MD 20842

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CK 5519 OVERPAYMENT
11/16/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$15.00

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.29**

**Nonpriority creditor's name and mailing address**

AMERICAN ATHLETIC, INC
SUNTRUST BANKS, INC.
P.O. BOX 116847
ATLANTA, GA 30368-6847

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
313025
11/6/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$62,116.24

---

**3.30**

**Nonpriority creditor's name and mailing address**

AMY KLINDT
44 BOWLES LANE
AFTON, WY 83110

**Date or dates debt was incurred**

11/10/2018

**Last 4 digits of account number**
2258933

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$15.00

---

**3.31**

**Nonpriority creditor's name and mailing address**

ANDERSON AGOSTINO & KELLER, PC
RE: A.A.K. DOE
ATTN: MICHAEL P. MISCH
131 SOUTH TAYLOR ST
SOUTH BEND, IN 46601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.32**

**Nonpriority creditor's name and mailing address**

ANDRUS ANDERSON LLP
RE: FREDERICK
ATTN: LORI E ANDRUS
ATTN: JENNIE LEE ANDERSON
155 MONTGOMERY ST, STE 900
SAN FRANCISCO, CA 94104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.33**

**Nonpriority creditor's name and mailing address**
ANDRUS WAGSTAFF, PC
RE: JANE KR DOE
ATTN: KIMBERLY DOUGHERTY
19 BELMONT ST
SOUTH EASTON, MI 02375

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

UNKNOWN

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.34**

**Nonpriority creditor's name and mailing address**
ANGEL RICE
19 BUFORD VILLAGE WALK
BUFORD, GA 30518

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

$12.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**
ANITA TOMKONA
154 SIDNEY BAY DR.
NEWPORT COAST, CA 92657

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

$59.00

**Date or dates debt was incurred**
10/9/2018

**Last 4 digits of account number**
2255946

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**
ANNETTE KARDOS
1107 ADA DRIVE
NORTH HUNTINGDON, PA 15642

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
JCI 11/25 EXPENSE
11/25/2018

$11.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

ANNETTE KARDOS
1107 ADA DRIVE
NORTH HUNTINGDON, PA 15642

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/25 HONOR
11/25/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.38** Nonpriority creditor's name and mailing address

APCO WORLDWIDE
ATTN: PETE WENTZ
30 S WACKER DR, STE 1270
CHICAGO, IL 60606

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,620.00

---

**3.39** Nonpriority creditor's name and mailing address

ARAMARK REFRESHMENT SERVICES
8435 GEORGETOWN RD, 100
INDIANAPLOIS, IN 46268

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
7088210
1/2/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

$244.91

---

**3.40** Nonpriority creditor's name and mailing address

ARMEN N ASTOIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 INV EXPEN
11/18/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$221.39

---

Debtor Name    **USA Gymnastics**    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.41** Nonpriority creditor's name and mailing address
ARMEN N ASTOIAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,000.00

Date or dates debt was incurred

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.42** Nonpriority creditor's name and mailing address
ARMINE BARUTYAN-FONG
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$95.70

Date or dates debt was incurred

**Basis for the claim:**
JR PAN AM EXPENSE
6/17/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.43** Nonpriority creditor's name and mailing address
ARMINE BARUTYAN-FONG
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$381.25

Date or dates debt was incurred

**Basis for the claim:**
SR PANAM EXPENSE
9/17/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.44** Nonpriority creditor's name and mailing address
ARMINE BARUTYAN-FONG
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$542.09

Date or dates debt was incurred

**Basis for the claim:**
WORLD CHAMPS EXPENSE
11/4/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

---

**3.45**

**Nonpriority creditor's name and mailing address**
ARMINE BARUTYAN-FONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLD OPGOLD/MTEAM
11/30/2018

$11,333.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46**

**Nonpriority creditor's name and mailing address**
ARMINE BARUTYAN-FONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLDS CLUB SUPPORT
11/13/2018

$1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.47**

**Nonpriority creditor's name and mailing address**
ARRON SIMINSKI
228 WEST END AVENUE
HOPATCONG, NJ 07843

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84964

$50.00

**Date or dates debt was incurred**
8/22/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48**

**Nonpriority creditor's name and mailing address**
ATHLECTICO LLC
P.O. BOX 74007019
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
815875
7/31/2018

$800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name        **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.49** Nonpriority creditor's name and mailing address
ATHLECTICO LLC
P.O. BOX 74007019
CHICAGO, IL 60674

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
816106
8/31/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$600.00

**3.50** Nonpriority creditor's name and mailing address
ATHLECTICO LLC
P.O. BOX 74007019
CHICAGO, IL 60674

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
816375
10/15/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$150.00

**3.51** Nonpriority creditor's name and mailing address
ATHLECTICO LLC
P.O. BOX 74007019
CHICAGO, IL 60674

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
816845
11/30/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$975.00

**3.52** Nonpriority creditor's name and mailing address
ATHLECTICO LLC
P.O. BOX 74007019
CHICAGO, IL 60674

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/4/2018

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$50.00

Debtor Name     **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.53** Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 1 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$7,480.30

---

**3.54** Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 1 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$2,492.50

---

**3.55** Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 1 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$3,309.10

---

**3.56** Nonpriority creditor's name and mailing address

ATHLETE REBATE REGION 1 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$39,166.10

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    15 of 183

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.57** Nonpriority creditor's name and mailing address
ATHLETE REBATE REGION 2 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:    $2,938.20
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.58** Nonpriority creditor's name and mailing address
ATHLETE REBATE REGION 2 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:    $926.10
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.59** Nonpriority creditor's name and mailing address
ATHLETE REBATE REGION 2 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:    $2,986.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.60** Nonpriority creditor's name and mailing address
ATHLETE REBATE REGION 2 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:    $17,388.10
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.61** | **Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 3 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,325.40

---

**3.62** | **Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 3 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,372.00

---

**3.63** | **Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 3 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,945.40

---

**3.64** | **Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 3 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,114.00

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.65** | Nonpriority creditor's name and mailing address
ATHLETE REBATE REGION 4 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:     $3,917.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**     Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address
ATHLETE REBATE REGION 4 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:     $2,060.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**     Is the claim subject to offset?
☑ No
☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address
ATHLETE REBATE REGION 4 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:     $4,573.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**     Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address
ATHLETE REBATE REGION 4 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:     $26,314.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Basis for the claim:
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**     Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.69**

**Nonpriority creditor's name and mailing address**
ATHLETE REBATE REGION 5 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,823.30

---

**3.70**

**Nonpriority creditor's name and mailing address**
ATHLETE REBATE REGION 5 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,599.20

---

**3.71**

**Nonpriority creditor's name and mailing address**
ATHLETE REBATE REGION 5 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,365.30

---

**3.72**

**Nonpriority creditor's name and mailing address**
ATHLETE REBATE REGION 5 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,190.70

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.73**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 6 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,923.20

**3.74**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 6 - RHYTHMIC
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,674.10

**3.75**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 6 - T&T
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,658.60

**3.76**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 6 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,713.10

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.77**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 7 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,296.60

---

**3.78**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 7 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,862.70

---

**3.79**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 8 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,341.50

---

**3.80**

**Nonpriority creditor's name and mailing address**

ATHLETE REBATE REGION 8 - WOMEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$52,175.30

---

Debtor Name    **USA Gymnastics**                                        Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.81**  **Nonpriority creditor's name and mailing address**                     $3,061.40

ATHLETE REBATE REGION 9 - MEN'S
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ATHLETE REBATES TO STATE AND REGION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.82**  **Nonpriority creditor's name and mailing address**                     $150.00

AUGUSTA LIPSEY
3705 MILLER RD
KALAMAZOO, MI 49001

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 10/13 FACIL RENT
10/13/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83**  **Nonpriority creditor's name and mailing address**                     $1,960.74

AXIA TECHNOLOGY PARTNERS
151 N DELAWARE ST
SUITE 1750
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
169881
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84**  **Nonpriority creditor's name and mailing address**                     $958.28

AXIA TECHNOLOGY PARTNERS
151 N DELAWARE ST
SUITE 1750
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
170196
12/31/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.85**

**Nonpriority creditor's name and mailing address**

BARBARA CUTILLO
4072 DARIUS DR
ENOLA, PA 17025

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

$6.70

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/12 EXPENSE
11/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86**

**Nonpriority creditor's name and mailing address**

BARBARA CUTILLO
4072 DARIUS DR
ENOLA, PA 17025

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/12 HONOR
11/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.87**

**Nonpriority creditor's name and mailing address**

BARNES & THORNBURG LLP
11 SOUTH MERIDIAN ST
INDIANAPOLIS, IN 46204-3535

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

$46,414.68

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**

BEATRICE PADILLA
31900 HAPPY VALLEY DRIVE
DESERT HOT SPRINGS, CA 92241

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

8/22/2018

**Basis for the claim:**
STOPPED CHECK
84936

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.89** | **Nonpriority creditor's name and mailing address**
BECKY BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED CHECK

$24.00

**Date or dates debt was incurred**
11/20/2018

**Last 4 digits of account number**
0000086122

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**
BENCHMARK REHABILITATION PARTNERS
P.O. BOX 2314
OOLTEWAH, TN 37363

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
USA-003
10/15/2018

$960.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**
BENCHMARK REHABILITATION PARTNERS
P.O. BOX 2314
OOLTEWAH, TN 37363

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
USA-004
11/19/2018

$960.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address**
BENCHMARK REHABILITATION PARTNERS
P.O. BOX 2314
OOLTEWAH, TN 37363

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
USA-005
11/21/2018

$1,537.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.93** **Nonpriority creditor's name and mailing address**
BENCHMARK REHABILITATION PARTNERS
P.O. BOX 2314
OOLTEWAH, TN 37363

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
USA-006
11/27/2018

Is the claim subject to offset?
☑ No
☐ Yes

$2,400.00

---

**3.94** **Nonpriority creditor's name and mailing address**
BENCHMARK REHABILITATION PARTNERS
P.O. BOX 2314
OOLTEWAH, TN 37363

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
USA-006C
11/19/2018

Is the claim subject to offset?
☑ No
☐ Yes

$840.00

---

**3.95** **Nonpriority creditor's name and mailing address**
BERG & ANDROPHY
RE: BMK TRAINING FACILITIES, LTD, ET AL
ATTN: DAVID H. BERG
ATTN: JOEL M. ANDROPHY
3704 TRAVIS ST
HOUSTON, TX 77002

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNKNOWN

---

**3.96** **Nonpriority creditor's name and mailing address**
BETH GARDNER
7613 W FM 93
BELTON, TX 76513

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
R102 12/2 HONOR/PD
12/2/2018

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

---

Debtor Name      **USA Gymnastics**                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.97**   **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**       $293.51
BETH GARDNER
7613 W FM 93
BELTON, TX 76513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**
R301 12/1 EXPENSE
12/1/2018

**Last 4 digits of account number**       **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98**   **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**       $350.00
BETH GARDNER
7613 W FM 93
BELTON, TX 76513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**
R301 12/1 HONOR/PD
12/1/2018

**Last 4 digits of account number**       **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99**   **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**       $7.45
BILLIE WILLIS
222 NE ALPINE DR.
PLAINVIEW, TX 79072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**
TT JCI 10/6 EXPENSE
10/6/2018

**Last 4 digits of account number**       **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100**   **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**       $390.00
BILLIE WILLIS
222 NE ALPINE DR.
PLAINVIEW, TX 79072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**
TT JCI 10/6 HONOR
10/6/2018

**Last 4 digits of account number**       **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.101**  **Nonpriority creditor's name and mailing address**                                    $140.00
BLOOMINGTON UNITED GYMN SCHOOL
2741 S. KEGG ROAD
BLOOMINGTON, IN 47403

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
9/10/2018                                               MEMBERSHIP REFUND

**Last 4 digits of account number**                    **Is the claim subject to offset?**
2265269                                                 ☑ No
                                                        ☐ Yes

---

**3.102**  **Nonpriority creditor's name and mailing address**                                    $2,842.39
BMI
P.O. BOX 630893
CINCINNATI, OH 45263-0893

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                        1239517/11-20-18
                                                        11/20/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

---

**3.103**  **Nonpriority creditor's name and mailing address**                                    $24.00
BOB HALLWIG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                        WCHAMPS EXPENSE
                                                        11/6/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

---

**3.104**  **Nonpriority creditor's name and mailing address**                                    $118.00
BRAD BROWN
1125 MEADOWVIEW DR.
MT. ZION, IL 62549

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
8/30/2018                                               MEMBERSHIP REFUND

**Last 4 digits of account number**                    **Is the claim subject to offset?**
2256455                                                 ☑ No
                                                        ☐ Yes

---

Debtor Name        **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.105**

**Nonpriority creditor's name and mailing address**
BRAD BROWN
1125 MEADOWVIEW DR.
MT. ZION, IL 62549

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

$59.00

**Date or dates debt was incurred**
8/30/2018

**Last 4 digits of account number**
1143056

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**
BRANT LUTSKA
92 STATE ST.
PERTH AMBOY, NJ 08861

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/29 EXPENSE
11/29/2018

$6.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107**

**Nonpriority creditor's name and mailing address**
BRANT LUTSKA
92 STATE ST.
PERTH AMBOY, NJ 08861

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/29 HONOR
11/29/2018

$100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**
BRAUN KENDRICK FINKBEINER, PLC
RE: JANE KRA DOE
ATTN: JAMIE HECHT NISIDIS
4301 FASHION SQUARE BLVD
SAGINAW, MI 48603

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

UNKNOWN

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.109** **Nonpriority creditor's name and mailing address**
BRECK TIERNAN
2601 CANYON VIEW LANE
JOLIET, IL 60432

**As of the petition filing date, the claim is:**    $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
9/6/2018

**Basis for the claim:**
STOPPED CHECK
85236

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**
BRENDA EBERHARDT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $6.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/10 EXPENSE

**Last 4 digits of account number**
0000086211

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**
BRENDA EBERHARDT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/10 HONOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112** **Nonpriority creditor's name and mailing address**
BRETT MCCLURE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $70.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLDS PER DIEM
10/9/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.113** Nonpriority creditor's name and mailing address
BRIAN MEEKER
2008 GIRARD AVE. S
MINNEAPOLIS, MN 55405

As of the petition filing date, the claim is:    $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address
BRIANNA LEIGH SPENCER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $14.26
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
JCI 11/7 EXPENSES
11/7/2018

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address
BRIANNA LEIGH SPENCER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
JCI 11/7 HONOR
11/7/2018

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address
BRIANNA MENTZER
16 SHADOW CT.
MIDDLETOWN, CT 06457

As of the petition filing date, the claim is:    $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10/22/2018

**Basis for the claim:**
MEMBERSHIP REFUND

Last 4 digits of account number
2239250

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor Name    **USA Gymnastics**    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.117**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $25.00

BROOKS EDDY
42335 KINGSMILL CIR
ELIZABETH, CO 80107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
11/4/2018                                    MEMBERSHIP REFUND

**Last 4 digits of account number**          **Is the claim subject to offset?**
2259327                                      ☑ No
                                             ☐ Yes

---

**3.118**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          UNKNOWN

BUCKFIRE & BUCKFIRE, PC
RE: CAMPBELL ET AL.
ATTN: ROBERT J. LANTZY
29000 INKSTER RD, STE 150
SOUTHFIELD, MI 48034

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                                             LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                             ☑ No
                                             ☐ Yes

---

**3.119**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $12.00

CAITLYN CRAWFORD
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                                             WCHAMPS EXPENSE
                                             11/6/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                             ☑ No
                                             ☐ Yes

---

**3.120**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $25.00

CAMERON RUSSOM
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
11/4/2018                                    MEMBERSHIP REFUND

**Last 4 digits of account number**          **Is the claim subject to offset?**
2265991                                      ☑ No
                                             ☐ Yes

---

Debtor Name        **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.121** **Nonpriority creditor's name and mailing address**

CAMERON SWENY
1200 CEDAR COVE
ROYSE CITY, TX 75189

As of the petition filing date, the claim is:          $500.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.122** **Nonpriority creditor's name and mailing address**

CAMILLA FEELEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,250.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CHOREO REIMBURSE
10/10/2018

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.123** **Nonpriority creditor's name and mailing address**

CAMILLA FEELEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $180.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

8/8/2018

**Basis for the claim:**
STOPPED CHECK
84626

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.124** **Nonpriority creditor's name and mailing address**

CANDACE ALVEY
178 TRAIL LOOP DR
UNIT 204
PADUCAH, KY 42001

As of the petition filing date, the claim is:          $3.50

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/30 EXPENSE
11/30/2018

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.125** | **Nonpriority creditor's name and mailing address**

CANDACE ALVEY
178 TRAIL LOOP DR
UNIT 204
PADUCAH, KY 42001

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/30 HONOR
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.126** | **Nonpriority creditor's name and mailing address**

CAREY INTERNATIONAL, INC.
ACF FINCO I LP
P.O. BOX 931994
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
76241106
11/29/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,900.94

---

**3.127** | **Nonpriority creditor's name and mailing address**

CAREY INTERNATIONAL, INC.
ACF FINCO I LP
P.O. BOX 931994
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
S0724089
12/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,360.41

---

**3.128** | **Nonpriority creditor's name and mailing address**

CAROL WILLIAMS
14402 MODESTA
SAN ANTONIO, TX 78247

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/2 EXPENSE
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$110.92

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.129** | **Nonpriority creditor's name and mailing address**

CAROL WILLIAMS
14402 MODESTA
SAN ANTONIO, TX 78247

As of the petition filing date, the claim is:                    $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/2 HONOR
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**

CAROLINE KING
1120 TIBBETTS-WICK
GIRARD, OH 44420

As of the petition filing date, the claim is:                    $60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS 6/15 HONOR
6/15/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**

CAROLINE KING
1120 TIBBETTS-WICK
GIRARD, OH 44420

As of the petition filing date, the claim is:                    $60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS 7/20 HONOR
7/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address**

CAROLINE S LENNOX
3440 SHERMAN STREET
PORT TOWNSEND, WA 98368

As of the petition filing date, the claim is:                    $300.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

8/22/2018

**Basis for the claim:**
STOPPED CHECK
84900

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.133**

**Nonpriority creditor's name and mailing address**
CAROLYN LOUISE SCHNELLER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $57.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP EXP
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.134**

