## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

In re: USA Gymnastics

Case No. 18-09108
Reporting Period: 01/01/19 - 01/31/19

### MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Debtor Statement |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | X |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Post Petition Taxes | | | | X |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|    Listing of Aged Accounts Payable | MOR-4a | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-6 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this monthly operating report (including attached supporting documentation) is true and correct to the best of my knowledge, information and belief.

*/s/ James Scott Shollenbarger*      February 18, 2019
Signature of Debtor      Date
James Scott Shollenbarger
Chief Financial Officer

Note:
The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information herein is unaudited and subject to future adjustment. Certain assumtptions have been made as noted herein.

Case 18-09108-RLM-11   Doc 271   Filed 02/18/19   EOD 02/18/19 22:26:08   Pg 2 of 12

In re: USA Gymnastics                                                                                              Case No. 18-09108
                                                                                          Reporting Period: 01/01/19 - 01/31/19

## GENERAL NOTES

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles ("GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein is provided to fulfill the requirements of the Office of the United States Trustee and have been derived from the books and records of the Debtor existing at the time the Debtor filed its respective petition for relief under chapter 11 of the Bankruptcy Code or based on records. The Debtor cannot guarantee the reliability of the information contained in the general ledgers and other books and records that were prepared by their former management. Further, the amounts included herein may differ materially from the amounts set forth in any of the Debtors' Schedules of Assets and Liabilities and/or the Debtor's Statement of Financial Affairs as current management has since had time to reconcile certain information in the Debtor's books and records.

The Debtor is reporting preliminary financial information that may be subject to substantial and material revision based upon further review, year-end analysis and/or tax return adjustments.

The Debtor is utilizing internally generated financial statements and attached them to the applicable MOR forms filed with the United States Bankruptcy Court. As a result, the applicable Balance Sheet balances are reported for the entire month and does not include the balances as of the petition date, and the applicable Income Statement includes "month-to-date" and "year-to-date" information, as opposed to information covering the Petition Date through the last date of the applicable month.

The Internal Revenue Service has ruled that both the Organization and Foundation qualify under Section 501(c)(3) of the Internal Revenue Code and are, therefore, generally not subject to income taxation under present income tax laws. Payroll taxes are inclusive of the amount collected by Paychex and can be made available by request.

Insurance Receivables and Contingent Liability are recorded in accordance with the 2016 Audited Financial Statements.

Certain insurance prepetition premiums were outstanding as of December 31, 2018. An Order was entered on January 19, 2019 authorizing payment of these obligations. Pursuant to that Order, such premiums were paid in January 2019.

The Debtor reserves the right to amend or supplement the information contained in this report.

