# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | USA GYMNASTICS | | |
| **Case Number:** | 18-09108-RLM-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, FEBRUARY 25, 2019 09:00 AM   IP 329 | | |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

### *Matter:*

1) Continued Hearing Re:  Supplement To First Day Motion For An Order (I) Authorizing The Debtor To Pay And Honor Certain Pre-Petition Wages, Benefits, And Other Compensation Obligations; and (II) Authorizing Financial Institutions To Honor And Process Checks And Transfers Related To Such Obligations filed by Catherine L. Steege on behalf of Debtor USA Gymnastics with an Objection filed by Interested Party Curtis T. Hill, Jr.   [135] [158]
   **R / M #:**   0 / 0

   **VACATED:**  Withdrawal of supplement filed 1/31/19

2) Continued Final Hearing Re:   First Day Motion to Pay Pre-Petition Employee Wage Claims filed by Melissa M. Root on behalf of Debtor USA Gymnastics  with an Objection filed by Creditor,  Committee Tort Claimants Committee  and Reply by Debtor   [11] [140] [147]
   **R / M #:**   0 / 0

   **VACATED:**  Pursuant to withdrawal of the supplement regarding wage claims, the motion to pay pre petition employee wage claims is reset to the omnibus hearing on 2/21/19 at 1:30

### *Appearances:*

NONE

### *Proceedings:*

(1) VACATED: Withdrawal of supplement filed 1/31/19
(2) VACATED: Pursuant to withdrawal of the supplement regarding wage claims, the motion to pay pre petition employee wage claims is reset to the omnibus hearing on 2/21/19 at 1:30

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**