# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

## PACHULSKI STANG ZIEHL & JONES LLP'S NOTICE OF
## INVOICES FOR DECEMBER 20, 2018 THROUGH JANUARY 31, 2019

**PLEASE TAKE NOTICE** that on February 26, 2019, Pachulski Stang Ziehl & Jones LLP, as co-counsel to the Additional Tort Claimants Committee of Sexual Abuse Survivors (the "Sexual Abuse Survivors' Committee"), submitted a monthly invoice for fees and expenses incurred between December 20, 2018 and December 31, 2018 (the "December 2018 Invoice") and a monthly invoice for fees and expenses incurred between January 1, 2019 and January 31, 2019 (the "January 2019 Invoice," and together with the December 2018 Invoice, the "Invoices"), in accordance with the *Order Granting Debtor's Motion for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Interim Compensation Order") [Doc 187].

**PLEASE TAKE FURTHER NOTICE** that the December 2018 Invoice, attached hereto as **Exhibit A**, seeks compensation for $13,999.00 in fees and reimbursement of $169.10 in expenses.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

**PLEASE TAKE FURTHER NOTICE** that the January 2019 Invoice, attached hereto as **Exhibit B**, seeks compensation for $173,312.50 in fees and reimbursement of $5,143.97 in expenses.

**PLEASE TAKE FURTHER NOTICE** that any party that has an objection to the compensation and reimbursement set forth in this notice, must serve upon the undersigned counsel a written notice of objection by **March 12, 2019** at **4:00 p.m. (prevailing Eastern time)**, in accordance with the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that, if no written notice of objection is timely received, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoices, subject to final approval by the Court at a future hearing.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PACHULSKI STANG ZIEHL & JONES LLP |
| Dated: February 26, 2019 | */s/ James I. Stang* |
|  | James I. Stang, Esq. (admitted *pro hac vice*) |
|  | Ilan D. Scharf, Esq. (admitted *pro hac vice*) |
|  | 10100 Santa Monica Blvd., 13th Floor |
|  | Los Angeles, CA 90067-4003 |
|  | Telephone:  (310) 277-6910 |
|  | Facsimile:  (310) 201-0760 |
|  | E-mail:  jstang@pszjlaw.com |
|  | isharf@pszjlaw.com |
|  | -and- |
|  | RUBIN & LEVIN, P.C. |
|  | */s/ Meredith R. Theisen* |
|  | Meredith R. Theisen, Esq. |
|  | Deborah J. Caruso, Esq. |
|  | 135 N. Pennsylvania Street, Suite 1400 |
|  | Indianapolis, IN 46204 |
|  | Telephone:  (317) 634-0300 |
|  | Facsimile:  (317) 263-9411 |
|  | Email: dcaruso@rubin-levin.net |
|  | mtheisen@rubin-levin.net |
|  | *Counsel for the Sexual Abuse Survivors' Committee* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2019 a copy of the foregoing *Pachulski Stang Ziehl & Jones LLP's Notice of Invoices for December 20, 2018 through January 31, 2019* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Steven Baldwin     sbaldwin@psrb.com, rmatthews@psrb.com
Martin Beeler     mbeeler@cov.com
Daniel D. Bobilya     dan@b-blegal.com, sarah@b-blegal.com
Tonya J. Bond     tbond@psrb.com, jscobee@psrb.com
Kenneth H. Brown     kbrown@pszjlaw.com
John Cannizzaro     john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Dianne Coffino     dcoffino@cov.com
Laura A DuVall     Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Steven W Golden     sgolden@pszjlaw.com
Gregory Michael Gotwald     ggotwald@psrb.com
Manvir Singh Grewal     mgrewal@4grewal.com
Katherine Hance     khance@goodwin.com
Jeffrey M. Hester     jhester@hbkfirm.com, mhetser@hbkfirm.com
Jeffrey A Hokanson     jeff.hokanson@icemiller.com
Kevin P Kamraczewski     kevin@kevinklaw.com
Adam L. Kochenderfer     akochenderfer@wolfsonbolton.com
Carl N. Kunz     ckunz@morrisjames.com, jdawson@morrisjames.com
Martha R. Lehman     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Geoffrey M. Miller     geoffrey.miller@dentons.com, ndil_ecf@dentons.com
Robert Millner     robert.millner@dentons.com, ndil_ecf@dentons.com
James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Whitney L Mosby     wmosby@bgdlegal.com, fwolfe@bgdlegal.com
Joel H. Norton     jnorton@rsslawoffices.com
Dean Panos     dpanos@jenner.com
John Thomas Piggins     pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
Amanda Koziura Quick     amanda.quick@atg.in.gov, Darlene.Greenley@atg.in.gov;Hunter.Schubert@atg.in.gov
Michael L. Ralph     mralph@rsslawoffices.com
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
James Pio Ruggeri     jruggeri@goodwin.com
Syed Ali Saeed     ali@sllawfirm.com, betty@sllawfirm.com
Ilan D Scharf     ischarf@pszjlaw.com
Thomas C Scherer     tscherer@bgdlegal.com, fwolfe@bgdlegal.com
David J. Schwab     djschwab@rsslawoffices.com

James I. Stang     jstang@pszjlaw.com
Catherine L. Steege     csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
Meredith R. Theisen     mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Joshua D Weinberg     jweinberg@goodwin.com
Mark R. Wenzel     mwenzel@salawus.com, pdidandeh@salawus.com
Gabriella B. Zahn-Bielski     gzahnbielski@cov.com

     I further certify that on February 26, 2019, a copy of the foregoing *Pachulski Stang Ziehl & Jones LLP's Notice of Invoices for December 20, 2018 through January 31, 2019* was served via electronic mail to the following:

**United States Olympic Committee:**  Chris McCleary at Chris.McCleary@usoc.org
**The Alexander, a Dolce Hotel and Wyndham Hotel Group, LLC:**  Daniel M. Eliades at daniel.eliades@klgates.com and David S. Catuogno at david.catuogno@klgates.com

                                        */s/ Meredith R. Theisen*
                                        Meredith R. Theisen

f:\wp80\genlit\usa gymnastics-86756901\drafts\notices of invoice\pszj\notice pszj - 122018-012019.docx