| | |
|---|---|
| Debtor Name | **USA Gymnastics** |
| **United States Bankruptcy Court for the Southern District of Indiana** | |
| Case number (if known): | **18-09108** |

[X] Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

[ ] No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

[X] Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>LICENSE AGREEMENT<br>BUSINESS MANAGEMENT SUCCESS COURSE<br>FOUNDATION SERIES | 3RD LEVEL INC, DBA 3RD LEVEL CONSULTING<br>ATTN: FRANK SAHLEIN<br>412 S 13TH ST, STE 412<br>BOISE, ID 83702 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>ATHLETE SUPPORT<br>2018 ROAD TO EXCELLENCE - TOKYO 2020 | ALIAKSEI SHOSTACK<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>ATHLETE SUPPORT<br>2018 ROAD TO EXCELLENCE - TOKYO 2020 | ALYSSA OH<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>INVESTIGATOR | AUSTRING INVESTIGATIONS LLC<br>ATTN: NANCY AUSTRING<br>P.O. BOX 961<br>GIG HARBOUR, WA 98335 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>ACROBATIC HIGH-PERFORMANCE ADMINISTRATOR | CARISSA LAUGHON<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**SERVICE AGREEMENT**<br>**MEDIA INFLUENCING AND SUPPORT** | **CISION US INC.**<br>**ATTN: JOSH KOWALKOWSKI**<br>**1 PRUDENTIAL PLAZA, 7TH FL**<br>**130 E RANDOLPH ST**<br>**CHICAGO, IL 60601** |
| | State the term remaining | 10/31/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE** | **CRE 130 LLC**<br>**C/O SUMMIT REALTY GROUP OF INDIANA, INC.**<br>**241 NORTH PENNSYLVANIA ST, STE 300**<br>**INDIANAPOLIS, IN 46204** |
| | State the term remaining | | **CRE 130 LLC**<br>**C/O ONWARD INVESTORS, LLC**<br>**ATTN: GENERAL COUNSEL**<br>**6500 CITY WEST PARKWAY, STE 440**<br>**EDEN PRAIRIE, MN 55344** |
| | List the contract number of any government contract | Not Available | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**INDEPENDENT CONTRACTOR**<br>**ATHLETE CARE COORDINATOR** | **DAVID KRUSE**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**SPONSORSHIP AGREEMENT** | **DEARY BROS. INC.**<br>**DBA DEARY'S GYMNASTICS SUPPLY**<br>**ATTN: JOHN DEARY, VICE PRESIDENT**<br>**17 LUCIENNE AVE**<br>**DANIELSON, CT 06239** |
| | State the term remaining | 12/31/2021 | |
| | List the contract number of any government contract | Not Available | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**INDEPENDENT CONTRACTOR**<br>**JUNIOR OLYMPIC PROGRAM COORDINATOR** | **DUSTY RITTER**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**INDEPENDENT CONTRACTOR**<br>**RHYTHMIC DEVELOPMENT COORDINATOR** | **ELENA SAVENKOVA**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

| Debtor Name | **USA Gymnastics** | | Case number (if known): **18-09108** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**SPONSORSHIP AGREEMENT** | **ELITE SPORTSWEAR, L.P.**<br>**ATTN: CEO**<br>**2136 N 13TH ST.**<br>**P.O. BOX 64000**<br>**READING, PA 19612** |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**SAAS LMS AGREEMENT AND**<br>**TALENTLMS PREMIUM UNLIMITED PLAN** | **EPIGNOSIS LLC**<br>**ATTN: ATHANASIOS PAPANGELIS, CTO**<br>**315 MONTGOMERY ST, 8TH FL**<br>**SAN FRANCISCO, CA 94104** |
