# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

## NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED
## FOR TELEPHONIC HEARING ON MARCH 26, 2019 AT 1:30 P.M.

**Time and Date of Hearing:** Tuesday, March 26, 2019, at 1:30 p.m. (Prevailing Eastern Time).

**Location of Hearing:** Honorable Robyn L. Moberly, U.S. Bankruptcy Judge

**The Hearing will proceed telephonically.** The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the hearing.

**Copies of Documents:** Copies of all documents filed in this chapter 11 case may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

**Estimated Length of Hearing:** 25 minutes.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

A. **UNCONTESTED MATTERS**

1. **Exclusivity Extension Motion:** *Debtor's Motion For Order Extending The Debtor's Exclusive Periods To File And To Solicit Acceptances Of A Chapter 11 Plan* [Dkt. 325].

    a. **Status:** This matter is going forward.

    b. **Estimated Time Required:** 5 minutes.

2. **Lease Assumption Extension Motion:** *Debtor's Motion For Order Extending The Time Within Which The Debtor Must Assume Or Reject Unexpired Leases Of Nonresidential Real Property* [Dkt. 326].

    a. **Status:** This matter is going forward.

    b. **Estimated Time Required:** 5 minutes.

3. **CEO Employment Agreement Motion:** *Debtor's Motion For Authority To Enter Into Employment Agreement* [Dkt. 319].

    a. **Status:** This matter is going forward.

    b. **Related Documents:**

        i. **Revised Proposed Order:** *Notice Of Revised Proposed Order Granting Debtor Authority To Enter Into Employment Agreement* [Dkt. 349].

    c. **Responses:**

        i. **Survivors Committee Response:** *Response Of The Additional Tort Claimants Committee Of Sexual Abuse Survivors To Debtor's Motion For Authority To Enter Into Employment Agreement* [Dkt. 348].

    d. **Replies:**

        i. **Debtor's Reply:** *Debtor's Reply To Response Of The Additional Tort Claimants Committee Of Sexual Abuse Survivors To Debtor's Motion For Authority To Enter Into Employment Agreement* [Dkt. 350].

    e. **Estimated Time Required:** 10 minutes.

B.   **OTHER MATTERS**

   1.   **Insurance Coverage Adversary Proceeding (Adv. Pro. No. 19-50012)**

      a.   **Status:** This matter is set for a status conference to establish a briefing and hearing schedule for Defendants' motion to stay the adversary proceeding.

      b.   **Related Documents:**

         i.   **Defendants' Motion To Stay Adversary Proceeding:** *Motion For Stay Of The Adversary Proceeding* [Adv. Pro. No. 19-50012, Dkt. 38].

         ii.   **Debtor's Objection To Stay Motion:** *USA Gymnastics' Objection To Motion For Stay Of The Adversary Proceeding* [Adv. Pro. No. 19-50012, Dkt. 75].

      c.   **Estimated Time Required:** 5 minutes.

Dated: March 25, 2019

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*