# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | USA GYMNASTICS | | |
| **Case Number:** | 18-09108-RLM-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 26, 2019 01:30 PM   IP 329 | | |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY | | |
| **Courtroom Clerk:** | MICHELLE DOLE | | |
| **Reporter / ECR:** | MICHELLE DOLE | | |

## *Matters:*

1) Hearing on Motion to Extend Exclusivity Period to File a Chapter 11 Plan and Disclosure Statement filed by Debtor [325]
   **R / M #:**    0 / 0

2) Hearing on Motion to Extend Time to Assume or Reject filed by Debtor [326] and amended motion [338]
   **R / M #:**    0 / 0

3) Hearing on Motion for Authority to Enter into Employment Agreement filed by Debtor [319], Response of Tort Claimants Committee [348] and debtor's reply [350]
   **R / M #:**    0 / 0

4) **ADV: 1-19-50012**
   **USA Gymnastics vs Ace American Insurance Company & Great American Assurance Company & Liberty Insurance Underwriters Inc. & National Casualty Company & RSUI Indemnity Company & TIG Insurance Company & Virginia Surety Company, Inc. & Western World Insurance Company & Endurance American Insurance Company & American International Group, Inc. & American Home Assurance Company & DOE Insurers, identities unknown**
   Hearing on Motion for Stay Pending Withdrawal of Reference filed on behalf of Defendant Ace American Insurance Company [38] and Response/Objection filed on behalf of Plaintiff USA Gymnastics [75]
   **R / M #:**    0 / 0

## *Appearances:*

CATHERINE L. STEEGE, ATTORNEY FOR USA GYMNASTICS
GREGORY MICHAEL GOTWALD, ATTORNEY FOR USA GYMNASTICS
MELISSA M. ROOT, ATTORNEY FOR USA GYMNASTICS
JAMES I. STANG, ATTORNEY FOR SEXUAL ABUSE SURVIVORS
DIANNE COFFINO, ATTORNEY FOR UNITED STATES OLYMPIC COMMITTEE
MICHAEL L. RALPH, ATTORNEY FOR ELITE SPORTSWEAR LP
DEBORAH CARUSO, ATTORNEY FOR SEXUAL ABUSE SURVIVORS
MEREDITH R. THEISEN, ATTORNEY FOR SEXUAL ABUSE SURVIVORS
STEPHEN JAY PETERS, ATTORNEY FOR ACE AMERICAN INSURANCE COMPANY
ROBERT MILLNER, ATTORNEY FOR VIRGINIA SURETY COMPANY, INC.
GEORGE CALHOUN, ATTORNEY FOR TIG INSURANCE COMPANY
KEVIN P KAMRACZEWSKI, ATTORNEY FOR VIRGINIA SURETY COMPANY, INC.
IGOR SHLEYPAK, ATTORNEY FOR AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY
JAMES P MOLOY, ATTORNEY FOR VIRGINIA SURETY COMPANY, INC.
GINNY L. PETERSON, ATTORNEY FOR LIBERTY INSURANCE UNDERWRITERS INC.
PHILLIP ALAN MARTIN, ATTORNEY FOR ENDURANCE AMERICAN INSURANCE COMPANY
CARL N. KUNZ, ATTORNEY FOR NATIONAL CASUALTY INSURANCE COMPANY
MARTHA R. LEHMAN, ATTORNEY FOR CURTIS T. HILL, JR.
LAURA A DUVALL, ATTORNEY FOR U.S. TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)... 18-09108-RLM-11         TUESDAY, MARCH 26, 2019 01:30 PM

## *Proceedings:*

(1) Disposition: Hearing held. Motion granted in accordance with the terms outlined in the motion. Judge to review and sign the order.

(2) Disposition: Hearing held. Motion granted in accordance with the terms outlined in the motion. Judge to review and sign the order.

(3) Disposition: Hearing held. Motion is granted. Committee response resolved. Judge to review and sign the order provided.

(4) Disposition: Hearing held. Court will be granting joint stipulation dismissing AIG from the adversary proceeding. Judge to review order submitted by ACE American Insurance Company. Matters to be heard at next omnibus date of 4/17/19 at 1:30 p.m. This hearing will be heard on oral argument only, no testimony or evidence anticipated. Replies due by 4/2/19.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**