UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| USA Gymnastics, | ) | Case No. 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Interested Party, Karolyi Training Camps.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf, #27281-49
MATTINGLY BURKE COHEN & BIEDERMAN LLP
155 E. Market Street, Suite 400
Indianapolis, IN, 46204
317-614-7320
Wes.Overturf@mbcblaw.com

*Attorney for Interested Party, Karolyi Training Camps.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's System.

**Steven Baldwin**  sbaldwin@psrb.com, rmatthews@psrb.com
**Martin Beeler**  mbeeler@cov.com
**Daniel D. Bobilya**  dan@b-blegal.com, sarah@b-blegal.com
**Tonya J. Bond**  tbond@psrb.com, jscobee@psrb.com
**Wendy D Brewer**  wbrewer@fmdlegal.com, cbellner@fmdlegal.com
**Kenneth H. Brown**  kbrown@pszjlaw.com
**George Calhoun**  george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
**John Cannizzaro**  john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
**Deborah Caruso**  dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
**Dianne Coffino**  dcoffino@cov.com
**Karen M Dixon**  kdixon@skarzynski.com
**Laura A DuVall**  Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
**Jeffrey B. Fecht**  jfecht@rbelaw.com, rmcclintic@rbelaw.com
**Steven W Golden**  sgolden@pszjlaw.com
**Gregory Michael Gotwald**  ggotwald@psrb.com, scox@psrb.com
**Manvir Singh Grewal**  mgrewal@4grewal.com
**Susan N Gummow**  sgummow@fgppr.com, bcastillo@fgppr.com
**Katherine Hance**  khance@goodwin.com
**Jeffrey M. Hester**  jhester@hbkfirm.com, mhetser@hbkfirm.com
**Jeffrey A Hokanson**  jeff.hokanson@icemiller.com, bgnotices@icemiller.com
**John R. Humphrey**  jhumphrey@taftlaw.com, aolave@taftlaw.com
**Cassandra Jones**  cjones@wwmlawyers.com
**Bruce L. Kamplain**  bkamplain@ncs-law.com, bdixon@ncs-law.com;bwombles@ncs-law.com
**Kevin P Kamraczewski**  kevin@kevinklaw.com
**Ronald David Kent**  ronald.kent@dentons.com
**Adam L. Kochenderfer**  akochenderfer@wolfsonbolton.com
**Christopher Kozak**  ckozak@psrb.com
**Carl N. Kunz**  ckunz@morrisjames.com, jdawson@morrisjames.com
**Cynthia Lasher**  clasher@ncs-law.com
**Martha R. Lehman**  mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
**Michael M. Marick**  mmarick@skarzynski.com

**Phillip Alan Martin** pmartin@fmdlegal.com, cbellner@fmhd.com
**John McDonald** jmcdonald@briggs.com
**Harley K Means** hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
**Geoffrey M. Miller** geoffrey.miller@dentons.com, ndil_ecf@dentons.com
**Robert Millner** robert.millner@dentons.com, ndil_ecf@dentons.com
**James P Moloy** jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
**Ronald J. Moore** Ronald.Moore@usdoj.gov
**Whitney L Mosby** wmosby@bgdlegal.com, fwolfe@bgdlegal.com
**Joel H. Norton** jnorton@rsslawoffices.com
**Michael P. O'Neil** moneil@taftlaw.com, aolave@taftlaw.com
**Dean Panos** dpanos@jenner.com
**Ginny L. Peterson** gpeterson@k-glaw.com, acoy@k-glaw.com
**John Thomas Piggins** pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
**George Plews** gplews@psrb.com
**Amanda Koziura Quick** amanda.quick@atg.in.gov, Darlene.Greenley@atg.in.gov;Hunter.Schubert@atg.in.gov
**Michael L. Ralph** mralph@rsslawoffices.com
**Melissa M. Root** mroot@jenner.com, wwilliams@jenner.com
**James Pio Ruggeri** jruggeri@goodwin.com
**Syed Ali Saeed** ali@sllawfirm.com, betty@sllawfirm.com
**Ilan D Scharf** ischarf@pszjlaw.com
**Thomas C Scherer** tscherer@bgdlegal.com, fwolfe@bgdlegal.com
**David J. Schwab** djschwab@rsslawoffices.com
**Igor Shleypak** ishleypak@fgppr.com, jfecteau@fgppr.com
**James I. Stang** jstang@pszjlaw.com
**Catherine L. Steege** csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
**Meredith R. Theisen** mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
**U.S. Trustee** ustpregion10.in.ecf@usdoj.gov
**Susan Walker** susan.walker@dentons.com
**Joshua D Weinberg** jweinberg@goodwin.com
**Mark R. Wenzel** mwenzel@salawus.com, pdidandeh@salawus.com
**Gabriella B. Zahn-Bielski** gzahnbielski@cov.com

I hereby certify that on the 27th day of March, 2019, a copy of the foregoing document was mailed by first class mail, postage prepaid and properly addressed to the following:

**Omni Management Group, Inc.**
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

/s/ *Weston E. Overturf*
Weston E. Overturf