SO ORDERED: April 3, 2019.



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-9108-RLM-11 |

**ORDER SHORTENING NOTICE ON
DEBTOR'S MOTION FOR CLARIFICATION OF BAR DATE ORDER**

This matter came before the Court on the *Debtor's Motion To Shorten Notice* (the "**Motion**") on the *Debtor's Motion For Clarification Of Bar Date Order* [Dkt. 374] (the "**Bar Date Clarification Motion**") filed by USA Gymnastics (the "**Debtor**") for an order pursuant to

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, Rule 9006-1(a) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana (the "**Local Rules**"), and section III.F of the case management procedures appended to the *Order Granting Debtor's Motion For Order Establishing Certain Notice, Case Management, And Administrative Procedures* [Dkt. 213] (the "**Case Management Procedures**"); and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. 1334(b); (ii) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors, and any party in interest; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Motion should be GRANTED.

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Debtor shall serve this Order and certify such service in accordance with the Case Management Procedures and Local Rules 9006-1(d) and 9006-1(e).

3. **A telephonic hearing on the Bar Date Clarification Motion will be held on April 10, 2019 at 10:00 a.m. (prevailing Eastern time).** A dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Hearing.

4. **Any objections to the Bar Date Clarification Motion must be in writing and filed with the Clerk's Office and served, via the Court's ECF system, by April 8, 2019 at 4:00 p.m. (prevailing Eastern time).**

2

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###