**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED
FOR TELEPHONIC HEARING ON APRIL 10, 2019 AT 10:00 A.M.**

**Time and Date of Hearing:** Wednesday, April 10, 2019, at 10:00 a.m. (Prevailing Eastern Time).

**Location of Hearing:** Honorable Robyn L. Moberly, U.S. Bankruptcy Judge
**The Hearing will proceed telephonically.** The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the hearing.

**Copies of Documents:** Copies of all documents filed in this chapter 11 case may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

**Estimated Length of Hearing:** 15 minutes.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

1.  **Bar Date Clarification Motion:** *Debtor's Motion For Clarification Of Bar Date Order* [Dkt. 374].

    a.  **Status:** This matter is going forward.

    b.  **Responses:**

        i.  **Indiana Attorney General Response:** *Response Of Indiana Attorney General Curtis T. Hill To Debtor's Motion For Clarification Of Bar Date Order* [Dkt. 390].

    c.  **Related Documents:**

        i.  **Revised Proposed Order:** *Notice Of Revised Proposed Order Granting Debtor's Motion For Clarification Of Bar Date Order* [Dkt. 392].

    d.  **Estimated Time Required:** 15 minutes.

Dated: April 9, 2019

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*