**SO ORDERED: April 26, 2019.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**ORDER GRANTING MOTION TO SHORTEN NOTICE ON THE
ADDITIONAL TORT CLAIMANTS COMMITTEE OF SEXUAL
ABUSE SURVIVORS' MOTION FOR AN ORDER PURSUANT TO
BANKRUPTCY RULE 2004 DIRECTING PRODUCTION OF DOCUMENTS
AND MATERIALS FROM THE NATIONAL GYMNASTICS FOUNDATION**

This matter is before the Court on the *Motion to Shorten Notice on The Additional Tort Claimants Committee of Sexual Abuse Survivors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials from the National Gymnastics Foundation* (the "Notice Motion") [Doc 436], filed by The Additional Tort Claimants Committee of Sexual Abuse Survivors (the "Sexual Abuse Survivors' Committee"). In the Notice Motion, the Sexual Abuse Survivors' Committee requests entry of an order, pursuant to

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and S.D.Ind. B-9006-1, shortening the notice period on *The Additional Tort Claimants Committee of Sexual Abuse Survivors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials from the National Gymnastics Foundation* (the "2004 Exam Motion") [Doc 435] to seventeen (17) days, setting the objection deadline for Monday, May 13, 2019 at 9:00 a.m. (prevailing Eastern time), and setting the 2004 Exam Motion for the omnibus hearing on May 15, 2019 at 1:30 p.m. (prevailing Eastern time).  Pursuant to the 2004 Exam Motion, the Sexual Abuse Survivors' Committee is requesting entry of an order authorizing the Sexual Abuse Survivors' Committee to issue the Subpoena[2] to the NGF compelling the production of the documents as set forth in the Subpoena.

The Court, having considered the Notice Motion and otherwise being duly advised in the premises, determines that the Notice Motion should be, and hereby is GRANTED.  Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Notice Motion is GRANTED.

2. The notice period with respect to the 2004 Exam Motion is hereby shortened to seventeen (17) days.

3. Any objection to the 2004 Exam Motion must be in writing and filed with the Bankruptcy Clerk by no later than **9:00 a.m.** (prevailing Eastern time) on **May 13, 2019**.  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

> 116 U.S. Courthouse
> 46 East Ohio Street
> Indianapolis, IN 46204

---

[2] Capitalized terms used but not otherwise defined herein have the meanings used in the 2004 Exam Motion.

The objecting party must also serve a copy of the written objection upon the Sexual Abuse Survivors' counsel, James I. Stang, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 and Meredith R. Theisen, Rubin & Levin, P.C., 135 N. Pennsylvania Street, Suite 1400, Indianapolis, IN 46204.  **If an objection is NOT timely filed, the requested relief may be granted without further notice or holding the scheduled hearing**.

4.      A hearing on the 2004 Exam Motion will be conducted on **May 15, 2019** at **1:30 p.m.** (prevailing Eastern time) in Room 329 of the United States Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.  A dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-273-3658, passcode:  9247462#.  All callers shall keep their phones muted unless addressing the Court.  All callers must identify themselves and the party(ies) they represent when addressing the Court.  Callers shall not place their phones on hold during the hearing.

*###*