IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**AGREED MOTION TO EXTEND TIME TO FILE AN
OBJECTION TO THE ADDITIONAL TORT CLAIMANTS COMMITTEE OF
SEXUAL ABUSE SURVIVORS' MOTION FOR AN ORDER PURSUANT TO
BANKRUPTCY RULE 2004 DIRECTING PRODUCTION OF DOCUMENTS
AND MATERIALS FROM THE UNITED STATES OLYMPIC COMMITTEE**

The Additional Tort Claimants Committee of Sexual Abuse Survivors (the "Sexual Abuse Survivors' Committee"), appointed in this case under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), hereby submits this agreed motion for entry of an order extending the objection deadline on *The Additional Tort Claimants Committee of Sexual Abuse Survivors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials from the United States Olympic Committee* (the "2004 Exam Motion") [Doc 433] on the following grounds:

    1.    On April 26, 2019, the Sexual Abuse Survivors' Committee filed the 2004 Exam Motion requesting entry of an order authorizing the Sexual Abuse Survivors' Committee to issue a subpoena (the "Subpoena"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, to the United States Olympic Committee (the "USOC") compelling the production of the documents as set forth in the Subpoena.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

2. The 2004 Exam Motion is currently set for hearing on May 15, 2019 at 1:30 p.m. (prevailing Eastern time) and the objection deadline is no later than 9:00 a.m. (prevailing Eastern time) on May 13, 2019. *See Order Granting Motion to Shorten Notice on the Additional Tort Claimants Committee of Sexual Abuse Survivors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials from the United States Olympic Committee* [Doc 437].

3. Counsel for both the Sexual Abuse Survivors' Committee and the USOC have discussed the requested production and need additional time to confer whether an agreement can be reached as to the requested production. Accordingly, the Sexual Abuse Survivors' Committee requests an extension of the objection deadline for the 2004 Exam Motion for only the USOC to 4:00 p.m. (prevailing Eastern time) on May 30, 2019. The Sexual Abuse Survivors' Committee is also contemporaneously filing herewith a motion to continue the hearing on the 2004 Exam Motion to June 3, 2019 at 1:30 p.m. (prevailing Eastern time) or to a date and time as reasonably soon thereafter that the Court can reschedule the matter on its calendar.

4. James I. Stang, counsel for the Sexual Abuse Survivors' Committee, has discussed this motion and the motion to continue the hearing with Dianne F. Coffino, counsel for the USOC, and she has no objections to the requested extension or continuance.

**WHEREFORE**, the Sexual Abuse Survivors' Committee respectfully requests entry of an order, (i) extending the objection deadline on the 2004 Exam Motion for only the USOC to May 30, 2019 at 4:00 p.m. (prevailing Eastern time), and (ii) granting such other and further relief as this Court deems just and proper under the circumstances.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PACHULSKI STANG ZIEHL & JONES LLP |
| Dated:  May 13, 2019 | /s/ James I. Stang |
|  | James I. Stang, Esq. (admitted *pro hac vice*) |
|  | Ilan D. Scharf, Esq. (admitted *pro hac vice*) |
|  | Joshua M. Fried, Esq. |
|  | Steven W. Golden, Esq. (admitted *pro hac vice*) |
|  | 10100 Santa Monica Blvd., 13th Floor |
|  | Los Angeles, CA 90067-4003 |
|  | Telephone:  (310) 277-6910 |
|  | Facsimile:  (310) 201-0760 |
|  | E-mail:  jstang@pszjlaw.com |
|  |           isharf@pszjlaw.com |
|  |           jfried@pszjlaw.com |
|  |           sgolden@pszjlaw.com |
|  | -and- |
|  | RUBIN & LEVIN, P.C. |
|  | /s/ Meredith R. Theisen |
|  | Meredith R. Theisen, Esq. |
|  | Deborah J. Caruso, Esq. |
|  | 135 N. Pennsylvania Street, Suite 1400 |
|  | Indianapolis, IN 46204 |
|  | Telephone:  (317) 634-0300 |
|  | Facsimile:  (317) 263-9411 |
|  | Email: dcaruso@rubin-levin.net |
|  |           mtheisen@rubin-levin.net |
|  | *Counsel for the Sexual Abuse Survivors' Committee* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, a copy of the foregoing *Agreed Motion to Extend Time to File an Objection to The Additional Tort Claimants Committee of Sexual Abuse Survivors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials from the United States Olympic Committee* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Nancy D Adams     ndadams@mintz.com
Steven Baldwin     sbaldwin@psrb.com, rmatthews@psrb.com
Martin Beeler     mbeeler@cov.com
Daniel D. Bobilya     dan@b-blegal.com, sarah@b-blegal.com
Tonya J. Bond     tbond@psrb.com, jscobee@psrb.com
Wendy D Brewer     wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kenneth H. Brown     kbrown@pszjlaw.com

