SO ORDERED: May 13, 2019.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

S000300 (rev 12/2017)

In re:

USA Gymnastics,
       Debtor.

Case No. **18–09108–RLM–11**

## ORDER CONTINUING HEARING

An Agreed Motion to Continue Hearing was filed on May 13, 2019, by Creditor Committee Tort Claimants Committee.

    Hearing on Motion for Examination Under Fed.R.Bankr.P. 2004

**IT IS ORDERED** that the Agreed Motion to Continue Hearing is **GRANTED** and that a hearing will be held as follows:

    Date:  June 3, 2019
    Time:  01:30 PM EDT
    Place:  Rm. 329 U.S. Courthouse
            46 E. Ohio St.
            Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Attorney for Creditor Committee Tort Claimants Committee must distribute this order.

###