**SO ORDERED: May 13, 2019.**



**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 12/2017)

In re:

**USA Gymnastics**,
        Debtor.

Case No. **18–09108–RLM–11**

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE MISCELLANEOUS DOCUMENTS/INSTALLMENT PAYMENT

An Agreed Motion to Extend Time to File Objection was filed on May 13, 2019, by Creditor Committee Tort Claimants Committee.

**IT IS ORDERED** that the Agreed Motion to Extend Time to File Objection is **GRANTED**. The time for filing is extended to May 30, 2019.

Attorney for Creditor Committee Tort Claimants Committee must distribute this order.

###