**SO ORDERED: May 17, 2019.**



**Robyn L. Moberly**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**ORDER GRANTING DEBTOR'S MOTION TO DESIGNATE ADDITIONAL
PERMITTED PARTIES PURSUANT TO BAR DATE ORDER**

This matter came before the Court on the *Debtor's Motion To Designate Additional*

*Permitted Parties Pursuant To Bar Date Order* (the "**Motion**"), filed by USA Gymnastics as

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

debtor and debtor in possession (the "**Debtor**"), for the entry of an order pursuant to sections 105, 501, and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"); and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B); and (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Motion should be GRANTED.

IT IS HEREBY ORDERED:

1.      The Motion is granted.

2.      Pursuant to the *Order Approving Debtor's Motion For Order Establishing Deadlines For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof* [Dkt. 301] (the "**Bar Date Order**"), and subject to the restrictions in this Order, the Indiana Attorney General and its professionals and the United States Olympic Committee, its professionals, and its insurers are designated as Permitted Parties.[2]

3.      In lieu of providing the Indiana Attorney General with the Sexual Abuse Proof of Claim Forms, the Debtor will provide the Indiana Attorney General with a summary spreadsheet identifying the following information: (a) Claim Number; (b) Litigation Name or Alias (if applicable); (c) Case Number (if applicable); (d) Claimant's Identification of Abuser; (e) Summary of Abuse Allegations; (f) Reporting Information (the "**Claims Spreadsheet**"). The Indiana Attorney General reserves its right to seek copies of the Sexual Abuse Proof of Claim Forms, and the Survivors' Committee reserves its right to request redactions of any Sexual Abuse Proof of Claim Forms requested by the Indiana Attorney General.

---

[2] Capitalized terms used herein and not defined shall have the meaning given to them in the Bar Date Order.

4.      Prior to receiving access to any Sexual Abuse Proof of Claim Forms and/or the Claims Spreadsheet, the Indiana Attorney General and the United States Olympic Committee and any of its insurers reviewing the Sexual Abuse Proof of Claim Forms shall execute the Confidentiality Agreement, substantially in the form appended to the Bar Date Order.

5.      To the extent this Order is inconsistent with the Bar Date Order, this Order controls.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###