**SO ORDERED: June 7, 2019.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00076 (rev 08/2017)

In re:

**USA Gymnastics**,
        Debtor.

Case No. **18–09108–RLM–11**

## ORDER STRIKING DEFICIENT FILING

A Notice of Deficient Filing was issued to Interested Party THE NATIONAL GYMNASTICS FOUNDATION, INC., an India on May 14, 2019. The Court finds that the deficient filing should be stricken from the record due to the responsible party failing to cure the deficiency.

**IT IS ORDERED** that the following deficient filing is **STRICKEN** from the record:

    Document:             Motion to Appear Pro Hac Vice
    File Date:              May 13, 2019
    Document Number: 492

###