**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**RESPONSE IN SUPPORT OF THE
ADDITIONAL TORT CLAIMANTS COMMITTEE OF SEXUAL
ABUSE SURVIVORS' MOTION FOR AN ORDER PURSUANT TO
BANKRUPTCY RULE 2004 DIRECTING PRODUCTION OF DOCUMENTS
AND MATERIALS FROM THE UNITED STATES OLYMPIC COMMITTEE**

The individual members (the "Individual Members") of the Additional Tort Claimants

Committee of Sexual Abuse Survivors' Committee (the "Sexual Abuse Survivors' Committee"),

by and through their individual counsel, hereby file this response in support of *The Additional*

*Tort Claimants Committee of Sexual Abuse Survivors' Motion for an Order Pursuant to*

*Bankruptcy Rule 2004 Directing Production of Documents and Materials from the United States*

*Olympic Committee* (the "2004 Exam Motion") [Doc 433], and state as follows:

1.      On April 26, 2019, the Sexual Abuse Survivors' Committee filed the 2004 Exam

Motion requesting entry of an order authorizing the Sexual Abuse Survivors' Committee to issue

a subpoena, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, to the United

States Olympic Committee (the "USOC") compelling the production of certain documents and

information.

2.      The Individual Members and the law firms listed below, who collectively

represent a substantial supra-majority of the sexual abuse survivors, support the efforts of the

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

Sexual Abuse Survivors' Committee to obtain the requested document production from the

USOC and hereby adopts, joins and incorporates by reference all reasons for such document

production as stated in the 2004 Exam Motion by the Sexual Abuse Survivors' Committee.

3.    The requested document production from the USOC is critical to meaningful

participation in the upcoming mediation by the Individual Members and all other sexual abuse

survivors.

**WHEREFORE**, for the reasons stated herein and in the 2004 Exam Motion, the

Individual Members and the law firms listed below respectfully request that the Court grant the

2004 Exam Motion in its entirety, and grant such other and further relief as this Court deems just

and proper under the circumstances.

Dated: <u>June 7, 2019</u>                                          Respectfully submitted,

GREWAL LAW PLLC                                         MANLY STEWART FINALDI

*/s/ Manvir S. Grewal Sr.*                                        */s/ Alex E. Cunny*
Manvir S. Grewal Sr., Esq. (admitted *pro hac vice*)    Alex E. Cunny, Esq. (admitted *pro hac vice*)
John Fraser, Esq.                                                    John C. Manly, Esq.
2290 Science Parkway                                             Vince W. Finaldi, Esq.
Okemos, MI 48864                                                  19100 Von Karman Ave., Suite 800
Telephone:  (517) 393-3000                                    Irvine, CA 92612
Facsimile:  (517) 393-3003                                     Telephone:  (949) 252-9990
Email: mgrewal@4grewal.com                               Facsimile:  (949) 252-9991
     jfraser@4grewal.com                               Email: acunny@manlystewart.com
                                                                                 jmanly@manlystewart.com
*Counsel for Kenzie Gassaway, Sarah Klein &*              vfinaldi@manlystewart.com
*Certain Other Sexual Abuse Survivors*

                                                                            *Counsel for Rachel Denhollander, Alexandra*
                                                                            *Raisman, Kyla Ross, Jessica Thomashow &*
                                                                            *Certain Other Sexual Abuse Survivors*

ANDRUS WAGSTAFF, P.C.

*/s/ Kimberly Dougherty*
Kimberly Dougherty, Esq. (admitted *pro hac vice*)
19 Belmont Street
South Easton, MA 02375
Telephone:  (508) 230-2700
Email: kim.dougherty@andruswagstaff.com

*Counsel for Marcia Frederick Blanchette & Certain Other Sexual Abuse Survivors*


Jesse Creed, Esq.
PANISH SHEA & BOYLE LLP
1111 Santa Monica Blvd., Ste. 700
Los Angeles, CA 90025
Telephone:  (310) 928-6200
Email: creed@psblaw.com


