**SO ORDERED: June 12, 2019.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SRESVAC (rev 09/2018)

In re:

**USA Gymnastics**,
      Debtor.

Case No. **18–09108–RLM–11**

### ORDER VACATING ORDER ON MOTION TO ASSUME/REJECT

An Order Granting Motion to Reject Executory Contract with Main Event Merchandise Group, LLC was entered on June 12, 2019, as document #597.

**IT IS ORDERED** that the Order Granting Motion to Reject Executory Contract with Main Event Merchandise Group, LLC is **VACATED**.

The Clerk's Office will distribute this order.

###