IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**RUBIN & LEVIN, P.C.'S NOTICE OF
INVOICE FOR MAY 1, 2019 THROUGH JUNE 30, 2019**

**PLEASE TAKE NOTICE** that on July 2, 2019, Rubin & Levin P.C., as co-counsel to the Additional Tort Claimants Committee of Sexual Abuse Survivors (the "Sexual Abuse Survivors' Committee"), submitted a monthly invoice for fees and expenses incurred between May 1, 2019 and June 30, 2019 (the "Invoice"), in accordance with the *Order Granting Debtor's Motion for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Interim Compensation Order") [Doc 187].

**PLEASE TAKE FURTHER NOTICE** that the Invoice, attached hereto as **Exhibit A**, seeks compensation for $42,747.00 in fees and reimbursement of $348.31 in expenses.

**PLEASE TAKE FURTHER NOTICE** that any party that has an objection to the compensation and reimbursement set forth in this notice, must serve upon the undersigned counsel a written notice of objection by **July 16, 2019** at **4:00 p.m. (prevailing Eastern time)**, in accordance with the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that, if no written notice of objection is timely received, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoice, subject to final approval by the Court at a future hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

Respectfully submitted,

RUBIN & LEVIN, P.C.

Dated: July 2, 2019    */s/ Meredith R. Theisen*
Meredith R. Theisen, Esq.
Deborah J. Caruso, Esq.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone:  (317) 634-0300
Facsimile:  (317) 263-9411
Email: dcaruso@rubin-levin.net
          mtheisen@rubin-levin.net

*Counsel for the Sexual Abuse Survivors' Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019 a copy of the foregoing *Rubin & Levin, P.C.'s Notice of Invoices for May 1, 2019 through June 30, 2019* was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Nancy D Adams    ndadams@mintz.com
Steven Baldwin    sbaldwin@psrb.com, rmatthews@psrb.com
Martin Beeler    mbeeler@cov.com
Daniel D. Bobilya    dan@b-blegal.com, sarah@b-blegal.com
Megan A Bonanni    mbonanni@pittlawpc.com
Tonya J. Bond    tbond@psrb.com, jscobee@psrb.com
Wendy D Brewer    wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kenneth H. Brown    kbrown@pszjlaw.com
Charles D. Bullock    cbullock@sbplclaw.com, lhaas@sbplclaw.com
George Calhoun    george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
Douglas N. Candeub    dcandeub@morrisjames.com
John Cannizzaro    john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Dianne Coffino    dcoffino@cov.com
Jesse Max Creed    creed@psb.law, alegria@psb.law
Alex Cunny    acunny@manlystewart.com
Edward DeVries    edward.devries@wilsonelser.com
Karen M Dixon    kdixon@skarzynski.com
Kimberly A. Dougherty    kim.dougherty@andruswagstaff.com, sandra.martin@andruswagstaff.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Jeffrey B. Fecht    jfecht@rbelaw.com, rmcclintic@rbelaw.com

