# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

## NOTICE OF CLAIMS OBJECTION, RESPONSE DEADLINE, AND HEARING

PLEASE TAKE NOTICE that on July 8, 2019 USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Debtor's Objection To General Unsecured Claim 144 And Sexual Abuse Claim 540 And Notice Of Response Deadline* [Dkt. 635] (the "**Claims Objection**"), which has been set for a hearing (the "**Hearing**") on **Wednesday, August 14, 2019 at 1:30 p.m. (Prevailing Eastern Time) in Room 329 of the United States Bankruptcy Court, 46 East Ohio Street, Indianapolis, Indiana 46204**.

PLEASE TAKE FURTHER NOTICE that the claims subject to the Claims Objection may be disallowed. You should read these papers carefully and discuss them with an attorney, if you have one.

PLEASE TAKE FURTHER NOTICE **that any responses to the Claims Objection must be made in writing and filed by Monday, August 12, 2019 at 4:00 p.m. (Prevailing Eastern Time)**.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

PLEASE TAKE FURTHER NOTICE that if you are not permitted to file electronically, you must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

116 U.S. COURTHOUSE
Attn: Chambers of the Honorable Judge Moberly
46 East Ohio Street
Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that if you mail your response to the court, you must mail it early enough so the court will receive it on or before the date stated above. You must also send a copy of your objection to:

JENNER & BLOCK LLP
Attn: Catherine Steege and Melissa Root
353 North Clark Street
Chicago, Illinois 60654

PLEASE TAKE FURTHER NOTICE that if you do not take these steps, the Court may decide you do not oppose an order disallowing your claims.

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Claims Objection may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: July 8, 2019

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice Of Claims Objection, Response Deadline, And Hearing* and the *Debtor's Objection To General Unsecured Claim 144 And Sexual Abuse Claim 540 And Notice Of Response Deadline* [Dkt. 635] were filed electronically this 8th day of July, 2019. Notice of these filings will be sent to all parties by operation of the Court's electronic filing system, as well as by overnight mail and electronic mail to the claimant asserting the claims. Parties may access this filing through the Court's electronic filing system.

*/s/ Melissa M. Root*

*Counsel for the Debtor*