IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| USA GYMNASTICS,1 | ) | Case 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |

**<u>MOTION FOR AUTHORITY TO REMOVE OUTSTANDING FEES</u>**

Comes now, Jonathan Little, counsel for creditors M. DOE, a minor child, ERIN KAUFMAN and KELLY CUTRIGHT and moves to this court to remove outstanding fees for Document 651, Motion to Appear Pro Hac Vice Filed on Behalf of Attorney Walter Brian Cornwell, and states the following in support thereof:

1. On July 12, 2019, undersigned counsel filed with this Court a Motion to Appear Pro Hac Vice Filed on Behalf of Attorney Walter Brian Cornwell (Dkt# 650) and paid appropriate fees (Account Number: 3349577, Tracking Id: A30130119, Approval Code: 043002).

2. Also, on July 12, 2019, Undersigned counsel erroneously filed a duplicate of the above-mentioned motion (Dkt #651).

3. On July 15, 2019 this court issued a notice for outstanding fees in connection with Dkt 651, which is the duplicate of Dkt #650.

4. Undersigned counsel is also filing a request to Withdraw Dkt #651.

Wherefore, undersigned counsel moves this Court to remove the fee requirement in connection with Dkt # 651 and all other relief just and proper.

Respectfully Submitted,

/s/Jonathan Little
Jonathan Little # 27421-49
Saeed & Little, LLP

1

                                                 #189, 133 W Market Street
                                                 Indianapolis, IN 46204
                                                 Phone:  317-721-9214
                                                 Fax:  888-422-3151
                                                 Email:  jon@sllawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2019 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.


07/15/2019                                                            /s/ Jonathan Little_____
DATE                                                                 Jonathan Little (#24721-49)
                                                                     #189, 133 W Market Street
                                                                    Indianapolis, IN  46204
                                                                    Phone:  317-721-9214
                                                                    Fax:  888-422-3151
                                                                    Email:  jon@sllawfirm.com