## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE:**    USA GYMNASTICS,[1]<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 18-09108-RLM-11** |

## NOTICE OF DRAW RE: MONTHLY FEE STATEMENTS
## OF MILLER JOHNSON AS SPECIAL COUNSEL TO THE DEBTOR IN POSSESSION,
## FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES,
## FROM JUNE 1, 2019 THROUGH JUNE 30, 2019
## PURSUANT TO ORDER GRANTING DEBTOR'S MOTION
## FOR ENTRY OF ORDER ESTABLISHING PROCEDURES FOR INTERIM
## COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS [DN 187]

Notice is hereby given that Miller Johnson, Special Counsel to the Debtor In Possession, has filed its Consolidated Monthly Statements of Fees and Expenses for the Period From June 1, 2019 through June 30, 2019, with the Bankruptcy Court.

Notice is further given that said statements, which include total fees of $97,578.00 and total expenses of $8,249.77, are attached to hereto as **Exhibits A(1) – A(2)**.

If you have an objection to all or any portion of any of the above-referenced statements, you have fourteen (14) days from the date this notice is filed with the Court to serve a written Notice of Objection on Miller Johnson, Attn: John T. Piggins, P.O. Box 306, Grand Rapids, Michigan 49501-0306 and by email at pigginsj@millerjohnson.com. The Notice of Objection must set forth the precise nature of the objection and the amount at issue.

If no Notice of Objection is timely served on Miller Johnson, the Debtor shall promptly pay 80% of the fees and 100% of the expenses set out above, subject to final approval by the Court at a future hearing.

If a timely Notice of Objection is served regarding some but not all of the above-referenced fees and expenses, the Debtor shall promptly pay 80% of the fees and 100% of the expenses that are not the subject of a timely Notice of Objection, subject to final approval by the Court at a future hearing.

If you serve a Notice of Objection on Miller Johnson and you are unable to resolve your objection within fourteen (14) days after service, you may file your objection with the Court.

Upon filing an objection with the Court, a subsequent Notice will be sent to you with the date, time and location of the hearing on the objection.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

**A COPY OF ANY OBJECTION**
**FILED WITH THE COURT MUST ALSO BE SENT TO:**

Office of the United States Trustee
101 W Ohio St
Indianapolis, IN 46204

USA Gymnastics
130 E. Washington Street
Suite 700
Indianapolis, IN 46204

Miller Johnson
Attn: John T. Piggins
P.O. Box 306
Grand Rapids, MI 49501-0306

Dean Panos, Esq.
Melissa M. Root, Esq.
Catherine L. Steege, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

And by email to:
pigginsj@millerjohnson.com

And by email to dpanos@jenner.com;
mroot@jenner.com; and
csteege@jenner.com

**Sexual Abuse Survivors Committee**
c/o Meredith R. Theisen
Rubin & Levin, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204

**Sexual Abuse Survivors Committee**
c/o James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Ste 1300
Los Angeles, CA 90067

And by email to: mtheisen@rubin-levin.net

And by email to: jstang@pszjlaw.com

Date: _____July 17_____, 2019

John T. Piggins (Michigan Bar #P34495)
pigginsj@millerjohnson.com
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1793

# EXHIBIT A(1)

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

Page        1
Inv#   1702745
Date 07/15/2019
42721.00002-DJG

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN   46204

Re:  Ropes & Gray and Other Investigations

For Legal Services Rendered through June 30, 2019

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/02/19 | RLS | Work on short-term advice for medical records protocol | .70 | 245.00 |
| 6/03/19 | JWC | Provide topic details of Indiana Attorney General productions | .40 | 60.00 |
| 6/03/19 | ACC | Email to James W. Casteel regarding previous Indiana Attorney General production | .10 | 21.50 |
| 6/03/19 | ACC | Review certain emails in previous Indiana Attorney General production now marked privileged by Epiq | .20 | 43.00 |
| 6/03/19 | CMK | Review documents and correspondence for information needed by Rebecca L. Strauss and Jenner & Block for responding to new subpoena | 1.50 | 292.50 |
| 6/03/19 | CJS | Prepare for and participate in call with Kathryn Carson, David Rudd, and Stefanie Korepin regarding subpoena | .50 | 175.00 |
| 6/03/19 | RLS | Work on collection of documents for response to subpoena | 2.70 | 945.00 |
| 6/04/19 | ACC | Telephone conference with James W. Casteel regarding previous productions to the Indiana attorney general | .30 | 64.50 |
| 6/04/19 | ACC | Email to Christopher J. Schneider and Rebecca L. Strauss regarding redactions in previous productions | .20 | 43.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

                                                    Page     2
                                                    Inv#  1702745
                                                    Date 07/15/2019
                                                    42721.00002-DJG
-----------------------------------------------------------------------

| Date | Code | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/04/19 | ACC | Email to Barnes & Thornburg regarding previous productions to the Indiana Attorney General | .20 | 43.00 |
| 6/04/19 | ACC | Coordinate production regarding subpoena | .70 | 150.50 |
| 6/04/19 | HAR | Update records regarding document production to Indiana Attorney General from May 2019 | .40 | 78.00 |
| 6/04/19 | RLS | Work on collection of documents in response to subpoena | 4.20 | 1,470.00 |
| 6/05/19 | ACC | Coordinate production in response to subpoena | 1.30 | 279.50 |
| 6/05/19 | ACC | Communications with James W. Casteel regarding clawback of documents from the Indiana Attorney General and previous productions to same | .60 | 129.00 |
| 6/05/19 | RLS | Work on claw back of privileged produced documents | 1.00 | 350.00 |
| 6/06/19 | ACC | Telephone conference with Barnes & Thornburg and Rebecca L. Strauss, Amy E. Murphy and James W. Casteel regarding previous production to the Indiana Attorney General | .50 | 107.50 |
| 6/06/19 | ACC | Prepare for telephone conference with Barnes & Thornburg and review metrics for previous productions to the Indiana attorney general | .70 | 150.50 |
| 6/06/19 | ACC | Emails with James W. Casteel regarding metrics of documents produced to the Indiana attorney general | .20 | 43.00 |
| 6/06/19 | ACC | Office conference with Amy E. Murphy | .30 | 64.50 |

MILLER JOHNSON SNELL & CUMMISKEY P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      3
Inv#   1702745
Date 07/15/2019
42721.00002-DJG

