IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | |
| USA Gymnastics | |
| Debtor | Case No. 18-09108-RLM-11 |

## NOTICE REGARDING CREDITOR'S MOTION TO FILE CLAIM AFTER BAR DATE (DKT #657)

PLEASE TAKE NOTICE that the above referenced Motion will be heard on the next omnibus hearing date of **August 14, 2019** at 1:30pm in Room 329 of the United States Bankruptcy Court, 46 East Ohio Street, Indianapolis, IN 46204 with objections to be filed by August 7, 2019 by 4:00pm Eastern Standard Time via the Court's ECF system.

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in the Omnibus Hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Omnibus Hearing.

Dated: July 18, 2019

Respectfully submitted,

By: /s/ *Annemarie Alonso*
Annemarie Alonso #30506-06
Jonathan Little
Saeed & Little, LLP
133 W. Market St. #189

Indianapolis, IN 46204
317.721.9214
annie@sllawfirm.com
jon@sllawfirm.com
*Counsel for Creditor*