IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**NOTICE OF DRAW BY DEBTOR'S COUNSEL
FOR JUNE 2019**

PLEASE TAKE NOTICE that on July 19, 2019, Plews Shadley Racher & Braun LLP, as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case, submitted a monthly invoice for fees and expenses incurred between June 1, 2019 and June 30, 2019 (the "**June 2019 Invoice**"),[2] in accordance with the *Order Granting Debtor's Motion For Entry Of Order Establishing Procedures For Interim Compensation And Reimbursement Of Professionals* [Dkt. 187] (the "**Interim Compensation Order**").

PLEASE TAKE FURTHER NOTICE that the June 2019 Invoice, attached hereto as Exhibit A, seeks compensation for $125,499.50 in fees and $3,854.75 in expenses.

PLEASE TAKE FURTHER NOTICE **that any objections to the Invoices must be served upon the undersigned counsel by August 2, 2019 at 4:00 p.m. (prevailing Eastern time), in accordance with the Interim Compensation Order**.

PLEASE TAKE FURTHER NOTICE that, if no objection is timely filed, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoices, subject to final approval by the Court at a future hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

[2] The Invoice is redacted to avoid the disclosure of privileged and confidential information.

Dated: July 19, 2019                    Respectfully submitted,


                                         */s/ Gregory M. Gotwald*
                                        Gregory M. Gotwald, Atty. No. 24911-49
                                        PLEWS SHADLEY RACHER & BRAUN LLP
                                        1346 N. Delaware St.
                                        Indianapolis, IN 46202
                                        Tel: 317.637.0700
                                        ggotwald@psrb.com

                                        *Counsel for Debtor USA Gymnastics*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 19, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Martin Beeler mbeeler@cov.com
Daniel D. Bobilya dan@b-blegal.com
Kenneth H. Brown kbrown@pszjlaw.com
Charles D. Bullock cbullock@sbplclaw.com
George Calhoun george@ifrahlaw.com
John Cannizzaro john.cannizzaro@icemiller.com
Deborah Caruso dcaruso@rubin-levin.net
David Catuogno david.catuogno@klgates.com
R. Alexander Clark aclark@cov.com
Dianne Coffino dcoffino@cov.com
Laura A. DuVall laura.duvall@usdoj.gov
Daniel Eliades daniel.eliades@klgates.com
Sarah L. Fowler sarah.fowler@mbcblaw.com
Cameron R. Getto cgetto@zacfirm.com
Steven W. Golden sgolden@pszjlaw.com
Manvir Grewal Sr. mgrewal@4grewal.com
Susan N. Gummow sgummow@fgppr.com
Katherine Hance khance@goodwin.com
Jeffrey Hester jhester@hbkfirm.com
Samuel D. Hodson shodson@taftlaw.com
Jeffrey A. Hokanson jeff.hokanson@icemiller.com
John R. Humphrey jhumphrey@taftlaw.com
Kevin P. Kamraczewski kevin@kevinklaw.com
Ronald Kent ronald.kent@dentons.com
Adam L. Kochenderfer akochenderfer@wolfsonbolton.com
Carl Kunz ckunz@morrisjames.com
Martha Lehman mlehman@salawus.com
Chris McCleary chris.mccleary@usoc.org
Harley K. Means hmeans@kgrlaw.com
Geoffrey Miller geoffrey.miller@dentons.com
Robert Millner robert.millner@dentons.com
James Moloy jmoloy@boselaw.com
Ronald J. Moore ronald.moore@usdoj.gov
Whitney Mosby wmosby@bgdlegal.com
Joel Norton jnorton@rsslawoffices.com
Michael P. O'Neil moneil@taftlaw.com
Weston E. Overturf wes.overturf@mbcblaw.com
Dean N. Panos dpanos@Jenner.Com
John T Piggins pigginsj@millerjohnson.com
Stephen J. Peters speters@kgrlaw.com
Amanda Quick amanda.quick@atg.in.gov

