IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 24, 2019 AT 1:30 P.M.**

**Time and Date of Hearing:**  Wednesday, July 24, 2019, at 1:30 p.m. (Prevailing Eastern Time).

**Location of Hearing:**  Honorable Robyn L. Moberly, U.S. Bankruptcy Judge
Room 329
U.S. Bankruptcy Court for the Southern District of Indiana
46 East Ohio Street
Indianapolis, IN 46204

**Copies of Documents:**  Copies of all documents filed in this chapter 11 case may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

**Call-In Number For Hearing:**  The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the hearing.

**Estimated Length of Hearing:**  15 minutes.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

A.  **DEBTOR'S MATTERS**

1.  **Second Exclusivity Extension Motion:** *Debtor's Second Motion For Order Extending The Debtor's Exclusive Periods To File And To Solicit Acceptances Of A Chapter 11 Plan* [Dkt. 620].

    a.  **Status:** This matter is going forward.

    b.  **Estimated Time Required:** 5 minutes.

2.  **Second Lease Assumption Extension Motion:** *Debtor's Second Motion For Order Extending The Time Within Which The Debtor Must Assume Or Reject A Certain Unexpired Lease Of Nonresidential Real Property* [Dkt. 619].

    a.  **Status:** This matter is going forward.

    b.  **Estimated Time Required:** 5 minutes.

3.  **Lease Assumption Motion:** *Debtor's Motion For Order Authorizing The Debtor To Assume Nonresidential Leases* [Dkt. 621].

    a.  **Status:** This matter is going forward.

    b.  **Estimated Time Required:** 5 minutes.

Dated: July 22, 2019 Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*