SO ORDERED: July 25, 2019.



_____
**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 06/2019)

In re:

**USA Gymnastics**,
        Debtor.

Case No. **18–09108–RLM–11**

### ORDER GRANTING MOTION FOR AUTHORITY

A Motion for Authority was filed on July 15, 2019, by Creditor kelly cutright; Creditor Erin Kaufman; and Creditor M. DOE, a minor child.

**IT IS ORDERED** that the Motion for Authority is **GRANTED**.

Attorney for the creditors must distribute this order.

###