**SO ORDERED: July 25, 2019.**

_____
**Robyn L. Moberly
United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

**SECOND ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTOR
MUST ASSUME OR REJECT A CERTAIN UNEXPIRED LEASE OF
<u>NONRESIDENTIAL REAL PROPERTY</u>**

This matter came before the Court on the *Debtor's Second Motion For Order Extending The Time Within Which The Debtor Must Assume Or Reject A Certain Unexpired Lease Of*

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

*Nonresidential Real Property* (the "**Motion**"), filed by USA Gymnastics as debtor and debtor in possession (the "**Debtor**"), for the entry of an order pursuant to section 365(d)(4)(B)(ii) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"); and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Motion should be GRANTED.

IT IS HEREBY ORDERED:

1. The Motion is granted as set forth herein.

2. The period within which the Debtor must assume or reject the Headquarters Lease[2] is extended through and including September 30, 2019. The lessor to the Headquarters Lease provided its prior written consent to this extension of time.

3. Entry of this order is without prejudice to the Debtor's right, pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, to seek further extensions of the period within which the Debtor must assume or reject unexpired leases of nonresidential real property with the prior written consent of each lessor.

4. Nothing in the Motion or this order shall be deemed to be or construed as (i) an assumption or rejection of any contract or lease pursuant to section 365 of the Bankruptcy Code, or (ii) an admission with respect to whether any of the Debtor's contracts or leases are unexpired leases of nonresidential real property within the meaning of section 365(d)(4) of the Bankruptcy Code.

---

[2] Capitalized terms used herein but not defined shall have the meaning given to them in the Motion.

5. The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

###