In re:
Chapter 11 Case No 18-09108-RLM-11
Debtor: USA GYMNASTICS Bankruptcy
Creditor: Robin Smith
Amount Claimed: $2339.60
Claim #: 24

FILED
U.S. BANKRUPTCY COURT
INDIANAPOLIS DIVISION

AUG 02 2019

SOUTHERN DISTRICT OF INDIANA
KEVIN P. DEMPSEY, CLERK

Dear Judge Moberly,

I am a creditor in the USAGym Bankruptcy case. My claim (claim #24) is currently classified as a Priority, and I want to object to it being reclassified as unsecured. My claim is for a total of $2,339.60. $2,000 is for contract labor - I spent 8 days and 6 nights working at two training camps chaperoning young gymnasts. The remaining $339.60 represents out of pocket expenses incurred for - parking, baggage fees and per diem. USAGym contracted me and promised to pay $250 per day. My documentation is on file. Please let me know if you require additional information.

I have reviewed section 507 which indicates that wages and salaries are treated as a Priority. I don't see the difference between wages and fees related to providing *personal services* (plus out of pocket expenses). I entered into a contract with USAGym to provide my services, performed the duties as required and should expect to be given Priority for *services performed*.

I have been an active participant in women's gymnastics for over 30 years. During this time, I have given hundreds of hours a year of volunteer support to a sport I am truly passionate about. I agreed to provide my services to chaperone these young female athletes for USAGym (which required me to be away from home for 8 days) because I viewed this as an opportunity to be a part of a solution to the problems currently facing USAGym in their bankruptcy proceedings. It would seem an injustice to reclassify this expense for *personal services* from a Priority claim to an unsecured claim.

I respectfully request that my claim remain a Priority claim and not be reclassified as unsecured.

Sincerely,

*Robin A Smith*   7-31-19

Robin A. Smith
46 Chelmsworth Dr
Bella Vista, AR 72715

☒ ENVELOPE NOT PROVIDED
☒ COPIES NOT PROVIDED