## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

### NOTICE OF WITHDRAWAL OF DOCKET NO. 665

PLEASE TAKE NOTICE that the undersigned, counsel to Erin Kaufman, a creditor in the above-captioned chapter 11 case, hereby withdraws the document incorrectly filed as a *Notice of Omnibus Hearing Schedule* [Docket No. 665] (the "Notice").  The Notice pertains to *Creditor's Motion to File Claim After Bar Date* [Docket No. 657] (the "Motion"), which was filed on July 15, 2019.  The Motion itself is ***not*** being withdrawn, but will be re-noticed for the September omnibus hearing date, with a corresponding objection deadline.

DATED:  August 6, 2019          Respectfully submitted,

KLEE, TUCHIN, BOGDANOFF & STERN LLP

By:  */s/ Robert J. Pfister*
       Robert J. Pfister (IN Bar No. 23250-02)
       1999 Avenue of the Stars, 39th Floor
       Los Angeles, California 90067
       Tel: 310-407-4000
       rpfister@ktbslaw.com

       *Counsel for Erin Kaufman*

---

[1]    The last four digits of the Debtor's federal tax identification number are 7871.  The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to the following parties through the Court's Electronic Case

Filing System.  Parties may access this filing through the Court's system.

**Nancy D Adams**    ndadams@mintz.com
**Annemarie C Alonso**    annie@sllawfirm.com
**Steven Baldwin**    sbaldwin@psrb.com, rmatthews@psrb.com
**Martin Beeler**    mbeeler@cov.com
**Daniel D. Bobilya**    dan@b-blegal.com, sarah@b-blegal.com
**Megan A Bonanni**    mbonanni@pittlawpc.com
**Tonya J. Bond**    tbond@psrb.com, jscobee@psrb.com
**Wendy D Brewer**    wbrewer@fmdlegal.com, cbellner@fmdlegal.com
**Kenneth H. Brown**    kbrown@pszjlaw.com
**Charles D. Bullock**    cbullock@sbplclaw.com, lhaas@sbplclaw.com
**George Calhoun**    george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
**Douglas N. Candeub**    dcandeub@morrisjames.com
**John Cannizzaro**    john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
**Deborah Caruso**    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
**Dianne Coffino**    dcoffino@cov.com
**Jesse Max Creed**    creed@psb.law, alegria@psb.law
**Heather M. Crockett**    Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
**Alex Cunny**    acunny@manlystewart.com
**Edward DeVries**    edward.devries@wilsonelser.com
**Karen M Dixon**    kdixon@skarzynski.com
**Kimberly A. Dougherty**    kim.dougherty@andruswagstaff.com, sandra.martin@andruswagstaff.com
**Laura A DuVall**    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
**Jeffrey B. Fecht**    jfecht@rbelaw.com, rmcclintic@rbelaw.com
**Sarah Lynn Fowler**    sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
**Eric D Freed**    efreed@cozen.com, mmerola@cozen.com
**Frances Gecker**    fgecker@fgllp.com, csmith@fgllp.com;csucic@fgllp.com;mmatlock@fgllp.com
**Cameron Getto**    cgetto@zacfirm.com
**Steven W Golden**    sgolden@pszjlaw.com
**Douglas Gooding**    dgooding@choate.com
**Gregory Michael Gotwald**    ggotwald@psrb.com, scox@psrb.com
**Manvir Singh Grewal**    mgrewal@4grewal.com
**Susan N Gummow**    sgummow@fgppr.com, bcastillo@fgppr.com
**Katherine Hance**    khance@goodwin.com

