IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-9108-RLM-11 |

**NOTICE OF DEVELOPMENT SPECIALISTS, INC.'S STATEMENT FOR SERVICES RENDERED AND EXPENSES INCURRED IN JULY 2019**

PLEASE TAKE NOTICE that on August 9, 2019, Development Specialists, Inc. as Consultants to Fred C. Caruso, not individually, but as Future Claimants' Representative in this case, submitted its invoice for fees and expenses incurred between July 1, 2019 and July 31, 2019 (the "**Invoice**"), in accordance with the *Order Granting Debtor's Motion for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Dkt. 187] (the "**Interim Compensation Order**").

PLEASE TAKE FURTHER NOTICE that the Invoice, attached hereto as <u>Exhibit A</u>, seeks compensation for $7,085.00 in fees and $67.27 in expenses.

PLEASE TAKE FURTHER NOTICE **that any objections to the Invoice must be filed and served upon the undersigned counsel by August 23, 2019 at 4:00 p.m. (prevailing Eastern Time) in accordance with the Interim Compensation Order**.

PLEASE TAKE FURTHER NOTICE that, if no objection is timely filed, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoice, subject to final approval by the Court at a future hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

{USAGYM/001/00056961.DOCX/}

August 9, 2019                                    Respectfully submitted,

**DEVELOPMENT SPECIALISTS, INC.**


By:      /s/ Micah R. Krohn

Frances Gecker *(admitted pro hac vice)*
Micah R. Krohn *(admitted pro hac vice)*
FrankGecker LLP
1327 W. Washington Blvd., Ste. 5G-H
Chicago, Illinois 60607
(312) 276-1400
fgecker@fgllp.com
mkrohn@fgllp.com

*Counsel to Fred C. Caruso, Future Claimants' Representative*


## CERTIFICATE OF SERVICE

I, Micah R. Krohn, an attorney, hereby certify that on August 9, 2019 a copy of the foregoing *Notice of Development Specialists, Inc.'s Statement for Services Rendered and Expenses Incurred in July 2019* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Nancy D Adams    ndadams@mintz.com
Annemarie C Alonso    annie@sllawfirm.com
Steven Baldwin    sbaldwin@psrb.com, rmatthews@psrb.com
Martin Beeler    mbeeler@cov.com
Daniel D. Bobilya    dan@b-blegal.com, sarah@b-blegal.com
Megan A Bonanni    mbonanni@pittlawpc.com
Tonya J. Bond    tbond@psrb.com, jscobee@psrb.com
Wendy D Brewer    wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kenneth H. Brown    kbrown@pszjlaw.com
Charles D. Bullock    cbullock@sbplclaw.com, lhaas@sbplclaw.com
George Calhoun    george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
Douglas N. Candeub    dcandeub@morrisjames.com
John Cannizzaro    john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Dianne Coffino    dcoffino@cov.com
Jesse Max Creed    creed@psb.law, alegria@psb.law
Heather M. Crockett    Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov

