IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**PACHULSKI STANG ZIEHL & JONES LLP'S NOTICE
OF INVOICE FOR MAY 1, 2019 THROUGH MAY 31, 2019**

**PLEASE TAKE NOTICE** that on August 15, 2019, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as co-counsel to the Additional Tort Claimants Committee of Sexual Abuse Survivors (the "Sexual Abuse Survivors' Committee"), submitted a monthly invoice for fees and expenses incurred between May 1, 2019 and May 31, 2019 (the "Invoice"), in accordance with the *Order Granting Debtor's Motion for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Interim Compensation Order") [Doc 187].

**PLEASE TAKE FURTHER NOTICE** that the Invoice, attached hereto as **Exhibit A**, seeks compensation for $233,000.50 in fees and reimbursement of $1,454.99 in expenses.

**PLEASE TAKE FURTHER NOTICE** that any party that has an objection to the compensation and reimbursement set forth in this notice, must serve upon the undersigned counsel a written notice of objection by **August 29, 2019** at **4:00 p.m. (prevailing Eastern time)**, in accordance with the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that, if no written notice of objection is timely received, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoice, subject to final approval by the Court at a future hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

Dated: August 15, 2019

*/s/ James I. Stang*
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq. (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jstang@pszjlaw.com
        isharf@pszjlaw.com

-and-

RUBIN & LEVIN, P.C.

*/s/ Meredith R. Theisen*
Meredith R. Theisen, Esq.
Deborah J. Caruso, Esq.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 634-0300
Facsimile: (317) 263-9411
Email: dcaruso@rubin-levin.net
       mtheisen@rubin-levin.net

*Counsel for the Sexual Abuse Survivors' Committee*

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 15, 2019 a copy of the foregoing *Pachulski Stang Ziehl & Jones LLP's Notice of Invoice for May 1, 2019 through May 31, 2019* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Nancy D Adams ndadams@mintz.com
Annemarie C Alonso annie@sllawfirm.com
Steven Baldwin sbaldwin@psrb.com, rmatthews@psrb.com
Martin Beeler mbeeler@cov.com
Daniel D. Bobilya dan@b-blegal.com, sarah@b-blegal.com
Megan A Bonanni mbonanni@pittlawpc.com
Tonya J. Bond tbond@psrb.com, jscobee@psrb.com
Wendy D Brewer wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kenneth H. Brown kbrown@pszjlaw.com
Charles D. Bullock cbullock@sbplclaw.com, lhaas@sbplclaw.com
George Calhoun george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
Douglas N. Candeub dcandeub@morrisjames.com
John Cannizzaro john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
Deborah Caruso dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Dianne Coffino dcoffino@cov.com
Jesse Max Creed creed@psb.law, alegria@psb.law
Heather M. Crockett Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
Alex Cunny acunny@manlystewart.com
Edward DeVries edward.devries@wilsonelser.com
Karen M Dixon kdixon@skarzynski.com
Kimberly A. Dougherty kim.dougherty@andruswagstaff.com, sandra.martin@andruswagstaff.com
Laura A DuVall Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Jeffrey B. Fecht jfecht@rbelaw.com, rmcclintic@rbelaw.com
Sarah Lynn Fowler sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Eric D Freed efreed@cozen.com, mmerola@cozen.com
Frances Gecker fgecker@fgllp.com, csmith@fgllp.com;csucic@fgllp.com;mmatlock@fgllp.com
Cameron Getto cgetto@zacfirm.com
Steven W Golden sgolden@pszjlaw.com
Douglas Gooding dgooding@choate.com
Gregory Michael Gotwald ggotwald@psrb.com, scox@psrb.com
Manvir Singh Grewal mgrewal@4grewal.com
Susan N Gummow sgummow@fgppr.com, bcastillo@fgppr.com
Katherine Hance khance@goodwin.com
Samuel D. Hodson shodson@taftlaw.com, aolave@taftlaw.com
Jeffrey A Hokanson jeff.hokanson@icemiller.com, bgnotices@icemiller.com
John R. Humphrey jhumphrey@taftlaw.com, aolave@taftlaw.com

