SO ORDERED: August 19, 2019.



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

### ORDER DISALLOWING DUPLICATIVE CLAIMS

This matter came before the Court on the *Debtor's First Omnibus Objection To Duplicative Claims And Notice Of Response Deadline* (the "**First Omnibus Claims Objection**"),[2] filed by

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

[2] Capitalized terms used herein and not defined shall have the meaning given to them in the Debtor's First Omnibus Claims Objection.

USA Gymnastics as debtor and debtor in possession (the "**Debtor**"), for the entry of an order pursuant to section 502 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, Rule 3007(d)(1) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana (the "**Local Rules**"); and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B); (iii) sufficient notice was given under the Bankruptcy Rules and Local Rules; and (iv) and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines that the Debtor's First Omnibus Claims Objection should be SUSTAINED.

IT IS HEREBY ORDERED:

1. The Debtor's First Omnibus Claims Objection is sustained.

2. The Duplicative Claims listed on Exhibit 1 are hereby disallowed in their entirety.

3. This Order does not allow or disallow the Remaining Claims also listed on Exhibit 1.

4. The Debtor retains the right to further object to any or all of the claims filed against the Debtor's estate on any basis whatsoever.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

# **EXHIBIT 1**

**List of Duplicative Claims & Remaining Claims**

**USA Gymnastics**
**First Omnibus Objection**
**List Of Duplicative Claims & Remaining Claims**

| Claimant's Name | Remaining Claim Number(s) | Duplicative Claim Number | Duplicative Claim Amount | Grounds For Objection | Proposed Treatment |
|---|---|---|---|---|---|
| All Olympia Gymnastics Center Inc. c/o Law Office Of Whitney Ackerman Attn: Whitney D. Ackerman 858 S. Bedford St. Ste. 301 Los Angeles, CA 90035 | 143 | 127 | $10,000,000.00 | Claim 127 is duplicative of claim 143. | Disallow claim 127. |
| All Olympia Gymnastics Center Inc. c/o Law Office Of Whitney Ackerman Attn: Whitney D. Ackerman 858 S. Bedford St. Ste. 301 Los Angeles, CA 90035 | 143 | 130 | $10,000,000.00 | Claim 130 is duplicative of claim 143. | Disallow claim 130. |
| Artur Akopyan c/o Law Office Of Whitney Ackerman Attn: Whitney D. Ackerman 858 S. Bedford St. Ste. 301 Los Angeles, CA 90035 | 189 | 128 | $10,000,000.00 | Claim 128 is duplicative of claim 189. | Disallow claim 128. |
| Artur Akopyan c/o Law Office Of Whitney Ackerman Attn: Whitney D. Ackerman 858 S. Bedford St. Ste. 301 Los Angeles, CA 90035 | 189 | 141 | $10,000,000.00 | Claim 141 is duplicative of claim 189. | Disallow claim 141. |
| Cindy Morano | 44 | 179 | $1,000.00 | Claim 179 is duplicative of claim 44. | Disallow claim 179. |
| Cindy Morano | 44 | 180 | $19.77 | Claim 180 is duplicative of claim 44. | Disallow claim 180. |
| Galina G. Burns | 204 | 52 | $750.00 | Claim 52 is duplicative of claim 204. | Disallow claim 52. |
| Galina G. Burns | 206 | 204 | $1,000.00 | Claim 204 is duplicative of claim 206. | Disallow claim 204. |

**USA Gymnastics**
**First Omnibus Objection**
**List Of Duplicative Claims & Remaining Claims**

| Claimant's Name | Remaining Claim Number(s) | Duplicative Claim Number | Duplicative Claim Amount | Grounds For Objection | Proposed Treatment |
|---|---|---|---|---|---|
| Galina Marinova<br>c/o Law Office Of Whitney Ackerman<br>Attn: Whitney D. Ackerman<br>858 S. Bedford St. Ste. 301<br>Los Angeles, CA 90035 | 147 | 129 | $10,000,000.00 | Claim 129 is duplicative of claim 147. | Disallow claim 129. |
| Galina Marinova<br>c/o Law Office Of Whitney Ackerman<br>Attn: Whitney D. Ackerman<br>858 S. Bedford St. Ste. 301<br>Los Angeles, CA 90035 | 147 | 142 | $10,000,000.00 | Claim 142 is duplicative of claim 147. | Disallow claim 142. |
| Glenn Morris | 55 | 203 | $350.00 | Claim 203 is duplicative of claim 55. | Disallow claim 203. |
| Heather M. Forbes | 197 & 198 | 31 | $280.00 | Claim 31 is duplicative of claims 197 and 198. | Disallow claim 31. |
| Heather M. Forbes | 199 & 200 | 30 | $1,060.00 | Claim 30 is duplicative of claims 199 and 200. | Disallow claim 30. |
| Igor Vernyi | 48 | 150 | $700.00 | Claim 150 is duplicative of claim 48. | Disallow claim 150. |
| Igor Vernyi | 48 | 223 | $700.00 | Claim 223 is duplicative of claim 48. | Disallow claim 223. |
| Jane Doe AC | Sexual Abuse Claim 542 | 92 | $1,000,000.00 | Claim 92 is duplicative of sexual abuse claim 542. | Disallow claim 92. |
| Laurent Landi | 174 | 14 | $36,333.00 | Claim 14 is duplicative of claim 174. | Disallow claim 14. |
| Linda McDonald | 219 | 91 | $177.01 | Claim 91 is duplicative of claim 219. | Disallow claim 91. |

