IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**NOTICE OF DRAW BY DEBTOR'S COUNSEL
FOR JULY 2019**

PLEASE TAKE NOTICE that on August 19, 2019, Plews Shadley Racher & Braun LLP, as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case, submitted a monthly invoice for fees and expenses incurred between July 1, 2019 and July 31, 2019 (the "**July 2019 Invoice**"),[2] in accordance with the *Order Granting Debtor's Motion For Entry Of Order Establishing Procedures For Interim Compensation And Reimbursement Of Professionals* [Dkt. 187] (the "**Interim Compensation Order**").

PLEASE TAKE FURTHER NOTICE that the July 2019 Invoice, attached hereto as Exhibit A, seeks compensation for $212,043.50 in fees and $4,692.31 in expenses.

PLEASE TAKE FURTHER NOTICE **that any objections to the Invoices must be served upon the undersigned counsel by September 3, 2019 at 4:00 p.m. (prevailing Eastern time), in accordance with the Interim Compensation Order**.

PLEASE TAKE FURTHER NOTICE that, if no objection is timely filed, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoices, subject to final approval by the Court at a future hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

[2] The Invoice is redacted to avoid the disclosure of privileged and confidential information.

Dated: August 19, 2019                                Respectfully submitted,

   */s/ Gregory M. Gotwald*
Gregory M. Gotwald, Atty. No. 24911-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
ggotwald@psrb.com

*Counsel for Debtor USA Gymnastics*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Martin Beeler mbeeler@cov.com
Daniel D. Bobilya dan@b-blegal.com
Kenneth H. Brown kbrown@pszjlaw.com
Charles D. Bullock cbullock@sbplclaw.com
George Calhoun george@ifrahlaw.com
John Cannizzaro john.cannizzaro@icemiller.com
Deborah Caruso dcaruso@rubin-levin.net
David Catuogno david.catuogno@klgates.com
R. Alexander Clark aclark@cov.com
Dianne Coffino dcoffino@cov.com
Laura A. DuVall laura.duvall@usdoj.gov
Daniel Eliades daniel.eliades@klgates.com
Sarah L. Fowler sarah.fowler@mbcblaw.com
Cameron R. Getto cgetto@zacfirm.com
Steven W. Golden sgolden@pszjlaw.com
Manvir Grewal Sr. mgrewal@4grewal.com
Susan N. Gummow sgummow@fgppr.com
Katherine Hance khance@goodwin.com
Jeffrey Hester jhester@hbkfirm.com
Samuel D. Hodson shodson@taftlaw.com
Jeffrey A. Hokanson jeff.hokanson@icemiller.com
John R. Humphrey jhumphrey@taftlaw.com
Kevin P. Kamraczewski kevin@kevinklaw.com
Ronald Kent ronald.kent@dentons.com
Adam L. Kochenderfer akochenderfer@wolfsonbolton.com
Carl Kunz ckunz@morrisjames.com
Martha Lehman mlehman@salawus.com
Chris McCleary chris.mccleary@usoc.org
Harley K. Means hmeans@kgrlaw.com
Geoffrey Miller geoffrey.miller@dentons.com
Robert Millner robert.millner@dentons.com
James Moloy jmoloy@boselaw.com
Ronald J. Moore ronald.moore@usdoj.gov
Whitney Mosby wmosby@bgdlegal.com
Joel Norton jnorton@rsslawoffices.com
Michael P. O'Neil moneil@taftlaw.com
Weston E. Overturf wes.overturf@mbcblaw.com
Dean N. Panos dpanos@Jenner.Com
John T Piggins pigginsj@millerjohnson.com
Stephen J. Peters speters@kgrlaw.com
Amanda Quick amanda.quick@atg.in.gov

