**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**PACHULSKI STANG ZIEHL & JONES LLP'S NOTICE**
**OF INVOICE FOR JUNE 1, 2019 THROUGH JUNE 30, 2019**

**PLEASE TAKE NOTICE** that on August 20, 2019, Pachulski Stang Ziehl & Jones LLP

("PSZJ"), as co-counsel to the Additional Tort Claimants Committee of Sexual Abuse Survivors

(the "Sexual Abuse Survivors' Committee"), submitted a monthly invoice for fees and expenses

incurred between June 1, 2019 and June 30, 2019 (the "Invoice"), in accordance with the *Order*

*Granting Debtor's Motion for Entry of Order Establishing Procedures for Interim Compensation*

*and Reimbursement of Professionals* (the "Interim Compensation Order") [Doc 187].

**PLEASE TAKE FURTHER NOTICE** that the Invoice, attached hereto as **Exhibit A**,

seeks compensation for $182,432.00 in fees and reimbursement of $5,172.90 in expenses.

**PLEASE TAKE FURTHER NOTICE** that any party that has an objection to the

compensation and reimbursement set forth in this notice, must serve upon the undersigned

counsel a written notice of objection by **September 3, 2019** at **4:00 p.m. (prevailing Eastern**

**time)**, in accordance with the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that, if no written notice of objection is timely

received, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in

the Invoice, subject to final approval by the Court at a future hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

Dated:  August 20, 2019

*/s/ James I. Stang*

James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq. (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:  jstang@pszjlaw.com
        isharf@pszjlaw.com

        -and-

RUBIN & LEVIN, P.C.

*/s/ Meredith R. Theisen*

Meredith R. Theisen, Esq.
Deborah J. Caruso, Esq.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone:  (317) 634-0300
Facsimile:  (317) 263-9411
Email: dcaruso@rubin-levin.net
        mtheisen@rubin-levin.net

*Counsel for the Sexual Abuse Survivors' Committee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2019 a copy of the foregoing *Pachulski Stang Ziehl & Jones LLP's Notice of Invoice for June 1, 2019 through June 30, 2019* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Nancy D Adams     ndadams@mintz.com
Annemarie C Alonso     annie@sllawfirm.com
Martin Beeler     mbeeler@cov.com
Daniel D. Bobilya     dan@b-blegal.com, sarah@b-blegal.com
Megan A Bonanni     mbonanni@pittlawpc.com
Tonya J. Bond     tbond@psrb.com, jscobee@psrb.com
Wendy D Brewer     wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kenneth H. Brown     kbrown@pszjlaw.com
Charles D. Bullock     cbullock@sbplclaw.com, lhaas@sbplclaw.com
George Calhoun     george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
Douglas N. Candeub     dcandeub@morrisjames.com
John Cannizzaro     john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Dianne Coffino     dcoffino@cov.com
Jesse Max Creed     creed@psb.law, alegria@psb.law
Heather M. Crockett     Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
Alex Cunny     acunny@manlystewart.com
Edward DeVries     edward.devries@wilsonelser.com
Karen M Dixon     kdixon@skarzynski.com
Kimberly A. Dougherty     kim.dougherty@andruswagstaff.com, sandra.martin@andruswagstaff.com
Laura A DuVall     Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Jeffrey B. Fecht     jfecht@rbelaw.com, rmcclintic@rbelaw.com
Sarah Lynn Fowler     sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Eric D Freed     efreed@cozen.com, mmerola@cozen.com
Frances Gecker     fgecker@fgllp.com, csmith@fgllp.com;csucic@fgllp.com;mmatlock@fgllp.com
Cameron Getto     cgetto@zacfirm.com
Steven W Golden     sgolden@pszjlaw.com
Douglas Gooding     dgooding@choate.com
Gregory Michael Gotwald     ggotwald@psrb.com, scox@psrb.com
Manvir Singh Grewal     mgrewal@4grewal.com
Susan N Gummow     sgummow@fgppr.com, bcastillo@fgppr.com
Katherine Hance     khance@goodwin.com
Samuel D. Hodson     shodson@taftlaw.com, aolave@taftlaw.com
Jeffrey A Hokanson     jeff.hokanson@icemiller.com, bgnotices@icemiller.com
John R. Humphrey     jhumphrey@taftlaw.com, aolave@taftlaw.com
Cassandra Jones     cjones@walkerwilcox.com,

