## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:      USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

### NOTICE OF DRAW RE: MONTHLY FEE STATEMENTS
### OF MILLER JOHNSON AS SPECIAL COUNSEL TO THE DEBTOR IN POSSESSION,
### FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES,
### FROM JULY 1, 2019 THROUGH JULY 31, 2019
### PURSUANT TO ORDER GRANTING DEBTOR'S MOTION
### FOR ENTRY OF ORDER ESTABLISHING PROCEDURES FOR INTERIM
### COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS [DN 187]

Notice is hereby given that Miller Johnson, Special Counsel to the Debtor In Possession, has filed its Consolidated Monthly Statements of Fees and Expenses for the Period From July 1, 2019 through July 31, 2019, with the Bankruptcy Court.

Notice is further given that said statements, which include total fees of $43,133.50 and total expenses of $70.70, are attached to hereto as **Exhibits A(1) – A(2)**.

If you have an objection to all or any portion of any of the above-referenced statements, you have fourteen (14) days from the date this notice is filed with the Court to serve a written Notice of Objection on Miller Johnson, Attn:  John T. Piggins, P.O. Box 306, Grand Rapids, Michigan 49501-0306 and by email at pigginsj@millerjohnson.com.  The Notice of Objection must set forth the precise nature of the objection and the amount at issue.

If no Notice of Objection is timely served on Miller Johnson, the Debtor shall promptly pay 80% of the fees and 100% of the expenses set out above, subject to final approval by the Court at a future hearing.

If a timely Notice of Objection is served regarding some but not all of the above-referenced fees and expenses, the Debtor shall promptly pay 80% of the fees and 100% of the expenses that are not the subject of a timely Notice of Objection, subject to final approval by the Court at a future hearing.

If you serve a Notice of Objection on Miller Johnson and you are unable to resolve your objection within fourteen (14) days after service, you may file your objection with the Court.

Upon filing an objection with the Court, a subsequent Notice will be sent to you with the date, time and location of the hearing on the objection.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871.  The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

**A COPY OF ANY OBJECTION**
**FILED WITH THE COURT MUST ALSO BE SENT TO:**

Office of the United States Trustee
101 W Ohio St
Indianapolis, IN 46204

USA Gymnastics
130 E. Washington Street
Suite 700
Indianapolis, IN 46204

Miller Johnson
Attn: John T. Piggins
P.O. Box 306
Grand Rapids, MI 49501-0306

And by email to:
pigginsj@millerjohnson.com

Dean Panos, Esq.
Melissa M. Root, Esq.
Catherine L. Steege, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

And by email to dpanos@jenner.com;
mroot@jenner.com; and
csteege@jenner.com

**Sexual Abuse Survivors Committee**
c/o Meredith R. Theisen
Rubin & Levin, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204

And by email to: mtheisen@rubin-levin.net

**Sexual Abuse Survivors Committee**
c/o James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Ste 1300
Los Angeles, CA 90067

And by email to: jstang@pszjlaw.com

Date: _____8/21_____, 2019

John T. Piggins (Michigan Bar #P34495)
pigginsj@millerjohnson.com
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1793

2

# EXHIBIT A(1)

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

```
                                    Page      1
                                    Inv#  1705620
                                    Date 08/20/2019
                                    42721.00002-DJG
```

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204


Re:  Ropes & Gray and Other Investigations

For Legal Services Rendered through July 31, 2019


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/02/19 | JWC | Update production tracker with production details | .60 | 90.00 |
| 7/03/19 | JWC | Investigate productions that are missing values in production tracker | 1.60 | 240.00 |
| 7/08/19 | JWC | Search for documents for first Indiana Attorney General production in Relativity | 1.20 | 180.00 |
| 7/08/19 | JWC | Perform conflict checks of documents for first Indiana Attorney General production in Relativity | 1.80 | 270.00 |
| 7/08/19 | JWC | Prepare documents for first Indiana Attorney General production in Relativity | .80 | 120.00 |
| 7/08/19 | JWC | Send first Indiana Attorney General production set for running in Relativity | .20 | 30.00 |
| 7/09/19 | JWC | Create saved search of all hard copy documents in Relativity | .80 | 120.00 |
| 7/10/19 | JWC | Download production USAG_INDAG_052 | .40 | 60.00 |
| 7/10/19 | JWC | Extract production USAG_INDAG_052 | .20 | 30.00 |
| 7/10/19 | JWC | Perform quality control checks of production USAG_INDAG_052 | 1.80 | 270.00 |
| 7/10/19 | JWC | Prepare production USAG_INDAG_052 for delivery | .60 | 90.00 |

# MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
### Attorneys and Counselors

**PO Box 306**
**Grand Rapids, Michigan 49501-0306**
**616.831.1700**
**TAX ID# 38-1603110**

USA Gymnastics

Page      2
Inv#  1705620
Date 08/20/2019
42721.00002-DJG

--------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/10/19 | JWC | Send production USAG_INDAG_052 for delivery | .20 | 30.00 |
| 7/10/19 | ACC | Telephone conference with James W. Casteel regarding documents for Indiana Attorney General | .20 | 43.00 |
| 7/12/19 | ACC | Telephone conference with Rebecca L. Strauss regarding Indiana Attorney General production | .20 | 43.00 |
| 7/12/19 | ACC | Review Barnes & Thornburg edits to cover letter to Indiana Attorney General regarding production and make edits | .40 | 86.00 |
| 7/15/19 | JWC | Provide cross reference files for specific productions | .80 | 120.00 |
| 7/15/19 | JWC | Update production tracker | .20 | 30.00 |
| 7/15/19 | ACC | Coordinate production of privileged documents and creation of privilege log for the Indiana Attorney General | 1.00 | 215.00 |
| 7/15/19 | ACC | Work on identifying documents with native redactions pursuant to questions by Jenner & Block regarding production | .40 | 86.00 |
| 7/15/19 | ACC | Telephone conference with Rebecca L. Strauss and Jenner & Block regarding documents for the Indiana Attorney General | .30 | 64.50 |
| 7/15/19 | RLS | Edit letter to Indiana Attorney General regarding privileged documents | .70 | 245.00 |
| 7/16/19 | JWC | Create saved searches for documents with conflicting values for certain | 1.20 | 180.00 |

