IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re<br><br>USA GYMNASTICS,[1]<br><br>            Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

### NOTICE OF HEARING ON PREVIOUSLY-FILED
### CREDITOR'S MOTION TO FILE CLAIM AFTER BAR DATE

PLEASE TAKE NOTICE that on July 15, 2019, counsel for creditor Erin Kaufman filed the *Creditor's Motion to File Claim After Bar Date* [Docket No. 657] (the "Motion").[2] A previous notice of hearing incorrectly filed as a *Notice of Omnibus Hearing Schedule* [Docket No. 665] was withdrawn on August 6, 2019. *See Notice of Withdrawal of Docket No. 665* [Docket No. 699] (specifying that "[t]he Motion itself is ***not*** being withdrawn, but will be re-noticed for the September omnibus hearing date, with a corresponding objection deadline").

PLEASE TAKE FURTHER NOTICE that the Motion will be heard at the rescheduled September 2019 omnibus hearing (the "Hearing"), which will take place on September 17, 2019 at 1:30 p.m. (Prevailing Eastern Time) in Room 329 of the United States Bankruptcy Court, 46 East Ohio Street, Indianapolis, Indiana 46204.

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be filed by 4:00 p.m. (Prevailing Eastern Time) on September 10, 2019.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

[2] The Motion was originally filed on July 12, 2019, *see* Docket No. 647, but was deficient in certain technical respects, *see* Docket No. 653, and was accordingly re-filed on July 15, 2019.

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Hearing.

PLEASE TAKE FURTHER NOTICE that a copy of the Motion may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the undersigned, or on PACER, or from the Clerk of the Court.

DATED: August 27, 2019　　　　　　Respectfully submitted,

KLEE, TUCHIN, BOGDANOFF & STERN LLP

By: */s/ Robert J. Pfister*
　　Robert J. Pfister (IN Bar No. 23250-02)
　　1999 Avenue of the Stars, 39th Floor
　　Los Angeles, California 90067
　　Tel: 310-407-4000
　　rpfister@ktbslaw.com

*Counsel for Erin Kaufman*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**Nancy D Adams**     ndadams@mintz.com
**Annemarie C Alonso**     annie@sllawfirm.com
**Martin Beeler**     mbeeler@cov.com
**Daniel D. Bobilya**     dan@b-blegal.com, sarah@b-blegal.com
**Megan A Bonanni**     mbonanni@pittlawpc.com
**Tonya J. Bond**     tbond@psrb.com, jscobee@psrb.com
**Wendy D Brewer**     wbrewer@fmdlegal.com, cbellner@fmdlegal.com
**Kenneth H. Brown**     kbrown@pszjlaw.com
**Charles D. Bullock**     cbullock@sbplclaw.com, lhaas@sbplclaw.com
**George Calhoun**     george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
**Douglas N. Candeub**     dcandeub@morrisjames.com
**John Cannizzaro**     john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
**Deborah Caruso**     dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
**Dianne Coffino**     dcoffino@cov.com
**Jesse Max Creed**     creed@psb.law, alegria@psb.law
**Heather M. Crockett**     Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
**Alex Cunny**     acunny@manlystewart.com
**Edward DeVries**     edward.devries@wilsonelser.com
**Karen M Dixon**     kdixon@skarzynski.com
**Kimberly A. Dougherty**     kim.dougherty@andruswagstaff.com, sandra.martin@andruswagstaff.com
**Laura A DuVall**     Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
**Jeffrey B. Fecht**     jfecht@rbelaw.com, rmcclintic@rbelaw.com
**Sarah Lynn Fowler**     sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
**Eric D Freed**     efreed@cozen.com, mmerola@cozen.com
**Frances Gecker**     fgecker@fgllp.com, csmith@fgllp.com;csucic@fgllp.com;mmatlock@fgllp.com
**Cameron Getto**     cgetto@zacfirm.com
**Steven W Golden**     sgolden@pszjlaw.com
**Douglas Gooding**     dgooding@choate.com
**Gregory Michael Gotwald**     ggotwald@psrb.com, scox@psrb.com
**Manvir Singh Grewal**     mgrewal@4grewal.com
**Susan N Gummow**     sgummow@fgppr.com, bcastillo@fgppr.com
**Katherine Hance**     khance@goodwin.com
**Samuel D. Hodson**     shodson@taftlaw.com, aolave@taftlaw.com

