**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that on August 27, 2019 USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the following motion and application (collectively, the "**Motions**"), which have been set for a hearing (the "**Hearing**") on **Tuesday, September 17, 2019 at 1:30 p.m. (Prevailing Eastern Time) in Room 329 of the United States Bankruptcy Court, 46 East Ohio Street, Indianapolis, Indiana 46204**:

- *Debtor's Motion For Authority To Enter Into Executive Search Contract* [Dkt. 738]; and,
- *Debtor's Application For Order Authorizing The Debtor To Employ BDO USA, LLP As Ordinary Course Auditor And Tax Professional Pursuant To 11 U.S.C. § 327(b), Effective As Of July 15, 2019* [Dkt. 739].

PLEASE TAKE FURTHER NOTICE that one of the Motions seeks the Court's authorization for the Debtor to employ a public accounting and consulting firm and to pay the fees and expenses of that firm.

PLEASE TAKE FURTHER NOTICE **that any objections to the Motions must be filed by Tuesday, September 10, 2019 at 4:00 p.m. (Prevailing Eastern Time)**.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

2

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Motions may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: August 28, 2019                                              Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*