IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 18-9108-RLM-11 |

**NOTICE OF DEVELOPMENT SPECIALISTS, INC.'S STATEMENT FOR
SERVICES RENDERED AND EXPENSES INCURRED IN AUGUST 2019**

PLEASE TAKE NOTICE that on September 16, 2019, Development Specialists, Inc. as Consultants to Fred C. Caruso, not individually, but as Future Claimants' Representative in this case, submitted its invoice for fees and expenses incurred between August 1, 2019 and August 31, 2019 (the "**Invoice**"), in accordance with the *Order Granting Debtor's Motion for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Dkt. 187] (the "**Interim Compensation Order**").

PLEASE TAKE FURTHER NOTICE that the Invoice, attached hereto as Exhibit A, seeks compensation for $2,047.50 in fees and $0.00 in expenses.

PLEASE TAKE FURTHER NOTICE **that any objections to the Invoice must be filed and served upon the undersigned counsel by October 1, 2019 at 4:00 p.m. (prevailing Eastern Time) in accordance with the Interim Compensation Order**.

PLEASE TAKE FURTHER NOTICE that, if no objection is timely filed, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoice, subject to final approval by the Court at a future hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

{USAGYM/001/00056961.DOCX/}

September 16, 2019                                  Respectfully submitted,

                                               **DEVELOPMENT SPECIALISTS, INC.**

                                               By:  */s/ Micah R. Krohn*

                                               Frances Gecker *(admitted pro hac vice)*
                                               Micah R. Krohn *(admitted pro hac vice)*
                                               FrankGecker LLP
                                               1327 W. Washington Blvd., Ste. 5G-H
                                               Chicago, Illinois 60607
                                               (312) 276-1400
                                               fgecker@fgllp.com
                                               mkrohn@fgllp.com

                                               *Counsel to Fred C. Caruso, Future*
                                               *Claimants' Representative*

## **CERTIFICATE OF SERVICE**

     I, Micah R. Krohn, an attorney, hereby certify that on September 16, 2019 a copy of the foregoing *Notice of Development Specialists, Inc.'s Statement for Services Rendered and Expenses Incurred in August 2019* was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Nancy D Adams     ndadams@mintz.com
Annemarie C Alonso     annie@sllawfirm.com
Martin Beeler     mbeeler@cov.com
Daniel D. Bobilya     dan@b-blegal.com, sarah@b-blegal.com
Megan A Bonanni     mbonanni@pittlawpc.com
Tonya J. Bond     tbond@psrb.com, jscobee@psrb.com
Wendy D Brewer     wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kenneth H. Brown     kbrown@pszjlaw.com
Charles D. Bullock     cbullock@sbplclaw.com, lhaas@sbplclaw.com
George Calhoun     george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
Douglas N. Candeub     dcandeub@morrisjames.com
John Cannizzaro     john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Dianne Coffino     dcoffino@cov.com
Jesse Max Creed     creed@psb.law, alegria@psb.law
Heather M. Crockett     Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
Alex Cunny     acunny@manlystewart.com

