# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

## NOTICE OF DRAW BY DEBTOR'S COUNSEL
## FOR AUGUST 2019

PLEASE TAKE NOTICE that on September 18, 2019, Plews Shadley Racher & Braun LLP, as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case, submitted a monthly invoice for fees and expenses incurred between August 1, 2019 and August 31, 2019 (the "**August 2019 Invoice**"),[2] in accordance with the *Order Granting Debtor's Motion For Entry Of Order Establishing Procedures For Interim Compensation And Reimbursement Of Professionals* [Dkt. 187] (the "**Interim Compensation Order**").

PLEASE TAKE FURTHER NOTICE that the August 2019 Invoice, attached hereto as Exhibit A, seeks compensation for $142,960.50 in fees and $12,567.58 in expenses.

PLEASE TAKE FURTHER NOTICE **that any objections to the Invoices must be served upon the undersigned counsel by October 2, 2019 at 4:00 p.m. (prevailing Eastern time), in accordance with the Interim Compensation Order**.

PLEASE TAKE FURTHER NOTICE that, if no objection is timely filed, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoices, subject to final approval by the Court at a future hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

[2] The Invoice is redacted to avoid the disclosure of privileged and confidential information.

Dated: September 18, 2019                        Respectfully submitted,

    */s/ Gregory M. Gotwald*
Gregory M. Gotwald, Atty. No. 24911-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
ggotwald@psrb.com

*Counsel for Debtor USA Gymnastics*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Martin Beeler mbeeler@cov.com
Daniel D. Bobilya dan@b-blegal.com
Kenneth H. Brown kbrown@pszjlaw.com
Charles D. Bullock cbullock@sbplclaw.com
George Calhoun george@ifrahlaw.com
John Cannizzaro john.cannizzaro@icemiller.com
Deborah Caruso dcaruso@rubin-levin.net
David Catuogno david.catuogno@klgates.com
R. Alexander Clark aclark@cov.com
Dianne Coffino dcoffino@cov.com
Laura A. DuVall laura.duvall@usdoj.gov
Daniel Eliades daniel.eliades@klgates.com
Sarah L. Fowler sarah.fowler@mbcblaw.com
Cameron R. Getto cgetto@zacfirm.com
Steven W. Golden sgolden@pszjlaw.com
Manvir Grewal Sr. mgrewal@4grewal.com
Susan N. Gummow sgummow@fgppr.com
Katherine Hance khance@goodwin.com
Jeffrey Hester jhester@hbkfirm.com
Samuel D. Hodson shodson@taftlaw.com
Jeffrey A. Hokanson jeff.hokanson@icemiller.com
John R. Humphrey jhumphrey@taftlaw.com
Kevin P. Kamraczewski kevin@kevinklaw.com
Ronald Kent ronald.kent@dentons.com
Adam L. Kochenderfer akochenderfer@wolfsonbolton.com
Carl Kunz ckunz@morrisjames.com
Martha Lehman mlehman@salawus.com
Chris McCleary chris.mccleary@usoc.org
Harley K. Means hmeans@kgrlaw.com
Geoffrey Miller geoffrey.miller@dentons.com
Robert Millner robert.millner@dentons.com
James Moloy jmoloy@boselaw.com
Ronald J. Moore ronald.moore@usdoj.gov
Whitney Mosby wmosby@bgdlegal.com
Joel Norton jnorton@rsslawoffices.com
Michael P. O'Neil moneil@taftlaw.com
Weston E. Overturf wes.overturf@mbcblaw.com
Dean N. Panos dpanos@Jenner.Com
John T Piggins pigginsj@millerjohnson.com
Stephen J. Peters speters@kgrlaw.com
Amanda Quick amanda.quick@atg.in.gov

Michael Ralph mralph@rsslawoffices.com
Melissa M. Root mroot@Jenner.com
James Ruggeri jruggeri@goodwin.com
Syed Ali Saeed ali@sllawfirm.com
Ilan Scharf ischarf@pszjlaw.com
Thomas Scherer tscherer@bgdlegal.com
David Schwab djschwab@rsslawoffices.com
Igor Shleypak ishleypak@fgppr.com
James I. Stang jstang@pszjlaw.com
Catherine L. Steege csteege@Jenner.Com
Keith A. Teel kteel@cov.com
Meredith Theisen mtheisen@rubin-levin.net
Susan Walker susan.walker@dentons.com
Joshua Weinberg jweinberg@goodwin.com
Mark Wenzel mwenzel@salawus.com
Gabriella Zahn-Bielski gzahnbielski@cov.com


