## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:    USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

## NOTICE OF DRAW RE: MONTHLY FEE STATEMENTS
## OF MILLER JOHNSON AS SPECIAL COUNSEL TO THE DEBTOR IN POSSESSION,
## FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES,
## FROM AUGUST 1, 2019 THROUGH AUGUST 31, 2019
## PURSUANT TO ORDER GRANTING DEBTOR'S MOTION
## FOR ENTRY OF ORDER ESTABLISHING PROCEDURES FOR INTERIM
## COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS [DN 187]

Notice is hereby given that Miller Johnson, Special Counsel to the Debtor In Possession, has filed its Consolidated Monthly Statements of Fees and Expenses for the Period From August 1, 2019 through August 31, 2019, with the Bankruptcy Court.

Notice is further given that said statements, which include total fees of $61,128.50 and total expenses of $1,940.54, are attached hereto as **Exhibits A(1) – A(2)**.

If you have an objection to all or any portion of any of the above-referenced statements, you have fourteen (14) days from the date this notice is filed with the Court to serve a written Notice of Objection on Miller Johnson, Attn: John T. Piggins, P.O. Box 306, Grand Rapids, Michigan 49501-0306 and by email at pigginsj@millerjohnson.com. The Notice of Objection must set forth the precise nature of the objection and the amount at issue.

If no Notice of Objection is timely served on Miller Johnson, the Debtor shall promptly pay 80% of the fees and 100% of the expenses set out above, subject to final approval by the Court at a future hearing.

If a timely Notice of Objection is served regarding some but not all of the above-referenced fees and expenses, the Debtor shall promptly pay 80% of the fees and 100% of the expenses that are not the subject of a timely Notice of Objection, subject to final approval by the Court at a future hearing.

If you serve a Notice of Objection on Miller Johnson and you are unable to resolve your objection within fourteen (14) days after service, you may file your objection with the Court.

Upon filing an objection with the Court, a subsequent Notice will be sent to you with the date, time and location of the hearing on the objection.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

## A COPY OF ANY OBJECTION
## FILED WITH THE COURT MUST ALSO BE SENT TO:

Office of the United States Trustee
101 W Ohio St
Indianapolis, IN 46204

USA Gymnastics
130 E. Washington Street
Suite 700
Indianapolis, IN 46204

Miller Johnson
Attn: John T. Piggins
P.O. Box 306
Grand Rapids, MI 49501-0306

And by email to:
pigginsj@millerjohnson.com

Dean Panos, Esq.
Melissa M. Root, Esq.
Catherine L. Steege, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

And by email to dpanos@jenner.com;
mroot@jenner.com; and
csteege@jenner.com

**Sexual Abuse Survivors Committee**
c/o Meredith R. Theisen
Rubin & Levin, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204

And by email to: mtheisen@rubin-levin.net

**Sexual Abuse Survivors Committee**
c/o James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Ste 1300
Los Angeles, CA 90067

And by email to: jstang@pszjlaw.com

Date: September 23, 2019

John T. Piggins (Michigan Bar #P34495)
pigginsj@millerjohnson.com
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1793

# EXHIBIT A(1)

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

```
                                        Page     1
                                        Inv#  1708523
                                        Date 09/20/2019
                                        42721.00002-DJG
```

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

**Re:  Ropes & Gray and Other Investigations**

For Legal Services Rendered through August 31, 2019

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 8/01/19 | JWC | Create privilege log | 2.80 | 420.00 |
| 8/01/19 | ACC | Emails to Barnes & Thornburg regarding supplementing Indiana Attorney General CID | .20 | 43.00 |
| 8/01/19 | ACC | Telephone conference with James W. Casteel regarding new request for certain files for Indiana attorney general | .20 | 43.00 |
| 8/01/19 | ACC | Telephone conference with Amy E. Murphy to discuss creation of a privilege log for the Indiana attorney general | .20 | 43.00 |
| 8/01/19 | ACC | Coordinate Indiana attorney general production issues with James W. Casteel, Amy E. Murphy and Rebecca L. Strauss | .40 | 86.00 |
| 8/01/19 | ACC | Draft protocol for project by Epiq to create narratives to populate privilege log for the Indiana attorney general | .70 | 150.50 |
| 8/01/19 | AEM | Telephone conference with Alejandra Contreras regarding preparation of privilege log for Indiana Attorney General production | .20 | 58.00 |
| 8/01/19 | AEM | Prepare subject matter descriptions for privilege log to Indiana Attorney General | 1.10 | 319.00 |

Case 18-09108-RLM-11 Doc 779 Filed 09/23/19 EOD 09/23/19 11:07:02 Pg 5 of 40

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                              Page     2
                                              Inv#  1708523
                                              Date 09/20/2019
                                              42721.00002-DJG
```
--------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/02/19 | ACC | Telephone conference with Mark Stuuan regarding conversation with the Indiana attorney general regarding document production issues | .30 | 64.50 |
| 8/02/19 | ACC | Telephone conference with Epiq regarding privilege log for the Indiana attorney general | .30 | 64.50 |
| 8/02/19 | ACC | Telephone conference with Amy E. Murphy regarding creation of privilege log for the Indiana attorney general | .20 | 43.00 |
| 8/02/19 | ACC | Work on strategy to prepare production to investigative agencies | 1.00 | 215.00 |
| 8/02/19 | ACC | Telephone conference with Jenner and Block regarding upcoming document productions | .50 | 107.50 |
| 8/02/19 | AEM | Prepare privilege log for Indiana Attorney General production | .30 | 87.00 |
| 8/02/19 | CJS | Correspondence from Mark Stuaan regarding Indiana AG investigation | .20 | 70.00 |
| 8/02/19 | CJS | Revise summary of new Senate bill | .40 | 140.00 |
| 8/05/19 | ACC | Telephone conference with Barnes & Thornburg, Rebecca L. Strauss and James W. Casteel regarding previous productions to the Indiana Attorney General and privilege review of same | 1.00 | 215.00 |
| 8/05/19 | ACC | Telephone conference with Jenner & Block and Rebecca L. Strauss regarding creation of privilege protocol for review of documents to be produced | 1.70 | 365.50 |
| 8/06/19 | ACC | Review documents related to a specific | 1.00 | 215.00 |

Case 18-09108-RLM-11   Doc 779   Filed 09/23/19   EOD 09/23/19 11:07:02   Pg 6 of 40

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                          Page    3
                                          Inv#  1708523
                                          Date 09/20/2019
                                          42721.00002-DJG
```
---------------------------------------------------------------------------

|          |     | individual requested by the Indiana attorney general for privilege before production |      |        |
|----------|-----|------------------------------------------------------------------------------------|------|--------|
| 8/07/19  | ACC | Telephone conference with Mark Stuuan regarding response to the Office of the Indiana Attorney General regarding production | .30  | 64.50  |
| 8/07/19  | ACC | Telephone conference with Ladene Mendoza regarding documents requested by the Indiana attorney general related to a specific individual | .10  | 21.50  |
| 8/07/19  | ACC | Emails with Barnes & Thornburg regarding response to office of Indiana Attorney General regarding production | .20  | 43.00  |
| 8/07/19  | ACC | Review list of documents sent by the Indiana attorney general containing redactions and related documents | 1.00 | 215.00 |
| 8/07/19  | ACC | Emails with Barnes & Thornburg and James W. Casteel regarding production of documents related to a specific individual to the Indiana Attorney General | .20  | 43.00  |
| 8/08/19  | ACC | Emails to Ladene Mendoza regarding review of documents | .10  | 21.50  |
| 8/08/19  | ACC | Emails to Epiq regarding documents produced to the Indiana attorney general with redactions | .20  | 43.00  |
| 8/08/19  | ACC | Review documents provided to us by the Indiana attorney general to determine the kinds of redactions made in both the primary and secondary mark-up sets | 1.40 | 301.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      4
Inv#  1708523
Date 09/20/2019
42721.00002-DJG

