IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: <br><br> USA GYMNASTICS,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-09108-RLM-11 |

### NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on September 19, 2019 USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Debtor's Third Motion For Order Extending Period Within Which It May Remove State Court Actions Pursuant To 28 U.S.C. § 1452 And Rule 9027 Of The Federal Rules Of Bankruptcy Procedure* [Dkt. 777] (the "**Motion**"), which has been set for a hearing (the "**Hearing**") on **October 3, 2019 at 1:30 p.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE **that any objections to the Motion must be filed by September 30, 2019 at 4:00 p.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE **that if no objections to the Motion are filed, the Hearing will be held telephonically. If objections are filed, the Hearing will be held in Room 329 of the United States Bankruptcy Court, 46 East Ohio Street, Indianapolis, Indiana 46204.**

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in the Hearing is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies)

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

2

they represent when addressing the Court. Callers shall not place their phones on hold during the Hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Motion may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: September 25, 2019             Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352

csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*