IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: <br><br> USA GYMNASTICS,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-09108-RLM-11 |

**NOTICE OF JENNER & BLOCK'S MONTHLY STATEMENT FOR SERVICES RENDERED AND EXPENSES INCURRED IN AUGUST 2019**

PLEASE TAKE NOTICE that on September 30, 2019 Jenner & Block LLP, as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case, submitted a monthly invoice for fees and expenses incurred between August 1, 2019 and August 31, 2019 (the "**August 2019 Invoice**"),[2] in accordance with the *Order Granting Debtor's Motion For Entry Of Order Establishing Procedures For Interim Compensation And Reimbursement Of Professionals* [Dkt. 187] (the "**Interim Compensation Order**").

PLEASE TAKE FURTHER NOTICE that the August 2019 Invoice, attached hereto as Exhibit A, seeks compensation for $303,596.65 in fees and $38,315.27 in expenses.

PLEASE TAKE FURTHER NOTICE **that any objections to the Invoice must be filed and served upon the undersigned counsel by October 15, 2019 at 4:00 p.m. (prevailing Eastern time), in accordance with the Interim Compensation Order**.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

[2] The Invoice is redacted to avoid the disclosure of privileged and confidential information.

2

PLEASE TAKE FURTHER NOTICE that, if no objection is timely filed, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoice, subject to final approval by the Court at a future hearing.

Dated: September 30, 2019

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*