**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

### REVISED NOTICE OF OMNIBUS HEARINGS

PLEASE TAKE NOTICE that the Court has scheduled additional omnibus hearings (each, an "**Omnibus Hearing**") in this chapter 11 case:

- Monday, November 25, 2019 at 1:30 p.m. (prevailing Eastern time);
- Wednesday, December 18, 2019 at 1:30 p.m. (prevailing Eastern time); and,
- Wednesday, January 22, 2020 at 1:30 p.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that each Omnibus Hearing will be held **in Room 329 of the United States Bankruptcy Court, 46 East Ohio Street, Indianapolis, Indiana 46204**.

PLEASE TAKE FURTHER NOTICE **that, to be presented at any Omnibus Hearing, motions, applications, or other requests for relief must be filed with 21 days' notice.**

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in each Omnibus Hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

PLEASE TAKE FURTHER NOTICE that copies of all filings in this chapter 11 case may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: October 1, 2019

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352

csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*