# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

## NOTICE OF DRAW BY DEBTOR'S COUNSEL
## FOR SEPTEMBER 2019

PLEASE TAKE NOTICE that on October 15, 2019, Plews Shadley Racher & Braun LLP, as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case, submitted a monthly invoice for fees and expenses incurred between September 1, 2019 and September 30, 2019 (the "**September 2019 Invoice**"),[2] in accordance with the *Order Granting Debtor's Motion For Entry Of Order Establishing Procedures For Interim Compensation And Reimbursement Of Professionals* [Dkt. 187] (the "**Interim Compensation Order**").

PLEASE TAKE FURTHER NOTICE that the September 2019 Invoice, attached hereto as Exhibit A, seeks compensation for $99,221.00 in fees and $1,575.59 in expenses.

PLEASE TAKE FURTHER NOTICE **that any objections to the Invoices must be served upon the undersigned counsel by October 29, 2019 at 4:00 p.m. (prevailing Eastern time), in accordance with the Interim Compensation Order**.

PLEASE TAKE FURTHER NOTICE that, if no objection is timely filed, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoices, subject to final approval by the Court at a future hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

[2] The Invoice is redacted to avoid the disclosure of privileged and confidential information.

Dated: October 15, 2019                              Respectfully submitted,

  */s/ George M. Plews*
George M. Plews, Atty. No. 6274-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
gplews@psrb.com

*Counsel for Debtor USA Gymnastics*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Martin Beeler mbeeler@cov.com
Daniel D. Bobilya dan@b-blegal.com
Kenneth H. Brown kbrown@pszjlaw.com
Charles D. Bullock cbullock@sbplclaw.com
George Calhoun george@ifrahlaw.com
John Cannizzaro john.cannizzaro@icemiller.com
Deborah Caruso dcaruso@rubin-levin.net
David Catuogno david.catuogno@klgates.com
R. Alexander Clark aclark@cov.com
Dianne Coffino dcoffino@cov.com
Laura A. DuVall laura.duvall@usdoj.gov
Daniel Eliades daniel.eliades@klgates.com
Sarah L. Fowler sarah.fowler@mbcblaw.com
Cameron R. Getto cgetto@zacfirm.com
Steven W. Golden sgolden@pszjlaw.com
Manvir Grewal Sr. mgrewal@4grewal.com
Susan N. Gummow sgummow@fgppr.com
Katherine Hance khance@goodwin.com
Jeffrey Hester jhester@hbkfirm.com
Samuel D. Hodson shodson@taftlaw.com
Jeffrey A. Hokanson jeff.hokanson@icemiller.com
John R. Humphrey jhumphrey@taftlaw.com
Kevin P. Kamraczewski kevin@kevinklaw.com
Ronald Kent ronald.kent@dentons.com
Adam L. Kochenderfer akochenderfer@wolfsonbolton.com
Carl Kunz ckunz@morrisjames.com
Martha Lehman mlehman@salawus.com
Chris McCleary chris.mccleary@usoc.org
Harley K. Means hmeans@kgrlaw.com
Geoffrey Miller geoffrey.miller@dentons.com
Robert Millner robert.millner@dentons.com
James Moloy jmoloy@boselaw.com
Ronald J. Moore ronald.moore@usdoj.gov
Whitney Mosby wmosby@bgdlegal.com
Joel Norton jnorton@rsslawoffices.com
Michael P. O'Neil moneil@taftlaw.com
Weston E. Overturf wes.overturf@mbcblaw.com
Dean N. Panos dpanos@Jenner.Com
John T Piggins pigginsj@millerjohnson.com
Stephen J. Peters speters@kgrlaw.com
Amanda Quick amanda.quick@atg.in.gov

