**SO ORDERED: October 15, 2019.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**THIRD ORDER EXTENDING THE PERIOD WITHIN WHICH
THE DEBTOR MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452
AND RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

This matter came before the Court on the *Debtor's Third Motion For Order Extending Period Within Which It May Remove State Court Actions Pursuant To 28 U.S.C. § 1452 And Rule 9027 Of The Federal Rules Of Bankruptcy Procedure* (the "**Motion**") filed by USA Gymnastics

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

(the "**Debtor**"), for an order pursuant to section 1452 of title 28 of the United States Code and Rules 9006(b) and 9027 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors, and all parties in interest; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Motion should be GRANTED:

1. The Motion is granted as set forth herein.

2. The time period provided under Bankruptcy Rule 9027 within which the Debtor may file notices of removal of any and all civil actions, including but not limited to those actions listed on Exhibit B to the Motion, is extended to and including January 31, 2020, to the extent that the time period for filing such notices of removal expires on or before such date.

3. This Order shall be effective as of September 30, 2019.

4. This Order shall be without prejudice to (a) any position the Debtor may take regarding whether section 362 of the Bankruptcy Code applies to stay any given civil action pending against the Debtor and (b) the Debtor's right to seek from this Court further extensions of the period within which the Debtor may file notices of removal under Bankruptcy Rule 9027.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###