**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED
FOR TELEPHONIC HEARING ON OCTOBER 17, 2019 AT 1:30 P.M.**

| | |
|---|---|
| **Time and Date of Hearing:** | Thursday, October 17, 2019, at 1:30 p.m. (prevailing Eastern time) |
| **Location of Hearing:** | **The Hearing will proceed telephonically.** The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the hearing. |
| **Copies of Documents:** | Copies of all documents filed in this chapter 11 case may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court. |
| **Estimated Length of Hearing:** | 30 minutes. |

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

A.  **DEBTOR'S MATTERS**

   1.  **Headquarters Lease Assumption Motion:** *Debtor's Motion For Order Authorizing The Debtor To Assume Headquarters Lease* [Dkt. 788].

        a.  **Status:** This matter is going forward.

        b.  **Estimated Time Required:** 5 minutes.

B.  **INSURANCE COVERAGE ADVERSARY PROCEEDING [Adv. No. 19-50012]**

   1.  **Summary Judgment Proposed Orders Motion:** *Motion To Shorten Time For Filing Proposed Orders On Certain Summary Judgment Motions* [Adv. Dkt. 242].

        a.  **Status:** This matter is going forward.

        b.  **Objections:**

             i.  **ACE American Objection:** *ACE American Insurance Company's Objection To USA Gymnastics' Motion To Shorten Time On Certain Summary Judgment Motions* [Adv. Dkt. 246].

             ii. **TIG Objection:** *TIG Insurance Company's Objection To USA Gymnastics' Motion To Shorten Time On Certain Summary Judgment Motions* [Adv. Dkt. 247].

        c.  **Reply:**

             i.  **USAG Reply:** *Reply In Support Of Motion To Shorten Time For Filing Proposed Orders On Certain Summary Judgment Motions* [Adv. Dkt. 250].

        d.  **Related Documents:**

             i.  **Motion To Shorten Notice:** *Motion To Shorten Time On Briefing On USAG's Motion To Shorten Time To File Proposed Orders On Certain Summary Judgment Motions* [Adv. Dkt. 243].

             ii. **Order Shortening Notice:** *Order Shortening Time For Briefing On USAG's Motion To Shorten Time To File Proposed Orders On Certain Summary Judgment Motions* [Adv. Dkt. 244].

             iii. **Ace American Motion To Strike:** *ACE American Insurance Company's Motion To Strike Language In Order Of October 8, 2019 Shortening Time For Briefing* [Adv. Dkt. 251].

        e.  **Estimated Time Required:** 25 minutes.

Dated: October 16, 2019

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*