**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**AMENDED NOTICE OF MOTION AND TELEPHONIC HEARING**

PLEASE TAKE NOTICE that on September 24, 2019 USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Debtor's Motion For Order Authorizing The Debtor To Assume Headquarters Lease* [Dkt. 788].

PLEASE TAKE FURTHER NOTICE that the Motion has been set for a telephonic hearing (the "**Telephonic Hearing**") on **October 17, 2019 at 1:30 p.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in the Telephonic Hearing is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

2

PLEASE TAKE FURTHER NOTICE that copies of the Motion may be accessed through the case website at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: October 16, 2019

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352

csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*

2