**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

**PACHULSKI STANG ZIEHL & JONES LLP'S NOTICE
OF INVOICE FOR AUGUST 1, 2019 THROUGH SEPTEMBER 30, 2019**

**PLEASE TAKE NOTICE** that on October 21, 2019, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as co-counsel to the Additional Tort Claimants Committee of Sexual Abuse Survivors (the "Sexual Abuse Survivors' Committee"), submitted a monthly invoice for fees and expenses incurred between August 1, 2019 and August 31, 2019 (the "August 2019 Invoice") and a monthly invoice for fees and expenses incurred between September 1, 2019 and September 30, 2019 (the "September 2019 Invoice," and together with the August 2019 Invoice, the "Invoices"), in accordance with the *Order Granting Debtor's Motion for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Interim Compensation Order") [Doc 187].

**PLEASE TAKE FURTHER NOTICE** that the August 2019 Invoice, attached hereto as **Exhibit A**, seeks compensation for $153,627.00 in fees and reimbursement of $11,102.89 in expenses.

**PLEASE TAKE FURTHER NOTICE** that the September 2019 Invoice, attached hereto as **Exhibit B**, seeks compensation for $38,860.50 in fees and reimbursement of $1,003.80 in expenses.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

**PLEASE TAKE FURTHER NOTICE** that any party that has an objection to the compensation and reimbursement set forth in this notice, must serve upon the undersigned counsel a written notice of objection by **November 4, 2019** at **4:00 p.m. (prevailing Eastern time)**, in accordance with the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that, if no written notice of objection is timely received, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoices, subject to final approval by the Court at a future hearing.

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

Dated: October 21, 2019

*/s/ James I. Stang*
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq. (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jstang@pszjlaw.com
    isharf@pszjlaw.com

-and-

RUBIN & LEVIN, P.C.

*/s/ Meredith R. Theisen*
Meredith R. Theisen, Esq.
Deborah J. Caruso, Esq.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 634-0300
Facsimile: (317) 263-9411
Email: dcaruso@rubin-levin.net
    mtheisen@rubin-levin.net

*Counsel for the Sexual Abuse Survivors' Committee*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 21, 2019 a copy of the foregoing *Pachulski Stang Ziehl & Jones LLP's Notice of Invoice for August 1, 2019 through September 30, 2019* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Nancy D Adams  ndadams@mintz.com
Annemarie C Alonso  annie@sllawfirm.com
Martin Beeler  mbeeler@cov.com
Megan A Bonanni  mbonanni@pittlawpc.com
Tonya J. Bond  tbond@psrb.com, jscobee@psrb.com
Wendy D Brewer  wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kenneth H. Brown  kbrown@pszjlaw.com
Charles D. Bullock  cbullock@sbplclaw.com, lhaas@sbplclaw.com
George Calhoun  george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
Douglas N. Candeub  dcandeub@morrisjames.com
John Cannizzaro  john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
Deborah Caruso  dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Dianne Coffino  dcoffino@cov.com
Jesse Max Creed  creed@psb.law, alegria@psb.law
Heather M. Crockett  Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
Alex Cunny  acunny@manlystewart.com
Edward DeVries  edward.devries@wilsonelser.com
Karen M Dixon  kdixon@skarzynski.com
Kimberly A. Dougherty  kim.dougherty@andruswagstaff.com, sandra.martin@andruswagstaff.com
Laura A DuVall  Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Jeffrey B. Fecht  jfecht@rbelaw.com, rmcclintic@rbelaw.com
Sarah Lynn Fowler  sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Eric D Freed  efreed@cozen.com, mmerola@cozen.com
Frances Gecker  fgecker@fgllp.com, csmith@fgllp.com;csucic@fgllp.com;mmatlock@fgllp.com
Cameron Getto  cgetto@zacfirm.com
Steven W Golden  sgolden@pszjlaw.com
Douglas Gooding  dgooding@choate.com
Gregory Michael Gotwald  ggotwald@psrb.com, scox@psrb.com
Manvir Singh Grewal  mgrewal@4grewal.com
Susan N Gummow  sgummow@fgppr.com, bcastillo@fgppr.com
Katherine Hance  khance@goodwin.com
Samuel D. Hodson  shodson@taftlaw.com, aolave@taftlaw.com
Jeffrey A Hokanson  jeff.hokanson@icemiller.com, bgnotices@icemiller.com
John R. Humphrey  jhumphrey@taftlaw.com, aolave@taftlaw.com
Cassandra Jones  cjones@walkerwilcox.com, vhosek@wwmlawyers.com;docket@walkerwilcox.com

