# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE:**      **USA GYMNASTICS,**[1] <br><br> **Debtor.** | **Chapter 11** <br><br> **Case No. 18-09108-RLM-11** |

## NOTICE OF DRAW RE: MONTHLY FEE STATEMENTS
## OF MILLER JOHNSON AS SPECIAL COUNSEL TO THE DEBTOR IN POSSESSION,
## FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES,
## FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019
## PURSUANT TO ORDER GRANTING DEBTOR'S MOTION
## FOR ENTRY OF ORDER ESTABLISHING PROCEDURES FOR INTERIM
## COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS [DN 187]

Notice is hereby given that Miller Johnson, Special Counsel to the Debtor In Possession, has filed its Consolidated Monthly Statements of Fees and Expenses for the Period From September 1, 2019 through September 30, 2019, with the Bankruptcy Court.

Notice is further given that said statements, which include total fees of $59,229.50 and total expenses of $993.22, are attached to hereto as **Exhibits A(1) – A(2)**.

If you have an objection to all or any portion of any of the above-referenced statements, you have fourteen (14) days from the date this notice is filed with the Court to serve a written Notice of Objection on Miller Johnson, Attn:  John T. Piggins, P.O. Box 306, Grand Rapids, Michigan 49501-0306 and by email at pigginsj@millerjohnson.com.  The Notice of Objection must set forth the precise nature of the objection and the amount at issue.

If no Notice of Objection is timely served on Miller Johnson, the Debtor shall promptly pay 80% of the fees and 100% of the expenses set out above, subject to final approval by the Court at a future hearing.

If a timely Notice of Objection is served regarding some but not all of the above-referenced fees and expenses, the Debtor shall promptly pay 80% of the fees and 100% of the expenses that are not the subject of a timely Notice of Objection, subject to final approval by the Court at a future hearing.

If you serve a Notice of Objection on Miller Johnson and you are unable to resolve your objection within fourteen (14) days after service, you may file your objection with the Court.

Upon filing an objection with the Court, a subsequent Notice will be sent to you with the date, time and location of the hearing on the objection.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871.  The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

**A COPY OF ANY OBJECTION**
**FILED WITH THE COURT MUST ALSO BE SENT TO:**

Office of the United States Trustee
101 W Ohio St
Indianapolis, IN 46204

USA Gymnastics
130 E. Washington Street
Suite 700
Indianapolis, IN 46204

Miller Johnson
Attn:  John T. Piggins
P.O. Box 306
Grand Rapids, MI 49501-0306

Dean Panos, Esq.
Melissa M. Root, Esq.
Catherine L. Steege, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

And by email to:
pigginsj@millerjohnson.com

And by email to dpanos@jenner.com;
mroot@jenner.com; and
csteege@jenner.com

**Sexual Abuse Survivors Committee**
c/o Meredith R. Theisen
Rubin & Levin, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204

**Sexual Abuse Survivors Committee**
c/o James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Ste 1300
Los Angeles, CA 90067

And by email to: mtheisen@rubin-levin.net

And by email to: jstang@pszjlaw.com

Date: October 22, 2019

John T. Piggins (Michigan Bar #P34495)
pigginsj@millerjohnson.com
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1793

2

# EXHIBIT A(1)

# MILLER, JOHNSON, SNELL & CUMMISKEY, PLC

Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

Page      1
Inv#   1711518
Date 10/18/2019
42721.00002-DJG

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN   46204

Re:  Ropes & Gray and Other Investigations

For Legal Services Rendered through September 30, 2019

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 9/01/19 | CJS | Initial analysis of topics for meeting with Indiana AG's office | .10 | 35.00 |
| 9/01/19 | CJS | Correspondence with Cathy Steege and Mark Stuaan regarding topics for meeting with Indiana AG | .20 | 70.00 |
| 9/03/19 | CJS | Correspondence with Mark Stuaan and Cathy Steege regarding Indiana AG meeting | .20 | 70.00 |
| 9/06/19 | CJS | Prepare for meeting with Indiana Attorney General with Li Li Leung, Cathy Steege, Melissa Root, Mark Busby, and Shelba Waldron | 2.50 | 875.00 |
| 9/06/19 | CJS | Meeting with Indiana Attorney General's office | 3.50 | 1,225.00 |
| 9/06/19 | CJS | Return to Michigan after meeting with Indiana Attorney General | 4.00 | 1,400.00 |
| 9/13/19 | CJS | Correspondence from Mark Stuaan regarding privilege issue | .20 | 70.00 |
| 9/20/19 | JWC | Update production tracking spreadsheet with additional details | 1.80 | 270.00 |
| 9/20/19 | CJS | Revise proposed correspondence, per request from Gayle Littleton | .40 | 140.00 |
| 9/20/19 | CJS | Correspondence with Indiana AG regarding Board minutes | .20 | 70.00 |

Case 18-09108-RLM-11   Doc 822   Filed 10/22/19   EOD 10/22/19 13:33:52   Pg 5 of 38

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                              Page      2
                                              Inv#  1711518
                                              Date 10/18/2019
                                              42721.00002-DJG
```
--------------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/21/19 | CJS | Review draft correspondence from a Gayle Littleton | .10 | 35.00 |
| 9/27/19 | CJS | Telephone conference with Kathryn Carson, Dean Panos, and Cathy Steege regarding Section 8 matter | .40 | 140.00 |

```
                 TOTAL HOURS                   13.60

                      Total Services                4,400.00
```

### Attorney Summary

| | | Hours | Rate | Amount |
|---|---|-------|------|--------|
| Casteel, James W | Lit Support Proj Mg | 1.80 | 150.00 | 270.00 |
| Schneider, Christopher J. | Member | 11.80 | 350.00 | 4,130.00 |
| | | 13.60 | | 4,400.00 |

