# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS, | Case No. 18-09108-RLM-11 |
| Debtor. | |
| USA GYMNASTICS, | |
| Plaintiff, | |
| v. | Adv. Case No. 19-50012 |
| ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., NATIONAL CASUALTY COMPANY, RSUI INDEMNITY COMPANY, TIG INSURANCE COMPANY, VIRGINIA SURETY COMPANY, INC. f/k/a COMBINED SPECIALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOE INSURERS, | |
| Defendants. | |

**DEFENDANT LIBERTY INSURANCE UNDERWRITERS INC.'S WITHDRAWAL OF JOINT MOTION OF PLAINTIFF USA GYMNASTICS AND DEFENDANT LIBERTY INSURANCE UNDERWRITERS INC. FOR LEAVE TO FILE OBJECTIONS TO THE BANKRUPTCY COURT'S PROPOSED FINDINGS AND CONCLUSIONS AND RESPONSE THERETO IN EXCESS OF PAGE LIMITS**

Defendant, Liberty Insurance Underwriters, Inc. respectively withdraws the Joint Motion

of Plaintiff USA Gymnastics and Defendant Liberty Insuarnce Underwriters, Inc. for Leave to

File Objections to the Bankruptcy Court's Proposed Findings and Conclusions and Response thereto in Excess of Page Limits (Dkt. No. 833) filed with this Court on November 12, 2019. The filing was made under the incorrect court docket number and therefore should be withdrawn.

Dated: November 13, 2019

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

*/s/ Ginny L. Peterson*
Ginny L. Peterson, ID No. 20305-41
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
gpeterson@k-glaw.com

*Counsel for Defendant Liberty Insurance Underwriters, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 13, 2019, a copy of the foregoing was served via ECF to the following counsel of record:

George M. Plews – gplews@psrb.com
Gregory M. Gotwold – ggotwald@psrb.com
Tonya J. Bond – tbond@psrb.com

Christopher Kozak – ckozak@psrb.com
PLEWS SHADLEY RACHER & BRAYN, LLP
1346 N. Delaware Street
Indianapolis, IN 46202

Melissa M. Root - mroot@jenner.com
Catherine L. Steege - csteege@jenner.com
JENNER &BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
*Counsel for USA Gymnastics*

George Calhoun, IV– George@ifrahlaw.com

Jeffrey B. Fecht - jfecht@rbelaw.com
Riley Bennett Egloff, LLP
141 E. Washington Street
Fourth Floor
Indianapolis, IN 46204

Cassandra L. Jones
Walker Wilcox Matousek, LLP
1 North Franklin Street, Suite 3200
Chicago, IL 60606
*Counsel for RSUI Indemnity Company*

Kevin P. Kamraczewski –

Ifrah Law
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006

Scott Patrick Fisher
sfisher@drewrysimmons.com
DREWRY SIMMONS VORNEHM, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
*Counsel for TIG Insurance Company*

Susan N. Gummow - sgummow@fgppr.com
Igore Shleypak - ishleypak@fgppr.com
Foran Glennon Palandech
Ponzi & Rudloff, P.C.
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
*Counsel for American International Group, Inc. and American Home Assurance Co.*

Phillip A. Martin, pmartin@fmdlegal.com
Wendy D. Brewer - wbrewer@fmdlegal.com
FULTZ MADDOX DICKENS PLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202

Abigail E. Rocap – arocap@batescarey.com
BatesCarey LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL 60606
*Counsel for Endurance American Insurance Company*

Bruce L. Kamplain –
bkamplain@ncs-law.com
Cynthia Lasher - clasher@ncs-law.com
NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204-4213
*Counsel for Defendant Western World*

Kevin@kevinklaw.com
LAW OFFICE OF KEVIN P. KAMRACZEWSKI
6101 E. North Sheridan Road, Unit 18c
Chicago, IL 60660

Ronald D. Kent – Ronald.kent@dentons.com
Susan E. Walker – susan.walker@dentons.com
DENTONS US, LLP
601 S. Figueuroa Street, Suite 2500
Los Angeles, CA 90017

Robert Millner – Robert.millner@dentons.com
DENTONS US, LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606

James P. Moloy – jmoloy@boselaw.com
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
*Counsel for Virginia Surety Company, Inc. f/k/a Combined Specialty Ins. Co.*

Michael M. Marick –
mmarick@skarzynski.com
Karen Dixon - kdixon@skarzynski.com
Skarzynski Marick & Black LLP
205 N. Michigan Ave, Suite 2600
Chicago, IL 60601

Joshua D. Weinberg –
jweinberg@goodwin.com
Katherine M. Hance – khance@goodwin.com
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20006
*Counsel for Defendant Great American Assurance Company*

Harley K. Means - hkm@kgrlaw.com
Stephen J. Peters - speters@kgrlaw.com
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125

Eric D. Freed – efreed@cozen.com

3

| | |
|---|---|
| *Insurance Company* | Cozen O'Connor<br>1650 Market Street, 28th Floor<br>Philadelphia, PA  19103<br>*Attorneys for Defendant, ACE American*<br> *Insurance Company f/k/a CIGNA Insurance*<br>*Company* |
| Hans H.J. Pijls - hans.pijls@dinsmore.com<br>Dinsmore & Shohl LLP<br>300 North Fifth Avenue, Ste. 120<br>Ann Arbor, MI 48104<br>*Counsel for Defendant National Casualty*<br> *Company* | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| | */s/ Ginny L. Peterson*<br>Ginny L. Peterson<br>KIGHTLINGER & GRAY, LLP<br>One Indiana Square, Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, Indiana 46204 |

180584\5760103-1