# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE:**    **USA GYMNASTICS,**[1] <br><br> **Debtor.** | **Chapter 11** <br><br> **Case No. 18-09108-RLM-11** |

### NOTICE OF DRAW RE: MONTHLY FEE STATEMENTS
### OF MILLER JOHNSON AS SPECIAL COUNSEL TO THE DEBTOR IN POSSESSION,
### FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES,
### FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019
### PURSUANT TO ORDER GRANTING DEBTOR'S MOTION
### FOR ENTRY OF ORDER ESTABLISHING PROCEDURES FOR INTERIM
### COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS [DN 187]

Notice is hereby given that Miller Johnson, Special Counsel to the Debtor In Possession, has filed its Consolidated Monthly Statements of Fees and Expenses for the Period From October 1, 2019 through October 31, 2019, with the Bankruptcy Court.

Notice is further given that said statements, which include total fees of $64,935.50 and total expenses of $3,422.32, are attached to hereto as **Exhibit A**.

If you have an objection to all or any portion of any of the above-referenced statements, you have fourteen (14) days from the date this notice is filed with the Court to serve a written Notice of Objection on Miller Johnson, Attn: John T. Piggins, P.O. Box 306, Grand Rapids, Michigan 49501-0306 and by email at pigginsj@millerjohnson.com. The Notice of Objection must set forth the precise nature of the objection and the amount at issue.

If no Notice of Objection is timely served on Miller Johnson, the Debtor shall promptly pay 80% of the fees and 100% of the expenses set out above, subject to final approval by the Court at a future hearing.

If a timely Notice of Objection is served regarding some but not all of the above-referenced fees and expenses, the Debtor shall promptly pay 80% of the fees and 100% of the expenses that are not the subject of a timely Notice of Objection, subject to final approval by the Court at a future hearing.

If you serve a Notice of Objection on Miller Johnson and you are unable to resolve your objection within fourteen (14) days after service, you may file your objection with the Court.

Upon filing an objection with the Court, a subsequent Notice will be sent to you with the date, time and location of the hearing on the objection.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

**A COPY OF ANY OBJECTION**
**FILED WITH THE COURT MUST ALSO BE SENT TO:**

Office of the United States Trustee
101 W Ohio St
Indianapolis, IN 46204

Miller Johnson
Attn:  John T. Piggins
P.O. Box 306
Grand Rapids, MI 49501-0306

And by email to:
pigginsj@millerjohnson.com

**Sexual Abuse Survivors Committee**
c/o Meredith R. Theisen
Rubin & Levin, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204

And by email to: mtheisen@rubin-levin.net

Date: November 19 , 2019

USA Gymnastics
130 E. Washington Street
Suite 700
Indianapolis, IN 46204

Dean Panos, Esq.
Melissa M. Root, Esq.
Catherine L. Steege, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

And by email to dpanos@jenner.com;
mroot@jenner.com; and
csteege@jenner.com

**Sexual Abuse Survivors Committee**
c/o James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Ste 1300
Los Angeles, CA 90067

And by email to: jstang@pszjlaw.com

_____
John T. Piggins (Michigan Bar #P34495)
pigginsj@millerjohnson.com
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1793

# EXHIBIT A

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

Page     1
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

Re:  CJS Chief Legal Officer

For Legal Services Rendered through October 31, 2019

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/19 | ACC | Review documents related to a certain individual | .50 | 107.50 |
| 10/01/19 | ACC | Review and edit email from/to Christopher J. Schneider regarding a certain individual | .20 | 43.00 |
| 10/01/19 | AEM | Draft presentation on Ted Stevens Act | .40 | 116.00 |
| 10/01/19 | MDP | Draft Regular and Executive Meeting Minutes for USA Gymnastics Board of Directors in person meeting in Kansas City, Kansas | 2.10 | 409.50 |
| 10/01/19 | MDP | Review and revise event agreement with USA Gymnastics | .70 | 136.50 |
| 10/01/19 | CJS | Meeting with USOPC in Colorado Springs | 4.00 | 1,400.00 |
| 10/01/19 | CJS | Return to Grand Rapids from Colorado Springs | 6.50 | 2,275.00 |
| 10/01/19 | CJS | Draft correspondence to Kathryn Carson, Li Li Leung, and Lois Bingham regarding SafeSport check for candidate | .40 | 140.00 |
| 10/01/19 | CJS | Analysis of Bylaws regarding role of Nominating and Governance Committee in candidate's appointment | .30 | 105.00 |
| 10/02/19 | MDP | Draft notice to vendor in connection with the PAGU Championships Schneider | .40 | 78.00 |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
**Attorneys and Counselors**

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    2
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

---

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/02/19 | MDP | Draft Addendum to PAGU Championships | 1.10 | 214.50 |
| 10/02/19 | CJS | Attention to media relations issue | .20 | 70.00 |
| 10/02/19 | CJS | Call with reporter and Leslie King | .30 | 105.00 |
| 10/02/19 | CJS | Telephone conference with Li Li Leung regarding legal advice on communications issue | .20 | 70.00 |
| 10/02/19 | CJS | Correspondence with Nominating & Governance Committee regarding vetting of candidate | .20 | 70.00 |
| 10/02/19 | CJS | Extensive revisions to proposed communications statement to reflect legal advice | .50 | 175.00 |
| 10/02/19 | CJS | Correspondence with athlete's lawyer regarding letter to WADA | .10 | 35.00 |
| 10/02/19 | CJS | Correspondence with Leslie King regarding legal advice on communications statement | .40 | 140.00 |
| 10/02/19 | CJS | Correspondence with Leslie King regarding legal advice on proposed communications statements | .20 | 70.00 |
| 10/03/19 | AMC | Review and consider USOPC comments regarding commercial | .30 | 87.00 |
| 10/03/19 | MDP | Review and revise event contract | 2.10 | 409.50 |
| 10/03/19 | MDP | Attend USA Gymnastics Board of Directors meeting | 1.80 | 351.00 |
| 10/03/19 | MDP | Review and revise notes to USA Gymnastics Board of Directors meeting | .10 | 19.50 |
| 10/03/19 | CJS | Revise proposed communications | .20 | 70.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      3
Inv#   1714412
Date 11/11/2019
42721.00006-DJG

