IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**NOTICE OF DRAW BY DEBTOR'S COUNSEL
FOR OCTOBER 2019**

PLEASE TAKE NOTICE that on November 19, 2019, Plews Shadley Racher & Braun LLP, as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case, submitted a monthly invoice for fees and expenses incurred between October 1, 2019 and October 31, 2019 (the "**October 2019 Invoice**"),[2] in accordance with the *Order Granting Debtor's Motion For Entry Of Order Establishing Procedures For Interim Compensation And Reimbursement Of Professionals* [Dkt. 187] (the "**Interim Compensation Order**").

PLEASE TAKE FURTHER NOTICE that the October 2019 Invoice, attached hereto as Exhibit A, seeks compensation for $96,637.00 in fees and $6,568.37 in expenses.

PLEASE TAKE FURTHER NOTICE **that any objections to the Invoices must be served upon the undersigned counsel by December 13, 2019 at 4:00 p.m. (prevailing Eastern time), in accordance with the Interim Compensation Order**.

PLEASE TAKE FURTHER NOTICE that, if no objection is timely filed, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the Invoices, subject to final approval by the Court at a future hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

[2] The Invoice is redacted to avoid the disclosure of privileged and confidential information.

Dated: November 19, 2019            Respectfully submitted,

                                                 */s/ Gregory M. Gotwald*
                                                 Gregory M. Gotwald, Atty. No. 24911-49
                                                 PLEWS SHADLEY RACHER & BRAUN LLP
                                                 1346 N. Delaware St.
                                                 Indianapolis, IN 46202
                                                 Tel: 317.637.0700
                                                 ggotwald@psrb.com

                                                 *Counsel for Debtor USA Gymnastics*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Martin Beeler mbeeler@cov.com
Daniel D. Bobilya dan@b-blegal.com
Kenneth H. Brown kbrown@pszjlaw.com
Charles D. Bullock cbullock@sbplclaw.com
George Calhoun george@ifrahlaw.com
John Cannizzaro john.cannizzaro@icemiller.com
Deborah Caruso dcaruso@rubin-levin.net
David Catuogno david.catuogno@klgates.com
R. Alexander Clark aclark@cov.com
Dianne Coffino dcoffino@cov.com
Laura A. DuVall laura.duvall@usdoj.gov
Daniel Eliades daniel.eliades@klgates.com
Sarah L. Fowler sarah.fowler@mbcblaw.com
Cameron R. Getto cgetto@zacfirm.com
Steven W. Golden sgolden@pszjlaw.com
Manvir Grewal Sr. mgrewal@4grewal.com
Susan N. Gummow sgummow@fgppr.com
Katherine Hance khance@goodwin.com
Jeffrey Hester jhester@hbkfirm.com
Samuel D. Hodson shodson@taftlaw.com
Jeffrey A. Hokanson jeff.hokanson@icemiller.com
John R. Humphrey jhumphrey@taftlaw.com
Kevin P. Kamraczewski kevin@kevinklaw.com
Ronald Kent ronald.kent@dentons.com
Adam L. Kochenderfer akochenderfer@wolfsonbolton.com
Carl Kunz ckunz@morrisjames.com
Martha Lehman mlehman@salawus.com
Chris McCleary chris.mccleary@usoc.org
Harley K. Means hmeans@kgrlaw.com
Geoffrey Miller geoffrey.miller@dentons.com
Robert Millner robert.millner@dentons.com
James Moloy jmoloy@boselaw.com
Ronald J. Moore ronald.moore@usdoj.gov
Whitney Mosby wmosby@bgdlegal.com
Joel Norton jnorton@rsslawoffices.com
Michael P. O'Neil moneil@taftlaw.com
Weston E. Overturf wes.overturf@mbcblaw.com
Dean N. Panos dpanos@Jenner.Com
John T Piggins pigginsj@millerjohnson.com
Stephen J. Peters speters@kgrlaw.com
Amanda Quick amanda.quick@atg.in.gov

