(created 3/20/14)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana
### Indianapolis Division

IN RE: USA GYMNASTICS,　　　　　　　　　　　　　　Case No. 18-09108-RLM-11

　　　Debtor

## REQUEST FOR TRANSCRIPT

Catherine L. Steege on behalf of Debtor USA Gymnastics hereby request(s) that a transcript be made of the following:

　　Matters and Docket No. : All matters scheduled for 1/22/2020 hearing.

　　Date of Hearing: January 22, 2020

　　Date Transcript is Needed: January 30, 2020

　　　　　　　　　　　　　　　　　　　　　/s/Catherine L. Steege
　　　　　　　　　　　　　　　　　　　　　Jenner & Block LLP
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　　Phone: (312)222-9350
　　　　　　　　　　　　　　　　　　　　　Fax: (312)527-0484
　　　　　　　　　　　　　　　　　　　　　E-mail: Csteege@jenner.com

**\*(Note:  Signature format acceptable if filed electronically; if not electronically, a wet signature is required.)**