**SO ORDERED: January 22, 2020.**



**Robyn L. Moberly**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**FIFTH ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS**
**TO FILE AND TO SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN**

This matter came before the Court on the *Debtor's Fifth Motion For Order Extending The Debtor's Exclusive Periods To File And To Solicit Acceptances Of A Chapter 11 Plan* (the "**Motion**"), filed by USA Gymnastics as debtor and debtor in possession (the "**Debtor**"), for the

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

entry of an order pursuant to section 1121 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532; and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Motion should be GRANTED.

IT IS HEREBY ORDERED:

1.      The Motion is granted as set forth herein.

2.      The Debtor's exclusive period to file a chapter 11 plan is extended through and including April 3, 2020.

3.      The Debtor's exclusive period to solicit acceptances of a chapter 11 plan is extended through and including May 29, 2020.

4.      Entry of this order is without prejudice to the Debtor's right to seek further extensions of the exclusive periods in which to file and to solicit acceptances of a plan for cause.

5.      The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

6.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

###