UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
46 E. Ohio St., Rm. 116  
Indianapolis, IN 46204

NTCTS (rev 11/2016)

In re:

**USA Gymnastics**,
      Debtor.

Case No. **18–09108–RLM–11**

**NOTICE OF FILING OF TRANSCRIPT AND  
DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on January 22, 2020 was filed on January 23, 2020.

Parties have until January 30, 2020, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is February 13, 2020. Once a Request for Redaction is filed, the redacted transcript is due by February 24, 2020.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

    J & J Court Transcribers, Inc.  
    268 Evergreen Avenue  
    Hamilton, NJ 08619  
    609–586–2311  
    jjcourt@jjcourt.com

The transcript may be available at pacer.insb.uscourts.gov after the expiration of the restriction period which is April 22, 2020. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:  January 23, 2020

                                      Kevin P. Dempsey  
                                      Clerk, U.S. Bankruptcy Court