# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

## NOTICE OF CONTINUANCE AND CANCELLED OMNIBUS HEARING

PLEASE TAKE NOTICE that the status conference on the *Motion Of The Additional Tort Claimants Committee Of Sexual Abuse Survivors For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 349 And 1112(b) Dismissing The Bankruptcy Case And Granting Related Relief* [Dkt. 892] has been continued from April 29, 2020 at 1:30 p.m. (prevailing Eastern time) (the "**April Omnibus Hearing**") to the omnibus hearing to be held on May 27, 2020 at 1:30 p.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that **the April Omnibus Hearing has been cancelled because no motions or requests for relief are set to be heard at the April Omnibus Hearing**.

PLEASE TAKE FURTHER NOTICE that copies of all filings in the above-captioned case may be accessed at: https://omnimgt.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

Dated: April 27, 2020

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
(312) 923-2952
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*