SO ORDERED: July 13, 2020.



Robyn L. Moberly
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re:

USA GYMNASTICS,

Debtor.

Chapter 11

Case No. 18-09108-RLM-11

### ORDER GRANTING EMERGENCY MOTION FOR ENTRY OF PROTECTIVE ORDER

Upon the Emergency Motion for Protective Order (the "**Motion**"), July 13, 2020 [ECF No. 1194], filed by the United States Olympic and Paralympic Committee (the "**USOPC**"); upon the Court's review of the declaration of Mark Y. Chen submitted in support of the Motion; upon the Court's review of the confidentiality agreement entered into amongst the USOPC, the Additional Tort Claimants Committee of Sexual Abuse Survivors, the Debtor, and Propounding Counsel (the "**Confidentiality Agreement**"); and upon the USOPC having provided adequate and appropriate notice of the Motion under the circumstances, and after due deliberation and good and sufficient cause appearing therefore; and it appearing to the Court that such Motion should be granted,

IT IS HEREBY ORDERED THAT:

The Motion is hereby granted, pursuant to which:

1. Any individuals who connect to or participate in any deposition of Morane Kerek, Rick Adams, and/or Scott Blackmun or are provided access to the documents produced by the USOPC in connection with those depositions are bound by **Exhibit A** attached to the amended declaration of Mark Chen (ECF# 1196) as if such individual(s) had signed Attachment A to the Confidentiality Agreement.

###