# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:<br><br>USA GYMNASTICS,<br><br>Debtor. | Chapter 11<br>Case No. 18-09108-RLM-11 |

## COMBINED SPECIALTY'S RESPONSE TO JOINT MOTION REQUESTING THE COURT TO CONDUCT A SETTLEMENT CONFERENCE AND FOR OTHER RELIEF

Virginia Surety Insurance Company, Inc., formerly known as Combined Specialty Insurance Company, responds to the Joint Motion Requesting the Court to Conduct a Settlement Conference and For Other Relief as follows.

Whether one agrees or disagrees with the District Court's opinion in *ARAC Roof It Forward v. Nationwide Mut. Ins. Co. of America*, 2019 U.S. Dist. LEXIS 94077, the undisputed fact is that the Magistrate Judge's subject order in that case was issued by the judicial officer who had been personally involved in and presided over the prior settlement negotiations. Here, in contrast, this motion is based solely on patently inaccurate allegations of an interested party in the mediation privileged-protected negotiations that are at issue.

The people who attended the mediations on behalf of Combined Specialty were senior claims executives who had full authority to settle the claims against USAG. Those executives exercised full authority and responsibility for the claims at issue against USAG, USOPC and the other additional insureds seeking coverage under the Combined Specialty Policies.

In order to avoid violating the mediation privilege, Combined Specialty will not be drawn into discussing what, to its knowledge, in fact took place in the most recent mediation sessions.

We can state unequivocally that Combined Specialty approached and participated in those sessions in good faith. The mediators who presided over the mediations sessions never suggested otherwise. Therefore, there is no basis to support the unorthodox request that the CEO responsible for the Combined Specialty policies at issue, is a necessary participant or would add anything to the settlement process.

That said, Combined Specialty has no objection to this Court participating in future settlement talks in this case. Such involvement, though, may preclude the Court's involvement in certain other contested matters in the case such as disputed coverage issues in this case.

Dated: August 21, 2020   Respectfully Submitted,

*/s/ James P. Moloy*
James P. Moloy
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
jmoloy@boselaw.com

Ronald D. Kent
Susan M. Walker
Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
ronald.kent@dentons.com  susan.walker@dentons.com

Robert B. Millner
Dentons US LLP
233 S. Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
 robert.millner@dentons.com

Kevin P. Kamraczewski
Law Offices of Kevin P. Kamraczewski
332 South Michigan Avenue
Suite 1032 K363
Chicago, Illinois 60604-4434
(312) 697-9768
kevin@kevinklaw.com

*Counsel for Virginia Surety Company, Inc.*
*f/k/a Combined Specialty Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Nancy D. Adam
ndadams@mintz.com

Robert Allard
rallard@cmalaw.net

John Joseph Allman
jallman@hbkfirm.com
dadams@hbkfirm.com

Annemarie C. Alonso
annie@sllawfirm.com

Martin Beeler
mbeeler@cov.com

Thomas R. Behm
trbehm@gmnp.com

Megan A. Bonanni
mbonanni@pittlawpc.com

Tonya J. Bond
tbond@psrb.com
jscobee@psrb.com

Christopher Kozak
ckozak@psrb.com

Micah R. Krohn
mkrohn@fgllp.com
mmatlock@fgllp.com
csmith@fgllp.com
csucic@fgllp.com

Carolyn Kubota
ckubota@cov.com

Carl N. Kunz
ckunz@morrisjames.com
wweller@morrisjames.com

Cynthia Lasher
clasher@ncs-law.com
dcouch@ncs-law.com
dhert@ncs-law.com

Adam Le Berthon
adam.leberthon@wilsonelser.com

Wendy D. Brewer
wbrewer@fmdlegal.com
cbellner@fmdlegal.com

Kenneth H. Brown
kbrown@pszjlaw.com

Charles D. Bullock
cbullock@sbplclaw.com
lhaas@sbplclaw.com

George Calhoun
George@ifrahlaw.com
Heather.simpson@kennedyscmk.com

Douglas N. Candeub
dcandeub@morrisjames.com

John Cannizzaro
John.cannizzaro@icemiller.com
Thyrza.Skofield@icemiller.com

Deborah Caruso
dcaruso@rubin-levin.net
dwright@rubin-levin.net
jkrichbaum@rubin-levin.net
atty_dcaruso@bluestylus.com

