# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

## AMENDED NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON AUGUST 26, 2020 AT 1:30 P.M.

**Time and Date of Hearing:**  Wednesday, August 26, 2020, at 1:30 p.m. (prevailing Eastern time)

**Location of Hearing:**  **The Hearing will proceed telephonically.** The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the hearing.

**Copies of Documents:**  Copies of all documents filed in this chapter 11 case may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

**Estimated Length of Hearing:**  1 hour and 45 minutes.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

A.  **CREDITORS' MATTERS**

    1.  **Humphrey's Late Claim Motion:** *Motion To Allow Late Filed Claim To Be Treated As Timely Filed* [Dkt. 1213].

        a.  **Status:** This matter is going forward.

        b.  **Objections:**

            i.  **Committee's Objection:** *The Additional Tort Claimants Committee Of Sexual Abuse Survivors' Consolidated Objection To Motions To File Claim After Bar Date* [Dkt. 1227].

        c.  **Replies:**

            i.  **Humphrey's Reply:** *Reply In Support Of Motion To Allow Late Filed Claim To Be Treated As Timely Filed* [Dkt. 1235].

        d.  **Related Documents:**

            i.  **Humphrey's Motion to Strike:** *Motion To Strike Paragraph 14 Of Objection To Motion To Allow Late Claim To Be Treated As Timely Filed* [Dkt. 1236].

        e.  **Estimated Time Required:** 30 minutes.

    2.  **JJ Doe's Late Claim Motion:** *Creditor's Motion To Allow Late Filed Claim To Be Treated As Timely* [Dkt. 1218].

        a.  **Status:** This matter is going forward.

        b.  **Objections:**

            i.  **Committee's Objection:** *The Additional Tort Claimants Committee Of Sexual Abuse Survivors' Consolidated Objection To Motions To File Claim After Bar Date* [Dkt. 1228].

        c.  **Replies:**

            i.  **JJ Doe's Reply:** *Reply To The Additional Tort Claimants Committee Of Sexual Abuse Survivors' Consolidated Objection To Motion To File Claim After Bar Date* [Dkt. 1233].

        d.  **Estimated Time Required:** 30 minutes.

B. **DEBTOR'S AND COMMITTEE'S MATTERS**

1. **Joint Settlement Conference Motion:** *Joint Motion Requesting The Court To Conduct A Settlement Conference And For Other Relief* [Dkt. 1230].

    a. **Status:** This matter is going forward.

    b. **Objections:**

        i. **ACE American's Response:** *Ace American Insurance Company's Response To Joint Motion Requesting A Settlement Conference And Other Relief* [Dkt. 1232].

        ii. **Combined Specialty's Response:** *Combined Specialty's Response To Joint Motion Requesting The Court To Conduct A Settlement Conference And For Other Relief* [Dkt. 1237].

        iii. **TIG's Response:** *Response Of TIG Insurance Company To Joint Motion Requesting The Court To Conduct A Settlement Conference* [Dkt. 1238].

        iv. **National Union's Objection:** *National Union Fire Insurance Company Of Pittsburgh, Pa.'s Limited Objection To The Joint Motion Requesting The Court To Conduct A Settlement Conference And Other Relief* [Dkt. 1239].

        v. **National Casualty's Objection:** *Objection Of National Casualty Company To Joint Motion Requesting The Court To Conduct A Settlement Conference And For Other Relief* [Dkt. 1240].

        vi. **Great American's Objection:** *Objection Of Great American Assurance Company To The Joint Motion Requesting The Court To Conduct A Settlement Conference And For Other Relief* [Dkt. 1241].

    c. **Related Documents:**

        i. **USOPC's Joinder:** *Joinder Of The United States Olympic And Paralympic Committee To Joint Motion Of Debtor And Survivors' Committee Requesting The Court To Conduct A Settlement Conference* [Dkt. 1234].

    d. **Estimated Time Required:** 45 minutes.

Dated: August 25, 2020

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*