## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**NOTICE OF PROPOSED AGENDA OF MATTERS
SCHEDULED FOR TELEPHONIC HEARING ON OCTOBER 28, 2020 AT 1:30 P.M.**

| | |
|---|---|
| **Time and Date of Hearing:** | Wednesday, October 28, 2020, at 1:30 p.m. (prevailing Eastern time) |
| **Location of Hearing:** | **The Hearing will proceed telephonically.** The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the hearing. |
| **Copies of Documents:** | Copies of all documents filed in this chapter 11 case may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court. |
| **Estimated Length of Hearing:** | 5 minutes. |

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

A.   **DEBTOR'S MATTERS**

    1.   **NTS Settlement Motion:** *Debtor's Motion To Approve Settlement With National Travel Systems LP* [Dkt. 1310].

        a.   **Status:** This matter is going forward.

        b.   **Estimated Time Required:** 5 minutes.

Dated: October 27, 2020

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*