## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**NOTICE OF JENNER & BLOCK'S MONTHLY STATEMENT FOR SERVICES RENDERED AND EXPENSES INCURRED IN OCTOBER 2020**

PLEASE TAKE NOTICE that on November 11, 2020 Jenner & Block LLP, as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case, submitted a monthly invoice for fees and expenses incurred between October 1, 2020 and October 31, 2020 (the "**October 2020 Invoice**"),[2] in accordance with the *Order Granting Debtor's Motion For Entry Of Order Establishing Procedures For Interim Compensation And Reimbursement Of Professionals* [Dkt. 187] (the "**Interim Compensation Order**").

PLEASE TAKE FURTHER NOTICE that the October 2020 Invoice, attached hereto as Exhibit A, seeks compensation for $154,802.25 in fees and $809.34 in expenses.

PLEASE TAKE FURTHER NOTICE **that any objections to the October 2020 Invoice must be filed and served upon the undersigned counsel by November 25, 2020 at 4:00 p.m. (prevailing Eastern time), in accordance with the Interim Compensation Order**.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

[2] The October 2020 Invoice is redacted to avoid the disclosure of privileged and confidential information.

PLEASE TAKE FURTHER NOTICE that, if no objection is timely filed, the Debtor shall promptly pay 80% of the fees and 100% of the expenses identified in the October 2020 Invoice, subject to final approval by the Court at a future hearing.

Dated: November 11, 2020

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*