IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: <br><br> USA GYMNASTICS,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-09108-RLM-11 |

### NOTICE OF TELEPHONIC HEARING

PLEASE TAKE NOTICE that on November 6, 2020 USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Debtor's Application For Order Authorizing The Debtor To Employ Krieg DeVault LLP As Ordinary Course Counsel Pursuant To 11 U.S.C. § 327(b), Effective As Of October 30, 2020* [Dkt. 1335] (the "**Application**"), which has been set for an expedited telephonic hearing (the "**Telephonic Hearing**") on **November 18, 2020 at 1:30 p.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE **that any objections to the Application must be filed by November 13, 2020 at 4:00 p.m. (prevailing Eastern time), via the Court's ECF system.**

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in the Telephonic Hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

PLEASE TAKE FURTHER NOTICE that copies of all pleadings may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: November 12, 2020

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*