IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

## NOTICE OF CANCELLED OMNIBUS HEARING

PLEASE TAKE NOTICE that the omnibus hearing (the "**Omnibus Hearing**") previously scheduled for **November 30, 2020 at 2:30 p.m. (prevailing Eastern time) has been cancelled** because no motions or requests for relief are set to be heard at the Omnibus Hearing.

PLEASE TAKE FURTHER NOTICE that copies of all filings in the above-captioned case may be accessed at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: November 25, 2020

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
(312) 923-2952
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.