**Nonpriority creditor's name and mailing address**
CAROLYN LOUISE SCHNELLER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP THRU DEC 4
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.135**

**Nonpriority creditor's name and mailing address**
CARRIE SAUBER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $76.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/25/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2255053

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.136**

**Nonpriority creditor's name and mailing address**
CASEY WRIGHT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $130.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
R5-2018 CONG EXPENSE
9/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.137**   **Nonpriority creditor's name and mailing address**
CASEY WRIGHT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
R5-2018 CONG HONOR
9/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$450.00

**3.138**   **Nonpriority creditor's name and mailing address**
CASEY WRIGHT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SEPT BUSINESS ARTICL
10/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

**3.139**   **Nonpriority creditor's name and mailing address**
CASIMIRO SUAREZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD MAKING TEAM
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

**3.140**   **Nonpriority creditor's name and mailing address**
CASIMIRO SUAREZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLDS EXPENSE
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$90.00

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.141** | **Nonpriority creditor's name and mailing address**
CENTRAL IL GYMNASTICS ACADEMY
725 W. DETWEILER
PEORIA, IL 61615

**As of the petition filing date, the claim is:**    $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/24/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2264270

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address**
CESAR ZAPATA
1206 SW 46TH AVE
DEERFIELD BEACH, FL 33442

**As of the petition filing date, the claim is:**    $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
11/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**
CHAINEY UMPHREY
1415 MELWOOD DR
SAN JOE, CA 95054

**As of the petition filing date, the claim is:**    $55.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A/B EXPENSE
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**
CHAINEY UMPHREY
1415 MELWOOD DR
SAN JOE, CA 95054

**As of the petition filing date, the claim is:**    $1,775.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A/B HONOR/PD
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.145** | **Nonpriority creditor's name and mailing address**
CHAMPION RX
5481 COMMERCIAL DR, 8
HUNTINGTON BEACH, CA 92649

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
5230
11/9/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$887.67

---

**3.146** | **Nonpriority creditor's name and mailing address**
CHANA VIDERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
7/16/2018

**Last 4 digits of account number**
2260664

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.00

---

**3.147** | **Nonpriority creditor's name and mailing address**
CHARFOOS & CHRISTENSEN, PC
RE: BUCHANAN ET AL.
ATTN: DAVID W CHRISTENSEN
ATTN: MARY PAT ROSEN
26622 WOODWARD AVE, STE 100
ROYAL OAK, MI 48067

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.148** | **Nonpriority creditor's name and mailing address**
CHARLISE DOCTOR
3916 OLD FORGE RD
VIRIGINA BEACH, VA 23452

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84835

**Date or dates debt was incurred**
8/22/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.00

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.149** | **Nonpriority creditor's name and mailing address**
CHELSEA RAINER
ADDRESS REDACTED

$24.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**
CHERYL HAMILTON
21 ARIZONA STATE DR
NEWARK, DE 19713

$77.76

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV '18 NT CAMP EXP
11/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**
CHERYL HAMILTON
21 ARIZONA STATE DR
NEWARK, DE 19713

$1,700.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 18 NT CAMP HONOR
11/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address**
CHERYL HAMILTON
21 ARIZONA STATE DR
NEWARK, DE 19713

$127.43

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WMN COMM MTG EXP
11/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.153**  **Nonpriority creditor's name and mailing address**
CHERYL HAMILTON
21 ARIZONA STATE DR
NEWARK, DE 19713

**As of the petition filing date, the claim is:**                     $186.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLDS EXPENSES
11/10/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154**  **Nonpriority creditor's name and mailing address**
CHERYL KLAUMINZER
20762 EASTWOOD AVE.
FAIRVIEW PARK, OH 44126

**As of the petition filing date, the claim is:**                     $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
8/4/2018

**Last 4 digits of account number**
2254933

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155**  **Nonpriority creditor's name and mailing address**
CHEVONNE FORGAN
196 OLD MILITARY RD
LAKE PLACID, NY 12946

**As of the petition filing date, the claim is:**                     $51.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGC CAMP HONOR
9/5/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156**  **Nonpriority creditor's name and mailing address**
CHEYENNE SARAH LEE WEBSTER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $12.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AZE VISA EXPENSE
11/28/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.157** **Nonpriority creditor's name and mailing address**
CHRISTIAN GALLARDO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WRLD SELECT EXPENSE
10/13/2018

$352.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**
CHRISTINA BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RHY OPEN CAMP EXP
12/9/2018

$60.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**
CHRISTINA BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RHY OPEN CMP HONOR
12/9/2018

$1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**
CHRISTINE LAFOLLETTE
2024 SOUTH 75TH EAST
WASHINGTON, IN 47501

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84304

$1,505.00

**Date or dates debt was incurred**
7/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.161**

**Nonpriority creditor's name and mailing address**
CHURCHWYBLE PC, A DIVISION OF GREWAL LAW, PLLC
RE: BOYCE, ET AL.
ATTN: MANVIR S GREWAL/DAVID S MITTLEMAN
ATTN: NOLAN ERICKSON/JOHN FRASER/JONATHAN BROWN
2290 SCIENCE PKWY
OKEMOS, MI 48864

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.162**

**Nonpriority creditor's name and mailing address**
CIARA FLOYD
14030 FM 1560, APT 2108
HELOTES, TX 78023

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $60.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TOPS 8/4 HONOR
8/4/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.163**

**Nonpriority creditor's name and mailing address**
CINDY MORANO
6511 W. 59TH STREET
CHICAGO, IL 60638

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $19.77
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.164**

**Nonpriority creditor's name and mailing address**
CINDY MORANO
6511 W. 59TH STREET
CHICAGO, IL 60638

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $1,000.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**                                           Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

---

**3.165**   **Nonpriority creditor's name and mailing address**

CINDY MORANO
6511 W. 59TH STREET
CHICAGO, IL 60638

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP-DEC4
12/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.166**   **Nonpriority creditor's name and mailing address**

CLENDENING JOHNSON & BOHRER, PC
RE: MIHAEL ANTON
ATTN: LONNIE JOHNSON/CHEYENNE RIKER
409 W PATTERSON DR, STE 205
P.O. BOX 428
BLOOMINGTON, IN 47402

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.167**   **Nonpriority creditor's name and mailing address**

CODY GESUELLI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$18.00

---

**3.168**   **Nonpriority creditor's name and mailing address**

COLIN VAN WICKLEN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLDS PER DIEM
10/9/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.00

---

Debtor Name   **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.169**

**Nonpriority creditor's name and mailing address**
CONGRESS REGION 1
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,584.25

**3.170**

**Nonpriority creditor's name and mailing address**
CONGRESS REGION 2
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,238.36

**3.171**

**Nonpriority creditor's name and mailing address**
CONGRESS REGION 3
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,921.99

**3.172**

**Nonpriority creditor's name and mailing address**
CONGRESS REGION 4
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,672.70

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.173** | **Nonpriority creditor's name and mailing address**
CONGRESS REGION 5
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**    $20,000.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.174** | **Nonpriority creditor's name and mailing address**
CONGRESS REGION 8
130 E WASHINGTON STREET
SUITE 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**    $28,056.53
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
SPLIT OF PROFITS AND SILENT AUCTION DUE TO REGION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.175** | **Nonpriority creditor's name and mailing address**
CONNOR LEE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $50.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
10/18/2018

**Last 4 digits of account number**
2261427

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.176** | **Nonpriority creditor's name and mailing address**
CRAIG SPEECE
3109 BRIGHAM COURT
AUSTIN, TX 78731

**As of the petition filing date, the claim is:**    $59.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
STOPPED CHECK
85147

**Date or dates debt was incurred**
8/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name     **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.177** Nonpriority creditor's name and mailing address
CRESCENT CITY GYMNASTICS
7800 EARHART BLVD.
NEW ORLEANS, LA 70125

As of the petition filing date, the claim is:                                        $125.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/2/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2262141

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address
CROWE, LLP
3815 RIVER CROSSING PARKWAY, STE 300
P.O. BOX 40977
INDIANAPOLIS, IN 46240-0977

As of the petition filing date, the claim is:                                        $8,060.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address
CT CORPORATION
P.O. BOX 4349
CAROL STREAM, IL 60197-4349

As of the petition filing date, the claim is:                                        $368.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNT PAYABLE

**Date or dates debt was incurred**
10/31/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address
CT CORPORATION
P.O. BOX 4349
CAROL STREAM, IL 60197-4349

As of the petition filing date, the claim is:                                        $319.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNT PAYABLE

**Date or dates debt was incurred**
11/15/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.181** | **Nonpriority creditor's name and mailing address**
CYDNI MEDEIROS
442 N 3836 E
RIGBY, ID 83442

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$65.00**

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/16 HONOR/PD
11/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address**
DANIEL BAKER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,200.00**

**Date or dates debt was incurred**

**Basis for the claim:**
NOV NT CAMP '18 HON
11/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**
DANIEL BAKER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$145.06**

**Date or dates debt was incurred**

**Basis for the claim:**
NOV NT CAMP EXPENSE
11/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**
DANIEL CAIN
700 W PALMETTO PARK RD, STE 210
BOCA RATON, FL 33486

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27.00**

**Date or dates debt was incurred**
10/25/2018

**Basis for the claim:**
CANCELLED CHECK

**Last 4 digits of account number**
0000085814

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                   Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.185**  **Nonpriority creditor's name and mailing address**

DANIEL KNOOP
4521 MOHR ESTATES S DR
NEW PALESTINE, IN 46163

**As of the petition filing date, the claim is:**                 $6.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

8/22/2018

**Basis for the claim:**
STOPPED CHECK
84889

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.186**  **Nonpriority creditor's name and mailing address**

DANIELLE BAXTER
56 TUXETTE ROAD
THORNTON, NH 03285

**As of the petition filing date, the claim is:**                 $101.78

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/10 EXPENSE
11/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.187**  **Nonpriority creditor's name and mailing address**

DANIELLE BAXTER
56 TUXETTE ROAD
THORNTON, NH 03285

**As of the petition filing date, the claim is:**                 $50.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/10 HONOR
11/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.188**  **Nonpriority creditor's name and mailing address**

DANIELLE CAIN
7000 W PALMETTO PARK RD
SUITE 210
BOCA RATON, FL 33433

**As of the petition filing date, the claim is:**                 $27.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
10/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name      **USA Gymnastics**                                        Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.189** **Nonpriority creditor's name and mailing address**
DANTE HEBERT
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $433.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CA/NV TDC HONOR
10/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190** **Nonpriority creditor's name and mailing address**
DANTE HEBERT
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/15/2018; 11/29/2018

**Basis for the claim:**
CANCELLED CHECK

**Last 4 digits of account number**
0000086066; 0000086220

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191** **Nonpriority creditor's name and mailing address**
DANTE HEBERT
9402 GARRETT RD
MAURICE, LA 70555

As of the petition filing date, the claim is:                    $360.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/17/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.192** **Nonpriority creditor's name and mailing address**
DANTE HEBERT
9402 GARRETT RD
MAURICE, LA 70555

As of the petition filing date, the claim is:                    $6.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/17/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                      Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.193**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    $6.70
DANTE HEBERT
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TT JCI 10/27 EXPENSE
10/27/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    $60.00
DANTE HEBERT
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TT JCI 10/27 HONOR
10/27/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    $6.70
DANTE HEBERT
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TT JCI 10/6 EXPENSE
10/6/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    $360.00
DANTE HEBERT
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TT JCI 10/6 HONOR
10/6/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.197**   Nonpriority creditor's name and mailing address
DANTE HEBERT
ADDRESS REDACTED

As of the petition filing date, the claim is:                $6.70
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TT JCI 11/17 EXPENSE
11/17/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198**   Nonpriority creditor's name and mailing address
DANTE HEBERT
ADDRESS REDACTED

As of the petition filing date, the claim is:              $390.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TT JCI 11/17 HONOR
11/17/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199**   Nonpriority creditor's name and mailing address
DARLINE GASPARD
295 BROOKBEND DR.
STRATFORD, CT 06614

As of the petition filing date, the claim is:               $91.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
MEMBERSHIP REFUND

11/9/2018

Last 4 digits of account number
2255982

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200**   Nonpriority creditor's name and mailing address
DAVID SEILER
1214 VILLANOVA
DAVIS, CA 95616

As of the petition filing date, the claim is:             $7,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
STOPPED CHECK
85227

9/6/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name    **USA Gymnastics**                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

                                                                                                     **Amount of claim**

**3.201** | **Nonpriority creditor's name and mailing address**

DAWID & GATTI PLLC
RE: ALI
ATTN: MICHAEL J. GATTI
402 W LIBERTY ST
ANN ARBOR, MI 48103

**As of the petition filing date, the claim is:**                                                   **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.202** | **Nonpriority creditor's name and mailing address**

DAWN MOREY
244 BURLINGAME ROAD
PALMER, MA 01069

**As of the petition filing date, the claim is:**                                                   **$32.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
8/6/2018

**Last 4 digits of account number**
2266421

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**

DEAN SCHOTT
317 61ST AVENUE
GREELEY, CO 80634

**As of the petition filing date, the claim is:**                                                   **$500.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**

DEANNA HANFORD
14798 LAURELWOOD STREET
POWAY, CA 92064

**As of the petition filing date, the claim is:**                                                   **$2.89**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TT JCI 11/4 EXPENSE
11/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.00 |
| --- | --- | --- | --- |

DEANNA HANFORD
14798 LAURELWOOD STREET
POWAY, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TT JCI 11/4 HONOR
11/4/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
| --- | --- | --- | --- |

DEBORAH GORDON LAW
RE: P.S. DOE
ATTN: DEBORAH L. GORDON
33 BLOOMFIELD HILLS PKWY, STE 220
BLOOMFIELD HILLS, MI 48304

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**
LITIGATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 |
| --- | --- | --- | --- |

DESERT GYMCATS GYMNASTICS
950 S. CIMARRON RD.
LAS VEGAS, NV 89145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10/28/2018

**Basis for the claim:**
MEMBERSHIP REFUND

Last 4 digits of account number
2254966

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.40 |
| --- | --- | --- | --- |

DEVANY PLENTOVICH
17015 NICKLEEN STREET
ANCHORAGE, AK 99516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
JCI 11/05 EXPENSE
11/5/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.209** **Nonpriority creditor's name and mailing address**
DIANA CASTILLO
800 SPRING MOUNTAIN LANE
AMERICAN CANYON, CA 94503

**Date or dates debt was incurred**
8/8/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84602

**Is the claim subject to offset?**
☑ No
☐ Yes

$180.00

---

**3.210** **Nonpriority creditor's name and mailing address**
DIANA CASTILLO
800 SPRING MOUNTAIN LANE
AMERICAN CANYON, CA 94503

**Date or dates debt was incurred**
8/14/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84718

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.00

---

**3.211** **Nonpriority creditor's name and mailing address**
DIANNE GRAYSON
907 W. KROLL AVE.
GILBERT, AZ 85033

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/30 HONOR
11/30/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.212** **Nonpriority creditor's name and mailing address**
DMITRI POLIAROUSH
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TT WORLDS EXPENSE
10/30/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$38.31

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.213**

**Nonpriority creditor's name and mailing address**
DOE

**As of the petition filing date, the claim is:**

UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.214**

**Nonpriority creditor's name and mailing address**
DONNALYN TREVETHAN
21195 E EASTMAN AVE
AURORA, CO 80013

**As of the petition filing date, the claim is:**

$2.05

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
JCI 12/4 EXPENSE
12/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.215**

**Nonpriority creditor's name and mailing address**
DONNALYN TREVETHAN
21195 E EASTMAN AVE
AURORA, CO 80013

**As of the petition filing date, the claim is:**

$65.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
JCI 12/4 HONOR/PD
12/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.216**

**Nonpriority creditor's name and mailing address**
DR EMILY ANNE STUART
1190 S OGDEN STREET
DENVER, CO 80210

**As of the petition filing date, the claim is:**

$200.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
STOPPED CHECK
84972

**Date or dates debt was incurred**
8/22/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name  **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.217** **Nonpriority creditor's name and mailing address**
DR MICHAEL PEPIN
2 WAMPUM TR
CUMBERLAND, RI 02864

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84944

**Date or dates debt was incurred**
8/22/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.218** **Nonpriority creditor's name and mailing address**
DUREE L COLE
1848 N ADAMS STREET
SOUTH BEND, IN 46628

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP-DEC4 EXP
12/20/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$113.40

---

**3.219** **Nonpriority creditor's name and mailing address**
DUREE L COLE
1848 N ADAMS STREET
SOUTH BEND, IN 46628

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.220** **Nonpriority creditor's name and mailing address**
EAGLE GYMNASTICS ACADEMY
6085 SPORTS VILLAGE RD.
FRISCO, TX 75033

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
12/4/2018

**Last 4 digits of account number**
2260895

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name        **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                                    **Amount of claim**

**3.221**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **UNKNOWN**
EFRAIN GONZALEZ JR.
RE: EFRAIN GONZALEZ JR.                                        [X] Contingent
1168 BEASLEY HILLS LANE                                       [X] Unliquidated
HOUSTON, TX 77008                                             [X] Disputed

                                                              **Basis for the claim:**
**Date or dates debt was incurred**                           LITIGATION

**Last 4 digits of account number**                           **Is the claim subject to offset?**
                                                              [✓] No
                                                              [ ] Yes

**3.222**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $59.23
ELENA SAVENKOVA
ADDRESS REDACTED                                              [ ] Contingent
                                                              [ ] Unliquidated
                                                              [ ] Disputed

                                                              **Basis for the claim:**
**Date or dates debt was incurred**                           CANCELLED CHECK
11/29/2018

**Last 4 digits of account number**                           **Is the claim subject to offset?**
0000086248                                                    [✓] No
                                                              [ ] Yes

**3.223**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $2,140.13
ELITE SPORTSWEAR, LP
P.O. BOX 16400                                                [ ] Contingent
READING, PA 19612-6400                                        [ ] Unliquidated
                                                              [ ] Disputed

                                                              **Basis for the claim:**
**Date or dates debt was incurred**                           828591
                                                              11/5/2018

**Last 4 digits of account number**                           **Is the claim subject to offset?**
                                                              [✓] No
                                                              [ ] Yes