In re: USA Gymnastics

Case No. 18-09108
Reporting Period: 01/01/19 - 01/31/19

**MOR-1**
**RECEIPTS & DISBURSEMENTS REPORT**

| | PNC Bank Acct #7647 | PNC Bank Acct #8792 | PNC Bank Acct #0228 | PNC Bank Acct #2009 | PNC Bank Acct #3829 | Total |
|---|---|---|---|---|---|---|
| **Beginning Book Cash** | | | | | | |
| Opening Book Balance | 3,248,387.84 | 4,349.31 | 38,676.64 | 399,993.27 | 0.00 | 3,691,407.06 |
| | | | | | | |
| **RECEIPTS** | | | | | | |
| Sales / Receipts | 516,476.91 | 0.00 | 28,521.60 | 0.00 | 0.00 | 544,998.51 |
| Merchandise (Transfer) | 43,856.78 | 0.00 | 0.00 | 0.00 | 0.00 | 43,856.78 |
| Other | 73,056.96 | 3.68 | 29.10 | 0.00 | 0.00 | 73,089.74 |
| Pcard Annual Rebate | 43,524.89 | 0.00 | 0.00 | 0.00 | 0.00 | 43,524.89 |
| **TOTAL RECEIPTS** | **676,915.54** | **3.68** | **28,550.70** | **0.00** | **0.00** | **705,469.92** |
| **DISBURSEMENTS** | | | | | | |
| Athlete Support | 25,360.24 | 0.00 | 0.00 | 0.00 | 0.00 | 25,360.24 |
| Bank Charges/Fees | 8,942.53 | 0.00 | 3,138.42 | 0.00 | 0.00 | 12,080.95 |
| Computer Related Expenses | 12,436.28 | 0.00 | 0.00 | 0.00 | 0.00 | 12,436.28 |
| Contract Labor | 131,390.91 | 0.00 | 0.00 | 0.00 | 0.00 | 131,390.91 |
| Dues/Subscriptions | 2,978.62 | 0.00 | 0.00 | 0.00 | 0.00 | 2,978.62 |
| Employee Retirement Plan Funding | 25,493.24 | 0.00 | 0.00 | 0.00 | 0.00 | 25,493.24 |
| Event Related Expenses | 51,842.35 | 0.00 | 0.00 | 0.00 | 0.00 | 51,842.35 |
| Expenses Paid on Behalf of State/Region | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 357,266.82 | 0.00 | 0.00 | 0.00 | 0.00 | 357,266.82 |
| Inventory Purchases | 4,409.87 | 0.00 | 0.00 | 0.00 | 0.00 | 4,409.87 |
| Leases | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Expenses | 3,149.61 | 0.00 | 0.00 | 0.00 | 0.00 | 3,149.61 |
| Payroll - Net | 286,630.65 | 0.00 | 0.00 | 0.00 | 0.00 | 286,630.65 |
| Printing/Postage | 7,483.02 | 0.00 | 0.00 | 0.00 | 0.00 | 7,483.02 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees - Bankruptcy | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Purchased Services | 36,308.49 | 0.00 | 0.00 | 0.00 | 0.00 | 36,308.49 |
| Refunds/Returns/Voided Payments | 1,184.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,184.00 |
| Rent | 78,905.37 | 0.00 | 0.00 | 0.00 | 0.00 | 78,905.37 |
| Rental Property Equipment | 54,533.12 | 0.00 | 0.00 | 0.00 | 0.00 | 54,533.12 |
| Repairs and Maintenance | 536.69 | 0.00 | 0.00 | 0.00 | 0.00 | 536.69 |
| Severance/Settlements/Relocation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Secured Creditor Payments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Supplies | 806.63 | 0.00 | 0.00 | 0.00 | 0.00 | 806.63 |
| Taxes Paid - Payroll | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Transfers | 0.00 | 0.00 | 43,856.78 | 0.00 | 0.00 | 43,856.78 |
| Travel and Entertainment | 288,156.28 | 0.00 | 0.00 | 0.00 | 0.00 | 288,156.28 |
| U.S. Trustee Quarterly Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities/Telephone | 7,006.29 | 0.00 | 0.00 | 0.00 | 0.00 | 7,006.29 |
| **TOTAL DISBURSEMENTS** | **1,384,821.01** | **0.00** | **46,995.20** | **0.00** | **0.00** | **1,431,816.21** |
| | | | | | | |
| NET CASH FLOW (Receipts Less Disbursements) | (707,905.47) | 3.68 | (18,444.50) | 0.00 | 0.00 | (726,346.29) |
| | | | | | | |
| **CASH - END OF MONTH** | **2,540,482.37** | **4,352.99** | **20,232.14** | **399,993.27** | **0.00** | **2,965,060.77** |

**BANK RECONCILIATIONS**

| | PNC Bank Acct #7647 | PNC Bank Acct #8792 | PNC Bank Acct #0228 | PNC Bank Acct #2009 | PNC Bank Acct #3829 | Total |
|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | **2,068,432.55** | **4,352.99** | **20,232.14** | **399,993.27** | **0.00** | **2,493,010.95** |
| | | | | | | |
| BANK BALANCE | 2,540,482.37 | 4,352.99 | 20,232.14 | 399,993.27 | 0.00 | **2,965,060.77** |
| (+) DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (-) OUTSTANDING CHECKS | 472,049.82 | 0.00 | 0.00 | 0.00 | 0.00 | **472,049.82** |
| OTHER (ATTACH EXPLANATION) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| ADJUSTED BANK BALANCE* | 2,068,432.55 | 4,352.99 | 20,232.14 | 399,993.27 | 0.00 | **2,093,017.68** |

*Adjusted bank balance must equal balance per books.

| **DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | | | |
|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | | |
| Less: Transfers | | | 0.00 |
| Plus: Estate Disbursements Made by Outside Source | | | 0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | | | **0.00** |

| | |
|---|---|
| In re: USA Gymnastics | Case No. 18-09108 |
| | Reporting Period: 01/01/19 - 01/31/19 |

## MOR-1a
### DECLARATION REGARDING THE BANK RECONCILIATION

James Scott Shollenbarger, hereby declares and states:

I am the Chief Financial Officer for the above-captioned debtor.  In this capacity, I am familiar with the day-to-day operations, business affairs and books and records.

Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of the operations and finances of USA Gymnastics, information learned from my review   All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, or discussions with certain employees of the Debtor.

To the best of my knowledge, all of the Debtor's bank balances are reconciled in an accurate and timely manner.


Dated:    February 18, 2019           /s/ James Scott Shollenbarger
                                       James Scott Shollenbarger
                                       Chief Financial Officer

In re: USA Gymnastics     Case No. 18-09108
Reporting Period: 01/01/19 - 01/31/19

**MOR-1b**
**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | |
| | | | | | | | | | |

In re: USA Gymnastics   Case No. 18-09108
Reporting Period: 01/01/19- 01/31/19

**MOR-2**
**STATEMENT OF OPERATIONS**

| REVENUE | | EXPENSES | |
|---|---:|---|---:|
| Marketing | $43,595.08 | Marketing | 21,373.43 |
| Events | | Events | |
|   American Cup | |   American Cup | 3,476.44 |
|   Liukin Cup | |   Liukin Cup | |
|   Jr Pan Ams | |   Pacific Rim | |
|   Pacific Rim | |   Hosted World Champs | |
|   Hosted World Champs | |   NCAA Championships-Men | |
|   USA Championships | |   Jr Pan Ams | |
|   Classic | |   Championships | (5,235.94) |
|   NCAA Champs-Men | |   ART Championships | |
|   USA Gym Champs | |   Trials | 1,054.67 |
|   Olympic Trials | |   Cover girl Classic | |
|   Post Olympic Tour | |   Other Qualifying Evts | |
|   Other | |   General | 31,511.47 |
| | |   Post Olymic Tour | |
| | |   Total Marketing and Events | 52,180.07 |
|   Total Marketing and Events | 43,595.08 | | |
| | | Membership | 659,465.39 |
| Communications | | Congress | 1,082.00 |
| Content | | Education | 28,103.19 |
| New Media | 43,647.16 | Merchandising | (14,448.43) |
|   Total Communications | 43,647.16 | Safe Sport | 100,506.34 |
| | |   Total Member Services | 774,708.49 |
| Women | 156,409.82 | | |
| Men | 66,361.11 | Communications | 10,577.36 |
| T&T | 65,000.00 | Content | 6,859.77 |
| RSG | 49,304.77 | New Media | 34,354.28 |
| Sports Acro | 40,490.00 |   Total Communications | 51,791.41 |
| Medical | 9,257.63 | | |
| Multi Disc Exp (incl Ranch) | 150.00 | Women | 349,654.08 |
| Gym for all | 15.00 | Men | 124,947.65 |
| Intl Relations | | T&T | 94,410.09 |
|   Total Program | 386,988.33 | RSG | 35,763.16 |
| | | Sports Acro | 49,526.35 |
| Membership | 1,102,037.16 | Multi Discipline | 15,606.17 |
| Congress | 4,140.00 | Medical | 16,215.27 |
| Education | 74,658.79 | Gym For All | 2,957.13 |
| Merchandising | 28,561.60 |   Total Program | 689,079.90 |
| Safe Sport | | | |
|   Total Member Services | 1,209,397.55 | Intl Relations | 6,618.21 |
| | | | |
| Grant Inc-USOC and NGF | 76,263.25 | Governance | 7,947.18 |
| Admin | 55,078.33 | Admin | 209,493.56 |
| **Total Revenue** | **1,814,969.70** | Legal | (640.00) |
| | |   Total Admin | 216,800.74 |
| | | | |
| | | **Total Expenses** | **1,791,178.82** |
| | | **TOTAL NET INCOME** | **23,790.88** |

| | |
|---|---|
| In re: USA Gymnastics | Case No. 18-09108 |
| | Reporting Period: 01/01/19 - 01/31/19 |

**MOR-3**
**BALANCE SHEET**

**ASSETS**
Current Assets

| | |
|---|---:|
| Cash on hand | 2,605,022.73 |
| Short Term investments | 1,874,921.58 |
| Total Cash/Short Term Investments | 4,479,944.31 |
| | |
| Accounts Receivable | 591,875.90 |
| Prepaid Expenses | 908,933.66 |
| Inventory | 122,211.15 |
| Insurance Receivable | 75,000,000.00 |
| Total Current Assets | 81,102,965.02 |
| | |
| Furniture, Fixtures, and Equipment | |
| Property, Plant and Equipment | 2,048,577.51 |
| Accumulated Depreciation | (1,723,470.72) |
| Net Furniture, Fixtures, and Equipment | 325,106.79 |
| | |
| **Total Assets** | **81,428,071.81** |