| | State the term remaining | 11/30/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | **AUTOMOBILE** | **EVEREST DENALI INSURANCE COMPANY**<br>**477 MARTINSVILLE RD**<br>**P.O. BOX 830**<br>**LIBERTY CORNER, NJ 07938-0830** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | **SEXUAL ABUSE & MOLESTATION POLICY** | **EVEREST DENALI INSURANCE COMPANY**<br>**477 MARTINSVILLE RD**<br>**P.O. BOX 830**<br>**LIBERTY CORNER, NJ 07938-0830** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | **GENERAL LIABILITY** | **EVEREST DENALI INSURANCE COMPANY**<br>**477 MARTINSVILLE RD**<br>**P.O. BOX 830**<br>**LIBERTY CORNER, NJ 07938-0830** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | **EXCESS LIABILITY** | **EVEREST DENALI INSURANCE COMPANY**<br>**477 MARTINSVILLE RD**<br>**P.O. BOX 830**<br>**LIBERTY CORNER, NJ 07938-0830** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| # | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **D&O EXCESS LIABILITY** | **EVEREST DENALI INSURANCE COMPANY**<br>**477 MARTINSVILLE RD**<br>**P.O. BOX 830**<br>**LIBERTY CORNER, NJ 07938-0830** |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**COMMERCIAL LEASE** | **EVO ATHLETICS**<br>**ATTN: AIMEE BOORMAN**<br>**7188 EAST 15TH ST, UNIT 2**<br>**SARASOTA, FL 34243** |
|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | Not Available | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**INDEPENDENT CONTRACTOR**<br>**INVESTIGATOR** | **GEORGIANNA ARAGON**<br>**820 VIA ELEGANTE NW**<br>**ALBUQUERQUE, NM 87113** |
|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | Not Available | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**LICENSE AGREEMENT**<br>**PALM BEACH CONVENTION CENTER**<br>**2019 USA GYMNASTICS T&T STARS & STRIPES CHAMPIONSHIPS** | **GLOBAL SPECTRUM LP**<br>**DBA SPECTRA VENUE MANAGEMENT**<br>**PALM BEACH COUNTY CONV CTR**<br>**ATTN: GENERAL MANAGER**<br>**650 OKEECHOBEE BLVD.**<br>**WEST PALM BEACH, FL 33401** |
|  | State the term remaining | 07/21/2019 | |
|  | List the contract number of any government contract | Not Available | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**LICENSE AGREEMENT**<br>**YOUTUBE PARTNER PROGRAM** | **GOOGLE INC.**<br>**1600 AMPHITHEATER PARKWAY**<br>**MOUNTAIN VIEW, CA 94043** |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**INDEPENDENT CONTRACTOR**<br>**CONGRESS AND EDUCATIONAL ARCHITECT** | **GYM FUN MANAGEMENT LLC**<br>**ATTN: CHERYL JARRETT**<br>**110 N IH 35, STE 315**<br>**P.O. BOX 333**<br>**ROUND ROCK, TX 78681** |
|  | State the term remaining | 10/07/2019 | |
|  | List the contract number of any government contract | Not Available | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**DOCUMENT STORAGE** | **IRON MOUNTAIN**<br>**1000 CAMPUS DR**<br>**COLLEGEVILLE, PA 19426** |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**ATHLETE SUPPORT**<br>**2018 ROAD TO EXCELLENCE - TOKYO 2020** | **ISAAC ROWLEY**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**ATHLETE SUPPORT**<br>**2018 ROAD TO EXCELLENCE - TOKYO 2020** | **JEFFREY GLUCKSTEIN**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**INDEPENDENT CONTRACTOR**<br>**CONSULTANT FOR THE SAFE SPORT DEPARTMENT OF USA GYMNASTICS** | **JENNIFER L. SEEBER**<br>**ADDRESS REDACTED** |