3

Charles D. Bullock    cbullock@sbplclaw.com, lhaas@sbplclaw.com
George Calhoun    george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
John Cannizzaro    john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Dianne Coffino    dcoffino@cov.com
Alex Cunny    acunny@manlystewart.com
Edward DeVries    edward.devries@wilsonelser.com
Karen M Dixon    kdixon@skarzynski.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Jeffrey B. Fecht    jfecht@rbelaw.com, rmcclintic@rbelaw.com
Sarah Lynn Fowler    sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Eric D Freed    efreed@cozen.com, mmerola@cozen.com
Cameron Getto    cgetto@zacfirm.com
Steven W Golden    sgolden@pszjlaw.com
Douglas Gooding    dgooding@choate.com
Gregory Michael Gotwald    ggotwald@psrb.com, scox@psrb.com
Manvir Singh Grewal    mgrewal@4grewal.com
Susan N Gummow    sgummow@fgppr.com, bcastillo@fgppr.com
Katherine Hance    khance@goodwin.com
Jeffrey M. Hester    jhester@hbkfirm.com, mhetser@hbkfirm.com
Samuel D. Hodson    shodson@taftlaw.com, aolave@taftlaw.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com, bgnotices@icemiller.com
John R. Humphrey    jhumphrey@taftlaw.com, aolave@taftlaw.com
Cassandra Jones    cjones@wwmlawyers.com, vhosek@wwmlawyers.com
Bruce L. Kamplain    bkamplain@ncs-law.com, dhert@ncs-law.com;klong@ncs-law.com
Kevin P Kamraczewski    kevin@kevinklaw.com
Ronald David Kent    ronald.kent@dentons.com
Adam L. Kochenderfer    akochenderfer@wolfsonbolton.com
Christopher Kozak    ckozak@psrb.com
Carl N. Kunz    ckunz@morrisjames.com, jdawson@morrisjames.com
Cynthia Lasher    clasher@ncs-law.com, dcouch@ncs-law.com;dhert@ncs-law.com
Adam Le Berthon    adam.leberthon@wilsonelser.com
Martha R. Lehman    mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Michael M. Marick    mmarick@skarzynski.com
Jonathan Marshall    jmarshall@choate.com
Phillip Alan Martin    pmartin@fmdlegal.com, cbellner@fmhd.com
John McDonald    jmcdonald@briggs.com
Mathilda S. McGee-Tubb    msmcgee-tubb@mintz.com
Harley K Means    hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
Geoffrey M. Miller    geoffrey.miller@dentons.com, ndil_ecf@dentons.com
Robert Millner    robert.millner@dentons.com, ndil_ecf@dentons.com
James P Moloy    jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore    Ronald.Moore@usdoj.gov

Whitney L Mosby     wmosby@bgdlegal.com, fwolfe@bgdlegal.com
Joel H. Norton     jnorton@rsslawoffices.com
Michael P. O'Neil     moneil@taftlaw.com, aolave@taftlaw.com
Weston Erick Overturf     wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Dean Panos     dpanos@jenner.com
Stephen Jay Peters     speters@kgrlaw.com, acooper@kgrlaw.com
Ginny L. Peterson     gpeterson@k-glaw.com, acoy@k-glaw.com
John Thomas Piggins     pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
George Plews     gplews@psrb.com
Amanda Koziura Quick     amanda.quick@atg.in.gov, Darlene.Greenley@atg.in.gov;Hunter.Schubert@atg.in.gov
Michael L. Ralph     mralph@rsslawoffices.com
Abigail E. Rocap     arocap@batescarey.com
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
James Pio Ruggeri     jruggeri@goodwin.com
Syed Ali Saeed     ali@sllawfirm.com, betty@sllawfirm.com
Ilan D Scharf     ischarf@pszjlaw.com
Thomas C Scherer     tscherer@bgdlegal.com, fwolfe@bgdlegal.com
David J. Schwab     djschwab@rsslawoffices.com
Igor Shleypak     ishleypak@fgppr.com, jfecteau@fgppr.com
Casey Ray Stafford     cstafford@k-glaw.com, lsmith@k-glaw.com
James I. Stang     jstang@pszjlaw.com
Catherine L. Steege     csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
Laura B. Stephens     lbstephens@mintz.com
Keith Teel     kteel@cov.com
Meredith R. Theisen     mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Susan Walker     susan.walker@dentons.com
Joshua D Weinberg     jweinberg@goodwin.com
Mark R. Wenzel     mwenzel@salawus.com, pdidandeh@salawus.com
Gabriella B. Zahn-Bielski     gzahnbielski@cov.com

I further certify that on May 13, 2019, a copy of the foregoing *Agreed Motion to Extend Time to File an Objection to The Additional Tort Claimants Committee of Sexual Abuse Survivors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials from the United States Olympic Committee* was served via electronic mail to the following:

**United States Olympic Committee:** Chris McCleary at Chris.McCleary@usoc.org
**The Alexander, a Dolce Hotel and Wyndham Hotel Group, LLC:** Daniel M. Eliades at daniel.eliades@klgates.com and David S. Catuogno at david.catuogno@klgates.com

*/s/ Meredith R. Theisen*
Meredith R. Theisen

G:\WP80\GENLIT\USA Gymnastics-86756901\Drafts\motion extend objection deadline USOC 2004 exam motion.doc