       -and-

Michelle Simpson Tuegel, Esq.
THE SIMPSON TUEGEL LAW FIRM
3301 Elm Street
Dallas, TX 75226
Telephone:  (214) 744-9121
Email:  michelle@stfirm.com

*Counsel for Tasha Schwikert-Warren & Certain Other Sexual Abuse Survivors*

Bartholomew J. Dalton, Esq.
DALTON & ASSOCIATES, P.A.
1106 West Tenth Street
Wilmington, DE 19806
Telephone:  (302) 652-2050
Facsimile:  (302) 652-0687
Email: bdalton@bdaltonlaw.com

*Counsel for Certain Other Sexual Abuse Survivors*

Megan A. Bonanni, Esq.
Michael L. Pitt, Esq.
PITT MCGHEE PALMER & RIVERS, P.C.
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
Telephone:  (248) 939-5081
Facsimile:  (248) 398-9804
Email: mbonanni@pittlawpc.com
        mpitt@pittlawpc.com

*Counsel for Alyssa Corn & Certain Other Sexual Abuse Survivors*


Stephen R. Drew, Esq.
Adam C. Sturdivant, Esq.
DREW, COOPER & ANDING
80 Ottawa Ave., NW Ste. 200
Grand Rapids, MI 49503
Telephone:  (616) 454-8300
Facsimile:  (616) 454-0036
Email: adrew@dca-lawyers.com
        asturdivant@dca-lawyers.com

*Counsel for Rachel Denhollandar, Jessica Thomashow & Certain Other Sexual Abuse Survivors*


Thomas R. Behm, Esq.
GRUEL MILLS NIMS & PYLMAN PLLC
99 Monroe Avenue, Suite 800
Grand Rapids, MI 49503
Telephone:  (616) 235-5500
Facsimile:  (616) 235-5550
Email: trbehm@gmnp.com

*Counsel for Certain Other Sexual Abuse Survivors*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, a copy of the foregoing *Response in Support of the Additional Tort Claimants Committee of Sexual Abuse Survivors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials from the United States Olympic Committee* was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Nancy D Adams     ndadams@mintz.com
Steven Baldwin     sbaldwin@psrb.com, rmatthews@psrb.com
Martin Beeler     mbeeler@cov.com
Daniel D. Bobilya     dan@b-blegal.com, sarah@b-blegal.com
Tonya J. Bond     tbond@psrb.com, jscobee@psrb.com
Wendy D Brewer     wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kenneth H. Brown     kbrown@pszjlaw.com
Charles D. Bullock     cbullock@sbplclaw.com, lhaas@sbplclaw.com
George Calhoun     george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
John Cannizzaro     john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Dianne Coffino     dcoffino@cov.com
Alex Cunny     acunny@manlystewart.com
Edward DeVries     edward.devries@wilsonelser.com
Karen M Dixon     kdixon@skarzynski.com
Kimberly A. Dougherty     kim.dougherty@andruswagstaff.com, sandra.martin@andruswagstaff.com
Laura A DuVall     Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Jeffrey B. Fecht     jfecht@rbelaw.com, rmcclintic@rbelaw.com
Sarah Lynn Fowler     sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Eric D Freed     efreed@cozen.com, mmerola@cozen.com
Frances Gecker     fgecker@fgllp.com, csmith@fgllp.com;csucic@fgllp.com;mmatlock@fgllp.com
Cameron Getto     cgetto@zacfirm.com
Steven W Golden     sgolden@pszjlaw.com
Douglas Gooding     dgooding@choate.com
Gregory Michael Gotwald     ggotwald@psrb.com, scox@psrb.com
Manvir Singh Grewal     mgrewal@4grewal.com
Susan N Gummow     sgummow@fgppr.com, bcastillo@fgppr.com
Katherine Hance     khance@goodwin.com
Jeffrey M. Hester     jhester@hbkfirm.com, mhetser@hbkfirm.com
Samuel D. Hodson     shodson@taftlaw.com, aolave@taftlaw.com
Jeffrey A Hokanson     jeff.hokanson@icemiller.com, bgnotices@icemiller.com
John R. Humphrey     jhumphrey@taftlaw.com, aolave@taftlaw.com
Cassandra Jones     cjones@walkerwilcox.com, vhosek@wwmlawyers.com;docket@walkerwilcox.com