Sarah Lynn Fowler     sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Eric D Freed     efreed@cozen.com, mmerola@cozen.com
Frances Gecker     fgecker@fgllp.com, csmith@fgllp.com;csucic@fgllp.com;mmatlock@fgllp.com
Cameron Getto     cgetto@zacfirm.com
Steven W Golden     sgolden@pszjlaw.com
Douglas Gooding     dgooding@choate.com
Gregory Michael Gotwald     ggotwald@psrb.com, scox@psrb.com
Manvir Singh Grewal     mgrewal@4grewal.com
Susan N Gummow     sgummow@fgppr.com, bcastillo@fgppr.com
Katherine Hance     khance@goodwin.com
Jeffrey M. Hester     jhester@hbkfirm.com, mhetser@hbkfirm.com
Samuel D. Hodson     shodson@taftlaw.com, aolave@taftlaw.com
Jeffrey A Hokanson     jeff.hokanson@icemiller.com, bgnotices@icemiller.com
John R. Humphrey     jhumphrey@taftlaw.com, aolave@taftlaw.com
Cassandra Jones     cjones@walkerwilcox.com, vhosek@wwmlawyers.com;docket@walkerwilcox.com
Bruce L. Kamplain     bkamplain@ncs-law.com, dhert@ncs-law.com;klong@ncs-law.com
Kevin P Kamraczewski     kevin@kevinklaw.com
Ronald David Kent     ronald.kent@dentons.com
Adam L. Kochenderfer     akochenderfer@wolfsonbolton.com
Christopher Kozak     ckozak@psrb.com
Micah R Krohn     mkrohn@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
Carl N. Kunz     ckunz@morrisjames.com, jdawson@morrisjames.com
Cynthia Lasher     clasher@ncs-law.com, dcouch@ncs-law.com;dhert@ncs-law.com
Adam Le Berthon     adam.leberthon@wilsonelser.com
Martha R. Lehman     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Michael M. Marick     mmarick@skarzynski.com
Jonathan Marshall     jmarshall@choate.com
Phillip Alan Martin     pmartin@fmdlegal.com, cbellner@fmhd.com
John McDonald     jmcdonald@briggs.com
Mathilda S. McGee-Tubb     msmcgee-tubb@mintz.com
Harley K Means     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
Geoffrey M. Miller     geoffrey.miller@dentons.com, ndil_ecf@dentons.com
Robert Millner     robert.millner@dentons.com, ndil_ecf@dentons.com
James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Whitney L Mosby     wmosby@bgdlegal.com, fwolfe@bgdlegal.com
Joel H. Norton     jnorton@rsslawoffices.com
Michael P. O'Neil     moneil@taftlaw.com, aolave@taftlaw.com
Weston Erick Overturf     wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Dean Panos     dpanos@jenner.com

Stephen Jay Peters  speters@kgrlaw.com, acooper@kgrlaw.com
Ginny L. Peterson  gpeterson@k-glaw.com, acoy@k-glaw.com
John Thomas Piggins  pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
Michael L Pitt  mpitt@pittlawpc.com
George Plews  gplews@psrb.com
Amanda Koziura Quick  amanda.quick@atg.in.gov, Marie.Baker@atg.in.gov
Michael L. Ralph  mralph@rsslawoffices.com
Abigail E. Rocap  arocap@batescarey.com
Melissa M. Root  mroot@jenner.com, wwilliams@jenner.com
James Pio Ruggeri  jruggeri@goodwin.com
Syed Ali Saeed  ali@sllawfirm.com, betty@sllawfirm.com
Ilan D Scharf  ischarf@pszjlaw.com
Thomas C Scherer  tscherer@bgdlegal.com, fwolfe@bgdlegal.com
David J. Schwab  djschwab@rsslawoffices.com
Igor Shleypak  ishleypak@fgppr.com, jfecteau@fgppr.com
Casey Ray Stafford  cstafford@k-glaw.com, lsmith@k-glaw.com
James I. Stang  jstang@pszjlaw.com
Catherine L. Steege  csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
Laura B. Stephens  lbstephens@mintz.com
Keith Teel  kteel@cov.com
Meredith R. Theisen  mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
U.S. Trustee  ustpregion10.in.ecf@usdoj.gov
Susan Walker  susan.walker@dentons.com
Joshua D Weinberg  jweinberg@goodwin.com
Mark R. Wenzel  mwenzel@salawus.com, pdidandeh@salawus.com
Gabriella B. Zahn-Bielski  gzahnbielski@cov.com

    I further certify that on July 2, 2019, a copy of the foregoing *Rubin & Levin, P.C.'s Notice of Invoices for May 1, 2019 through June 30, 2019* was served via electronic mail to the following:

**United States Olympic Committee:** Chris McCleary at Chris.McCleary@usoc.org
**The Alexander, a Dolce Hotel and Wyndham Hotel Group, LLC:** Daniel M. Eliades at daniel.eliades@klgates.com and David S. Catuogno at david.catuogno@klgates.com

    */s/ Meredith R. Theisen*
    Meredith R. Theisen

f:\wp80\genlit\usa gymnastics-86756901\drafts\notices of invoice\rubin & levin\notice r&l - 052019-062019.docx

4