--------------------------------------------------------------------

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | regarding previous productions to the Indiana attorney general |  |  |
| 6/06/19 | RLS | Telephone conference with Barnes & Thornburg regarding claw back of privileged documents from the Indiana Attorney General | .50 | 175.00 |
| 6/07/19 | ACC | Coordinate production of documents in response to subpoena | .80 | 172.00 |
| 6/10/19 | RLS | Work on gathering documents in response to request for all documents produced to law enforcement agencies | 1.20 | 420.00 |
| 6/10/19 | RLS | Work with co-counsel to answer questions regarding response to subpoena | .20 | 70.00 |
| 6/11/19 | RLS | Telephone conference with Christine Bowman regarding response to subpoena for documents | 1.00 | 350.00 |
| 6/11/19 | RLS | Telephone conference with Christopher J. Schneider regarding subpoena for documents and preparation for mediation | .50 | 175.00 |
| 6/12/19 | JWC | Search for documents for Indiana Attorney General production in Relativity | .40 | 60.00 |
| 6/12/19 | JWC | Perform conflict checks of documents for Indiana Attorney General production in Relativity | 1.60 | 240.00 |
| 6/12/19 | JWC | Prepare documents for Indiana Attorney General production in Relativity | .80 | 120.00 |
| 6/12/19 | JWC | Send Indiana Attorney General production set for running in | .20 | 30.00 |

MILLER JOHNSON SNELL & CUMMISKEY PLC
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      4
Inv#  1702745
Date 07/15/2019
42721.00002-DJG

--------------------------------------------------------------------------

Relativity

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 6/13/19 | JWC | Download production USAG_INDAG_050 | .40 | 60.00 |
| 6/13/19 | JWC | Extract production USAG_INDAG_050 | .20 | 30.00 |
| 6/13/19 | JWC | Perform quality control checks of production USAG_INDAG_050 | 1.80 | 270.00 |
| 6/13/19 | JWC | Prepare production USAG_INDAG_050 for delivery | .40 | 60.00 |
| 6/13/19 | JWC | Send production USAG_INDAG_050 for delivery | .20 | 30.00 |
| 6/13/19 | CJS | Telephone conference with Mark Stuaan regarding status of Indiana AG investigation and strategy | .30 | 105.00 |
| 6/13/19 | RLS | Telephone conference with Christine Bowman, regarding past productions to law enforcement agencies | 1.20 | 420.00 |
| 6/13/19 | RLS | Work on analysis of past productions to law enforcement agencies for use in production to new subpoena for documents | 1.90 | 665.00 |
| 6/14/19 | CJS | Telephone conference with Jenner & Block team regarding response to subpoena | .60 | 210.00 |
| 6/14/19 | RLS | Telephone conference with Christopher J. Schneider, Gayle Littleton and Christine Bowman regarding subpoena | .60 | 210.00 |
| 6/18/19 | HAR | Update document production records regarding Indiana Attorney General production | .30 | 58.50 |
| 6/20/19 | ACC | Telephone conference with James | .30 | 64.50 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      5
Inv#  1702745
Date 07/15/2019
42721.00002-DJG

--------------------------------------------------------------------------

|  |  | | | |
|---|---|---|---|---|
|  |  | Casteel regarding previous productions to law enforcement and response to subpoena |  |  |
| 6/20/19 | ACC | Email to Jenner & Block regarding response to subpoena | .20 | 43.00 |
| 6/20/19 | CJS | Analysis of recent proposed legislation | .20 | 70.00 |
| 6/20/19 | CJS | Correspondence with Gibson Dunn regarding congressional update | .20 | 70.00 |
| 6/20/19 | CJS | Telephone conference with Jenner & Block team and Rebecca L. Strauss regarding subpoena response | .60 | 210.00 |
| 6/21/19 | JWC | Create saved search of all documents produced to the Indiana Attorney General that have been identified as hard copy | .60 | 90.00 |
| 6/24/19 | JWC | Search for documents for Indiana Attorney General production in Relativity | .40 | 60.00 |
| 6/24/19 | JWC | Perform conflict checks of documents for Indiana Attorney General production in Relativity | 1.20 | 180.00 |
| 6/24/19 | JWC | Prepare documents for Indiana Attorney General production in Relativity | .60 | 90.00 |
| 6/24/19 | JWC | Send Indiana Attorney General production set for running in Relativity | .20 | 30.00 |
| 6/24/19 | ACC | Coordinate claw back of certain privileged documents from the Indiana attorney general | 1.50 | 322.50 |

**MILLER JOHNSON SNELL & CUMMISKEY PLC**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      6
Inv#  1702745
Date 07/15/2019
42721.00002-DJG

---------------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 6/24/19 | ACC | Communications with James W. Casteel regarding clawback of privileged documents from certain law enforcement agencies | .20 | 43.00 |
| 6/25/19 | ACC | Telephone conference with James W. Casteel regarding claw back of documents for law enforcement agencies | .20 | 43.00 |
| 6/26/19 | JWC | Review information in production tracker for productions that meet specific criteria | .80 | 120.00 |
| 6/26/19 | JWC | Review group of specific documents that are possibly to be included in a claw back production | 1.20 | 180.00 |
| 6/26/19 | ACC | Coordinate claw back of documents from the Indiana attorney general | .40 | 86.00 |
| 6/28/19 | JWC | Investigate specific documents that may have technical issues that were produced to a specific party | 1.60 | 240.00 |
| 6/28/19 | JWC | Review possible documents to be clawed back in Relativity | 1.60 | 240.00 |
| 6/28/19 | ACC | Draft cover letter to the Indiana Attorney General regarding clawback of privileged documents | 1.00 | 215.00 |

|  | TOTAL HOURS | 44.80 | |
|--|-------------|-------|--|
|  | Total Services | | 11,082.50 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      7
Inv#  1702745
Date 07/15/2019
42721.00002-DJG

---------------------------------------------------------------------------

## Attorney Summary

|                              |                     | Hours | Rate   | Amount    |
|------------------------------|---------------------|-------|--------|-----------|
| Casteel, James W             | Lit Support Proj Mg | 14.60 | 150.00 | 2,190.00  |
| Schneider, Christopher J.    | Member              | 2.40  | 350.00 | 840.00    |
| Strauss, Rebecca L.          | Member              | 15.70 | 350.00 | 5,495.00  |
| Krieger, Carol M.            | Paralegal           | 1.50  | 195.00 | 292.50    |
| Root, Heather A.             | Paralegal           | .70   | 195.00 | 136.50    |
| Contreras-Caballero, Alej    | Associate           | 9.90  | 215.00 | 2,128.50  |
|                              |                     | 44.80 |        | 11,082.50 |

Total This Invoice                         11,082.50

Invoices Due Upon Receipt

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

```
                                        Inv#  1702745
                                        Date 07/15/2019
                                        42721.00002-DJG
```

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN   46204

Re:  Ropes & Gray and Other Investigations

**REMITTANCE ADVICE**

For Legal Services Rendered through June 30, 2019

```
             Total Services                    11,082.50


             Total This Invoice                11,082.50
                                               ==============
```

Invoice Is Due Upon Receipt

Our remit address is: PO Box 306, Grand Rapids, MI.  49501-0306

Payments: If paying by check please return the remittance advice
or write your invoice number(s) on your check. You may also pay by
credit or debit card through our online payment portal
www.millerjohnson.com/onlinepayments. If you have any questions
regarding this invoice or you wish to set up ACH payments please
call 616-831-1700 and ask for the collections department.