Michael Ralph mralph@rsslawoffices.com
Melissa M. Root mroot@Jenner.com
James Ruggeri jruggeri@goodwin.com
Syed Ali Saeed ali@sllawfirm.com
Ilan Scharf ischarf@pszjlaw.com
Thomas Scherer tscherer@bgdlegal.com
David Schwab djschwab@rsslawoffices.com
Igor Shleypak ishleypak@fgppr.com
James I. Stang jstang@pszjlaw.com
Catherine L. Steege csteege@Jenner.Com
Keith A. Teel kteel@cov.com
Meredith Theisen mtheisen@rubin-levin.net
Susan Walker susan.walker@dentons.com
Joshua Weinberg jweinberg@goodwin.com
Mark Wenzel mwenzel@salawus.com
Gabriella Zahn-Bielski gzahnbielski@cov.com

                                                                /s/ Gregory M. Gotwald

# EXHIBIT A

**Plews Shadley Racher & Braun LLP June 2019 Invoice**

## PLEWS SHADLEY RACHER & BRAUN LLP

Attorneys At Law
1346 North Delaware Street
Indianapolis, IN 46202-2415

Telephone: (317) 637-0700     Facsimile: (317) 637-0710

Tax ID #35-1746444

07/17/2019

USA Gymnastics
Accounts Payable
130 E. Washington St., Suite 700
Indianapolis, IN  46204

Account No: 001688.0001
Invoice No: 245980

Client: USA Gymnastics
Matter Description: Insurance

For Services Rendered Through 6/30/2019

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/01/2019 | GMP | Review ▮. | 560.00 | 0.20 | 112.00 |
| 06/02/2019 | JJM | Organization and review of ▮. | 150.00 | 0.90 | 135.00 |
| 06/02/2019 | KDS | Legal research regarding ▮ | 170.00 | 1.00 | 170.00 |
| 06/03/2019 | GMG | Work on ▮ | 255.00 | 5.50 | 1,402.50 |
| 06/03/2019 | GMP | Organize ▮. | 560.00 | 0.50 | 280.00 |
| 06/03/2019 | KDS | Legal research regarding ▮ | 170.00 | 1.40 | 238.00 |
| 06/03/2019 | KDS | Legal analysis of ▮ | 170.00 | 1.80 | 306.00 |
| 06/03/2019 | KMC | Conference with ▮; create ▮. | 150.00 | 0.60 | 90.00 |
| 06/03/2019 | SAB | Review ▮. | 155.00 | 0.60 | 93.00 |
| 06/03/2019 | TJB | Review and respond to ▮. | 250.00 | 0.60 | 150.00 |
| 06/04/2019 | CEK | Review ▮. | 155.00 | 0.10 | 15.50 |

USA Gymnastics  
Insurance

Page 2  
07/17/2019  
Account No: 001688.0001  
Invoice No: 245980

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/2019 | CEK | Strategy meeting with ▓▓▓. | 155.00 | 0.70 | 108.50 |
| 06/04/2019 | CEK | Revise ▓▓ letter ▓▓. | 155.00 | 0.50 | 77.50 |
| 06/04/2019 | CEK | Draft ▓▓▓. | 155.00 | 3.10 | 480.50 |
| 06/04/2019 | CEK | Discuss ▓▓▓. | 155.00 | 0.20 | 31.00 |
| 06/04/2019 | ESK | Attention to ▓▓▓ | 150.00 | 7.00 | 1,050.00 |
| 06/04/2019 | GMG | Review and respond to ▓▓▓; analysis of ▓▓; Send ▓▓; revise ▓▓; communicate with ▓▓; meet with ▓▓; call to ▓▓; discussion with ▓▓; research and respond to ▓▓; update ▓▓; emails ▓▓ | 255.00 | 7.90 | 2,014.50 |
| 06/04/2019 | GMP | Meeting to ▓▓▓. | 560.00 | 1.10 | 616.00 |
| 06/04/2019 | JJM | Update ▓▓; attend ▓▓; organize ▓▓. | 150.00 | 4.60 | 690.00 |
| 06/04/2019 | JST | E-mail from ▓▓▓. | 195.00 | 1.90 | 370.50 |
| 06/04/2019 | KDS | Legal analysis of ▓▓▓ | 170.00 | 0.10 | 17.00 |
| 06/04/2019 | KDS | Meeting with ▓▓▓ | 170.00 | 0.50 | 85.00 |
| 06/04/2019 | KDS | Conversation with ▓▓ and ▓▓. | 170.00 | 1.30 | 221.00 |
| 06/04/2019 | KDS | ▓▓▓ TIG and National Casualty in preparation of mediation statement. | 170.00 | 0.50 | 85.00 |
| 06/04/2019 | KEZ | Conference with ▓▓. | 150.00 | 0.20 | 30.00 |
| 06/04/2019 | KEZ | Continue reviewing ▓▓. | 150.00 | 3.00 | 450.00 |
| 06/04/2019 | KMC | Telephone conference with ▓▓; update ▓▓; review ▓▓ participate in ▓▓ | 150.00 | 1.90 | 285.00 |
| 06/04/2019 | SAB | Review ▓▓; edits to ▓▓; prepare for ▓▓; confer with ▓▓ | 155.00 | 6.50 | 1,007.50 |
| 06/04/2019 | TJB | Review ▓▓ response to ▓▓; prepare for ▓▓ | 250.00 | 1.70 | 425.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