**Samuel D. Hodson**   shodson@taftlaw.com, aolave@taftlaw.com
**Jeffrey A Hokanson**   jeff.hokanson@icemiller.com, bgnotices@icemiller.com
**John R. Humphrey**   jhumphrey@taftlaw.com, aolave@taftlaw.com
**Cassandra Jones**   cjones@walkerwilcox.com,
vhosek@wwmlawyers.com;docket@walkerwilcox.com
**Bruce L. Kamplain**   bkamplain@ncs-law.com, dhert@ncs-law.com;klong@ncs-law.com
**Kevin P Kamraczewski**   kevin@kevinklaw.com
**Ronald David Kent**   ronald.kent@dentons.com
**Adam L. Kochenderfer**   akochenderfer@wolfsonbolton.com
**Christopher Kozak**   ckozak@psrb.com
**Micah R Krohn**   mkrohn@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
**Carl N. Kunz**   ckunz@morrisjames.com, jdawson@morrisjames.com
**Cynthia Lasher**   clasher@ncs-law.com, dcouch@ncs-law.com;dhert@ncs-law.com
**Adam Le Berthon**   adam.leberthon@wilsonelser.com
**Martha R. Lehman**   mlehman@salawus.com,
marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
**Jonathan C Little**   jon@sllawfirm.com
**Michael M. Marick**   mmarick@skarzynski.com
**Jonathan Marshall**   jmarshall@choate.com
**Phillip Alan Martin**   pmartin@fmdlegal.com, cbellner@fmhd.com
**John McDonald**   jmcdonald@briggs.com
**Mathilda S. McGee-Tubb**   msmcgee-tubb@mintz.com
**Harley K Means**   hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
**Geoffrey M. Miller**   geoffrey.miller@dentons.com, ndil_ecf@dentons.com
**Robert Millner**   robert.millner@dentons.com, ndil_ecf@dentons.com
**James P Moloy**   jmoloy@boselaw.com,
dlingenfelter@boselaw.com;mwakefield@boselaw.com
**Ronald J. Moore**   Ronald.Moore@usdoj.gov
**Whitney L Mosby**   wmosby@bgdlegal.com, fwolfe@bgdlegal.com
**Joel H. Norton**   jnorton@rsslawoffices.com
**Michael P. O'Neil**   moneil@taftlaw.com, aolave@taftlaw.com
**Weston Erick Overturf**   wes.overturf@mbcblaw.com,
deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
**Dean Panos**   dpanos@jenner.com
**Stephen Jay Peters**   speters@kgrlaw.com, acooper@kgrlaw.com
**Ginny L. Peterson**   gpeterson@k-glaw.com, acoy@k-glaw.com
**Robert J Pfister**   rpfister@ktbslaw.com
**John Thomas Piggins**   pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
**Michael L Pitt**   mpitt@pittlawpc.com
**George Plews**   gplews@psrb.com
**Amanda Koziura Quick**   amanda.quick@atg.in.gov, Marie.Baker@atg.in.gov
**Michael L. Ralph**   mralph@rsslawoffices.com

**Abigail E. Rocap**    arocap@batescarey.com
**Melissa M. Root**    mroot@jenner.com, wwilliams@jenner.com
**James Pio Ruggeri**    jruggeri@goodwin.com
**Syed Ali Saeed**    ali@sllawfirm.com, betty@sllawfirm.com
**Ilan D Scharf**    ischarf@pszjlaw.com
**Thomas C Scherer**    tscherer@bgdlegal.com, fwolfe@bgdlegal.com
**David J. Schwab**    djschwab@rsslawoffices.com
**Igor Shleypak**    ishleypak@fgppr.com, jfecteau@fgppr.com
**Casey Ray Stafford**    cstafford@k-glaw.com, lsmith@k-glaw.com
**James I. Stang**    jstang@pszjlaw.com
**Catherine L. Steege**    csteege@jenner.com,
mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
**Laura B. Stephens**    lbstephens@mintz.com
**Keith Teel**    kteel@cov.com
**Meredith R. Theisen**    mtheisen@rubin-levin.net,
atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
**U.S. Trustee**    ustpregion10.in.ecf@usdoj.gov
**Susan Walker**    susan.walker@dentons.com
**Joshua D Weinberg**    jweinberg@goodwin.com
**Mark R. Wenzel**    mwenzel@salawus.com, pdidandeh@salawus.com
**Gabriella B. Zahn-Bielski**    gzahnbielski@cov.com