Alex Cunny    acunny@manlystewart.com
Edward DeVries    edward.devries@wilsonelser.com
Karen M Dixon    kdixon@skarzynski.com
Kimberly A. Dougherty    kim.dougherty@andruswagstaff.com, sandra.martin@andruswagstaff.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Jeffrey B. Fecht    jfecht@rbelaw.com, rmcclintic@rbelaw.com
Sarah Lynn Fowler    sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Eric D Freed    efreed@cozen.com, mmerola@cozen.com
Frances Gecker    fgecker@fgllp.com, csmith@fgllp.com;csucic@fgllp.com;mmatlock@fgllp.com
Cameron Getto    cgetto@zacfirm.com
Steven W Golden    sgolden@pszjlaw.com
Douglas Gooding    dgooding@choate.com
Gregory Michael Gotwald    ggotwald@psrb.com, scox@psrb.com
Manvir Singh Grewal    mgrewal@4grewal.com
Susan N Gummow    sgummow@fgppr.com, bcastillo@fgppr.com
Katherine Hance    khance@goodwin.com
Samuel D. Hodson    shodson@taftlaw.com, aolave@taftlaw.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com, bgnotices@icemiller.com
John R. Humphrey    jhumphrey@taftlaw.com, aolave@taftlaw.com
Cassandra Jones    cjones@walkerwilcox.com, vhosek@wwmlawyers.com;docket@walkerwilcox.com
Bruce L. Kamplain    bkamplain@ncs-law.com, dhert@ncs-law.com;klong@ncs-law.com
Kevin P Kamraczewski    kevin@kevinklaw.com
Ronald David Kent    ronald.kent@dentons.com
Adam L. Kochenderfer    akochenderfer@wolfsonbolton.com
Christopher Kozak    ckozak@psrb.com
Micah R Krohn    mkrohn@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
Carl N. Kunz    ckunz@morrisjames.com, jdawson@morrisjames.com
Cynthia Lasher    clasher@ncs-law.com, dcouch@ncs-law.com;dhert@ncs-law.com
Adam Le Berthon    adam.leberthon@wilsonelser.com
Martha R. Lehman    mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Jonathan C Little    jon@sllawfirm.com
Michael M. Marick    mmarick@skarzynski.com
Jonathan Marshall    jmarshall@choate.com
Phillip Alan Martin    pmartin@fmdlegal.com, cbellner@fmhd.com
John McDonald    jmcdonald@briggs.com
Mathilda S. McGee-Tubb    msmcgee-tubb@mintz.com
Harley K Means    hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
Geoffrey M. Miller    geoffrey.miller@dentons.com, ndil_ecf@dentons.com
Robert Millner    robert.millner@dentons.com, ndil_ecf@dentons.com
James P Moloy    jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Whitney L Mosby    wmosby@bgdlegal.com, fwolfe@bgdlegal.com
Joel H. Norton    jnorton@rsslawoffices.com
Michael P. O'Neil    moneil@taftlaw.com, aolave@taftlaw.com
Weston Erick Overturf    wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Dean Panos    dpanos@jenner.com

Stephen Jay Peters     speters@kgrlaw.com, acooper@kgrlaw.com
Ginny L. Peterson     gpeterson@k-glaw.com, acoy@k-glaw.com
Robert J Pfister     rpfister@ktbslaw.com
John Thomas Piggins     pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
Michael L Pitt     mpitt@pittlawpc.com
George Plews     gplews@psrb.com
Amanda Koziura Quick     amanda.quick@atg.in.gov, Marie.Baker@atg.in.gov
Michael L. Ralph     mralph@rsslawoffices.com
Abigail E. Rocap     arocap@batescarey.com
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
James Pio Ruggeri     jruggeri@goodwin.com
Syed Ali Saeed     ali@sllawfirm.com, betty@sllawfirm.com
Ilan D Scharf     ischarf@pszjlaw.com
Thomas C Scherer     tscherer@bgdlegal.com, fwolfe@bgdlegal.com
David J. Schwab     djschwab@rsslawoffices.com
Igor Shleypak     ishleypak@fgppr.com, jfecteau@fgppr.com
Heather Elizabeth Simpson     heather.simpson@kennedyscmk.com
Casey Ray Stafford     cstafford@k-glaw.com, lsmith@k-glaw.com
James I. Stang     jstang@pszjlaw.com
Catherine L. Steege     csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
Laura B. Stephens     lbstephens@mintz.com
Keith Teel     kteel@cov.com
Meredith R. Theisen     mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Susan Walker     susan.walker@dentons.com
Joshua D Weinberg     jweinberg@goodwin.com
Mark R. Wenzel     mwenzel@salawus.com, pdidandeh@salawus.com
Gabriella B. Zahn-Bielski     gzahnbielski@cov.com

     I further certify that on August 9, 2019, a copy of the foregoing *Notice of Development Specialists, Inc.'s Statement for Services Rendered and Expenses Incurred in July, 2019* was served via electronic mail to the following:

    United States Olympic Committee:  Chris McCleary at chrismccleary@usoc.org
    The Alexander, A Dolce Hotel and Wyndham Hotel Group LLC:  Daniel M. Eliades at daniel.eliades@klgates.com and David S. Catuogno at david.catuogno@klgates.com

and by U.S. Mail to:

    USA Gymnastics
    130 E. Washington St., Ste. 700
    Indianapolis, IN 46204

                              /s/ *Micah R. Krohn*

{USAGYM/001/00056961.DOCX/}