Cassandra Jones     cjones@walkerwilcox.com, vhosek@wwmlawyers.com;docket@walkerwilcox.com
Bruce L. Kamplain     bkamplain@ncs-law.com, dhert@ncs-law.com;klong@ncs-law.com
Kevin P Kamraczewski     kevin@kevinklaw.com
Ronald David Kent     ronald.kent@dentons.com
Adam L. Kochenderfer     akochenderfer@wolfsonbolton.com
Christopher Kozak     ckozak@psrb.com
Micah R Krohn     mkrohn@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
Carl N. Kunz     ckunz@morrisjames.com, jdawson@morrisjames.com
Cynthia Lasher     clasher@ncs-law.com, dcouch@ncs-law.com;dhert@ncs-law.com
Adam Le Berthon     adam.leberthon@wilsonelser.com
Martha R. Lehman     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Jonathan C Little     jon@sllawfirm.com
Michael M. Marick     mmarick@skarzynski.com
Jonathan Marshall     jmarshall@choate.com
Phillip Alan Martin     pmartin@fmdlegal.com, cbellner@fmhd.com
John McDonald     jmcdonald@briggs.com
Mathilda S. McGee-Tubb     msmcgee-tubb@mintz.com
Harley K Means     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
Geoffrey M. Miller     geoffrey.miller@dentons.com, ndil_ecf@dentons.com
Robert Millner     robert.millner@dentons.com, ndil_ecf@dentons.com
James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Whitney L Mosby     wmosby@bgdlegal.com, fwolfe@bgdlegal.com
Joel H. Norton     jnorton@rsslawoffices.com
Michael P. O'Neil     moneil@taftlaw.com, aolave@taftlaw.com
Weston Erick Overturf     wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Dean Panos     dpanos@jenner.com
Stephen Jay Peters     speters@kgrlaw.com, acooper@kgrlaw.com
Ginny L. Peterson     gpeterson@k-glaw.com, acoy@k-glaw.com
Robert J Pfister     rpfister@ktbslaw.com
John Thomas Piggins     pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
Michael L Pitt     mpitt@pittlawpc.com
George Plews     gplews@psrb.com
Amanda Koziura Quick     amanda.quick@atg.in.gov, Marie.Baker@atg.in.gov
Michael L. Ralph     mralph@rsslawoffices.com
Abigail E. Rocap     arocap@batescarey.com
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
James Pio Ruggeri     jruggeri@goodwin.com
Syed Ali Saeed     ali@sllawfirm.com, betty@sllawfirm.com
Ilan D Scharf     ischarf@pszjlaw.com
Thomas C Scherer     tscherer@bgdlegal.com, fwolfe@bgdlegal.com

4

David J. Schwab    djschwab@rsslawoffices.com
Igor Shleypak    ishleypak@fgppr.com, jfecteau@fgppr.com
Heather Elizabeth Simpson    heather.simpson@kennedyscmk.com
Casey Ray Stafford    cstafford@k-glaw.com, lsmith@k-glaw.com
James I. Stang    jstang@pszjlaw.com
Catherine L. Steege    csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
Laura B. Stephens    lbstephens@mintz.com
Keith Teel    kteel@cov.com
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Susan Walker    susan.walker@dentons.com
Joshua D Weinberg    jweinberg@goodwin.com
Mark R. Wenzel    mwenzel@salawus.com, pdidandeh@salawus.com
Gabriella B. Zahn-Bielski    gzahnbielski@cov.com

    I further certify that on August 15, 2019, a copy of the foregoing *Pachulski Stang Ziehl & Jones LLP's Notice of Invoice for May 1, 2019 through May 31, 2019* was served via electronic mail to the following:

**United States Olympic Committee:** Chris McCleary at Chris.McCleary@usoc.org
**The Alexander, a Dolce Hotel and Wyndham Hotel Group, LLC:** Daniel M. Eliades at daniel.eliades@klgates.com and David S. Catuogno at david.catuogno@klgates.com

    */s/ Meredith R. Theisen*
    Meredith R. Theisen

f:\wp80\genlit\usa gymnastics-86756901\drafts\notices of invoice\pszj\notice pszj - 052019.docx