**USA Gymnastics**
**First Omnibus Objection**
**List Of Duplicative Claims & Remaining Claims**

| Claimant's Name | Remaining Claim Number(s) | Duplicative Claim Number | Duplicative Claim Amount | Grounds For Objection | Proposed Treatment |
|---|---|---|---|---|---|
| Linda McDonald | 220 & 221 | 219 | $177.01 | Claim 219 is duplicative of claims 220 and 221. | Disallow claim 219. |
| Marilyn J. Wallace | 159 & 160 | 5 | $1,131.76 | Claim 5 is duplicative of claims 159 and 160. | Disallow claim 5. |
| Mary Lou Ackman | 33 | 163 | $310.57 | Claim 163 is duplicative of claim 33. | Disallow claim 163. |
| Mary Lou Ackman | 164 & 165 | 33 | $310.57 | Claim 33 is duplicative of claims 164 and 165. | Disallow claim 33. |
| Mia Brooks | 69 | 134 | $550.00 | Claim 134 is duplicative of claim 69. | Disallow claim 134. |
| Mia Brooks | 70 | 133 | $181.00 | Claim 133 is duplicative of claim 70. | Disallow claim 133. |
| Myra Elfenbein | 136 | 87 | $163.27 | Claim 87 is duplicative of claim 136. | Disallow claim 87. |
| Nichole Otterson | 154, 155, 156, & 176 | 54 | $315.96 | Claim 54 is duplicative of claims 154, 155, 156, and 176. | Disallow claim 54. |
| Sarah Jantzi | 46 | 40 | $1,000.00 | Claim 40 is duplicative of claim 46. | Disallow claim 40. |
| Sarah Jantzi | 47 | 39 | $11,333.00 | Claim 39 is duplicative of claim 47. | Disallow claim 39. |
| Security Concepts Group LLC Attn: James Cameron 848 N. Rainbow Blvd. #4852 Las Vegas, NV 89107 | 18 | 16 | $9,080.00 | Claim 16 is duplicative of claim 18. | Disallow claim 16. |

3

**USA Gymnastics**
**First Omnibus Objection**
**List Of Duplicative Claims & Remaining Claims**

| Claimant's Name | Remaining Claim Number(s) | Duplicative Claim Number | Duplicative Claim Amount | Grounds For Objection | Proposed Treatment |
|---|---|---|---|---|---|
| Security Concepts Group LLC<br>Attn: James Cameron<br>848 N. Rainbow Blvd. #4852<br>Las Vegas, NV 89107 | 201 | 18 | $9,080.00 | Claim 18 is duplicative of claim 201. | Disallow claim 18. |
| Security Concepts Group<br>Attn: James Cameron<br>848 N. Rainbow Blvd. #4852<br>Las Vegas, NV 89107 | 202 | 17 | $7,640.00 | Claim 17 is duplicative of claim 202. | Disallow claim 17. |
| Stephen Arkell | 13 | 6 | $2,033.59 | Claim 6 is duplicative of claim 13. | Disallow claim 6. |
| Stephen Arkell | 13 | 11 | $2,033.59 | Claim 11 is duplicative of claim 13. | Disallow claim 11. |
| Stephen D. Penny, Jr. | 285 | 194 | $339,999.96 | Claim 194 is duplicative of claim 285. | Disallow claim 194. |
| Susan Monahan | 97 | 96 | $373.67 | Claim 96 is duplicative of claim 97. | Disallow claim 96. |
| Susan Monahan | 97 | 171 | $115.00 | Claim 171 is duplicative of claim 97. | Disallow claim 171. |
| Susan Monahan | 97 | 172 | $193.67 | Claim 172 is duplicative of claim 97. | Disallow claim 172. |
| Susan Monahan | 97 | 173 | $373.67 | Claim 173 is duplicative of claim 97. | Disallow claim 173. |
| Tamara Biggs | 23 | 22 | $11,160.73 | Claim 22 is duplicative of claim 23. | Disallow claim 22. |
| Tanaya Williams | 82 | 339 | $168.02 | Claim 339 is duplicative of claim 82. | Disallow claim 339. |
| Tanaya Williams | 82 | 340 | $750.00 | Claim 340 is duplicative of claim 82. | Disallow claim 340. |

**USA Gymnastics**
**First Omnibus Objection**
**List Of Duplicative Claims & Remaining Claims**

| Claimant's Name | Remaining Claim Number(s) | Duplicative Claim Number | Duplicative Claim Amount | Grounds For Objection | Proposed Treatment |
|---|---|---|---|---|---|
| Terin Humphrey | 145 | 77 | $1,640.40 | Claim 77 is duplicative of claim 145. | Disallow claim 77. |
| Thomas Meadows | 66 | 192 | $3,000.00 | Claim 192 is duplicative of claim 66. | Disallow claim 192. |
| Tiffany Hirschberger | 196 | 104 | $1,000.00 | Claim 104 is duplicative of claim 196. | Disallow claim 104. |
| Trampoline & Tumbling Express PO Box 82036 Lafayette, LA 70598 | 109 | 93 | $129.63 | Claim 93 is duplicative of claim 109. | Disallow claim 93. |
| Viatcheslav Glazounov | 21 | 149 | $21,333.00 | Claim 149 is duplicative of claim 21. | Disallow claim 149. |