Michael Ralph mralph@rsslawoffices.com
Melissa M. Root mroot@Jenner.com
James Ruggeri jruggeri@goodwin.com
Syed Ali Saeed ali@sllawfirm.com
Ilan Scharf ischarf@pszjlaw.com
Thomas Scherer tscherer@bgdlegal.com
David Schwab djschwab@rsslawoffices.com
Igor Shleypak ishleypak@fgppr.com
James I. Stang jstang@pszjlaw.com
Catherine L. Steege csteege@Jenner.Com
Keith A. Teel kteel@cov.com
Meredith Theisen mtheisen@rubin-levin.net
Susan Walker susan.walker@dentons.com
Joshua Weinberg jweinberg@goodwin.com
Mark Wenzel mwenzel@salawus.com
Gabriella Zahn-Bielski gzahnbielski@cov.com


    */s/ Gregory M. Gotwald*

# EXHIBIT A

**Plews Shadley Racher & Braun LLP July 2019 Invoice**

# PLEWS SHADLEY RACHER & BRAUN LLP

Attorneys At Law
1346 North Delaware Street
Indianapolis, IN 46202-2415

Telephone: (317) 637-0700    Facsimile: (317) 637-0710

Tax ID #35-1746444

08/15/2019

USA Gymnastics
Accounts Payable
130 E. Washington St., Suite 700
Indianapolis, IN 46204