vhosek@wwmlawyers.com;docket@walkerwilcox.com
Bruce L. Kamplain     bkamplain@ncs-law.com, dhert@ncs-law.com;klong@ncs-law.com
Kevin P Kamraczewski     kevin@kevinklaw.com
Ronald David Kent     ronald.kent@dentons.com
Adam L. Kochenderfer     akochenderfer@wolfsonbolton.com
Christopher Kozak     ckozak@psrb.com
Micah R Krohn     mkrohn@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
Carl N. Kunz     ckunz@morrisjames.com, jdawson@morrisjames.com
Cynthia Lasher     clasher@ncs-law.com, dcouch@ncs-law.com;dhert@ncs-law.com
Adam Le Berthon     adam.leberthon@wilsonelser.com
Martha R. Lehman     mlehman@salawus.com,
marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Jonathan C Little     jon@sllawfirm.com
Michael M. Marick     mmarick@skarzynski.com
Jonathan Marshall     jmarshall@choate.com
Phillip Alan Martin     pmartin@fmdlegal.com, cbellner@fmhd.com
John McDonald     jmcdonald@briggs.com
Mathilda S. McGee-Tubb     msmcgee-tubb@mintz.com
Harley K Means     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
Geoffrey M. Miller     geoffrey.miller@dentons.com, ndil_ecf@dentons.com
Robert Millner     robert.millner@dentons.com, ndil_ecf@dentons.com
James P Moloy     jmoloy@boselaw.com,
dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Whitney L Mosby     wmosby@bgdlegal.com, fwolfe@bgdlegal.com
Joel H. Norton     jnorton@rsslawoffices.com
Michael P. O'Neil     moneil@taftlaw.com, aolave@taftlaw.com
Weston Erick Overturf     wes.overturf@mbcblaw.com,
deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Dean Panos     dpanos@jenner.com
Stephen Jay Peters     speters@kgrlaw.com, acooper@kgrlaw.com
Ginny L. Peterson     gpeterson@k-glaw.com, acoy@k-glaw.com
Robert J Pfister     rpfister@ktbslaw.com
John Thomas Piggins     pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
Michael L Pitt     mpitt@pittlawpc.com
George Plews     gplews@psrb.com
Amanda Koziura Quick     amanda.quick@atg.in.gov, Marie.Baker@atg.in.gov
Michael L. Ralph     mralph@rsslawoffices.com
Abigail E. Rocap     arocap@batescarey.com
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
James Pio Ruggeri     jruggeri@goodwin.com
Syed Ali Saeed     ali@sllawfirm.com, betty@sllawfirm.com
Ilan D Scharf     ischarf@pszjlaw.com
Thomas C Scherer     tscherer@bgdlegal.com, fwolfe@bgdlegal.com
David J. Schwab     djschwab@rsslawoffices.com

4

Igor Shleypak     ishleypak@fgppr.com, jfecteau@fgppr.com
Heather Elizabeth Simpson     heather.simpson@kennedyscmk.com
Casey Ray Stafford     cstafford@k-glaw.com, lsmith@k-glaw.com
James I. Stang     jstang@pszjlaw.com
Catherine L. Steege     csteege@jenner.com,
mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
Laura B. Stephens     lbstephens@mintz.com
Keith Teel     kteel@cov.com
Meredith R. Theisen     mtheisen@rubin-levin.net,
atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Susan Walker     susan.walker@dentons.com
Joshua D Weinberg     jweinberg@goodwin.com
Mark R. Wenzel     mwenzel@salawus.com, pdidandeh@salawus.com
Gabriella B. Zahn-Bielski     gzahnbielski@cov.com

I further certify that on August 20, 2019, a copy of the foregoing *Pachulski Stang Ziehl & Jones LLP's Notice of Invoice for June 1, 2019 through June 30, 2019* was served via electronic mail to the following:

**United States Olympic Committee:**  Chris McCleary at Chris.McCleary@usoc.org
**The Alexander, a Dolce Hotel and Wyndham Hotel Group, LLC:**  Daniel M. Eliades at daniel.eliades@klgates.com and David S. Catuogno at david.catuogno@klgates.com

*/s/ Meredith R. Theisen*
Meredith R. Theisen

f:\wp80\genlit\usa gymnastics-86756901\drafts\notices of invoice\pszj\notice pszj - 062019.docx