**MILLER JOHNSON SNELL & CUMMISKEY PLC**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                               Page      3
                                               Inv#  1705620
                                               Date 08/20/2019
                                               42721.00002-DJG
-------------------------------------------------------------------------
```

produced documents

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/16/19 | JWC | Search for documents for supplemental partially privileged Indiana Attorney General production in Relativity | .80 | 120.00 |
| 7/16/19 | JWC | Perform conflict checks of documents for supplemental partially privileged Indiana Attorney General production in Relativity | 1.00 | 150.00 |
| 7/16/19 | JWC | Prepare documents for supplemental partially privileged Indiana Attorney General production in Relativity | .20 | 30.00 |
| 7/16/19 | JWC | Send supplemental partially privileged Indiana Attorney General production set for running in Relativity | .20 | 30.00 |
| 7/16/19 | JWC | Search for documents for fully privileged Indiana Attorney General production in Relativity | 1.40 | 210.00 |
| 7/16/19 | JWC | Perform conflict checks of documents for fully privileged Indiana Attorney General production in Relativity | 1.80 | 270.00 |
| 7/16/19 | JWC | Prepare documents for fully privileged Indiana Attorney General production in Relativity | .80 | 120.00 |
| 7/16/19 | JWC | Send fully privileged Indiana Attorney General production set for running in Relativity | .20 | 30.00 |
| 7/16/19 | ACC | Review documents marked wholly privileged with redactions in the secondary mark up set to resolve privilege status before Indiana Attorney General production | .30 | 64.50 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     4
Inv#   1705620
Date 08/20/2019
42721.00002-DJG

--------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/17/19 | JWC | Download production USAG_INDAG_053 | .20 | 30.00 |
| 7/17/19 | JWC | Extract production USAG_INDAG_053 | .20 | 30.00 |
| 7/17/19 | JWC | Perform quality control checks of production USAG_INDAG_053 | 1.80 | 270.00 |
| 7/17/19 | JWC | Prepare production USAG_INDAG_053 for delivery | .60 | 90.00 |
| 7/17/19 | JWC | Send production USAG_INDAG_053 for delivery | .20 | 30.00 |
| 7/17/19 | JWC | Update production tracker | .40 | 60.00 |
| 7/18/19 | JWC | Download production USAG_INDAG_054 | .40 | 60.00 |
| 7/18/19 | JWC | Extract production USAG_INDAG_054 | .20 | 30.00 |
| 7/18/19 | JWC | Perform quality control checks of production USAG_INDAG_054 | 2.60 | 390.00 |
| 7/18/19 | JWC | Prepare production USAG_INDAG_054 for delivery | 1.20 | 180.00 |
| 7/18/19 | JWC | Send production USAG_INDAG_054 for delivery | .40 | 60.00 |
| 7/18/19 | ACC | Telephone conference with Rebecca L. Strauss and James W. Casteel regarding Indiana Attorney General strategy | .30 | 64.50 |
| 7/19/19 | JWC | Create combined cross reference file from multiple productions | .60 | 90.00 |
| 7/19/19 | JWC | Begin work on creating custom privilege log for productions | 1.60 | 240.00 |
| 7/22/19 | JWC | Finish creating custom privilege log for productions | 3.80 | 570.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

---

| 7/22/19 | JWC | Perform additional quality control on production USAG_INDAG_054 once errors were discovered | 1.20 | 180.00 |
|---------|-----|---|------|--------|
| 7/22/19 | ACC | Telephone conference with James W. Casteel regarding Indiana Attorney General production | .10 | 21.50 |
| 7/23/19 | JWC | Perform conflict checks of documents for re-run of fully privileged Indiana Attorney General production in Relativity | 1.20 | 180.00 |
| 7/23/19 | JWC | Prepare documents for re-run of fully privileged Indiana Attorney General production in Relativity | .40 | 60.00 |
| 7/23/19 | JWC | Send re-run of fully privileged Indiana Attorney General production set for running in Relativity | .20 | 30.00 |
| 7/23/19 | ACC | Review and edit Jenner & Block edits to cover letter to Indiana Attorney General regarding production | .20 | 43.00 |
| 7/24/19 | JWC | Download production fix USAG_INDAG_054 | .40 | 60.00 |
| 7/24/19 | JWC | Extract production fix USAG_INDAG_054 | .20 | 30.00 |
| 7/24/19 | JWC | Perform quality control checks of production fix USAG_INDAG_054 | 2.20 | 330.00 |
| 7/24/19 | JWC | Prepare production fix USAG_INDAG_054 for delivery | 1.40 | 210.00 |
| 7/24/19 | JWC | Send production fix USAG_INDAG_054 for delivery | .20 | 30.00 |
| 7/24/19 | JWC | Prepare new privilege log | .40 | 60.00 |
| 7/24/19 | JWC | Perform quality control on new | .60 | 90.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110


USA Gymnastics

Page      6
Inv#   1705620
Date 08/20/2019
42721.00002-DJG
------------------------------------------------------------------------


|          |     | privilege log                                                                                         |       |        |
|----------|-----|-------------------------------------------------------------------------------------------------------|-------|--------|
| 7/24/19  | JWC | Send new privilege log for delivery                                                                   | .20   | 30.00  |
| 7/25/19  | ACC | Coordinate production for Indiana Attorney General                                                    | .40   | 86.00  |
| 7/26/19  | JWC | Draft loading instructions for productions                                                            | 1.40  | 210.00 |
| 7/26/19  | JWC | Perform conflict checks of documents for second re-run of fully privileged Indiana Attorney General production in Relativity | 1.00  | 150.00 |
| 7/26/19  | JWC | Prepare documents for second re-run of fully privileged Indiana Attorney General production in Relativity | .60   | 90.00  |
| 7/26/19  | JWC | Send second re-run of fully privileged Indiana Attorney General production set for running in Relativity | .20   | 30.00  |
| 7/26/19  | ACC | Coordinate document production to the Indiana Attorney General with Barnes & Thornburg and James W. Casteel | 1.50  | 322.50 |