**Jeffrey A Hokanson**     jeff.hokanson@icemiller.com, bgnotices@icemiller.com
**John R. Humphrey**     jhumphrey@taftlaw.com, aolave@taftlaw.com
**Cassandra Jones**     cjones@walkerwilcox.com, vhosek@wwmlawyers.com;docket@walkerwilcox.com
**Bruce L. Kamplain**     bkamplain@ncs-law.com, dhert@ncs-law.com;klong@ncs-law.com
**Kevin P Kamraczewski**     kevin@kevinklaw.com
**Ronald David Kent**     ronald.kent@dentons.com
**Adam L. Kochenderfer**     akochenderfer@wolfsonbolton.com
**Christopher Kozak**     ckozak@psrb.com
**Micah R Krohn**     mkrohn@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
**Carl N. Kunz**     ckunz@morrisjames.com, jdawson@morrisjames.com
**Cynthia Lasher**     clasher@ncs-law.com, dcouch@ncs-law.com;dhert@ncs-law.com
**Adam Le Berthon**     adam.leberthon@wilsonelser.com
**Martha R. Lehman**     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
**Jonathan C Little**     jon@sllawfirm.com
**Michael M. Marick**     mmarick@skarzynski.com
**Jonathan Marshall**     jmarshall@choate.com
**Phillip Alan Martin**     pmartin@fmdlegal.com, cbellner@fmhd.com
**John McDonald**     jmcdonald@briggs.com
**Mathilda S. McGee-Tubb**     msmcgee-tubb@mintz.com
**Harley K Means**     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
**Geoffrey M. Miller**     geoffrey.miller@dentons.com, ndil_ecf@dentons.com
**Robert Millner**     robert.millner@dentons.com, ndil_ecf@dentons.com
**James P Moloy**     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
**Ronald J. Moore**     Ronald.Moore@usdoj.gov
**Whitney L Mosby**     wmosby@bgdlegal.com, fwolfe@bgdlegal.com
**Joel H. Norton**     jnorton@rsslawoffices.com
**Michael P. O'Neil**     moneil@taftlaw.com, aolave@taftlaw.com
**Weston Erick Overturf**     wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
**Dean Panos**     dpanos@jenner.com
**Stephen Jay Peters**     speters@kgrlaw.com, acooper@kgrlaw.com
**Ginny L. Peterson**     gpeterson@k-glaw.com, acoy@k-glaw.com
**Robert J Pfister**     rpfister@ktbslaw.com
**John Thomas Piggins**     pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
**Michael L Pitt**     mpitt@pittlawpc.com
**George Plews**     gplews@psrb.com
**Amanda Koziura Quick**     amanda.quick@atg.in.gov, Marie.Baker@atg.in.gov
**Michael L. Ralph**     mralph@rsslawoffices.com
**Abigail E. Rocap**     arocap@batescarey.com

**Melissa M. Root**   mroot@jenner.com, wwilliams@jenner.com
**James Pio Ruggeri**   jruggeri@goodwin.com
**Syed Ali Saeed**   ali@sllawfirm.com, betty@sllawfirm.com
**Ilan D Scharf**   ischarf@pszjlaw.com
**Thomas C Scherer**   tscherer@bgdlegal.com, fwolfe@bgdlegal.com
**David J. Schwab**   djschwab@rsslawoffices.com
**Igor Shleypak**   ishleypak@fgppr.com, jfecteau@fgppr.com
**Heather Elizabeth Simpson**   heather.simpson@kennedyscmk.com
**Casey Ray Stafford**   cstafford@k-glaw.com, lsmith@k-glaw.com
**James I. Stang**   jstang@pszjlaw.com
**Catherine L. Steege**   csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
**Laura B. Stephens**   lbstephens@mintz.com
**Keith Teel**   kteel@cov.com
**Meredith R. Theisen**   mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
**Jonathan Toren**   jtoren@cozen.com
**U.S. Trustee**   ustpregion10.in.ecf@usdoj.gov
**Susan Walker**   susan.walker@dentons.com
**Joshua D Weinberg**   jweinberg@goodwin.com
**Mark R. Wenzel**   mwenzel@salawus.com, pdidandeh@salawus.com
**Gabriella B. Zahn-Bielski**   gzahnbielski@cov.com