Edward DeVries    edward.devries@wilsonelser.com
Karen M Dixon    kdixon@skarzynski.com
Kimberly A. Dougherty    kim.dougherty@andruswagstaff.com, sandra.martin@andruswagstaff.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Jeffrey B. Fecht    jfecht@rbelaw.com, rmcclintic@rbelaw.com
Sarah Lynn Fowler    sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Eric D Freed    efreed@cozen.com, mmerola@cozen.com
Frances Gecker    fgecker@fgllp.com, csmith@fgllp.com;csucic@fgllp.com;mmatlock@fgllp.com
Cameron Getto    cgetto@zacfirm.com
Steven W Golden    sgolden@pszjlaw.com
Douglas Gooding    dgooding@choate.com
Gregory Michael Gotwald    ggotwald@psrb.com, scox@psrb.com
Manvir Singh Grewal    mgrewal@4grewal.com
Susan N Gummow    sgummow@fgppr.com, bcastillo@fgppr.com
Katherine Hance    khance@goodwin.com
Samuel D. Hodson    shodson@taftlaw.com, aolave@taftlaw.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com, bgnotices@icemiller.com
John R. Humphrey    jhumphrey@taftlaw.com, aolave@taftlaw.com
Cassandra Jones    cjones@walkerwilcox.com, vhosek@wwmlawyers.com;docket@walkerwilcox.com
Bruce L. Kamplain    bkamplain@ncs-law.com, dhert@ncs-law.com;klong@ncs-law.com
Kevin P Kamraczewski    kevin@kevinklaw.com
Ronald David Kent    ronald.kent@dentons.com
Adam L. Kochenderfer    akochenderfer@wolfsonbolton.com
Christopher Kozak    ckozak@psrb.com
Micah R Krohn    mkrohn@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
Carl N. Kunz    ckunz@morrisjames.com, jdawson@morrisjames.com
Cynthia Lasher    clasher@ncs-law.com, dcouch@ncs-law.com;dhert@ncs-law.com
Adam Le Berthon    adam.leberthon@wilsonelser.com
Martha R. Lehman    mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Jonathan C Little    jon@sllawfirm.com
Michael M. Marick    mmarick@skarzynski.com
Jonathan Marshall    jmarshall@choate.com
Phillip Alan Martin    pmartin@fmdlegal.com, cbellner@fmhd.com
John McDonald    jmcdonald@briggs.com
Mathilda S. McGee-Tubb    msmcgee-tubb@mintz.com
Harley K Means    hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
Geoffrey M. Miller    geoffrey.miller@dentons.com, ndil_ecf@dentons.com
Robert Millner    robert.millner@dentons.com, ndil_ecf@dentons.com
James P Moloy    jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Whitney L Mosby    wmosby@bgdlegal.com, fwolfe@bgdlegal.com
Joel H. Norton    jnorton@rsslawoffices.com
Michael P. O'Neil    moneil@taftlaw.com, aolave@taftlaw.com
Weston Erick Overturf    wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Dean Panos    dpanos@jenner.com
Stephen Jay Peters    speters@kgrlaw.com, acooper@kgrlaw.com

Ginny L. Peterson    gpeterson@k-glaw.com, acoy@k-glaw.com
Robert J Pfister    rpfister@ktbslaw.com
John Thomas Piggins    pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
Michael L Pitt    mpitt@pittlawpc.com
George Plews    gplews@psrb.com
Amanda Koziura Quick    amanda.quick@atg.in.gov, Marie.Baker@atg.in.gov
Michael L. Ralph    mralph@rsslawoffices.com
Abigail E. Rocap    arocap@batescarey.com
Melissa M. Root    mroot@jenner.com, wwilliams@jenner.com
James Pio Ruggeri    jruggeri@goodwin.com
Syed Ali Saeed    ali@sllawfirm.com, betty@sllawfirm.com
Ilan D Scharf    ischarf@pszjlaw.com
Thomas C Scherer    tscherer@bgdlegal.com, fwolfe@bgdlegal.com
David J. Schwab    djschwab@rsslawoffices.com
Igor Shleypak    ishleypak@fgppr.com, jfecteau@fgppr.com
Heather Elizabeth Simpson    heather.simpson@kennedyscmk.com
Casey Ray Stafford    cstafford@k-glaw.com, lsmith@k-glaw.com
James I. Stang    jstang@pszjlaw.com
Catherine L. Steege    csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
Laura B. Stephens    lbstephens@mintz.com
Keith Teel    kteel@cov.com
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
Jonathan Toren    jtoren@cozen.com, bbuckner@cozen.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Susan Walker    susan.walker@dentons.com
Joshua D Weinberg    jweinberg@goodwin.com
Mark R. Wenzel    mwenzel@salawus.com, pdidandeh@salawus.com
Gabriella B. Zahn-Bielski    gzahnbielski@cov.com

    I further certify that on September 16, 2019, a copy of the foregoing *Notice of Development Specialists, Inc.'s Statement for Services Rendered and Expenses Incurred in August, 2019* was served via electronic mail to the following:

    United States Olympic Committee:  Chris McCleary at chrismccleary@usoc.org
    The Alexander, A Dolce Hotel and Wyndham Hotel Group LLC:  Daniel M. Eliades at daniel.eliades@klgates.com and David S. Catuogno at david.catuogno@klgates.com

and by U.S. Mail to:

    USA Gymnastics
    130 E. Washington St., Ste. 700
    Indianapolis, IN 46204

    /s/ *Micah R. Krohn*