      */s/ Gregory M. Gotwald*

## EXHIBIT A

**Plews Shadley Racher & Braun LLP July 2019 Invoice**

# PLEWS SHADLEY RACHER & BRAUN LLP

Attorneys At Law
1346 North Delaware Street
Indianapolis, IN 46202-2415

Telephone: (317) 637-0700    Facsimile: (317) 637-0710

Tax ID #35-1746444

09/13/2019

USA Gymnastics
Accounts Payable
130 E. Washington St., Suite 700
Indianapolis, IN 46204

Account No: 001688.0001
Invoice No: 247152

Client: USA Gymnastics
Matter Description: Insurance

For Services Rendered Through 8/31/2019

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 08/01/2019 | GMG | Mediation follow up. ▓ | 255.00 | 6.40 | 1,632.00 |
| 08/01/2019 | GMP | Extended telephone ▓. | 560.00 | 4.80 | 2,688.00 |
| 08/01/2019 | JST | Discuss ▓; review ▓. | 195.00 | 1.10 | 214.50 |
| 08/01/2019 | SAB | Review and edit ▓ | 155.00 | 8.20 | 1,271.00 |
| 08/02/2019 | GMG | Prepare for ▓; discussion with ▓; send email memo ▓; analyze additional ▓; email to ▓ | 255.00 | 7.90 | 2,014.50 |
| 08/02/2019 | GMP | Extended conference calls ▓; continued review ▓; conference with ▓. | 560.00 | 4.20 | 2,352.00 |
| 08/02/2019 | JST | Review ▓. | 195.00 | 0.60 | 117.00 |
| 08/03/2019 | GMG | Review and respond ▓; email ▓ | 255.00 | 0.30 | 76.50 |
| 08/03/2019 | GMP | Work on ▓. | 560.00 | 3.70 | 2,072.00 |
| 08/04/2019 | GMG | Revise ▓; review and | 255.00 | 5.80 | 1,479.00 |