-----------------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/08/19 | ACC | Telephone conferences with James W. Casteel regarding redaction of documents produced to the Indiana attorney general | .10 | 21.50 |
| 8/08/19 | ACC | Email to Barnes & Thornburg regarding document production and redaction regarding list of documents sent by the Indiana Attorney General | .20 | 43.00 |
| 8/13/19 | ACC | Email to Barnes and Thornburg regarding redactions of certain documents raised by the Indiana attorney general | .30 | 64.50 |
| 8/13/19 | ACC | Review of documents referenced in list send by the Indiana attorney general to review production images and redactions in same | .60 | 129.00 |
| 8/14/19 | JWC | Telephone conference with Alejandra Contreras regarding productions to Ropes & Gray in 2018 | .30 | 45.00 |
| 8/14/19 | ACC | Telephone conference with James W. Casteel regarding productions made to Ropes and Gray in 2018 | .30 | 64.50 |
| 8/15/19 | JWC | Search for documents for Indiana Attorney General production in Relativity | .80 | 120.00 |
| 8/15/19 | JWC | Perform conflict checks of documents for Indiana Attorney General production in Relativity | 1.20 | 180.00 |
| 8/15/19 | JWC | Prepare documents for Indiana Attorney General production in Relativity | .40 | 60.00 |
| 8/15/19 | JWC | Send Indiana Attorney General production set for running in | .20 | 30.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page       5
Inv#    1708523
Date  09/20/2019
42721.00002-DJG

---------------------------------------------------------------------------

Relativity

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/15/19 | ACC | Coordinate production of documents related to certain individuals with Epiq, Barnes and Thornburg and James W. Casteel | 1.20 | 258.00 |
| 8/15/19 | ACC | Review and deliver USAG_INDAG 52 to Barnes and Thornburg | .10 | 21.50 |
| 8/16/19 | ACC | Prepare production of additional documents to the Indiana attorney general with Barnes and Thornburg | .20 | 43.00 |
| 8/16/19 | ACC | Deliver USAG_INDAG_53 to Barnes and Thornburg | .10 | 21.50 |
| 8/18/19 | CJS | Correspondence with Jenner & Block regarding open investigation matter | .20 | 70.00 |
| 8/20/19 | JWC | Download production USAG_INDAG_052 to local network | .20 | 30.00 |
| 8/20/19 | JWC | Download production USAG_INDAG_053 to local network | .20 | 30.00 |
| 8/20/19 | JWC | Provide external production locations in Relativity | .20 | 30.00 |
| 8/20/19 | JWC | Download production letters | .20 | 30.00 |
| 8/20/19 | JWC | Organize production letters on network | .20 | 30.00 |
| 8/20/19 | JWC | Investigate production parties in Relativity | .80 | 120.00 |
| 8/22/19 | ACC | Review Barnes and Thornburg cover letter for production of documents to the Indiana attorney general | .20 | 43.00 |
| 8/22/19 | CJS | Correspondence with Jenner & Block and | .20 | 70.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      6
Inv#  1708523
Date 09/20/2019
42721.00002-DJG

---

| | | | | |
|---|---|---|---|---|
| | | Rebecca L. Strauss regarding requested documents and information | | |
| 8/22/19 | CJS | Telephone conference with Rebecca L. Strauss regarding response to requested information and documents | .50 | 175.00 |
| 8/23/19 | ACC | Draft email to Barnes and Thornburg regarding certain questions sent by the Indiana attorney general | .30 | 64.50 |
| 8/23/19 | ACC | Coordinate first production of documents previously produced to law enforcement to Jenner and Block | 2.10 | 451.50 |
| 8/27/19 | JWC | Perform additional conflict checks on reproduction set | .80 | 120.00 |
| 8/27/19 | JWC | Prepare reproduction set for running in Relativity | .60 | 90.00 |
| 8/27/19 | JWC | Send reproduction set for running in Relativity | .20 | 30.00 |
| 8/27/19 | ACC | Telephone conference with Rebecca L. Strauss regarding production of documents to the Indiana attorney general | .20 | 43.00 |
| 8/27/19 | ACC | Quality control review of documents in latest Indiana attorney general production | .30 | 64.50 |
| 8/27/19 | ACC | Address issue regarding privileged documents in production INDAG_52 with Barnes and Thornburg, Rebecca L. Strauss and James W. Casteel | .50 | 107.50 |
| 8/27/19 | ACC | Email to Barnes and Thornburg regarding addressing questions sent by Indiana attorney general regarding | .30 | 64.50 |