Michael Ralph mralph@rsslawoffices.com
Melissa M. Root mroot@Jenner.com
James Ruggeri jruggeri@goodwin.com
Syed Ali Saeed ali@sllawfirm.com
Ilan Scharf ischarf@pszjlaw.com
Thomas Scherer tscherer@bgdlegal.com
David Schwab djschwab@rsslawoffices.com
Igor Shleypak ishleypak@fgppr.com
James I. Stang jstang@pszjlaw.com
Catherine L. Steege csteege@Jenner.Com
Keith A. Teel kteel@cov.com
Meredith Theisen mtheisen@rubin-levin.net
Susan Walker susan.walker@dentons.com
Joshua Weinberg jweinberg@goodwin.com
Mark Wenzel mwenzel@salawus.com
Gabriella Zahn-Bielski gzahnbielski@cov.com

                                         */s/ George M. Plews*

# EXHIBIT A

**Plews Shadley Racher & Braun LLP September 2019 Invoice**

Case 18-09108-RLM-11    Doc 810    Filed 10/15/19    EOD 10/15/19 14:41:37    Pg 5 of 14

# PLEWS SHADLEY RACHER & BRAUN LLP

Attorneys At Law
1346 North Delaware Street
Indianapolis, IN 46202-2415

Telephone: (317) 637-0700    Facsimile: (317) 637-0710

Tax ID #35-1746444

10/14/2019

USA Gymnastics
Accounts Payable
130 E. Washington St., Suite 700
Indianapolis, IN  46204

Account No:  001688.0001
Invoice No:  247728

Client: USA Gymnastics
Matter Description: Insurance

For Services Rendered Through 9/30/2019

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 09/01/2019 | CEK | Revise ▮ | 155.00 | 0.80 | 124.00 |
| 09/01/2019 | GMG | Review and respond ▮ | 255.00 | 1.10 | 280.50 |
| 09/01/2019 | GMP | Review and respond ▮. | 560.00 | 0.80 | 448.00 |
| 09/03/2019 | CEK | Review ▮. | 155.00 | 0.10 | 15.50 |
| 09/03/2019 | GMG | Emails regarding ▮; call with ▮ | 255.00 | 1.90 | 484.50 |
| 09/03/2019 | GMP | Conference with ▮; telephone conference with ▮. | 560.00 | 1.80 | 1,008.00 |
| 09/03/2019 | JJM | Update counsel ▮. | 150.00 | 5.50 | 825.00 |
| 09/04/2019 | CEK | Review and respond ▮. | 155.00 | 0.10 | 15.50 |
| 09/04/2019 | CEK | Revise ▮. | 155.00 | 0.60 | 93.00 |
| 09/04/2019 | GMG | Call with ▮ call with ▮ | 255.00 | 2.30 | 586.50 |
| 09/04/2019 | GMP | Work on ▮; telephone conference with ▮; telephone conference with ▮. | 560.00 | 4.50 | 2,520.00 |
| 09/04/2019 | JST | Review ▮. | 195.00 | 0.50 | 97.50 |

USA Gymnastics                                                                                               Page 2
                                                                                                             10/14/2019
Insurance                                                                                    Account No: 001688.0001
                                                                                             Invoice No:  247728