Bruce L. Kamplain    bkamplain@ncs-law.com, dhert@ncs-law.com;klong@ncs-law.com
Kevin P Kamraczewski    kevin@kevinklaw.com
Ronald David Kent    ronald.kent@dentons.com
Adam L. Kochenderfer    akochenderfer@wolfsonbolton.com
Christopher E. Kozak    ckozak@psrb.com
Micah R Krohn    mkrohn@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
Carl N. Kunz    ckunz@morrisjames.com, jdawson@morrisjames.com
Cynthia Lasher    clasher@ncs-law.com, dcouch@ncs-law.com;dhert@ncs-law.com
Adam Le Berthon    adam.leberthon@wilsonelser.com
Jonathan C Little    jon@sllawfirm.com
Michael M. Marick    mmarick@skarzynski.com
Jonathan Marshall    jmarshall@choate.com
Phillip Alan Martin    pmartin@fmdlegal.com, cbellner@fmhd.com
John McDonald    jmcdonald@briggs.com
Mathilda S. McGee-Tubb    msmcgee-tubb@mintz.com
Harley K Means    hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
Geoffrey M. Miller    geoffrey.miller@dentons.com, ndil_ecf@dentons.com
Robert Millner    robert.millner@dentons.com, ndil_ecf@dentons.com
James P Moloy    jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Whitney L Mosby    wmosby@bgdlegal.com, fwolfe@bgdlegal.com
Joel H. Norton    jnorton@rsslawoffices.com
Michael P. O'Neil    moneil@taftlaw.com, aolave@taftlaw.com
Weston Erick Overturf    wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Dean Panos    dpanos@jenner.com
Stephen Jay Peters    speters@kgrlaw.com, acooper@kgrlaw.com
Ginny L. Peterson    gpeterson@k-glaw.com, acoy@k-glaw.com
Robert J Pfister    rpfister@ktbslaw.com
John Thomas Piggins    pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
Michael L Pitt    mpitt@pittlawpc.com
George Plews    gplews@psrb.com
Amanda Koziura Quick    amanda.quick@atg.in.gov, Marie.Baker@atg.in.gov
Michael L. Ralph    mralph@rsslawoffices.com
Abigail E. Rocap    arocap@batescarey.com
Melissa M. Root    mroot@jenner.com, wwilliams@jenner.com
James Pio Ruggeri    jruggeri@goodwin.com
Syed Ali Saeed    ali@sllawfirm.com, betty@sllawfirm.com
Ilan D Scharf    ischarf@pszjlaw.com
Thomas C Scherer    tscherer@bgdlegal.com, fwolfe@bgdlegal.com
David J. Schwab    djschwab@rsslawoffices.com
Igor Shleypak    ishleypak@fgppr.com, jfecteau@fgppr.com
Heather Elizabeth Simpson    heather.simpson@kennedyscmk.com
Casey Ray Stafford    cstafford@k-glaw.com, lsmith@k-glaw.com

4

James I. Stang     jstang@pszjlaw.com
Catherine L. Steege     csteege@jenner.com,
mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
Laura B. Stephens     lbstephens@mintz.com
Keith Teel     kteel@cov.com
Meredith R. Theisen     mtheisen@rubin-levin.net,
atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
Jonathan Toren     jtoren@cozen.com, bbuckner@cozen.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Susan Walker     susan.walker@dentons.com
Joshua D Weinberg     jweinberg@goodwin.com
Gabriella B. Zahn-Bielski     gzahnbielski@cov.com

   I further certify that on October 21, 2019, a copy of the foregoing *Pachulski Stang Ziehl & Jones LLP's Notice of Invoice for August 1, 2019 through September 30, 2019* was served via electronic mail to the following:

**United States Olympic Committee:**  Chris McCleary at Chris.McCleary@usoc.org
**The Alexander, a Dolce Hotel and Wyndham Hotel Group, LLC:**  Daniel M. Eliades at daniel.eliades@klgates.com and David S. Catuogno at david.catuogno@klgates.com

            */s/ Meredith R. Theisen*
            Meredith R. Theisen

f:\wp80\genlit\usa gymnastics-86756901\drafts\notices of invoice\pszj\notice pszj - 082019-092019.docx