```
                 Total This Invoice                 4,400.00
```

Invoices Due Upon Receipt

Case 18-09108-RLM-11   Doc 822   Filed 10/22/19   EOD 10/22/19 13:33:52   Pg 6 of 38

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

--------------------------------------------------------------------------

### OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE NUMBER | DATE | INVOICE AMOUNT | PAYMENTS AGAINST INVOICE | INVOICE BALANCE |
|---|---|---|---|---|
| 1690140 | 2/14/19 | 46,412.85 | 37,183.65 | 9,229.20 |
| 1691019 | 3/18/19 | 26,448.80 | 21,491.90 | 4,956.90 |
| 1694036 | 4/17/19 | 21,810.30 | 17,454.60 | 4,355.70 |
| 1696898 | 5/21/19 | 18,459.25 | 14,769.05 | 3,690.20 |
| 1699810 | 6/13/19 | 12,034.50 | 9,627.60 | 2,406.90 |
| 1702745 | 7/15/19 | 11,082.50 | 8,866.00 | 2,216.50 |
| 1705620 | 8/20/19 | 12,567.50 | 10,054.00 | 2,513.50 |
| 1708523 | 9/20/19 | 8,426.00 | .00 | 8,426.00 |

Prior Unpaid Balance                    37,794.90

**Total Amount Due**                    **42,194.90**

**MILLER JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

                                                    Inv#  1711518
                                                    Date 10/18/2019
                                                    42721.00002-DJG

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

Re:  Ropes & Gray and Other Investigations

                        REMITTANCE ADVICE


For Legal Services Rendered through September 30, 2019


            Total Services                          4,400.00




        **Total This Invoice**                      **4,400.00**
                                                ==============



                Invoice Is Due Upon Receipt

        Our remit address is: PO Box 306, Grand Rapids, MI.  49501-0306

        Payments: If paying by check please return the remittance advice
        or write your invoice number(s) on your check. You may also pay by
        credit or debit card through our online payment portal
        www.millerjohnson.com/onlinepayments. If you have any questions
        regarding this invoice or you wish to set up ACH payments please
        call 616-831-1700 and ask for the collections department.

# EXHIBIT A(2)

**MILLER JOHNSON SNELL & CUMMISKEY, PLC**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

```
                                    Page     1
                                    Inv#  1711519
                                    Date 10/18/2019
                                    42721.00006-DJG
```

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

**Re:  CJS Chief Legal Officer**

For Legal Services Rendered through September 30, 2019

| Date | | Description | | |
|---|---|---|---|---|
| 9/01/19 | CJS | Correspondence with Jacqui Godfrey regarding selection committee matter | .10 | 35.00 |
| 9/02/19 | DAP | Exchange emails with Aon regarding new claim | .30 | 135.00 |
| 9/03/19 | NJM | Office conference with Christopher J. Schneider regarding hearing preparations | .30 | 90.00 |
| 9/03/19 | DAP | Review discovery request in third-party personal injury case from Illinois and office conference with Christopher J. Schneider regarding response | .30 | 135.00 |
| 9/03/19 | DAP | Prepare response to discovery request in third party-personal injury case from Illinois | .60 | 270.00 |
| 9/03/19 | CJS | Telephone conference with Trampoline & Tumbling Selection Committee and Ethics and Grievance Committee regarding conflict issue | .80 | 280.00 |
| 9/03/19 | CJS | Revise proposed communications statement to reflect legal advice | .10 | 35.00 |
| 9/03/19 | CJS | Correspondence with D. Andrew Portinga regarding response to third party discovery request | .10 | 35.00 |
| 9/03/19 | CJS | Correspondence with Erica Koven regarding response to third party | .10 | 35.00 |

**MILLER·JOHNSON·SNELL·&·CUMMISKEY·P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      2
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

-------------------------------------------------------------------------

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | discovery request |  |  |
| 9/03/19 | CJS | Correspondence with insurer regarding intellectual property matter | .10 | 35.00 |
| 9/03/19 | CJS | Attend senior leadership team meeting by telephone | 1.00 | 350.00 |
| 9/03/19 | CJS | Office conference with Neil J. Marchand regarding support for SafeSport hearing process | .30 | 105.00 |
| 9/03/19 | CJS | Office conference with D. Andrew Portinga regarding third-party discovery requests and other open matters | .30 | 105.00 |
| 9/03/19 | CJS | Revise venue contract for Trampoline & Tumbling event | 1.50 | 525.00 |
| 9/03/19 | CJS | Correspondence with coverage counsel regarding lost policy issue | .10 | 35.00 |
| 9/03/19 | CJS | Correspondence with Stefanie Korepin and Brittany R. Harden regarding copyright matter | .10 | 35.00 |
| 9/03/19 | CJS | Correspondence with Stefanie Korepin regarding conflict of interest policy | .30 | 105.00 |
| 9/03/19 | CJS | Correspondence from Mark Busby regarding SafeSport matters | .20 | 70.00 |
| 9/04/19 | ACC | Review report of the women's Pan American games athlete selection committee minutes and related selection procedures | 1.00 | 215.00 |
| 9/04/19 | ACC | Email to Stefanie Korepin outlining talking points regarding report of the women's Pan American games athlete | .40 | 86.00 |

**MILLER·JOHNSON·SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    3
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

---------------------------------------------------------------------

|  |  |  | selection committee minutes and related selection procedures |  |  |
|---|---|---|---|---|---|
| 9/04/19 | ACC | Per Christopher J. Schneider request, review personnel file | .70 | 150.50 |
| 9/04/19 | ACC | Emails to USAG regarding upcoming Men's selection committee meeting | .10 | 21.50 |
| 9/04/19 | MMO | Draft ████████████████████ | 1.40 | 385.00 |
| 9/04/19 | MDP | Email from Stefanie Korepin regarding contractor agreement | .10 | 19.50 |
| 9/04/19 | DAP | Communication with insurer regarding insurance claim | .30 | 135.00 |
| 9/04/19 | CJS | To Indianapolis for CLO work | 4.30 | 1,505.00 |
| 9/04/19 | CJS | Onsite CLO work at USA Gymnastics | 3.50 | 1,225.00 |
| 9/04/19 | MLT | Communications with Christopher J Schneider regarding personnel matter | .10 | 40.00 |
| 9/05/19 | AMC | Review and provide comments to draft contractor agreement | .70 | 203.00 |
| 9/05/19 | ACC | Review men's selection procedures prior to selection committee meeting | 1.00 | 215.00 |
| 9/05/19 | ACC | Conference with men's selection committee and Mary McDaniel to assist as independent observer of procedure for selection | .80 | 172.00 |
| 9/05/19 | MMO | Draft Termination Agreement and Release to terminate independent contractor agreement | 2.30 | 632.50 |
| 9/05/19 | MDP | Review and revise USA Gymnastics | 1.60 | 312.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                              Page      4
                                              Inv#   1711519
                                              Date 10/18/2019
                                              42721.00006-DJG
```
-------------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| | | Master Services Agreement with contractor | | |
| 9/05/19 | MDP | Telephone conference call with Christopher J. Schneider discussing Master Services Agreement with contractor | .10 | 19.50 |
| 9/05/19 | MDP | Conference with Anne Marie Carson discussing revisions to Master Services Agreement with contractor | .10 | 19.50 |
| 9/05/19 | MDP | Send Master Services Agreement with contractor to Stefanie Korepin at USA Gymnastics | .10 | 19.50 |
| 9/05/19 | MDP | Draft form Event Agreement for USA Gymnastics premiere events | 1.20 | 234.00 |
| 9/05/19 | CJS | Onsite CLO work at USA Gymnastics | 8.30 | 2,905.00 |
| 9/06/19 | MDP | Continue drafting form Event Agreement for premiere events and send to Christopher J. Schneider | 3.50 | 682.50 |
| 9/06/19 | CJS | CLO work on site at USAG | 1.80 | 630.00 |
| 9/07/19 | ACC | Attend second meeting of men's selection committee as independent observer | .90 | 193.50 |
| 9/08/19 | CJS | Revise communications document to reflect legal advice, for Leslie King | .40 | 140.00 |
| 9/09/19 | ACC | Review selection committee minutes from men's selection committee meeting | .20 | 43.00 |
| 9/09/19 | CJS | Correspondence with Leslie King regarding legal advice on communications statement | .10 | 35.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     5
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