--------------------------------------------------------------------------

| | | statement to reflect legal advice | | |
|---|---|---|---|---|
| 10/03/19 | CJS | Analysis of proposed commercial for trademark issues | .20 | 70.00 |
| 10/03/19 | CJS | Correspondence with Erica Koven regarding extension of contractor agreement | .20 | 70.00 |
| 10/03/19 | CJS | Attend SafeSport team meeting by phone | .50 | 175.00 |
| 10/03/19 | CJS | Attend telephonic Board of Directors meeting | 1.70 | 595.00 |
| 10/03/19 | CJS | Telephone conference with Li Li Leung regarding NGF | .20 | 70.00 |
| 10/03/19 | CJS | Correspondence with communications team regarding legal advice and communications matter | .20 | 70.00 |
| 10/04/19 | MDP | Review and revise Trampoline and Tumbling camp agreement | .30 | 58.50 |
| 10/04/19 | CJS | Telephone conference with Kevin White regarding SafeSport matters | .40 | 140.00 |
| 10/04/19 | CJS | Revise proposed communications statement to reflect legal advice | .20 | 70.00 |
| 10/04/19 | CJS | Analysis of athlete letter on SafeSport matter | .30 | 105.00 |
| 10/04/19 | CJS | Correspondence with Stefanie Korepin and Aon regarding insurance requirements in event contract | .30 | 105.00 |
| 10/04/19 | CJS | Correspondence with Brittany Harden regarding intellectual property matter | .10 | 35.00 |
| 10/05/19 | ACC | Review documents in Relativity to | 1.00 | 215.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**

Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                        Page      4
                                        Inv#   1714412
                                        Date 11/11/2019
                                        42721.00006-DJG
```
--------------------------------------------------------------------------

|            |     | answer client question                                                                        |       |        |
|------------|-----|-----------------------------------------------------------------------------------------------|-------|--------|
| 10/05/19   | CJS | Draft lengthy correspondence to the Board of Directors regarding SafeSport matter             | 1.00  | 350.00 |
| 10/05/19   | CJS | Call with Kittia Carpenter regarding SafeSport matter                                          | .20   | 70.00  |
| 10/05/19   | CJS | Correspondence with communications team regarding follow-up questions from media              | .20   | 70.00  |
| 10/06/19   | DAP | Exchange emails with co-counsel regarding copyright issue                                      | .20   | 90.00  |
| 10/06/19   | CJS | Telephone conference with Li Li Leung regarding NGF matters                                    | .20   | 70.00  |
| 10/06/19   | CJS | Analysis of NGF bylaws and articles of incorporation                                          | .60   | 210.00 |
| 10/06/19   | CJS | Correspondence with Stefanie Korepin regarding elections for Athlete's Council                | .10   | 35.00  |
| 10/07/19   | ACC | Review report of Trampoline & Tumbling coach selection committee from July meeting            | .20   | 43.00  |
| 10/07/19   | ACC | Emails to several USAG employees regarding selection committee reports                        | .20   | 43.00  |
| 10/07/19   | AEM | Draft presentation on Ted Stevens Act                                                          | 1.40  | 406.00 |
| 10/07/19   | MDP | Review email from Christopher J. Schneider to Jacqui Godfrey discussing draft event agreement | .10   | 19.50  |
| 10/07/19   | MDP | Draft USA Gymnastics form event agreement between USA Gymnastics and                          | .80   | 156.00 |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
**Attorneys and Counselors**

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     5
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

---

USA Gymnastics member clubs

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/07/19 | CJS | Correspondence with Leslie King regarding legal advice on communications statement | .10 | 35.00 |
| 10/07/19 | CJS | Telephone conference with plaintiff's attorney regarding background checks policy, SafeSport matter, and request for meeting | .80 | 280.00 |
| 10/07/19 | CJS | Correspondence with Li Li Leung regarding conversation with plaintiff's attorney | .10 | 35.00 |
| 10/07/19 | CJS | Correspondence with Mark Busby regarding several SafeSport matters | .30 | 105.00 |
| 10/07/19 | CJS | Correspondence with the Center regarding administrative holds | .10 | 35.00 |
| 10/07/19 | CJS | Revise regular and executive session minutes from August board meeting | 1.30 | 455.00 |
| 10/07/19 | CJS | Revise communications statement to reflect legal advice | .20 | 70.00 |
| 10/07/19 | CJS | Analysis of Trampoline & Tumbling selection committee report | .10 | 35.00 |
| 10/07/19 | CJS | Telephone conference with the Center regarding Administrative Holds | .40 | 140.00 |
| 10/07/19 | CJS | Review media article regarding USAG and NGF | .10 | 35.00 |
| 10/07/19 | CJS | Follow-up correspondence with legal team regarding article on USAG and NGF | .10 | 35.00 |
| 10/07/19 | CJS | Telephone conference with Li Li Leung, Stefanie Korepin, and Mark Busby | .80 | 280.00 |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
**Attorneys and Counselors**

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      6
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

---------------------------------------------------------------------------

|  |  | regarding USGCOA conference |  |  |
|---|---|---|---|---|
| 10/07/19 | CJS | Correspondence with plaintiff's attorney regarding SafeSport matters | .10 | 35.00 |
| 10/07/19 | CJS | Correspondence with legal team regarding NGF matters | .20 | 70.00 |
| 10/07/19 | CJS | Correspondence with the Board of Directors regarding minutes | .10 | 35.00 |
| 10/07/19 | CJS | Review camp contract for Trampoline & Tumbling | .70 | 245.00 |
| 10/07/19 | CJS | Correspondence with Aon regarding insurance requirements in event contract | .20 | 70.00 |
| 10/07/19 | CJS | Participate in weekly SafeSport meeting by telephone | .80 | 280.00 |
| 10/07/19 | MLT | Communications with employee regarding personnel matter | .20 | 80.00 |
| 10/08/19 | AEM | Draft and revise presentation on Ted Stevens Act | 1.00 | 290.00 |
| 10/08/19 | AEM | Telephone conference with Christopher J. Schneider regarding Ted Stevens Act training | .20 | 58.00 |
| 10/08/19 | MDP | Conference call with Christopher J. Schneider discussing form event agreements and powerpoint training for USA Gymnastics | .20 | 39.00 |
| 10/08/19 | CJS | Revise PAGU content license agreement | .30 | 105.00 |
| 10/08/19 | CJS | Telephone conference with Michael D. Penny regarding contracts and training | .20 | 70.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     7
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

-----------------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/08/19 | CJS | Telephone conference with Jacqui Godfrey regarding Trampoline & Tumbling matters | .30 | 105.00 |
| 10/08/19 | CJS | Finalize letter to WADA regarding athlete matter | .10 | 35.00 |
| 10/08/19 | CJS | Analysis of proposed bylaw changes | 1.80 | 630.00 |
| 10/08/19 | CJS | Telephone conference with Amy E. Murphy regarding Ted Stevens Act training | .20 | 70.00 |
| 10/08/19 | CJS | Telephone conference with candidate regarding independent observer role | .50 | 175.00 |
| 10/08/19 | CJS | Draft correspondence to Li Li Leung and Kathryn Carson regarding proposed bylaw changes | .50 | 175.00 |
| 10/08/19 | CJS | Correspondence with Stefanie Korepin regarding independent observer | .10 | 35.00 |
| 10/08/19 | CJS | Correspondence with Christy Naik regarding event contract | .10 | 35.00 |