Michael Ralph mralph@rsslawoffices.com
Melissa M. Root mroot@Jenner.com
James Ruggeri jruggeri@goodwin.com
Syed Ali Saeed ali@sllawfirm.com
Ilan Scharf ischarf@pszjlaw.com
Thomas Scherer tscherer@bgdlegal.com
David Schwab djschwab@rsslawoffices.com
Igor Shleypak ishleypak@fgppr.com
James I. Stang jstang@pszjlaw.com
Catherine L. Steege csteege@Jenner.Com
Keith A. Teel kteel@cov.com
Meredith Theisen mtheisen@rubin-levin.net
Susan Walker susan.walker@dentons.com
Joshua Weinberg jweinberg@goodwin.com
Mark Wenzel mwenzel@salawus.com
Gabriella Zahn-Bielski gzahnbielski@cov.com

                                                                                                          _/s/ Gregory M. Gotwald_              

## EXHIBIT A

**Plews Shadley Racher & Braun LLP October 2019 Invoice**

Case 18-09108-RLM-11    Doc 839    Filed 11/19/19    EOD 11/19/19 13:01:14    Pg 5 of 12

# PLEWS SHADLEY RACHER & BRAUN LLP

Attorneys At Law
1346 North Delaware Street
Indianapolis, IN 46202-2415

Telephone: (317) 637-0700    Facsimile: (317) 637-0710

Tax ID #35-1746444

11/18/2019

USA Gymnastics
Accounts Payable
130 E. Washington St., Suite 700
Indianapolis, IN 46204

Account No: 001688.0001
Invoice No: 248273

Client: USA Gymnastics
Matter Description: Insurance

For Services Rendered Through 10/31/2019

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/2019 | CEK | Check ▓▓▓. | 155.00 | 0.10 | 15.50 |
| 10/01/2019 | CEK | Revise ▓▓▓. | 155.00 | 1.00 | 155.00 |
| 10/01/2019 | GMG | Work ▓▓▓; Draft ▓▓▓ | 255.00 | 5.90 | 1,504.50 |
| 10/01/2019 | GMP | Telephone conference with ▓▓▓; draft and amend ▓▓▓; begin ▓▓▓. | 560.00 | 2.50 | 1,400.00 |
| 10/01/2019 | JST | E-mail ▓▓▓; e-mail ▓▓▓. | 195.00 | 0.30 | 58.50 |
| 10/01/2019 | NJB | Research ▓▓▓ | 155.00 | 0.90 | 139.50 |
| 10/01/2019 | TJB | Telephone conference with ▓▓▓ | 250.00 | 0.30 | 75.00 |
| 10/02/2019 | GMG | Review and respond ▓▓▓ prepare ▓▓▓; draft ▓▓▓; work on ▓▓▓ | 255.00 | 5.30 | 1,351.50 |
| 10/02/2019 | GMP | Review and revise ▓▓▓; exchange emails ▓▓▓. | 560.00 | 4.00 | 2,240.00 |
| 10/02/2019 | JST | Review ▓▓▓; review ▓▓▓. | 195.00 | 1.00 | 195.00 |
| 10/02/2019 | NJB | Research ▓▓▓; begin drafting ▓▓▓. | 155.00 | 3.00 | 465.00 |
| 10/02/2019 | TJB | Prepare ▓▓▓; research | 250.00 | 1.20 | 300.00 |