Dianne Coffino
dcoffino@cov.com

Jesse Max Creed
creed@psb.law
alegria@psb.law

Heather M. Crockett
Heather.Crockett@atg.in.gov
darlene.greenley@atg.in.gov

Jonathan C. Little
jon@sllawfirm.com

John Manly
jmanly@manlystewart.com

Michael M. Marick
mmarick@skarzynski.com

Jonathan Marshall
jmarshall@choate.com

Phillip Alan Martin
pmartin@fmdlegal.com
cbellner@fmhd.com

John McDonald
jmcdonald@briggs.com

Mathilda S. McGee-Tubb
Msmcgee-tubb@mintz.com

Harley K. Means
hkm@kgrlaw.com
kwhigam@kgrlaw.com
cjs@kgrlaw.com

Geoffrey M. Miller
Geoffrey.miller@dentons.com
ndil_ecf@dentons.com

Robert Millner
robert.millner@dentons.com
ndil_ecf@dentons.com

James P. Moloy
jmoloy@boselaw.com
dlingenfelter@boselaw.com
mwakefield@boselaw.com

Alex Cunny
acunny@manlystewart.com

Elisabeth D'Agostino
edagostino@selmanlaw.com

Peter D'Apice
dapice@sbep-law.com

Louis T. DeLucia
louis.delucia@icemiller.com
john.acquaviva@icemiller.com

Edward DeVries
edward.devries@wilsonelser.com

Karen M. Dixon
kdixon@skarzynski.com

Kimberly A. Dougherty
kim.dougherty@andruswagstaff.com
sandra.martin@andruswagstaff.com

Laura A. DuVall
Laura.Duvall@usdoj.gov
Catherine.henderson@usdoj.gov

Jeffrey B. Fecht
jfecht@rbelaw.com
rmcclintic@rbelaw.com

Vince W Finaldi
vfinaldi@manlystewart.com

Rachana Fischer
rachana.fischer@usdoj.gov
melanie.crouch@usdoj.gov

Todd F. Flood
tflood@floodlaw.com

Marium Moore
mmoore@selmanlaw.com

Ronald J. Moore
Ronald.Moore@usdoj.gov

Whitney J. Mosby
wmosby@bgdlegal.com
fwolfe@bgdlegal.com

Joseph L. Mulvey
joseph@mulveylawllc.com
linda@mulveylawllc.com

Joel H. Norton
jnorton@rsslawoffices.com

Michael P. O'Neil
moneil@taftlaw.com
aolave@taftlaw.com

Weston Erick Overturf
wes.overturf@mbcblaw.com
deidre.gastenveld@mbcblaw.com
ellen.sauter@mbcblaw.com

Dean Panos
dpanos@jenner.com

Stephen Jay Peters
speters@kgrlaw.com
acooper@kgrlaw.com

Ginny L. Peterson
gpeterson@k-glaw.com
acoy@k-glaw.com

Robert J. Pfister
rpfister@ktbslaw.com

Sarah Lynn Fowler
sarah.fowler@mbcblaw.com
deidre.gastenveld@mbcblaw.com
ellen@mbcblaw.com

Eric D. Freed
efreed@cozen.com
mmerola@cozen.com

Frances Gecker
fgecker@fgllp.com
csmith@fgllp.com
csucic@fgllp.com
mmatlock@fgllp.com