**3.224**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $468.00
ELITE SPORTSWEAR, LP
P.O. BOX 16400                                                [ ] Contingent
READING, PA 19612-6400                                        [ ] Unliquidated
                                                              [ ] Disputed

                                                              **Basis for the claim:**
**Date or dates debt was incurred**                           830436
                                                              11/8/2018

**Last 4 digits of account number**                           **Is the claim subject to offset?**
                                                              [✓] No
                                                              [ ] Yes

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.225**

**Nonpriority creditor's name and mailing address**
ELIZABETH ANN MITZEL
2872 COAST CIRCLE, 201
HUNTINGTON BEACH, CA 92649

**As of the petition filing date, the claim is:**                    $71.11

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A CAMP EXPENSE
12/11/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.226**

**Nonpriority creditor's name and mailing address**
ELIZABETH ANN MITZEL
2872 COAST CIRCLE, 201
HUNTINGTON BEACH, CA 92649

**As of the petition filing date, the claim is:**                    $1,250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A CAMP HONOR
12/11/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.227**

**Nonpriority creditor's name and mailing address**
ELIZABETH ANNA OKINO-BENSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $122.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228**

**Nonpriority creditor's name and mailing address**
ELIZABETH ANNA OKINO-BENSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.229**

Nonpriority creditor's name and mailing address
ELIZABETH ANNA OKINO-BENSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $62.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OCT INV 2018 EXPENSE
10/25/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.230**

Nonpriority creditor's name and mailing address
ELIZABETH ANNA OKINO-BENSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                  $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OCT INV 2018 HONOR
10/25/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.231**

Nonpriority creditor's name and mailing address
ELIZABETH FRANCES RENOUD
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $60.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS 8/4 HONOR
8/4/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.232**

Nonpriority creditor's name and mailing address
EM KAY SKY LLC
906 S WOOSTER ST, 301
LOS ANGELES, CA 90035

As of the petition filing date, the claim is:                    $76.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RHY SR PAN AM EXP

Date or dates debt was incurred

Last 4 digits of account number
0000086212

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.233** | **Nonpriority creditor's name and mailing address**
EM KAY SKY LLC
906 S WOOSTER ST, 301
LOS ANGELES, CA 90035

**As of the petition filing date, the claim is:**                $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
RHY SR PAN AM HONOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address**
EMILIO LEHMER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $131.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/16/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2258238

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address**
EMILY ENGELHARDT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $25.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/20/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2254907

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address**
EMILY F DAVIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DECEMBER EXPENSE
12/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name        **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.237** **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $9.16

ENGLEDOW GROUP
1100 EAST 116TH ST.
CARMEL, IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
514888 DEC1-4
12/1/2018

**Last 4 digits of account number**        Is the claim subject to offset?
☑ No
☐ Yes

---

**3.238** **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $2,152.35

ENTERPRISE SERVICES
P.O. BOX 402383
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
18321627
11/19/2018

**Last 4 digits of account number**        Is the claim subject to offset?
☑ No
☐ Yes

---

**3.239** **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $1,758.57

ENTERPRISE SERVICES
P.O. BOX 402383
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
19090215
10/29/2018

**Last 4 digits of account number**        Is the claim subject to offset?
☑ No
☐ Yes

---

**3.240** **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $528.49

ENTERPRISE SERVICES
P.O. BOX 402383
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
19392683
11/26/2018

**Last 4 digits of account number**        Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name  **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.241**  **Nonpriority creditor's name and mailing address**
ENTERPRISE SERVICES
P.O. BOX 402383
ATLANTA, GA 30384

As of the petition filing date, the claim is:     $1,202.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
19480183
12/3/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.242**  **Nonpriority creditor's name and mailing address**
ENTERPRISE SERVICES
P.O. BOX 402383
ATLANTA, GA 30384

As of the petition filing date, the claim is:     $2,208.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
19554181-A
12/10/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.243**  **Nonpriority creditor's name and mailing address**
EPIC GYMNASTICS
4688 S COMMERCE DR
MURRAY, UT 84107

As of the petition filing date, the claim is:     $118.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
CK OVERAGE
10/4/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.244**  **Nonpriority creditor's name and mailing address**
ERICA BAKER
1171 MATADOR AVE.
BILLINGS, MT 59105

As of the petition filing date, the claim is:     $15.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/28/2018
**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2256456
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name     **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.245**

**Nonpriority creditor's name and mailing address**
EVAN SHAW
1313 W SHANNON STREET
CHANDLER, AZ 85224

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.246**

**Nonpriority creditor's name and mailing address**
EVO ATHLETICS
7188 EAST 15TH STREET, UNIT 2
SARASOTA, FL 34243

**Date or dates debt was incurred**
8/30/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
85173

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

**3.247**

**Nonpriority creditor's name and mailing address**
FEDERATION INTE DE GYMNASTIQUE FIG
RUE DES OEUCHES 10
CASE POSTALE 359
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
63376
11/26/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

---

**3.248**

**Nonpriority creditor's name and mailing address**
FEDERATION INTE DE GYMNASTIQUE FIG
RUE DES OEUCHES 10
CASE POSTALE 359
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
63382
11/27/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.249** | **Nonpriority creditor's name and mailing address**

FEDERATION INTE DE GYMNASTIQUE FIG
RUE DES OEUCHES 10
CASE POSTALE 359
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
63477
12/7/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

**3.250** | **Nonpriority creditor's name and mailing address**

FELICIA MULKEY
804 WOODLAND W DR
WOODWAY, TX 76712

**Date or dates debt was incurred**
8/22/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84920

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.00

**3.251** | **Nonpriority creditor's name and mailing address**

FERN EXPO & SERVICES LLC
645 LINN STREET
CINCINNATI, OH 45203

**Date or dates debt was incurred**
7/25/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84398

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,616.63

**3.252** | **Nonpriority creditor's name and mailing address**

FIEGER LAW
RE: ESPINOSA
ATTN: TODD J. WEGLARZ
19390 W 10 MILE RD
SOUTHFIELD, MI 48075

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.253**  **Nonpriority creditor's name and mailing address**
FIEGER, FIEGER, KENNEY & HARRINGTON, PC
RE: KOWALSKI
ATTN: GEOFFREY N FIEGER
ATTN: JAMES J. HARRINGTON
19390 WEST 10 MILE RD
SOUTHFIELD, MI 48075

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.254**  **Nonpriority creditor's name and mailing address**
FINALFORMS
442 WALTERS ROAD
CHAGRIN FALLS, OH 44022

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      **$75.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
003554CC
12/15/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.255**  **Nonpriority creditor's name and mailing address**
FIRST STATE GYMNASTICS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      **$21,333.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WORLD OPGOLD/MTEAM
11/30/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.256**  **Nonpriority creditor's name and mailing address**
FLEISHMANHILLARD INC
P.O. BOX 771733
ST LOUIS, MO 63177

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      **$37,480.04**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
1797415
11/26/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.257**   **Nonpriority creditor's name and mailing address**

FLIPS GYMNASTICS LLC
3505 COMMERCE BLVD.
WHITE BEAR, MN 55110

**Date or dates debt was incurred**

9/17/2018

**Last 4 digits of account number**
2261465

**As of the petition filing date, the claim is:**                    $600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.258**   **Nonpriority creditor's name and mailing address**

G3 GLOBAL SERVICES
1951 N MILITARY TRAIL
SUITE D
WEST PALM BEACH, FL 33409

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $268.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
USAGYMRUS-EXP
11/16/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.259**   **Nonpriority creditor's name and mailing address**

GALINA G BURNS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEVEL 1/2 HONOR
12/11/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.260**   **Nonpriority creditor's name and mailing address**

GALINA G BURNS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RHY OPEN CAMP HONOR
12/9/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**            Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                       **Amount of claim**

---

**3.261**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:     $1,000.00
GALINA G BURNS
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARMUP EDUC DEVEL
12/11/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**               **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.262**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:     $35,935.55
GALT HOUSE HOTEL
140 N FOURTH STREET
LOUISVILLE, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
9015 REG 5 CONGRESS
9/26/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**               **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:     $500.00
GARDEN STATE TRAMPOLINE ACADEMY
457 STAGECOACH RD.
CLARKSBURG, NJ 08510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
11/19/2018

**Last 4 digits of account number**
2259919               **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:     $70.00
GENKI SUZUKI
1425 REBECCA LANE
NORMAN, OK 73072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
85150

**Date or dates debt was incurred**
8/30/2018

**Last 4 digits of account number**               **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**      Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------------|

                                                                     **Amount of claim**

**3.265**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $38.71

GEOFFREY CORRIGAN
1000 S STATE STREET
ANN ARBOR, MI 48109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
DEC1-4 WINTER CUP
12/1/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $1,000.00

GEORGE KRENK
14490 LOVERIDGE STREET
MARCELLUS, MI 49067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.267**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $70.59

GEORGEANN IAVARONE
32471 VIA LOS SANTOS
SAN JUAN CAPISTRANO, CA 92675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
JCI 11/03 EXPENSE
11/3/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.268**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $105.00

GEORGEANN IAVARONE
32471 VIA LOS SANTOS
SAN JUAN CAPISTRANO, CA 92675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
JCI 11/03 HONOR/PD
11/3/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name     **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.269**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $18.42
GEORGEANN IAVARONE
32471 VIA LOS SANTOS
SAN JUAN CAPISTRANO, CA 92675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 EXPENSE
12/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

**3.270**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $115.00
GEORGEANN IAVARONE
32471 VIA LOS SANTOS
SAN JUAN CAPISTRANO, CA 92675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 HONOR/PD
12/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

**3.271**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $12.00
GEORGEANN IAVARONE
32471 VIA LOS SANTOS
SAN JUAN CAPISTRANO, CA 92675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
USAG NSF BANK FEE
12/5/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

**3.272**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $1,105.00
GERBER CIANO KELLY BRADY LLP
228 PARK AVE SOUTH, STE 97572
NEW YORK, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
04479
11/20/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.273** Nonpriority creditor's name and mailing address

GLENN BATEMAN MORRIS
1004 LAUREL COVE
BUDA, TX 78610

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

---

**3.274** Nonpriority creditor's name and mailing address

GLOBAL SPECTRUM
650 OKEECHOBEE BLVD
WEST PALM BEACH, FL 33401

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
01-071719
1/3/2019

Is the claim subject to offset?
☑ No
☐ Yes

$8,500.00

---

**3.275** Nonpriority creditor's name and mailing address

GOLD RAY RHYTHMIC
2414 E. 19TH ST.
BROOKLYN, NY 11235

**Date or dates debt was incurred**
10/3/2018

**Last 4 digits of account number**
2259838

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

Is the claim subject to offset?
☑ No
☐ Yes

$238.00

---

**3.276** Nonpriority creditor's name and mailing address

GOLDMAN SCARLATO & PENNY, PC
RE: JANE LB DOE ET AL.
ATTN: MELISSA FRY HAGUE
8 TOWER BRIDGE
161 WASHINGTON ST, STE 1025
CONSHOHOCKEN, PA 19428

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNKNOWN

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.277**

**Nonpriority creditor's name and mailing address**
GOWER LAW PLC
RE: LADRIGUE
ATTN: JESSICA ROSE RIEFFEL
514 E MIDLAND ST
BAY CITY, MI 48706

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**           UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.278**

**Nonpriority creditor's name and mailing address**
GRACE ZOU
1115 DI NAPOLI DR.
SAN JOSE, CA 95129

**Date or dates debt was incurred**
12/4/2018

**Last 4 digits of account number**
2259230

**As of the petition filing date, the claim is:**           $32.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.279**

**Nonpriority creditor's name and mailing address**
GREAT PLAY MARA D.H.SMITH
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**           $600.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
RHY OPEN CAMP HONOR
12/7/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.280**

**Nonpriority creditor's name and mailing address**
GRETCHEN SCHULTZ
247 DUNLEITH DR
DESTREHAN, LA 70047

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**           $12.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name  **USA Gymnastics**  Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.281** **Nonpriority creditor's name and mailing address**

GRUEL MILLS NIMS & PYLMAN PLLC
RE: WAMPLER ET AL.
ATTN: THOMAS R. BEHM
99 MONROE AVE, N.W, STE 800
GRAND RAPIDS, MI 49503

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.282** **Nonpriority creditor's name and mailing address**

GRUEL MILLS NIMS & PYLMAN PLLC
RE: JANE N. DOE
ATTN: THOMAS R. BEHM
99 MONROE AVE, N.W, STE 800
GRAND RAPIDS, MI 49503

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.283** **Nonpriority creditor's name and mailing address**

GRUEL MILLS NIMS & PYLMAN PLLC
RE: JANES A AND B DOE ET AL.
ATTN: THOMAS R. BEHM
99 MONROE AVE, N.W, STE 800
GRAND RAPIDS, MI 49503

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.284** **Nonpriority creditor's name and mailing address**

GYMNASTICS ACADEMY OF ROCKFORD
6630 SPRING BROOK ROAD
ROCKFORD, IL 61114

**As of the petition filing date, the claim is:**    $100.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
8/14/2018

**Basis for the claim:**
STOPPED CHECK
84736

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.285**   **Nonpriority creditor's name and mailing address**
GYMNASTICS DU SOL
1870 NE 144TH ST.
NORTH MIAMI, FL 33181

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
9/6/2018

**Last 4 digits of account number**
2259839

**Is the claim subject to offset?**
☑ No
☐ Yes

$238.00

---

**3.286**   **Nonpriority creditor's name and mailing address**
GYMNASTICS GURU CONSULTING
20 BOTT LN
TOWACO, NJ 07082

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REG 4 CONG HONOR
6/17/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$450.00

---

**3.287**   **Nonpriority creditor's name and mailing address**
H2H SERVICES LLC
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV SHOSTAK TRAIN
12/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$125.00

---

**3.288**   **Nonpriority creditor's name and mailing address**
H2H SERVICES LLC
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OCT SHOSTAK TRAIN
11/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$125.00

---

Debtor Name    **USA Gymnastics**    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.289** **Nonpriority creditor's name and mailing address**
H2H SERVICES LLC
ADDRESS REDACTED

As of the petition filing date, the claim is:     $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
SHOSTAK NOV 2018
12/1/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.290** **Nonpriority creditor's name and mailing address**
H2H SERVICES LLC
ADDRESS REDACTED

As of the petition filing date, the claim is:     $175.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
SHOSTAK SEPT TRAIN
10/1/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.291** **Nonpriority creditor's name and mailing address**
HAILEY KUNIMURA
ADDRESS REDACTED

As of the petition filing date, the claim is:     $91.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
11/8/2018
MEMBERSHIP REFUND

**Last 4 digits of account number**
2253304
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.292** **Nonpriority creditor's name and mailing address**
HEATHER CARMODY
10225 SNOW IRIS WAY
SANDY, UT 84092

As of the petition filing date, the claim is:     $14.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
JCI 11/30 EXPENSE
11/30/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.293** | **Nonpriority creditor's name and mailing address**
HEATHER CARMODY
10225 SNOW IRIS WAY
SANDY, UT 84092

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/30 HONOR
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address**
HEATHER M FORBES
1170 WHITE CHAPEL
ALGONGUIN, IL 60102

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00

**Date or dates debt was incurred**

**Basis for the claim:**
NOV DEVO CAMP EXP
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address**
HEATHER M FORBES
1170 WHITE CHAPEL
ALGONGUIN, IL 60102

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

**Basis for the claim:**
NOV DEVO CAMP HONOR
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address**
HEATHER M FORBES
1170 WHITE CHAPEL
ALGONGUIN, IL 60102

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 EXP
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.297**  **Nonpriority creditor's name and mailing address**

HEATHER M FORBES
1170 WHITE CHAPEL
ALGONGUIN, IL 60102

**As of the petition filing date, the claim is:**    $250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298**  **Nonpriority creditor's name and mailing address**

HEATHER TRIVEDI
19 CHURCH TAVERN ROAD
SOUTH SALEM, NY 10590

**As of the petition filing date, the claim is:**    $59.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPLICATE PAYMENT
10/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299**  **Nonpriority creditor's name and mailing address**

HEIDI HALL
P.O. BOX 385
SANGERVILLE, ME 04479

**As of the petition filing date, the claim is:**    $17.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/25 EXPENSE
11/25/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300**  **Nonpriority creditor's name and mailing address**

HEIDI HALL
P.O. BOX 385
SANGERVILLE, ME 04479

**As of the petition filing date, the claim is:**    $50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/25 HONOR
11/25/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **USA Gymnastics**

Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

| 3.301 | **Nonpriority creditor's name and mailing address** | | $100.00 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
HETA PARIKH
130 E. WASHINGTON ST., STE. 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
8/22/2018

**Basis for the claim:**
STOPPED CHECK
84941

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.302** **Nonpriority creditor's name and mailing address**

$18,127.66

HILDER & ASSOCIATES
819 LOVETT BLVD
HOUSTON, TX 77006

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/02/2018

**Basis for the claim:**
CANCELLED CHECK

**Last 4 digits of account number**
0000086265

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.303** **Nonpriority creditor's name and mailing address**

UNKNOWN

HILLIARD MARTINEZ GONZALES, LLP
RE: MKG DOE
ATTN: ROBERT C. HILLIARD/JESSICA J. PRICHETT
ATTN: ALEXANDER HILLIARD
719 SOUTH SHORELINE BLVD
CORPUS CHRISTI, TX 78401

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.304** **Nonpriority creditor's name and mailing address**

UNKNOWN

HILLIARD MARTINEZ GONZALES, LLP
RE: JANE KJTM DOE
ATTN: ROBERT C. HILLIARD/JESSICA J. PRICHETT
ATTN: ALEXANDER HILLIARD
719 SOUTH SHORELINE BLVD
CORPUS CHRISTI, TX 78401

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name  **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.305** **Nonpriority creditor's name and mailing address**

HILTON GARDEN INN INDIANAPOLIS DOWNTOWN
10 EAST MARKET ST.
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
39574
9/8/2018

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$662.22

---

**3.306** **Nonpriority creditor's name and mailing address**

HOLIDAY INN SARASOTA AIRPORT
8009 15TH ST E
SARASOTA, FL 34243

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRAINING CAMP LODGING
12/5/2018

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$20,351.48

---

**3.307** **Nonpriority creditor's name and mailing address**

HUNT & TUEGEL PLLC
RE: WHITEHURST, ET AL.
ATTN: MICHELLE SIMPSON TUEGEL
425 AUSTIN AVE
ALICO BUILDING, STE 1208
WACO, TX 76703

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNKNOWN

---

**3.308** **Nonpriority creditor's name and mailing address**

HUNT & TUEGEL PLLC
RE: TASHA SCHWIKERT-WARREN
ATTN: MICHELLE SIMPSON TUEGEL
425 AUSTIN AVE
ALICO BUILDING, STE 1208
WACO, TX 76703

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNKNOWN

---

Debtor Name      **USA Gymnastics**                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.309** **Nonpriority creditor's name and mailing address**
HUNTLEY GYMNASTICS ACADEMY
10725 WOLF DRIVE
HUNTLEY, IL 60142

As of the petition filing date, the claim is:                                    $140.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
10/23/2018

**Last 4 digits of account number**
2266266

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310** **Nonpriority creditor's name and mailing address**
HUTCHINS ET AL.