**LIABILITIES AND NET ASSETS**
Current Liabilities

| | |
|---|---:|
| Accounts Payable | 1,173,441.65 |
| Due to State/Region Organizations | 568,464.38 |
| Contingent Liability | 75,000,000.00 |
| Accrued Payroll | 348,153.61 |
| | |
| Deferred Revenues | 6,801,288.73 |
| Total Current Liabilities | 83,891,348.37 |
| | |
| Net Assets | |
| Retained Earnings | (2,463,276.56) |
| | |
| **Total Liabilities and Equity** | **81,428,071.81** |

In re: USA Gymnastics                                                                                                          Case No. 18-09108
                                                                                                         Reporting Period: 01/01/19 - 01/31/19

## DECLARATION REGARDING STATUS OF POST PETITION TAXES

James Scott Shollenbarger, hereby declares and states:

I am the Chief Financial Officer for the above-captioned debtor. In this capacity, I am familiar with the day to day tax operations of USA Gymnastics.

Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of the operations and finances of USA Gymnastics, information learned from my review of relevant documents and information that I have received from other members of management and/or the Debtor's advisors. I am authorized to submit this declaration on behalf of USA Gymnastics and, if I were called upon to testify, I could and would testify competently to the facts set forth herein. I submit this declaration under penalty of perjury pursuant to 28 U.S.C. Section 1746.

To the best of my knowledge, the Debtor has filed all necessary federal, state and local tax returns and made all required post-petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.


Dated:   February 18, 2019                                              /s/ James Scott Shollenbarger
                                                                        James Scott Shollenbarger
                                                                        Chief Financial Officer

In re: USA Gymnastics  
Case No. 18-09108  
Reporting Period 01/01/19 - 01/31/19

## MOR-4
## SUMMARY OF UNPAID POSTPETITION DEBTS

| | |
|---|---:|
| **Opening Balance:** | **$ 102,553.04** |
| PLUS: New Indebtedness Incurred This Month | $ 499,117.71 |
| MINUS: Amount Paid on Post Petition Accounts Payable This Month | $ - |
| PLUS/MINUS: Adjustments | $ - |
| **Ending Month Balance:** | **$ 601,670.75** |

| Days Past Due | | | | | |
|---|---|---|---|---|---|
| **Current** | **1-30** | **31-60** | **61-90** | **>91** | **Total** |
| $ 497,993.11 | $ 103,496.89 | $ 180.75 | $ - | $ - | $ 601,670.75 |
| 82.77% | 17.20% | 0.03% | 0% | 0% | 100% |