| | State the term remaining | 02/21/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**ATHLETE SUPPORT**<br>**2018 ROAD TO EXCELLENCE - TOKYO 2020** | **JESSICA STEVENS**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**INDEPENDENT CONTRACTOR**<br>**TRAMPOLINE DEVELOPMENT CENTERS' COORDINATOR** | **JOYANNE UMENHOFER**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>SPONSORSHIP AGREEMENT | KINESIO HOLDING CORPORATION<br>ATTN: ELISE KASE - VICE PRESIDENT<br>4001 MASTHEAD ST., NE<br>ALBUQUERQUE, NM 87109 |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | FACILITIES USE AGREEMENT | LAKE FRANCES RETREATS<br>12244 PATAGONIA LN<br>KNOXVILLE, TN 37922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>NATIONAL COACHING STAFF<br>DISCIPLINE/DEPARTMENT: RHYTHMIC | LANA LASHOFF<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>TECHNICAL DIRECTOR OF GYMNASTICS | LORI LAZNOVSKY<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>PRODUCT LEASE AGREEMENT<br>WITH METER RENTAL AGREEMENT | MAILFINANCE, A NEOPOST USA COMPANY<br>478 WHEELERS FARMS RD<br>MILFORD, CT 06461 |
| | State the term remaining | 02/13/2023 | |
| | List the contract number of any government contract | Not Available | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>MEMBER OF THE NATIONAL COACHING STAFF | MARGARITA MAMZINA<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**SERVICE AGREEMENT**<br>**SOFTWARE FOR TRACKING STUDENT CONDUCT** | **MAXIENT LLC**<br>**P.O. BOX 7224**<br>**CHARLOTTESVILLE, VA 22906** |
| | State the term remaining | 04/30/2021 | |
| | List the contract number of any government contract | Not Available | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**FULL SERVICE DATA ACCESS** | **NATIONAL CENTER FOR SAFETY INITIATIVES, LLC**<br>**ATTN: TRISH MCGONNELL, EXEC DIR**<br>**21403 CHAGRIN BLVD, STE 200**<br>**BEACHWOOD, OH 44122-5357** |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**FULL SERVICE DATA ACCESS**<br>**FIRST AMENDMENT** | **NATIONAL CENTER FOR SAFETY INITIATIVES, LLC**<br>**ATTN: TRISH MCGONNELL, EXEC DIR**<br>**21403 CHAGRIN BLVD, STE 200**<br>**BEACHWOOD, OH 44122-5357** |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**FULL SERVICE DATA ACCESS**<br>**SECOND AMENDMENT** | **NATIONAL CENTER FOR SAFETY INITIATIVES, LLC**<br>**ATTN: TRISH MCGONNELL, EXEC DIR**<br>**21403 CHAGRIN BLVD, STE 200**<br>**BEACHWOOD, OH 44122-5357** |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**FULL SERVICE DATA ACCESS**<br>**DETERMINING SHARING ADDENDUM** | **NATIONAL CENTER FOR SAFETY INITIATIVES, LLC**<br>**ATTN: TRISH MCGONNELL, EXEC DIR**<br>**21403 CHAGRIN BLVD, STE 200**<br>**BEACHWOOD, OH 44122-5357** |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**ATHLETE SUPPORT**<br>**2018 ROAD TO EXCELLENCE - TOKYO 2020** | **NICOLE AHSINGER**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**INDEPENDENT CONTRACTOR**<br>**NATIONAL TRAMPOLINE HEAD COACH** | **NUNO MERINO**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**INDEPENDENT CONTRACTOR**<br>**USA GYMNASTICS TECHNICAL COORDINATOR AND CONTRACTOR** | **PATTI CONNER**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**VISA COMMERCIAL CARD AGREEMENT** | **PNC BANK, NATIONAL ASSOCIATION**<br>**TREASURY MANAGEMENT**<br>**FIRSTSIDE CENTER, 500 FIRST AVENUE**<br>**ATTN: COMMERICAL CARD OPERATIONS**<br>**MAILSTOP: P7-PFSC-03-D**<br>**PITTSBURGH, PA 15219** |
| | State the term remaining | | |
| | List the contract number of any government contract | Not Available | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**VISA COMMERCIAL CARD AGREEMENT** | **PNC BANK, NATIONAL ASSOCIATION**<br>**ATTN: CHIEF COUNSEL, COMMERCIAL BANKING GROUP**<br>**1600 MARKET STREET, 28TH FLOOR**<br>**PHILADELPHIA, PA 19103** |
| | State the term remaining | | |