4

Bruce L. Kamplain     bkamplain@ncs-law.com, dhert@ncs-law.com;klong@ncs-law.com
Kevin P Kamraczewski     kevin@kevinklaw.com
Ronald David Kent     ronald.kent@dentons.com
Adam L. Kochenderfer     akochenderfer@wolfsonbolton.com
Christopher Kozak     ckozak@psrb.com
Micah R Krohn     mkrohn@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
Carl N. Kunz     ckunz@morrisjames.com, jdawson@morrisjames.com
Cynthia Lasher     clasher@ncs-law.com, dcouch@ncs-law.com;dhert@ncs-law.com
Adam Le Berthon     adam.leberthon@wilsonelser.com
Martha R. Lehman     mlehman@salawus.com,
marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Michael M. Marick     mmarick@skarzynski.com
Jonathan Marshall     jmarshall@choate.com
Phillip Alan Martin     pmartin@fmdlegal.com, cbellner@fmhd.com
John McDonald     jmcdonald@briggs.com
Mathilda S. McGee-Tubb     msmcgee-tubb@mintz.com
Harley K Means     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
Geoffrey M. Miller     geoffrey.miller@dentons.com, ndil_ecf@dentons.com
Robert Millner     robert.millner@dentons.com, ndil_ecf@dentons.com
James P Moloy     jmoloy@boselaw.com,
dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Whitney L Mosby     wmosby@bgdlegal.com, fwolfe@bgdlegal.com
Joel H. Norton     jnorton@rsslawoffices.com
Michael P. O'Neil     moneil@taftlaw.com, aolave@taftlaw.com
Weston Erick Overturf     wes.overturf@mbcblaw.com,
deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Dean Panos     dpanos@jenner.com
Stephen Jay Peters     speters@kgrlaw.com, acooper@kgrlaw.com
Ginny L. Peterson     gpeterson@k-glaw.com, akingsley@k-glaw.com
John Thomas Piggins     pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
George Plews     gplews@psrb.com
Amanda Koziura Quick     amanda.quick@atg.in.gov, Marie.Baker@atg.in.gov
Michael L. Ralph     mralph@rsslawoffices.com
Abigail E. Rocap     arocap@batescarey.com
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
James Pio Ruggeri     jruggeri@goodwin.com
Syed Ali Saeed     ali@sllawfirm.com, betty@sllawfirm.com
Ilan D Scharf     ischarf@pszjlaw.com
Thomas C Scherer     tscherer@bgdlegal.com, fwolfe@bgdlegal.com
David J. Schwab     djschwab@rsslawoffices.com
Igor Shleypak     ishleypak@fgppr.com, jfecteau@fgppr.com
Casey Ray Stafford     cstafford@k-glaw.com, lsmith@k-glaw.com
James I. Stang     jstang@pszjlaw.com
Catherine L. Steege     csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com

Laura B. Stephens    lbstephens@mintz.com
Keith Teel    kteel@cov.com
Meredith R. Theisen    mtheisen@rubin-levin.net,
atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Susan Walker    susan.walker@dentons.com
Joshua D Weinberg    jweinberg@goodwin.com
Mark R. Wenzel    mwenzel@salawus.com, pdidandeh@salawus.com
Gabriella B. Zahn-Bielski    gzahnbielski@cov.com

I further certify that on June 7, 2019, a copy of the foregoing *Response in Support of the Additional Tort Claimants Committee of Sexual Abuse Survivors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials from the United States Olympic Committee* was served via electronic mail to the following:

**United States Olympic Committee:**  Chris McCleary at Chris.McCleary@usoc.org
**The Alexander, a Dolce Hotel and Wyndham Hotel Group, LLC:**  Daniel M. Eliades at daniel.eliades@klgates.com and David S. Catuogno at david.catuogno@klgates.com

*/s/ Manvir S. Grewal Sr.*
Manvir S. Grewal Sr.

6