# EXHIBIT A(2)

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
*Attorneys and Counselors*

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

Page      1
Inv#  1702747
Date 07/15/2019
42721.00006-DJG

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

**Re:  CJS Chief Legal Officer**

For Legal Services Rendered through June 30, 2019

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/01/19 | CJS | Correspondence with Matthew M. O'Rourke regarding contractor agreement | .20 | 70.00 |
| 6/01/19 | CJS | Revise member club indemnification agreement | 2.10 | 735.00 |
| 6/01/19 | CJS | Correspondence with Cathy Allen regarding FMLA issue | .10 | 35.00 |
| 6/02/19 | MVB | Prepare short summary of guiding principles for privacy and security issues and email to Christopher J. Schneider and Rebecca L. Strauss soliciting feedback | .80 | 320.00 |
| 6/02/19 | CJS | Correspondence with Ivana Hong regarding Athletes' Council matters | .10 | 35.00 |
| 6/03/19 | MVB | Continue to prepare revisions to written summary of general principles for privacy and security by health care providers for Christopher J. Schneider and Rebecca L. Strauss | 1.30 | 520.00 |
| 6/03/19 | MMO | Correspond with Ryan Ward regarding Acrobatic High-Performance Administrator independent contractor agreement | .20 | 55.00 |
| 6/03/19 | MMO | Draft changes to independent contractor agreement for high performance acrobatic administrator | .30 | 82.50 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     2
Inv#  1702747
Date 07/15/2019
42721.00006-DJG

--------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/03/19 | MDP | Draft USAG Membership form for junior instructors | .20 | 39.00 |
| 6/03/19 | MDP | Draft USAG Membership form for adult instructors | .20 | 39.00 |
| 6/03/19 | MDP | Draft USAG Membership form for junior professionals | .20 | 39.00 |
| 6/03/19 | MDP | Draft USAG Membership form for professionals | .20 | 39.00 |
| 6/03/19 | MDP | Draft USAG Membership form for member clubs | 1.10 | 214.50 |
| 6/03/19 | CJS | Correspondence with Bernadette Barron regarding audited financial statements | .10 | 35.00 |
| 6/03/19 | CJS | Correspondence with Kimberly Till regarding governance matters | .20 | 70.00 |
| 6/03/19 | CJS | Correspondence with Athletes' Council regarding elections | .10 | 35.00 |
| 6/03/19 | CJS | Review and revise memorandum to medical providers regarding records management | .60 | 210.00 |
| 6/03/19 | CJS | Revise proposed communications statement to reflect legal advice | .10 | 35.00 |
| 6/03/19 | CJS | Prepare for and participate in Athletes' Council telephonic meeting | .40 | 140.00 |
| 6/03/19 | CJS | Correspondence with Board of Directors regarding Athletes' Council election | .20 | 70.00 |
| 6/03/19 | CJS | Correspondence with Annie Heffernon regarding athlete reps | .10 | 35.00 |
| 6/03/19 | CJS | Revise camp and event registration | .70 | 245.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
*Attorneys and Counselors*