Case 18-09108-RLM-11   Doc 671   Filed 07/19/19   EOD 07/19/19 16:56:20   Pg 8 of 18

USA Gymnastics                                                                    Page 3
                                                                                07/17/2019
Insurance
                                                                    Account No:  001688.0001
                                                                    Invoice No:  245980

|            |     |                         |        |      |          |
|------------|-----|-------------------------|--------|------|----------|
|            |     | ; telephone conference with ▮; call to ▮ email to ▮. |        |      |          |
| 06/04/2019 | TTP | Researched ▮.           | 155.00 | 2.60 |   403.00 |
| 06/05/2019 | CEK | Review ▮.               | 155.00 | 0.40 |    62.00 |
| 06/05/2019 | CEK | Review ▮.               | 155.00 | 0.10 |    15.50 |
| 06/05/2019 | GMG | Review and respond to ▮ ; call with ▮; discussion with ▮; draft ▮; work on ▮; emails ▮. | 255.00 | 7.10 | 1,810.50 |
| 06/05/2019 | GMP | Conference with ▮; review ▮. | 560.00 | 0.90 |   504.00 |
| 06/05/2019 | JST | Review e-mail ▮; e-mail to ▮; e-mail from ▮. | 195.00 | 0.50 |    97.50 |
| 06/05/2019 | KDS | ▮                       | 170.00 | 7.00 | 1,190.00 |
| 06/05/2019 | KDS | Prepare ▮               | 170.00 | 1.30 |   221.00 |
| 06/05/2019 | KEZ | Additional ▮ analysis ▮ | 150.00 | 2.20 |   330.00 |
| 06/05/2019 | KMC | Incorporate ▮ with ▮ continue ▮; draft ▮. | 150.00 | 4.20 |   630.00 |
| 06/05/2019 | SAB | Continue ▮.             | 155.00 | 7.10 | 1,100.50 |
| 06/05/2019 | TJB | Email to client regarding ▮; review and revise ▮; emails ▮ review ▮; emails to ▮; review and revise ▮; emails ▮; review ▮; emal ▮; review ▮; emails ▮; notice ▮; review ▮. | 250.00 | 6.90 | 1,725.00 |
| 06/06/2019 | CEK | Revise ▮.               | 155.00 | 0.40 |    62.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit
of your payment, please include your account number and invoice number
on your payment. Thank you.**