Account No: 001688.0001
Invoice No: 246566

Client: USA Gymnastics
Matter Description: Insurance

For Services Rendered Through 7/31/2019

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/2019 | CEK | Revise ▓▓▓. | 155.00 | 0.40 | 62.00 |
| 07/01/2019 | CEK | Update ▓▓▓. | 155.00 | 0.90 | 139.50 |
| 07/01/2019 | ESK | Attention to review ▓▓▓. | 150.00 | 6.50 | 975.00 |
| 07/01/2019 | GMG | Continue revisions ▓▓▓; prepare for ▓▓▓; emails with ▓▓▓ | 255.00 | 7.20 | 1,836.00 |
| 07/01/2019 | GMP | Work on ▓▓▓. | 560.00 | 4.60 | 2,576.00 |
| 07/01/2019 | JST | Exchange emails ▓▓▓ | 195.00 | 0.60 | 117.00 |
| 07/01/2019 | KMC | Emails and telephone calls ▓▓▓. | 150.00 | 3.30 | 495.00 |
| 07/01/2019 | SAB | Draft response ▓▓▓. | 155.00 | 1.20 | 186.00 |
| 07/02/2019 | CEK | Revise ▓▓▓. | 155.00 | 5.10 | 790.50 |
| 07/02/2019 | CEK | Revise ▓▓▓. | 155.00 | 1.90 | 294.50 |
| 07/02/2019 | ESK | Attention to ▓▓▓. | 150.00 | 4.50 | 675.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/02/2019 | GMG | Review and respond ▇▇▇ ; prepare for ▇▇ ; work ▇▇ ; prepare for ▇▇ ; call with ▇▇ | 255.00 | 7.90 | 2,014.50 |
| 07/02/2019 | GMP | Prepare for meeting ▇▇. | 560.00 | 5.80 | 3,248.00 |
| 07/02/2019 | JJM | Reivew ▇▇ | 150.00 | 8.40 | 1,260.00 |
| 07/02/2019 | JST | Discuss ▇▇ ; follow up with ▇▇. | 195.00 | 0.10 | 19.50 |
| 07/02/2019 | KMC | Telephone conference ▇▇ ; draft same and email ▇▇ ; update ▇▇. | 150.00 | 2.10 | 315.00 |
| 07/02/2019 | TTP | ▇▇ research | 155.00 | 3.70 | 573.50 |
| 07/03/2019 | CEK | Review ▇▇. | 155.00 | 0.10 | 15.50 |
| 07/03/2019 | CEK | Draft ▇▇. | 155.00 | 2.00 | 310.00 |
| 07/03/2019 | CEK | Talk to ▇▇. | 155.00 | 0.40 | 62.00 |
| 07/03/2019 | CEK | Discuss ▇▇. | 155.00 | 0.20 | 31.00 |
| 07/03/2019 | GMG | Prepare for ▇▇ | 255.00 | 6.30 | 1,606.50 |
| 07/03/2019 | GMP | Work on ▇▇. | 560.00 | 4.30 | 2,408.00 |
| 07/03/2019 | JJM | Update ▇▇. | 150.00 | 3.80 | 570.00 |
| 07/03/2019 | JST | Meeting ▇▇ ; phone calls to ▇▇ ; forward materials ▇▇ ; exchange emails ▇▇ ; exchange ▇▇. | 195.00 | 2.60 | 507.00 |
| 07/03/2019 | TTP | ▇▇ research | 155.00 | 2.10 | 325.50 |
| 07/05/2019 | GMG | Revise ▇▇ ; discussions with ▇▇. | 255.00 | 1.90 | 484.50 |
| 07/05/2019 | GMP | Review and revise ▇▇. | 560.00 | 2.30 | 1,288.00 |
| 07/05/2019 | JJM | Continue updating ▇▇. | 150.00 | 4.00 | 600.00 |
| 07/06/2019 | GMG | Revise ▇▇. | 255.00 | 1.30 | 331.50 |
| 07/06/2019 | GMP | Review ▇▇. | 560.00 | 0.10 | 56.00 |
| 07/06/2019 | JJM | Reivew ▇▇ | 150.00 | 2.30 | 345.00 |
| 07/07/2019 | GMG | Revise ▇▇ ; work on ▇▇. | 255.00 | 3.40 | 867.00 |
| 07/07/2019 | GMP | Review and revise ▇▇ and letter ▇▇. | 560.00 | 4.00 | 2,240.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/07/2019 | JJM | Reivew ▓▓▓; update ▓▓▓ | 150.00 | 5.00 | 750.00 |
| 07/08/2019 | CEK | Research and draft ▓▓▓. | 155.00 | 2.70 | 418.50 |
| 07/08/2019 | GMG | Prepare for ▓▓▓; travel to Chicago; ▓▓▓; prepare for ▓▓▓ | 255.00 | 12.10 | 3,085.50 |
| 07/08/2019 | GMP | Travel to Chicago; ▓▓▓; preparation for ▓▓▓. | 560.00 | 11.50 | 6,440.00 |
| 07/08/2019 | JJM | Reivew ▓▓▓. | 150.00 | 3.70 | 555.00 |
| 07/08/2019 | KDS | Conversation with ▓▓▓ | 170.00 | 1.00 | 170.00 |
| 07/08/2019 | SAB | Attention to ▓▓▓. | 155.00 | 5.20 | 806.00 |
| 07/08/2019 | TTP | Research ▓▓▓ | 155.00 | 1.30 | 201.50 |
| 07/09/2019 | CEK | Review ▓▓▓. | 155.00 | 0.30 | 46.50 |
| 07/09/2019 | CEK | Finalize ▓▓▓. | 155.00 | 0.20 | 31.00 |
| 07/09/2019 | ESK | Review ▓▓▓. | 150.00 | 0.90 | 135.00 |
| 07/09/2019 | GMG | Prepare for ▓▓▓ | 255.00 | 15.80 | 4,029.00 |
| 07/09/2019 | GMP | Meetings with ▓▓▓. | 560.00 | 15.30 | 8,568.00 |
| 07/09/2019 | JST | Review ▓▓▓; exchange ▓▓▓. | 195.00 | 0.70 | 136.50 |
| 07/09/2019 | KMC | Draft ▓▓▓; modify ▓▓▓. | 150.00 | 0.50 | 75.00 |
| 07/09/2019 | SAB | Respond to ▓▓▓. | 155.00 | 2.90 | 449.50 |
| 07/10/2019 | GMG | Review and revise ▓▓▓ | 255.00 | 7.10 | 1,810.50 |
| 07/10/2019 | GMP | Review and revise ▓▓▓; prepare for and conduct ▓▓▓; report on ▓▓▓. | 560.00 | 8.20 | 4,592.00 |
| 07/10/2019 | JJM | Attention ▓▓▓. | 150.00 | 5.80 | 870.00 |
| 07/10/2019 | JST | Discuss ▓▓▓ | 195.00 | 0.50 | 97.50 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics  
Insurance