| 7/26/19  | ACC | Review and edit proposed privilege log for Indiana Attorney General                                   | 1.50  | 322.50 |
| 7/29/19  | JWC | Download production USAG_INDAG_054A                                                                   | .40   | 60.00  |
| 7/29/19  | JWC | Extract production USAG_INDAG_054A                                                                    | .20   | 30.00  |
| 7/29/19  | JWC | Perform quality control checks of production USAG_INDAG_054A                                          | 1.80  | 270.00 |
| 7/29/19  | JWC | Prepare production USAG_INDAG_054A for delivery                                                       | 1.20  | 180.00 |
| 7/29/19  | JWC | Download production USAG_INDAG_054B                                                                   | .20   | 30.00  |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     7
Inv#   1705620
Date 08/20/2019
42721.00002-DJG

---

| 7/29/19 | JWC | Extract production USAG_INDAG_054B | .20 | 30.00 |
| 7/29/19 | JWC | Perform quality control checks of production USAG_INDAG_054B | 1.60 | 240.00 |
| 7/29/19 | JWC | Prepare production USAG_INDAG_054B for delivery | 1.20 | 180.00 |
| 7/29/19 | ACC | Coordinate production for Indiana Attorney General with James Casteel and Jenner & Block | .30 | 64.50 |
| 7/29/19 | CJS | Correspondence with Gibson Dunn regarding proposed legislation | .20 | 70.00 |
| 7/29/19 | CJS | Initial analysis regarding Senate report | .30 | 105.00 |
| 7/30/19 | JWC | Combine productions USAG_INDAG_054A and USAG_INDAG_054B | 1.40 | 210.00 |
| 7/30/19 | JWC | Perform quality control on combined production | 1.20 | 180.00 |
| 7/30/19 | JWC | Send combined production for delivery | .40 | 60.00 |
| 7/30/19 | JWC | Search for partially privileged documents without privilege type field set in Relativity | .60 | 90.00 |
| 7/30/19 | ACC | Coordinate Indiana Attorney General production with Barnes & Thornburg and Jenner & Block | .40 | 86.00 |
| 7/30/19 | ACC | Review files in Relativity related to certain individuals (Li, Wu, Legacy) per Indiana Attorney General request | .60 | 129.00 |
| 7/30/19 | CJS | Analysis of media articles regarding Senate report and details of proposed | .50 | 175.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     8
Inv#   1705620
Date 08/20/2019
42721.00002-DJG

---

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | legislation | | |
| 7/30/19 | CJS | Correspondence with Gibson Dunn regarding Senate report | .20 | 70.00 |
| 7/30/19 | CJS | Initial review of Senate's report and proposed legislation | 3.10 | 1,085.00 |
| 7/31/19 | JWC | Telephone conference with Epiq regarding handling of production issues | .80 | 120.00 |
| 7/31/19 | ACC | Telephone Conferences with James Casteel regarding document review matters | .80 | 172.00 |
| 7/31/19 | ACC | Telephone Conference with Rebecca L. Strauss regarding document review matters | .30 | 64.50 |
| 7/31/19 | ACC | Call with Mark Stuuan regarding Indiana Attorney General production and CID requests | .70 | 150.50 |
| 7/31/19 | ACC | Coordinate Indiana Attorney General production with Barnes & Thornburg and Jenner & Block | .60 | 129.00 |
| 7/31/19 | DJG | Conference with Christopher J. Schneider regarding Senate report | .20 | 90.00 |
| 7/31/19 | CJS | Telephone conference with Mark Stuuan regarding Indiana Attorney General requests | .20 | 70.00 |

TOTAL HOURS                                      71.90

Total Services                                        12,567.50

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      9
Inv#   1705620
Date 08/20/2019
42721.00002-DJG

---

### Attorney Summary

|                                |                    | Hours  | Rate   |    Amount |
|--------------------------------|--------------------|-------:|-------:|----------:|
| Casteel, James W               | Lit Support Proj Mg | 56.00 | 150.00 |  8,400.00 |
| Schneider, Christopher J.      | Member             |   4.50 | 350.00 |  1,575.00 |
| Strauss, Rebecca L.            | Member             |    .70 | 350.00 |    245.00 |
| Gass, David J.                 | Member             |    .20 | 450.00 |     90.00 |
| Contreras-Caballero, Alej      | Associate          |  10.50 | 215.00 |  2,257.50 |
|                                |                    |  71.90 |        | 12,567.50 |

**Total This Invoice**                                    12,567.50

**Invoices Due Upon Receipt**

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    10
Inv# 1705620
Date 08/20/2019
42721.00002-DJG

--------------------------------------------------------------------------

### OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE NUMBER | DATE | INVOICE AMOUNT | PAYMENTS AGAINST INVOICE | INVOICE BALANCE |
|---|---|---|---|---|
| 1690140 | 2/14/19 | 46,412.85 | 37,183.65 | 9,229.20 |
| 1691019 | 3/18/19 | 26,448.80 | 21,491.90 | 4,956.90 |
| 1694036 | 4/17/19 | 21,810.30 | 17,454.60 | 4,355.70 |
| 1696898 | 5/21/19 | 18,459.25 | 14,769.05 | 3,690.20 |
| 1699810 | 6/13/19 | 12,034.50 | 9,627.60 | 2,406.90 |
| 1702745 | 7/15/19 | 11,082.50 | .00 | 11,082.50 |

Prior Unpaid Balance                 35,721.40

**Total Amount Due                 48,288.90**

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

Inv#  1705620
Date 08/20/2019
42721.00002-DJG

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

Re:  Ropes & Gray and Other Investigations

REMITTANCE ADVICE

For Legal Services Rendered through July 31, 2019

Total Services                              12,567.50

**Total This Invoice**                      **12,567.50**
                                            ==============

Invoice Is Due Upon Receipt

Our remit address is: PO Box 306, Grand Rapids, MI.  49501-0306

Payments: If paying by check please return the remittance advice or write your invoice number(s) on your check. You may also pay by credit or debit card through our online payment portal www.millerjohnson.com/onlinepayments. If you have any questions regarding this invoice or you wish to set up ACH payments please call 616-831-1700 and ask for the collections department.

# EXHIBIT A(2)

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