|            |     |                                                |        |      |          |
|------------|-----|------------------------------------------------|-------:|-----:|---------:|
|            |     | respond ■.                                     |        |      |          |
| 08/04/2019 | GMP | Further ■; review and respond ■.               | 560.00 | 2.50 | 1,400.00 |
| 08/04/2019 | KDS | Legal analysis ■.                              | 170.00 | 0.20 |    34.00 |
| 08/05/2019 | CEK | Revise ■.                                      | 155.00 | 3.80 |   589.00 |
| 08/05/2019 | CEK | Discuss ■.                                     | 155.00 | 0.10 |    15.50 |
| 08/05/2019 | GMG | Review and revise ■.                           | 255.00 | 8.80 | 2,244.00 |
| 08/05/2019 | GMP | Extensive work ■.                              | 560.00 | 8.70 | 4,872.00 |
| 08/05/2019 | JST | Exchange ■; exchange e-mails ■.                | 195.00 | 1.70 |   331.50 |
| 08/05/2019 | SAB | Review and edit ■.                             | 155.00 | 2.40 |   372.00 |
| 08/06/2019 | CEK | Review ■.                                      | 155.00 | 0.20 |    31.00 |
| 08/06/2019 | CEK | Draft motion ■.                                | 155.00 | 0.60 |    93.00 |
| 08/06/2019 | GMG | Revise ■; review letter ■.                     | 255.00 | 5.90 | 1,504.50 |
| 08/06/2019 | GMP | Review and revise ■; extended telephone conference ■. | 560.00 | 6.60 | 3,696.00 |
| 08/06/2019 | JJM | Attention to ■.                                | 150.00 | 2.20 |   330.00 |
| 08/06/2019 | KEZ | Confer with ■.                                 | 150.00 | 0.10 |    15.00 |
| 08/06/2019 | KEZ | Finalize ■.                                    | 150.00 | 0.20 |    30.00 |
| 08/06/2019 | SAB | Revise ■.                                      | 155.00 | 7.10 | 1,100.50 |
| 08/07/2019 | CEK | Revise ■.                                      | 155.00 | 5.40 |   837.00 |
| 08/07/2019 | CEK | Discuss ■.                                     | 155.00 | 1.40 |   217.00 |
| 08/07/2019 | CEK | Make final edits to ■.                         | 155.00 | 2.20 |   341.00 |
| 08/07/2019 | GMG | Revise ■.                                      | 255.00 | 7.80 | 1,989.00 |
| 08/07/2019 | GMP | Extended work on ■; numerous telephone calls ■.| 560.00 | 7.00 | 3,920.00 |
| 08/07/2019 | JJM | Update ■.                                      | 150.00 | 1.20 |   180.00 |
| 08/07/2019 | JST | Draft ■.                                       | 195.00 | 0.10 |    19.50 |
| 08/07/2019 | SAB | Finalize ■.                                    | 155.00 | 7.10 | 1,100.50 |
| 08/08/2019 | CEK | Emails to ■.                                   | 155.00 | 0.50 |    77.50 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/08/2019 | CEK | ▮. | 155.00 | 0.30 | 46.50 |
| 08/08/2019 | CEK | Strategy ▮. | 155.00 | 0.50 | 77.50 |
| 08/08/2019 | CEK | Draft ▮. | 155.00 | 6.10 | 945.50 |