**MILLER, JOHNSON, SNELL & CUMMISKEY P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                              Page     7
                                              Inv#  1708523
                                              Date 09/20/2019
                                              42721.00002-DJG
```
--------------------------------------------------------------------------

|         |     |                                                        |      |        |
|---------|-----|--------------------------------------------------------|------|--------|
|         |     | previous productions                                   |      |        |
| 8/27/19 | CJS | Review of letter regarding document production          | .20  | 70.00  |
| 8/27/19 | RLS | Work on latest production of documents to Indiana Attorney General | 1.20 | 420.00 |
| 8/28/19 | JWC | Download reproduction USAG_INDAG_052                   | .60  | 90.00  |
| 8/28/19 | JWC | Extract reproduction USAG_INDAG_052                    | .20  | 30.00  |
| 8/28/19 | JWC | Prepare reproduction USAG_INDAG_052 for delivery       | .40  | 60.00  |
| 8/28/19 | JWC | Send reproduction USAG_INDAG_052 for delivery          | .20  | 30.00  |
| 8/28/19 | JWC | Investigate bates issue                                | 1.60 | 240.00 |
| 8/28/19 | JWC | Download production letter to save                     | .20  | 30.00  |
| 8/28/19 | ACC | Communications with Barnes and Thornburg regarding USAG_INDAG_52 and letter to the Indiana attorney general | .20 | 43.00 |
| 8/28/19 | ACC | Review documents previously produced to Ropes and Gray to address questions provided by Barnes and Thornburg and the Indiana attorney general | 1.20 | 258.00 |
| 8/28/19 | AEM | Email correspondence with Alejandra Contreras regarding productions to Indiana Attorney General | .20 | 58.00 |
| 8/29/19 | CJS | Telephone conference with Mark Stuaan regarding Indiana AG production and potential meeting | .20 | 70.00 |
| 8/29/19 | CJS | Correspondence with Mark Stuaan regarding privilege log for Indiana AG | .20 | 70.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      8
Inv#   1708523
Date 09/20/2019
42721.00002-DJG

--------------------------------------------------------------------------

| 8/30/19 | JWC | Update production tracker with links to production letters | 1.80 | 270.00 |
| 8/30/19 | CJS | Telephone conference with Rebecca L. Strauss, Gayle Littleton, and Mark Stuaan regarding privilege issues | 1.20 | 420.00 |

**TOTAL HOURS**                                          40.00

**Total Services**                          8,426.00

**Attorney Summary**

|  | | Hours | Rate | Amount |
|---|---|---|---|---|
| Casteel, James W | Lit Support Proj Mg | 14.10 | 150.00 | 2,115.00 |
| Schneider, Christopher J. | Member | 3.30 | 350.00 | 1,155.00 |
| Strauss, Rebecca L. | Member | 1.20 | 350.00 | 420.00 |
| Murphy, Amy E. | Associate | 1.80 | 290.00 | 522.00 |
| Contreras-Caballero, Alej | Associate | 19.60 | 215.00 | 4,214.00 |
| | | 40.00 | | 8,426.00 |

**Total This Invoice**                          8,426.00

**Invoices Due Upon Receipt**

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      9
Inv#  1708523
Date 09/20/2019
42721.00002-DJG

--------------------------------------------------------------------------

## OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE NUMBER | DATE | INVOICE AMOUNT | PAYMENTS AGAINST INVOICE | INVOICE BALANCE |
|---|---|---|---|---|
| 1690140 | 2/14/19 | 46,412.85 | 37,183.65 | 9,229.20 |
| 1691019 | 3/18/19 | 26,448.80 | 21,491.90 | 4,956.90 |
| 1694036 | 4/17/19 | 21,810.30 | 17,454.60 | 4,355.70 |
| 1696898 | 5/21/19 | 18,459.25 | 14,769.05 | 3,690.20 |
| 1699810 | 6/13/19 | 12,034.50 | 9,627.60 | 2,406.90 |
| 1702745 | 7/15/19 | 11,082.50 | 8,866.00 | 2,216.50 |
| 1705620 | 8/20/19 | 12,567.50 | .00 | 12,567.50 |

Prior Unpaid Balance                39,422.90

**Total Amount Due                47,848.90**

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

Inv#  1708523
Date 09/20/2019
42721.00002-DJG

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

Re:  Ropes & Gray and Other Investigations

REMITTANCE ADVICE

For Legal Services Rendered through August 31, 2019

Total Services                                           8,426.00

**Total This Invoice**                                   8,426.00
                                                         ==============

Invoice Is Due Upon Receipt

Our remit address is: PO Box 306, Grand Rapids, MI.  49501-0306

Payments: If paying by check please return the remittance advice
or write your invoice number(s) on your check. You may also pay by
credit or debit card through our online payment portal
www.millerjohnson.com/onlinepayments. If you have any questions
regarding this invoice or you wish to set up ACH payments please
call 616-831-1700 and ask for the collections department.

# EXHIBIT A(2)

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