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/05/2019 | CEK | Review ▓▓▓. | 155.00 | 0.10 | 15.50 |
| 09/05/2019 | CEK | Review ▓▓▓. | 155.00 | 0.30 | 46.50 |
| 09/05/2019 | GMG | Analyze ▓▓▓; review and respond to ▓▓▓; review ▓▓▓. | 255.00 | 3.40 | 867.00 |
| 09/05/2019 | GMP | Initial review ▓▓▓ | 560.00 | 1.10 | 616.00 |
| 09/05/2019 | JJM | Continue updating ▓▓▓ attention to ▓▓▓. | 150.00 | 7.30 | 1,095.00 |
| 09/05/2019 | RTL | Briefly review ▓▓▓. | 170.00 | 0.20 | 34.00 |
| 09/06/2019 | GMG | Review ▓▓▓; analyze ▓▓▓; review and respond ▓▓▓; call ▓▓▓ | 255.00 | 1.80 | 459.00 |
| 09/06/2019 | GMP | Review ▓▓▓; review emails ▓▓▓. | 560.00 | 1.50 | 840.00 |
| 09/06/2019 | JST | E-mail ▓▓▓; review ▓▓▓. | 195.00 | 0.20 | 39.00 |
| 09/06/2019 | TJB | Attention to ▓▓▓. | 250.00 | 0.20 | 50.00 |
| 09/07/2019 | RTL | Review ▓▓▓. | 170.00 | 0.70 | 119.00 |
| 09/09/2019 | GMG | Work on ▓▓▓; research ▓▓▓; discussion with ▓▓▓ | 255.00 | 4.90 | 1,249.50 |
| 09/09/2019 | GMP | Review and revise ▓▓▓. | 560.00 | 0.60 | 336.00 |
| 09/09/2019 | RTL | Review ▓▓▓. | 170.00 | 2.10 | 357.00 |
| 09/09/2019 | RTL | Draft ▓▓▓. | 170.00 | 4.00 | 680.00 |
| 09/10/2019 | CEK | Review ▓▓▓. | 155.00 | 0.70 | 108.50 |
| 09/10/2019 | CEK | Meet with ▓▓▓. | 155.00 | 0.90 | 139.50 |
| 09/10/2019 | CEK | Draft ▓▓▓. | 155.00 | 5.00 | 775.00 |
| 09/10/2019 | GMG | Work on ▓▓▓; review and respond ▓▓▓ | 255.00 | 6.90 | 1,759.50 |
| 09/10/2019 | GMP | Work on ▓▓▓; begin review ▓▓▓. | 560.00 | 3.90 | 2,184.00 |
| 09/10/2019 | JST | Discuss ▓▓▓; collect ▓▓▓; e-mail ▓▓▓;▓▓▓. | 195.00 | 0.80 | 156.00 |
| 09/10/2019 | RTL | Draft ▓▓▓. | 170.00 | 6.90 | 1,173.00 |
| 09/11/2019 | CEK | Review ▓▓▓. | 155.00 | 0.10 | 15.50 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics  
Case 18-09108-RLM-11    Doc 810    Filed 10/15/19    EOD 10/15/19 14:41:37    Pg 8 of 14  
Page 3  
10/14/2019  
Insurance  
Account No: 001688.0001  
Invoice No: 247728

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/11/2019 | CEK | Review ▮. | 155.00 | 4.50 | 697.50 |
| 09/11/2019 | CEK | Revise ▮. | 155.00 | 2.20 | 341.00 |
| 09/11/2019 | ESK | Review ▮ | 150.00 | 6.00 | 900.00 |
| 09/11/2019 | GMG | Review ▮; review and respond ▮ | 255.00 | 6.80 | 1,734.00 |
| 09/11/2019 | GMP | Review and revise ▮; telephone conference ▮. | 560.00 | 6.30 | 3,528.00 |
| 09/11/2019 | JST | Talk to ▮. | 195.00 | 0.90 | 175.50 |
| 09/11/2019 | RTL | Revise ▮. | 170.00 | 4.00 | 680.00 |
| 09/11/2019 | RTL | Review ▮. | 170.00 | 0.30 | 51.00 |
| 09/12/2019 | CEK | Review ▮. | 155.00 | 0.30 | 46.50 |
| 09/12/2019 | CEK | Revise ▮. | 155.00 | 3.20 | 496.00 |
| 09/12/2019 | CEK | Make notes ▮. | 155.00 | 0.30 | 46.50 |
| 09/12/2019 | CEK | Research ▮. | 155.00 | 0.90 | 139.50 |
| 09/12/2019 | CEK | Review ▮. | 155.00 | 0.30 | 46.50 |
| 09/12/2019 | CEK | Preparation for ▮. | 155.00 | 0.20 | 31.00 |
| 09/12/2019 | CEK | Preparation for ▮. | 155.00 | 3.10 | 480.50 |
| 09/12/2019 | CEK | Review briefs ▮. | 155.00 | 1.80 | 279.00 |
| 09/12/2019 | ESK | Attention to ▮. | 150.00 | 3.30 | 495.00 |
| 09/12/2019 | GMG | Revise and file ▮ | 255.00 | 7.90 | 2,014.50 |
| 09/12/2019 | GMP | Extensive ▮; review ▮; telephone conference ▮; telephone conference ▮;▮. | 560.00 | 5.70 | 3,192.00 |
| 09/12/2019 | JJM | Attention to ▮. | 150.00 | 4.10 | 615.00 |
| 09/12/2019 | JST | Phone call ▮; review ▮ draft letter ▮; review ▮. | 195.00 | 1.90 | 370.50 |
| 09/12/2019 | RTL | Revise reply ▮. | 170.00 | 3.40 | 578.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics Page 4