---------------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/09/19 | CJS | Correspondence with Michael D. Penny regarding contract | .10 | 35.00 |
| 9/09/19 | CJS | Correspondence with Leslie King regarding legal advice on communications document | .10 | 35.00 |
| 9/09/19 | CJS | Revise three communications responses to reflect legal advice, for Leslie King | .20 | 70.00 |
| 9/09/19 | CJS | Correspondence with Li Li Leung and Stefanie Korepin regarding contractor agreement | .20 | 70.00 |
| 9/09/19 | CJS | Revise response to LIU's emergency motion for continuance | .30 | 105.00 |
| 9/09/19 | CJS | Begin review of form contract for premier events | .50 | 175.00 |
| 9/09/19 | CJS | Telephone conference with Scott Lineberry regarding bylaw issues | .20 | 70.00 |
| 9/09/19 | CJS | Revise mark-up to athlete's national team agreement | 1.20 | 420.00 |
| 9/09/19 | CJS | Telephone conference with Leslie King and Amy Cox regarding national team agreement | .30 | 105.00 |
| 9/09/19 | CJS | Telephone conference with Leslie King regarding response to media inquiry | .30 | 105.00 |
| 9/10/19 | MDP | Attention to email from Christopher J. Schneider sending background information concerning Cooperation Agreement with USA Gymnastics | .10 | 19.50 |
| 9/10/19 | MDP | Conference with Christopher J. Schneider discussing AAF contract | .50 | 97.50 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110


USA Gymnastics

```
                                          Page     6
                                          Inv#  1711519
                                          Date 10/18/2019
                                          42721.00006-DJG
```
--------------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/10/19 | CJS | Correspondence with Leslie King and Li Li Leung regarding legal advice on proposed communications statement | .20 | 70.00 |
| 9/10/19 | CJS | Analysis of commercial terms for vendor contract | .20 | 70.00 |
| 9/10/19 | CJS | Correspondence with Leslie King regarding legal advice on revised communications statement | .20 | 70.00 |
| 9/10/19 | CJS | Telephone conference with Jacqui Godfrey regarding selection issues, WADA matter, and contract | .70 | 245.00 |
| 9/10/19 | CJS | Analysis of supplier contract in connection with sponsorship designations | .20 | 70.00 |
| 9/10/19 | CJS | Correspondence with Li Li Leung and Mark Busby regarding Administrative Holds | .10 | 35.00 |
| 9/10/19 | CJS | Telephone conference with Phil Hilder regarding Texas investigation and other open matters | .60 | 210.00 |
| 9/10/19 | CJS | Correspondence with Li Li Leung regarding analysis of supplier contract in connection with sponsorship designation | .20 | 70.00 |
| 9/10/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .20 | 70.00 |
| 9/10/19 | CJS | Review letter regarding copyright issue | .10 | 35.00 |
| 9/10/19 | CJS | Final revisions to athlete national team agreement | .60 | 210.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     7
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