| 10/09/19 | AMC | Review and consider correspondence from Christopher J. Schneider and Brittany R. Harden regarding media release consent | .40 | 116.00 |
| 10/09/19 | ACC | Review personal notes from 7/5/19 meeting of the Pan American Games selection committee and selection report sent by USAG | .50 | 107.50 |
| 10/09/19 | ACC | Edit Pan American Games selection report from 7/5/19 meeting sent by USAG | .20 | 43.00 |
| 10/09/19 | ACC | Review and edit selection report of | .50 | 107.50 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
**Attorneys and Counselors**

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page      8
Inv#   1714412
Date 11/11/2019
42721.00006-DJG

---

|  |  | the Rhythmic World Championships selection committee 7/6/19 meeting |  |  |
|---|---|---|---|---|
| 10/09/19 | ACC | Telephone conference with Caroline Hunt regarding selection committee report | .20 | 43.00 |
| 10/09/19 | BRH | Review USAG promotional video for intellectual property compliance | .50 | 145.00 |
| 10/09/19 | BRH | Draft proposed agreement to Warner Music Group | 1.00 | 290.00 |
| 10/09/19 | AEM | Draft Ted Stevens Act presentation | 2.40 | 696.00 |
| 10/09/19 | AEM | Analyze USOPC bylaws for incorporation into Ted Stevens Act training materials | .50 | 145.00 |
| 10/09/19 | CJS | Telephone conference with Kevin White regarding open legal matters | .30 | 105.00 |
| 10/09/19 | CJS | Communications with USOPC and Mark Busby regarding bylaw issue | .20 | 70.00 |
| 10/09/19 | CJS | Correspondence with Chris McCleary regarding USOPC bylaws | .20 | 70.00 |
| 10/09/19 | CJS | Numerous correspondence with Mark Busby regarding various SafeSport matters | .30 | 105.00 |
| 10/09/19 | CJS | Correspondence with Mary L. Tabin regarding personnel matter | .10 | 35.00 |
| 10/09/19 | CJS | Correspondence with potential independent observer candidate | .10 | 35.00 |
| 10/09/19 | CJS | Telephone conference with plaintiff's attorney regarding personnel matter | .60 | 210.00 |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page        9
Inv#   1714412
Date 11/11/2019
42721.00006-DJG

---------------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/09/19 | MLT | Additional communications with employee regarding personnel matter | .10 | 40.00 |
| 10/10/19 | JE | Preparation of First Amendment to Lease Agreement for premises in Marion County Indiana | .50 | 220.00 |
| 10/10/19 | BRH | Draft proposed agreement and cover letter relating to Warner Music Group | 1.50 | 435.00 |
| 10/10/19 | BRH | Review draft photo/video usage agreement in connection with correspondence with Christopher J. Schneider | .50 | 145.00 |
| 10/10/19 | AEM | Draft and revise Ted Stevens Act presentation | 2.40 | 696.00 |
| 10/10/19 | MDP | Conference call with Christopher J. Schneider discussing Event Agreement | .10 | 19.50 |
| 10/10/19 | CJS | Correspondence with Jeff Smith regarding event contract | .10 | 35.00 |
| 10/10/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 10/10/19 | CJS | Correspondence with Shelba Waldron regarding medical provider policy | .20 | 70.00 |
| 10/10/19 | CJS | Analysis of materials from plaintiff's attorney regarding SafeSport matters | .70 | 245.00 |
| 10/10/19 | CJS | Revise photo and video release form | .60 | 210.00 |
| 10/10/19 | CJS | Revise proposed settlement of intellectual property matter | .40 | 140.00 |
| 10/10/19 | CJS | Telephone conference with Chubb regarding intellectual property matter | .20 | 70.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    10
Inv#   1714412
Date  11/11/2019
42721.00006-DJG

---------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/10/19 | CJS | Telephone conference with Mark Busby regarding SafeSport matters | .40 | 140.00 |
| 10/10/19 | CJS | Revise event contract for Jeff Smith | .40 | 140.00 |
| 10/10/19 | CJS | Correspondence with plaintiff's attorney regarding intellectual property matter | .20 | 70.00 |
| 10/10/19 | CJS | Correspondence with Mark Busby regarding SafeSport matters | .20 | 70.00 |
| 10/11/19 | ACC | Telephone conference with Mary McDaniel regarding Pan American games selection report | .20 | 43.00 |
| 10/11/19 | ACC | Review and edit Pan American games selection committee report | .20 | 43.00 |
| 10/11/19 | ACC | Email to Mary McDaniel regarding Pan American games selection committee report | .20 | 43.00 |
| 10/11/19 | ACC | Email to Christopher J. Schneider regarding Athletes Council election procedures | .10 | 21.50 |
| 10/11/19 | PME | Conduct research regarding ▮▮▮▮▮ | .80 | 240.00 |
| 10/11/19 | PME | Discussion with William H. Fallon regarding ▮▮▮▮▮ | .20 | 60.00 |
| 10/11/19 | JE | Preparation of first amendment to lease for Indianapolis IN lease | .50 | 220.00 |
| 10/11/19 | JE | Preparation of email correspondence to CJ Schneider regarding first amendment to lease and regarding ▮▮▮▮▮ | .30 | 132.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page     11
Inv#   1714412
Date 11/11/2019
42721.00006-DJG

----------------------------------------------------------------------------

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/11/19 | WHF | Office conference with Patrick Edsenga regarding legal analysis of ██████ ████████ | .30 | 160.50 |
| 10/11/19 | AEM | Revise presentation on Ted Stevens Act | .50 | 145.00 |
| 10/11/19 | MDP | Conference meeting with Christopher J. Schneider discussing insurance and indemnity agreement | .10 | 19.50 |
| 10/11/19 | MDP | Draft insurance and indemnity agreement | 1.50 | 292.50 |
| 10/11/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 10/11/19 | CJS | Correspondence with Jacqui Godfrey regarding event contracts | .10 | 35.00 |
| 10/11/19 | CJS | Communications with Patrick M. Edsenga and Mark Busby regarding SafeSport issue | .20 | 70.00 |
| 10/11/19 | CJS | Draft lengthy correspondence to plaintiff's attorney regarding SafeSport matters | 1.10 | 385.00 |
| 10/11/19 | CJS | Analysis of sponsor contract | .30 | 105.00 |
| 10/11/19 | CJS | Telephone conference with Jacqui Godfrey regarding contract matters | .40 | 140.00 |
| 10/11/19 | CJS | Office conference with Michael D. Penny regarding contract for equipment supplier | .20 | 70.00 |
| 10/11/19 | CJS | Correspondence with Erica Koven regarding publication consent form | .30 | 105.00 |
| 10/11/19 | CJS | Analysis of proposed lease amendment | .30 | 105.00 |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    12
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