USA Gymnastics  
Insurance

Page 2  
11/18/2019  
Account No:  001688.0001  
Invoice No:  248273

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | ▇▇▇▇ ; review ▇▇▇▇ ; email ▇▇▇▇ . | | | |
| 10/03/2019 | CEK | Review ▇▇▇▇ . | 155.00 | 0.10 | 15.50 |
| 10/03/2019 | CEK | Review ▇▇▇▇ . | 155.00 | 0.50 | 77.50 |
| 10/03/2019 | CEK | Talk with ▇▇▇▇ . | 155.00 | 0.30 | 46.50 |
| 10/03/2019 | CEK | Revise ▇▇▇▇ . | 155.00 | 3.20 | 496.00 |
| 10/03/2019 | CEK | Revise ▇▇▇▇ . | 155.00 | 0.20 | 31.00 |
| 10/03/2019 | CEK | Draft ▇▇▇▇ | 155.00 | 0.70 | 108.50 |
| 10/03/2019 | CEK | Prepare for ▇▇▇▇ . | 155.00 | 0.50 | 77.50 |
| 10/03/2019 | GMG | Work on ▇▇▇▇ . | 255.00 | 6.80 | 1,734.00 |
| 10/03/2019 | GMP | Preparation for ▇▇▇▇ ; review and revise ▇▇▇▇ . | 560.00 | 4.80 | 2,688.00 |
| 10/03/2019 | JST | E-mails ▇▇▇▇ ; emails ▇▇▇▇ ; email ▇▇▇▇ ; email ▇▇▇▇ ; email ▇▇▇▇ . | 195.00 | 3.10 | 604.50 |
| 10/03/2019 | NJB | Finish ▇▇▇▇ | 155.00 | 3.20 | 496.00 |
| 10/04/2019 | CEK | Upload ▇▇▇▇ . | 155.00 | 0.20 | 31.00 |
| 10/04/2019 | CEK | Review ▇▇▇▇ | 155.00 | 2.80 | 434.00 |
| 10/04/2019 | GMG | Review and respond ▇▇▇▇ ; review ▇▇▇▇ | 255.00 | 0.10 | 25.50 |
| 10/04/2019 | GMP | Final work ▇▇▇▇ ; continued work ▇▇▇▇ . | 560.00 | 2.00 | 1,120.00 |
| 10/04/2019 | JST | Review ▇▇▇▇ ; email ▇▇▇▇ from ▇▇▇▇ ; review ▇▇▇▇ ; prepare ▇▇▇▇ ; email ▇▇▇▇ . | 195.00 | 4.30 | 838.50 |
| 10/05/2019 | GMG | Review ▇▇▇▇ | 255.00 | 0.50 | 127.50 |
| 10/05/2019 | GMP | Review ▇▇▇▇ . | 560.00 | 0.10 | 56.00 |
| 10/06/2019 | GMG | Work ▇▇▇▇ ; analyze ▇▇▇▇ | 255.00 | 4.90 | 1,249.50 |
| 10/07/2019 | GMG | Draft ▇▇▇▇ ; analyze ▇▇▇▇ ; review ▇▇▇▇ | 255.00 | 7.20 | 1,836.00 |
| 10/07/2019 | GMP | Exchange ▇▇▇▇ ; review ▇▇▇▇ . | 560.00 | 2.50 | 1,400.00 |
| 10/07/2019 | JST | Exchange ▇▇▇▇ ; discuss ▇▇▇▇ ; review ▇▇▇▇ . | 195.00 | 0.50 | 97.50 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