Cameron Getto
cgetto@zausmer.com

Steven W. Golden
sgolden@pszjlaw.com

Douglas Gooding
dgooding@choate.com

Gregory Michael Gotwald
ggotwald@psrb.com
scox@psrb.com

Manvir Singh Grewal
mgrewal@4grewal.com

Susan N. Gummow
sgummow@fgppr.com
bcastillo@fgppr.com

Matthew A. Hamermesh
mhamermesh@hangley.com
kem@hangley.com;mjl@hangley.com

John Thomas Piggins
pigginsj@millerjohnson.com
ecfpigginsj@millerjohnson.com

Michael L. Pitt
mpitt@pittlawpc.com

George Plews
gplews@psrb.com

Amanda Koziura Quick
Amanda.quick@atg.in.gov
Marie.Baker@atg.in.gov

Michael L. Ralph
mralph@rsslawoffices.com

Melissa M. Root
mroot@jenner.com
wwilliams@jenner.com

James Pio Ruggeri
jruggeri@goodwin.com

Syed Ali Saeed
ali@sllawfirm.com
betty@sllawfirm.com

Ilan D. Scharf
ischarf@pszjlaw.com

Thomas C. Scherer
tscherer@bgdlegal.com
fwolfe@bgdlegal.com

Ronald Paltin Schiller
rschiller@hangley.com
baw@hangley.com
ecffilings@hangley.com

Katherine Hance
khance@goodwin.com

Samuel D. Hodson
shodson@taftlaw.com
aolave@taftlaw.com

Bonnie M. Hoffman
bmh@hangley.com, hit@hangley.com
ecffilings@hangley.com

Jeffrey A. Hokanson
jeff.hokanson@icemiller.com
bgnotices@icemiller.com
david.young@icemiller.com

John R. Humphrey
jhumphrey@taftlaw.com
aolave@taftlaw.com

Christine K Jacobson
cjacobson@jhklegal.com
5412@notices.nextchapterbk.com

Cassandra Jones
cjones@walkerwilcox.com
vhosek@walkerwilcox.com
docket@walkerwilcox.com

Mitchell Aaron Kamin
mkamin@cov.com

Bruce L. Kamplain
bkamplain@ncs-law.com
dhert@ncs-law.com
klong@ncs-law.com

Kevin P. Kamraczewski
kevin@kevinklaw.com

David J. Schwab
djschwab@rsslawoffices.com

Igor Shleypak
ishleypak@fgppr.com
jfecteau@fgppr.com

Heather Elizabeth Simpson
heather.simpson@kennedyscmk.com

Casey Ray Stafford
cstafford@k-glaw.com
lsmith@k-glaw.com

James I. Stang
jstang@pszjlaw.com

Catherine L. Steege
csteege@jenner.com
mhinds@jenner.com
thooker@jenner.com
aswingle@jenner.com

Laura B. Stephens
lbstephens@mintz.com

Mark D. Stuaan
mark.stuaan@btlaw.com

Keith Teel
kteel@cov.com

Meredith R. Theisen
mtheisen@rubin-levin.net
atty_mtheisen@bluestylus.com
mralph@rubin-levin.net
csprauge@rubin-levin.net

Ronald David Kent  
ronald.kent@dentons.com  

Andrew T Kight  
akight@jhklegal.com  
assistant@jhklegal.com  
akight@ecf.courtdrive.com  

Jackson Taylor Kirklin  
taylor.kirklin@usdoj.gov  
melanie.crouch@usdoj.gov  

Adam L. Kochenderfer  
akochenderfer@wolfsonbolton.com  

Jonathan Toren  
jtoren@cozen.com  
jonathan-toren-1988@ecf.pacerpro.com  

U.S. Trustee  
ustpregion10.in.ecf@usdoj.gov  

Susan Walker  
susan.walker@dentons.com  

Joshua D. Weinberg  
jweinberg@goodwin.com  

Gabriella B. Zahn-Bielski  
gzahnbielski@cov.com  

I further certify that on the 24th day of August, 2020, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Curtis T. Hill, Jr.  
IGCS - Fifth Floor  
302 W. Washington Street  
Indianapolis, IN 46204  

Cynthia Morano  
6511 W 59th Street  
Chicago, IL 60638  

Omni Management Group, Inc.  
5955 De Soto Avenue, Suite 100  
Woodland Hills, CA 91367  

Robin A Smith  
46 Chelmsworth Dr  
Bella Vista, AR 72715  

/s/ *James P. Moloy*  
James P. Moloy