As of the petition filing date, the claim is:                                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311** **Nonpriority creditor's name and mailing address**
IGOR VERNYI
ADDRESS REDACTED

As of the petition filing date, the claim is:                                    $700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312** **Nonpriority creditor's name and mailing address**
INDIANA GYMNASTICS CENTER
1130 EASTVIEW DR.
FRANKLIN, IN 46131

As of the petition filing date, the claim is:                                    $140.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
11/15/2018

**Last 4 digits of account number**
2258184

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.313** | **Nonpriority creditor's name and mailing address**

IRENE SCHOOL OF RHYTHMIC GYMN
74 ICON
FOOTHILL RANCH, CA 92610

**As of the petition filing date, the claim is:**            $40.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
10/18/2018

**Last 4 digits of account number**
2259840

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10087-7128

**As of the petition filing date, the claim is:**            $249.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AHYY543 DEC1-4
12/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address**

IVAN YORDANOV IVANOV
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $2,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV NT '18 CAMP HONO
11/28/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address**

IVAN YORDANOV IVANOV
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $39.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV NT CAMP '18 EXP
11/28/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.317** | Nonpriority creditor's name and mailing address

JACOB MARKS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        $350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OCT L/8-9 HONOR
10/22/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address

JAMES D PEARSON
5 PERKINS WAY, UNIT 2
NEWBURY PORT, MA 01950

**As of the petition filing date, the claim is:**        $50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84942

**Date or dates debt was incurred**
8/22/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address

JAMI JONES PLLC
RE: JANE BR2 DOE
ATTN: JAMI W JONES
43494 WOODWARD AVE , STE 200
BLOOMFIELD HILLS, MI 48302

**As of the petition filing date, the claim is:**        UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address

JANA CALDWELL
695 TIMBER RIDGE CIRCLE
SHERIDAN, AR 72150

**As of the petition filing date, the claim is:**        $66.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 EXPENSE
12/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

| | |
|---|---|
| **3.321** | **Nonpriority creditor's name and mailing address** |

JANA CALDWELL
695 TIMBER RIDGE CIRCLE
SHERIDAN, AR 72150

**As of the petition filing date, the claim is:**                            $65.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 HONOR/PD
12/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.322** | **Nonpriority creditor's name and mailing address** |

JANE B95 DOE

**As of the petition filing date, the claim is:**                        UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.323** | **Nonpriority creditor's name and mailing address** |

JANE C. DOE

**As of the petition filing date, the claim is:**                        UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.324** | **Nonpriority creditor's name and mailing address** |

JANE DOE

**As of the petition filing date, the claim is:**                        UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.325**  **Nonpriority creditor's name and mailing address**
JANE DOE 02

As of the petition filing date, the claim is:                                    **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.326**  **Nonpriority creditor's name and mailing address**
JANE E-1 DOE

As of the petition filing date, the claim is:                                    **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.327**  **Nonpriority creditor's name and mailing address**
JANE E-1 DOE, ET AL.

As of the petition filing date, the claim is:                                    **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.328**  **Nonpriority creditor's name and mailing address**
JANE J-1 DOE

As of the petition filing date, the claim is:                                    **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.329**

**Nonpriority creditor's name and mailing address**
JANE JD DOE

**As of the petition filing date, the claim is:**                                          UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.330**

**Nonpriority creditor's name and mailing address**
JANE LM DOE

**As of the petition filing date, the claim is:**                                          UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.331**

**Nonpriority creditor's name and mailing address**
JANE MPW DOE

**As of the petition filing date, the claim is:**                                          UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.332**

**Nonpriority creditor's name and mailing address**
JANE R DOES ET AL.

**As of the petition filing date, the claim is:**                                          UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.333**

**Nonpriority creditor's name and mailing address**
JEANA ELY
2305 COUNTY ROAD 1222
BLANCHARD, OK 73010

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/30 EXPENSE
11/30/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$7.00

**3.334**

**Nonpriority creditor's name and mailing address**
JEANA ELY
2305 COUNTY ROAD 1222
BLANCHARD, OK 73010

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/30 HONOR
11/30/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

**3.335**

**Nonpriority creditor's name and mailing address**
JEANELLE BUSEMAN
23472 190TH STREET
ROCKFORD, IA 50468

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 EXPENSE
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$113.58

**3.336**

**Nonpriority creditor's name and mailing address**
JEANELLE BUSEMAN
23472 190TH STREET
ROCKFORD, IA 50468

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 12/1 HONOR/PD
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.00

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.337** | **Nonpriority creditor's name and mailing address**
JEFF COWEN
1362 GILMORE LAKE RD
SUTH LAKE TAHOE, CA 96150

**As of the petition filing date, the claim is:**                                    $27.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL  PAYMENT
10/11/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address**
JEFF COWEN
1362 GILMORE LAKE RD
SUTH LAKE TAHOE, CA 96150

**As of the petition filing date, the claim is:**                                    $27.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
10/11/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address**
JEFF OWEN

**As of the petition filing date, the claim is:**                                    $54.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/25/2018

**Basis for the claim:**
CANCELLED CHECK

**Last 4 digits of account number**
0000085823

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address**
JEFFREY GLUCKSTEIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $873.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 TRAINING
12/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.341**  **Nonpriority creditor's name and mailing address**
JENNA BRITTNEY TEGTMEYER
ADDRESS REDACTED

$1,600.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRAIN CAMP HONOR
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.342**  **Nonpriority creditor's name and mailing address**
JENNIFER LYNN PORTER
10604 BOSTON AVE
LUBBOCK, TX 79423

$10.92

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/20 EXPENSE
11/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343**  **Nonpriority creditor's name and mailing address**
JENNIFER LYNN PORTER
10604 BOSTON AVE
LUBBOCK, TX 79423

$50.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/20 HONOR
11/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.344**  **Nonpriority creditor's name and mailing address**
JENNIFER SAMPSON
ADDRESS REDACTED

$23.16

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 10/24 EXPENSE
10/24/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **USA Gymnastics**
Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.345** | Nonpriority creditor's name and mailing address
JENNIFER SAMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 10/24 HONOR/PD
10/24/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.346** | Nonpriority creditor's name and mailing address
JENNIFER SAMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $97.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 9/9 EXPENSE
9/9/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.347** | Nonpriority creditor's name and mailing address
JENNIFER SAMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 9/9 HONOR/PD
9/9/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.348** | Nonpriority creditor's name and mailing address
JEROMY MCVIGE
22 WYNGATE LN
WILLIAMSVILLE, NY 14221

As of the petition filing date, the claim is:                    $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
10/15/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name        **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.349**  **Nonpriority creditor's name and mailing address**

JESSICA STEVENS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $12.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.350**  **Nonpriority creditor's name and mailing address**

JESSIE LANDES
63 GATES ST
FRAMINGHAM, MA 01702

**As of the petition filing date, the claim is:**                    $15.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT REFUND
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.351**  **Nonpriority creditor's name and mailing address**

JIAN LIU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.352**  **Nonpriority creditor's name and mailing address**

JILL HANEY
5 COLUMBIA DR REAR
WILLIAMSVILLE, NY 14221

**As of the petition filing date, the claim is:**                    $27.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
10/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name     **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.353** Nonpriority creditor's name and mailing address

JOCELYN DUARTE
421 S BIXEL STREET
SUITE A
LOS ANGELES, CA 90017

As of the petition filing date, the claim is:                    $59.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
MBRSHP DUPL PYMT
8/21/2018

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.354** Nonpriority creditor's name and mailing address

JOHN CHENG
137 DANBURY RD. #141
NEW MILFORD, CT 06776

As of the petition filing date, the claim is:                    $204.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
WORLDS EXPENSE
11/4/2018

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.355** Nonpriority creditor's name and mailing address

JOHN CHENG
137 DANBURY RD. #141
NEW MILFORD, CT 06776

As of the petition filing date, the claim is:                    $3,920.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
WORLDS HONOR/PD
11/4/2018

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.356** Nonpriority creditor's name and mailing address

JOHN F1 DOE, ET AL.

As of the petition filing date, the claim is:                    UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**
LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.357** | **Nonpriority creditor's name and mailing address**
JOHN LUCAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$350.00

**Date or dates debt was incurred**

**Basis for the claim:**
SR TM CAMP HONOR
12/19/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address**
JOHN R. LEWIS, JR., ESQ., PC
RE: RICHARD CARLSON
ATTN: JOHN R. LEWIS, JR.
4 WEST GATE RD
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address**
JOHNS HOPKINS ALL CHILDREN'S HOSPITAL INC
SPORTS MED/USAG/ATTN: FINANCE
501 6TH AVE SOUTH
ST PETERSBURG, FL 33701

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,546.00

**Date or dates debt was incurred**

**Basis for the claim:**
71210-004
11/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address**
JOHNSON LAW, PLC
RE: JONUSKA
ATTN: THOMAS W WAUN
10683 S SAGINAW ST, STE D
GRAND BLANC, MI 48439

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.361**

**Nonpriority creditor's name and mailing address**
JONATHAN CORBITT
787 BYRD AVENUE
BRIDGEWATER, NJ 08807

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

**3.362**

**Nonpriority creditor's name and mailing address**
JONATHAN MICHAEL PORTILLO
12609 ZUNI STREET
#304
BROOMFIELD, CO 80020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

**3.363**

**Nonpriority creditor's name and mailing address**
JOSEPH RODRIGUEZ
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS 8/3 HONOR
8/3/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$30.00

**3.364**

**Nonpriority creditor's name and mailing address**
JOSHUA SAMUELSON
1131 SASCO HILL RD
FAIRFIELD, CT 06824

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DUPL PAYMENT
10/9/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$27.00

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.365**

**Nonpriority creditor's name and mailing address**
JUNE KIM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DUPLICATE PAYMENT
11/2/2018

$59.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.366**

**Nonpriority creditor's name and mailing address**
K AND L TUMBLETOWN
5592 US HWY 77A-N
YOAKUM, TX 77995

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

$1,000.00

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number**
2266284

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.367**

**Nonpriority creditor's name and mailing address**
KADEN BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

$18.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.368**

**Nonpriority creditor's name and mailing address**
KATHERINE CLEMENS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

$50.00

**Date or dates debt was incurred**
8/26/2018

**Last 4 digits of account number**
2259250

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.369**

**Nonpriority creditor's name and mailing address**
KATHERINE GATSCHET
3609 SW RANDOLPH AVENUE
TOPEKA, KS 66611

**As of the petition filing date, the claim is:**          $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/01 HONOR
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.370**

**Nonpriority creditor's name and mailing address**
KATHERINE GATSCHET
3609 SW RANDOLPH AVENUE
TOPEKA, KS 66611

**As of the petition filing date, the claim is:**          $6.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/1 EXPENSE
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.371**

**Nonpriority creditor's name and mailing address**
KATHRYN CARSON
34 OVERLOOK DRIVE
CHAPPAQUA, NY 10514

**As of the petition filing date, the claim is:**          $2,104.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
12/3-6 OFFICE VISIT
12/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.372**

**Nonpriority creditor's name and mailing address**
KATHY CHAMBERS
3424 LOCH RIDGE DRIVE
BIRMINGHAM, AL 35216

**As of the petition filing date, the claim is:**          $366.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.373**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $1,000.00
KATHY CHAMBERS
3424 LOCH RIDGE DRIVE
BIRMINGHAM, AL 35216          ☐ Contingent
                             ☐ Unliquidated
                             ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                            NOV 2018 INV HONOR
                                            11/18/2018

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                            ☑ No
                                            ☐ Yes

**3.374**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $128.52
KATHY CHAMBERS
3424 LOCH RIDGE DRIVE
BIRMINGHAM, AL 35216          ☐ Contingent
                             ☐ Unliquidated
                             ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                            TOPS CAMP-DEC4 EXP
                                            12/20/2018

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                            ☑ No
                                            ☐ Yes

**3.375**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $250.00
KATHY CHAMBERS
3424 LOCH RIDGE DRIVE
BIRMINGHAM, AL 35216          ☐ Contingent
                             ☐ Unliquidated
                             ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                            TOPS CAMP-DEC4 HONOR
                                            12/20/2018

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                            ☑ No
                                            ☐ Yes

**3.376**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $59.00
KELLY MACKINGA
181 SOUTH MIRASOL WAY
ATASCADERO, CA 93422          ☐ Contingent
                             ☐ Unliquidated
                             ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                            ATH REFUND
                                            10/12/2018

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                            ☑ No
                                            ☐ Yes

Debtor Name    **USA Gymnastics**                                        Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.377** | **Nonpriority creditor's name and mailing address**
KELLY MACKINGA
181 SOUTH MIRASOL WAY
ATASCADERO, CA 93422

As of the petition filing date, the claim is:                    $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CXLD MEMBERRSHIP
9/13/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.378** | **Nonpriority creditor's name and mailing address**
KELLY SCARBERRY
953 REYNOLDS CIRCLE
OREGON, OH 43616

As of the petition filing date, the claim is:                    $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPLICATE PAYMENT
10/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.379** | **Nonpriority creditor's name and mailing address**
KELLY SHANE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $24.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 10/28 EXPENSE

**Last 4 digits of account number**
0000086249

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.380** | **Nonpriority creditor's name and mailing address**
KELLY SHANE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 10/28 HONOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.381** | **Nonpriority creditor's name and mailing address**
KELLY TANGUAY
82 WHEATHERSTONE PL
LAKE OSWEGO, OR 97035

**As of the petition filing date, the claim is:** $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
10/11/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address**
KEVIN WHITE
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $172.17
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
BOD MEETING EXPENSE
11/15/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address**
KILEY LOCKETT
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $12.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address**
KIM ZMESKAL-BURDETTE
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $3,333.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD OPGOLD/MTEAM
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name      **USA Gymnastics**                                              Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.385** | **Nonpriority creditor's name and mailing address**
KIMBERLEE JOYE
900 W SUMMIT DRIVE
UNIT 5
DALTON, GA 30721

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/17 EXPENSE
11/17/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$102.81

---

**3.386** | **Nonpriority creditor's name and mailing address**
KIMBERLEE JOYE
900 W SUMMIT DRIVE
UNIT 5
DALTON, GA 30721

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/17 HONOR
11/17/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.387** | **Nonpriority creditor's name and mailing address**
KIMBERLY TILL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
BOD MEETING EXPENSE
11/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$863.10

---

**3.388** | **Nonpriority creditor's name and mailing address**
KIOUSIS LAW PC
RE: JANE DOE MJ
ATTN: EFSTATHIOS T. KIOUSIS
1985 WEST BIG BEAVER RD, STE 300
TROY, MI 48084

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

Debtor Name      **USA Gymnastics**                                     Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.389**  **Nonpriority creditor's name and mailing address**
KIYO BORCH
32 FIELDHOUSE AVE.
EAST SETAUKET, NY 11733

As of the petition filing date, the claim is:                    $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
8/1/2018                                      MEMBERSHIP REFUND

**Last 4 digits of account number**          **Is the claim subject to offset?**
2254926                                       ☑ No
                                              ☐ Yes

**3.390**  **Nonpriority creditor's name and mailing address**
KOLLER TRIAL LAW, PLLC
RE: DAVIS & KANALY
ATTN: A. LAURIE KOLLER
320 SOUTH BOSTON, SUITE 1130
TULSA, OK 74103

As of the petition filing date, the claim is:                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                                              LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

**3.391**  **Nonpriority creditor's name and mailing address**
KOLLER TRIAL LAW, PLLC
RE: DAVIS
ATTN: A. LAURIE KOLLER
320 SOUTH BOSTON, SUITE 1130
TULSA, OK 74103

As of the petition filing date, the claim is:                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                                              LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

**3.392**  **Nonpriority creditor's name and mailing address**
KRISTIN CHAU
28050 CARAWAY LN
SANTA CLARITA, CA 91350

As of the petition filing date, the claim is:                    $27.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                                              INCORRECT MEMBERSHIP
                                              9/14/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

Debtor Name    **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.393**  **Nonpriority creditor's name and mailing address**
KRISTIN CLEVELAND-CHILDS
12209 INGLEHURST DR
RALEIGH, NC 27613

**As of the petition filing date, the claim is:**                    $6.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                  **Basis for the claim:**
TT JCI 10/20 EXPENSE

**Last 4 digits of account number**                  **Is the claim subject to offset?**
0000086128                                            ☑ No
                                                      ☐ Yes

---

**3.394**  **Nonpriority creditor's name and mailing address**
KRISTIN CLEVELAND-CHILDS
12209 INGLEHURST DR
RALEIGH, NC 27613

**As of the petition filing date, the claim is:**                    $420.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                  **Basis for the claim:**
TT JCI 10/20 HONOR

**Last 4 digits of account number**                  **Is the claim subject to offset?**
                                                      ☑ No
                                                      ☐ Yes

---

**3.395**  **Nonpriority creditor's name and mailing address**
KRISTINE ORTENZO-HAYES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $45.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                  **Basis for the claim:**
12/3/2018                                             MEMBERSHIP REFUND

**Last 4 digits of account number**                  **Is the claim subject to offset?**
2261241                                               ☑ No
                                                      ☐ Yes