In re: USA Gymnastics

Case No. 18-09108
Reporting Period 01/01/19 - 01/31/19

**MOR-4a**
**LISTING OF AGED ACCOUNTS PAYABLE**

| Document Date | Days Outstanding | Vendor ID | Voucher Number | Name | Description | Amount |
|---|---|---|---|---|---|---|
| 1/23/2019 | 8 | 12339 | 59375 | Aflac | AFLAC - 1/25 P/R | $200.28 |
| 1/23/2019 | 8 | 15503 | 59377 | Alfers, Jaye Alison | INVOICE 3 | $1,443.20 |
| 1/15/2019 | 16 | 15104 | 59382 | AON Risk Insurance Serv West Inc | 2900000094765 | $25,456.28 |
| 1/15/2019 | 16 | 15104 | 59383 | AON Risk Insurance Serv West Inc | 2900000094763 | $376.28 |
| 1/15/2019 | 16 | 15104 | 59385 | AON Risk Insurance Serv West Inc | 2900000094764 | $47,200.00 |
| 1/15/2019 | 16 | 15104 | 59386 | AON Risk Insurance Serv West Inc | 2900000094766 | $46,413.93 |
| 1/2/2019 | 29 | 8597 | 59309 | ARAMARK Refreshment Services | 7088210 | $244.91 |
| 12/31/2018 | 31 | 12686 | 59409 | AthlectiCo LLC | 816957-A | $50.00 |
| 12/17/2018 | 45 | 15050 | 59503 | Barnes & Thornburg LLP | 2178465 | $45,571.90 |
| 12/17/2018 | 45 | 9339 | 59502 | Crowe LLP | 711-2212033 | $8,060.00 |
| 1/28/2019 | 3 | 10831 | 59517 | Greenshades Software | 150672 | $750.00 |
| 1/27/2019 | 4 | 10831 | 59518 | Greenshades Software | 150022 | $162.05 |
| 1/21/2019 | 10 | 15041 | 59534 | Hilder & Associates PC | 13459 DEC 5-31 | $24,482.06 |
| 12/1/2018 | 61 | 15533 | 59344 | McDiarmid, Robert **DNS** | JCI 12/1 HONOR/PD | $40.00 |
| 1/10/2019 | 21 | 7483 | 59525 | NBC Universal Media LLC | 1800000777L0A3 | $340,000.00 |
| 12/1/2018 | 61 | 15012 | 59384 | NCSI - SportsEngine | 655962 | $140.75 |
| 1/1/2019 | 30 | 15012 | 59388 | NCSI - SportsEngine | 665527 | $85.00 |
| 12/26/2018 | 36 | 9482 | 59417 | North Shore Rhythmic Gymnastics Center | INV 15-A | $2,000.00 |
| 12/26/2018 | 36 | 9482 | 59418 | North Shore Rhythmic Gymnastics Center | INV 15-B | $129.04 |
| 12/31/2018 | 31 | 255 | 59506 | Savenkova, Elena | RHY DEC 18-20 HONOR | $750.00 |
| 12/31/2018 | 31 | 255 | 59507 | Savenkova, Elena | RHY DEC 18-20 EXPENS | $130.84 |
| 12/31/2018 | 31 | 255 | 59508 | Savenkova, Elena | DEC CONT CELL REIMB | $63.01 |
| 1/20/2019 | 11 | 255 | 59550 | Savenkova, Elena | JAN-19 NT CAMP HONOR | $500.00 |
| 1/20/2019 | 11 | 255 | 59551 | Savenkova, Elena | JAN-19 NT CAMP EXPEN | $233.16 |
| 1/31/2019 | 0 | 15624 | 59568 | Show Pro LLC | 19006 | $6,900.00 |
| 12/31/2018 | 31 | 237 | 59420 | Sport Graphics, Inc. | 739097-A DEC 1-4 | $139.10 |
| 1/31/2019 | 0 | 237 | 59552 | Sport Graphics, Inc. | 739931 JAN PODIUM | $1,078.00 |
| 12/15/2018 | 47 | 15391 | 59516 | SSI, Inc | 325946 | $46,603.00 |
| 1/23/2019 | 8 | 10537 | 59389 | Strom, William R | 3592 - 2018 AMER CLA | $1,500.00 |
| 1/21/2019 | 10 | 4739 | 59379 | Trampoline and Tumbling Express | SHOSTAK 9/1-12/4 TRA | $838.92 |
| 1/3/2019 | 28 | 13031 | 59404 | Wilke Fleury Hoffelt Birney Gould LLP | 151640-A | $129.04 |
| | | | | | **Total Post-Petition Accounts Payable** | **$601,670.75** |

In re: USA Gymnastics  Case No. 18-09108
Reporting Period 01/01/19 - 01/31/19

## MOR-5
### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| | |
|---|---:|
| **Opening Balance:** | **$ 36,094.26** |
| PLUS: Current Month New Billings | $ 565,239.55 |
| MINUS: Collections During the Month | $ (9,457.91) |
| PLUS/MINUS: Adjustments or Writeoffs | $ - |
| **Ending Month Balance:** | **$ 591,875.90** |

| Post Petition Accounts Receivable Aging ||||| 
|---|---|---|---|---|
| **0-30 Days** | **31-60 Days** | **61-90 Days** | **>91 Days** | **Total** |
| $ 558,861.26 | $ 12,536.00 | $ 36.17 | $ 20,442.47 | $ 591,875.90 |
| 94.4% | 2.1% | 0.0% | 3.5% | 100% |

In re: USA Gymnastics                                                                                          Case No. 18-09108
                                                                                       Reporting Period: 01/01/19 - 01/31/19

## MOR-6
## DEBTOR QUESTIONNAIRE

| **Must be completed each month** | Yes | No |
|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. |  | X |
| 2 | Have any funds been disbursed from any accounts other than a debtor in possession account this reporting period?  If yes, provide an explanation below. |  | X |
| 3 | Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X |  |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X |  |
| 5 | Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s). |  | X |