| | List the contract number of any government contract | Not Available | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**OFFICIAL AGREEMENT**<br>**ONLINE COURSES AND WORKSHOPS FOR COACHES** | **POSITIVE COACHING ALLIANCE**<br>**ATTN: JASON SACKS**<br>**1001 RENGSTORFF AVE, #101**<br>**MOUNTAIN VIEW, CA 94043** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**RESELLER/AFFILIATE AGREEMENT**<br>**FIRST AID TRAINING COURSES** | **PRO TRAININGS LLC**<br>**6452 E FULTON ST. #1**<br>**ADA, MI 49301** |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Not Available | |

Debtor Name     **USA Gymnastics**                                        Case number (if known): **18-09108**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**List all contracts and unexpired leases** — **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>LICENSE AGREEMENT<br>RHODE ISLAND CONVENTION CENTER MEETING SPACE | RHODE ISLAND CONVENTION CENTER<br>SMG, LICENSOR<br>ATTN: JOHN J. MCGINN, SR. DIRECTOR<br>ONE SABIN ST.<br>PROVIDENCE, RI 02903 |
| | State the term remaining | 08/04/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>AUDITOR / MEMBER OF PRESIDENTIAL COMMISSION FOR THE FIG | RON FROEHLICH<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>CONSULTANT FOR THE SAFE SPORT DEPARTMENT OF USA GYMNASTICS | SHANNON MEARS<br>ADDRESS REDACTED |
| | State the term remaining | 05/23/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>VALUE LEASE AGREEMENT<br>SHARP MX-6070V AND (2) SHARP MX-3570 | SHARP ELECTRONICS CORPORATION<br>DBA SHARP BUSINESS SYSTEMS<br>7330 E 86TH ST.<br>INDIANAPOLIS, IN 46256 |
| | State the term remaining | 05/30/2023 | |
| | List the contract number of any government contract | Not Available | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTIVE SEARCH CONTRACT | SPENCER STUART<br>PO BOX 98991<br>CHICAGO, IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT/AGREEMENT<br>INDEPENDENT CONTRACTOR<br>JUNIOR NATIONAL TRAMPOLINE HEAD COACH | STEVEN GLUCKSTEIN<br>ADDRESS REDACTED |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**FIG STIPEND**<br>**MEMBER OF TECHNICAL COMMITTEE** | **TATIANA PERSKAIA**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**INDEPENDENT CONTRACTOR**<br>**HIGH PERFORMANCE TEAM COORDINATOR**<br>**WOMENS' PROGRAM OF USA GYMNASTICS** | **THOMAS FORSTER**<br>**ADDRESS REDACTED** |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | Not Available | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**GROUP ROOM CONTRACT**<br>**ATHLETIC CAMP OVERNIGHT ROOM BOOKINGS X 4** | **VINAYAK PROPERTIES LLC**<br>**DBA HOLIDAY INN SARASOTA-AIRPORT**<br>**8009 15TH ST E**<br>**SARASOTA, FL 34243** |
| | State the term remaining | 11/30/2018 | |
| | List the contract number of any government contract | Not Available | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**GROUP ROOM CONTRACT**<br>**ATHLETIC CAMP OVERNIGHT ROOM BOOKINGS X 10** | **VINAYAK PROPERTIES LLC**<br>**DBA HOLIDAY INN SARASOTA-AIRPORT**<br>**8009 15TH ST E**<br>**SARASOTA, FL 34243** |
| | State the term remaining | 11/30/2019 | |
| | List the contract number of any government contract | Not Available | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT/AGREEMENT**<br>**EMPLOYMENT AGREEMENT**<br>**LEGAL SERVICES/NATIONAL LEGISLATIVE ADVOCACY PROGRAM** | **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**<br>**ATTN: JOHN R. VALENICA**<br>**400 CAPITOL MALL**<br>**SACRAMENTO, CA 95814** |
| | State the term remaining | 12/31/2018 | |
| | List the contract number of any government contract | Not Available | |