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                              Page     3
                                              Inv#  1702747
                                              Date 07/15/2019
                                              42721.00006-DJG
```
-------------------------------------------------------------------------

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | form |  |  |
| 6/03/19 | CJS | Review media agreement and participation agreement for certain events | 1.20 | 420.00 |
| 6/04/19 | PME | Analysis of employee eligibility for FMLA leave ████████ | .90 | 270.00 |
| 6/04/19 | PME | Discussion with Cathy Allen regarding employee's eligibility for FMLA leave | .10 | 30.00 |
| 6/04/19 | MMO | Correspond with Ryan Ward regarding changes to independent contractor agreement | .20 | 55.00 |
| 6/04/19 | MMO | Review and revise independent contractor agreement | .10 | 27.50 |
| 6/04/19 | MMO | Begin to draft independent contractor agreement for Interim Medical Administrator | .20 | 55.00 |
| 6/04/19 | CJS | Correspondence with David Kruse regarding licensure issue | .10 | 35.00 |
| 6/04/19 | CJS | Correspondence with Alison Alfers regarding advice for medical providers on privacy matters | .10 | 35.00 |
| 6/04/19 | CJS | Correspondence with David Kruse regarding licensure issue | .10 | 35.00 |
| 6/04/19 | CJS | Revise letter to coach regarding SafeSport matter | .40 | 140.00 |
| 6/04/19 | CJS | Revise new version of parental consent agreement for clubs | .20 | 70.00 |
| 6/04/19 | CJS | Correspondence from Dennis McIntyre | .10 | 35.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      4
Inv#  1702747
Date 07/15/2019
42721.00006-DJG

--------------------------------------------------------------------------------

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | regarding SafeSport matter |  |  |
| 6/04/19 | CJS | Conference with club owner regarding SafeSport matter | .50 | 175.00 |
| 6/04/19 | CJS | Correspondence with Cathy Allen regarding insurance issue | .10 | 35.00 |
| 6/04/19 | CJS | Participate in senior leadership team meeting | 1.20 | 420.00 |
| 6/04/19 | CJS | Correspondence with Leslie King regarding revisions to SafeSport policy | .10 | 35.00 |
| 6/04/19 | CJS | Correspondence with Coverage Counsel regarding indemnity and coverage matters | .10 | 35.00 |
| 6/04/19 | CJS | Correspondence with Matthew M. O'Rourke and Ryan Ward regarding contractor | .20 | 70.00 |
| 6/04/19 | CJS | Correspondence with Jeff Smith regarding new vendor contract | .10 | 35.00 |
| 6/04/19 | MLT | Research sensitivity training information for athlete meetings | 1.30 | 520.00 |
| 6/04/19 | MLT | Communications with VP of Men's Program regarding agenda for meetings with ████████████████ | 1.50 | 600.00 |
| 6/04/19 | MLT | Additional communications with VP of Men's Programming regarding personnel matter | .50 | 200.00 |
| 6/04/19 | SKW | Office conference with Patrick M. Edsenga regarding strategy for FMLA matter | .30 | 132.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      5
Inv#  1702747
Date 07/15/2019
42721.00006-DJG

---

| Date | | Description | | |
|------|------|-------------|------|--------|
| 6/05/19 | ACC | Search Relativity and USAG membership database for files related to a certain individual ▮▮▮▮▮▮ and email to Mark Busby regarding same | .20 | 43.00 |
| 6/05/19 | MMO | Draft addendum to master services agreement for Interim Medical Administrator | 1.60 | 440.00 |
| 6/05/19 | MDP | Office conference with Christopher J. Schneider discussing new Main Event Agreement with USA Gymnastics | .30 | 58.50 |
| 6/05/19 | MDP | Update from Christopher J. Schneider ▮▮▮▮▮▮▮▮▮▮▮ | .10 | 19.50 |
| 6/05/19 | MDP | Draft Master Services Agreement between USA Gymnastics and Main Event Merchandising Group, LLC | 2.40 | 468.00 |
| 6/05/19 | CJS | Correspondence from bankruptcy counsel regarding National Gymnastics Foundation matters | .10 | 35.00 |
| 6/05/19 | CJS | Office conference with Michael D. Penny regarding new vendor contract | .30 | 105.00 |
| 6/05/19 | CJS | Conference with Leslie King and Emily Zorn regarding revisions to SafeSport policy and procedures | .30 | 105.00 |
| 6/05/19 | CJS | Telephone conference with Dennis McIntyre regarding coaching issue | .20 | 70.00 |
| 6/05/19 | CJS | Follow-up conference with Jeff Smith regarding new vendor agreement | .20 | 70.00 |
| 6/05/19 | CJS | Telephone conference with Alison Alfers regarding records management | .30 | 105.00 |

MILLER JOHNSON SNELL & CUMMISKEY P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      6
Inv#   1702747
Date 07/15/2019
42721.00006-DJG
------------------------------------------------------------------------

matters

| 6/05/19 | CJS | Revise summary of privacy principles for medical providers | 1.00 | 350.00 |
| 6/05/19 | CJS | Telephone conference with Li Li Leung regarding ▇▇▇▇▇▇▇▇ | .20 | 70.00 |
| 6/05/19 | CJS | Telephone conference with Ryan Ward regarding contractor agreement | .20 | 70.00 |
| 6/05/19 | CJS | Draft correspondence to insurer regarding follow-up information from renewal meeting | .50 | 175.00 |
| 6/05/19 | CJS | Communication with Mark Busby regarding bylaw issue | .10 | 35.00 |
| 6/05/19 | CJS | Correspondence with coverage counsel regarding coverage for medical personnel | .20 | 70.00 |
| 6/05/19 | CJS | Correspondence with coverage counsel regarding coverage and bylaw matter | .10 | 35.00 |
| 6/05/19 | CJS | Correspondence with Leslie King regarding legal advice on proposed communication statement | .10 | 35.00 |
| 6/05/19 | CJS | Correspondence with Texas counsel regarding invoices | .10 | 35.00 |
| 6/05/19 | CJS | Correspondence with Michael E. Stroster regarding visa matter | .10 | 35.00 |
| 6/06/19 | ACC | Per Mark Busby request, review documents related to ▇▇▇▇ ▇▇▇▇▇▇ | .70 | 150.50 |
| 6/06/19 | MDP | Review and revise Master Services Agreement between USA Gymnastics and | .80 | 156.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

                                               Page      7
                                               Inv#   1702747
                                               Date 07/15/2019
                                               42721.00006-DJG
-------------------------------------------------------------------------

                    Main Event pursuant to Christopher J.
                    Schneider comments

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/06/19 | CJS | Revise communications statement to reflect legal advice | .10 | 35.00 |
| 6/06/19 | CJS | Correspondence with opposing counsel regarding personnel matter | .10 | 35.00 |
| 6/06/19 | CJS | Correspondence with legal team regarding revised organizational chart | .10 | 35.00 |
| 6/06/19 | CJS | Revise proposed organizational chart | .40 | 140.00 |
| 6/06/19 | CJS | Revise new vendor contract | 1.10 | 385.00 |
| 6/06/19 | CJS | Conferences with Annie Heffernon and Phil Hilder regarding ███████████ | .30 | 105.00 |
| 6/06/19 | CJS | Telephone conference with opposing counsel regarding vendor contract | .20 | 70.00 |
| 6/06/19 | CJS | Telephone conference with Kathryn Carson regarding status of legal matters and strategy | .50 | 175.00 |
| 6/06/19 | CJS | Analysis of Pan American Games Staff Selection Procedures | .20 | 70.00 |
| 6/06/19 | CJS | Telephone conference with ████████ ████████ regarding personnel matter | .20 | 70.00 |
| 6/06/19 | CJS | Revise contractor agreement | .30 | 105.00 |
| 6/06/19 | CJS | Telephone conference with auditors regarding information needed for audited financial statements | .60 | 210.00 |
| 6/06/19 | CJS | Correspondence with Matthew M. O'Rourke regarding additional | .10 | 35.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                          Page      8
                                          Inv#   1702747
                                          Date 07/15/2019
                                          42721.00006-DJG
```
--------------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| | | contractor agreement | | |
| 6/06/19 | CJS | Additional revisions to new vendor contract | .30 | 105.00 |
| 6/06/19 | CJS | Revise response to media inquiry to reflect legal advice | .70 | 245.00 |
| 6/06/19 | CJS | Telephone conference with Leslie King regarding legal advice on media response | .30 | 105.00 |
| 6/06/19 | CJS | Follow-up correspondence with insurer regarding information requested for renewal | .10 | 35.00 |
| 6/06/19 | CJS | Additional revisions to new vendor agreement | .50 | 175.00 |
| 6/06/19 | CJS | Revise engagement letter with recruiting firm | .40 | 140.00 |
| 6/06/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .20 | 70.00 |
| 6/06/19 | MLT | Telephone conference with ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ regarding personnel matter | 1.00 | 400.00 |
| 6/06/19 | MLT | Work on sensitivity training materials for personnel matter | 1.70 | 680.00 |
| 6/07/19 | ACC | Per Mark Busby request, review documents related to ▮▮▮▮▮▮ and draft email memorandum to Busby regarding same | 1.50 | 322.50 |
| 6/07/19 | MMO | Draft Addendum to Master Services Agreement for Dr. David Kruse | 1.60 | 440.00 |
| 6/07/19 | MMO | Correspond with Christopher J. Schneider regarding Addendum to Master | .20 | 55.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      9
Inv#   1702747
Date 07/15/2019
42721.00006-DJG