USA Gymnastics  
Insurance

Page 4  
07/17/2019  
Account No: 001688.0001  
Invoice No: 245980

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/06/2019 | ESK | Review of ▮. | 150.00 | 6.10 | 915.00 |
| 06/06/2019 | GMG | Review and respond ▮ ; send emails | 255.00 | 5.00 | 1,275.00 |
| 06/06/2019 | GMP | Extended conference with ▮. | 560.00 | 1.20 | 672.00 |
| 06/06/2019 | JST | Review ▮ | 195.00 | 0.80 | 156.00 |
| 06/06/2019 | KDS | Prepare ▮ | 170.00 | 3.00 | 510.00 |
| 06/06/2019 | KDS | Legal research ▮ | 170.00 | 0.40 | 68.00 |
| 06/06/2019 | KDS | Legal analysis ▮ | 170.00 | 1.00 | 170.00 |
| 06/06/2019 | KDS | Prepare ▮ | 170.00 | 0.50 | 85.00 |
| 06/06/2019 | KMC | Work on ▮; telephone conferences ▮; ▮; work on same. | 150.00 | 5.90 | 885.00 |
| 06/06/2019 | SAB | Prepare ▮. | 155.00 | 2.50 | 387.50 |
| 06/06/2019 | TJB | Receive and respond to ▮. | 250.00 | 4.50 | 1,125.00 |
| 06/07/2019 | CEK | Review ▮. | 155.00 | 0.10 | 15.50 |
| 06/07/2019 | CEK | Research ▮. | 155.00 | 0.50 | 77.50 |
| 06/07/2019 | GMG | Review and respond to ▮ multiple calls ▮; review and respond ▮; calls ▮; ▮; review and respond ▮ | 255.00 | 8.90 | 2,269.50 |
| 06/07/2019 | GMP | Exchange ▮. | 560.00 | 0.80 | 448.00 |
| 06/07/2019 | KDS | Legal analysis ▮ | 170.00 | 0.30 | 51.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/07/2019 | KDS | Legal research ▉. | 170.00 | 1.80 | 306.00 |
| 06/07/2019 | KMC | Make changes to ▉ | 150.00 | 1.50 | 225.00 |
| 06/07/2019 | SAB | Edits to ▉. | 155.00 | 5.30 | 821.50 |
| 06/07/2019 | TJB | Review and revise ▉; work with ▉ | 250.00 | 3.20 | 800.00 |
| 06/07/2019 | TTP | Accumulating ▉ | 155.00 | 6.70 | 1,038.50 |
| 06/08/2019 | GMG | Review and revise ▉ call with ▉ | 255.00 | 2.30 | 586.50 |
| 06/08/2019 | KMC | Attention ▉; work on ▉; email ▉. | 150.00 | 1.80 | 270.00 |
| 06/10/2019 | CEK | Review ▉ | 155.00 | 0.10 | 15.50 |
| 06/10/2019 | ESK | Review ▉. | 150.00 | 6.50 | 975.00 |
| 06/10/2019 | GMG | Draft ▉; ▉ attend ▉. | 255.00 | 9.90 | 2,524.50 |
| 06/10/2019 | GMP | Participate in ▉. | 560.00 | 4.10 | 2,296.00 |
| 06/10/2019 | JST | E-mails from ▉. | 195.00 | 0.10 | 19.50 |
| 06/10/2019 | KDS | Prepare ▉ | 170.00 | 1.60 | 272.00 |
| 06/10/2019 | KDS | Legal analysis ▉ | 170.00 | 1.10 | 187.00 |
| 06/10/2019 | KDS | Legal research ▉. | 170.00 | 0.40 | 68.00 |
| 06/10/2019 | KMC | Review ▉; email to ▉; telephone conference with ▉; make additional ▉. | 150.00 | 2.50 | 375.00 |
| 06/10/2019 | SAB | Review ▉. | 155.00 | 0.10 | 15.50 |
| 06/10/2019 | TJB | Review ▉ | 250.00 | 3.20 | 800.00 |
| 06/10/2019 | TTP | Accumulated ▉ | 155.00 | 1.20 | 186.00 |
| 06/11/2019 | ESK | Review of ▉. | 150.00 | 7.10 | 1,065.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/11/2019 | GMG | Work on ▮▮▮ emails and calls ▮▮▮ | 255.00 | 6.90 | 1,759.50 |