Page 4  
08/15/2019  
Account No: 001688.0001  
Invoice No: 246566

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/10/2019 | KDS | Legal ▉ | 170.00 | 0.10 | 17.00 |
| 07/10/2019 | KMC | Exchange ▉ | 150.00 | 0.50 | 75.00 |
| 07/10/2019 | SAB | Review ▉ review ▉. | 155.00 | 2.20 | 341.00 |
| 07/11/2019 | CEK | Itemize ▉. | 155.00 | 1.60 | 248.00 |
| 07/11/2019 | CEK | Review ▉. | 155.00 | 0.10 | 15.50 |
| 07/11/2019 | GMG | Emails ▉; work ▉ percentages; finalize ▉; review and respond ▉ | 255.00 | 5.80 | 1,479.00 |
| 07/11/2019 | GMP | Continued ▉. | 560.00 | 4.40 | 2,464.00 |
| 07/11/2019 | JJM | Attention ▉. | 150.00 | 9.50 | 1,425.00 |
| 07/11/2019 | JST | Exchange e-mails with ▉ ▉. | 195.00 | 0.50 | 97.50 |
| 07/11/2019 | KMC | Copy updated ▉. | 150.00 | 0.20 | 30.00 |
| 07/11/2019 | SAB | Review ▉ | 155.00 | 1.30 | 201.50 |
| 07/11/2019 | TJB | Review ▉; research ▉; work ▉ | 250.00 | 5.40 | 1,350.00 |
| 07/12/2019 | CEK | Discuss ▉. | 155.00 | 0.30 | 46.50 |
| 07/12/2019 | GMG | Analyze ▉. | 255.00 | 5.60 | 1,428.00 |
| 07/12/2019 | GMP | Preparation ▉. | 560.00 | 5.80 | 3,248.00 |
| 07/12/2019 | JJM | Attention to ▉. | 150.00 | 4.90 | 735.00 |
| 07/12/2019 | JST | Check ▉. | 195.00 | 0.20 | 39.00 |
| 07/12/2019 | KMC | Incorporate ▉; draft ▉ | 150.00 | 4.10 | 615.00 |
| 07/12/2019 | SAB | Reivew ▉. | 155.00 | 4.30 | 666.50 |
| 07/13/2019 | GMG | Analyze ▉ | 255.00 | 5.60 | 1,428.00 |
| 07/13/2019 | GMP | Work on ▉. | 560.00 | 2.60 | 1,456.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/13/2019 | KMC | Revise ▮ | 150.00 | 6.60 | 990.00 |
| 07/14/2019 | GMG | Prepare for ▮ | 255.00 | 3.80 | 969.00 |
| 07/14/2019 | GMP | Preparation ▮. | 560.00 | 2.10 | 1,176.00 |
| 07/14/2019 | JJM | Organize ▮. | 150.00 | 3.50 | 525.00 |
| 07/14/2019 | JST | Exchange ▮. | 195.00 | 0.10 | 19.50 |
| 07/14/2019 | KMC | Emails and telephone conference ▮; revisions ▮. | 150.00 | 1.80 | 270.00 |
| 07/15/2019 | GMG | Travel to Chicago for mediation; prepare ▮. | 255.00 | 11.90 | 3,034.50 |
| 07/15/2019 | GMP | Extensive meeting ▮. | 560.00 | 10.50 | 5,880.00 |
| 07/15/2019 | JJM | Attention to ▮ | 150.00 | 8.50 | 1,275.00 |
| 07/15/2019 | KMC | Draft ▮. | 150.00 | 8.20 | 1,230.00 |
| 07/15/2019 | SAB | Review ▮. | 155.00 | 1.10 | 170.50 |
| 07/16/2019 | CEK | Send ▮. | 155.00 | 0.10 | 15.50 |
| 07/16/2019 | CEK | Review ▮. | 155.00 | 0.40 | 62.00 |
| 07/16/2019 | CEK | Review ▮. | 155.00 | 0.30 | 46.50 |
| 07/16/2019 | GMG | Attend mediation. ▮ | 255.00 | 15.90 | 4,054.50 |
| 07/16/2019 | GMP | Mediation, ▮. | 560.00 | 13.70 | 7,672.00 |
| 07/16/2019 | JJM | Continue ▮. | 150.00 | 7.30 | 1,095.00 |
| 07/16/2019 | JST | E-mail ▮. | 195.00 | 0.10 | 19.50 |
| 07/16/2019 | KMC | Attention ▮ | 150.00 | 3.80 | 570.00 |
| 07/16/2019 | SAB | Attention ▮. | 155.00 | 0.70 | 108.50 |
| 07/17/2019 | GMG | Attend mediation; ▮ | 255.00 | 14.80 | 3,774.00 |
| 07/17/2019 | GMP | Mediation. | 560.00 | 11.50 | 6,440.00 |
| 07/17/2019 | JJM | File ▮. | 150.00 | 0.10 | 15.00 |
| 07/17/2019 | JJM | Attention ▮. | 150.00 | 2.40 | 360.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics                                                                                               Page 6
                                                                                                          08/15/2019
Insurance                                                                                         Account No: 001688.0001
                                                                                                  Invoice No:   246566