```
                                        Page     1
                                        Inv#  1705622
                                        Date 08/20/2019
                                        42721.00006-DJG
```

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204


Re:  CJS Chief Legal Officer

For Legal Services Rendered through July 31, 2019


| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/01/19 | JLC | Review SafeSport policy terms | 1.50 | 150.00 |
| 7/01/19 | CJS | Correspondence with Annie Heffernon regarding potential conflict of interest issue | .10 | 35.00 |
| 7/01/19 | CJS | Correspondence with Mark Busby regarding code of ethical conduct matter | .10 | 35.00 |
| 7/01/19 | CJS | Telephone conference with Stefanie Korepin regarding selection committee matters | .20 | 70.00 |
| 7/01/19 | CJS | Revise SafeSport Policy and Procedures | .70 | 245.00 |
| 7/01/19 | CJS | Revise BDO engagement letter | .30 | 105.00 |
| 7/01/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 7/01/19 | CJS | Call with Trampoline & Tumbling selection committee regarding selection matters | 1.30 | 455.00 |
| 7/01/19 | CJS | Correspondence with USOC regarding 2019 compliance checklist | .10 | 35.00 |
| 7/02/19 | ACC | Conference with Christopher J. Schneider to discuss meeting with the selection committee | .10 | 21.50 |
| 7/02/19 | CJS | Correspondence with Kathryn Carson regarding Athlete Council Matter | .20 | 70.00 |

**MILLER·JOHNSON·SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      2
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

-----------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/02/19 | CJS | Telephone conference with Alejandra Contreras regarding selection committee meeting | .10 | 35.00 |
| 7/02/19 | CJS | Telephone conference with Kevin White regarding selection committee meeting | .10 | 35.00 |
| 7/03/19 | AMC | Begin review of 2020 USA Gymnastics Championships Event Agreement | .60 | 174.00 |
| 7/03/19 | AMC | Correspondence with J. Smith regarding 2020 USA Gymnastics Championships Event Agreement | .20 | 58.00 |
| 7/03/19 | ACC | Review selection procedures for Rhythmic and Trampoline games in preparation for selection committee meeting | 1.00 | 215.00 |
| 7/03/19 | DAP | Telephone conference with Patrick Murphy regarding subpoena issued in the Hilliard case | .10 | 45.00 |
| 7/03/19 | CJS | Communications with Alex Contreras and Mary McDaniel regarding independent observer role | .20 | 70.00 |
| 7/05/19 | ACC | Review selection procedures for rhythmic and trampoline games in preparation for selection committee meeting | .50 | 107.50 |
| 7/05/19 | ACC | Attend conference call with USAG selection committees for various upcoming events as independent observer | 2.30 | 494.50 |
| 7/05/19 | CJS | Revise national team handbook documents | .80 | 280.00 |

**MILLER·JOHNSON·SNELL & CUMMISKEY P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     3
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

----------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/06/19 | ACC | Draft email to Christopher J. Schneider regarding selection committee meeting for coaches attending Worlds in Spain | .30 | 64.50 |
| 7/06/19 | ACC | Attend conference call with USAG selection committee for rhythmic junior world championships as independent observer | 1.20 | 258.00 |
| 7/06/19 | ACC | Attend conference call with USAG selection committee for Rhythmic World championships and Pan American games as independent observer | .40 | 86.00 |
| 7/06/19 | CJS | Revise updated language for SafeSport Policy | .10 | 35.00 |
| 7/06/19 | CJS | Correspondence with Alejandra Contreras regarding selection committee meeting | .10 | 35.00 |
| 7/07/19 | CJS | Correspondence with Leslie King regarding legal advice on communications statement | .10 | 35.00 |
| 7/08/19 | CJS | Correspondence with Mary L. Tabin regarding personnel matter | .10 | 35.00 |
| 7/08/19 | CJS | Correspondence with Alejandra Contreras and Stefanie Korepin regarding Trampoline & Tumbling selection matter | .10 | 35.00 |
| 7/08/19 | MLT | Communications with employee regarding personnel matter | .40 | 160.00 |
| 7/08/19 | MLT | Communication with VP of Men's programming regarding athlete issue | .10 | 40.00 |
| 7/09/19 | MDP | Review Nike letter for USA Gymnastics | .40 | 78.00 |

**MILLER·JOHNSON·SNELL·&·CUMMISKEY·P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     4
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

-----------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/09/19 | CJS | Office conference with Alejandra Contreras regarding selection committee meeting | .10 | 35.00 |
| 7/09/19 | CJS | Correspondence with USOC regarding compliance checklist | .10 | 35.00 |
| 7/09/19 | CJS | Senior leadership team meeting with Li Li Leung, Stefanie Korepin, and Bernadette Barron | 1.30 | 455.00 |
| 7/09/19 | CJS | Correspondence from USOC regarding compliance checklist | .10 | 35.00 |
| 7/10/19 | ACC | Telephone conference with USAG program directors and Christopher J. Schneider regarding debrief regarding selection procedures | .70 | 150.50 |
| 7/10/19 | ACC | Office conference with Christopher J. Schneider regarding whether a certain gymnastics competition is a protected competition according to USOC bylaws | .50 | 107.50 |
| 7/10/19 | ACC | Review Ted Stevens Act, USOC Bylaws, USAG Bylaws, Section 9 complaint, and Rhythmic selection procedures to provide client with legal advice regarding same | 2.40 | 516.00 |
| 7/10/19 | MDP | Revise Nike letter for USA Gymnastics and send to Christopher J. Schneider | 1.00 | 195.00 |
| 7/10/19 | CJS | Telephone conference with Mary McDaniel regarding selection committee issue | .10 | 35.00 |
| 7/10/19 | CJS | Telephone conference with Alejandra Contreras and USA Gymnastics regarding debrief from selection committee | .70 | 245.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      5
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

--------------------------------------------------------------------------

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | meetings |  |  |
| 7/10/19 | CJS | Participate in all staff meeting by telephone | .30 | 105.00 |
| 7/10/19 | CJS | Telephone conference with contractor regarding contract renewal | .30 | 105.00 |
| 7/10/19 | CJS | Analysis of Board resolutions and related document regarding DIP loans | .40 | 140.00 |
| 7/10/19 | CJS | Analysis of opportunity to compete complaint and strategy for response to same | 1.50 | 525.00 |
| 7/10/19 | CJS | Telephone conference with Li Li Leung, Stefanie Korepin, Caroline Hunt, and Mary McDaniel regarding selection committee issue | .80 | 280.00 |
| 7/10/19 | CJS | Correspondence with Li Li Leung regarding creditor claim | .10 | 35.00 |
| 7/10/19 | CJS | Correspondence with Board of Directors regarding resolutions for approval | .40 | 140.00 |
| 7/10/19 | CJS | Revise section 9 response letter | .50 | 175.00 |
| 7/10/19 | CJS | Correspondence with general creditor regarding bankruptcy claim | .20 | 70.00 |
| 7/11/19 | ACC | Review selection committee minutes and send comments and notes to Christopher J. Schneider | .30 | 64.50 |
| 7/11/19 | ACC | Review documents in Relativity related to certain individuals ███████ | .70 | 150.50 |
| 7/11/19 | ACC | Email to Mark Busby and Christopher J. Schneider regarding documents in Relativity related to certain | .20 | 43.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      6
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

------------------------------------------------------------------------

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | individuals ▮ |  |  |
| 7/11/19 | ACC | Review files on Relativity related to a certain individual ▮ | .70 | 150.50 |
| 7/11/19 | ACC | Email to Mark Busby regarding files on Relativity related to a certain individual ▮ | .10 | 21.50 |
| 7/11/19 | ACC | Review Trampoline & Tumbling procedures and rules to determine certain requirements regarding selection of coaches | 2.60 | 559.00 |
| 7/11/19 | MDP | Prepare USA Gymnastics Board of Directors meeting minute notes for board call | .10 | 19.50 |
| 7/11/19 | MDP | Telephone conference call for USA Gymnastics Board of Directors meeting minutes notes | 1.20 | 234.00 |
| 7/11/19 | MDP | Revise USA Gymnastics Board of Directors meeting minute notes | .10 | 19.50 |
| 7/11/19 | CJS | Correspondence with Li Li Leung and Caroline Hunt regarding selection committee matter | .20 | 70.00 |
| 7/11/19 | CJS | Correspondence with general unsecured claimant regarding claim | .20 | 70.00 |
| 7/11/19 | CJS | Revise report of selection committee | .80 | 280.00 |
| 7/11/19 | CJS | Revise sponsor contract | .60 | 210.00 |
| 7/11/19 | CJS | Correspondence with Mark Busby regarding SafeSport matters | .20 | 70.00 |
| 7/11/19 | CJS | Participate in Board of Directors telephonic meeting | 1.20 | 420.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                              Page     7
                                              Inv#  1705622
                                              Date 08/20/2019
                                              42721.00006-DJG
```
--------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/11/19 | CJS | Prepare for Board of Directors telephonic meeting | .60 | 210.00 |
| 7/11/19 | CJS | Correspondence with Ryan Ward regarding event contract | .20 | 70.00 |
| 7/11/19 | CJS | Communications with Leslie King regarding legal advice on communication statement | .40 | 140.00 |
| 7/12/19 | AMC | Review background materials regarding Memorandum of Agreement for Future Stars and Super Clinic | .30 | 87.00 |
| 7/12/19 | ACC | Draft memorandum to Christopher J. Schneider regarding USAG Bylaws, and Trampoline & Tumbling rules regarding ████████████████████ | .90 | 193.50 |
| 7/12/19 | CJS | Revise athlete media release and waiver for certain events | .70 | 245.00 |
| 7/12/19 | CJS | Analysis of memorandum regarding selection committee matter | .30 | 105.00 |
| 7/12/19 | CJS | Revise communications statement to reflect legal advice | .20 | 70.00 |
| 7/12/19 | CJS | Telephone conference with Leslie King regarding media releases | .20 | 70.00 |
| 7/12/19 | CJS | Participate in SafeSport meeting | .60 | 210.00 |
| 7/13/19 | CJS | Correspondence with Li Li Leung regarding athlete matters | .20 | 70.00 |
| 7/14/19 | CJS | Revise communications statement to reflect legal advice | .10 | 35.00 |