| 08/08/2019 | GMG | Work ▮; prepare for and call ▮ | 255.00 | 4.30 | 1,096.50 |
| 08/08/2019 | GMP | Numerous telephone calls ▮; review policies ▮; review ▮. | 560.00 | 6.80 | 3,808.00 |
| 08/08/2019 | JJM | Continue ▮. | 150.00 | 3.50 | 525.00 |
| 08/08/2019 | JST | Review e-mail ▮. | 195.00 | 1.50 | 292.50 |
| 08/08/2019 | SAB | Meet with ▮. | 155.00 | 2.20 | 341.00 |
| 08/09/2019 | CEK | Review ▮. | 155.00 | 5.30 | 821.50 |
| 08/09/2019 | CEK | Draft ▮. | 155.00 | 2.60 | 403.00 |
| 08/09/2019 | GMP | Review ▮; work on ▮; telephone conference ▮. | 560.00 | 3.70 | 2,072.00 |
| 08/09/2019 | JST | Phone call ▮; exchange ▮; exchange ▮. | 195.00 | 1.10 | 214.50 |
| 08/09/2019 | SAB | Review ▮. | 155.00 | 4.10 | 635.50 |
| 08/09/2019 | TJB | Telephone conference ▮. | 250.00 | 1.70 | 425.00 |
| 08/10/2019 | GMP | Begin work ▮. | 560.00 | 0.80 | 448.00 |
| 08/10/2019 | JJM | Attention ▮. | 150.00 | 0.10 | 15.00 |
| 08/11/2019 | CEK | Revise ▮. | 155.00 | 1.20 | 186.00 |
| 08/11/2019 | GMP | Review ▮ work ▮. | 560.00 | 2.10 | 1,176.00 |
| 08/12/2019 | CEK | Revise ▮. | 155.00 | 0.70 | 108.50 |
| 08/12/2019 | GMG | Work on ▮ emails ▮; emails ▮; call with ▮ | 255.00 | 3.90 | 994.50 |
| 08/12/2019 | GMP | Extended conference calls ▮; continued work on ▮ | 560.00 | 4.50 | 2,520.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/12/2019 | JST | Exchange ▮. | 195.00 | 0.10 | 19.50 |
| 08/12/2019 | KDS | Telephone ▮. | 170.00 | 0.20 | 34.00 |
| 08/12/2019 | SAB | Begin ▮. | 155.00 | 3.50 | 542.50 |
| 08/12/2019 | TJB | Review and respond ▮. | 250.00 | 0.20 | 50.00 |
| 08/13/2019 | CEK | Revise ▮. | 155.00 | 3.40 | 527.00 |
| 08/13/2019 | CEK | Revise ▮. | 155.00 | 3.70 | 573.50 |
| 08/13/2019 | CEK | Discuss ▮. | 155.00 | 0.20 | 31.00 |
| 08/13/2019 | GMG | Emails ▮. | 255.00 | 2.10 | 535.50 |
| 08/13/2019 | GMP | Work on ▮ review and revise ▮. | 560.00 | 5.40 | 3,024.00 |
| 08/13/2019 | KDS | Legal analysis ▮. | 170.00 | 0.10 | 17.00 |
| 08/13/2019 | KMC | Emails with ▮; update ▮. | 150.00 | 0.50 | 75.00 |
| 08/13/2019 | SAB | Continue drafting ▮. | 155.00 | 5.10 | 790.50 |
| 08/14/2019 | CEK | Revise ▮. | 155.00 | 2.00 | 310.00 |
| 08/14/2019 | CEK | Draft ▮. | 155.00 | 0.50 | 77.50 |
| 08/14/2019 | CEK | Research ▮. | 155.00 | 1.00 | 155.00 |
| 08/14/2019 | GMG | Review and respond ▮. | 255.00 | 0.40 | 102.00 |
| 08/14/2019 | GMP | Extensive work on ▮; review and revise ▮. | 560.00 | 4.50 | 2,520.00 |
| 08/14/2019 | JST | Review e-mails ▮. | 195.00 | 0.10 | 19.50 |
| 08/14/2019 | KDS | Conversation ▮. | 170.00 | 0.30 | 51.00 |
| 08/14/2019 | KMC | Draft ▮. | 150.00 | 3.20 | 480.00 |
| 08/14/2019 | SAB | Review and revise ▮. | 155.00 | 1.00 | 155.00 |
| 08/15/2019 | CEK | Modify ▮. | 155.00 | 0.40 | 62.00 |
| 08/15/2019 | CEK | Review ▮. | 155.00 | 0.10 | 15.50 |
| 08/15/2019 | CEK | Draft ▮. | 155.00 | 1.90 | 294.50 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics  
Insurance