```
                                        Page      1
                                        Inv#  1708524
                                        Date 09/20/2019
                                        42721.00006-DJG
```

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204


Re:  CJS Chief Legal Officer

For Legal Services Rendered through August 31, 2019


| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 8/01/19 | AEM | Telephone conference with Christopher J. Schneider regarding presentation to senior staff regarding Ted Stevens Act and proposed legislative changes | .10 | 29.00 |
| 8/01/19 | AEM | Analyze proposed legislation amending the Ted Stevens Act | 2.90 | 841.00 |
| 8/01/19 | AEM | Prepare summary of proposed amendments to Ted Stevens Act | 2.20 | 638.00 |
| 8/01/19 | MDP | Draft USA Gymnastics Board of Directors Regular Meeting Minutes for July 11, 2019 and send to Christopher J. Schneider | .80 | 156.00 |
| 8/01/19 | MDP | Draft USA Gymnastics Executive Meeting Minutes for July 11, 2019 and send to Christopher J. Schneider | .50 | 97.50 |
| 8/01/19 | MDP | Compile list of outstanding USA Gymnastics Board of Directors meeting minutes for Christopher J. Schneider | .50 | 97.50 |
| 8/01/19 | RLP | Draft memo discussing summary and analysis of ▓▓▓▓▓▓▓▓▓▓▓ | 5.00 | 625.00 |
| 8/01/19 | CJS | Communication with Stefanie Korepin regarding engagement letter | .10 | 35.00 |
| 8/01/19 | CJS | Communications with Li Li Leung, Stefanie Korepin, and Amy E. Murphy regarding Ted Stevens Act overview and | .20 | 70.00 |

MILLER JOHNSON SNELL & CUMMISKEY P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    2
Inv#  1708524
Date 09/20/2019
42721.00006-DJG

---------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | summary of proposed changes | | |
| 8/01/19 | CJS | Telephone conference with Li Li Leung regarding open issues | .40 | 140.00 |
| 8/01/19 | CJS | Telephone conference with Li Li Leung regarding legal advice on communications issue | .30 | 105.00 |
| 8/01/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 8/01/19 | CJS | Correspondence with Li Li Leung and Mark Busby regarding SafeSport matters | .20 | 70.00 |
| 8/01/19 | CJS | Revise proposed correspondence regarding SafeSport matter | .30 | 105.00 |
| 8/01/19 | CJS | Correspondence with Mark Busby regarding new SafeSport matter | .10 | 35.00 |
| 8/01/19 | CJS | Correspondence from Leslie King regarding Senate bill | .20 | 70.00 |
| 8/02/19 | AEM | Further research ███████ ███████████████████████ | 2.80 | 812.00 |
| 8/02/19 | MMO | Review email from Stefanie Korepin regarding acceptable documents to ██████████████████████ | .20 | 55.00 |
| 8/02/19 | MDP | Conference meeting with Christopher J. Schneider discussing outstanding USAG Board of Directors Meeting Minutes | .20 | 39.00 |
| 8/02/19 | CJS | Review proposed communications statement to reflect legal advice | .30 | 105.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     3
Inv#  1708524
Date 09/20/2019
42721.00006-DJG

--------------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/02/19 | CJS | Initial review of vendor contract | .10 | 35.00 |
| 8/02/19 | CJS | Telephone conference with Leslie King regarding legal advice on communications statement | .10 | 35.00 |
| 8/02/19 | CJS | Correspondence with coverage counsel regarding deposition transcript of potential expert witness | .10 | 35.00 |
| 8/02/19 | CJS | Analysis of deposition transcript of potential expert witness | .20 | 70.00 |
| 8/02/19 | CJS | Revise form offer letter | .20 | 70.00 |
| 8/02/19 | CJS | Revise regular and executive session minutes for multiple board meetings | 2.10 | 735.00 |
| 8/02/19 | CJS | Participate in joint meeting between Ethics & Grievance Committee and Trampoline & Tumbling Selection Committee | .80 | 280.00 |
| 8/02/19 | CJS | Prepare for joint meeting of Ethics & Grievance and Trampoline & Tumbling selection committees | .30 | 105.00 |
| 8/02/19 | CJS | Telephone conference with Mark Busby regarding bylaw issue | .20 | 70.00 |
| 8/02/19 | CJS | Draft correspondence to Li Li Leung regarding bylaw issue | .30 | 105.00 |
| 8/02/19 | CJS | Follow-up correspondence with Stefanie Korepin and Li Li Leung regarding bylaw issue | .20 | 70.00 |
| 8/02/19 | CJS | Correspondence from Mark Busby regarding SafeSport matter | .20 | 70.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page       4
Inv#   1708524
Date 09/20/2019
42721.00006-DJG

--------------------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 8/02/19 | CJS | Comment on proposed contract changes from venue | .40 | 140.00 |
| 8/02/19 | CJS | Follow-up correspondence with Jeff Smith regarding MOU for event | .10 | 35.00 |
| 8/03/19 | CJS | Correspondence with Michael D. Penny regarding MOU with venue | .10 | 35.00 |
| 8/03/19 | CJS | Correspondence with Board of Directors regarding new Senate bill | .20 | 70.00 |
| 8/03/19 | CJS | Analysis of supplier contract regarding equipment issue | .20 | 70.00 |
| 8/04/19 | CJS | Multiple correspondence with Li Li Leung regarding SafeSport matter | .20 | 70.00 |
| 8/04/19 | CJS | Draft legal update presentation for Board of Directors meeting | .80 | 280.00 |
| 8/04/19 | CJS | Revise proposed communications materials to reflect legal advice | .50 | 175.00 |
| 8/05/19 | MDP | Draft USA Gymnastics Board of Directors Regular Meeting Minutes for May 16, 2019 | 1.00 | 195.00 |
| 8/05/19 | CJS | Review media article regarding SafeSport matter | .10 | 35.00 |
| 8/05/19 | CJS | Correspondence with Ivana Hong and Paul Rugeri regarding Athletes' Council matter | .10 | 35.00 |
| 8/05/19 | CJS | Telephone conference with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 8/05/19 | CJS | Revise athlete participation agreement | .70 | 245.00 |
| 8/05/19 | CJS | Draft correspondence to counsel for | .70 | 245.00 |

MILLER JOHNSON SNELL & CUMMISKEY P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      5
Inv#   1708524
Date 09/20/2019
42721.00006-DJG

--------------------------------------------------------------------------

venue regarding contract negotiation

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/05/19 | CJS | Telephone conference with Li Li Leung regarding open matters | .20 | 70.00 |
| 8/05/19 | CJS | Follow up correspondence with venue regarding contract | .10 | 35.00 |
| 8/05/19 | CJS | Correspondence with BDO regarding audit information | .10 | 35.00 |
| 8/06/19 | MDP | Review and revise USA Gymnastics Board of Directors Regular Meeting Minutes for May 16, 2019 and send to Christopher J. Schneider | 1.10 | 214.50 |
| 8/06/19 | MDP | Draft USA Gymnastics Board of Directors Regular Meeting Minutes for June 13, 2019 and send to Christopher J. Schneider | 1.00 | 195.00 |
| 8/06/19 | MDP | Draft USA Gymnastics Board of Directors Executive Meeting Minutes for June 13, 2019 and send to Christopher J. Schneider | .30 | 58.50 |
| 8/06/19 | CJS | Telephone conference with attorney for venue regarding contract | .30 | 105.00 |
| 8/06/19 | CJS | Communications with Ivana Hong, Annie Heffernon, and Leslie King regarding bylaw issue | .40 | 140.00 |
| 8/06/19 | CJS | Telephone conference with Ivana Hong and Athlete Counsel representative regarding bylaw issue | .50 | 175.00 |
| 8/06/19 | CJS | Correspondence with counsel for athlete representative regarding bylaw issue | .40 | 140.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      6
Inv#  1708524
Date 09/20/2019
42721.00006-DJG

---

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 8/06/19 | CJS | Draft correspondence to athlete representative's counsel regarding bylaw issue | .30 | 105.00 |
| 8/06/19 | CJS | Revise affidavit regarding insurance policies | .10 | 35.00 |
| 8/06/19 | CJS | Provide legal advice on proposed communications statements | .20 | 70.00 |
| 8/06/19 | CJS | Correspondence with Jeff Smith and Michael E. Stroster regarding immigration issue | .10 | 35.00 |
| 8/07/19 | BRH | Prepare and file Trademark Application for the mark USA GYMNASTICS design mark and draft letter to client enclosing Application | .70 | 203.00 |
| 8/07/19 | AEM | Email correspondence with Christopher J. Schneider and Justin Spring regarding Olympic and World Championship selection procedures | .10 | 29.00 |
| 8/07/19 | CJS | Correspondence with Li Li Leung regarding SafeSport matters | .20 | 70.00 |
| 8/07/19 | CJS | To Kansas City for Board of Directors meeting | 7.50 | 2,625.00 |
| 8/07/19 | CJS | Communications with Leslie King regarding legal advice on communications statements | .30 | 105.00 |
| 8/07/19 | CJS | Revise ██████████████████ | 1.40 | 490.00 |
| 8/07/19 | CJS | Revise ██████████████████ | .60 | 210.00 |
| 8/07/19 | MES | Review correspondence regarding visa | .80 | 320.00 |

**MILLER·JOHNSON·SNELL & CUMMISKEY·P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                        Page      7
                                        Inv#  1708524
                                        Date 09/20/2019
                                        42721.00006-DJG
------------------------------------------------------------------------
```

matter

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 8/08/19 | MDP | Review and revise event contract and send to Christopher J. Schneider | 1.80 | 351.00 |
| 8/08/19 | CJS | Attend Board of Directors meeting | 8.00 | 2,800.00 |
| 8/08/19 | CJS | Revise legal update presentation to Board of Directors | .40 | 140.00 |
| 8/09/19 | CJS | Meeting with Bernadette Barron regarding bankruptcy matters | 1.30 | 455.00 |
| 8/09/19 | CJS | Return to Grand Rapids from Kansas City, including emails and calls | 7.80 | 2,730.00 |
| 8/10/19 | CJS | Analysis of content license issue | 1.10 | 385.00 |
| 8/11/19 | AEM | Draft presentation for senior staff on Ted Stevens Act | 1.60 | 464.00 |
| 8/12/19 | ACC | Review documents related to certain individuals for whom additional information was requested per Christopher J. Schneider | 2.60 | 559.00 |
| 8/12/19 | ACC | Draft memorandum regarding documents in Relativity related to certain individuals for whom additional information was requested per Christopher J. Schneider | 2.00 | 430.00 |
| 8/12/19 | ACC | Review documents related to a certain individual, per Christopher J. Schneider | 1.00 | 215.00 |
| 8/12/19 | ACC | Draft summary regarding documents related to a certain individual per Christopher J. Schneider request | .80 | 172.00 |
| 8/12/19 | AEM | Further draft presentation on Ted | .30 | 87.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      8
Inv#   1708524
Date 09/20/2019
42721.00006-DJG