Insurance

10/14/2019

Account No: 001688.0001

Invoice No: 247728

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/13/2019 | CEK | Review ████. | 155.00 | 3.70 | 573.50 |
| 09/13/2019 | CEK | Locate cases ████ | 155.00 | 3.40 | 527.00 |
| 09/13/2019 | ESK | Review claims ████. | 150.00 | 4.50 | 675.00 |
| 09/13/2019 | GMG | Review and respond ████; discussion with ████; prepare for ████; emails with ████ | 255.00 | 3.40 | 867.00 |
| 09/13/2019 | GMP | Prepare for ████; prepare ████ | 560.00 | 5.10 | 2,856.00 |
| 09/13/2019 | JST | Review ████; e-mail from C.J. Schneider ████; e-mail ████; collect ████; phone call with ████; e-mail from Epiq with total owed. | 195.00 | 3.00 | 585.00 |
| 09/13/2019 | RTL | Review ████ | 170.00 | 0.10 | 17.00 |
| 09/13/2019 | TJB | Receive and respond ████ | 250.00 | 0.50 | 125.00 |
| 09/14/2019 | GMP | Preparation for ████. | 560.00 | 6.30 | 3,528.00 |
| 09/14/2019 | JST | E-mail ████. | 195.00 | 0.20 | 39.00 |
| 09/15/2019 | GMP | Continued preparation ████. | 560.00 | 8.10 | 4,536.00 |
| 09/16/2019 | CEK | Respond ████. | 155.00 | 3.00 | 465.00 |
| 09/16/2019 | CEK | Research ████. | 155.00 | 0.40 | 62.00 |
| 09/16/2019 | CEK | Put together ████. | 155.00 | 1.70 | 263.50 |
| 09/16/2019 | CEK | Respond ████. | 155.00 | 0.50 | 77.50 |
| 09/16/2019 | CEK | Discuss ████. | 155.00 | 0.50 | 77.50 |
| 09/16/2019 | CEK | Call ████. | 155.00 | 0.50 | 77.50 |
| 09/16/2019 | CEK | Research ████. | 155.00 | 0.70 | 108.50 |
| 09/16/2019 | CEK | Prepare ████. | 155.00 | 0.10 | 15.50 |
| 09/16/2019 | CEK | Review ████. | 155.00 | 1.00 | 155.00 |
| 09/16/2019 | ESK | Review ████. | 150.00 | 8.90 | 1,335.00 |
| 09/16/2019 | GMG | Prepare for ████ | 255.00 | 7.70 | 1,963.50 |
| 09/16/2019 | GMP | Prepare ████. | 560.00 | 9.90 | 5,544.00 |
| 09/16/2019 | JJM | Finalize ████. | 150.00 | 4.00 | 600.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---:|---:|
| 09/16/2019 | JST | Exchange ▓▓▓ e-mail ▓▓▓. | 195.00 | 1.70 | 331.50 |
| 09/17/2019 | CEK | Review ▓▓▓. | 155.00 | 0.90 | 139.50 |
| 09/17/2019 | CEK | Print ▓▓▓. | 155.00 | 0.20 | 31.00 |
| 09/17/2019 | CEK | Preparation ▓▓▓. | 155.00 | 0.40 | 62.00 |
| 09/17/2019 | CEK | Prepare ▓▓▓. | 155.00 | 1.30 | 201.50 |
| 09/17/2019 | CEK | Prepare ▓▓▓. | 155.00 | 4.30 | 666.50 |
| 09/17/2019 | ESK | Review ▓▓▓. | 150.00 | 1.30 | 195.00 |
| 09/17/2019 | GMG | Prepare for ▓▓▓ | 255.00 | 8.80 | 2,244.00 |
| 09/17/2019 | GMP | Preparation for ▓▓▓. | 560.00 | 6.70 | 3,752.00 |
| 09/17/2019 | JST | E-mail from ▓▓▓; exchange ▓▓▓; exchange e-mails ▓▓▓. | 195.00 | 3.30 | 643.50 |