--------------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/10/19 | CJS | Office conference with Michael D. Penny regarding AAF contract | .20 | 70.00 |
| 9/10/19 | CJS | Correspondence with Jacqui Godfrey and David Rudd regarding selection committee matter | .10 | 35.00 |
| 9/10/19 | CJS | Revise Board meeting minutes for May, June, and July meetings | 1.20 | 420.00 |
| 9/10/19 | CJS | Revise proposed communications statements, to reflect legal advice, for Leslie King | .40 | 140.00 |
| 9/10/19 | CJS | Revise AAF contract | .50 | 175.00 |
| 9/10/19 | CJS | Communications with Leslie King regarding legal advice on communications statements | .50 | 175.00 |
| 9/11/19 | DAP | Review and respond to correspondence with insurers | .30 | 135.00 |
| 9/11/19 | DAP | Office conference with Christopher J. Schneider regarding media licensing | .20 | 90.00 |
| 9/11/19 | CJS | Correspondence with Li Li Leung regarding contract matters | .10 | 35.00 |
| 9/11/19 | CJS | Telephone conference with Li Li Leung regarding contract matters | .30 | 105.00 |
| 9/11/19 | CJS | Telephone conference with D. Andrew Portinga regarding copyright issue | .10 | 35.00 |
| 9/11/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 9/12/19 | MDP | Review and revise USA Gymnastics Consulting Agreement with POV Sports | 1.80 | 351.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                          Page      8
                                          Inv#  1711519
                                          Date 10/18/2019
                                          42721.00006-DJG
```
-------------------------------------------------------------------------

Marketing

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/12/19 | MDP | Conference meeting with Christopher J. Schneider discussing amendment to sponsor agreement | .30 | 58.50 |
| 9/12/19 | DAP | Communications with insurer regarding new claim | .30 | 135.00 |
| 9/12/19 | CJS | Final review of venue contract | .80 | 280.00 |
| 9/12/19 | CJS | Revise reply brief supporting motion for partial summary judgment against TIG | 1.50 | 525.00 |
| 9/12/19 | CJS | Correspondence from Mark Busby regarding update on SafeSport matter | .10 | 35.00 |
| 9/12/19 | CJS | Analysis of current sponsor contract and proposed amendment | 1.00 | 350.00 |
| 9/12/19 | CJS | Telephone conference with Thad Vandeventer | .20 | 70.00 |
| 9/12/19 | CJS | Office conference with D. Andrew Portinga regarding insurance issue in venue contract | .20 | 70.00 |
| 9/12/19 | CJS | Begin revisions to amendment to sponsor contract | .60 | 210.00 |
| 9/12/19 | CJS | Correspondence with Li Li Leung regarding amendment to sponsor contract | .10 | 35.00 |
| 9/12/19 | CJS | Correspondence with Rebecca L. Strauss regarding privilege review | .10 | 35.00 |
| 9/12/19 | CJS | Correspondence with Mark Busby regarding Center's decision in SafeSport matter | .10 | 35.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     9
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

--------------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/12/19 | CJS | Correspondence with Jeff Smith regarding terms in venue contract | .20 | 70.00 |
| 9/12/19 | CJS | Telephone conference with Bernadette Barron regarding credit card issue | .10 | 35.00 |
| 9/13/19 | MDP | Review and revise amendment to sponsor agreement | 3.00 | 585.00 |
| 9/13/19 | CJS | Revise proposed communications statement to reflect legal advice | .30 | 105.00 |
| 9/13/19 | CJS | Multiple correspondence with communications team regarding legal advice on inquiry from media | .30 | 105.00 |
| 9/13/19 | CJS | Revise contract with consulting agency for sponsorships | .80 | 280.00 |
| 9/13/19 | CJS | Telephone conference with communications team regarding legal advice on communications statement | .30 | 105.00 |
| 9/13/19 | CJS | Telephone conference with Leslie King regarding legal advice on communications statement regarding athlete matter | .30 | 105.00 |
| 9/13/19 | CJS | Numerous correspondence with Mark Busby regarding new policy from the Center on letters of admonishment | .40 | 140.00 |
| 9/13/19 | CJS | Correspondence with Nikki Warren regarding additional insured certificate | .20 | 70.00 |
| 9/13/19 | CJS | Review draft motion to increase PNC card limit | .10 | 35.00 |
| 9/13/19 | CJS | Revise first amendment to sponsorship | .50 | 175.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    10
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

---------------------------------------------------------------------------

| | | | | |
|---|---|---|---|---|
| | | contract | | |
| 9/14/19 | CJS | Revise contract with consulting firm per Li Li Leung comments | .40 | 140.00 |
| 9/15/19 | CJS | Correspondence with coverage counsel regarding proposal from insurer | .20 | 70.00 |
| 9/15/19 | CJS | Correspondence with Li Li Leung regarding contract matters | .10 | 35.00 |
| 9/15/19 | CJS | Revise communications statement to reflect legal advice | .10 | 35.00 |
| 9/16/19 | MDP | Draft and compile USA Gymnastics Board of Directors Meeting Minute Approval tracker for 2019 minutes and send to Christopher J. Schneider | .30 | 58.50 |
| 9/16/19 | CJS | Onsite CLO work at USA Gymnastics | 5.60 | 1,960.00 |
| 9/17/19 | MDP | Final Michigan 2019 Annual Report for USA Gymnastics and send to Christopher J. Schneider | .50 | 97.50 |
| 9/17/19 | CJS | CLO work on site at USA Gymnastics | 4.80 | 1,680.00 |
| 9/18/19 | JB | Conference with Christopher J. Schneider  and Kristen E. Woods to discuss process for compiling certain documents for upcoming SafeSport audit | .50 | 67.50 |
| 9/18/19 | JB | Begin compilation of documents for upcoming SafeSport audit | 2.50 | 337.50 |
| 9/18/19 | ACC | Prepare for telephone conference with Annie Heffernon related to women's selection committee | .20 | 43.00 |
| 9/18/19 | ACC | Telephone conference with Annie Heffernon regarding women's event | .40 | 86.00 |

**MILLER·JOHNSON·SNELL & CUMMISKEY·P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    11
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

---------------------------------------------------------------------

|  |  | selection |  |  |
|---|---|---|---|---|
| 9/18/19 | ACC | Draft notes from telephone conference with Annie Heffernon regarding women's event selection | .30 | 64.50 |
| 9/18/19 | ACC | Signed and send report of the women's Pan American games athlete selection committee meeting to Annie Heffernon | .10 | 21.50 |
| 9/18/19 | MDP | Attention to email from Christopher J. Schneider discussing background to event agreement | .10 | 19.50 |
| 9/18/19 | CJS | Analysis of ████████████████ ███████ | .20 | 70.00 |
| 9/18/19 | CJS | Office conference with Kristen E. Woods and Jessica Brickner regarding preparation for the Center's audit | .50 | 175.00 |
| 9/18/19 | CJS | Telephone conference with the Center regarding Administrative Holds | .30 | 105.00 |
| 9/18/19 | CJS | Telephone conference with Mark Busby regarding clarification of Administrative Holds from the Center | .20 | 70.00 |
| 9/18/19 | CJS | Analysis of Administrative Hold issue, in preparation for call with the Center | .50 | 175.00 |
| 9/18/19 | CJS | Correspondence with SafeSport team regarding information needed for the Center's audit | .10 | 35.00 |
| 9/18/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .20 | 70.00 |
| 9/18/19 | CJS | Revise premier event form agreement and appendix A for 2020 event | 2.20 | 770.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                        Page    12
                                        Inv#  1711519
                                        Date 10/18/2019
                                        42721.00006-DJG
--------------------------------------------------------------------------
```

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/18/19 | CJS | Correspondence from Melissa Root regarding lease renewal | .10 | 35.00 |
| 9/18/19 | KEW | Assist in the organization of information and documentation provided by USAG in response to an audit request by the U.S. Center for SafeSport | 2.80 | 546.00 |
| 9/19/19 | JB | Continue to compile documents for upcoming SafeSport audit | 1.30 | 175.50 |
| 9/19/19 | PME | Revise agreement for employees using USA Gymnastics computer equipment | .40 | 120.00 |
| 9/19/19 | BRH | Review/correspond with Christopher J. Schneider regarding Warner Music copyright claim to licensed music | .70 | 203.00 |
| 9/19/19 | MDP | Send Christopher J. Schneider updated USA Gymnastics Board of Directors meeting minute approval tracker | .30 | 58.50 |
| 9/19/19 | MDP | Revise 2019 USA Gymnastics Board of Directors Meeting Minutes | .80 | 156.00 |
| 9/19/19 | DAP | Office conference with Christopher J. Schneider regarding copyright issues | .30 | 135.00 |
| 9/19/19 | CJS | Analysis to proposed changes to athlete agreement | .20 | 70.00 |
| 9/19/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 9/19/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 9/19/19 | CJS | Follow-up with Board of Directors regarding minutes | .10 | 35.00 |