--------------------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/11/19 | CJS | Office conference with Jim Ens regarding lease amendment | .10 | 35.00 |
| 10/11/19 | CJS | Revise insurance and indemnity agreement for supplier | .30 | 105.00 |
| 10/11/19 | CJS | Correspondence with Jacqui Godfrey and Stefanie Korepin regarding insurance and indemnity agreement for supplier | .10 | 35.00 |
| 10/11/19 | CJS | Correspondence with Julie Springwater regarding SafeSport matter | .10 | 35.00 |
| 10/11/19 | CJS | Revise draft motion to shorten time | .20 | 70.00 |
| 10/11/19 | CJS | Revise independent contractor agreement | .60 | 210.00 |
| 10/12/19 | CJS | Correspondence with Li Li Leung Li Li Leung regarding office lease | .10 | 35.00 |
| 10/13/19 | MDP | Review USAG Board of Directors meeting minutes posts on USAG website | .30 | 58.50 |
| 10/13/19 | MDP | Draft USAG form event Agreement | 1.00 | 195.00 |
| 10/13/19 | MDP | Draft USAG understanding contracts PowerPoint | .50 | 97.50 |
| 10/14/19 | ACC | Review and edit February 2018 board of directors handbook | .50 | 107.50 |
| 10/14/19 | ACC | Run searches in Relativity for latest and word versions of board of directors handbook | .20 | 43.00 |
| 10/14/19 | AEM | Office conference with Christopher J. Schneider to revise Ted Stevens Act presentation | 2.00 | 580.00 |

# MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
### Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    13
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

---

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/14/19 | MDP | Compile USA Gymnastics Board of Directors votes | .10 | 19.50 |
| 10/14/19 | CJS | Correspondence with Cathy Steege and Melissa Root regarding assumption of office lease | .20 | 70.00 |
| 10/14/19 | CJS | Revise addendum to equipment contract | 1.00 | 350.00 |
| 10/14/19 | CJS | Review numerous emails from SafeSport Committee member regarding outstanding issues for Committee meeting | 1.20 | 420.00 |
| 10/14/19 | CJS | Participate in SafeSport Committee meeting by telephone | 1.20 | 420.00 |
| 10/14/19 | CJS | Office conference with Amy E. Murphy regarding Ted Stevens Act training | 2.00 | 700.00 |
| 10/14/19 | CJS | Analysis of slides for Ted Stevens Act training | .50 | 175.00 |
| 10/14/19 | CJS | Telephone conference with Leslie King regarding legal advice on communications issue | .20 | 70.00 |
| 10/14/19 | CJS | Correspondence with Leslie King and Li Li Leung regarding legal advice on communications issue | .20 | 70.00 |
| 10/15/19 | ACC | Telephone conference with Mark Busby regarding SafeSport matter | .10 | 21.50 |
| 10/15/19 | ACC | Email to Christopher J. Schneider regarding SafeSport matter | .10 | 21.50 |
| 10/15/19 | ACC | Review SafeSport files of two individuals | .30 | 64.50 |
| 10/15/19 | ACC | Continue to review and update board of directors handbook | 1.00 | 215.00 |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

**Attorneys and Counselors**

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page   14
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

--------------------------------------------------------------------------

| | | | | |
|---|---|---|---|---|
| 10/15/19 | AEM | Email correspondence with Jacqui Godfrey regarding independent observer process for Trampoline & Tumbling World Championships | .20 | 58.00 |
| 10/15/19 | AEM | Revise Ted Stevens Act presentation | 1.90 | 551.00 |
| 10/15/19 | MDP | Draft understanding contracts PowerPoint | 2.30 | 448.50 |
| 10/15/19 | CJS | Telephone conference with Amy White regarding photo and video releases | .10 | 35.00 |
| 10/15/19 | CJS | Participate in senior leadership meeting by telephone | 1.10 | 385.00 |
| 10/15/19 | CJS | Telephone conference with SafeSport team regarding preparation for audit | .70 | 245.00 |
| 10/15/19 | CJS | Correspondence with Mark Busby regarding background check policy | .10 | 35.00 |
| 10/15/19 | CJS | Telephone conference with Cathy Steege regarding lease issue | .20 | 70.00 |
| 10/15/19 | CJS | Telephone conference with Li Li Leung and Stefanie Korepin regarding lease issue | .20 | 70.00 |
| 10/15/19 | CJS | Review ██████████████████ ████████ | .30 | 105.00 |
| 10/15/19 | CJS | Analysis of SafeSport matter | .40 | 140.00 |
| 10/15/19 | CJS | Telephone conference with Kathryn Carson regarding open legal matters | .50 | 175.00 |
| 10/15/19 | CJS | Telephone conference with Li Li Leung regarding open legal matters | .30 | 105.00 |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
**Attorneys and Counselors**

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110


USA Gymnastics

Page    15
Inv#   1714412
Date 11/11/2019
42721.00006-DJG
--------------------------------------------------------------------------

| Date | | | | |
|------|-----|-------------|-----|--------|
| 10/15/19 | CJS | Telephone conference with Mark Busby regarding SafeSport matters | .40 | 140.00 |
| 10/15/19 | CJS | Correspondence with member regarding SafeSport matter | .10 | 35.00 |
| 10/15/19 | CJS | Correspondence with Mark Busby regarding SafeSport matters | .20 | 70.00 |
| 10/15/19 | CJS | Office conference with Amy E. Murphy regarding document management matters | .10 | 35.00 |
| 10/16/19 | AEM | Further revise Ted Stevens Act presentation | .50 | 145.00 |
| 10/16/19 | CJS | Telephone conference with communications and marketing team regarding contract issue | .80 | 280.00 |
| 10/16/19 | CJS | Analysis of revisions to equipment contract | .20 | 70.00 |
| 10/16/19 | CJS | Correspondence with legal team regarding information for legal budget | .30 | 105.00 |
| 10/16/19 | CJS | Correspondence with Stefanie Korepin regarding proposed contract language | .30 | 105.00 |
| 10/16/19 | CJS | Telephone conference with Julie Springwater regarding SafeSport Committee | .40 | 140.00 |
| 10/16/19 | CJS | Revise letter to athlete regarding National Team issue | .30 | 105.00 |
| 10/16/19 | CJS | Revise SafeSport audit policy | .70 | 245.00 |
| 10/16/19 | CJS | Analysis of potential IP issue | .20 | 70.00 |
| 10/16/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                        Page    16
                                        Inv#  1714412
                                        Date 11/11/2019
                                        42721.00006-DJG
-----------------------------------------------------------------------
```