USA Gymnastics  
Insurance

Page 3  
11/18/2019  
Account No: 001688.0001  
Invoice No: 248273

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/07/2019 | RTL | Attention ▮▮▮. | 170.00 | 0.30 | 51.00 |
| 10/08/2019 | CEK | Review ▮▮▮. | 155.00 | 0.60 | 93.00 |
| 10/08/2019 | ESK | Prepare ▮▮▮ | 150.00 | 2.20 | 330.00 |
| 10/08/2019 | GMG | Review ▮▮▮; Finalize ▮▮▮; send ▮▮▮; review ▮▮▮ | 255.00 | 7.20 | 1,836.00 |
| 10/08/2019 | GMP | Review ▮▮▮ | 560.00 | 2.90 | 1,624.00 |
| 10/08/2019 | JST | Attention ▮▮▮. | 195.00 | 0.10 | 19.50 |
| 10/08/2019 | JST | E-mails ▮▮▮ | 195.00 | 0.10 | 19.50 |
| 10/09/2019 | GMG | Email ▮▮▮; prepare ▮▮▮ | 255.00 | 6.70 | 1,708.50 |
| 10/09/2019 | GMP | Work ▮▮▮. | 560.00 | 0.90 | 504.00 |
| 10/10/2019 | CEK | Draft ▮▮▮. | 155.00 | 1.90 | 294.50 |
| 10/10/2019 | CEK | Review ▮▮▮. | 155.00 | 0.10 | 15.50 |
| 10/10/2019 | ESK | Prepare ▮▮▮ | 150.00 | 0.60 | 90.00 |
| 10/10/2019 | ▮▮▮ | ▮▮▮; draft ▮▮▮; work on ▮▮▮; lengthy call ▮▮▮. | 255.00 | 7.40 | 1,887.00 |
| 10/10/2019 | GMP | Work ▮▮▮. | 560.00 | 1.00 | 560.00 |
| 10/10/2019 | JST | Review ▮▮▮. | 195.00 | 0.20 | 39.00 |
| 10/10/2019 | JST | E-mail ▮▮▮. | 195.00 | 0.10 | 19.50 |
| 10/11/2019 | CEK | Revise ▮▮▮ | 155.00 | 0.60 | 93.00 |
| 10/11/2019 | CEK | Review emails ▮▮▮ | 155.00 | 1.10 | 170.50 |
| 10/11/2019 | CEK | Send reply ▮▮▮. | 155.00 | 0.10 | 15.50 |
| 10/11/2019 | CEK | Call with ▮▮▮ about ▮▮▮. | 155.00 | 0.20 | 31.00 |
| 10/11/2019 | CEK | Finalize ▮▮▮. | 155.00 | 0.70 | 108.50 |
| 10/11/2019 | GMG | Review ▮▮▮; email ▮▮▮ | 255.00 | 6.60 | 1,683.00 |
| 10/11/2019 | GMP | Review ▮▮▮. | 560.00 | 0.70 | 392.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 10/11/2019 | JST | Review ▆▆▆ ; exchange ▆▆▆. | 195.00 | 2.60 | 507.00 |
| 10/12/2019 | JST | E-mail ▆▆▆. | 195.00 | 0.20 | 39.00 |
| 10/14/2019 | CEK | Email ▆▆▆. | 155.00 | 0.10 | 15.50 |
| 10/14/2019 | GMG | Email ▆▆▆. | 255.00 | 0.20 | 51.00 |
| 10/14/2019 | GMP | Prepare ▆▆▆. | 560.00 | 2.40 | 1,344.00 |
| 10/14/2019 | JST | Exchange ▆▆▆. | 195.00 | 0.70 | 136.50 |
| 10/15/2019 | CEK | Send ▆▆▆. | 155.00 | 0.30 | 46.50 |
| 10/15/2019 | GMG | Review ▆▆▆ ; review ▆▆▆ ; send email ▆▆▆ call with ▆▆▆. | 255.00 | 1.10 | 280.50 |
| 10/15/2019 | GMP | Attention ▆▆▆ ; telephone conference with ▆▆▆. | 560.00 | 1.30 | 728.00 |
| 10/16/2019 | GMP | Review ▆▆▆. | 560.00 | 0.40 | 224.00 |
| 10/17/2019 | CEK | Review ▆▆▆. | 155.00 | 0.10 | 15.50 |
| 10/17/2019 | CEK | Locate ▆▆▆. | 155.00 | 0.20 | 31.00 |
| 10/17/2019 | CEK | Call ▆▆▆. | 155.00 | 0.20 | 31.00 |
| 10/17/2019 | GMG | Review ▆▆▆. | 255.00 | 0.10 | 25.50 |
| 10/17/2019 | GMP | Prepare ▆▆▆. | 560.00 | 5.00 | 2,800.00 |
| 10/17/2019 | JST | Communicate with ▆▆▆. | 195.00 | 0.30 | 58.50 |
| 10/17/2019 | RTL | Draft ▆▆▆. | 170.00 | 1.30 | 221.00 |
| 10/18/2019 | GMP | Review ▆▆▆. | 560.00 | 0.30 | 168.00 |
| 10/18/2019 | RTL | Draft ▆▆▆. | 170.00 | 0.70 | 119.00 |
| 10/19/2019 | GMP | Review ▆▆▆. | 560.00 | 0.10 | 56.00 |
| 10/21/2019 | GMG | Prepare ▆▆▆. | 255.00 | 4.90 | 1,249.50 |