---

**3.396**  **Nonpriority creditor's name and mailing address**
KRISTLE A. LOWELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $12.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                  **Basis for the claim:**
                                                      WCHAMPS EXPENSE
                                                      11/6/2018

**Last 4 digits of account number**                  **Is the claim subject to offset?**
                                                      ☑ No
                                                      ☐ Yes

Debtor Name       **USA Gymnastics**                                        Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

---

**3.397**

**Nonpriority creditor's name and mailing address**
LACEY JENKINS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$12.00

---

**3.398**

**Nonpriority creditor's name and mailing address**
LAKE FRANCES RETREATS
272 LAKE FRANCES ROAD
CROSSVILLE, TN 38571

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
12/1-4 TOPS-A
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,990.00

---

**3.399**

**Nonpriority creditor's name and mailing address**
LAKE FRANCES RETREATS
272 LAKE FRANCES ROAD
CROSSVILLE, TN 38571

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
12/4-7 TOPS-B
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,930.00

---

**3.400**

**Nonpriority creditor's name and mailing address**
LANIER GYMNASTICS INC.
16101 LANDON ROAD
GULFPORT, MS 39503

**Date or dates debt was incurred**
7/25/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84412

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

Debtor Name   **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.401** | **Nonpriority creditor's name and mailing address**
LAURA GAWRON
62236 CLOVERLEAF DR
EAST AMBERST, NY 14051

**As of the petition filing date, the claim is:**                     $59.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
10/15/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address**
LAUREL SHERMAN
905 MT. ZOAR
ELMIRA, NY 14904

**As of the petition filing date, the claim is:**                     $136.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/16 EXPENSE
11/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address**
LAUREL SHERMAN
905 MT. ZOAR
ELMIRA, NY 14904

**As of the petition filing date, the claim is:**                     $115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/16 HONOR/PD
11/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address**
LAURENT LANDI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $36,333.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD OPGOLD/MTEAM
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name        **USA Gymnastics**                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.405**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $202.87
LAURIE BALERUD
5151 W. 29TH ST, 411
GREELY, CO 80634
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**       NOV 2018 DEV EXPENSE
11/14/2018

**Last 4 digits of account number**       **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.406**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $1,000.00
LAURIE BALERUD
5151 W. 29TH ST, 411
GREELY, CO 80634
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**       NOV 2018 DEV HONOR
11/14/2018

**Last 4 digits of account number**       **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.407**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $197.88
LAURIE BALERUD
5151 W. 29TH ST, 411
GREELY, CO 80634
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**       TOPS CAMP-DEC4 EXP
12/20/2018

**Last 4 digits of account number**       **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.408**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $250.00
LAURIE BALERUD
5151 W. 29TH ST, 411
GREELY, CO 80634
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**       TOPS CAMP-DEC4 HONOR
12/20/2018

**Last 4 digits of account number**       **Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                103 of 183

Debtor Name    **USA Gymnastics**                                                      Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.409**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **UNKNOWN**
LAW OFFICE OF MATTHEW A. FERRI, PLLC
RE: JANE RG DOE
ATTN: MATTHEW A. FERRI                                 [X] Contingent
6001 N ADAMS RD, STE 135                               [X] Unliquidated
BLOOMFIELD HILLS, MI 48304                             [x] Disputed

                                                       **Basis for the claim:**
**Date or dates debt was incurred**                    LITIGATION

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       [✓] No
                                                       [ ] Yes

**3.410**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **$1,718.75**
LAW OFFICE OF THOMAS JAMES
P.O. BOX 60506
COLORADO SPRINGS, CO 80960                             [ ] Contingent
                                                       [ ] Unliquidated
                                                       [ ] Disputed

                                                       **Basis for the claim:**
**Date or dates debt was incurred**                    CANCELLED CHECK
11/20/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
0000086186                                             [✓] No
                                                       [ ] Yes

**3.411**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **UNKNOWN**
LAW OFFICES OF BEREZNOFF & LITTLE
RE: BROWN
ATTN: GREGORY M. BEREZNOFF                             [X] Contingent
ATTN: RONDA M. LITTLE                                  [X] Unliquidated
2684 WEST ELEVEN MILE RD                               [X] Disputed
BERKLEY, MI 48072
                                                       **Basis for the claim:**
**Date or dates debt was incurred**                    LITIGATION

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       [✓] No
                                                       [ ] Yes

**3.412**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **UNKNOWN**
LAW OFFICES OF BEREZNOFF & LITTLE
RE: PRESTON
ATTN: GREGORY M. BEREZNOFF                             [X] Contingent
ATTN: RONDA M. LITTLE                                  [X] Unliquidated
2684 WEST ELEVEN MILE RD                               [X] Disputed
BERKLEY, MI 48072
                                                       **Basis for the claim:**
**Date or dates debt was incurred**                    LITIGATION

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       [✓] No
                                                       [ ] Yes

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.413**  **Nonpriority creditor's name and mailing address**                    **UNKNOWN**
LAW OFFICES OF JARED S. RAPP PLLC
RE: MB45 DOE
ATTN: JARED S RAPP
4105 LAKERIDGE LN
BLOOMFIELD HILLS, MI 48302

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.414**  **Nonpriority creditor's name and mailing address**                    **UNKNOWN**
LAW OFFICES OF JOHNSTON, SZTYKIEL, & HUNT, PC
RE: MORRIS
ATTN: JOSEPH N FRASER
3250 W BIG BEAVER RD, STE 500
TROY, MI 48084

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.415**  **Nonpriority creditor's name and mailing address**                    **UNKNOWN**
LAW OFFICES OF JOHNSTON, SZTYKIEL, & HUNT, PC
RE: NAGLE
ATTN: JOSEPH N FRASER
3250 W BIG BEAVER RD, STE 500
TROY, MI 48084

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.416**  **Nonpriority creditor's name and mailing address**                    **UNKNOWN**
LAW OFFICES OF JOHNSTON, SZTYKIEL, & HUNT, PC
RE: WILLIAMS
ATTN: JOSEPH N FRASER
3250 W BIG BEAVER RD, STE 500
TROY, MI 48084

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.417** **Nonpriority creditor's name and mailing address**
LAW OFFICES OF JOHNSTON, SZTYKIEL, & HUNT, PC
RE: ZALENSKI
ATTN: JOSEPH N FRASER
3250 W BIG BEAVER RD, STE 500
TROY, MI 48084

**As of the petition filing date, the claim is:**               **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.418** **Nonpriority creditor's name and mailing address**
LAZ PARKING LIMITED LLC
15 LEWIS STREET
HARTFORD, CT 06103

**As of the petition filing date, the claim is:**               $923.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
MA20818108
10/14/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.419** **Nonpriority creditor's name and mailing address**
LEONARD LUCARELLO
341 CYPRESS DRIVE
MASTIC BEACH, NY 11951

**As of the petition filing date, the claim is:**               $1,000.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.420** **Nonpriority creditor's name and mailing address**
LET IT SHINE PARENTS CLUB
1892 GENERAL GEORGE PATTON DR.
FRANKLIN, TN 37067

**As of the petition filing date, the claim is:**               $54.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
JOHNSON/HOLTZ REF
10/5/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.421** | **Nonpriority creditor's name and mailing address**
LEXISNEXIS
28544 NETWORK PLACE
CHICAGO, IL 60673-1285

As of the petition filing date, the claim is:                    $123.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
3091787314
11/30/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.422** | **Nonpriority creditor's name and mailing address**
LEXISNEXIS
28544 NETWORK PLACE
CHICAGO, IL 60673-1285

As of the petition filing date, the claim is:                    $15.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
3091833096-A
12/31/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.423** | **Nonpriority creditor's name and mailing address**
LINDA MCDONALD
2752 SHELLY LANE
AURORA, IL 60504

As of the petition filing date, the claim is:                    $62.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
JCI 12/3 EXPENSE
12/3/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.424** | **Nonpriority creditor's name and mailing address**
LINDA MCDONALD
2752 SHELLY LANE
AURORA, IL 60504

As of the petition filing date, the claim is:                    $115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
JCI 12/3 HONOR/PD
12/3/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **USA Gymnastics**                                              Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

---

**3.425**  Nonpriority creditor's name and mailing address

LIPTON LAW CENTER, PC
RE: REHBERGER DOE ET AL.
ATTN: MARC LIPTON
ATTN: RONALD K. WEINER
18930 W TEN MILE RD
SOUTHFIELD, MI 48075

As of the petition filing date, the claim is:          UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
LITIGATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.426**  Nonpriority creditor's name and mailing address

LIPTON LAW CENTER, PC
RE: AC DOE
ATTN: MARC LIPTON
ATTN: RONALD K. WEINER
18930 W TEN MILE RD
SOUTHFIELD, MI 48075

As of the petition filing date, the claim is:          UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
LITIGATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.427**  Nonpriority creditor's name and mailing address

LLOYD DOUGLAS WHITE
3317 FM 44E
DEKALB, TX 75559

As of the petition filing date, the claim is:          $60.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
TOPS 7/21 HONOR
7/21/2018

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.428**  Nonpriority creditor's name and mailing address

LLOYD DOUGLAS WHITE
3317 FM 44E
DEKALB, TX 75559

As of the petition filing date, the claim is:          $60.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
TOPS 8/3 HONOR
8/3/2018

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.429**  **Nonpriority creditor's name and mailing address**
LORETTA COLE
3411 LATHROP ST.
STE. A
FAIRBANKS, AK 99701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $74.35
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
JCI 11/11 EXPENSE
11/11/2018

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.430**  **Nonpriority creditor's name and mailing address**
LORETTA COLE
3411 LATHROP ST.
STE. A
FAIRBANKS, AK 99701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $65.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
JCI 11/11 HONOR/PD
11/11/2018

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.431**  **Nonpriority creditor's name and mailing address**
LORI KOCH
21568 SABRINA DR
MASCOMB TWP, MI 48044

**Date or dates debt was incurred**

8/22/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $100.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
STOPPED CHECK
84891

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.432**  **Nonpriority creditor's name and mailing address**
LORI POWERS-BASINGER
677 PROVIDENCE AVE
UNIT F
COLUMBUS, OH 43214

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $22.48
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
JCI 11/11 EXPENSE
11/11/2018

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **USA Gymnastics**                                                      Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.433** | **Nonpriority creditor's name and mailing address**
LORI POWERS-BASINGER
677 PROVIDENCE AVE
UNIT F
COLUMBUS, OH 43214

As of the petition filing date, the claim is:                          $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/11 HONOR
11/11/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address**
LORI POWERS-BASINGER
677 PROVIDENCE AVE
UNIT F
COLUMBUS, OH 43214

As of the petition filing date, the claim is:                          $169.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/29 EXPENSE
11/29/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address**
LORI POWERS-BASINGER
677 PROVIDENCE AVE
UNIT F
COLUMBUS, OH 43214

As of the petition filing date, the claim is:                          $115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/29 HONOR/PD
11/29/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address**
LYNN HALFMANN
P.O. BOX 181328
DENVER, CO 80218

As of the petition filing date, the claim is:                          $27.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
10/19/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.437** | **Nonpriority creditor's name and mailing address**
MAGGIE HANEY
ADDRESS REDACTED

As of the petition filing date, the claim is:           $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
COACH SUPPORT
10/15/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address**
MAGGIE HANEY
ADDRESS REDACTED

As of the petition filing date, the claim is:         $11,333.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD OPGOLD/MTEAM
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.439** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

As of the petition filing date, the claim is:          $4,935.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
142575
10/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

As of the petition filing date, the claim is:          $2,787.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
142578
10/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name        **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.441** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$563.75**

**Date or dates debt was incurred**
**Basis for the claim:**
143867
10/31/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$46.00**

**Date or dates debt was incurred**
**Basis for the claim:**
143873
10/31/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,150.00**

**Date or dates debt was incurred**
**Basis for the claim:**
144447
11/12/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$416.00**

**Date or dates debt was incurred**
**Basis for the claim:**
144610
11/14/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.445** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

As of the petition filing date, the claim is:                    $192.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
144611
11/14/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.446** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

As of the petition filing date, the claim is:                    $670.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
145480
11/28/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.447** | **Nonpriority creditor's name and mailing address**
MAIN EVENT APPAREL
6880 HILLSDALE COURT
INDIANAPOLIS, IN 46250

As of the petition filing date, the claim is:                    $79.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
145504
11/28/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.448** | **Nonpriority creditor's name and mailing address**
MARENE MARGARET VAN FAROWE
2792 24TH AVENUE
HUDSONVILLE, MI 49426

As of the petition filing date, the claim is:                    $295.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TOPS CAMP THRU DEC 4
12/20/2018

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.449** | **Nonpriority creditor's name and mailing address**
MARENE MARGARET VAN FAROWE
2792 24TH AVENUE
HUDSONVILLE, MI 49426

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS DEC 4
12/20/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

---

**3.450** | **Nonpriority creditor's name and mailing address**
MARIAN DEWANE
P.O. BOX 2137
BOISE, ID 83701

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/16 EXPENSE
11/16/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$24.30

---

**3.451** | **Nonpriority creditor's name and mailing address**
MARIAN DEWANE
P.O. BOX 2137
BOISE, ID 83701

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/16 HONOR/PD
11/16/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$115.00

---

**3.452** | **Nonpriority creditor's name and mailing address**
MARILYN BLILIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 10/24 EXPENSE

**Date or dates debt was incurred**

**Last 4 digits of account number**
0000086043

**Is the claim subject to offset?**
☑ No
☐ Yes

$44.00

---

Debtor Name    **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.453** | **Nonpriority creditor's name and mailing address**
MARILYN BLILIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                          $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
JCI 10/24 HONOR

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address**
MARILYN JOYCE WALLACE
5705 SONOMA TRACE
CANE RIDGE, TN 37013

**As of the petition filing date, the claim is:**                                          $131.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address**
MARILYN JOYCE WALLACE
5705 SONOMA TRACE
CANE RIDGE, TN 37013

**As of the petition filing date, the claim is:**                                          $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address**
MARK SHERMAN
5607 MERRIMAC AVE
DALLAS, TX 75206

**As of the petition filing date, the claim is:**                                          $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.457**

**Nonpriority creditor's name and mailing address**
MARK WILLIAMS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLD MAKING TEAM
11/30/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

---

**3.458**

**Nonpriority creditor's name and mailing address**
MARK WILLIAMS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORLDS MAKING TEAM
11/30/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

---

**3.459**

**Nonpriority creditor's name and mailing address**
MARTIN OBIANWU
P.O. BOX 921
ROANOKE, TX 76262

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DUPL PAYMENT
10/10/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$57.00

---

**3.460**

**Nonpriority creditor's name and mailing address**
MARY LOU ACKMAN
1939 BUTLER DR
BARTLETT, IL 60103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV DEVO CAMP EXP
11/14/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$197.29

---

| Debtor Name | **USA Gymnastics** | Case number (if known): **18-09108** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.461** **Nonpriority creditor's name and mailing address**
MARY LOU ACKMAN
1939 BUTLER DR
BARTLETT, IL 60103

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV DEVO CAMP HONOR
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.462** **Nonpriority creditor's name and mailing address**
MARY LOU ACKMAN
1939 BUTLER DR
BARTLETT, IL 60103

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 EXP
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.57

---

**3.463** **Nonpriority creditor's name and mailing address**
MARY LOU ACKMAN
1939 BUTLER DR
BARTLETT, IL 60103

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

---

**3.464** **Nonpriority creditor's name and mailing address**
MARY M ROTH
10707 DOWNING STREET
CARMEL, IN 46033

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JUDGE ACCRED HONOR
12/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.465** **Nonpriority creditor's name and mailing address**

MARY SMITH
1704 WEST ACRES RD
JOLIET, IL 60435

**As of the petition filing date, the claim is:**          $59.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPLICATE PAYMENT
11/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.466** **Nonpriority creditor's name and mailing address**

MATT PEMBERTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $27.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DUPLICATE PAYMENT
10/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.467** **Nonpriority creditor's name and mailing address**

MATTHEW SPARKS
2339 TANDORI CT
ORLANDO, FL 32837

**As of the petition filing date, the claim is:**          $150.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

8/22/2018

**Basis for the claim:**
STOPPED CHECK
84968

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.468** **Nonpriority creditor's name and mailing address**

MAUREEN GENKE
1720 CASTLE CT.
ELGIN, IL 60120

**As of the petition filing date, the claim is:**          $59.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

8/9/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2256585

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.469** | Nonpriority creditor's name and mailing address

MCKEEN & ASSOCIATES, PC
RE: PAYNE, ET AL.
ATTN: BRIAN J. MCKEEN
ATTN: STEVEN C. HURBIS
645 GRISWOLD ST, STE 4200
DETROIT, MI 48226

**As of the petition filing date, the claim is:**                UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.470** | Nonpriority creditor's name and mailing address

MCKEEN & ASSOCIATES, PC
RE: EPPLE ET AL
ATTN: BRIAN J. MCKEEN
ATTN: STEVEN C. HURBIS
645 GRISWOLD ST, STE 4200
DETROIT, MI 48226

**As of the petition filing date, the claim is:**                UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.471** | Nonpriority creditor's name and mailing address

MCKENNA WHITESELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $60.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS 8/5 HONOR
8/5/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.472** | Nonpriority creditor's name and mailing address

MEGAN ARCHAMBEAULT
2561 PRAIRIE PINE ST
HENDERSON, NV 89044

**As of the petition filing date, the claim is:**                $27.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
11/19/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2259827

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**                                   Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

| 3.473 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|

MEGAN BAGGETT
3434 CRAYRICH DRIVE
HOOVER, AL 35226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 INV HONOR
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.00 |
|---|---|---|---|

MEGAN BAGGETT
3434 CRAYRICH DRIVE
HOOVER, AL 35226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.475 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $868.93 |
|---|---|---|---|

MG ELITE
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SEPT-NOV EXPENSE
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.476 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|

MG ELITE
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD CLUB SUPPORT
11/13/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**                                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.477** | **Nonpriority creditor's name and mailing address**
MIA BROOKS
157 CHARLIE GREENLEE ROAD
RULLEDGE, TN 37861

**As of the petition filing date, the claim is:**     $181.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/21/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2264409

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address**
MIA ELAINE BROOKS
157 CHARLIE GREENLEE ROAD
RULLEDGE, TN 37861