---

Services Agreement for Dr. David Kruse

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/07/19 | MDP | Revise Master Services Agreement between USA Gymnastics and Main Event | .40 | 78.00 |
| 6/07/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .20 | 70.00 |
| 6/07/19 | CJS | Correspondence with Leslie King regarding legal advice on communications statement | .10 | 35.00 |
| 6/07/19 | CJS | Revise contractor agreement | .40 | 140.00 |
| 6/07/19 | CJS | Review revised format for SafeSport procedures | .20 | 70.00 |
| 6/07/19 | CJS | Telephone conference with Kathryn Carson and Li Li Leung regarding potential meeting with constituents | .40 | 140.00 |
| 6/07/19 | CJS | Draft response letter to various members regarding request for a meeting | .70 | 245.00 |
| 6/07/19 | CJS | Correspondence with Jeff Smith regarding new vendor contract | .10 | 35.00 |
| 6/07/19 | CJS | Revise new vendor contract | .20 | 70.00 |
| 6/07/19 | CJS | Telephone conference with Leslie King regarding legal advice on proposed media response | .50 | 175.00 |
| 6/07/19 | CJS | Telephone conference with Li Li Leung regarding legal updates | .50 | 175.00 |
| 6/07/19 | CJS | Communications with Mark Busby, Erica Koven, and Li Li Leung regarding ▮▮▮▮▮▮▮▮▮▮▮▮ | .50 | 175.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    10
Inv#  1702747
Date 07/15/2019
42721.00006-DJG

--------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/07/19 | CJS | Draft correspondence to opposing counsel ██████████████ ██ | .40 | 140.00 |
| 6/07/19 | CJS | Telephone conference with opposing counsel regarding ████████████ ██ | .20 | 70.00 |
| 6/07/19 | CJS | Revise contract with vendor | .30 | 105.00 |
| 6/07/19 | MLT | Work on investigation | 4.80 | 1,920.00 |
| 6/09/19 | CJS | Correspondence with Kathryn Carson and Li Li Leung regarding revisions to SafeSport policy | .10 | 35.00 |
| 6/09/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 6/10/19 | CJS | To Indianapolis for CLO work | 4.40 | 1,540.00 |
| 6/10/19 | CJS | CLO work on-site at USA Gymnastics | 3.40 | 1,190.00 |
| 6/10/19 | MLT | Work on sensitivity training materials regarding personnel matter | 1.90 | 760.00 |
| 6/11/19 | MDP | Review old Member Club form and new word Member form for any missing language | .50 | 97.50 |
| 6/11/19 | CJS | Attend staff meeting regarding SafeSport policy | 1.00 | 350.00 |
| 6/11/19 | CJS | Attend senior leadership team meeting | 1.80 | 630.00 |
| 6/11/19 | CJS | CLO work on site at USA Gymnastics | 6.30 | 2,205.00 |
| 6/11/19 | CJS | Return to Grand Rapids from Indianapolis | 4.30 | 1,505.00 |
| 6/11/19 | MLT | Finalize sensitivity training | .90 | 360.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    11
Inv#  1702747
Date 07/15/2019
42721.00006-DJG

------------------------------------------------------------------------

|          |     | materials                                                                                      |      |        |
|----------|-----|------------------------------------------------------------------------------------------------|------|--------|
| 6/11/19  | MLT | Communication with VP of Men's Programming regarding sensitivity training                      | .30  | 120.00 |
| 6/12/19  | MMO | Begin to draft template offer letter                                                           | .20  | 55.00  |
| 6/12/19  | MDP | Review and revise USA Gymnastics Member Club form pursuant to Christopher J. Schneider comments | 2.20 | 429.00 |
| 6/12/19  | CJS | Continued revisions to membership applications for 2019-2020 season                            | 2.20 | 770.00 |
| 6/12/19  | CJS | Revise new language for SafeSport policy                                                        | .20  | 70.00  |
| 6/12/19  | CJS | Correspondence with Matthew M. O'Rourke regarding template offer letter                         | .20  | 70.00  |
| 6/12/19  | CJS | Revise contract for 2020 Women's Collegiate National Championships                             | .80  | 280.00 |
| 6/12/19  | CJS | Telephone conference with Rebecca L. Strauss regarding mediation brief and other open issues   | .20  | 70.00  |
| 6/12/19  | CJS | Additional revisions to membership application forms                                           | .40  | 140.00 |
| 6/12/19  | CJS | Revise proposed communications response to reflect legal advice                                | .30  | 105.00 |
| 6/12/19  | CJS | Telephone conference with Leslie King regarding legal advice on communications statement       | .10  | 35.00  |
| 6/12/19  | MLT | Communications with VP of men's programming regarding athlete meetings                         | .20  | 80.00  |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                         Page    12
                                         Inv#  1702747
                                         Date 07/15/2019
                                         42721.00006-DJG
------------------------------------------------------------------------
```

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 6/13/19 | ACC | Review and redact exhibits to professional fee application | 1.30 | 279.50 |
| 6/13/19 | MDP | Prepare USA Gymnastics Board of Directors Meeting Minute notes | .20 | 39.00 |
| 6/13/19 | MDP | USA Gymnastics Board of Directors telephone conference call | 1.60 | 312.00 |
| 6/13/19 | CJS | Review of Jenner & Block invoices for April and May | .10 | 35.00 |
| 6/13/19 | CJS | Analysis of coverage memo from coverage counsel | .40 | 140.00 |
| 6/13/19 | CJS | Correspondence with Aon regarding insurance coverage for subpoena response | .10 | 35.00 |
| 6/13/19 | CJS | Correspondence with Erica Koven regarding revision to Member Club membership application | .10 | 35.00 |
| 6/13/19 | CJS | Follow-up correspondence with Kathryn Carson, David Rudd, and Stefanie Korepin regarding insurance coverage memo | .10 | 35.00 |
| 6/13/19 | CJS | Conference with Cornell regarding event contract | .20 | 70.00 |
| 6/13/19 | CJS | Attend Board of Directors telephonic meeting | 1.60 | 560.00 |
| 6/13/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 6/13/19 | CJS | Correspondence with Krissy Klein regarding ███████████████ | .10 | 35.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    13
Inv#  1702747
Date 07/15/2019
42721.00006-DJG

---

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/14/19 | MMO | Draft offer letter template | 1.90 | 522.50 |
| 6/14/19 | CJS | Revise new offer letter template | .20 | 70.00 |
| 6/14/19 | CJS | Provide legal advice on proposed communication statement, for Leslie King | .10 | 35.00 |
| 6/14/19 | CJS | Revise contractor agreement | .20 | 70.00 |
| 6/14/19 | CJS | Communication with Leslie King regarding legal advice on media statement | .10 | 35.00 |
| 6/14/19 | MLT | Work on second agenda and training for sensitivity training for athlete | 2.30 | 920.00 |
| 6/15/19 | DAP | Work on fee petition | 1.20 | 540.00 |
| 6/16/19 | MDP | Review USA Gymnastics Policy on Confidential Information including Policy Acknowledgement | 1.00 | 195.00 |
| 6/16/19 | CJS | Correspondence from Mark Busby regarding SafeSport matters | .10 | 35.00 |
| 6/17/19 | ACC | Work on exhibits to professional fee application | .50 | 107.50 |
| 6/17/19 | ACC | Per Mark Busby request, review documents in Relativity related ▮▮▮ | .50 | 107.50 |
| 6/17/19 | ACC | Draft email to Mark Busby regarding documents in Relativity regarding ▮ ▮▮▮ | .10 | 21.50 |
| 6/17/19 | MDP | Review and provide comments on USA Gymnastics Policy on Confidential Information | .70 | 136.50 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                        Page    14
                                        Inv#  1702747
                                        Date 07/15/2019
                                        42721.00006-DJG
```
----------------------------------------------------------------------