| 06/11/2019 | GMP | Review ▮▮▮. | 560.00 | 2.40 | 1,344.00 |
| 06/11/2019 | JJM | Continue updates ▮▮▮. | 150.00 | 5.20 | 780.00 |
| 06/11/2019 | JST | E-mail ▮▮▮. | 195.00 | 0.70 | 136.50 |
| 06/11/2019 | KDS | ▮▮▮ | 170.00 | 0.20 | 34.00 |
| 06/11/2019 | KDS | Conversation with ▮▮▮ | 170.00 | 0.20 | 34.00 |
| 06/11/2019 | KMC | Update ▮▮▮ | 150.00 | 3.70 | 555.00 |
| 06/11/2019 | SAB | Review ▮▮▮. | 155.00 | 0.90 | 139.50 |
| 06/11/2019 | TJB | Review ▮▮▮ | 250.00 | 3.60 | 900.00 |
| 06/12/2019 | CEK | Review ▮▮▮. | 155.00 | 0.70 | 108.50 |
| 06/12/2019 | CEK | Investigate ▮▮▮. | 155.00 | 0.10 | 15.50 |
| 06/12/2019 | CEK | Research ▮▮▮. | 155.00 | 0.20 | 31.00 |
| 06/12/2019 | ESK | Review ▮▮▮. | 150.00 | 6.20 | 930.00 |
| 06/12/2019 | GMG | Revise ▮▮▮ | 255.00 | 7.30 | 1,861.50 |
| 06/12/2019 | GMP | Extensive ▮▮▮. | 560.00 | 6.00 | 3,360.00 |
| 06/12/2019 | JJM | Continue ▮▮▮; conference with ▮▮▮. | 150.00 | 8.30 | 1,245.00 |
| 06/12/2019 | JST | ▮▮▮ | 195.00 | 0.30 | 58.50 |
| 06/12/2019 | JST | Meet ▮▮▮. | 195.00 | 1.30 | 253.50 |
| 06/12/2019 | KMC | Telephone conference with ▮▮▮; prepare draft ▮▮▮. | 150.00 | 3.00 | 450.00 |
| 06/12/2019 | SAB | Analyze ▮▮▮. | 155.00 | 2.20 | 341.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/12/2019 | TJB | Analyze ▮▮▮; work on memo ▮▮▮ | 250.00 | 6.40 | 1,600.00 |
| 06/13/2019 | CEK | Revise ▮▮▮. | 155.00 | 1.10 | 170.50 |
| 06/13/2019 | ESK | Review ▮▮▮. | 150.00 | 6.90 | 1,035.00 |
| 06/13/2019 | GMG | Revise ▮▮▮ review ▮▮▮ | 255.00 | 11.90 | 3,034.50 |
| 06/13/2019 | GMP | Extensive work on ▮▮▮ | 560.00 | 6.30 | 3,528.00 |
| 06/13/2019 | JJM | Finalize ▮▮▮ | 150.00 | 4.60 | 690.00 |
| 06/13/2019 | JST | Attention to ▮▮▮ exchange ▮▮▮. | 195.00 | 0.70 | 136.50 |
| 06/13/2019 | KDS | Legal analysis of ▮▮▮ | 170.00 | 0.30 | 51.00 |
| 06/13/2019 | KDS | Continued preparation ▮▮▮ | 170.00 | 0.70 | 119.00 |
| 06/13/2019 | SAB | Continue ▮▮▮. | 155.00 | 4.70 | 728.50 |
| 06/13/2019 | TJB | Review and revise ▮▮▮. | 250.00 | 0.60 | 150.00 |
| 06/14/2019 | CEK | Send ▮▮▮. | 155.00 | 0.10 | 15.50 |
| 06/14/2019 | ESK | Review ▮▮▮ conference with ▮▮▮. | 150.00 | 6.20 | 930.00 |
| 06/14/2019 | GMG | Review ▮▮▮; update ▮▮▮; revise ▮▮▮; discussions with ▮▮▮; prepare ▮▮▮; discussion with ▮▮▮; presentation of ▮▮▮; discussion with ▮▮▮ | 255.00 | 6.80 | 1,734.00 |
| 06/14/2019 | GMP | Extensive work on ▮▮▮. | 560.00 | 7.80 | 4,368.00 |
| 06/14/2019 | JJM | Update ▮▮▮. | 150.00 | 3.50 | 525.00 |
| 06/14/2019 | JST | E-mail ▮▮▮ e-mail from ▮▮▮; forward ▮▮▮. | 195.00 | 0.50 | 97.50 |
| 06/14/2019 | KDS | Conversation with ▮▮▮. | 170.00 | 0.20 | 34.00 |
| 06/14/2019 | SAB | Research ▮▮▮. | 155.00 | 2.00 | 310.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics  
Insurance