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/17/2019 | SAB | Review ▮. | 155.00 | 1.00 | 155.00 |
| 07/17/2019 | TJB | Research ▮ | 250.00 | 2.00 | 500.00 |
| 07/18/2019 | CEK | Send ▮. | 155.00 | 0.40 | 62.00 |
| 07/18/2019 | CEK | Check ▮. | 155.00 | 0.10 | 15.50 |
| 07/18/2019 | GMG | Attend ▮ | 255.00 | 16.20 | 4,131.00 |
| 07/18/2019 | GMP | Mediation. | 560.00 | 14.80 | 8,288.00 |
| 07/18/2019 | JJM | Update ▮. | 150.00 | 4.10 | 615.00 |
| 07/18/2019 | KMC | Attention to ▮. | 150.00 | 2.30 | 345.00 |
| 07/19/2019 | CEK | Meet with ▮. | 155.00 | 2.20 | 341.00 |
| 07/19/2019 | ESK | Conference with ▮ | 150.00 | 2.00 | 300.00 |
| 07/19/2019 | GMG | Calls regarding ▮; review ▮ | 255.00 | 4.10 | 1,045.50 |
| 07/19/2019 | GMP | Work on ▮ | 560.00 | 4.30 | 2,408.00 |
| 07/19/2019 | JJM | Update ▮. | 150.00 | 2.20 | 330.00 |
| 07/19/2019 | SAB | Post-mediation ▮. | 155.00 | 3.50 | 542.50 |
| 07/21/2019 | GMP | Review and respond ▮. | 560.00 | 0.50 | 280.00 |
| 07/21/2019 | JJM | Update ▮. | 150.00 | 2.50 | 375.00 |
| 07/22/2019 | CEK | Send ▮. | 155.00 | 0.10 | 15.50 |
| 07/22/2019 | CEK | Draft ▮. | 155.00 | 2.60 | 403.00 |
| 07/22/2019 | GMG | Review and respond ▮ | 255.00 | 3.60 | 918.00 |
| 07/22/2019 | GMP | Extended ▮ work ▮. | 560.00 | 2.80 | 1,568.00 |
| 07/22/2019 | JST | Exchange ▮. | 195.00 | 0.40 | 78.00 |
| 07/22/2019 | KMC | Telephone call ▮ | 150.00 | 0.30 | 45.00 |
| 07/22/2019 | SAB | Review ▮. | 155.00 | 1.10 | 170.50 |
| 07/23/2019 | CEK | Arrange ▮. | 155.00 | 0.30 | 46.50 |
| 07/23/2019 | CEK | Talk ▮. | 155.00 | 0.20 | 31.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics
Insurance