# MILLER JOHNSON SNELL & CUMMISKEY P.L.C.
### Attorneys and Counselors

**PO Box 306**
**Grand Rapids, Michigan 49501-0306**
**616.831.1700**
**TAX ID# 38-1603110**

USA Gymnastics

```
                                            Page     8
                                            Inv#  1705622
                                            Date 08/20/2019
                                            42721.00006-DJG
```
---------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/14/19 | CJS | Telephone conference with athlete, athletes' representatives, and USA Gymnastics representatives regarding WADA issue | 1.00 | 350.00 |
| 7/14/19 | CJS | Telephone conference with Li Li Leung, Stefanie Korepin, Mary McDaniel, and Jacqui Godfrey regaring WADA issue | .50 | 175.00 |
| 7/15/19 | ACC | Emails to USAG program directors to schedule attendance at selection as independent observer | .10 | 21.50 |
| 7/15/19 | CJS | Telephone conference with Russ Prince regarding open issues | .20 | 70.00 |
| 7/16/19 | MDP | Compile USAG Board of Directors' votes approving Board resolutions authorizing debtor-in-possession loan | .20 | 39.00 |
| 7/16/19 | MLT | Communication with VP of Men's Programming regarding athlete meeting | .40 | 160.00 |
| 7/16/19 | MLT | Communication with in house counsel regarding personnel matter | .20 | 80.00 |
| 7/16/19 | MLT | Communication with VP of Men's Programming regarding correspondence from employee | .30 | 120.00 |
| 7/18/19 | MDP | Review and revise Debtor in Possession Loan Agreement signature page to correspond with the USA Gymnastics Board of Directors who approved the resolution to approve the Debtor in Possession Loan agreement. | .40 | 78.00 |
| 7/18/19 | MDP | Draft Host Agreement for 2019 Future Stars and Super Clinic | .60 | 117.00 |
| 7/18/19 | MDP | Update USA Gymnastics Board of | .10 | 19.50 |

MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     9
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

-----------------------------------------------------------------------

|         |     | Directors approval tracker and send to Christopher J. Schneider |       |        |
|---------|-----|------------------------------------------------------------------|-------|--------|
| 7/18/19 | CJS | Exit interview with Ryan Ward | .40 | 140.00 |
| 7/19/19 | BRH | Review and revise letter relating to Olympic Channel email release in connection with correspondence with Christopher J. Schneider | .70 | 203.00 |
| 7/19/19 | MMO | Draft and revise independent contractor agreement for Jennifer Banowski | .50 | 137.50 |
| 7/19/19 | CJS | Revise contractor agreement for Acro program | .30 | 105.00 |
| 7/19/19 | CJS | Telephone conference with Leslie King and Brittany R. Harden regarding licensing agreement | .20 | 70.00 |
| 7/19/19 | CJS | Review draft email regarding licensing agreement | .10 | 35.00 |
| 7/19/19 | JKS | Review and revise agreements for Future Stars and Super Clinic | 1.00 | 350.00 |
| 7/20/19 | ACC | Review selection procedures for the 2019 Pan American Women's Artistic Games in preparation for conference call with selection committee | .40 | 86.00 |
| 7/20/19 | ACC | Telephone conference with selection committee regarding 2019 Pan American Games Women's Artistic Selection | .10 | 21.50 |
| 7/20/19 | CJS | Conference with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 7/22/19 | ACC | Email to Christopher J. Schneider regarding women's artistic PAG | .20 | 43.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     10
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

-------------------------------------------------------------------------

|          |     |                                                                                    |       |        |
|----------|-----|------------------------------------------------------------------------------------|-------|--------|
|          |     | selection committee meeting                                                        |       |        |
| 7/22/19  | CJS | Correspondence with Li Li Leung and SafeSport team regarding new matter             | .20   | 70.00  |
| 7/22/19  | CJS | Correspondence with Alejandra Contreras regarding selection committee matter        | .10   | 35.00  |
| 7/22/19  | CJS | Numerous correspondence from Mark Busby regarding SafeSport matter                  | .30   | 105.00 |
| 7/22/19  | CJS | Initial review of Boarders Commission report                                       | .20   | 70.00  |
| 7/22/19  | CJS | Follow-up correspondence with Mark Busby regarding arbitration decision on SafeSport matter | .20   | 70.00  |
| 7/22/19  | CJS | Analysis of USOPC's comments on compliance checklist                               | .50   | 175.00 |
| 7/22/19  | CJS | Participate in SafeSport team call                                                  | 1.10  | 385.00 |
| 7/23/19  | MDP | Review and provide comments to the USA Gymnastics Championships Venue Agreement to Christopher J. Schneider | 3.00  | 585.00 |
| 7/23/19  | MDP | Emails to Jennifer Banowsky discussing the Host Agreement for the 2019 Future Stars event | .50   | 97.50  |
| 7/23/19  | CJS | Telephone conference with Li Li Leung regarding open legal matters                  | .20   | 70.00  |
| 7/23/19  | CJS | Attend senior leadership team meeting by telephone                                 | .60   | 210.00 |
| 7/23/19  | CJS | Draft response to Russ Prince regarding SafeSport matter                           | .80   | 280.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    11
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

---------------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|------|------|-------------|------|--------|
| 7/23/19 | CJS | Telephone conference with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 7/23/19 | CJS | Draft action plan on USOPC compliance checklist | .50 | 175.00 |
| 7/23/19 | CJS | Correspondence with Dan Campbell and Mark Busby regarding SafeSport matter | .20 | 70.00 |
| 7/23/19 | CJS | Revise proposed apparel agreement | .30 | 105.00 |
| 7/23/19 | CJS | Revise Trampoline & Tumbling event contract | .40 | 140.00 |
| 7/24/19 | MDP | Telephone call with Jennifer Banowsky discussing sanction waiver and insurance requirements in the Host Agreement | .20 | 39.00 |
| 7/24/19 | MDP | Review and revise the Host Agreement pursuant to Jennifer Banowsky's comments to the Host Agreement. | .30 | 58.50 |
| 7/24/19 | CJS | Revise engagement letter for proposed expert | .30 | 105.00 |
| 7/24/19 | CJS | Communications with D. Andrew Portinga, David J. Gass, and coverage counsel regarding proposed expert | .50 | 175.00 |
| 7/24/19 | CJS | Revise comments on event contract | 1.00 | 350.00 |
| 7/24/19 | CJS | Correspondence with Mark Busby and Amy E. Murphy regarding membership issues | .30 | 105.00 |
| 7/24/19 | CJS | Correspondence with Li Li Leung regarding SafeSport matter | .10 | 35.00 |
| 7/24/19 | CJS | Correspondence with Li Li Leung regarding contractual analysis | .30 | 105.00 |

**MILLER·JOHNSON·SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    12
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