Page 5  
09/13/2019  
Account No: 001688.0001  
Invoice No: 247152

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 08/15/2019 | CEK | Draft ▓. | 155.00 | 1.00 | 155.00 |
| 08/15/2019 | GMG | Review and revise ▓. | 255.00 | 5.20 | 1,326.00 |
| 08/15/2019 | GMP | Telephone ▓. | 560.00 | 3.40 | 1,904.00 |
| 08/15/2019 | JJM | Discuss ▓. | 150.00 | 1.20 | 180.00 |
| 08/15/2019 | JST | Meet ▓. | 195.00 | 1.00 | 195.00 |
| 08/15/2019 | KMC | Emails ▓. | 150.00 | 0.80 | 120.00 |
| 08/16/2019 | CEK | Draft ▓. | 155.00 | 0.50 | 77.50 |
| 08/16/2019 | GMG | Review and revise ▓; communicate with ▓. | 255.00 | 5.20 | 1,326.00 |
| 08/16/2019 | GMP | Extensive work ▓. | 560.00 | 5.30 | 2,968.00 |
| 08/17/2019 | CEK | Draft ▓. | 155.00 | 0.60 | 93.00 |
| 08/17/2019 | GMG | Prepare for ▓. | 255.00 | 2.20 | 561.00 |
| 08/17/2019 | GMP | Work on ▓. | 560.00 | 0.90 | 504.00 |
| 08/18/2019 | CEK | Draft ▓. | 155.00 | 3.10 | 480.50 |
| 08/18/2019 | GMP | Review and respond ▓. | 560.00 | 0.40 | 224.00 |
| 08/19/2019 | CEK | Review ▓. | 155.00 | 0.90 | 139.50 |
| 08/19/2019 | CEK | Find materials ▓. | 155.00 | 0.30 | 46.50 |
| 08/19/2019 | CEK | Draft ▓. | 155.00 | 0.80 | 124.00 |
| 08/19/2019 | CEK | Call ▓. | 155.00 | 3.60 | 558.00 |
| 08/19/2019 | CEK | Research ▓. | 155.00 | 0.90 | 139.50 |
| 08/19/2019 | CEK | Research ▓. | 155.00 | 2.50 | 387.50 |
| 08/19/2019 | GMG | preparation of ▓. | 255.00 | 6.70 | 1,708.50 |
| 08/19/2019 | GMP | Final ▓. | 560.00 | 5.80 | 3,248.00 |
| 08/19/2019 | TJB | Review ▓. | 250.00 | 2.30 | 575.00 |
| 08/20/2019 | CEK | Review ▓. | 155.00 | 0.20 | 31.00 |
| 08/20/2019 | CEK | Respond ▓. | 155.00 | 0.70 | 108.50 |
| 08/20/2019 | CEK | Revise ▓. | 155.00 | 6.30 | 976.50 |
| 08/20/2019 | CEK | Draft ▓. | 155.00 | 1.60 | 248.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/20/2019 | CEK | Draft ▓▓▓. | 155.00 | 0.70 | 108.50 |
| 08/20/2019 | GMG | Prepare for mediation; attend mediation. | 255.00 | 10.80 | 2,754.00 |
| 08/20/2019 | GMP | Mediation. | 560.00 | 11.10 | 6,216.00 |
| 08/20/2019 | JST | Review ▓▓▓. | 195.00 | 0.90 | 175.50 |
| 08/21/2019 | CEK | Research ▓▓▓. | 155.00 | 5.40 | 837.00 |
| 08/21/2019 | CEK | Develop ▓▓▓. | 155.00 | 0.60 | 93.00 |
| 08/21/2019 | CEK | Research ▓▓▓. | 155.00 | 2.30 | 356.50 |
| 08/21/2019 | GMG | Prepare for and attend mediation. | 255.00 | 9.30 | 2,371.50 |
| 08/21/2019 | GMP | Mediation. | 560.00 | 11.50 | 6,440.00 |
| 08/21/2019 | JST | Exchange ▓▓▓. | 195.00 | 0.50 | 97.50 |
| 08/21/2019 | KMC | Draft ▓▓▓. | 150.00 | 0.10 | 15.00 |
| 08/21/2019 | RTL | Conference ▓▓▓. | 170.00 | 1.30 | 221.00 |
| 08/21/2019 | TMW | Voice mail ▓▓▓. | 220.00 | 0.00 | No Charge |
| 08/22/2019 | CEK | Draft ▓▓▓. | 155.00 | 2.50 | 387.50 |
| 08/22/2019 | CEK | Research ▓▓▓. | 155.00 | 0.40 | 62.00 |
| 08/22/2019 | CEK | Discuss ▓▓▓. | 155.00 | 1.50 | 232.50 |
| 08/22/2019 | CEK | Outline ▓▓▓. | 155.00 | 1.80 | 279.00 |
| 08/22/2019 | GMG | Call with ▓▓▓; call with ▓▓▓; review ▓▓▓; emails with ▓▓▓. | 255.00 | 1.90 | 484.50 |
| 08/22/2019 | GMP | Follow-up ▓▓▓. | 560.00 | 4.40 | 2,464.00 |
| 08/22/2019 | JJM | Update ▓▓▓. | 150.00 | 1.20 | 180.00 |
| 08/22/2019 | JST | Review ▓▓▓; e-mail ▓▓▓; exchange ▓▓▓; attention ▓▓▓; draft and send ▓▓▓. | 195.00 | 2.30 | 448.50 |
| 08/23/2019 | CEK | Draft ▓▓▓. | 155.00 | 3.90 | 604.50 |
| 08/23/2019 | CEK | Call ▓▓▓. | 155.00 | 0.70 | 108.50 |
| 08/23/2019 | CEK | Draft ▓▓▓. | 155.00 | 3.20 | 496.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

Case 18-09108-RLM-11    Doc 767    Filed 09/18/19    EOD 09/18/19 11:04:52    Pg 12 of 15