--------------------------------------------------------------------------

Stevens Act

| 8/12/19 | CJS | Correspondence with Aon and bankruptcy counsel regarding insurance renewal certificates | .10 | 35.00 |
|---------|-----|---------|------|--------|
| 8/12/19 | CJS | Prepare for hearing on claims objections | 1.00 | 350.00 |
| 8/12/19 | MLT | Review communication from VP of Mens Programming regarding athlete meetings | .20 | 80.00 |
| 8/13/19 | ACC | Draft summary of documents related to certain individuals per Christopher J. Schneider request | 1.30 | 279.50 |
| 8/13/19 | CJS | Analysis of memorandum from Alejandra Contreras regarding SafeSport matter | .30 | 105.00 |
| 8/13/19 | MLT | Communication regarding employee resignation with VP of Mens Programming | .20 | 80.00 |
| 8/13/19 | MLT | Communication with Christopher Schneider regarding employee resignation | .20 | 80.00 |
| 8/13/19 | MLT | Review information provided by VP of Mens Programming regarding athlete matter | .30 | 120.00 |
| 8/13/19 | MLT | Telephone conference with VP of Mens programming regarding employee resignation | .50 | 200.00 |
| 8/13/19 | MLT | Communication with Christopher Schneider regarding employee resignation | .50 | 200.00 |
| 8/14/19 | DAP | Telephone conference with Patrick Murphy regarding discovery request in | .20 | 90.00 |

MILLER JOHNSON SNELL & CUMMISKEY P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

--------------------------------------------------------------------------

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | third-party personal injury case from Illinois |  |  |
| 8/14/19 | CJS | Correspondence with Mary L. Tabin regarding personnel matter | .10 | 35.00 |
| 8/14/19 | CJS | On-site CLO work at USA Gymnastics offices | 4.00 | 1,400.00 |
| 8/15/19 | ACC | Research regarding funding requirements for athletes to attend competitions under the Ted Stevens Act, USOC Bylaws and USAG Bylaws | 2.80 | 602.00 |
| 8/15/19 | CJS | CLO work on site at USA Gymnastics | 8.70 | 3,045.00 |
| 8/15/19 | MLT | Review previous disciplinary memo to athlete in preparation for additional corrective action | .30 | 120.00 |
| 8/15/19 | MLT | Review and revise corrective action memo to athlete | .60 | 240.00 |
| 8/16/19 | ACC | Review the Ted Stevens Act, USOC Bylaws and USAG Bylaw provisions regarding protected competitions and their applicability to certain competitions and disciplines | 2.80 | 602.00 |
| 8/16/19 | ACC | Draft memorandum for Christopher J. Schneider regarding the Ted Stevens Act, USOC Bylaws and USAG Bylaw provisions regarding protected competitions and their applicability to certain competitions and disciplines | 2.00 | 430.00 |
| 8/16/19 | ACC | Email to Christopher J. Schneider regarding eligibility criteria | .20 | 43.00 |
| 8/16/19 | BRH | Draft Video Content Release Form for | 1.00 | 290.00 |

MILLER JOHNSON SNELL & CUMMISKEY P.L.C
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    10
Inv#  1708524
Date 09/20/2019
42721.00006-DJG

---

|          |     | use with social media content taken for promotional videos |       |        |
|----------|-----|-------------------------------------------------------------|-------|--------|
| 8/17/19  | CJS | Correspondence with Michael D. Penny regarding contract matters | .10 | 35.00 |
| 8/18/19  | CJS | Revise proposed agreement with AAF | 1.00 | 350.00 |
| 8/18/19  | CJS | Revise release agreement for online content | .30 | 105.00 |
| 8/18/19  | CJS | Correspondence with Alejandra Contreras, Stefanie Korepin, and Mary McDaniel regarding selection criteria for Junior Worlds | .30 | 105.00 |
| 8/18/19  | CJS | Revise confidentiality agreement | .20 | 70.00 |
| 8/19/19  | MDP | Draft open issues list for event contract and send to Christopher J. Schneider | 3.90 | 760.50 |
| 8/19/19  | DAP | Communications with Christopher J. Schneider regarding third-party discovery request from personal injury action in Illinois | .10 | 45.00 |
| 8/19/19  | CJS | Review demand letter regarding copyright issues | .20 | 70.00 |
| 8/19/19  | CJS | Telephone conference with Mark Busby regarding SafeSport matters | .10 | 35.00 |
| 8/20/19  | AMC | Review and provide comments to Athletic Training Services Agreement | .60 | 174.00 |
| 8/20/19  | MDP | Review email from Christopher J. Schneider concerning Athletic Trainer Services Agreement | .10 | 19.50 |
| 8/20/19  | MDP | Review Athletic Trainer Services | .90 | 175.50 |

# MILLER JOHNSON SNELL & CUMMISKEY P.L.C.
### Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    11
Inv#  1708524
Date 09/20/2019
42721.00006-DJG

----------------------------------------------------------------------

Agreement

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/20/19 | MDP | Conference telephone call with Anne Marie Carson discussing the Athletic Trainer Services Agreement | .10 | 19.50 |
| 8/20/19 | MDP | Email Stefanie Korepin requesting background information for Athletic Trainer Services Agreement | .10 | 19.50 |
| 8/20/19 | MLT | Communications with management regarding employee resignation | .20 | 80.00 |
| 8/21/19 | AMC | Telephone conference with Michael D. Penny and Stephanie Korepin regarding Athletic Trainer Services Agreement | .30 | 87.00 |
| 8/21/19 | AMC | Further review and provide comments to Athletic Trainer Services Agreement | .40 | 116.00 |
| 8/21/19 | AMC | Begin review of Use License Agreement received from S. Korepin | .40 | 116.00 |
| 8/21/19 | MDP | Review email between Anne Marie Carson and Stefanie Korepin regarding independent contractor agreement | .10 | 19.50 |
| 8/21/19 | MDP | Facilitate form independent contractor agreements to Anne Marie Carson and Christopher J. Schneider for review | .20 | 39.00 |
| 8/21/19 | MDP | Telephone conference call with Anne Marie Carson and Stefanie Korepin discussing ██████████ ██████████ | .30 | 58.50 |
| 8/21/19 | MDP | Review Master Services Agreement for independent contractor agreements | .40 | 78.00 |
| 8/21/19 | MDP | Office conference with Anne Marie | .20 | 39.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    12
Inv#  1708524
Date 09/20/2019
42721.00006-DJG

--------------------------------------------------------------------------

|         |     | Carson regarding the Use License Agreement that Stefanie Korepin sent for review |      |        |
|---------|-----|---------------------------------------------------------------------------------|------|--------|
| 8/21/19 | MDP | Review and revise form Master Services Agreement for USA Gymnastics agreement   | .70  | 136.50 |
| 8/22/19 | AMC | Further review and provide comments to Athletic Trainer Services Agreement      | .60  | 174.00 |
| 8/22/19 | MDP | Revise Master Services Agreement for USA Gymnastics and Knoxville Orthopaedic Clinic | 1.40 | 273.00 |
| 8/22/19 | MDP | Revise Master Services Agreement pursuant to Anne Marie Carson comments         | .80  | 156.00 |
| 8/22/19 | MDP | Review USA Gymnastics form consent to treat waiver of liability                 | .30  | 58.50  |
| 8/22/19 | CJS | Communications with Li Li Leung regarding SafeSport matter                      | .10  | 35.00  |
| 8/22/19 | CJS | Telephone conference with Li Li Leung and Mark Busby regarding SafeSport matter | .50  | 175.00 |
| 8/22/19 | CJS | Telephone conference with Stefanie Korepin and departing employee for exit interview | .80  | 280.00 |
| 8/22/19 | CJS | Revise letter regarding SafeSport matter                                        | .50  | 175.00 |
| 8/22/19 | CJS | Communications with Dan Campbell and Li Li Leung regarding SafeSport matter     | .70  | 245.00 |
| 8/23/19 | CJS | Telephone conference with Li Li Leung regarding contract and personnel matters  | .60  | 210.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    13
Inv#   1708524
Date 09/20/2019
42721.00006-DJG