| 09/17/2019 | RTL | Telephone call ▓▓▓. | 170.00 | 0.10 | 17.00 |
| 09/17/2019 | TJB | Review ▓▓▓. | 250.00 | 0.40 | 100.00 |
| 09/18/2019 | CEK | Review ▓▓▓. | 155.00 | 0.20 | 31.00 |
| 09/18/2019 | CEK | Draft ▓▓▓. | 155.00 | 0.90 | 139.50 |
| 09/18/2019 | GMG | Work on ▓▓▓; review and respond ▓▓▓. | 255.00 | 5.90 | 1,504.50 |
| 09/18/2019 | GMP | Work on ▓▓▓. | 560.00 | 3.60 | 2,016.00 |
| 09/18/2019 | JJM | Meet with ▓▓▓. | 150.00 | 0.60 | 90.00 |
| 09/18/2019 | JST | Exchange ▓▓▓; discuss ▓▓▓; discuss ▓▓▓; e-mail ▓▓▓. | 195.00 | 1.20 | 234.00 |
| 09/19/2019 | CEK | Talk to ▓▓▓. | 155.00 | 0.60 | 93.00 |
| 09/19/2019 | CEK | Review emails ▓▓▓. | 155.00 | 0.10 | 15.50 |
| 09/19/2019 | CEK | Draft ▓▓▓. | 155.00 | 3.00 | 465.00 |
| 09/19/2019 | GMG | Discussion with ▓▓▓. | 255.00 | 4.10 | 1,045.50 |
| 09/19/2019 | GMP | Weekly conference ▓▓▓; extended ▓▓▓. | 560.00 | 2.90 | 1,624.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 09/19/2019 | JJM | Revise ▉. | 150.00 | 7.10 | 1,065.00 |
| 09/19/2019 | JST | Phone call with ▉ | 195.00 | 0.80 | 156.00 |
| 09/20/2019 | CEK | Draft ▉. | 155.00 | 2.60 | 403.00 |
| 09/20/2019 | CEK | Draft ▉. | 155.00 | 1.70 | 263.50 |
| 09/20/2019 | ESK | Review ▉. | 150.00 | 0.60 | 90.00 |
| 09/20/2019 | GMG | Work on ▉ | 255.00 | 3.90 | 994.50 |
| 09/20/2019 | GMP | Review and revise ▉. | 560.00 | 1.90 | 1,064.00 |
| 09/20/2019 | JJM | Attention ▉. | 150.00 | 0.30 | 45.00 |
| 09/20/2019 | JST | E-mails ▉. | 195.00 | 0.20 | 39.00 |
| 09/21/2019 | GMP | Review ▉. | 560.00 | 0.10 | 56.00 |
| 09/22/2019 | GMP | Review ▉. | 560.00 | 0.10 | 56.00 |
| 09/23/2019 | CEK | Draft ▉. | 155.00 | 1.60 | 248.00 |
| 09/23/2019 | CEK | Discuss ▉. | 155.00 | 0.50 | 77.50 |
| 09/23/2019 | CEK | Revise ▉. | 155.00 | 0.40 | 62.00 |
| 09/23/2019 | GMG | Prepare ▉ | 255.00 | 3.90 | 994.50 |
| 09/23/2019 | GMP | Review ▉. | 560.00 | 2.60 | 1,456.00 |
| 09/23/2019 | JST | Update ▉ | 195.00 | 2.40 | 468.00 |
| 09/24/2019 | GMG | Work on ▉. | 255.00 | 3.40 | 867.00 |
| 09/24/2019 | GMP | Exchange ▉. | 560.00 | 0.90 | 504.00 |
| 09/24/2019 | JST | Draft ▉. | 195.00 | 0.20 | 39.00 |
| 09/25/2019 | ESK | Review ▉. | 150.00 | 4.30 | 645.00 |
| 09/25/2019 | GMG | Document ▉. | 255.00 | 5.50 | 1,402.50 |
| 09/25/2019 | GMP | Review ▉. | 560.00 | 0.30 | 168.00 |
| 09/26/2019 | CEK | Revise ▉. | 155.00 | 1.00 | 155.00 |
| 09/26/2019 | ESK | Review ▉. | 150.00 | 2.30 | 345.00 |
| 09/26/2019 | GMG | ▉ review ▉. | 255.00 | 3.30 | 841.50 |
| 09/26/2019 | GMP | Review ▉. | 560.00 | 1.10 | 616.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