**MILLER·JOHNSON·SNELL & CUMMISKEY P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    13
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

---------------------------------------------------------------------------

| Date | | | | | |
|------|------|---------------------------------------------------------|-------|--------|
| 9/19/19 | CJS | Follow-up correspondence with Annie Heffernon and Krissy Klein regarding athlete agreement | .20 | 70.00 |
| 9/19/19 | CJS | Correspondence with Amy E. Murphy regarding Ted Stevens Act training | .20 | 70.00 |
| 9/19/19 | CJS | Analysis of O-1 visa issue | .20 | 70.00 |
| 9/19/19 | CJS | Telephone conference with Jeff Smith regarding revisions to event agreement | 1.30 | 455.00 |
| 9/19/19 | CJS | Office conference with Michael D. Penny regarding revisions to event agreement | .30 | 105.00 |
| 9/19/19 | CJS | Revise event agreement | .70 | 245.00 |
| 9/19/19 | CJS | Telephone conference with Li Li Leung regarding status of open legal matters | .30 | 105.00 |
| 9/19/19 | CJS | Work with Kristen E. Woods, Jessica Brickner, Erica Koven, and Shelba Waldron regarding information needed for the Center's audit | .60 | 210.00 |
| 9/19/19 | CJS | Office conference with D. Andrew Portinga regarding intellectual property matter | .10 | 35.00 |
| 9/19/19 | CJS | Correspondence with Shelba Waldron regarding information needed for the Center's audit | .10 | 35.00 |
| 9/19/19 | CJS | Revisions to device agreement | .30 | 105.00 |
| 9/19/19 | CJS | Telephone conference with Lois Bingham regarding Board of Directors | .20 | 70.00 |
| 9/19/19 | CJS | Analysis of Bylaws regarding filling | .30 | 105.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    14
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

------------------------------------------------------------------------

| | | board vacancy | | |
|---|---|---|---|---|
| 9/19/19 | KEW | Assist in the organization of information and documentation provided by USAG in response to an audit request by the U.S. Center for SafeSport | 2.00 | 390.00 |
| 9/20/19 | JB | Continue to compile documents for upcoming SafeSport audit into an electronic binder | 1.70 | 229.50 |
| 9/20/19 | ACC | Office conference with Amy E. Murphy regarding independent observer role | .40 | 86.00 |
| 9/20/19 | AEM | Office conference with Alejandra Contreras regarding independent observer role for selection committee meetings | .40 | 116.00 |
| 9/20/19 | MDP | Review and revise USA Gymnastics Event Agreement and send to Christopher J. Schneider | 2.00 | 390.00 |
| 9/20/19 | MDP | Compile approved regular and executive meeting minutes for 2019 and send to Leslie King | .60 | 117.00 |
| 9/20/19 | MDP | Conference meeting with Christopher J. Schneider discussing USA Gymnastics 2021 College Gymnastics Agreement | .30 | 58.50 |
| 9/20/19 | MDP | Review and revise USA Gymnastics 2021 College Gymnastics Agreement and send to Christopher J. Schneider | 2.30 | 448.50 |
| 9/20/19 | DAP | Communication with Everest Insurance regarding insurance claim | .30 | 135.00 |
| 9/20/19 | CJS | Analysis of Bylaws regarding process to fill vacancy on Board of Directors | .50 | 175.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    15
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

--------------------------------------------------------------------------

| 9/20/19 | CJS | Correspondence with Lois Bingham regarding process to fill vacancy on Board of Directors | .20 | 70.00 |
| 9/20/19 | CJS | Telephone conference with Lois Bingham regarding process to fill vacancy on Board of Directors | .20 | 70.00 |
| 9/20/19 | CJS | Additional revisions to event agreement | 1.30 | 455.00 |
| 9/20/19 | CJS | Work regarding finalization of regular and executive session minutes through July 2019 | .40 | 140.00 |
| 9/20/19 | CJS | Follow-up correspondence with Jeff Smith regarding revisions to venue contract | .20 | 70.00 |
| 9/20/19 | CJS | Analysis of participant status of individuals subject to the Center's administrative holds | .60 | 210.00 |
| 9/20/19 | CJS | Multiple communications with Mark Busby regarding SafeSport matter | .40 | 140.00 |
| 9/20/19 | CJS | Analysis of SafeSport matter | .40 | 140.00 |
| 9/20/19 | CJS | Draft correspondence to Bernadette Barron regarding financial projections and legal fees, including analysis of prior projections | .50 | 175.00 |
| 9/20/19 | CJS | Communications with Stefanie Korepin, Amy E. Murphy, Alejandra Contreras, and Mary McDaniel regarding independent observer work | .60 | 210.00 |
| 9/20/19 | CJS | Draft introductions for various sections of the PDF of information for | 1.00 | 350.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

--------------------------------------------------------------------------

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | the Center's audit |  |  |
| 9/20/19 | CJS | Correspondence with D. Andrew Portinga regarding status update requested by Judge Quist | .10 | 35.00 |
| 9/20/19 | CJS | Revise event contract, per request from Stefanie Korepin | 1.40 | 490.00 |
| 9/21/19 | CJS | Correspondence from Lois Bingham regarding Board vacancy | .10 | 35.00 |
| 9/22/19 | AEM | Analyze selection procedures for 2019 World Championships and other related materials in preparation for selection committee meeting | .60 | 174.00 |
| 9/23/19 | JB | Finalize electronic binder containing documents to be provided for upcoming SafeSport audit | 3.70 | 499.50 |
| 9/23/19 | ACC | Office conference with Christopher J. Schneider regarding updating the board of directors handbook | .30 | 64.50 |
| 9/23/19 | JE | Review of proposed brokerage agreement for seller | .20 | 88.00 |
| 9/23/19 | JE | Preparation of mark-up of proposed brokerage listing agreement | .30 | 132.00 |
| 9/23/19 | AEM | Email correspondence with Annie Heffernon regarding World Championships selection committee meeting | .10 | 29.00 |
| 9/23/19 | AEM | Draft Ted Stevens Act presentation | 1.20 | 348.00 |
| 9/23/19 | AEM | Participate in selection committee meeting for 2019 World Championships | 1.30 | 377.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    17
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