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/17/19 | ACC | Review and edit board of directors handbook | 5.40 | 1,161.00 |
| 10/17/19 | MDP | Conference meeting with Christopher J. Schneider review understanding contracts  PowerPoint | 1.50 | 292.50 |
| 10/17/19 | MDP | Review and revise form event agreement | .60 | 117.00 |
| 10/17/19 | CJS | Revise event agreement | .70 | 245.00 |
| 10/17/19 | CJS | Office conference with Rebecca L. Strauss and D. Andrew Portinga regarding legal budget | .50 | 175.00 |
| 10/17/19 | CJS | Office conference with Michael D. Penny regarding revisions to contract training presentation | 1.40 | 490.00 |
| 10/17/19 | CJS | Review and revise form event agreement and contract training presentation | .80 | 280.00 |
| 10/17/19 | CJS | Participate in SafeSport team meeting by telephone | .70 | 245.00 |
| 10/17/19 | CJS | Correspondence with Anne Marie Carson and Michael D. Penny regarding corporate records | .10 | 35.00 |
| 10/18/19 | AMC | Review California firm activity and related follow up with Christopher J. Schneider | .80 | 232.00 |
| 10/18/19 | ACC | Review and edit Board of directors handbook, including all board committees and employees | 5.60 | 1,204.00 |
| 10/18/19 | MDP | Review and revise 2018 meeting minutes | .60 | 117.00 |
| 10/18/19 | CJS | Correspondence with Mark Busby | .10 | 35.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                              Page    17
                                              Inv#  1714412
                                              Date 11/11/2019
                                              42721.00006-DJG
```
-------------------------------------------------------------------------

|            |     |                                                                  |      |        |
|------------|-----|------------------------------------------------------------------|------|--------|
|            |     | regarding SafeSport matter                                       |      |        |
| 10/18/19   | CJS | Revise independent contractor agreement for compulsories         | .20  | 70.00  |
| 10/18/19   | CJS | Correspondence with Debbie Byrd regarding letter from creditor   | .10  | 35.00  |
| 10/18/19   | CJS | Correspondence with Mark Busby regarding SafeSport matter        | .10  | 35.00  |
| 10/18/19   | CJS | Correspondence with Jacqui Godfrey regarding selection issue     | .10  | 35.00  |
| 10/18/19   | CJS | Correspondence with Jacqui Godfrey and Mark Busby regarding SafeSport matter | .30  | 105.00 |
| 10/18/19   | CJS | Correspondence with Anne Marie Carson regarding California records | .10  | 35.00  |
| 10/18/19   | CAS | Review correspondence regarding firm activity in the state of California | .20  | 39.00  |
| 10/18/19   | CAS | Search California database for information regarding firm         | .30  | 58.50  |
| 10/18/19   | CAS | Obtain California firm information                                | .40  | 78.00  |
| 10/18/19   | CAS | Summarize data and send to Anne Marie Carson and Michael D. Penny for review | .50  | 97.50  |
| 10/19/19   | AMC | Research regarding California firm activity                       | .50  | 145.00 |
| 10/19/19   | AMC | Prepare summary regarding California firm activity               | .80  | 232.00 |
| 10/19/19   | CJS | Analysis of information and summary regarding California firm     | .20  | 70.00  |
| 10/19/19   | CJS | Correspondence with Leslie King                                  | .10  | 35.00  |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
**Attorneys and Counselors**

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    18
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

--------------------------------------------------------------------------

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | regarding legal advice on communications statement |  |  |
| 10/20/19 | AEM | Analyze selection criteria in preparation for selection committee meeting to select Trampoline & Tumbling World Championship team | .60 | 174.00 |
| 10/20/19 | AEM | Participate in selection committee meeting for Trampoline & Tumbling World Championships | 1.20 | 348.00 |
| 10/20/19 | MDP | Review and revise 2019 meeting minutes and compile both 2018 and 2019 meeting minutes | .90 | 175.50 |
| 10/20/19 | MDP | Review and revise USA Gymnastics form event agreement | 1.10 | 214.50 |
| 10/20/19 | CJS | To Indianapolis for CLO work and conference | 4.20 | 1,470.00 |
| 10/21/19 | ACC | Review and edit SafeSport policy, SafeSport reporting form, and board of directors handbook | 3.30 | 709.50 |
| 10/21/19 | DAP | Office conference with Christopher J. Schneider regarding copyright issue | .30 | 135.00 |
| 10/21/19 | CJS | On-site CLO work at USA Gymnastics | 10.00 | 3,500.00 |
| 10/22/19 | ACC | Review and edit board of directors handbook, including women's organizational chart and summary of SafeSport policy | 2.20 | 473.00 |
| 10/22/19 | MDP | Conference call with Christopher J. Schneider discussing revisions to USA Gymnastics form Event Agreements | .20 | 39.00 |
| 10/22/19 | CJS | On-site CLO work at USA Gymnastics | 8.50 | 2,975.00 |

# MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
### Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    19
Inv#   1714412
Date 11/11/2019
42721.00006-DJG

--------------------------------------------------------------------------

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/23/19 | ACC | Email to Laura Mason regarding staff listing and upcoming hiring | .20 | 43.00 |
| 10/23/19 | ACC | Work on project to update board of directors handbook and incorporate new information from USAG | .70 | 150.50 |
| 10/23/19 | MDP | Attention to email from Christopher J. Schneider discussing understanding contracts PowerPoint | .10 | 19.50 |
| 10/23/19 | CJS | On-site CLO work at USA Gymnastics | 5.00 | 1,750.00 |
| 10/24/19 | AEM | Revise selection committee report for Trampoline & Tumbling World Championships | 1.70 | 493.00 |
| 10/24/19 | MDP | Review and revise form Event Agreements pursuant to Christopher J. Schneider comments | .90 | 175.50 |
| 10/24/19 | MDP | Add indemnification provision to addendum | .20 | 39.00 |
| 10/24/19 | MDP | Provide key provisions list from form event agreement | .50 | 97.50 |
| 10/24/19 | CJS | Correspondence with Jeff Smith regarding contract matter | .10 | 35.00 |
| 10/24/19 | CJS | Revise communications statement to reflect legal advice, for Leslie King | .20 | 70.00 |
| 10/24/19 | CJS | Analysis of USOPC Bylaw amendments | .80 | 280.00 |
| 10/24/19 | CJS | Revise letter to complainant regarding SafeSport matter | .20 | 70.00 |
| 10/24/19 | CJS | Revise contract training presentation | 1.10 | 385.00 |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    20
Inv#   1714412
Date 11/11/2019
42721.00006-DJG

--------------------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 10/24/19 | CJS | Revise event contract | .20 | 70.00 |
| 10/24/19 | MLT | Communications with employee regarding personnel matter | .30 | 120.00 |
| 10/25/19 | ACC | Update draft USAG board of directors handbook with information received from Laura Mason | .30 | 64.50 |
| 10/25/19 | AEM | Revise selection report for T&T World Championships | .50 | 145.00 |
| 10/25/19 | MMO | Conference with Christopher J. Schneider regarding confidentiality acknowledgements and employment issue | .20 | 55.00 |
| 10/25/19 | MDP | Conference call with Christopher J. Schneider discussing adding language to license agreement | .10 | 19.50 |
| 10/25/19 | MDP | Review and revise licensing agreement | .30 | 58.50 |
| 10/25/19 | CJS | On-site CLO work at USA Gymnastics | 3.40 | 1,190.00 |
| 10/25/19 | CJS | Telephone conference with Li Li Leung, Stefanie Korepin, Tom Forester, Annie Heffernon, and Mary McDaniel regarding selection procedures | .80 | 280.00 |
| 10/25/19 | CJS | Return to Grand Rapids from Indianapolis | 4.50 | 1,575.00 |
| 10/25/19 | MLT | Review correspondence from employee regarding personnel matter | .20 | 80.00 |
| 10/25/19 | MLT | Telephone conference with Christopher J. Schneider regarding personnel matter | .50 | 200.00 |
| 10/25/19 | MLT | Review employee information in preparation for telephone conference | .40 | 160.00 |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page   21
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

----------------------------------------------------------------------------

|            |     | with Christopher J. Schneider regarding personnel matter |      |        |
|------------|-----|----------------------------------------------------------|------|--------|
| 10/27/19   | MMO | Review SafeSport policy and revise confidentiality agreement and confidentiality policy to include specific SafeSport provisions | .90  | 247.50 |