| 10/21/2019 | GMP | ▆▆▆. | 560.00 | 1.50 | 840.00 |
| 10/21/2019 | RTL | Draft ▆▆▆. | 170.00 | 1.50 | 255.00 |
| 10/21/2019 | RTL | Revise ▆▆▆. | 170.00 | 0.10 | 17.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---:|---:|
| 10/22/2019 | GMG | Prepare ▮. | 255.00 | 15.20 | 3,876.00 |
| 10/22/2019 | GMP | Preparation ▮. | 560.00 | 9.90 | 5,544.00 |
| 10/22/2019 | KMC | Draft ▮. | 150.00 | 0.50 | 75.00 |
| 10/22/2019 | RTL | Draft ▮. | 170.00 | 2.50 | 425.00 |
| 10/23/2019 | GMG | Prepare ▮. | 255.00 | 12.60 | 3,213.00 |
| 10/23/2019 | GMP | Continued ▮. | 560.00 | 12.40 | 6,944.00 |
| 10/23/2019 | RTL | Draft ▮. | 170.00 | 4.60 | 782.00 |
| 10/24/2019 | GMG | Prepare ▮. | 255.00 | 7.90 | 2,014.50 |
| 10/24/2019 | GMP | Review ▮. | 560.00 | 1.30 | 728.00 |
| 10/24/2019 | JST | Talk with ▮; review ▮; exchange ▮. | 195.00 | 1.30 | 253.50 |
| 10/24/2019 | RTL | Review ▮. | 170.00 | 0.30 | 51.00 |
| 10/25/2019 | GMG | Prepare ▮. | 255.00 | 7.40 | 1,887.00 |
| 10/25/2019 | GMP | Review ▮. | 560.00 | 0.70 | 392.00 |
| 10/25/2019 | JST | Discuss ▮. | 195.00 | 1.80 | 351.00 |
| 10/25/2019 | NJB | Research ▮. | 155.00 | 4.90 | 759.50 |
| 10/26/2019 | GMG | Research ▮. | 255.00 | 6.10 | 1,555.50 |
| 10/27/2019 | GMG | Research ▮. | 255.00 | 4.10 | 1,045.50 |
| 10/27/2019 | GMP | Begin preparation ▮. | 560.00 | 0.30 | 168.00 |
| 10/27/2019 | RTL | Assist ▮. | 170.00 | 1.60 | 272.00 |
| 10/28/2019 | CEK | Discuss ▮. | 155.00 | 0.40 | 62.00 |
| 10/28/2019 | ESK | Prepare ▮. | 150.00 | 3.00 | 450.00 |
| 10/28/2019 | GMG | Research ▮. | 255.00 | 6.10 | 1,555.50 |
| 10/28/2019 | GMP | Prepare ▮. | 560.00 | 5.20 | 2,912.00 |
| 10/28/2019 | JST | E-mail ▮. | 195.00 | 0.20 | 39.00 |
| 10/28/2019 | NJB | Continue ▮. | 155.00 | 2.50 | 387.50 |
| 10/28/2019 | RTL | Prepare ▮. | 170.00 | 4.30 | 731.00 |
| 10/28/2019 | RTL | Revise ▮. | 170.00 | 2.50 | 425.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | ▮. | | | |
| 10/28/2019 | RTL | Revise ▮▮. | 170.00 | 1.00 | 170.00 |
| 10/29/2019 | CEK | Call with ▮. | 155.00 | 0.20 | 31.00 |
| 10/29/2019 | ESK | Prepare ▮. | 150.00 | 2.00 | 300.00 |
| 10/29/2019 | GMG | Research ▮ | 255.00 | 9.90 | 2,524.50 |
| 10/29/2019 | GMP | Prepare ▮. | 560.00 | 4.30 | 2,408.00 |
| 10/29/2019 | NJB | Research ▮. | 155.00 | 1.70 | 263.50 |
| 10/29/2019 | RTL | Prepare ▮; finalize ▮ | 170.00 | 5.30 | 901.00 |
| 10/30/2019 | ESK | Prepare ▮. | 150.00 | 0.60 | 90.00 |
| 10/30/2019 | GMG | Prepare ▮ | 255.00 | 9.90 | 2,524.50 |
| 10/30/2019 | GMP | Prepare ▮. | 560.00 | 6.00 | 3,360.00 |
| 10/30/2019 | JST | Assist ▮. | 195.00 | 0.20 | 39.00 |
| 10/30/2019 | KMC | Conference ▮. | 150.00 | 0.20 | 30.00 |
| 10/30/2019 | RTL | Assist ▮. | 170.00 | 4.80 | 816.00 |
| 10/31/2019 | GMG | Work ▮ | 255.00 | 5.50 | 1,402.50 |
| 10/31/2019 | GMP | Work ▮; telephone conference ▮. | 560.00 | 3.30 | 1,848.00 |
| 10/31/2019 | KDS | Conversation ▮ | 170.00 | 0.10 | 17.00 |
| 10/31/2019 | RTL | Review ▮. | 170.00 | 4.00 | 680.00 |