**As of the petition filing date, the claim is:**     $550.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A 12/1-4 HONOR
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address**
MICHAEL ASHE
1262 64TH ST.
EMERYVILLE, CA 94608

**As of the petition filing date, the claim is:**     $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address**
MICHAEL CURTH
8 LUBBER STREET
STONY BROOK, NY 11790

**As of the petition filing date, the claim is:**     $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **USA Gymnastics**                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.481** | **Nonpriority creditor's name and mailing address**
MICHAEL HUNGER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $223.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
NOV 2018 DEV EXP
11/14/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.482** | **Nonpriority creditor's name and mailing address**
MICHAEL HUNGER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
NOV 2018 DEV HONOR
11/14/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.483** | **Nonpriority creditor's name and mailing address**
MICHAEL HUNGER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $223.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.484** | **Nonpriority creditor's name and mailing address**
MICHAEL HUNGER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**                                        Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.485** Nonpriority creditor's name and mailing address

MICHAEL HUNGER
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP DEC4 EXP
12/20/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$42.53

---

**3.486** Nonpriority creditor's name and mailing address

MICHAEL HUNGER
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP THRU DEC 4
12/20/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

---

**3.487** Nonpriority creditor's name and mailing address

MICHAEL JUSZCZYK
5950 MEADOW BROOK LANE
CUMMING, GA 30040

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.488** Nonpriority creditor's name and mailing address

MICHAEL JUSZCZYK
5950 MEADOW BROOK LANE
CUMMING, GA 30040

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MENS QUAL EXPENSE
7/15/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$259.31

---

Debtor Name      **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.489** | **Nonpriority creditor's name and mailing address**

MICHAEL ROGALS
196 OLD MILITARY RD
LAKE PLACID, NY 12946

As of the petition filing date, the claim is:          $50.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGC CAMP HONOR
9/5/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address**

MICROSULTING
4870 1/2 MCCONNELL AVE
LOS ANGELES, CA 90066

As of the petition filing date, the claim is:          $350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
FSTARS HONOR
11/11/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address**

MIKE MORSE LAW FIRM, PLLC
RE: JANE M.P. DOE
ATTN: JENNIFER G. DAMICO
24901 NORTHWESTERN HWY, STE 700
SOUTHFIELD, MI 48075

As of the petition filing date, the claim is:          UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address**

MIKE MORSE LAW FIRM, PLLC
RE: HOVINGA
ATTN: JENNIFER G. DAMICO
24901 NORTHWESTERN HWY, STE 700
SOUTHFIELD, MI 48075

As of the petition filing date, the claim is:          UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.493** | **Nonpriority creditor's name and mailing address**
MILES SMITH
ADDRESS REDACTED

**Date or dates debt was incurred**
11/9/2018

**Last 4 digits of account number**
2256496

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.00

---

**3.494** | **Nonpriority creditor's name and mailing address**
MILLERS GYMNASTICS ODESSA
2911 E HWY 80
ODESSA, TX 79762

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DALY-CK OVERAGE
11/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

**3.495** | **Nonpriority creditor's name and mailing address**
MILLS GYMNASTICS USA
13300 REECK RD.
SOUTHGATE, MI 48195

**Date or dates debt was incurred**
11/8/2018

**Last 4 digits of account number**
2256404

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$118.00

---

**3.496** | **Nonpriority creditor's name and mailing address**
MINDY WILSON
2650 N 3000 W
DELTA, UT 84624

**Date or dates debt was incurred**
8/14/2018

**Last 4 digits of account number**
2256892

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$27.00

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

---

**3.497** | **Nonpriority creditor's name and mailing address**
MISSY DIDIER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
9/6/2018

**Last 4 digits of account number**
2262654

**Is the claim subject to offset?**
☑ No
☐ Yes

$91.00

---

**3.498** | **Nonpriority creditor's name and mailing address**
MONMOUTH GYMNASTICS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
GREAVES CHOREOGRAPHY
11/30/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.499** | **Nonpriority creditor's name and mailing address**
MONMOUTH GYMNASTICS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MCCUSKER CHOREOGRAPH
11/30/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.500** | **Nonpriority creditor's name and mailing address**
MURPHY & SPAGNUOLO, PC
RE: HAGAMAN
ATTN: RICHARD A. CASCARILLA/GARY L. BENDER
2123 UNIVERSITY PARK DR, STE 130
OKEMOS, MI 48864

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

Debtor Name          **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

---

**3.501** | **Nonpriority creditor's name and mailing address**

MURPHY & SPAGNUOLO, PC
RE: JANE R6 DOE ET AL.
ATTN: RICHARD A. CASCARILLA/GARY L. BENDER
2123 UNIVERSITY PARK DR, STE 130
OKEMOS, MI 48864

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.502** | **Nonpriority creditor's name and mailing address**

MURPHY & SPAGNUOLO, PC
RE: DICKMAN
ATTN: RICHARD A. CASCARILLA/GARY L. BENDER
2123 UNIVERSITY PARK DR, STE 130
OKEMOS, MI 48864

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.503** | **Nonpriority creditor's name and mailing address**

MYRA ELFENBEIN
8806 CHURCH FIELD LANE
LAUREL, MD 207089

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          **$163.27**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TECH MEETING EXPENSE
12/11/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.504** | **Nonpriority creditor's name and mailing address**

NANCY POULIS
20 ROLLING HILLS DR.
NESCONSET, NY 11767

**Date or dates debt was incurred**
8/1/2018

**Last 4 digits of account number**
2255922

**As of the petition filing date, the claim is:**          **$59.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    127 of 183

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.505**

**Nonpriority creditor's name and mailing address**
NAOMI CHERUP
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS 8/3 HONOR
8/3/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$120.00

**3.506**

**Nonpriority creditor's name and mailing address**
NATALIE GRACE MILLER
703 KINGSWOOD DR
SUPHUR, LA 70665

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84539

**Date or dates debt was incurred**
8/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.00

**3.507**

**Nonpriority creditor's name and mailing address**
NATALIE PETERMANN
2160 E VERMONTVILLE HWY
CHARLOTTE, MI 48813

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84217

**Date or dates debt was incurred**
7/11/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$39.45

**3.508**

**Nonpriority creditor's name and mailing address**
NATALYA KLIMOUK
916 KNOLLWOOD DR
BUFFALO GROVE, IL 60089

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CLINICIAN MEALS/CHIC
12/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$163.24

Debtor Name  **USA Gymnastics**                                            Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.509**  **Nonpriority creditor's name and mailing address**

NATALYA KOZITSKAYA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
RHY BUDAPEST HONOR
8/26/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.510**  **Nonpriority creditor's name and mailing address**

NATIONAL ACADEMY OF ARTISTIC GYMNASTICS
ATTN: LINDA MULVIHILL
1205 OAK PATCH ROAD
EUGENE, OR 97402

**As of the petition filing date, the claim is:**     $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CK#13132 OVERPAYMENT
11/13/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.511**  **Nonpriority creditor's name and mailing address**

NATIONAL ASSOCIATION OF SPORTS COMMISSIONS NASC
9916 CARVER ROAD SUITE 100
CINCINNATI, OH 45242

**As of the petition filing date, the claim is:**     $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
DILLON/1856/USAG
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.512**  **Nonpriority creditor's name and mailing address**

NATIONAL CAR RENTAL
P.O. BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**     $627.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
19088124
10/29/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name        **USA Gymnastics**                                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.513** | **Nonpriority creditor's name and mailing address**
NATIONAL CAR RENTAL
P.O. BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$161.40

**Date or dates debt was incurred**

**Basis for the claim:**
19245420
11/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address**
NATIONAL CAR RENTAL
P.O. BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$533.72

**Date or dates debt was incurred**

**Basis for the claim:**
19480800
12/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address**
NATIONAL CAR RENTAL
P.O. BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$464.96

**Date or dates debt was incurred**

**Basis for the claim:**
19554472-A
12/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address**
NATIONAL TRAVEL SYSTEMS-CORPORATE OFFICE
4314 S. LOOP 289
SUITE 300
LUBBOCK, TX 79413

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$45,645.03

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD/WAGC BAL DUE
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name        **USA Gymnastics**                                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.517** Nonpriority creditor's name and mailing address

NC DOE

As of the petition filing date, the claim is:                          **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.518** Nonpriority creditor's name and mailing address

NCSI - SPORTS ENGINE
P.O. BOX 74008982
CHICAGO, IL 60674

As of the petition filing date, the claim is:                          **$140.75**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
November, 2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.519** Nonpriority creditor's name and mailing address

NCSI - SPORTS ENGINE
P.O. BOX 74008982
CHICAGO, IL 60674

As of the petition filing date, the claim is:                          **$85.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.520** Nonpriority creditor's name and mailing address

NCSI - SPORTSENGINE
P.O. BOX 74008982
CHICAGO, IL 60674

As of the petition filing date, the claim is:                          **$20.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
644907
11/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name        **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.521** | Nonpriority creditor's name and mailing address
NEIL RESNICK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $1,575.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 DEV HONOR
11/13/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.522** | Nonpriority creditor's name and mailing address
NICOLE AHSINGER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/18/2018

**Basis for the claim:**
STOPPED CHECK
84241

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.523** | Nonpriority creditor's name and mailing address
NICOLE AHSINGER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $24.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMP EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.524** | Nonpriority creditor's name and mailing address
NICOLE OTTERSON
27445 E 160TH AVE
BRIGHTON, CO 80603

**As of the petition filing date, the claim is:**          $64.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/4 EXPENSE
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.525** | **Nonpriority creditor's name and mailing address**
NICOLE OTTERSON
27445 E 160TH AVE
BRIGHTON, CO 80603

**As of the petition filing date, the claim is:**                    $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/4 HONOR
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.526** | **Nonpriority creditor's name and mailing address**
NICOLE OTTERSON
27445 E 160TH AVE
BRIGHTON, CO 80603

**As of the petition filing date, the claim is:**                    $24.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/2 EXPENSE
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.527** | **Nonpriority creditor's name and mailing address**
NICOLE OTTERSON
27445 E 160TH AVE
BRIGHTON, CO 80603

**As of the petition filing date, the claim is:**                    $115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/2 HONOR/PD
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address**
NICOLE ROETHLE
4512 W 73RD COURT
MERRILLVILLE, IN 46410

**As of the petition filing date, the claim is:**                    $270.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TT JCI 11/17 HONOR
11/17/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------|

**Amount of claim**

**3.529** | **Nonpriority creditor's name and mailing address**

NOAH CAVINDER
ADDRESS REDACTED

$50.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/18/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2261426

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.530** | **Nonpriority creditor's name and mailing address**

NORTH SHORE RHYTHMIC GYMNASTICS
455 LAKE COOK RD
DEERFIELD, IL 60015

$2,000.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
October, 2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address**

NORTH SHORE RHYTHMIC GYMNASTICS
455 LAKE COOK RD
DEERFIELD, IL 60015

$129.04

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/1/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.532** | **Nonpriority creditor's name and mailing address**

NORTH START GYMNASTICS
723 BYRNE INDUSTRIAL DR
ROCKFORD, MI 49341

$24.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JUDGE REQUEST REFUND
11/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.533**

**Nonpriority creditor's name and mailing address**
NORTH VALLEY GYMNASTICS
20815 N. 28TH ST.
PHOENIX, AZ 85050

**Date or dates debt was incurred**
11/28/2018

**Last 4 digits of account number**
2259920

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.534**

**Nonpriority creditor's name and mailing address**
NORTHERN VIRGINIA RHY GYMN
45714 OAKBROOK CT.
STERLING, VA 20166

**Date or dates debt was incurred**
11/30/2018

**Last 4 digits of account number**
2253353

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$140.00

---

**3.535**

**Nonpriority creditor's name and mailing address**
O'KEEFE LAW, PLLC
RE: THE ESTATE OF MEGAN SIMON
ATTN: PATRICK WILLIAM O'KEEFE
3893 OKEMOS RD, STE B1
OKEMOS, MI 48864

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.536**

**Nonpriority creditor's name and mailing address**
OK EXTREME TUMBLING
8250 E. 111TH ST.
BIXBY, OK 74008

**Date or dates debt was incurred**
11/21/2018

**Last 4 digits of account number**
2258598

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

Debtor Name    **USA Gymnastics**                                                                Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.537** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12.00
OLIVIA SIMPSON
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
OLSMAN, MACKENZIE, PEACOCK & WALLACE, PC
RE: KJ
ATTN: DONNA M. MACKENZIE
ATTN: EMILY G. THOMAS
2684 WEST ELEVEN MILE RD
BERKLEY, MI 48072

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
OLSMAN, MACKENZIE, PEACOCK & WALLACE, PC
RE: JANE DOE ME
ATTN: DONNA M. MACKENZIE
ATTN: EMILY G. THOMAS
2684 WEST ELEVEN MILE RD
BERKLEY, MI 48072

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
PALMA & PRINCE, PA
RE: WILLIAM O. WEST
ATTN: RUSSELL S PRINCE
8270 WOODLAND CENTER BLVD
TAMPA, FL 33614

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name        **USA Gymnastics**

Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.541** **Nonpriority creditor's name and mailing address**

PAMELA GODWARD EVANS
8030 E. AVALON DR.
SCOTTSDALE, AZ 85251

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/30 EXPENSE
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$45.77

---

**3.542** **Nonpriority creditor's name and mailing address**

PAMELA GODWARD EVANS
8030 E. AVALON DR.
SCOTTSDALE, AZ 85251

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 11/30 HONOR/PD
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$115.00

---

**3.543** **Nonpriority creditor's name and mailing address**

PAMELA RENNER BOONE
68169 EDGEWATER BEACH RD
WHITE PIGEON, MI 49099

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 DEV EXPENSE
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

**3.544** **Nonpriority creditor's name and mailing address**

PAMELA RENNER BOONE
68169 EDGEWATER BEACH RD
WHITE PIGEON, MI 49099

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOV 2018 DEV HONOR
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

Debtor Name        **USA Gymnastics**                                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.545** | **Nonpriority creditor's name and mailing address**

PAMELA RENNER BOONE
68169 EDGEWATER BEACH RD
WHITE PIGEON, MI 49099

**As of the petition filing date, the claim is:**                $59.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 INV EXPENSE
11/18/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address**

PAMELA RENNER BOONE
68169 EDGEWATER BEACH RD
WHITE PIGEON, MI 49099

**As of the petition filing date, the claim is:**                $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address**

PANISH SHEA & BOYLE LLP
RE: JORDAN SCHWIKERT-COBBS
ATTN: KEVIN R. BOYLE
ATTN: JESSE CREED
11111 SANTA MONICA BLVD, STE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**                UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address**

PANISH SHEA & BOYLE LLP
RE: JANE ED DOE
ATTN: KEVIN R. BOYLE
ATTN: JESSE CREED
11111 SANTA MONICA BLVD, STE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**                UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name        **USA Gymnastics**                                     Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.549** **Nonpriority creditor's name and mailing address**

PANISH SHEA & BOYLE LLP
RE: BAKER
ATTN: KEVIN R. BOYLE
ATTN: JESSE CREED
11111 SANTA MONICA BLVD, STE 700
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**        **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.550** **Nonpriority creditor's name and mailing address**

PATRICIA MCDIARMID
2 CHRISTOPHER CIRCLE
WILBRAHAM, MA 01095

**As of the petition filing date, the claim is:**        **$50.94**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/1 EXPENSE
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.551** **Nonpriority creditor's name and mailing address**

PATRICIA MCDIARMID
2 CHRISTOPHER CIRCLE
WILBRAHAM, MA 01095

**As of the petition filing date, the claim is:**        **$65.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
JCI 12/1 HONOR/PD
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.552** **Nonpriority creditor's name and mailing address**

PATRICIA PANICHAS
9 SHERMAN LANE
HAMDEN, CT 06514

**As of the petition filing date, the claim is:**        **$1,000.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WMN WORLDS HONOR
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

---

**3.553** | **Nonpriority creditor's name and mailing address**
PATRICIA PANICHAS
9 SHERMAN LANE
HAMDEN, CT 06514

As of the petition filing date, the claim is:                    $328.11
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
WORLDS EXPENSE
11/4/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address**
PATRICK J O'CONNOR
5600 KEYSTONE CROSSING, STE. 300
INDIANAPOLIS, IN 46240

As of the petition filing date, the claim is:                    $150.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
STOPPED CHECK
8/22/2018                                     84928

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address**
PATTI CONNER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $207.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TT WORLDS EXPENSE
11/14/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address**
PAULA SHAIBANI
311 W FRANKLIN ST, APT 907 W
RICHMOND, VA 23220

As of the petition filing date, the claim is:                    $42.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
STOPPED CHECK
8/1/2018                                      84564

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                                     Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.557**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $350.00
PAVEL SARGSYAN
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.558**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $500.00
PETER WIEGING
6242 W KENT DRIVE
CHANDLER, AZ 85226
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.559**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $2,100.00
PINNACLE SOLUTIONS INC
152 E WASHINGTON ST
INDIANAPOLIS, IN 46204
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
395025489
12/5/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.560**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          UNKNOWN
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOE 01
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **USA Gymnastics** | Case number (if known): **18-09108** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.561** Nonpriority creditor's name and mailing address
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOE 02
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed
Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.562** Nonpriority creditor's name and mailing address
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOE 03
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed
Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.563** Nonpriority creditor's name and mailing address
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOE 04
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed
Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.564** Nonpriority creditor's name and mailing address
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOE 05
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed
Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.565** Nonpriority creditor's name and mailing address

PITT, MCGEHEE, PALMER & RIVERS, PC
RE: DOES 1-21
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                          UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.566** Nonpriority creditor's name and mailing address

PITT, MCGEHEE, PALMER & RIVERS, PC
RE: JANE DOE 01, A MINOR
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                          UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.567** Nonpriority creditor's name and mailing address

PITT, MCGEHEE, PALMER & RIVERS, PC
RE: JANE DOE 03
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                          UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.568** Nonpriority creditor's name and mailing address