| Date | | Description | | |
|------|------|-------------|------|--------|
| 6/17/19 | CJS | Draft confidentiality agreement for SafeSport Committee | .70 | 245.00 |
| 6/17/19 | CJS | Revise SafeSport Procedures | 3.00 | 1,050.00 |
| 6/17/19 | CJS | Telephone conference with Li Li Leung and Stefanie Korepin regarding Trampoline & Tumbling matter | .60 | 210.00 |
| 6/17/19 | CJS | Participate in SafeSport department meeting by telephone | 1.10 | 385.00 |
| 6/17/19 | CJS | Review proposed language change to SafeSport policy | .10 | 35.00 |
| 6/17/19 | MLT | Work on investigation report | 7.20 | 2,880.00 |
| 6/18/19 | CJS | To Indianapolis for CLO work | 4.30 | 1,505.00 |
| 6/18/19 | CJS | CLO work on-site at USA Gymnastics | 4.60 | 1,610.00 |
| 6/18/19 | CJS | Initial review of USOC compliance checklist report | .10 | 35.00 |
| 6/18/19 | DET | Telephonic conference with Christopher J. Schneider regarding statement drafting for excess insurers | .20 | 55.00 |
| 6/18/19 | DET | Review May 16, 2019 powerpoint presentation to insurers in preparation of USAG statement to excess insurers | 1.10 | 302.50 |
| 6/18/19 | DET | Draft notes and outline from background materials in preparation of statement to excess insurers | 1.50 | 412.50 |
| 6/19/19 | CJS | CLO work on site at USAG | 6.30 | 2,205.00 |
| 6/19/19 | CJS | Return to Grand Rapids from Indianapolis | 4.30 | 1,505.00 |

MILLER JOHNSON SNELL & CUMMISKEY P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

|  |  |  | Page | 15 |
|---|---|---|---|---|
|  |  |  | Inv# | 1702747 |
|  |  |  | Date 07/15/2019 |  |
|  |  |  | 42721.00006-DJG |  |

| 6/19/19 | DET | Compare Jenner & Block work product against claimant forms submitted in bankruptcy in analysis/quality control of Jenner & Block work product | 2.40 | 660.00 |
|---|---|---|---|---|
| 6/19/19 | DET | Review background materials in preparation of statement to USAG excess insurers | 1.50 | 412.50 |
| 6/19/19 | DET | Draft portion of statement to USAG excess insurers | 1.30 | 357.50 |
| 6/20/19 | CJS | Analysis of memo regarding Trampoline & Tumbling matter | .40 | 140.00 |
| 6/20/19 | CJS | Telephone conference with Mark Busby regarding Trampoline & Tumbling matter | .80 | 280.00 |
| 6/20/19 | CJS | Participate in exit interview for | .30 | 105.00 |
| 6/20/19 | CJS | Correspondence with USOC regarding annual compliance checklist | .10 | 35.00 |
| 6/20/19 | CJS | Revise new draft of SafeSport procedures | 2.60 | 910.00 |
| 6/20/19 | CJS | Communications with Bernadette Barron and NTS regarding contract matter | .20 | 70.00 |
| 6/20/19 | CJS | Analysis of personnel issue | .50 | 175.00 |
| 6/20/19 | CJS | Revise proposed media statement to reflect legal advice | .10 | 35.00 |
| 6/20/19 | CJS | Revise legal update presentation for insurance renewals | .50 | 175.00 |
| 6/20/19 | CJS | Communication with Ryan Ward regarding | .50 | 175.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    16
Inv#   1702747
Date 07/15/2019
42721.00006-DJG

---------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 6/20/19 | CJS | Correspondence with Li Li Leung and bankruptcy counsel regarding contract matter | .10 | 35.00 |
| 6/20/19 | CJS | Correspondence with Mary McDaniel regarding visa matter | .10 | 35.00 |
| 6/20/19 | DET | Complete draft USAG statement to excess insurers | 1.90 | 522.50 |
| 6/20/19 | DET | Email communication and review Christopher J. Schneider notes on statement to excess insurers | .80 | 220.00 |
| 6/21/19 | JLC | Review SafeSport policy for USOC approval | .50 | 50.00 |
| 6/21/19 | ACC | Per Mark Busby request, review files in Relativity related to three individuals ███ ███ | 1.80 | 387.00 |
| 6/21/19 | ACC | Draft email memorandum to Mark Busby regarding files in Relativity related to three individuals ███ ███ | .20 | 43.00 |
| 6/21/19 | ACC | Review and revise exhibits to professional fee application | .60 | 129.00 |
| 6/21/19 | MDP | Office conference with Christopher J. Schneider discussing Trampoline & Tumbling request for proposals | .30 | 58.50 |
| 6/21/19 | CJS | Revise SafeSport procedures | .40 | 140.00 |
| 6/21/19 | CJS | Communications with Mark Busby regarding SafeSport matter | .30 | 105.00 |
| 6/21/19 | CJS | Revise booklet for insurers regarding | 1.00 | 350.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                        Page    17
                                        Inv#   1702747
                                        Date 07/15/2019
                                        42721.00006-DJG
```
------------------------------------------------------------------------------

|          |     | renewal meeting |      |          |
|----------|-----|-----------------|------|----------|
| 6/21/19  | CJS | Additional revisions to SafeSport procedures | .50 | 175.00 |
| 6/21/19  | CJS | Correspondence with Kathryn Carson, Kimberly Till, and David Holcomb regarding ▮▮▮▮ | .10 | 35.00 |
| 6/21/19  | CJS | Analysis of new SafeSport policy in connection with USOC compliance checklist | .30 | 105.00 |
| 6/21/19  | CJS | Communications with Stefanie Korepin and coverage counsel regarding coverage for independent observer on selection committee | .20 | 70.00 |
| 6/21/19  | CJS | Correspondence with Li Li Leung and Stefanie Korepin regarding notice to certain creditors | .30 | 105.00 |
| 6/21/19  | CJS | Conference call with USOC regarding annual compliance checklist | .60 | 210.00 |
| 6/21/19  | CJS | Communications with bankruptcy counsel and Omni regarding notice issue | .40 | 140.00 |
| 6/21/19  | CJS | Revise second amendment to NBC contract | 1.20 | 420.00 |
| 6/21/19  | CJS | Correspondence with Aon regarding new SafeSport policy | .10 | 35.00 |
| 6/21/19  | MLT | Work on investigation report | 9.00 | 3,600.00 |
| 6/22/19  | CJS | Analysis of ▮▮▮▮▮▮ | .50 | 175.00 |
| 6/22/19  | CJS | Correspondence with Mark Busby and Leslie King regarding SafeSport procedures | .10 | 35.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
*Attorneys and Counselors*

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                          Page    18
                                          Inv#  1702747
                                          Date 07/15/2019
                                          42721.00006-DJG
```
-------------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/24/19 | AMC | Preliminary review of University of Utah Event Agreement | .30 | 87.00 |
| 6/24/19 | DAP | Exchange emails with co-counsel regarding employee issue | .30 | 135.00 |
| 6/24/19 | CJS | Final revisions to booklet for insurance renewal meetings | .30 | 105.00 |
| 6/24/19 | CJS | Revise glossary terms for SafeSport procedures | .60 | 210.00 |
| 6/24/19 | CJS | Analysis of National Team Agreement | .70 | 245.00 |
| 6/24/19 | CJS | Communications with Mark Busby regarding code of ethical conduct matter and SafeSport glossary | .30 | 105.00 |
| 6/24/19 | CJS | Participate in senior leadership team meeting by telephone | .50 | 175.00 |
| 6/24/19 | CJS | Correspondence with Mary L. Tabin regarding personnel issue | .20 | 70.00 |
| 6/24/19 | CJS | Telephone conference with Nikki Warren regarding insurance renewal | .20 | 70.00 |
| 6/24/19 | CJS | Telephone conference with RT Specialty regarding insurance renewal | .20 | 70.00 |
| 6/24/19 | CJS | Correspondence with Erica Koven regarding legal advice on issue under new SafeSport policy | .20 | 70.00 |
| 6/24/19 | CJS | Office conference with Michael D. Penny regarding revisions to National Team Agreement | .10 | 35.00 |
| 6/24/19 | CJS | Correspondence with Li Li Leung regarding amendment to NBC agreement | .10 | 35.00 |