Page 8  
07/17/2019  
Account No: 001688.0001  
Invoice No: 245980

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/14/2019 | TJB | Receive ▮. | 250.00 | 0.30 | 75.00 |
| 06/15/2019 | GMG | Revise and update ▮; emails ▮; emails with ▮. | 255.00 | 2.90 | 739.50 |
| 06/15/2019 | GMP | Work on ▮. | 560.00 | 0.60 | 336.00 |
| 06/15/2019 | SAB | Review ▮. | 155.00 | 1.40 | 217.00 |
| 06/16/2019 | GMG | Revise and update ▮ | 255.00 | 2.20 | 561.00 |
| 06/16/2019 | GMP | Work on ▮. | 560.00 | 5.50 | 3,080.00 |
| 06/17/2019 | CEK | Review ▮ | 155.00 | 0.20 | 31.00 |
| 06/17/2019 | ESK | Attention ▮. | 150.00 | 2.70 | 405.00 |
| 06/17/2019 | GMG | Revise and update ▮; ▮ | 255.00 | 7.90 | 2,014.50 |
| 06/17/2019 | GMP | ▮; emails ▮ | 560.00 | 3.10 | 1,736.00 |
| 06/17/2019 | JJM | Update ▮. | 150.00 | 2.80 | 420.00 |
| 06/17/2019 | JST | Review ▮. | 195.00 | 1.10 | 214.50 |
| 06/17/2019 | KDS | Continued ▮ | 170.00 | 0.30 | 51.00 |
| 06/17/2019 | SAB | Confer with ▮. | 155.00 | 0.50 | 77.50 |
| 06/17/2019 | SAB | Review ▮. | 155.00 | 2.40 | 372.00 |
| 06/17/2019 | TJB | Review ▮. | 250.00 | 1.40 | 350.00 |
| 06/17/2019 | TTP | Research ▮. | 155.00 | 3.70 | 573.50 |
| 06/18/2019 | CEK | Talk with ▮ | 155.00 | 0.10 | 15.50 |
| 06/18/2019 | ESK | Update ▮. | 150.00 | 3.50 | 525.00 |
| 06/18/2019 | GMG | Prepare ▮; emails ▮. | 255.00 | 7.70 | 1,963.50 |
| 06/18/2019 | GMP | Telephone conference ▮; review ▮. | 560.00 | 2.50 | 1,400.00 |
| 06/18/2019 | JST | Attention ▮. | 195.00 | 0.20 | 39.00 |
| 06/18/2019 | SAB | Review ▮. | 155.00 | 1.00 | 155.00 |
| 06/18/2019 | TJB | Attention to ▮. | 250.00 | 0.10 | 25.00 |
| 06/18/2019 | TTP | ▮ resesarch on ▮ | 155.00 | 2.10 | 325.50 |
| 06/19/2019 | GMG | ▮; prepare ▮. | 255.00 | 11.30 | 2,881.50 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/19/2019 | GMP | Telephone conference with ▮. | 560.00 | 2.40 | 1,344.00 |
| 06/19/2019 | KDS | Continued preparation ▮ | 170.00 | 0.10 | 17.00 |
| 06/19/2019 | KMC | Review ▮. | 150.00 | 0.30 | 45.00 |
| 06/19/2019 | SAB | Confer with ▮. | 155.00 | 0.80 | 124.00 |
| 06/19/2019 | TTP | Short ▮ memo ▮. | 155.00 | 5.20 | 806.00 |
| 06/20/2019 | GMG | Prepare ▮; prepare ▮; ▮; emails ▮; emails ▮; email ▮. | 255.00 | 13.20 | 3,366.00 |
| 06/20/2019 | GMP | Extended ▮ emails ▮. | 560.00 | 2.50 | 1,400.00 |
| 06/20/2019 | JST | E-mails ▮. | 195.00 | 0.10 | 19.50 |
| 06/20/2019 | TJB | Receive and respond ▮; email to ▮ | 250.00 | 0.30 | 75.00 |
| 06/21/2019 | CEK | Review ▮. | 155.00 | 0.10 | 15.50 |
| 06/21/2019 | GMG | Prepare ▮; review ▮. | 255.00 | 4.60 | 1,173.00 |
| 06/21/2019 | GMP | Review and respond ▮ | 560.00 | 0.30 | 168.00 |
| 06/23/2019 | GMG | Work on ▮. | 255.00 | 1.10 | 280.50 |
| 06/24/2019 | GMG | Work on ▮. | 255.00 | 2.30 | 586.50 |
| 06/24/2019 | GMP | Continue ▮. | 560.00 | 2.70 | 1,512.00 |
| 06/24/2019 | JJM | Continue ▮ firm totals ▮. | 150.00 | 4.10 | 615.00 |
| 06/24/2019 | KDS | Prepare correspondence to ▮. | 170.00 | 0.10 | 17.00 |
| 06/24/2019 | SAB | Attention to ▮ | 155.00 | 2.80 | 434.00 |
| 06/25/2019 | ESK | Email to ▮ | 150.00 | 0.40 | 60.00 |
| 06/25/2019 | GMG | Work ▮. | 255.00 | 1.90 | 484.50 |
| 06/25/2019 | GMP | Review ▮. | 560.00 | 1.00 | 560.00 |
| 06/25/2019 | JJM | Update ▮ | 150.00 | 2.10 | 315.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics  
Insurance  
Page 10  
07/17/2019  
Account No: 001688.0001  
Invoice No: 245980