Page 7
08/15/2019
Account No: 001688.0001
Invoice No: 246566

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/23/2019 | CEK | Discuss ▮. | 155.00 | 0.20 | 31.00 |
| 07/23/2019 | CEK | Talk with ▮. | 155.00 | 0.50 | 77.50 |
| 07/23/2019 | GMG | Work on ▮. | 255.00 | 3.60 | 918.00 |
| 07/23/2019 | GMP | Continued work ▮. | 560.00 | 7.00 | 3,920.00 |
| 07/23/2019 | JJM | Continue research ▮. | 150.00 | 5.50 | 825.00 |
| 07/23/2019 | KDS | Conversation with ▮. | 170.00 | 0.10 | 17.00 |
| 07/23/2019 | SAB | Start ▮. | 155.00 | 7.40 | 1,147.00 |
| 07/24/2019 | CEK | Draft motion ▮. | 155.00 | 5.30 | 821.50 |
| 07/24/2019 | GMG | Calls and emails ▮; calls and emails ▮; review ▮; analyze ▮. | 255.00 | 6.60 | 1,683.00 |
| 07/24/2019 | GMP | Extended work on ▮, including telephone conference with ▮s, additional calls with ▮. | 560.00 | 6.80 | 3,808.00 |
| 07/24/2019 | JJM | Attention ▮. | 150.00 | 1.80 | 270.00 |
| 07/24/2019 | SAB | Continue ▮. | 155.00 | 9.30 | 1,441.50 |
| 07/24/2019 | TJB | Telephone conference ▮. | 250.00 | 0.50 | 125.00 |
| 07/25/2019 | CEK | Revise ▮. | 155.00 | 4.80 | 744.00 |
| 07/25/2019 | GMG | Multiple calls ▮; analyze ▮; analyze ▮; email ▮; emails ▮. | 255.00 | 8.70 | 2,218.50 |
| 07/25/2019 | GMP | Work on ▮. | 560.00 | 9.00 | 5,040.00 |
| 07/25/2019 | JJM | Prepare ▮. | 150.00 | 6.70 | 1,005.00 |
| 07/25/2019 | KDS | Telephone ▮. | 170.00 | 0.60 | 102.00 |
| 07/25/2019 | KDS | Legal analysis ▮. | 170.00 | 1.30 | 221.00 |
| 07/25/2019 | KDS | Prepare ▮. | 170.00 | 1.40 | 238.00 |
| 07/25/2019 | KEZ | Obtain ▮. | 150.00 | 0.40 | 60.00 |
| 07/25/2019 | SAB | Continue ▮ | 155.00 | 6.10 | 945.50 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/26/2019 | CEK | Discuss ▮. | 155.00 | 0.50 | 77.50 |
| 07/26/2019 | CEK | Revise ▮. | 155.00 | 2.00 | 310.00 |
| 07/26/2019 | ESK | Research ▮. | 150.00 | 2.10 | 315.00 |
| 07/26/2019 | GMG | Continue ▮; emails and calls ▮; email ▮. | 255.00 | 4.80 | 1,224.00 |
| 07/26/2019 | GMP | Work on ▮. | 560.00 | 0.40 | 224.00 |
| 07/26/2019 | JST | Draft ▮; review ▮; email ▮. | 195.00 | 2.70 | 526.50 |
| 07/26/2019 | KDS | Legal ▮. | 170.00 | 2.20 | 374.00 |
| 07/26/2019 | KDS | Legal research ▮. | 170.00 | 1.00 | 170.00 |
| 07/26/2019 | KDS | Prepare ▮. | 170.00 | 1.70 | 289.00 |
| 07/26/2019 | KMC | Telephone conference ▮. | 150.00 | 0.50 | 75.00 |
| 07/26/2019 | SAB | Review and revise ▮. | 155.00 | 1.00 | 155.00 |
| 07/27/2019 | GMG | Emails ▮. | 255.00 | 0.50 | 127.50 |
| 07/27/2019 | GMP | Continued preparation ▮. | 560.00 | 0.60 | 336.00 |
| 07/27/2019 | JST | Review, analyze, and compile ▮. | 195.00 | 2.00 | 390.00 |
| 07/27/2019 | SAB | Analyze ▮. | 155.00 | 0.90 | 139.50 |
| 07/28/2019 | GMG | Prepare for ▮. | 255.00 | 6.90 | 1,759.50 |
| 07/28/2019 | GMP | Preparation for ▮, ▮. | 560.00 | 7.10 | 3,976.00 |
| 07/28/2019 | JST | Review ▮, research, ▮. | 195.00 | 0.50 | 97.50 |
| 07/29/2019 | GMG | Prepare for mediation; attend mediation; ▮. | 255.00 | 8.90 | 2,269.50 |
| 07/29/2019 | GMP | Mediation. | 560.00 | 11.80 | 6,608.00 |
| 07/29/2019 | JST | Review ▮. | 195.00 | 6.30 | 1,228.50 |
| 07/29/2019 | KDS | Legal ▮. | 170.00 | 1.40 | 238.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics Insurance