---

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/24/19 | CJS | Analysis of AAI contract | .70 | 245.00 |
| 7/24/19 | CJS | Correspondence with opposing counsel regarding meeting between principals | .10 | 35.00 |
| 7/24/19 | CJS | Revise SafeSport policy to address USOPC compliance audit | 1.30 | 455.00 |
| 7/24/19 | CJS | Revise letter regarding USADA issue | .40 | 140.00 |
| 7/24/19 | CJS | Office conference with James W. Casteel regarding SafeSport data collection | .20 | 70.00 |
| 7/24/19 | CJS | Follow-up correspondence with Mark Busby and Shelba Waldron regarding revisions to SafeSport policy | .10 | 35.00 |
| 7/24/19 | CJS | Review notice of withdrawal of claim | .10 | 35.00 |
| 7/25/19 | BRH | Conduct search of current and active federally registered copyrights owned by USA Gymnastics | 1.00 | 290.00 |
| 7/25/19 | CJS | Revise response to venue regarding contract | .30 | 105.00 |
| 7/25/19 | CJS | Office conference with Rich Perez regarding sales tax issue | .20 | 70.00 |
| 7/25/19 | CJS | Correspondence with Mary McDaniel and Stefanie Korepin regarding immigration issue | .20 | 70.00 |
| 7/25/19 | CJS | Conference call with Aon and Bernadette Barron regarding insurance renewal | .80 | 280.00 |
| 7/25/19 | CJS | Review insurance renewal summary provided by Aon | .80 | 280.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    13
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

--------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/25/19 | CJS | Draft correspondence to Li Li Leung regarding insurance renewal | .40 | 140.00 |
| 7/25/19 | CJS | Correspondence with Mark Busby regarding hearing panels | .20 | 70.00 |
| 7/25/19 | CJS | Review new version of letter on USADA issue | .40 | 140.00 |
| 7/25/19 | CJS | Follow-up correspondence with Mary McDaniel regarding immigration issue | .20 | 70.00 |
| 7/25/19 | CJS | Telephone conference with Li Li Leung regarding open legal matters | .30 | 105.00 |
| 7/25/19 | CJS | Telephone conference with Mary McDaniel regarding additional immigration issue | .20 | 70.00 |
| 7/25/19 | CJS | Revise visa support letter | .10 | 35.00 |
| 7/25/19 | MLT | Work on investigation report regarding personnel matter | 7.10 | 2,840.00 |
| 7/26/19 | CJS | Review revisions to letter on USADA issue | .10 | 35.00 |
| 7/26/19 | CJS | Correspondence with Mary McDaniel and Michael E. Stroster regarding immigration issue | .10 | 35.00 |
| 7/26/19 | CJS | Finalize action plan for USOPC compliance checklist | .30 | 105.00 |
| 7/26/19 | CJS | Telephone conference with Erica Koven regarding sanctioned event issue | .20 | 70.00 |
| 7/26/19 | CJS | Multiple correspondence with Li Li Leung and Leslie King regarding communications response | .50 | 175.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    14
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

--------------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/26/19 | CJS | Telephone conference with Li Li Leung, Mark Busby, Leslie King and Annie Heffernon regarding SafeSport issue | .70 | 245.00 |
| 7/27/19 | CJS | Telephone conference with Kathryn Carson and Li Li Leung regarding SafeSport matters | .70 | 245.00 |
| 7/27/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 7/29/19 | BRH | Review and revise License Agreement with Olympic Channel | 2.50 | 725.00 |
| 7/29/19 | CJS | Participate in senior leadership team call | .50 | 175.00 |
| 7/29/19 | CJS | Participate in SafeSport team call | 1.00 | 350.00 |
| 7/29/19 | CJS | Correspondence with Mark Busby regarding SafeSport policy question | .10 | 35.00 |
| 7/29/19 | CJS | Correspondence with opposing counsel regarding meeting with club owners | .10 | 35.00 |
| 7/29/19 | CJS | Draft claim submission to Everest for sanctioned event | .30 | 105.00 |
| 7/29/19 | CJS | Correspondence with bankruptcy counsel regarding court approval for contract | .10 | 35.00 |
| 7/29/19 | CJS | Analysis of media contracts to determine certain rights and issues | .70 | 245.00 |
| 7/29/19 | CJS | Draft memorandum to Li Li Leung regarding rights under media contract | .30 | 105.00 |
| 7/29/19 | CJS | Communications with Michael E. Stroster and Mary McDaniel regarding opinion letter | .30 | 105.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    15
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

--------------------------------------------------------------------------

| Date | | | | |
|------|------|------|------|------|
| 7/29/19 | CJS | Correspondence with Jacqui Godfrey regarding Trampoline & Tumbling selection committee | .20 | 70.00 |
| 7/29/19 | CJS | Initial review of venue's comments on event contract | .40 | 140.00 |
| 7/29/19 | CJS | Correspondence with Aon regarding insurance renewal | .20 | 70.00 |
| 7/29/19 | CJS | Provide legal advice on proposed communications statement to Leslie King | .10 | 35.00 |
| 7/29/19 | CJS | Correspondence with insurer regarding report of claim | .20 | 70.00 |
| 7/29/19 | CJS | Finalize visa support letter | .20 | 70.00 |
| 7/29/19 | MES | Telephone conference with Christopher J. Schneider regarding request for support letter for ████ visa application from Ms. ████ agent | .80 | 320.00 |
| 7/30/19 | ACC | Review maxient records related to certain individuals ████████ ████████ per Daniel Campbell request | .60 | 129.00 |
| 7/30/19 | BRH | Correspond with Thad Vandeventer regarding license arrangement with the Olympic Channel | .30 | 87.00 |
| 7/30/19 | MDP | Provide comments to Christopher J. Schneider on St. Louis Convention Center's comments to the USA Gymnastics Event Agreement | 1.70 | 331.50 |
| 7/30/19 | RLP | Research and draft memo regarding the latest supreme court case South Dakota v Wayfair | 1.00 | 125.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    16
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