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/23/2019 | GMG | Review and respond to ▓▓▓; call with ▓▓▓; call with ▓▓▓; revise ▓▓▓; review and respond ▓▓▓. | 255.00 | 5.30 | 1,351.50 |
| 08/23/2019 | GMP | Draft ▓▓▓; telephone ▓▓▓. | 560.00 | 2.80 | 1,568.00 |
| 08/23/2019 | JJM | Update ▓▓▓. | 150.00 | 7.20 | 1,080.00 |
| 08/23/2019 | JST | Review e-mails ▓▓▓. | 195.00 | 1.80 | 351.00 |
| 08/24/2019 | CEK | Draft ▓▓▓. | 155.00 | 1.20 | 186.00 |
| 08/24/2019 | GMP | Exchange ▓▓▓. | 560.00 | 0.20 | 112.00 |
| 08/25/2019 | GMG | Work on ▓▓▓ | 255.00 | 3.50 | 892.50 |
| 08/25/2019 | GMP | Review and revise ▓▓▓. | 560.00 | 1.90 | 1,064.00 |
| 08/26/2019 | GMG | Work ▓▓▓ | 255.00 | 12.30 | 3,136.50 |
| 08/26/2019 | GMP | Extensive work ▓▓▓ | 560.00 | 6.80 | 3,808.00 |
| 08/26/2019 | JST | Review ▓▓▓. | 195.00 | 0.10 | 19.50 |
| 08/27/2019 | CEK | Add ▓▓▓. | 155.00 | 1.60 | 248.00 |
| 08/27/2019 | CEK | Revise ▓▓▓ | 155.00 | 2.50 | 387.50 |
| 08/27/2019 | CEK | Talk with ▓▓▓. | 155.00 | 0.20 | 31.00 |
| 08/27/2019 | CEK | Review ▓▓▓. | 155.00 | 0.20 | 31.00 |
| 08/27/2019 | CEK | Revise ▓▓▓. | 155.00 | 0.20 | 31.00 |
| 08/27/2019 | ESK | Research ▓▓▓. | 150.00 | 3.50 | 525.00 |
| 08/27/2019 | ESK | Review ▓▓▓. | 150.00 | 1.00 | 150.00 |
| 08/27/2019 | GMG | Work with ▓▓▓ | 255.00 | 8.10 | 2,065.50 |
| 08/27/2019 | GMP | Continued work ▓▓▓ | 560.00 | 5.50 | 3,080.00 |
| 08/27/2019 | JJM | Continue ▓▓▓ | 150.00 | 4.00 | 600.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

Insurance                                                                                                       09/13/2019

Account No: 001688.0001

Invoice No: 247152

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/27/2019 | JST | Review ▬ | 195.00 | 0.90 | 175.50 |
| 08/28/2019 | CEK | Review ▬ | 155.00 | 0.10 | 15.50 |
| 08/28/2019 | CEK | Revise ▬ | 155.00 | 0.90 | 139.50 |
| 08/28/2019 | ESK | Prepare ▬ | 150.00 | 0.80 | 120.00 |
| 08/28/2019 | GMG | Work on ▬ | 255.00 | 2.10 | 535.50 |
| 08/28/2019 | GMP | Continued work on ▬ | 560.00 | 2.10 | 1,176.00 |
| 08/28/2019 | JST | Phone call ▬ ; exchange ▬ ; draft and send ▬ ; exchange ▬ | 195.00 | 2.20 | 429.00 |
| 08/28/2019 | RTL | Assess ▬ | 170.00 | 0.10 | 17.00 |
| 08/29/2019 | CEK | Make revisions ▬ | 155.00 | 2.00 | 310.00 |
| 08/29/2019 | ESK | Prepare ▬ | 150.00 | 2.70 | 405.00 |
| 08/29/2019 | GMG | Strategy ▬ ; discussion with ▬ | 255.00 | 2.10 | 535.50 |
| 08/29/2019 | GMP | Review and revise ▬ | 560.00 | 3.90 | 2,184.00 |
| 08/29/2019 | JJM | Continue updating ▬ | 150.00 | 4.00 | 600.00 |
| 08/29/2019 | RTL | Research ▬ | 170.00 | 2.30 | 391.00 |
| 08/30/2019 | CEK | Revise ▬ | 155.00 | 1.70 | 263.50 |
| 08/30/2019 | CEK | Telephone ▬ | 155.00 | 0.10 | 15.50 |
| 08/30/2019 | CEK | Draft ▬ | 155.00 | 0.90 | 139.50 |
| 08/30/2019 | CEK | Review ▬ | 155.00 | 0.20 | 31.00 |
| 08/30/2019 | GMG | Work on ▬ ; discussion with ▬ ; call with ▬ | 255.00 | 3.40 | 867.00 |
| 08/30/2019 | GMP | Final work on ▬ ; telephone conference ▬ | 560.00 | 4.50 | 2,520.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics                                                                                                   Page 9
                                                                                                               09/13/2019
Insurance                                                                                          Account No:  001688.0001
                                                                                                   Invoice No:  247152