---------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/23/19 | CJS | Revise MOU with venue regarding event agreement | 1.00 | 350.00 |
| 8/23/19 | CJS | Revise sports commission contract for event | 1.30 | 455.00 |
| 8/23/19 | CJS | Telephone conference with Jeff Smith regarding contract | .40 | 140.00 |
| 8/23/19 | CJS | Draft letter to community member regarding SafeSport matter | 1.50 | 525.00 |
| 8/23/19 | CJS | Correspondence with Leslie King and Bernadette Barron regarding information needed for insurance renewal | .40 | 140.00 |
| 8/23/19 | CJS | Correspondence with Li Li Leung regarding insurance issues in venue contract | .40 | 140.00 |
| 8/23/19 | CJS | Correspondence with Li Li Leung and Jeff Smith regarding contract issue | .20 | 70.00 |
| 8/24/19 | DAP | Analyze ██████████████████████ | 1.80 | 810.00 |
| 8/24/19 | CJS | Review Center's decision on SafeSport matter | .10 | 35.00 |
| 8/24/19 | CJS | Correspondence with Mark Busby regarding SafeSport matters | .10 | 35.00 |
| 8/25/19 | CJS | Correspondence with reporting party and Dan Campbell regarding SafeSport matter | .20 | 70.00 |
| 8/25/19 | CJS | Correspondence with D. Andrew Portinga regarding insurance coverage for media issue | .20 | 70.00 |

**MILLER·JOHNSON·SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    14
Inv#  1708524
Date 09/20/2019
42721.00006-DJG

----------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/26/19 | ACC | Review of documents in Relativity related to certain individuals | 2.50 | 537.50 |
| 8/26/19 | ACC | Draft email to Christopher J. Schneider regarding review of documents in Relativity related to certain individuals | .20 | 43.00 |
| 8/26/19 | CJS | Telephone conference with Mark Busby regarding SafeSport matters | .60 | 210.00 |
| 8/26/19 | CJS | Review final draft of letter regarding competition funding issue | .10 | 35.00 |
| 8/26/19 | CJS | Revise athlete participation agreement based on comments from athlete's agent | .70 | 245.00 |
| 8/26/19 | CJS | Revise letter to parents regarding competition funding issue | .50 | 175.00 |
| 8/26/19 | CJS | Prepare for call ██████████ ██████████ regarding proposed legislation | 2.00 | 700.00 |
| 8/26/19 | CJS | Analysis of media requests regarding SafeSport matter | .20 | 70.00 |
| 8/26/19 | CJS | Telephone conference with Leslie King regarding legal advice on response to media inquiry | .20 | 70.00 |
| 8/26/19 | CJS | Participate in call ██████████ ██████████ regarding proposed legislation | 1.00 | 350.00 |
| 8/26/19 | CJS | Analysis of SafeSport matter, including conference call with Mark Busby and Li Li Leung | .70 | 245.00 |
| 8/26/19 | CJS | Analysis of SafeSport issue, including communications with Li Li Leung and | 1.80 | 630.00 |

MILLER JOHNSON SNELL & CUMMISKEY P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

--------------------------------------------------------------------------

Mark Busby regarding same

| 8/26/19 | CJS | Attend SafeSport team meeting by telephone | .50 | 175.00 |
| 8/27/19 | ACC | Review USAG Bylaws, USOC Bylaws and Athlete Council Bylaws in answer to Christopher J. Schneider's question regarding elections | 1.60 | 344.00 |
| 8/27/19 | ACC | Review documents in Relativity related to athlete's council elections to answer Christopher J. Schneider question regarding elections | .80 | 172.00 |
| 8/27/19 | ACC | Email to Christopher J. Schneider regarding athletes council election requirements | .20 | 43.00 |
| 8/27/19 | ACC | Review documents in Relativity related to competition funding issue | .80 | 172.00 |
| 8/27/19 | BRH | Office conference with Christopher J. Schneider regarding various intellectual property and licensing matters | 1.30 | 377.00 |
| 8/27/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 8/27/19 | CJS | Analysis of memorandum from D. Andrew Portinga regarding ██████████ ████████ | .30 | 105.00 |
| 8/27/19 | CJS | Correspondence with Aon regarding ██████████ ██████ | .10 | 35.00 |
| 8/27/19 | CJS | Revise consent form for social media content | .80 | 280.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    16
Inv#  1708524
Date 09/20/2019
42721.00006-DJG