|            |     |                                       |        |      |          |
|------------|-----|---------------------------------------|--------|------|----------|
|            |     | ▮▮▮▮ ; conference with ▮▮▮▮ .         |        |      |          |
| 09/26/2019 | JST | E-mail ▮▮▮▮ .                         | 195.00 | 1.10 | 214.50   |
| 09/27/2019 | CEK | Draft ▮▮▮▮ .                          | 155.00 | 0.60 | 93.00    |
| 09/27/2019 | CEK | Revise ▮▮▮▮ .                         | 155.00 | 1.30 | 201.50   |
| 09/27/2019 | ESK | Review ▮▮▮▮ .                         | 150.00 | 2.00 | 300.00   |
| 09/27/2019 | GMG | Draft ▮▮▮▮ .                          | 255.00 | 5.20 | 1,326.00 |
| 09/27/2019 | GMP | Weekly conference with ▮▮▮▮ .         | 560.00 | 2.00 | 1,120.00 |
| 09/27/2019 | JST | E-mail from ▮▮▮▮ ; e-mail from ▮▮▮▮ ; exchange e-mails ▮▮▮▮ ; several e-mails ▮▮▮▮ . | 195.00 | 5.60 | 1,092.00 |
| 09/27/2019 | KDS | Conversation with ▮▮▮▮ .              | 170.00 | 0.10 | 17.00    |
| 09/27/2019 | TJB | Tender ▮▮▮▮ .                         | 250.00 | 1.90 | 475.00   |
| 09/28/2019 | GMP | Work on ▮▮▮▮ .                        | 560.00 | 0.60 | 336.00   |
| 09/28/2019 | JST | Review ▮▮▮▮ .                         | 195.00 | 0.10 | 19.50    |
| 09/29/2019 | CEK | Revise ▮▮▮▮ .                         | 155.00 | 0.80 | 124.00   |
| 09/30/2019 | CEK | Finish ▮▮▮▮ .                         | 155.00 | 1.20 | 186.00   |
| 09/30/2019 | CEK | Revise ▮▮▮▮ .                         | 155.00 | 0.30 | 46.50    |
| 09/30/2019 | ESK | Review ▮▮▮▮ .                         | 150.00 | 1.10 | 165.00   |
| 09/30/2019 | GMG | Work ▮▮▮▮ .                           | 255.00 | 4.90 | 1,249.50 |
| 09/30/2019 | GMP | Review and revise ▮▮▮▮ ; review ▮▮▮▮ .| 560.00 | 3.20 | 1,792.00 |
| 09/30/2019 | JST | Exchange ▮▮▮▮ .                       | 195.00 | 0.40 | 78.00    |