---

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/23/19 | AEM | Analyze legislative recommendations to Ted Stevens Act for presentation to organization | .80 | 232.00 |
| 9/23/19 | MDP | Revise event agreement for 2020 event | .30 | 58.50 |
| 9/23/19 | CJS | Correspondence with Michael D. Penny regarding Board of Directors minutes | .10 | 35.00 |
| 9/23/19 | CJS | Analysis of participant status for persons subject to Center's administrative holds | 1.00 | 350.00 |
| 9/23/19 | CJS | Correspondence with the Center regarding administrative holds | .30 | 105.00 |
| 9/23/19 | CJS | Telephone conference with SafeSport team regarding information needed for Center's audit | .50 | 175.00 |
| 9/23/19 | CJS | Draft introduction for certain material needed for the Center's audit | .40 | 140.00 |
| 9/23/19 | CJS | Revise new draft of contractor agreement | .80 | 280.00 |
| 9/23/19 | CJS | Revise additional introduction for material for the Center's audit | .30 | 105.00 |
| 9/23/19 | CJS | Initial analysis of real estate broker agreement | .30 | 105.00 |
| 9/23/19 | CJS | Office conference with James Ens regarding real estate broker contract | .10 | 35.00 |
| 9/23/19 | CJS | Revise introduction for third section of materials for the Center's audit | .20 | 70.00 |
| 9/23/19 | CJS | Analysis of SafeSport matter, per Mark Busby request | .30 | 105.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    18
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

---------------------------------------------------------------------------

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/23/19 | CJS | Office conference with Alejandra Contreras regarding updates to Board handbook | .20 | 70.00 |
| 9/23/19 | CJS | Lengthy correspondence exchange with Mark Busby regarding several SafeSport matters | .40 | 140.00 |
| 9/23/19 | CJS | Revisions to agreement with sport commission for event | .50 | 175.00 |
| 9/23/19 | CJS | Attend SafeSport team meeting by telephone | .30 | 105.00 |
| 9/23/19 | CJS | Finalize pdf of information needed for the Center's audit | .40 | 140.00 |
| 9/23/19 | CJS | Telephone conference with Melissa Root regarding commercial lease | .10 | 35.00 |
| 9/23/19 | CJS | Correspondence with the Center regarding materials for audit | .30 | 105.00 |
| 9/23/19 | CJS | Correspondence with Kathryn Carson and Lois Bigham regarding Board of Directors | .20 | 70.00 |
| 9/24/19 | JE | Conference with Christopher J. Schneider regarding marked-up brokerage agreement | .20 | 88.00 |
| 9/24/19 | MDP | Conference call with Christopher J. Schneider and Jacqui Godfrey at USA Gymnastics discussing event agreement | .90 | 175.50 |
| 9/24/19 | MDP | Conference meeting with Christopher J. Schneider discussing next steps concerning the event agreement | .10 | 19.50 |
| 9/24/19 | DAP | Communication with insurer regarding insurance claim | .30 | 135.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    19
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

---

| | | | | |
|---|---|---|---|---|
| 9/24/19 | CJS | Analysis of revisions to real estate broker contract | .20 | 70.00 |
| 9/24/19 | CJS | Office conference with Jim Ens regarding real estate broker contract | .10 | 35.00 |
| 9/24/19 | CJS | Correspondence with Stefanie Korepin regarding real estate broker contract | .10 | 35.00 |
| 9/24/19 | CJS | Correspondence with membership and SafeSport departments regarding verification of information | .10 | 35.00 |
| 9/24/19 | CJS | Revisions to consulting agreement | .40 | 140.00 |
| 9/24/19 | CJS | Revise guidelines for medical providers, photography vendors, and interpreters | 1.90 | 665.00 |
| 9/24/19 | CJS | Prepare for senior leadership team meeting | .20 | 70.00 |
| 9/24/19 | CJS | Attend senior leadership team meeting by phone | 1.30 | 455.00 |
| 9/24/19 | CJS | Telephone conference with Stefanie Korepin regarding contract template for events | .60 | 210.00 |
| 9/24/19 | CJS | Follow-up conference with Michael D. Penny regarding template for event contracts and training | .40 | 140.00 |
| 9/24/19 | CJS | Correspondence with Mark Busby and Mary Tabin regarding personnel matter | .10 | 35.00 |
| 9/24/19 | CJS | Lengthy correspondence with Mark Busby regarding several SafeSport matters | .30 | 105.00 |
| 9/24/19 | CJS | Telephone conference with Mark Busby | .50 | 175.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                              Page    20
                                              Inv#  1711519
                                              Date 10/18/2019
                                              42721.00006-DJG
--------------------------------------------------------------------------
```

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | regarding SafeSport matters |  |  |
| 9/24/19 | CJS | Analysis of membership implication to SafeSport matter | .30 | 105.00 |
| 9/24/19 | CJS | Correspondence with Li Li Leung regarding membership implications of SafeSport matter | .20 | 70.00 |
| 9/24/19 | CJS | Correspondence with Kathryn Carson and Lois Bingham regarding board of directors | .20 | 70.00 |
| 9/24/19 | CJS | Telephone conference with Erica Koven and Shelba Waldron regarding policy on medical personnel, photographers, and interpreters | .30 | 105.00 |
| 9/24/19 | CJS | Revise policy on medical personnel, photographers, and interpreters | .20 | 70.00 |
| 9/24/19 | CJS | Communication with Alejandra Contreras regarding document management matters | .10 | 35.00 |
| 9/24/19 | CJS | Revise letter to member club regarding SafeSport matter | .50 | 175.00 |
| 9/24/19 | CJS | Draft correspondence to vendor regarding contract revisions | .40 | 140.00 |
| 9/24/19 | CJS | Telephone conference with Justin Spring regarding membership issue | .10 | 35.00 |
| 9/24/19 | CJS | Communications with D. Andrew Portinga regarding copyright matter | .10 | 35.00 |
| 9/24/19 | CJS | Begin analysis of response to event contract comments from the venue | .30 | 105.00 |
| 9/24/19 | MLT | Communications with Christopher J. Schneider regarding personnel matter | .20 | 80.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    21
Inv#  1711519
Date 10/18/2019
42721.00006-DJG
----------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/25/19 | AMC | Correspondence regarding USOPC and National Team Agreement | .30 | 87.00 |
| 9/25/19 | ACC | Review files in Relativity related to a certain individual ███ per Christopher J. Schneider request | 2.00 | 430.00 |
| 9/25/19 | MMO | Draft confidentiality and HIPAA language for offer letter and update confidentiality agreement and policy on confidential information to include health and medical information | 1.10 | 302.50 |
| 9/25/19 | MDP | Conference call with Christopher J. Schneider, Jacqui Godfrey, and representatives from venue to discuss event agreement | .90 | 175.50 |
| 9/25/19 | MDP | Conference meeting with Christopher J. Schneider discussing next steps for Salt Lake License Agreement | .30 | 58.50 |
| 9/25/19 | CJS | Correspondence with Stefanie Korepin and Matthew M. O'Rourke regarding revisions to offer letter | .10 | 35.00 |
| 9/25/19 | CJS | Review new draft of contract with consultant | .10 | 35.00 |
| 9/25/19 | CJS | Correspondence with Li Li Leung regarding negotiation of contract with consultant | .20 | 70.00 |
| 9/25/19 | CJS | Correspondence with Stefanie Korepin regarding revised offer letter and confidentiality agreement | .20 | 70.00 |
| 9/25/19 | CJS | Correspondence with Mark Busby regarding several SafeSport matters | .30 | 105.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    22
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

--------------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 9/25/19 | CJS | Correspondence from Scott Lineberry regarding selection committee matter | .10 | 35.00 |
| 9/25/19 | CJS | Correspondence from D. Andrew Portinga regarding analysis of amended complaints in connection with claims against USAG | .10 | 35.00 |
| 9/25/19 | CJS | Analysis of event contract for Trampoline & Tumbling | 1.70 | 595.00 |
| 9/25/19 | CJS | Telephone conference with Jacqui Godfrey regarding event contract | .80 | 280.00 |
| 9/25/19 | CJS | Correspondence with the Center regarding administrative holds | .20 | 70.00 |
| 9/25/19 | CJS | Analysis of background check matter, per Mark Busby request | .20 | 70.00 |
| 9/25/19 | CJS | Analysis of SafeSport check information regarding candidate | .50 | 175.00 |
| 9/26/19 | CJS | Correspondence with Cathy Allen regarding various policies | .30 | 105.00 |
| 9/26/19 | CJS | Correspondence with Alejandra Contreras regarding requested information | .20 | 70.00 |
| 9/26/19 | CJS | Telephone conference with Li Li Leung regarding vendor contract | .20 | 70.00 |
| 9/26/19 | CJS | Finalize consultant contract | .70 | 245.00 |
| 9/26/19 | CJS | Draft letter to WADA requesting clarification of decision | 1.20 | 420.00 |
| 9/26/19 | CJS | Attend SafeSport team meeting by telephone | .70 | 245.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                              Page    23
                                              Inv#  1711519
                                              Date 10/18/2019
                                              42721.00006-DJG
-------------------------------------------------------------------------
```