| 10/27/19   | CJS | Correspondence with Bernadette Barron and legal team regarding budget | .10  | 35.00  |
| 10/27/19   | CJS | Communications with Mark Busby and Kevin White regarding SafeSport matters | .10  | 35.00  |
| 10/28/19   | ACC | Office conference with Christopher J. Schneider regarding research project regarding FIG procedures | .20  | 43.00  |
| 10/28/19   | MMO | Review Indiana law, federal law, and SafeSport policy and draft mandatory reporting policy and acknowledgment | 2.00 | 550.00 |
| 10/28/19   | CJS | Correspondence from Ethics and Grievance Committee regarding elections | .10  | 35.00  |
| 10/28/19   | CJS | Correspondence from plaintiff's attorney regarding SafeSport matter | .10  | 35.00  |
| 10/28/19   | CJS | Correspondence with Mark Busby and Emily Zorn regarding SafeSport matter | .20  | 70.00  |
| 10/28/19   | CJS | Prepare draft legal budget for USAG | 2.50 | 875.00 |
| 10/28/19   | CJS | Telephone conference with Alejandra Contreras regarding research on FIG and IOC | .30  | 105.00 |
| 10/28/19   | CJS | Telephone conference with Bernadette Barron regarding 2020 legal budget | .20  | 70.00  |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    22
Inv#   1714412
Date 11/11/2019
42721.00006-DJG

-------------------------------------------------------------------------------

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/28/19 | CJS | Correspondence with SafeSport team regarding letter to claimant | .30 | 105.00 |
| 10/28/19 | MLT | Prepare material for grievance committee regarding reviewing personnel matter | 1.40 | 560.00 |
| 10/28/19 | MLT | Draft correspondence to Christopher J. Schneider regarding personnel matter investigation | .20 | 80.00 |
| 10/29/19 | CJS | Correspondence from Mark Busby regarding SafeSport matters | .10 | 35.00 |
| 10/29/19 | CJS | Review and approve event contract for Jacqui Godfrey | .10 | 35.00 |
| 10/29/19 | CJS | Review and approve promotional agreement for Christy Nalik | .10 | 35.00 |
| 10/29/19 | CJS | Draft lengthy correspondence to the Ethics & Grievance committee regarding Code of Ethical Conduct matter | .40 | 140.00 |
| 10/29/19 | CJS | Participate in senior leadership team meeting by telephone | .70 | 245.00 |
| 10/29/19 | CJS | Correspondence with Emily Zorn and Mark Busby regarding letter to SafeSport reporter | .10 | 35.00 |
| 10/29/19 | CJS | Correspondence with Mark Busby regarding SafeSport matter | .10 | 35.00 |
| 10/29/19 | CJS | Take SafeSport training | 1.60 | 560.00 |
| 10/29/19 | CJS | Telephone conference with coverage counsel and Bernadette Barron regarding coverage matters | .50 | 175.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**

**Attorneys and Counselors**

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    23
Inv#   1714412
Date 11/11/2019
42721.00006-DJG

-----------------------------------------------------------------------

| 10/29/19 | CJS | Correspondence with Bernadette Barron regarding legal budget | .10 | 35.00 |
|---|---|---|---|---|
| 10/29/19 | CJS | Revise event agreement for Jacqui Godfrey | .70 | 245.00 |
| 10/29/19 | CJS | Correspondence with Li Li Leung regarding SafeSport matter | .30 | 105.00 |
| 10/29/19 | CJS | Revise paralegal job description | .80 | 280.00 |
| 10/29/19 | MLT | Review communication from Christopher Schneider regarding personnel matter | .10 | 40.00 |
| 10/29/19 | MLT | Review communication from ███████ ███████████ regarding personnel matter | .10 | 40.00 |
| 10/29/19 | MLT | Draft communications to employee regarding personnel matter | .20 | 80.00 |
| 10/30/19 | ACC | Research regarding FIG procedures for clarification of selection criteria | 1.10 | 236.50 |
| 10/30/19 | MMO | Conference with Christopher J. Schneider regarding ADA issue | .10 | 27.50 |
| 10/30/19 | CJS | On-site CLO work at USA Gymnastics | 3.50 | 1,225.00 |
| 10/30/19 | MLT | Communications with employee regarding personnel matter | .30 | 120.00 |
| 10/31/19 | JE | Preparation of new lease for facility in Indianapolis Indiana | 4.10 | 1,804.00 |
| 10/31/19 | MMO | Review prior correspondence and notes regarding employment issue | .20 | 55.00 |
| 10/31/19 | MMO | Conference call with Christopher J. Schneider and Laura Mason regarding employment issue | .20 | 55.00 |

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
**Attorneys and Counselors**

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    24
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

--------------------------------------------------------------------------------

| 10/31/19 | CJS | On site CLO work at USA Gymnastics | 2.50 | 875.00 |
| 10/31/19 | CJS | Return to Grand Rapids from Indianapolis | 4.20 | 1,470.00 |
| 10/31/19 | CJS | Correspondence with Laura Mason and Mary L. Tabin regarding personnel matter | .20 | 70.00 |
| 10/31/19 | MLT | Communications with employee regarding ▇▇▇▇ | .20 | 80.00 |
| 10/31/19 | MLT | Telephone conference with Christopher J. Schneider regarding personnel matter | .50 | 200.00 |
| 10/31/19 | MLT | Review communication from employee regarding personnel matter | .30 | 120.00 |
| 10/31/19 | MLT | Communication with Christopher J. Schneider regarding personnel matter issue | .20 | 80.00 |

TOTAL HOURS                              208.50

Total Services                               64,935.50

### Attorney Summary

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| Ens, James | Member | 5.40 | 440.00 | 2,376.00 |
| Fallon, William H. | Member | .30 | 535.00 | 160.50 |
| Portinga, D. Andrew | Member | .50 | 450.00 | 225.00 |
| Schneider, Christopher J. | Member | 119.40 | 350.00 | 41,790.00 |
| Tabin, Mary L. | Member | 5.20 | 400.00 | 2,080.00 |
| Carson, Anne Marie | Associate | 2.80 | 290.00 | 812.00 |
| Edsenga, Patrick M. | Member | 1.00 | 300.00 | 300.00 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page   25
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

--------------------------------------------------------------------------

### Attorney Summary

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| Harden, Brittany R. | Associate | 3.50 | 290.00 | 1,015.00 |
| Murphy, Amy E. | Associate | 17.40 | 290.00 | 5,046.00 |
| O'Rourke, Matthew M. | Associate | 3.60 | 275.00 | 990.00 |
| Penny, Michael D | Associate | 22.60 | 195.00 | 4,407.00 |
| Stricklen, Cheryl A. | Paralegal | 1.40 | 195.00 | 273.00 |
| Contreras-Caballero, Alej | Associate | 25.40 | 215.00 | 5,461.00 |
|  |  | 208.50 |  | 64,935.50 |

### Expenses

| | |
|---|---|
| CHRISTOPHER J. SCHNE Check # - 9990 Parking | 34.00 |
| CHRISTOPHER J. SCHNE Check # - 9990 Taxi | 12.75 |
| CHRISTOPHER J. SCHNE Check # - 9990 Airplane Tickets | 1,290.00 |
| CHRISTOPHER J. SCHNE Check # - 9990 Meals | 14.58 |
| Reproductions 18 pages | 2.70 |
| Reproductions 40 pages | 6.00 |
| Reproductions 64 pages | 9.60 |
| Computer Assisted Research | 56.00 |
| Reproductions 36 pages | 5.40 |
| Reproductions 36 pages | 5.40 |
| Reproductions 1 pages | .15 |
| Reproductions 2 pages | .30 |
| Reproductions 2 pages | .30 |
| Reproductions 2 pages | .30 |
| Reproductions 1 pages | .15 |
| Reproductions 1 pages | .15 |
| Reproductions 2 pages | .30 |
| Reproductions 2 pages | .30 |
| Reproductions 3 pages | .45 |
| Computer Assisted Research | 32.00 |
| CHRISTOPHER J. SCHNE Check # - 9990 | 6.42 |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

Page    26
Inv#   1714412
Date 11/11/2019
42721.00006-DJG

--------------------------------------------------------------------------------

### Expenses

| | |
|---|---:|
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 31.43 |
| Meals | |
| Reproductions 136 pages | 20.40 |
| Reproductions 54 pages | 8.10 |
| CHRISTOPHER J. SCHNE Check # - 9990 | 8.18 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 41.59 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 659.03 |
| Travel Expense-Hotel | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 65.50 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 11.17 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 307.40 |
| Mileage | |
| Reproductions 54 pages | 8.10 |
| Reproductions 1 pages | .15 |
| Reproductions 74 pages | 37.00 |
| Reproductions 17 pages | 2.55 |
| CHRISTOPHER J. SCHNE Check # - 9990 | 73.04 |
| Meals | |
| CHRISTOPHER J. SCHNE Check # - 9990 | 307.40 |
| Mileage | |
| Reproductions 65 pages | 9.75 |
| Reproductions 5 pages | .75 |
| Reproductions 118 pages | 17.70 |
| Reproductions 2 pages | .30 |
| Reproductions 9 pages | 1.35 |
| Reproductions 17 pages | 2.55 |
| Reproductions 17 pages | 2.55 |
| Reproductions 16 pages | 2.40 |
| Reproductions 46 pages | 6.90 |
| Reproductions 2 pages | .30 |
| Reproductions 17 pages | 2.55 |
| CHRISTOPHER J. SCHNE Check # - 9990 | 316.93 |
| Travel Expense-Hotel | |

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**

Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

USA Gymnastics