For Current Services Rendered:	320.50	96637.00

**Recapitulation**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Nick J. Bognanno | Associate | 16.20 | $155.00 | $2,511.00 |
| Tonya J. Bond | Partner | 1.50 | $250.00 | $375.00 |
| Krista M. Cox | Paralegal | 0.70 | $150.00 | $105.00 |
| Gregory M. Gotwald | Partner | 149.60 | $255.00 | $38,148.00 |
| Elizabeth S. King | Case Manager | 8.40 | $150.00 | $1,260.00 |

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**

Case 18-09108-RLM-11   Doc 839   Filed 11/19/19   EOD 11/19/19 13:01:14   Pg 12 of 12

USA Gymnastics                                                                                     Page 7
                                                                                              11/18/2019
Insurance
                                                                          Account No:  001688.0001
                                                                          Invoice No:  248273

| | | | | |
|---|---|---|---|---|
| Christopher E. Kozak | Associate | 16.40 | $155.00 | $2,542.00 |
| Ryan T. Leagre | Associate | 34.80 | $170.00 | $5,916.00 |
| George M. Plews | Partner | 75.80 | $560.00 | $42,448.00 |
| Kyle D. Steinbrueck | Associate | 0.10 | $170.00 | $17.00 |
| Joshua S. Tatum | Associate | 17.00 | $195.00 | $3,315.00 |

**Expenses and Advances** | | Amount
---|---|---
09/06/2019 | Bazbeaux Pizza - Dinner for team while filing brief - G. Gotwald. | 40.47
09/17/2019 | Cluster Truck LLC - Lunch for team before SJ hearing - G. Gotwald. | 69.82
09/26/2019 | Greg Gotwald - Expense Reimbursement - Airfare for G. Plews to Austin, TX to meet with mediator. | 586.00
09/26/2019 | Greg Gotwald - Expense Reimbursement - Airfare for G. Gotwald to Austin, TX to meet with mediator. | 586.00
09/30/2019 | Lexis-Nexis - Legal Research during Sept 2019. | 308.77
10/10/2019 | UPS - Packages from G. Gotwald to Paul Van Osselaer on 10/10/19. | 191.35
10/10/2019 | UPS - Package from PSRB to Paul Van Osselaer. | 25.46
10/23/2019 | Greg Gotwald - Expense Reimbursement - Uber to airport. | 28.70
10/23/2019 | Greg Gotwald - Expense Reimbursement - FedEX office - prints for mediator and computer usage. | 281.78
10/23/2019 | Greg Gotwald - Expense Reimbursement - Hotel in Austin, TX for G. Gotwald and G. Plews to meet with mediator. | 672.75
10/23/2019 | Greg Gotwald - Expense Reimbursement - Uber | 10.00
10/31/2019 | George Plews - Expense Reimbursement - Hotel for trip to Chicago. | 1,199.47
 | Copies - B&W | 2,077.40
 | Copies - Color | 490.40
 | Sub-total Expenses and Advances: | $6,568.37

 | **Current Invoice Total:** | $103,205.37

**Please remit payment to our Indianapolis office. To ensure proper credit of your payment, please include your account number and invoice number on your payment. Thank you.**