PITT, MCGEHEE, PALMER & RIVERS, PC
RE: JANE DOE 04
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                          UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name     **USA Gymnastics**                                            Case number (if known): **18-09108**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.569** | **Nonpriority creditor's name and mailing address**
PITT, MCGEHEE, PALMER & RIVERS, PC
RE: JANE DOE 05
ATTN: MICHAEL L. PITT/MEGAN A. BONANNI
ATTN: BETH M. RIVERS/ROBIN B. WAGNER
117 W 4TH ST, STE 200
ROYAL OAK, MI 48067

**As of the petition filing date, the claim is:**                    **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.570** | **Nonpriority creditor's name and mailing address**
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N DELAWARE ST
INDIANAPOLIS, IN 46202

**As of the petition filing date, the claim is:**                    **$6,479.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
241242
10/24/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.571** | **Nonpriority creditor's name and mailing address**
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N DELAWARE ST
INDIANAPOLIS, IN 46202

**As of the petition filing date, the claim is:**                    **$315.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
241243
10/24/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.572** | **Nonpriority creditor's name and mailing address**
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N DELAWARE ST
INDIANAPOLIS, IN 46202

**As of the petition filing date, the claim is:**                    **$87,880.36**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
241391
10/24/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name     **USA Gymnastics**                                      Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.573** | **Nonpriority creditor's name and mailing address** | **$1,750.00**

POSITIVE COACHING ALLIANCE
1001 N RENGSTORFF AVE
SUITE 101
MOUNTAIN VIEW, CA 94043

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INV-71352
8/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address** | **$300.00**

PRINCE ALBERT GYMNASTICS
CANADA

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/24/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2258611

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address** | **$465.50**

PROTRAININGS, LLC
6452 FULTON ST E
SUITE 1
ADA, MI 49301

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
1203201818
12/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.576** | **Nonpriority creditor's name and mailing address** | **$32.00**

QUEL WILLIAMS
9131 SILVERSHADOW CT.
LORTON, VA 22079

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/3/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
1393860

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                        Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.577** | **Nonpriority creditor's name and mailing address**
RANDAL GOLDSTEIN
14375 NW 63RD STREET
KANSAS CITY, MO 64152

**Date or dates debt was incurred**
8/22/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84856

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

**3.578** | **Nonpriority creditor's name and mailing address**
RAYETTA HAWK
3206 LUPINE DRIVE
INDIANAPOLIS, IN 46224

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP-DEC4 EXP
12/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$43.60

**3.579** | **Nonpriority creditor's name and mailing address**
RAYETTA HAWK
3206 LUPINE DRIVE
INDIANAPOLIS, IN 46224

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

**3.580** | **Nonpriority creditor's name and mailing address**
RDL & TWIST
EQUADOR

**Date or dates debt was incurred**
11/19/2018

**Last 4 digits of account number**
2253685

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

Debtor Name      **USA Gymnastics**                                                  Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.581** **Nonpriority creditor's name and mailing address**

REBECCA JEAN BROWN
1289 N 500 W
LEHI, UT 84043

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$24.00

---

**3.582** **Nonpriority creditor's name and mailing address**

RED LERILLE'S HEALTH & RACQUET CLUB
301 DOUCET ROAD
LAFAYETTE, LA 70503

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEC 66845R0B
11/23/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.07

---

**3.583** **Nonpriority creditor's name and mailing address**

RED LERILLE'S HEALTH & RACQUET CLUB
301 DOUCET ROAD
LAFAYETTE, LA 70503

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEC 71540R0B
11/23/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$63.99

---

**3.584** **Nonpriority creditor's name and mailing address**

REGINA EVEREST
6035 6TH PLACE
VERO BEACH, FL 32968

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DUPL PAYMENT REFUND
11/27/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.585**  **Nonpriority creditor's name and mailing address**
RENEE HAWK
8039 STATE PARK
CENTER LINE, MI 48015

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP-DEC4 EXP
12/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.24

---

**3.586**  **Nonpriority creditor's name and mailing address**
RENEE HAWK
8039 STATE PARK
CENTER LINE, MI 48015

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP-DEC4 HONOR
12/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.587**  **Nonpriority creditor's name and mailing address**
RITA HEISLER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 9/22 HONOR
9/22/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.588**  **Nonpriority creditor's name and mailing address**
RIZZOBRYAN, PC
RE: MYERS
ATTN: DEVIN R. DAY
220 LYON, NW, STE 200
GRAND RAPIDS, MI 49503

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

Amount of claim

**3.589**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $500.00
ROBERT C. NESBITT
17 RAVEN LANE                                               ☐ Contingent
ALISO VIEJO, CA 92656                                       ☐ Unliquidated
                                                           ☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**
                                                           2018 APP LEAD HONOR
                                                           12/4/2018

**Last 4 digits of account number**                         **Is the claim subject to offset?**
                                                           ☑ No
                                                           ☐ Yes

---

**3.590**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $350.00
ROBERT LUNDY
ADDRESS REDACTED                                            ☐ Contingent
                                                           ☐ Unliquidated
                                                           ☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**
                                                           L10 JR CAMP HONOR
                                                           12/5/2018

**Last 4 digits of account number**                         **Is the claim subject to offset?**
                                                           ☑ No
                                                           ☐ Yes

---

**3.591**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $150.00
ROBERT MATTHEWS
3536 N 55TH STREET                                         ☐ Contingent
OMAHA, NE 68104                                            ☐ Unliquidated
                                                           ☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**
                                                           STOPPED CHECK
8/22/2018                                                  84909

**Last 4 digits of account number**                         **Is the claim subject to offset?**
                                                           ☑ No
                                                           ☐ Yes

---

**3.592**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $40.00
ROBERT MCDIARMID
2 CHRUSTOPHER CIRCLE                                       ☐ Contingent
WILBRAHAM, MA 01095                                        ☐ Unliquidated
                                                           ☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**
                                                           TRADE PAYABLE
12/1/2018

**Last 4 digits of account number**                         **Is the claim subject to offset?**
                                                           ☑ No
                                                           ☐ Yes

---

Debtor Name    **USA Gymnastics**                                                  Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

                                                                                                              **Amount of claim**

**3.593** | **Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is:                **$77.20**
ROBIN SMITH
46 CHELMSWORTH
BELLA VISTA, AR 72715
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**                  NOV 2018 INV EXPENSE
11/18/2018

**Last 4 digits of account number**                  **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.594** | **Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is:                **$1,030.00**
ROBIN SMITH
46 CHELMSWORTH
BELLA VISTA, AR 72715
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**                  NOV 2018 INV HON/PD
11/18/2018

**Last 4 digits of account number**                  **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.595** | **Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is:                **$142.40**
ROBIN SMITH
46 CHELMSWORTH
BELLA VISTA, AR 72715
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**                  TOPS A 2018 EXP
12/4/2018

**Last 4 digits of account number**                  **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.596** | **Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is:                **$1,030.00**
ROBIN SMITH
46 CHELMSWORTH
BELLA VISTA, AR 72715
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**                  TOPS A 2018 HON/PD
12/4/2018

**Last 4 digits of account number**                  **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |
|---|---|---|---|

RONALD HILL
245 E PAGE STREET
ST PAUL, MN 55107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.00 |
|---|---|---|---|

RUBEN ALONZO PADILLA
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WCHAMPS EXPENSE
11/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.81 |
|---|---|---|---|

RUSTAM SHARIPOV
THE OHIO STATE UNIVERSITY
1160 STEELWOOD RD.
COLUMBUS, OH 43212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
COTTBUS EXPENSE
11/25/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.70 |
|---|---|---|---|

RYAN STEVEN ROBERTS
11426 CANETUCK LANE
NORTHPORT, AL 35475

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS CAMP-DEC4 FUEL
12/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name  **USA Gymnastics**                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------|

**Amount of claim**

**3.601** **Nonpriority creditor's name and mailing address**

SABRINA VEGA

**As of the petition filing date, the claim is:**  **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.602** **Nonpriority creditor's name and mailing address**

SALLY BOULOS
7373 ARDMORE, #1128
HOUSTON, TX 77054

**As of the petition filing date, the claim is:**  **$60.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
STOPPED CHECK
84478

**Date or dates debt was incurred**
8/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.603** **Nonpriority creditor's name and mailing address**

SAM PARHAM
130 E. WASHINGTON ST., STE. 700
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**  **$150.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
STOPPED CHECK
84940

**Date or dates debt was incurred**
8/22/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.604** **Nonpriority creditor's name and mailing address**

SAMUEL THOMAS MCARTHUR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$350.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name     **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.605**  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**        $59.00
SARA ELLIOTT
201 NOLAN RIDGE DR.                                      ☐ Contingent
NOLANVILLE, TX 76559                                    ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**
**Date or dates debt was incurred**                     MEMBERSHIP REFUND
11/25/2018

**Last 4 digits of account number**                     **Is the claim subject to offset?**
2255934                                                 ☑ No
                                                        ☐ Yes

**3.606**  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**        $1,000.00
SARAH JANTZI
ADDRESS REDACTED                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**
**Date or dates debt was incurred**                     SR PAN AM MEDAL SPT
                                                        11/30/2018

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

**3.607**  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**        $353.30
SARAH JANTZI
ADDRESS REDACTED                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**
**Date or dates debt was incurred**                     WORLD 2018 EXPENSE
                                                        11/4/2018

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

**3.608**  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**        $11,333.00
SARAH JANTZI
ADDRESS REDACTED                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**
**Date or dates debt was incurred**                     WORLD OPGOLD/MTEAM
                                                        11/30/2018

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.609**

**Nonpriority creditor's name and mailing address**
SEAN MELTON
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEC NT CAMP EXPENSE
12/13/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$527.49

---

**3.610**

**Nonpriority creditor's name and mailing address**
SEAN MELTON
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
US CHAMPS PRIZE
10/10/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.611**

**Nonpriority creditor's name and mailing address**
SEATTLE GYMNASTICS-BALLARD
1415 NW 52ND ST.
SEATTLE, WA 98107

**Date or dates debt was incurred**
11/22/2018

**Last 4 digits of account number**
2259989

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.612**

**Nonpriority creditor's name and mailing address**
SECURITY CONCEPTS GROUP
848 N RAINBOW BLVD
#4852
LAS VEGAS, NV 89107

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
1028
11/19/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,080.00

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.613** **Nonpriority creditor's name and mailing address**

SECURITY CONCEPTS GROUP
848 N RAINBOW BLVD
#4852
LAS VEGAS, NV 89107

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOPS CAMP THRU DEC 4
12/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,720.00

---

**3.614** **Nonpriority creditor's name and mailing address**

SEIKALY STEWART & BENNETT, PC
RE: A.G. AND A.W. DOES ET AL.
ATTN: JEFFREY T. STEWART, TIFFANY R. ELLIS
30445 NORTHWESTERN HWY, STE 250
FARMINGTON HILLS, MI 48334

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.615** **Nonpriority creditor's name and mailing address**

SHARP ELECTRONICS CORPORATION
DBA SHARP BUSINESS SYSTEMS
DEPT. CH 14288
PALATINE, IL 60055-4288

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
9001516862
11/10/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$113.60

---

**3.616** **Nonpriority creditor's name and mailing address**

SHEILA RAGLE
1870 EAGLE SUMMIT COURT
LAWRENCEVILLE, GA 30043

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 11/17 EXPENSE
11/17/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$36.73

---

Debtor Name   **USA Gymnastics**                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.617** Nonpriority creditor's name and mailing address

SHEILA RAGLE
1870 EAGLE SUMMIT COURT
LAWRENCEVILLE, GA 30043

As of the petition filing date, the claim is:          $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
JCI 11/17 HONOR
11/17/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.618** Nonpriority creditor's name and mailing address

SHERYL J DEWEERD
5833 W BRADSHAW RD
LUDINGTON, MI 49431

As of the petition filing date, the claim is:          $122.43

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
NOV 2018 DEV EXPENSE
11/18/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.619** Nonpriority creditor's name and mailing address

SHERYL J DEWEERD
5833 W BRADSHAW RD
LUDINGTON, MI 49431

As of the petition filing date, the claim is:          $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
NOV 2018 DEV HONOR
11/14/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.620** Nonpriority creditor's name and mailing address

SHERYL J DEWEERD
5833 W BRADSHAW RD
LUDINGTON, MI 49431

As of the petition filing date, the claim is:          $197.42

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
NOV 2018 INV EXPENSE
11/18/2018

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.621** | Nonpriority creditor's name and mailing address

SHERYL J DEWEERD
5833 W BRADSHAW RD
LUDINGTON, MI 49431

**As of the petition filing date, the claim is:**            $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
NOV 2018 INV HONOR
11/18/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.622** | Nonpriority creditor's name and mailing address

SINAS, DRAMIS, BRAKE, BOUGHTON , MCINTYRE, PC
RE: JANE DOE 0224, ET AL.
ATTN: JAMES F. GRAVES/JONATHON K. HOMA
ATTN: JACQUELYN DUPLER
3380 PINE TREE RD
LANSING, MI 48911

**As of the petition filing date, the claim is:**            UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**
LITIGATION

Last 4 digits of account number
0224

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.623** | Nonpriority creditor's name and mailing address

SOMMERS SCHWARTZ, PC
RE: MEALY, ET AL.
ATTN: LISA M. ESSER
1 TOWNE SQUARE, STE 1700
SOUTHFIELD, MI 48076

**As of the petition filing date, the claim is:**            UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**
LITIGATION

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.624** | Nonpriority creditor's name and mailing address

SONYA YANKOVA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $2,750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
SEPT/OCT CAMP HONOR
11/14/2018

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name       **USA Gymnastics**                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.625** | **Nonpriority creditor's name and mailing address**
SPENCER STUART
P.O. BOX 98991
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**     $45,834.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
11/30/2019                              ACCOUNT PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.626** | **Nonpriority creditor's name and mailing address**
SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

**As of the petition filing date, the claim is:**     $469.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
                                        736999 R102 BOOKLETS
                                        11/9/2018

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.627** | **Nonpriority creditor's name and mailing address**
SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

**As of the petition filing date, the claim is:**     $620.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
                                        737216 S&R AP CHECKS
                                        11/15/2018

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.628** | **Nonpriority creditor's name and mailing address**
SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

**As of the petition filing date, the claim is:**     $35,905.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
                                        737268 MBSHP PRINT
                                        11/19/2018

**Last 4 digits of account number**     **Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.629**

**Nonpriority creditor's name and mailing address**
SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

**As of the petition filing date, the claim is:**                    $1,854.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
737343 STATIONARY
11/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.630**

**Nonpriority creditor's name and mailing address**
SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

**As of the petition filing date, the claim is:**                    $475.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
737537 BUSINES CARDS
11/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.631**

**Nonpriority creditor's name and mailing address**
SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

**As of the petition filing date, the claim is:**                    $318.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
737754 MBR MAIL/PSTG
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.632**

**Nonpriority creditor's name and mailing address**
SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

**As of the petition filing date, the claim is:**                    $1,078.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
737892 PODIUM STOR
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.633** **Nonpriority creditor's name and mailing address**
SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

**As of the petition filing date, the claim is:**               $29,401.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
737977 ATH CARD MAIL
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.634** **Nonpriority creditor's name and mailing address**
SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

**As of the petition filing date, the claim is:**               $7,967.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
738009 NOV FULFILL
11/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.635** **Nonpriority creditor's name and mailing address**
SPORT GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

**As of the petition filing date, the claim is:**               $4,279.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
739104-A DEC FULFILL
12/31/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.636** **Nonpriority creditor's name and mailing address**
SPORTS GRAPHICS, INC.
3423 PARK DAVIS CIRCLE
INDIANAPOLIS, IN 46235-2397

**As of the petition filing date, the claim is:**               $139.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/1/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **USA Gymnastics**                                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.637** | **Nonpriority creditor's name and mailing address**
ST. ALBERT GYMNASTICS CLUB
2A RIEL DR.
ST. ALBERT, AB T8N 3Z7
CANADA

As of the petition filing date, the claim is:                  $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
9/5/2018

**Last 4 digits of account number**
2256592

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.638** | **Nonpriority creditor's name and mailing address**
STACEY EDLUND
2806 E OBSIDIAN AVE
POST FALLS, ID 83854

As of the petition filing date, the claim is:                  $27.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MBRSHIP REFUND
11/26/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.639** | **Nonpriority creditor's name and mailing address**
STACI KOHLBUSCH
232 WHITTINGTON DR.
KNOXVILLE, TN 37923

As of the petition filing date, the claim is:                  $27.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
7/25/2018

**Last 4 digits of account number**
2254912

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.640** | **Nonpriority creditor's name and mailing address**
STAPLES BUSINESS CREDIT
P.O. BOX 105638
ATLANTA, GA 30348

As of the petition filing date, the claim is:                  $710.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
1621925250
11/25/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              161 of 183

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|   |   | Amount of claim |
|---|---|---|

**3.641**  **Nonpriority creditor's name and mailing address**

STEVE ARKELL
903 SILVER SPRUCE ST
SAN ANTONIO, TX 78232

**As of the petition filing date, the claim is:**                    $33.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A 2018 EXPENSE
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.642**  **Nonpriority creditor's name and mailing address**

STEVE ARKELL
903 SILVER SPRUCE ST
SAN ANTONIO, TX 78232

**As of the petition filing date, the claim is:**                  $2,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS A 2018 HONOR
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.643**  **Nonpriority creditor's name and mailing address**

STEVE PENNEY
11121 MIRADO LANE
FISHERS, IN 46037

**As of the petition filing date, the claim is:**                 $339,999.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
BALANCE OF SEVERANCE AGREEMENT
12/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.644**  **Nonpriority creditor's name and mailing address**

STEWART & FINALDI MANLY
RE: MARONEY
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**                  UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     162 of 183

Debtor Name      **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.645** **Nonpriority creditor's name and mailing address**                                                                    **UNKNOWN**

STEWART & FINALDI MANLY
RE: RAISMAN
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.646** **Nonpriority creditor's name and mailing address**                                                                    **UNKNOWN**

STEWART & FINALDI MANLY
RE: TIFFANY THOMAS LOPEZ
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.647** **Nonpriority creditor's name and mailing address**                                                                    **UNKNOWN**

STEWART & FINALDI MANLY
RE: WIEBER
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.648** **Nonpriority creditor's name and mailing address**                                                                    **UNKNOWN**