MILLER JOHNSON SNELL & CUMMISKEY P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     19
Inv#   1702747
Date 07/15/2019
42721.00006-DJG

---

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/24/19 | CJS | Revise summary of benefits for national team | .20 | 70.00 |
| 6/24/19 | CJS | Telephone conference with Erica Koven and Shelba Waldron regarding SafeSport policy | .40 | 140.00 |
| 6/24/19 | CJS | Revise proposed correspondence to insurers regarding renewal | .10 | 35.00 |
| 6/24/19 | CJS | Telephone conference with Mark Busby regarding trampoline and tumbling matter | .10 | 35.00 |
| 6/24/19 | CJS | Telephone conference with Leslie King regarding legal advice on proposed communications response | .10 | 35.00 |
| 6/24/19 | MLT | Communication with Christopher J. Schneider regarding personnel matter | .30 | 120.00 |
| 6/24/19 | MLT | Communications with employee regarding personnel matter | .50 | 200.00 |
| 6/24/19 | MLT | Work on investigation report | 5.60 | 2,240.00 |
| 6/24/19 | DET | Review [redacted] Professional Responsibility Office letter | .10 | 27.50 |
| 6/25/19 | CJS | Travel to London, UK for insurance renewal meetings [Note: Actual travel time was ~30 hours over 6/25 and 6/26, due to excessive airline delays.  Time billed reflects a 50% discount] | 15.00 | 5,250.00 |
| 6/25/19 | MLT | Additional communication with employee regarding personnel matter | .40 | 160.00 |
| 6/25/19 | MLT | Draft and revise power point presentation and training for athlete | 4.20 | 1,680.00 |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    20
Inv#  1702747
Date 07/15/2019
42721.00006-DJG

---------------------------------------------------------------------------

|          |       | regarding personnel matter                                                                        |      |          |
|----------|-------|---------------------------------------------------------------------------------------------------|------|----------|
| 6/25/19  | MLT   | Research regarding training presentation for athlete regarding presentation issue                 | 3.70 | 1,480.00 |
| 6/26/19  | JLC   | Review terms in SafeSport policy                                                                   | 1.00 | 100.00   |
| 6/26/19  | PME   | Draft athlete social media policy                                                                 | .90  | 270.00   |
| 6/26/19  | MMO   | Draft independent contractor agreement for new contractor                                         | .90  | 247.50   |
| 6/26/19  | MDP   | Continue review and revising USA Gymnastics National Team Agreement and send to Christopher J. Schneider | 3.80 | 741.00 |
| 6/26/19  | CJS   | Correspondence with Ryan Ward regarding contract matter                                            | .20  | 70.00    |
| 6/26/19  | CJS   | Review revisions to National Team Agreement                                                        | .50  | 175.00   |
| 6/26/19  | MLT   | Prepare for telephone conference with employee regarding ██████ ██████                            | .60  | 240.00   |
| 6/26/19  | MLT   | Telephone conference with employee regarding ████████████                                         | .50  | 200.00   |
| 6/26/19  | MLT   | Communication with Christopher J Schneider regarding ████████ ████████                            | .90  | 360.00   |
| 6/26/19  | MLT   | Draft proposed correspondence to coach regarding ████████                                          | .60  | 240.00   |
| 6/26/19  | MLT   | Draft outline of issues, topics and questions to investigate regarding personnel matter           | 1.70 | 680.00   |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    21
Inv#   1702747
Date 07/15/2019
42721.00006-DJG

---

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/27/19 | MMO | Review and revise independent contractor agreement | .50 | 137.50 |
| 6/27/19 | MMO | Correspond with Stefanie Korepin regarding independent contractor agreement | .10 | 27.50 |
| 6/27/19 | MDP | Review and revise USA Gymnastics bid proposal for Selection Events | .70 | 136.50 |
| 6/27/19 | CJS | Prepare for meeting with insurers regarding renewal, including preparation meeting with Li Li Leung | 1.50 | 525.00 |
| 6/27/19 | CJS | Meetings and dinner with insurers in London for renewals | 9.80 | 3,430.00 |
| 6/27/19 | MLT | Work on investigation report | 7.60 | 3,040.00 |
| 6/28/19 | MDP | Draft Selection Event form Agreement for USA Gymnastics | 1.70 | 331.50 |
| 6/28/19 | CJS | Return to United States from London meeting on insurance renewal | 15.50 | 5,425.00 |
| 6/28/19 | MLT | Review additional information provided by employee regarding personnel matter | 3.20 | 1,280.00 |
| 6/29/19 | MDP | Review and revise Selection Event agreement for USA Gymnastics and send to Christopher J. Schneider | 1.30 | 253.50 |
| 6/30/19 | CJS | Correspondence with Steve Legendre regarding athletes council | .10 | 35.00 |