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/25/2019 | JST | Exchange | 195.00 | 0.40 | 78.00 |
| 06/25/2019 | KDS | Prepare | 170.00 | 0.10 | 17.00 |
| 06/25/2019 | KDS | Legal analysis | 170.00 | 0.30 | 51.00 |
| 06/25/2019 | KDS | Email correspondence | 170.00 | 0.20 | 34.00 |
| 06/25/2019 | KDS | Telephone conversation with | 170.00 | 0.40 | 68.00 |
| 06/25/2019 | KMC | Review emails ... 2015-16 ...; email to ...; email ...; draft ...; review | 150.00 | 4.10 | 615.00 |
| 06/25/2019 | SAB | Draft | 155.00 | 7.10 | 1,100.50 |
| 06/26/2019 | GMG | Work | 255.00 | 3.30 | 841.50 |
| 06/26/2019 | GMP | Prepare for | 560.00 | 2.60 | 1,456.00 |
| 06/26/2019 | JJM | Update | 150.00 | 5.80 | 870.00 |
| 06/26/2019 | JST | E-mail from ...; e-mail summary ...; review summary | 195.00 | 0.60 | 117.00 |
| 06/26/2019 | KMC | Telephone conferences with ...; draft | 150.00 | 2.80 | 420.00 |
| 06/26/2019 | SAB | Research ...; continue drafting | 155.00 | 2.30 | 356.50 |
| 06/26/2019 | TTP | Research | 155.00 | 4.00 | 620.00 |
| 06/27/2019 | CEK | Finalize | 155.00 | 0.10 | 15.50 |
| 06/27/2019 | CEK | Review | 155.00 | 1.40 | 217.00 |
| 06/27/2019 | CEK | Research | 155.00 | 6.00 | 930.00 |
| 06/27/2019 | CEK | Revise | 155.00 | 0.40 | 62.00 |
| 06/27/2019 | ESK | Review | 150.00 | 1.70 | 255.00 |
| 06/27/2019 | GMG | Work | 255.00 | 3.40 | 867.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/27/2019 | GMP | Correspondence ▮; review ▮; review memoranda ▮; review ▮. | 560.00 | 1.00 | 560.00 |
| 06/27/2019 | JJM | Update ▮. | 150.00 | 2.20 | 330.00 |
| 06/27/2019 | KDS | Legal analysis ▮ | 170.00 | 0.30 | 51.00 |
| 06/27/2019 | KMC | Conferences with ▮. | 150.00 | 1.30 | 195.00 |
| 06/27/2019 | RTL | Review email ▮ | 170.00 | 0.20 | 34.00 |
| 06/27/2019 | SAB | Attention to ▮ | 155.00 | 5.10 | 790.50 |
| 06/28/2019 | CEK | Draft opposition ▮. | 155.00 | 1.00 | 155.00 |
| 06/28/2019 | CEK | Synthesize ▮. | 155.00 | 1.50 | 232.50 |
| 06/28/2019 | CEK | Revise ▮ | 155.00 | 0.30 | 46.50 |
| 06/28/2019 | CEK | Update ▮. | 155.00 | 1.00 | 155.00 |
| 06/28/2019 | GMG | Work on ▮ for call ▮; call with ▮. | 255.00 | 3.90 | 994.50 |
| 06/28/2019 | GMP | Work on ▮; telephone conference with ▮; prepare ▮; emails to ▮; review ▮. | 560.00 | 7.50 | 4,200.00 |
| 06/28/2019 | JJM | Revise ▮. | 150.00 | 2.00 | 300.00 |
| 06/28/2019 | JST | Exchange e-mails ▮; review ▮ | 195.00 | 0.10 | 19.50 |
| 06/28/2019 | KMC | Attention to ▮ modify ▮; telephone calls with ▮ | 150.00 | 2.60 | 390.00 |
| 06/28/2019 | RTL | Review ▮ | 170.00 | 0.10 | 17.00 |
| 06/28/2019 | SAB | Edit and revise ▮ | 155.00 | 5.10 | 790.50 |
| 06/29/2019 | GMP | Review ▮. | 560.00 | 0.30 | 168.00 |
| 06/30/2019 | GMP | Email ▮. | 560.00 | 0.10 | 56.00 |
| 06/30/2019 | JJM | Continue ▮. | 150.00 | 1.90 | 285.00 |
| | | For Current Services Rendered: | | 529.70 | 125499.50 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

## Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Steven A. Baldwin | Associate | 60.40 | $155.00 | $9,362.00 |
| Tonya J. Bond | Partner | 32.80 | $250.00 | $8,200.00 |
| Krista M. Cox | Paralegal | 36.20 | $150.00 | $5,430.00 |
| Gregory M. Gotwald | Partner | 145.20 | $255.00 | $37,026.00 |
| Elizabeth S. King | Case Manager | 54.30 | $150.00 | $8,145.00 |
| Christopher E. Kozak | Associate | 20.50 | $155.00 | $3,177.50 |
| Ryan T. Leagre | Associate | 0.30 | $170.00 | $51.00 |
| Jessica J. McQuillen | Paralegal | 48.00 | $150.00 | $7,200.00 |
| Tom T. Palmer | Summer Associate | 25.50 | $155.00 | $3,952.50 |
| George M. Plews | Partner | 63.40 | $560.00 | $35,504.00 |
| Kyle D. Steinbrueck | Associate | 28.40 | $170.00 | $4,828.00 |
| Joshua S. Tatum | Associate | 9.30 | $195.00 | $1,813.50 |
| Kathryn E. Zielinski | Paralegal | 5.40 | $150.00 | $810.00 |

## Expenses and Advances

| Date | Description | Amount |
|---|---|---|
| 03/31/2019 | Lexis-Nexis - Legal Research during March 2019 | 632.51 |
| 04/10/2019 | Conference Group, LLC, The - Conference Call on 4/10/19 from 3:58pm to 4:58pm. S. Cox. | 25.66 |
| 04/12/2019 | Conference Group, LLC, The - Conference Call on 4/12/19 from 2:58pm to 3:22pm - S. Cox. | 11.43 |
| 04/16/2019 | Conference Group, LLC, The - Conference Call on 4/16 from 4:57pm to 5:24pm. S. Cox. | 14.35 |
| 04/17/2019 | Jimmy John's - Lunch for Meeting - G. Gotwald. | 42.22 |
| 04/19/2019 | Conference Group, LLC, The - Conference Call on 4/19/19 from 3:58pm to 4:22pm. S. Cox. | 14.08 |
| 04/29/2019 | Conference Group, LLC, The - Conference Call on 4/29 from 5:37pm to 6:06pm (4 attendees) - S. Cox. | 3.94 |
| 04/29/2019 | Conference Group, LLC, The - Conference Call on 4/29 from 4:57 pm to 5:34pm (5 attendees) - S. Cox. | 6.71 |
| 04/30/2019 | Lexis-Nexis - Computer Research April 2019 | 659.64 |
| 05/15/2019 | Cluster Truck LLC - Lunch before bankruptcy hearing for G. Gotwald, G. Plews and Co-counsel. | 73.18 |
| 05/29/2019 | Conference Group, LLC, The - Conference Call on 5/29/19 from 3:57pm to 4:13pm (5 attendees) - S. Cox. | 2.89 |
| 05/31/2019 | Lexis-Nexis - Computer Research May 2019 | 291.35 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics Page 13
Insurance

07/17/2019

Account No: 001688.0001

Invoice No: 245980

| Date | Description | Amount |
|---|---|---:|
| 06/10/2019 | Mileage - Ride to and from Federal Court - G. Gotwald, G. Plews, Guests. | 5.80 |
| 06/18/2019 | Mileage - Hand Delivery to USAG - G. Gotwald. | 2.90 |
| 06/25/2019 | Mileage - Ride to Federal Court - G. Plews. | 1.16 |
| 06/30/2019 | Lexis-Nexis - Computer Research During June 2019 | 414.52 |
| | Copies - B&W | 55.40 |
| | Copies - Color | 1,560.80 |
| 06/06/2019 | Postage | 14.90 |
| 06/11/2019 | Postage | 1.15 |
| 06/25/2019 | Postage | 20.16 |

Sub-total Expenses and Advances: $3,854.75

Current Invoice Total: $129,354.25

**TOTAL AMOUNT DUE:** **$129,354.25**

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**