Page 9
08/15/2019
Account No: 001688.0001
Invoice No: 246566

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/29/2019 | KDS | Prepare ▮ | 170.00 | 1.90 | 323.00 |
| 07/29/2019 | KDS | Legal research regarding ▮ | 170.00 | 2.40 | 408.00 |
| 07/29/2019 | KDS | Prepare ▮ | 170.00 | 0.90 | 153.00 |
| 07/29/2019 | KDS | Legal research regarding ▮ | 170.00 | 0.40 | 68.00 |
| 07/29/2019 | KMC | Emails with ▮. | 150.00 | 2.50 | 375.00 |
| 07/29/2019 | SAB | Review and revise ▮. | 155.00 | 2.80 | 434.00 |
| 07/29/2019 | TJB | Review ▮. | 250.00 | 0.20 | 50.00 |
| 07/30/2019 | GMG | Prepare for ▮ | 255.00 | 13.80 | 3,519.00 |
| 07/30/2019 | GMP | Mediation. | 560.00 | 12.50 | 7,000.00 |
| 07/30/2019 | JJM | Attention to ▮. | 150.00 | 0.10 | 15.00 |
| 07/30/2019 | JST | Review ▮. | 195.00 | 6.40 | 1,248.00 |
| 07/30/2019 | KMC | Draft ▮. | 150.00 | 2.00 | 300.00 |
| 07/30/2019 | SAB | Review ▮. | 155.00 | 0.80 | 124.00 |
| 07/31/2019 | GMG | Emails and calls regarding ▮; travel ▮ issues. | 255.00 | 12.00 | 3,060.00 |
| 07/31/2019 | GMP | ▮; follow-up ▮. | 560.00 | 11.10 | 6,216.00 |
| 07/31/2019 | JST | Review response and reply ▮ review ▮; phone call ▮; draft and send ▮ | 195.00 | 4.00 | 780.00 |
| 07/31/2019 | SAB | Review ▮. | 155.00 | 0.80 | 124.00 |
| 07/31/2019 | TJB | Provide ▮. | 250.00 | 0.80 | 200.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