---------------------------------------------------------------------------

| | | | | |
|---|---|---|---|---|
| 7/30/19 | CJS | Correspondence with Leslie King regarding legal advice on proposed communications statement | .20 | 70.00 |
| 7/30/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 7/30/19 | CJS | Correspondence with insurer regarding participant accident claim | .20 | 70.00 |
| 7/30/19 | CJS | Telephone conference with Jacqui Godfrey, Stefanie Korepin, and Mark Busby regarding selection committee issue | 1.10 | 385.00 |
| 7/30/19 | CJS | Correspondence with Li Li Leung regarding athlete injury | .10 | 35.00 |
| 7/30/19 | CJS | Telephone conference with Alejandra Contreras regarding files for SafeSport | .20 | 70.00 |
| 7/30/19 | CJS | Correspondence with Li Li Leung regarding SafeSport Matter | .20 | 70.00 |
| 7/30/19 | CJS | Revise responses to venue's comments on contract | 1.10 | 385.00 |
| 7/31/19 | BRH | Continue review of license agreement with Olympic Channel | .70 | 203.00 |
| 7/31/19 | BRH | Prepare application summary with information necessary to file USPTO trademark application for USA Gymnastics logo | 1.50 | 435.00 |
| 7/31/19 | AEM | Research ███████████████ | 1.50 | 435.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                        Page    17
                                        Inv#  1705622
                                        Date 08/20/2019
                                        42721.00006-DJG
----------------------------------------------------------------------
```

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/31/19 | MDP | Revise 2020 Trampoline and Tumbling Host Agreement to reference that host must be a member club and delete insurance language | .30 | 58.50 |
| 7/31/19 | MDP | Draft USA Gymnastics Board of Directors Executive Meeting Minutes for July 11, 2019 | .40 | 78.00 |
| 7/31/19 | MDP | Draft USA Gymnastics Board of Directors Regular Meeting Minutes for July 11, 2019 | 2.10 | 409.50 |
| 7/31/19 | RLP | Research and draft memo regarding latest Supreme Court case South Dakota v Wayfair. | 1.00 | 125.00 |
| 7/31/19 | CJS | Correspondence with venue regarding event contract | .40 | 140.00 |
| 7/31/19 | CJS | Revise Trampoline & Tumbling form contract | .30 | 105.00 |
| 7/31/19 | CJS | Telephone conference with David Rudd and Stefanie Korepin regarding issue for Ethics and Grievance Committee | .50 | 175.00 |
| 7/31/19 | CJS | Telephone conference with Kevin White regarding open matters | .40 | 140.00 |
| 7/31/19 | CJS | Revise draft letter regarding SafeSport matter | .50 | 175.00 |
| 7/31/19 | CJS | Communication with Stefanie Korepin and Li Li Leung regarding open matters | .20 | 70.00 |

```
            TOTAL HOURS                 101.90

              Total Services                    30,566.00
```

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    18
Inv#  1705622
Date 08/20/2019
42721.00006-DJG

------------------------------------------------------------------------

**Attorney Summary**

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| Schwartz, Jordan K | Member | 1.00 | 350.00 | 350.00 |
| Portinga, D. Andrew | Member | .10 | 450.00 | 45.00 |
| Schneider, Christopher J. | Member | 49.30 | 350.00 | 17,255.00 |
| Stroster, Michael E. | Member | .80 | 400.00 | 320.00 |
| Tabin, Mary L. | Member | 8.50 | 400.00 | 3,400.00 |
| Carson, Anne Marie | Associate | 1.10 | 290.00 | 319.00 |
| Harden, Brittany R. | Associate | 6.70 | 290.00 | 1,943.00 |
| Murphy, Amy E. | Associate | 1.50 | 290.00 | 435.00 |
| O'Rourke, Matthew M. | Associate | .50 | 275.00 | 137.50 |
| Penny, Michael D | Associate | 12.60 | 195.00 | 2,457.00 |
| Carlton, Jacob L. | Clerk | 1.50 | 100.00 | 150.00 |
| Contreras-Caballero, Alej | Associate | 16.30 | 215.00 | 3,504.50 |
| Perez, Richard L | Clerk | 2.00 | 125.00 | 250.00 |
|  |  | 101.90 |  | 30,566.00 |

**Expenses**

| | | |
|---|---|---|
| Reproductions 3 pages | .45 | |
| Computer Assisted Research | 56.00 | |
| Reproductions 11 pages | 1.65 | |
| Reproductions 22 pages | 3.30 | |
| Reproductions 40 pages | 6.00 | |
| Reproductions 22 pages | 3.30 | |
| **Total Expenses** | | **70.70** |

**Total This Invoice**          30,636.70

**Invoices Due Upon Receipt**

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page   19
Inv# 1705622
Date 08/20/2019
42721.00006-DJG

--------------------------------------------------------------------------

## OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE NUMBER | DATE | INVOICE AMOUNT | PAYMENTS AGAINST INVOICE | INVOICE BALANCE |
|---|---|---|---|---|
| 1690179 | 2/14/19 | 73,608.76 | 59,124.96 | 14,483.80 |
| 1691021 | 3/18/19 | 64,476.01 | 51,679.21 | 12,796.80 |
| 1694037 | 4/17/19 | 81,436.49 | 65,321.49 | 16,115.00 |
| 1696899 | 5/21/19 | 73,299.57 | 59,053.17 | 14,246.40 |
| 1699811 | 6/13/19 | 83,847.71 | 67,560.31 | 16,287.40 |
| 1702747 | 7/15/19 | 94,745.27 | .00 | 94,745.27 |

Prior Unpaid Balance          168,674.67

**Total Amount Due            199,311.37**

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

**Inv# 1705622**
**Date 08/20/2019**
**42721.00006-DJG**

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

Re:  CJS Chief Legal Officer

**REMITTANCE ADVICE**

For Legal Services Rendered through July 31, 2019

| | |
|---|---|
| Total Services | 30,566.00 |
| Total Expenses | 70.70 |
| **Total This Invoice** | **30,636.70** |
| | ============== |

Invoice Is Due Upon Receipt

Our remit address is: PO Box 306, Grand Rapids, MI.  49501-0306

Payments: If paying by check please return the remittance advice
or write your invoice number(s) on your check. You may also pay by
credit or debit card through our online payment portal
www.millerjohnson.com/onlinepayments. If you have any questions
regarding this invoice or you wish to set up ACH payments please
call 616-831-1700 and ask for the collections department.