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/30/2019 | JJM | Continue updating ▉▉▉ | 150.00 | 1.70 | 255.00 |
| 08/30/2019 | RTL | Review ▉▉▉ ; email ▉▉▉? | 170.00 | 1.00 | 170.00 |
| 08/31/2019 | GMP | Exchange ▉▉▉. | 560.00 | 0.40 | 224.00 |
| 08/31/2019 | RTL | Review ▉▉▉. | 170.00 | 0.10 | 17.00 |

For Current Services Rendered:  475.50   142960.50

**Recapitulation**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Steven A. Baldwin | Associate | 40.70 | $155.00 | $6,308.50 |
| Tonya J. Bond | Partner | 4.20 | $250.00 | $1,050.00 |
| Krista M. Cox | Paralegal | 4.60 | $150.00 | $690.00 |
| Gregory M. Gotwald | Partner | 131.70 | $255.00 | $33,583.50 |
| Elizabeth S. King | Case Manager | 8.00 | $150.00 | $1,200.00 |
| Christopher E. Kozak | Associate | 101.90 | $155.00 | $15,794.50 |
| Ryan T. Leagre | Associate | 4.80 | $170.00 | $816.00 |
| Jessica J. McQuillen | Paralegal | 26.30 | $150.00 | $3,945.00 |
| George M. Plews | Partner | 136.20 | $560.00 | $76,272.00 |
| Kyle D. Steinbrueck | Associate | 0.80 | $170.00 | $136.00 |
| Joshua S. Tatum | Associate | 16.00 | $195.00 | $3,120.00 |
| Theresa M. Willard | Partner | 0.00 | $220.00 | $0.00 |
| Kathryn E. Zielinski | Paralegal | 0.30 | $150.00 | $45.00 |

**Expenses and Advances**                                                                                           Amount

| Date | Description | Amount |
|---|---|---|
| 07/03/2019 | Conference Group, LLC, The - Conference Call on 7/3/19 from 9:57am to 11:54am. S. Cox. | 16.22 |
| 07/08/2019 | George Plews - Expense Reimbursement - Meals on 7/8. | 7.00 |
| 07/08/2019 | George Plews - Expense Reimbursement - Meals on 7/8. | 78.44 |
| 07/09/2019 | George Plews - Expense Reimbursement - Dinner with G. Gotwald. | 28.55 |
| 07/10/2019 | Conference Group, LLC, The - Conference Call on 7/10/19 from 9:26am to 10:35am - S. Cox. | 11.74 |
| 07/17/2019 | George Plews - Expense Reimbursement - Dinner on 7/17/19. | 72.51 |
| 07/18/2019 | George Plews - Expense Reimbursement - Mileage on 7/18/19. | 208.80 |
| 07/18/2019 | George Plews - Expense Reimbursement - Meal on 7/18/19. | 21.92 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics

Insurance

Page 10
09/13/2019
Account No: 001688.0001
Invoice No: 247152

| Date | Description | Amount |
|---|---|---:|
| 07/19/2019 | George Plews - Expense Reimbursement - Hotel at WEstin Hotels on 7/19/19. | 1,885.74 |
| 07/24/2019 | Conference Group, LLC, The - Conference Call on 7/24/19 from 10:57am to 11:44am. S. Cox. | 31.71 |
| 07/28/2019 | Gogoair.com - WiFi on plane - G. Gotwald. | 6.00 |
| 07/29/2019 | George Plews - Expense Reimbursement - Hotel for trip to Chicago on 7/29. | 997.33 |
| 07/29/2019 | George Plews - Expense Reimbursement - Airfare for trip to Chicago on 7/29. | 1,078.00 |
| 08/20/2019 | Greg Gotwald - Expense Reimbursement - Hotel for mediation in Chicago for G. Gotwald and G. Plews. | 1,218.24 |
| 08/20/2019 | Greg Gotwald - Expense Reimbursement - Mileage to and from Chicago for Mediation. | 214.60 |
| 08/21/2019 | Greg Gotwald - Expense Reimbursement - Dinner after mediation on 8/20 & 8/21. | 8.38 |
| 08/31/2019 | Robert Hughes Associates, Inc. - Professional Services through August 2019 - Invoice #55629 - G. Gotwald. | 5,940.00 |
| | Copies - B&W | 141.60 |
| | Copies - Color | 600.80 |
| | **Sub-total Expenses and Advances:** | **$12,567.58** |

**Current Invoice Total:**     **$155,528.08**

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**