--------------------------------------------------------------------------

| 8/27/19 | CJS | Telephone conference with Leslie King regarding pre-petition claims | .40 | 140.00 |
| 8/27/19 | CJS | Correspondence with contractor regarding contract renewal | .20 | 70.00 |
| 8/27/19 | CJS | Attend Senior Leadership Team meeting by telephone | 1.10 | 385.00 |
| 8/27/19 | CJS | Correspondence with Melissa Root, Li Li Leung, and Bernadette Barron regarding potential critical vendor motion | .20 | 70.00 |
| 8/27/19 | CJS | Correspondence with Li Li Leung regarding IEC minutes | .10 | 35.00 |
| 8/27/19 | CJS | Correspondence with Li Li Leung regarding confidentiality issue | .20 | 70.00 |
| 8/27/19 | CJS | Correspondence with Mark Busby regarding suspended members list issue | .30 | 105.00 |
| 8/27/19 | CJS | Telephone conference with Li Li Leung and SafeSport team regarding feedback on the Center | .70 | 245.00 |
| 8/27/19 | CJS | Telephone conference with Janey Miller and Leslie King regarding open contract issue | .20 | 70.00 |
| 8/27/19 | CJS | Correspondence with Alejandra Contreras regarding Athlete Council elections | .10 | 35.00 |
| 8/27/19 | CJS | Office conference with Brittany R. Harden regarding open intellectual property issues | .70 | 245.00 |
| 8/27/19 | CJS | Analysis of intellectual property issue and potential response to demand | .50 | 175.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                        Page    17
                                        Inv#  1708524
                                        Date 09/20/2019
                                        42721.00006-DJG
```
--------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | letter | | |
| 8/27/19 | CJS | Telephone conference with Leslie King regarding legal advice on media matter and regarding contract issue | .40 | 140.00 |
| 8/27/19 | CJS | Communications with Mark Busby regarding SafeSport matter | .20 | 70.00 |
| 8/27/19 | CJS | Revise TIG lost policies brief | .50 | 175.00 |
| 8/27/19 | CJS | Analysis of information for critical vendor motion | .20 | 70.00 |
| 8/27/19 | CJS | Correspondence with Bernadette Barron and Jenner & Block regarding critical vendor motion | .20 | 70.00 |
| 8/28/19 | ACC | Review documents in Relativity related to athlete's council elections to answer Christopher J. Schneider question regarding elections | 1.50 | 322.50 |
| 8/28/19 | ACC | Per Christopher J. Schneider request, review documents in Relativity related to athlete funding for the world championships | .70 | 150.50 |
| 8/28/19 | MDP | Review Use License Agreement for event | 1.90 | 370.50 |
| 8/28/19 | DAP | Communication with Aon regarding claim reporting | .20 | 90.00 |
| 8/28/19 | DAP | Review insurance policy | .30 | 135.00 |
| 8/28/19 | DAP | Provide notice to insurer of potential claim under policy | .30 | 135.00 |
| 8/28/19 | CJS | Correspondence with broker regarding insurance coverage issue | .10 | 35.00 |

**MILLER·JOHNSON·SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    18
Inv#  1708524
Date 09/20/2019
42721.00006-DJG
-----------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/28/19 | CJS | Correspondence with Jeff Smith regarding venue contract | .10 | 35.00 |
| 8/28/19 | CJS | Correspondence with Shelba Waldron regarding USOPC compliance checklist | .10 | 35.00 |
| 8/28/19 | CJS | Analysis of information from Alejandra Contreras regarding athlete funding for world championships | .50 | 175.00 |
| 8/28/19 | CJS | Correspondence with Stefanie Korepin regarding athlete funding for world championships | .20 | 70.00 |
| 8/28/19 | CJS | Correspondence with Mark Stuaan, Mark Busby, and Shelba Waldron regarding potential meeting with Indiana AG's office | .20 | 70.00 |
| 8/28/19 | CJS | Telephone conference with Li Li Leung regarding open legal matters | .50 | 175.00 |
| 8/28/19 | CJS | Revise proposed changes to national team documents from team member | 1.00 | 350.00 |
| 8/28/19 | CJS | Draft email to Board of Directors regarding legal update | .40 | 140.00 |
| 8/28/19 | CJS | Telephone conference with Kathryn Carson regarding open matters | .30 | 105.00 |
| 8/28/19 | CJS | Correspondence with Jeff Smith regarding event venue contract | .10 | 35.00 |
| 8/28/19 | CJS | Telephone conference with Leslie King regarding media-related revisions to national team handbook | .50 | 175.00 |
| 8/28/19 | CJS | Revise proposed communications statement to reflect legal advice | .40 | 140.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                               Page    19
                                               Inv#  1708524
                                               Date 09/20/2019
                                               42721.00006-DJG
```
-------------------------------------------------------------------------

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 8/28/19 | CJS | Revise proposed communications statement to reflect legal advice | .20 | 70.00 |
| 8/28/19 | CJS | Correspondence with Li Li Leung regarding venue contract | .10 | 35.00 |
| 8/28/19 | CJS | Correspondence with Justin Toman regarding legal update to Board of Directors | .10 | 35.00 |
| 8/28/19 | MLT | Communication with employee regarding personnel matter | .20 | 80.00 |
| 8/28/19 | MLT | Draft analysis to Christopher J. Schneider regarding employment issues concerning personnel matter | 1.00 | 400.00 |
| 8/28/19 | MLT | Communication with Christopher J. Schneider regarding personnel matter | .10 | 40.00 |
| 8/29/19 | BRH | Review music licensing proposals and status in connection with past correspondence | 1.00 | 290.00 |
| 8/29/19 | MMO | Draft and revise offer letter for new hire | .80 | 220.00 |
| 8/29/19 | MDP | Email from Christopher J. Schneider discussing drafting form License Agreement for USA Gymnastics | .10 | 19.50 |
| 8/29/19 | CJS | Analysis of information for critical vendor motion | .20 | 70.00 |
| 8/29/19 | CJS | Correspondence with Melissa Root regarding information for critical vendor motion | .10 | 35.00 |
| 8/29/19 | CJS | Follow-up correspondence with Melissa Root and Bernadette Barron regarding information for critical vendor motion | .20 | 70.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    20
Inv#  1708524
Date 09/20/2019
42721.00006-DJG

---------------------------------------------------------------------

| 8/29/19 | CJS | Correspondence with Mark Busby and Kim Riley regarding bylaw issue | .10 | 35.00 |
|---------|-----|-----|-----|-----|
| 8/29/19 | CJS | Correspondence with Michael D. Penny regarding form agreement for premier events | .10 | 35.00 |
| 8/29/19 | CJS | Analysis of correspondence from Selection Committee for Trampoline & Tumbling | .50 | 175.00 |
| 8/29/19 | CJS | Telephone conference with Scott Lineberry regarding ethics issue for Selection Committee | .20 | 70.00 |
| 8/29/19 | CJS | Correspondence with Selection Committee and Ethics & Grievance committee regarding conflict issue | .40 | 140.00 |
| 8/29/19 | CJS | Revise offer letter for new position | .30 | 105.00 |
| 8/29/19 | CJS | Correspondence with Li Li Leung regarding new position and conflict of interest policy | .20 | 70.00 |
| 8/29/19 | CJS | Draft response letter to Warner Music Group | 1.70 | 595.00 |
| 8/29/19 | CJS | Revise critical vendor motion | .70 | 245.00 |
| 8/29/19 | CJS | Correspondence with Leslie King regarding legal advice on proposed communications statement | .30 | 105.00 |
| 8/29/19 | CJS | Draft responses to Chubb regarding intellectual property claim | .30 | 105.00 |
| 8/29/19 | CJS | Correspondence with Brittany R. Harden regarding music licensing | .20 | 70.00 |