For Current Services Rendered:   356.10   99221.00

**Recapitulation**

| Timekeeper        | Title   | Hours | Rate     | Total       |
|-------------------|---------|-------|----------|-------------|
| Tonya J. Bond     | Partner | 3.00  | $250.00  | $750.00     |
| Gregory M. Gotwald| Partner | 97.00 | $255.00  | $24,735.00  |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics                                                                                                          Page 8
                                                                                                                        10/14/2019
Insurance
                                                                                        Account No:  001688.0001
                                                                                        Invoice No:  247728

| | | | | |
|---|---|---|---|---|
| Elizabeth S. King | Case Manager | 34.30 | $150.00 | $5,145.00 |
| Christopher E. Kozak | Associate | 64.90 | $155.00 | $10,059.50 |
| Ryan T. Leagre | Associate | 21.80 | $170.00 | $3,706.00 |
| Jessica J. McQuillen | Paralegal | 28.90 | $150.00 | $4,335.00 |
| George M. Plews | Partner | 81.60 | $560.00 | $45,696.00 |
| Kyle D. Steinbrueck | Associate | 0.10 | $170.00 | $17.00 |
| Joshua S. Tatum | Associate | 24.50 | $195.00 | $4,777.50 |

**Expenses and Advances**                                                                                               Amount

| | | |
|---|---|---|
| 08/07/2019 | Cluster Truck LLC - Working Lunch - G. Gotwald. | 18.25 |
| 08/26/2019 | Conference Group, LLC, The - Conference Call on 8/26 from 5:58p to 6:38p. | 9.20 |
| 08/31/2019 | Lexis-Nexis - Computer Research August 2019 | 610.91 |
| 09/09/2019 | Mileage - Hand Delivery to Federal Court - G. Gotwald. | 1.74 |
| 09/16/2019 | Mileage - Hand Delivery (2) to Bankruptcy Ct - G. Gotwald. | 2.90 |
| 09/17/2019 | Mileage - Hand Delivery to Bankruptcy ct. - G. Gotwald. | 1.74 |
| 09/17/2019 | Mileage - Ride to Federal Court - G. Plews. | 1.16 |
| 09/17/2019 | Mileage - Ride from Federal Court - G. Plews. | 1.74 |
| 09/25/2019 | Mileage - Ride from US Gymnastics - G. Gotwald & E. King. | 2.90 |
| | Copies - B&W | 437.80 |
| | Copies - Color | 464.00 |
| 05/03/2019 | Postage | 23.25 |

                                                              Sub-total Expenses and Advances:          $1,575.59

**Trust Account**                                                       Beginning Balance:              $138,000.00

                                                                         Ending Balance:                $138,000.00


                                                                      Current Invoice Total:            $100,796.59
                                                                    Unpaid Previous Invoices:           $666,218.56
                                                                    **TOTAL AMOUNT DUE:**              **$767,015.15**


**Detail of Unpaid Previous Invoices**

| Stmn Date | Stmn # | Billed | Due |
|---|---|---|---|
| 10/31/2018 | 243992 | $88,336.63 | $88,336.63 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Invoice | Amount | Balance |
|---|---|---|---|
| 01/31/2019 | 243126 | $47,365.04 | $9,226.40 |
| 02/12/2019 | 243079 | $80,167.60 | $15,967.00 |
| 03/18/2019 | 243706 | $74,492.64 | $74,492.64 |
| 03/18/2019 | 243710 | $61,876.22 | $12,145.40 |
| 04/09/2019 | 244454 | $118,115.32 | $23,214.50 |
| 05/16/2019 | 244883 | $134,812.88 | $26,636.60 |
| 06/12/2019 | 245295 | $95,949.73 | $18,835.60 |
| 07/17/2019 | 245980 | $129,354.25 | $25,099.90 |
| 08/15/2019 | 246566 | $216,735.81 | $216,735.81 |
| 09/13/2019 | 247152 | $155,528.08 | $155,528.08 |
| | | **Total** | $666,218.56 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**