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/26/19 | CJS | Call with Li Li Leung, Stefanie Korepin, Mark Busby, and Brett McClure regarding membership matter | .80 | 280.00 |
| 9/26/19 | CJS | Draft letter regarding membership matter | .80 | 280.00 |
| 9/26/19 | CJS | Correspondence from counsel regarding third party discovery request in unrelated case | .20 | 70.00 |
| 9/27/19 | ACC | Per Christopher J. Schneider request, review files related to SafeSport check | 1.10 | 236.50 |
| 9/27/19 | AEM | Revise selection committee report for 2019 World Championships | .60 | 174.00 |
| 9/27/19 | AEM | Draft presentation on Ted Stevens Act | 1.40 | 406.00 |
| 9/27/19 | MDP | Review executed letter of intent between USA Gymnastics and venue | .70 | 136.50 |
| 9/27/19 | MDP | Conference call with Christopher J. Schneider Jacqui Godfrey and event representatives discussing License Agreement | .90 | 175.50 |
| 9/27/19 | MDP | Conference with Christopher J. Schneider discussing next steps for venue contract | .30 | 58.50 |
| 9/27/19 | MDP | Attention to email from Christopher J. Schneider regarding addendum for event contract | .20 | 39.00 |
| 9/27/19 | MDP | Conference meeting with Christopher J. Schneider discussing addendum to event contract | .30 | 58.50 |
| 9/27/19 | DAP | Office conference with Christopher J. | .20 | 90.00 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    24
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

--------------------------------------------------------------------------

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Schneider regarding third-party discovery request from case in Washington |  |  |
| 9/27/19 | DAP | Review correspondence from lawyer in Washington seeking records | .20 | 90.00 |
| 9/27/19 | CJS | Telephone conference with Mark Busby regarding hearing process | .20 | 70.00 |
| 9/27/19 | CJS | Revise proposed MOU with sports commission | .50 | 175.00 |
| 9/27/19 | CJS | Office conference with D. Andrew Portinga regarding third party discovery request in unrelated case | .30 | 105.00 |
| 9/27/19 | CJS | Analysis of SafeSport check information for candidate | .50 | 175.00 |
| 9/27/19 | CJS | Telephone conference with Melissa Root regarding discovery request in unrelated third party case | .10 | 35.00 |
| 9/27/19 | CJS | Telephone conference with Leslie King regarding legal advice on communications statement | .20 | 70.00 |
| 9/27/19 | CJS | Telephone conference with Jacqui Godfrey, Michael D. Penny, and venue regarding revisions to event contract | .90 | 315.00 |
| 9/27/19 | CJS | Follow-up conference with Michael D. Penny regarding revisions to venue contract for Trampoline & Tumbling event | .30 | 105.00 |
| 9/27/19 | CJS | Telephone conference with coverage counsel regarding Epiq's invoices | .20 | 70.00 |
| 9/27/19 | CJS | Finalize letter to ████████ | .20 | 70.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    25
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

--------------------------------------------------------------------------

|  |  | regarding membership matter |  |  |
|---|---|---|---|---|
| 9/27/19 | CJS | Draft correspondence to opposing counsel regarding third party discovery request in unrelated civil case | .60 | 210.00 |
| 9/27/19 | CJS | Office conference with Michael D. Penny regarding amendment to consortium contract | .50 | 175.00 |
| 9/27/19 | CJS | Correspondence with Jeff Smith regarding revisions to event contract | .20 | 70.00 |
| 9/27/19 | CJS | Revise proposed response to Senator's request for information | .50 | 175.00 |
| 9/27/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 9/28/19 | CJS | Telephone conference with Kevin White regarding membership matter | .30 | 105.00 |
| 9/30/19 | ACC | Per Christopher J. Schneider, review documents in Relativity for SafeSport check | 5.00 | 1,075.00 |
| 9/30/19 | ACC | Email to Christopher J. Schneider regarding documents in Relativity related to SafeSport check | .20 | 43.00 |
| 9/30/19 | MDP | Review Kansas City USA Gymnastics Board of Directors meeting notes and draft regular meeting minutes | 1.40 | 273.00 |
| 9/30/19 | CJS | Review Stefanie Korepin's notes from USOPC assembly | .10 | 35.00 |
| 9/30/19 | CJS | Correspondence with Lois Bingham regarding due diligence on candidate | .10 | 35.00 |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    26
Inv#   1711519
Date 10/18/2019
42721.00006-DJG