```
                                        Page    27
                                        Inv#  1714412
                                        Date 11/11/2019
                                        42721.00006-DJG
------------------------------------------------------------------------
```

Expenses

Total Expenses                    3,422.32

Total This Invoice               68,357.82

Invoices Due Upon Receipt

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

**USA Gymnastics**

Page    28
Inv#  1714412
Date 11/11/2019
42721.00006-DJG

--------------------------------------------------------------------------------

### OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE NUMBER | DATE | INVOICE AMOUNT | PAYMENTS AGAINST INVOICE | INVOICE BALANCE |
|---|---|---|---|---|
| 1690179 | 2/14/19 | 73,608.76 | 59,124.96 | 14,483.80 |
| 1691021 | 3/18/19 | 64,476.01 | 51,679.21 | 12,796.80 |
| 1694037 | 4/17/19 | 81,436.49 | 65,321.49 | 16,115.00 |
| 1696899 | 5/21/19 | 73,299.57 | 59,053.17 | 14,246.40 |
| 1699811 | 6/13/19 | 83,847.71 | 67,560.31 | 16,287.40 |
| 1702747 | 7/15/19 | 94,745.27 | 77,446.17 | 17,299.10 |
| 1705622 | 8/20/19 | 30,636.70 | 24,523.50 | 6,113.20 |
| 1708524 | 9/20/19 | 54,643.04 | .00 | 54,643.04 |
| 1711519 | 10/18/19 | 55,822.72 | .00 | 55,822.72 |

Prior Unpaid Balance                207,807.46

**Total Amount Due              276,165.28**

**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
Attorneys and Counselors

PO Box 306
Grand Rapids, Michigan 49501-0306
616.831.1700
TAX ID# 38-1603110

```
                                            Inv#  1714412
                                            Date 11/11/2019
                                            42721.00006-DJG
```

USA Gymnastics
Accounts Payable
130 E Washington Street
Suite 700
Indianapolis, IN  46204

Re:  CJS Chief Legal Officer

### REMITTANCE ADVICE

For Legal Services Rendered through October 31, 2019

| | |
|---|---:|
| Total Services | 64,935.50 |
| Total Expenses | 3,422.32 |
| **Total This Invoice** | **68,357.82** |

Invoice Is Due Upon Receipt

Our remit address is: PO Box 306, Grand Rapids, MI.  49501-0306

Payments: If paying by check please return the remittance advice
or write your invoice number(s) on your check. You may also pay by
credit or debit card through our online payment portal
www.millerjohnson.com/onlinepayments. If you have any questions
regarding this invoice or you wish to set up ACH payments please
call 616-831-1700 and ask for the collections department.