STEWART & FINALDI MANLY
RE: DENHOLLANDER
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.649** | **Nonpriority creditor's name and mailing address**
STEWART & FINALDI MANLY
RE: DENHOLLANDER, ET AL.
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.650** | **Nonpriority creditor's name and mailing address**
STEWART & FINALDI MANLY
RE: JANE AJ DOE
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.651** | **Nonpriority creditor's name and mailing address**
STEWART & FINALDI MANLY
RE: JANE EL DOE
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.652** | **Nonpriority creditor's name and mailing address**
STEWART & FINALDI MANLY
RE: JANE DOE 0384
ATTN: JOHN C. MANLY/VINCE W FINALDI
ATTN: ALEX E CUNNY
19100 VON KARMAN AVE , STE 800
IRVINE, CA 92612

**As of the petition filing date, the claim is:**    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**
12/11/2018

**Last 4 digits of account number**
0384

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name      **USA Gymnastics**                                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.653**

**Nonpriority creditor's name and mailing address**
STREAMLINE PRODUCTS AND SERVICES LLC
12420 SOUTHEASTERN AVE
INDIANAPOLIS, IN 46259

**As of the petition filing date, the claim is:**                          $1,884.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
536
12/20/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.654**

**Nonpriority creditor's name and mailing address**
SUSAN K LOMAS
513 GLEN GROVE LANE
ORLANDO, FL 32839

**As of the petition filing date, the claim is:**                          $65.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
JCI 12/2 HONOR/PD
12/2/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.655**

**Nonpriority creditor's name and mailing address**
SUSAN MONAHAN
6221 WESTGATE DRIVE
#1004
ORLANDO, FL 32835

**As of the petition filing date, the claim is:**                          $193.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
JCI 12/2 EXPENSE
12/2/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.656**

**Nonpriority creditor's name and mailing address**
SUSAN MONAHAN
6221 WESTGATE DRIVE
#1004
ORLANDO, FL 32835

**As of the petition filing date, the claim is:**                          $115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
JCI 12/2 HONOR/PD
12/2/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.657** | **Nonpriority creditor's name and mailing address**
SUSAN MONAHAN
6221 WESTGATE DR. #1004
ORLANDO, FL 32835

**Date or dates debt was incurred**
11/27/2018

**Last 4 digits of account number**
2256382

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$140.00

---

**3.658** | **Nonpriority creditor's name and mailing address**
SUSAN SMITH
15501 FOCH STREET
LIVONIA, MI 48154

**Date or dates debt was incurred**
9/6/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOPPED CHECK
85230

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

**3.659** | **Nonpriority creditor's name and mailing address**
TABITHA WAINSCOTT
4509 CHERBOURG WAY
PENSACOLA, FL 32505

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DUPL PAYMENT
10/10/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

**3.660** | **Nonpriority creditor's name and mailing address**
TAMMY RHODES
6610 MAGNOLIA LN.
FT. MEYERS, FL 33966

**Date or dates debt was incurred**
11/28/2018

**Last 4 digits of account number**
2257767

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$15.00

---

Debtor Name      **USA Gymnastics**                                              Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.661**

**Nonpriority creditor's name and mailing address**
TANAYA WILLIAMS
177 VIA HAVARRE
MERRITT ISLAND, FL 32953

**As of the petition filing date, the claim is:**           $750.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
R102/103 11/03-4 HON
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.662**

**Nonpriority creditor's name and mailing address**
TANAYA WILLIAMS
177 VIA HAVARRE
MERRITT ISLAND, FL 32953

**As of the petition filing date, the claim is:**           $168.02

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
R102/103 11/3-4 EXP
11/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.663**

**Nonpriority creditor's name and mailing address**
TARYN LEIGH MOORE
3011 SAND DRIVE
HUNSTVILLE, TX 77340

**As of the petition filing date, the claim is:**           $47.90

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORLD EXP ADV DUE
12/7/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.664**

**Nonpriority creditor's name and mailing address**
TATIANA PERSKAIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $168.05

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
US CHAMPS EXPENSE
8/21/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.665**

**Nonpriority creditor's name and mailing address**
TATIANA PERSKAIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,375.00**

**Date or dates debt was incurred**

**Basis for the claim:**
US CHAMPS HONOR
8/21/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.666**

**Nonpriority creditor's name and mailing address**
TATIANA PERSKAIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$126.32**

**Date or dates debt was incurred**

**Basis for the claim:**
US CLASSIC EXPENSE
8/21/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.667**

**Nonpriority creditor's name and mailing address**
TATIANA PERSKAIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,350.00**

**Date or dates debt was incurred**

**Basis for the claim:**
US CLASSIC HONOR
8/21/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.668**

**Nonpriority creditor's name and mailing address**
TATYANA SHADENKO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$105.44**

**Date or dates debt was incurred**

**Basis for the claim:**
NOV NT CAMP EXPENSE
11/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **USA Gymnastics**                                   Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.669**  **Nonpriority creditor's name and mailing address**

TAYLOR BILSKI
47 BRANCHBROOK DR.
SMITHTOWN, NY 11787

**Date or dates debt was incurred**

12/3/2018

**Last 4 digits of account number**
2257744

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$91.00

---

**3.670**  **Nonpriority creditor's name and mailing address**

TERESA BARNARD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JCI 8/18 HONOR/PD
8/18/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.00

---

**3.671**  **Nonpriority creditor's name and mailing address**

TERIN HUMPHREY
114 SE 2ND STREET
BLUE SPRINGS, MO 64014

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV NT CAMP '18 HON
11/28/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$800.00

---

**3.672**  **Nonpriority creditor's name and mailing address**

TERIN HUMPHREY
114 SE 2ND STREET
BLUE SPRINGS, MO 64014

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOV NT CAMP'18 EXPEN
11/28/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$40.40

---

Debtor Name     **USA Gymnastics**                                                Case number (if known): **18-09108**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                                    **Amount of claim**

---

**3.673** | **Nonpriority creditor's name and mailing address**

THE ALEXANDER
333 SOUTH DELAWARE STREET
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**                              $8,025.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UGYM001/NOV 11,18
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.674** | **Nonpriority creditor's name and mailing address**

THE COLEMAN JUSTICE CENTER
RE: JANE A DOE ET AL.
ATTN: APRIL KREGER
ATTN: JUDY C. COLEMAN
17286 FARMINGTON RD
LIVONIA, MI 48152

**As of the petition filing date, the claim is:**                              UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.675** | **Nonpriority creditor's name and mailing address**

THE HYBRID PERSPECTIVE, LLC
32 BOW ST
BEVERLY, MA 01915

**As of the petition filing date, the claim is:**                              $350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
1006
9/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.676** | **Nonpriority creditor's name and mailing address**

THE LAW OFC OF THOMAS M. JAMES, PC
P.O. BOX 60506
COLORADO SPRINGS, CO 80960

**As of the petition filing date, the claim is:**                              $1,418.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
12192
12/3/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.677**  **Nonpriority creditor's name and mailing address**                                                $1,718.75
THE LAW OFC OF THOMAS M. JAMES, PC
P.O. BOX 60506
COLORADO SPRINGS, CO 80960

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOVEMBER 2018 LEGAL
11/1/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.678**  **Nonpriority creditor's name and mailing address**                                                UNKNOWN
THE LAW OFFICE OF ANTHONY M. SPAGNUOLO
RE: CHAMPION ET AL.
ATTN: ANTHONY M. SPAGNUOLO
808 W LAKE LANSING RD, STE 104
EAST LANSING, MI 48823

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.679**  **Nonpriority creditor's name and mailing address**                                                UNKNOWN
THE LAW OFFICE OF ANTHONY M. SPAGNUOLO
RE: ALLEN
ATTN: ANTHONY M. SPAGNUOLO
808 W LAKE LANSING RD, STE 104
EAST LANSING, MI 48823

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.680**  **Nonpriority creditor's name and mailing address**                                                UNKNOWN
THE LAW OFFICE OF WHITNEY D. ACKERMAN
RE: ALL OLYMPIA GYMNASTIC CENTER INC., ET AL.
ATTN: WHITNEY D. ACKERMAN, JONATHAN A. RAPEL
858 S BEDFORD ST, STE 301
LOS ANGELES, CA 90035

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.681** Nonpriority creditor's name and mailing address

THE MIKE COX LAW FIRM, PLLC
RE: JANE K.K. DOE
ATTN: MICHAEL A. COX
ATTN: MELISSA WOJNAR-RAYCRAFT
17430 LAUREL PARK DR N, STE 120E
LIVONIA, MI 48152

As of the petition filing date, the claim is:          UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.682** Nonpriority creditor's name and mailing address

THOMAS GLIELMI
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,000.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WORLD MAKING TEAM
11/30/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.683** Nonpriority creditor's name and mailing address

THOMAS KOLL
7701 DAVIS CIRCLE
OMAHA, NE 68134

As of the petition filing date, the claim is:          $121.34

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
2018 PROG EXPENSE
12/31/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.684** Nonpriority creditor's name and mailing address

TIM FITZSIMMONS
13801 ARTIC AVE
ROCKVILLE, MD 20853

As of the petition filing date, the claim is:          $59.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
DUPL PAYMENT
11/2/2018

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **USA Gymnastics**                                                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.685**  **Nonpriority creditor's name and mailing address**

TINA KOZMA
385 SARVER RD
SARVER, PA 16055

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

$31.00

**Date or dates debt was incurred**

**Basis for the claim:**
DUPL PAYMENT
9/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.686**  **Nonpriority creditor's name and mailing address**

TOM MCNAMEE
3488 E LOREN VON DRIVE
SALT LAKE CITY, UT 84124

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

**Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.687**  **Nonpriority creditor's name and mailing address**

TOP FLIGHT GYMNASTICS
721 CENTRE VIEW BLVD
CRESTVIEW HILLS, KY 41017

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00

**Date or dates debt was incurred**
11/26/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2255927

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.688**  **Nonpriority creditor's name and mailing address**

TRACY TROXEL
156 BLUE BIRD LANE
GAYS MILLS, WI 54631

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

$281.33

**Date or dates debt was incurred**

**Basis for the claim:**
TOPS B 2018 EXP
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.689** | **Nonpriority creditor's name and mailing address**

TRAMPOLINE & TUMBLING EXPRESS
P.O. BOX 82036
LAFAYETTE, LA 70598

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$838.92

**Date or dates debt was incurred**
9/1/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.690** | **Nonpriority creditor's name and mailing address**

TRAMPOLINE AND TUMBLING EXPRESS
P.O. BOX 82036
LAFAYETTE, LA 70598

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$104.63

**Date or dates debt was incurred**

**Basis for the claim:**
SHOSTAK TRAINING
9/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.691** | **Nonpriority creditor's name and mailing address**

TRANS-EXPEDITE, INC
P.O. BOX 679042
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,081.58

**Date or dates debt was incurred**

**Basis for the claim:**
IND 5696719 00
8/22/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.692** | **Nonpriority creditor's name and mailing address**

TRAVIS MICHAEL RAINER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$350.00

**Date or dates debt was incurred**

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **USA Gymnastics**                                      Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.693** | **Nonpriority creditor's name and mailing address**
TREVOR HOWARD
ADDRESS REDACTED

As of the petition filing date, the claim is: $105.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
COTTBUS PDIEM
11/5/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address**
TRIPLE E KIDS
185 VETERANS MEMORIAL HWY
MABLETON, GA 30126

As of the petition filing date, the claim is: $225.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/13/2018

**Basis for the claim:**
MEMBERSHIP REFUND

**Last 4 digits of account number**
2251258

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address**
TRISH MCGONNELL
P.O. BOX 39008
CLEVELAND, OH 44139

As of the petition filing date, the claim is: $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
8/22/2018

**Basis for the claim:**
STOPPED CHECK
84914

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address**
UNITED STATES OLYMPIC COMMITTEE
ADDRESS REDACTED

As of the petition filing date, the claim is: $11,590.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INV0022295
11/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name        **USA Gymnastics**                                    Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.697** | **Nonpriority creditor's name and mailing address**

UNIV OF CA - BERKELEY
379 SIMPSON CENTER
2227 PIEDMONT AVE.
BERKELEY, CA 94720

**Date or dates debt was incurred**

11/5/2018

**Last 4 digits of account number**
2258201

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.698** | **Nonpriority creditor's name and mailing address**

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
0000430224488
12/1/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$105.32

---

**3.699** | **Nonpriority creditor's name and mailing address**

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
0000430224498
12/8/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

$73.72

---

**3.700** | **Nonpriority creditor's name and mailing address**

VANDEVEER GARZIA, PC
RE: DOES AC, BC ET AL.
ATTN: DAVID Q. HOUBECK
840 W LONG LAKE RD, STE 600
TROY, MI 48098

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

Debtor Name    **USA Gymnastics**                                    Case number (if known): **18-09108**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.701**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $50.00
VICTORIA RHYTHMIC GYMNASTICS
CANADA
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
12/3/2018          MEMBERSHIP REFUND

**Last 4 digits of account number**          **Is the claim subject to offset?**
2258540          ☑ No
☐ Yes

**3.702**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $150.00
WALLERS GYMJAM ACADEMY
26515 RUETHER AVENUE
SANTA CLARITA, CA 91350
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
11/19/2018          MEMBERSHIP REFUND

**Last 4 digits of account number**          **Is the claim subject to offset?**
2265997          ☑ No
☐ Yes

**3.703**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $465.00
WENDY HILLIARD GYMNASTICS FDN
550 W. 155TH STREET
NEW YORK, NY 10032
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
11/28/2018          MEMBERSHIP REFUND

**Last 4 digits of account number**          **Is the claim subject to offset?**
2260259          ☑ No
☐ Yes

**3.704**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          UNKNOWN
WENDY M. SCHILLER-NICHOLS
RE: NLF-4 DOE
3452 E LAKE LANSING RD
EAST LANSING, MI 48823
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
          LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?**
          ☑ No
☐ Yes

Debtor Name    **USA Gymnastics**                                       Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.705** | **Nonpriority creditor's name and mailing address**

WENDY M. SCHILLER-NICHOLS
RE: JANE NLF-1 DOE
3452 E LAKE LANSING RD
EAST LANSING, MI 48823

**As of the petition filing date, the claim is:**                        UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.706** | **Nonpriority creditor's name and mailing address**

WENDY M. SCHILLER-NICHOLS
RE: JANE NLF-2 DOE
3452 E LAKE LANSING RD
EAST LANSING, MI 48823

**As of the petition filing date, the claim is:**                        UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.707** | **Nonpriority creditor's name and mailing address**

WENDY M. SCHILLER-NICHOLS
RE: JANE NLF-3 DOE
3452 E LAKE LANSING RD
EAST LANSING, MI 48823

**As of the petition filing date, the claim is:**                        UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.708** | **Nonpriority creditor's name and mailing address**

WENTING YANG
8407 SW 69TH PLACE
GAINESVILLE, FL 32608

**As of the petition filing date, the claim is:**                        $59.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**
12/2/2018

**Last 4 digits of account number**
2264272

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    178 of 183

Debtor Name **USA Gymnastics**                     Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.709** | **Nonpriority creditor's name and mailing address**

WHITE LAW PLLC
RE: LEMKE, ET AL.
ATTN: H. JAMES WHITE/ALEXANDER S RUSEK
ATTN: BRITTANY M. NICHOL
2549 JOLLY RD, STE 340
OKEMOS, MI 48864

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**       **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.710** | **Nonpriority creditor's name and mailing address**

WHITNEY SMITH
ADDRESS REDACTED

**Date or dates debt was incurred**
11/9/2018

**Last 4 digits of account number**
2256498

**As of the petition filing date, the claim is:**       **$25.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.711** | **Nonpriority creditor's name and mailing address**

WILKE FLEURY HOFFELT BIRNEY
400 CAPITOL MALL, 22ND FL
SACRAMENTO, CA 95814

**Date or dates debt was incurred**
12/1/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**       **$129.04**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.712** | **Nonpriority creditor's name and mailing address**

WILKE FLEURY HOFFELT BIRNEY GOULD LLP
400 CAPITOL MALL
22ND FLOOR
SACRAMENTO, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**       **$1,000.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
151265
12/4/2018

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name     **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.713**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $500.00

WILLIAM F CALLAHAN
85 LEXINGTON STREET
UNIT #1
HANSON, MA 02341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
2018 APP LEAD HONOR
12/4/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.714**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,500.00

WILLIAM R STROM
P.O. BOX 46
EL GRANDA, CA 94018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
3/3/2018                                        TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.715**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $2,714.05

WIPFLI LLP
12359 SUNRISE VALLEY DRIVE
SUITE 130
RESTON, VA 20191

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
INV11445
11/30/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.716**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $174.51

WIPFLI LLP
12359 SUNRISE VALLEY DRIVE
SUITE 130
RESTON, VA 20191

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
INV11656-B
12/31/2018

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **USA Gymnastics**                                          Case number (if known): **18-09108**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.717**  **Nonpriority creditor's name and mailing address**

WISE COACHES INC
1312 CENTRAL COURT
HERMITAGE, TN 37076

**As of the petition filing date, the claim is:**                        $2,862.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
26306
12/6/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.718**  **Nonpriority creditor's name and mailing address**

WORLD ELITE GYMNASTICS
23031 ARROYO VISTA
RANCHO SANTA MARGARITA, CA 92688

**As of the petition filing date, the claim is:**                         $500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**

11/21/2018

**Last 4 digits of account number**
2259916

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.719**  **Nonpriority creditor's name and mailing address**

XTREME ACRO
14702 SOUTHLAWN LANE
ROCKVILLE, MD 20850

**As of the petition filing date, the claim is:**                         $675.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEMBERSHIP REFUND

**Date or dates debt was incurred**

11/2/2018

**Last 4 digits of account number**
2262118

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.720**  **Nonpriority creditor's name and mailing address**

YIN ALVAREZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                         $350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
L10 JR CAMP HONOR
12/5/2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **USA Gymnastics**

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.721** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $100.28

ZACHARY GAGNON
3541 NEWLAND ROAD
BALTIMORE, MD 21218

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
STOPPED CHECK
84273

**Date or dates debt was incurred**
7/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor Name    **USA Gymnastics**                                                Case number (if known): **18-09108**

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                        $0.00

**5b. Total claims from Part 2**                                        $1,805,766.48

**5c. Total claims of Parts 1 and 2**
    Lines 5a + 5b = 5c                                        $1,805,766.48