TOTAL HOURS                              254.50

Total Services                                        86,495.50

# MILLER JOHNSON SNELL & CUMMISKEY P.L.C.

Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

**USA Gymnastics**

Page     22
Inv#  1702747
Date 07/15/2019
42721.00006-DJG

-------------------------------------------------------------------------

## Attorney Summary

|                              |           | Hours  | Rate   | Amount    |
|------------------------------|-----------|-------:|-------:|----------:|
| Bauman, Mary V.              | Member    | 2.10   | 400.00 | 840.00    |
| Portinga, D. Andrew          | Member    | 1.50   | 450.00 | 675.00    |
| Schneider, Christopher J.    | Member    | 138.40 | 350.00 | 48,440.00 |
| Tabin, Mary L.               | Member    | 62.40  | 400.00 | 24,960.00 |
| Willey, Sarah K.             | Member    | .30    | 440.00 | 132.00    |
| Carson, Anne Marie           | Associate | .30    | 290.00 | 87.00     |
| Edsenga, Patrick M.          | Member    | 1.90   | 300.00 | 570.00    |
| O'Rourke, Matthew M.         | Associate | 8.00   | 275.00 | 2,200.00  |
| Penny, Michael D             | Associate | 19.90  | 195.00 | 3,880.50  |
| Carlton, Jacob L.            | Clerk     | 1.50   | 100.00 | 150.00    |
| Contreras-Caballero, Alej    | Associate | 7.40   | 215.00 | 1,591.00  |
| Truesdell, Daniel E.         | Associate | 10.80  | 275.00 | 2,970.00  |
|                              |           | 254.50 |        | 86,495.50 |

## Expenses

| | |
|---|---:|
| Computer Assisted Research | 1,586.00 |
| CHRISTOPHER J. SCHNE Check # - 9990 | 307.40 |
| Mileage | |
| Reproductions 2 pages | 1.00 |
| CHRISTOPHER J. SCHNE Check # - 9990 | 6.70 |
| Taxi | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 8.18 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 83.87 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 3,043.73 |
| Airplane Tickets | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 8.44 |
| CHRISTOPHER J. SCHNE Check # - 9990 | 13.03 |
| Reproductions 4 pages | .60 |
| Reproductions 2 pages | .30 |
| Reproductions 3 pages | .45 |
| Reproductions 2 pages | .30 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    23
Inv#  1702747
Date 07/15/2019
42721.00006-DJG

--------------------------------------------------------------------------------

**Expenses**

| | |
|---|---:|
| Reproductions 2 pages | .30 |
| Reproductions 3 pages | .45 |
| Reproductions 3 pages | .45 |
| CHRISTOPHER J. SCHNE Check # - 9990 | 732.00 |
| Airplane Tickets | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 307.40 |
| Mileage | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 4.28 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 8.18 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 5.00 |
| Meals | |
| Reproductions 1 pages | .15 |
| Reproductions 19 pages | 2.85 |
| Reproductions 8 pages | 1.20 |
| Reproductions 2 pages | .30 |
| Reproductions 1 pages | .15 |
| Reproductions 3 pages | .45 |
| Reproductions 10 pages | 1.50 |
| Reproductions 10 pages | 1.50 |
| Reproductions 38 pages | 5.70 |
| Computer Assisted Research | 260.00 |
| Reproductions 9 pages | 4.50 |
| Reproductions 54 pages | 8.10 |
| Reproductions 1 pages | .50 |
| Reproductions 9 pages | 1.35 |
| Reproductions 1 pages | .15 |
| CHRISTOPHER J. SCHNE Check # - 9990 | 4.29 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 16.28 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 50.09 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 13.99 |
| Outside Internet Charges | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 28.13 |
| Taxi | |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

**USA Gymnastics**

Page    24
Inv#  1702747
Date 07/15/2019
42721.00006-DJG

-----------------------------------------------------------------------

Expenses

| | | |
|---|---|---:|
| CHRISTOPHER J. SCHNE Check # - 9990<br>Taxi | | 44.45 |
| CHRISTOPHER J. SCHNE Check # - 9990<br>Meals | | 173.73 |
| CHRISTOPHER J. SCHNE Check # - 9990<br>Meals | | 6.28 |
| CHRISTOPHER J. SCHNE Check # - 9990<br>Meals | | 3.79 |
| CHRISTOPHER J. SCHNE Check # - 9990<br>Taxi | | 114.30 |
| CHRISTOPHER J. SCHNE Check # - 9990<br>Taxi | | 124.83 |
| CHRISTOPHER J. SCHNE Check # - 9990<br>Travel Expense-In flight Wi-Fi | | 19.99 |
| CHRISTOPHER J. SCHNE Check # - 9990<br>Travel Expense-Hotel | | 1,243.16 |

**Total Expenses**                8,249.77

**Total This Invoice**          94,745.27

**Invoices Due Upon Receipt**

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

**USA Gymnastics**

```
                                        Page    25
                                        Inv#  1702747
                                        Date 07/15/2019
                                        42721.00006-DJG
```

-------------------------------------------------------------------------

### OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE NUMBER | DATE | INVOICE AMOUNT | PAYMENTS AGAINST INVOICE | INVOICE BALANCE |
|---|---|---|---|---|
| 1690179 | 2/14/19 | 73,608.76 | 59,124.96 | 14,483.80 |
| 1691021 | 3/18/19 | 64,476.01 | 51,679.21 | 12,796.80 |
| 1694037 | 4/17/19 | 81,436.49 | 65,321.49 | 16,115.00 |
| 1696899 | 5/21/19 | 73,299.57 | 59,053.17 | 14,246.40 |
| 1699811 | 6/13/19 | 83,847.71 | .00 | 83,847.71 |

Prior Unpaid Balance                141,489.71

**Total Amount Due**                 **236,234.98**

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

Inv#  1702747
Date 07/15/2019
42721.00006-DJG

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

Re:  CJS Chief Legal Officer

**REMITTANCE ADVICE**

For Legal Services Rendered through June 30, 2019

Total Services                                    86,495.50

Total Expenses                                     8,249.77

**Total This Invoice**                             **94,745.27**
                                                ==============

Invoice Is Due Upon Receipt

Our remit address is: PO Box 306, Grand Rapids, MI.  49501-0306

Payments: If paying by check please return the remittance advice
or write your invoice number(s) on your check. You may also pay by
credit or debit card through our online payment portal
www.millerjohnson.com/onlinepayments. If you have any questions
regarding this invoice or you wish to set up ACH payments please
call 616-831-1700 and ask for the collections department.