|  | For Current Services Rendered: | 708.60 | 212043.50 |
|---|---|---|---|

## Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Steven A. Baldwin | Associate | 53.60 | $155.00 | $8,308.00 |
| Tonya J. Bond | Partner | 8.90 | $250.00 | $2,225.00 |
| Krista M. Cox | Paralegal | 38.70 | $150.00 | $5,805.00 |
| Gregory M. Gotwald | Partner | 216.10 | $255.00 | $55,105.50 |
| Elizabeth S. King | Case Manager | 16.00 | $150.00 | $2,400.00 |
| Christopher E. Kozak | Associate | 36.20 | $155.00 | $5,611.00 |
| Jessica J. McQuillen | Paralegal | 92.10 | $150.00 | $13,815.00 |
| Tom T. Palmer | Summer Associate | 7.10 | $155.00 | $1,100.50 |
| George M. Plews | Partner | 195.40 | $560.00 | $109,424.00 |
| Kyle D. Steinbrueck | Associate | 16.40 | $170.00 | $2,788.00 |
| Joshua S. Tatum | Associate | 27.70 | $195.00 | $5,401.50 |
| Kathryn E. Zielinski | Paralegal | 0.40 | $150.00 | $60.00 |

**Expenses and Advances**  Amount

| Date | Description | Amount |
|---|---|---|
| 06/06/2019 | Conference Group, LLC, The - Conference Call on 6/6/19 from 12:25pm to 1:02pm. | 8.70 |
| 06/10/2019 | Cluster Truck LLC - Lunch USAG co-counsel before hearing - G. Gotwald. | 75.18 |
| 06/11/2019 | Texas Secretary of State - Document Search Fee - G. Gotwald. | 2.05 |
| 06/12/2019 | Cluster Truck LLC - Lunch with co-counsel before hearing. G. Gotwald. | 18.25 |
| 07/02/2019 | Mileage - Ride/ Hand Delivery USAG - G. Plews. | 4.06 |
| 07/08/2019 | Greg Gotwald - Expense Reimbursement - Hotel in Chicago for meetings. | 365.30 |
| 07/08/2019 | Greg Gotwald - Expense Reimbursement - Hotel for G. Plews for Chicago meetings. | 349.85 |
| 07/08/2019 | Greg Gotwald - Expense Reimbursement - Mileage to and from Chicago for Pre-mediation meetings. | 214.60 |
| 07/19/2019 | Greg Gotwald - Expense Reimbursement - Flight to and from Reno NV for Mediation. | 1,004.00 |
| 07/23/2019 | Mileage - Hand Delivery Federal Court/Bankruptcy Court - C. Kozak. | 1.16 |
| 07/28/2019 | Greg Gotwald - Expense Reimbursement - Wifi on plane. | 6.00 |
| 07/28/2019 | Greg Gotwald - Expense Reimbursement - Baggage Fee (1 of 2). | 30.00 |
| 07/28/2019 | Greg Gotwald - Expense Reimbursement - PepperMill Resort - Hotel in Reno NV for Mediaiton - G. Plews. | 695.30 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Description | Amount |
|---|---|---:|
| 07/28/2019 | Greg Gotwald - Expense Reimbursement - Parking at Indianapolis Airport. | 80.00 |
| 07/28/2019 | Greg Gotwald - Expense Reimbursement - PepperMill Resort - Hotel for Reno NV Mediation - G. Gotwald. | 763.10 |
| 07/28/2019 | Greg Gotwald - Expense Reimbursement - Baggage Fee (2 of 2). | 30.00 |
| 07/31/2019 | Greg Gotwald - Expense Reimbursement - Dinner on plane from Reno NV for mediation. | 10.99 |
| 07/31/2019 | Greg Gotwald - Expense Reimbursement - G. Plews and G. Gotwald dinner in Salt Lake (Layover). | 30.99 |
| 07/31/2019 | Greg Gotwald - Expense Reimbursement - Car Rental in Reno. | 207.06 |
| 07/31/2019 | Lexis-Nexis - Research during July 2019. | 328.52 |
| | Copies - B&W | 64.00 |
| | Copies - Color | 403.20 |
| | Sub-total Expenses and Advances: | $4,692.31 |

|  |  |
|---|---:|
| Current Invoice Total: | $216,735.81 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**