**MILLER·JOHNSON·SNELL & CUMMISKEY·P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                                    Page    21
                                                    Inv#  1708524
                                                    Date 09/20/2019
                                                    42721.00006-DJG
--------------------------------------------------------------------------
```

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 8/29/19 | CJS | Communications with Mark Busby regarding SafeSport matter | .30 | 105.00 |
| 8/29/19 | CJS | Telephone conference with Leslie King regarding critical vendor motion | .20 | 70.00 |
| 8/29/19 | CJS | Telephone conference with Mark Busby regarding SafeSport matter | .20 | 70.00 |
| 8/29/19 | CJS | Telephone conference with Leslie King regarding motion to employ | .10 | 35.00 |
| 8/30/19 | MDP | Review suggested revisions to License Agreement | 2.60 | 507.00 |
| 8/30/19 | DAP | Exchange emails with Christopher J. Schneider regarding insurance claim | .20 | 90.00 |
| 8/30/19 | CJS | Communications with Kevin White regarding open legal matters | .20 | 70.00 |
| 8/30/19 | CJS | Revise communications statement to reflect legal advice, for Leslie King | .20 | 70.00 |
| 8/30/19 | CJS | Revise responses to insurers on intellectual property claim | .20 | 70.00 |
| 8/30/19 | CJS | Correspondence with Janey Miller regarding critical vendor motion | .20 | 70.00 |
| 8/30/19 | CJS | Correspondence with Li Li Leung and Mark Busby regarding the Center's administrative holds | .30 | 105.00 |
| 8/30/19 | CJS | Correspondence from Mark Busby regarding SafeSport matter | .20 | 70.00 |
| 8/30/19 | CJS | Revise close-out letter regarding SafeSport matter | .60 | 210.00 |
| 8/30/19 | CJS | Analysis of the Center's | .30 | 105.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    22
Inv#  1708524
Date 09/20/2019
42721.00006-DJG

--------------------------------------------------------------------------

administrative holds

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/30/19 | CJS | Correspondence from Shelba Waldron regarding SafeSport conference | .20 | 70.00 |
| 8/30/19 | CJS | Correspondence with SafeSport team regarding preparation for Center audit | .10 | 35.00 |
| 8/30/19 | CJS | Telephone conference with Mark Busby regarding administrative holds from the Center | .10 | 35.00 |
| 8/30/19 | CJS | Revise proposed communications statement to reflect legal advice | .20 | 70.00 |
| 8/30/19 | CJS | Revise letter regarding the Center's administrative holds | .40 | 140.00 |
| 8/31/19 | CJS | Review correspondence from SafeSport respondent | .20 | 70.00 |

TOTAL HOURS                            173.80

Total Services                      52,702.50

## Attorney Summary

|  |  | Hours | Rate | Amount |
|--|--|-------|------|--------|
| Portinga, D. Andrew | Member | 3.10 | 450.00 | 1,395.00 |
| Schneider, Christopher J. | Member | 98.20 | 350.00 | 34,370.00 |
| Stroster, Michael E. | Member | .80 | 400.00 | 320.00 |
| Tabin, Mary L. | Member | 4.30 | 400.00 | 1,720.00 |
| Carson, Anne Marie | Associate | 2.30 | 290.00 | 667.00 |
| Harden, Brittany R. | Associate | 4.00 | 290.00 | 1,160.00 |
| Murphy, Amy E. | Associate | 10.00 | 290.00 | 2,900.00 |
| O'Rourke, Matthew M. | Associate | 1.00 | 275.00 | 275.00 |
| Penny, Michael D | Associate | 21.30 | 195.00 | 4,153.50 |
| Contreras-Caballero, Alej | Associate | 23.80 | 215.00 | 5,117.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                        Page    23
                                        Inv#  1708524
                                        Date 09/20/2019
                                        42721.00006-DJG
```
----------------------------------------------------------------

### Attorney Summary

|                        |       | Hours  | Rate   | Amount    |
|------------------------|-------|--------|--------|-----------|
| Perez, Richard L       | Clerk | 5.00   | 125.00 | 625.00    |
|                        |       | 173.80 |        | 52,702.50 |

### Expenses

| | |
|---|---|
| Reproductions 42 pages | 6.30 |
| Reproductions 1 pages | .50 |
| U.S. PATENT & TRADEM Check # - 0002 Filing Fee | 550.00 |
| Reproductions 2 pages | .30 |
| Reproductions 16 pages | 2.40 |
| Reproductions 2 pages | .30 |
| CHRISTOPHER J. SCHNE Check # - 9990 Taxi | 32.17 |
| CHRISTOPHER J. SCHNE Check # - 9990 Taxi | 12.12 |
| CHRISTOPHER J. SCHNE Check # - 9990 Taxi | 6.98 |
| CHRISTOPHER J. SCHNE Check # - 9990 Airplane Tickets | 592.00 |
| CHRISTOPHER J. SCHNE Check # - 9990 Meals | 11.34 |
| CHRISTOPHER J. SCHNE Check # - 9990 Meals | 4.29 |
| CHRISTOPHER J. SCHNE Check # - 9990 Taxi | 13.00 |
| CHRISTOPHER J. SCHNE Check # - 9990 Taxi | 9.95 |
| CHRISTOPHER J. SCHNE Check # - 9990 Travel Expense | 42.92 |
| Reproductions 146 pages | 21.90 |
| Reproductions 10 pages | 1.50 |
| Reproductions 12 pages | 1.80 |
| CHRISTOPHER J. SCHNE Check # - 9990 Travel Expense- Flight wifi | 16.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                           Page    24
                                           Inv#  1708524
                                           Date 09/20/2019
                                           42721.00006-DJG
```

------------------------------------------------------------------------

Expenses

```
        CHRISTOPHER J. SCHNE Check # - 9990          40.73
        Meals
        CHRISTOPHER J. SCHNE Check # - 9990           4.59
        Meals
        Computer Assisted Research                  232.00
        CHRISTOPHER J. SCHNE Check # - 9990         193.77
        Travel Expense-Hotel
        CHRISTOPHER J. SCHNE Check # - 9990          67.05
        Meals
        CHRISTOPHER J. SCHNE Check # - 9990          13.03
        Meals
        Reproductions 20 pages                        3.00
        Reproductions 22 pages                        3.30
        Reproductions 18 pages                        2.70
        Reproductions 18 pages                        2.70
        Reproductions 18 pages                        2.70
        Reproductions 2 pages                          .30
        Reproductions 1 pages                          .15
        Reproductions 5 pages                          .75
        Computer Assisted Research                   48.00
                       Total Expenses                      1,940.54


                  Total This Invoice                       54,643.04



                  Invoices Due Upon Receipt
```

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

**USA Gymnastics**

```
                                          Page     25
                                          Inv#  1708524
                                          Date 09/20/2019
                                          42721.00006-DJG
```
--------------------------------------------------------------------------

### OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE NUMBER | DATE | INVOICE AMOUNT | PAYMENTS AGAINST INVOICE | INVOICE BALANCE |
|---|---|---|---|---|
| 1690179 | 2/14/19 | 73,608.76 | 59,124.96 | 14,483.80 |
| 1691021 | 3/18/19 | 64,476.01 | 51,679.21 | 12,796.80 |
| 1694037 | 4/17/19 | 81,436.49 | 65,321.49 | 16,115.00 |
| 1696899 | 5/21/19 | 73,299.57 | 59,053.17 | 14,246.40 |
| 1699811 | 6/13/19 | 83,847.71 | 67,560.31 | 16,287.40 |
| 1702747 | 7/15/19 | 94,745.27 | 77,446.17 | 17,299.10 |
| 1705622 | 8/20/19 | 30,636.70 | .00 | 30,636.70 |

Prior Unpaid Balance     121,865.20

**Total Amount Due        176,508.24**

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

Inv#  1708524
Date 09/20/2019
42721.00006-DJG

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

Re:  CJS Chief Legal Officer

REMITTANCE ADVICE

For Legal Services Rendered through August 31, 2019

Total Services                                    52,702.50

Total Expenses                                     1,940.54

**Total This Invoice**                            **54,643.04**
                                              ==============

Invoice Is Due Upon Receipt

Our remit address is: PO Box 306, Grand Rapids, MI.  49501-0306

Payments: If paying by check please return the remittance advice
or write your invoice number(s) on your check. You may also pay by
credit or debit card through our online payment portal
www.millerjohnson.com/onlinepayments. If you have any questions
regarding this invoice or you wish to set up ACH payments please
call 616-831-1700 and ask for the collections department.