-----------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 9/30/19 | CJS | To Colorado Springs for meeting with USOPC | 7.20 | 2,520.00 |
| 9/30/19 | CJS | Lengthy email correspondence with Mark Busby regarding SafeSport matters | .30 | 105.00 |
| 9/30/19 | CJS | Analysis of materials regarding SafeSport check for candidate | .50 | 175.00 |

**TOTAL HOURS**                                    183.30

**Total Services**                      54,829.50

## Attorney Summary

| | | Hours | Rate | Amount |
|---|---|-------|------|--------|
| Ens, James | Member | .70 | 440.00 | 308.00 |
| Portinga, D. Andrew | Member | 3.60 | 450.00 | 1,620.00 |
| Schneider, Christopher J. | Member | 109.60 | 350.00 | 38,360.00 |
| Tabin, Mary L. | Member | .30 | 400.00 | 120.00 |
| Marchand, Neil J | Member | .30 | 300.00 | 90.00 |
| Carson, Anne Marie | Associate | 1.00 | 290.00 | 290.00 |
| Edsenga, Patrick M. | Member | .40 | 300.00 | 120.00 |
| Harden, Brittany R. | Associate | .70 | 290.00 | 203.00 |
| Murphy, Amy E. | Associate | 6.40 | 290.00 | 1,856.00 |
| O'Rourke, Matthew M. | Associate | 4.80 | 275.00 | 1,320.00 |
| Penny, Michael D | Associate | 25.90 | 195.00 | 5,050.50 |
| Brickner, Jessica M. | Paralegal | 9.70 | 135.00 | 1,309.50 |
| Woods, Kristen E. | Paralegal | 4.80 | 195.00 | 936.00 |
| Contreras-Caballero, Alej | Associate | 15.10 | 215.00 | 3,246.50 |
| | | 183.30 | | 54,829.50 |

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                    Page    27
                                    Inv#  1711519
                                    Date 10/18/2019
                                    42721.00006-DJG
```
--------------------------------------------------------------------------

**Expenses**

```
    CHRISTOPHER J. SCHNE Check # - 9990       307.40
    Mileage
    CHRISTOPHER J. SCHNE Check # - 9990        44.52
    Meals
    CHRISTOPHER J. SCHNE Check # - 9990       364.62
    Travel Expense-Hotel
    CHRISTOPHER J. SCHNE Check # - 9990         9.81
    Meals
    Reproductions 15 pages                      2.25
    Reproductions 3 pages                        .45
    Reproductions 3 pages                        .45
    CHRISTOPHER J. SCHNE Check # - 9990         9.81
    Meals
    CHRISTOPHER J. SCHNE Check # - 9990        73.03
    Meals
    STATE OF MICHIGAN Check # - 2019100        20.00
    Filing Fee
    Reproductions 19 pages                      2.85
    Reproductions 22 pages                      3.30
    Reproductions 1 pages                        .50
    Reproductions 17 pages                      2.55
    Reproductions 1 pages                        .50
    Reproductions 22 pages                      3.30
    Reproductions 1 pages                        .50
    Computer Assisted Research                 32.00
    Reproductions 280 pages                    42.00
    Reproductions 47 pages                      7.05
    Reproductions 37 pages                      5.55
    Reproductions 18 pages                      2.70
    CHRISTOPHER J. SCHNE Check # - 9990        30.09
    Taxi
    CHRISTOPHER J. SCHNE Check # - 9990        17.42
    Meals
    CHRISTOPHER J. SCHNE Check # - 9990        10.57
    Meals
```

|  | |
|---|---:|
| **Total Expenses** | **993.22** |
| **Total This Invoice** | **55,822.72** |

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    28
Inv#  1711519
Date 10/18/2019
42721.00006-DJG

---------------------------------------------------------------------------

Invoices Due Upon Receipt

**MILLER JOHNSON SNELL & CUMMISKEY P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                              Page    29
                                              Inv#  1711519
                                              Date 10/18/2019
                                              42721.00006-DJG
```

--------------------------------------------------------------------------

### OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE NUMBER | DATE | INVOICE AMOUNT | PAYMENTS AGAINST INVOICE | INVOICE BALANCE |
|---|---|---|---|---|
| 1690179 | 2/14/19 | 73,608.76 | 59,124.96 | 14,483.80 |
| 1691021 | 3/18/19 | 64,476.01 | 51,679.21 | 12,796.80 |
| 1694037 | 4/17/19 | 81,436.49 | 65,321.49 | 16,115.00 |
| 1696899 | 5/21/19 | 73,299.57 | 59,053.17 | 14,246.40 |
| 1699811 | 6/13/19 | 83,847.71 | 67,560.31 | 16,287.40 |
| 1702747 | 7/15/19 | 94,745.27 | 77,446.17 | 17,299.10 |
| 1705622 | 8/20/19 | 30,636.70 | 24,523.50 | 6,113.20 |
| 1708524 | 9/20/19 | 54,643.04 | .00 | 54,643.04 |

Prior Unpaid Balance                    151,984.74

**Total Amount Due                    207,807.46**

**MILLER JOHNSON SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

```
                                        Inv#  1711519
                                        Date 10/18/2019
                                        42721.00006-DJG
```

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

Re:  CJS Chief Legal Officer

## REMITTANCE ADVICE

For Legal Services Rendered through September 30, 2019

| | |
|---|---:|
| Total Services | 54,829.50 |
| Total Expenses | 993.22 |
| **Total This Invoice** | **55,822.72** |
| | ============== |

Invoice Is Due Upon Receipt

Our remit address is: PO Box 306, Grand Rapids, MI.  49501-0306

Payments: If paying by check please return the remittance advice
or write your invoice number(s) on your check. You may also pay by
credit or debit card through our online payment portal
www.millerjohnson.com/onlinepayments. If you have any questions
regarding this invoice or you wish to set up ACH payments please
call 616-831-1700 and ask for the collections department.