FILED '20 NOV 30
BANKR SD INDᴀᴍ11:34

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USA GYMNASTICS, | ) | Case No. 18-09108-RLM-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### DECLARATION OF THE HONORABLE JAMES M. CARR

The Honorable James M. Carr, pursuant to 28 U.S.C. § 1746, states as follows:

1.     I am over 18 years of age and am competent to make this Declaration.

2.     This Declaration is made pursuant to S.D. Ind. B-9019-2(e)(3).

3.     On September 2, 2020, the Court entered an order designating me to mediate a dispute between the parties identified in the caption above.

4.     I have no connection with the parties or counsel involved with the controversy which in any way could affect my neutrality or impartiality:

5.     I know of no reason that would or could (a) affect my neutrality or impartiality as a mediator, or (b) result in my disqualification pursuant to the Bankruptcy Rules for the Southern District of Indiana.

6.    As a sitting judge, I will receive no compensation for the services I render as a mediator in this matter

I affirm, under the penalties for perjury, that the foregoing representations are true.

Executed on November 30, 2020

_____
The Honorable James M. Carr

## CERTIFICATE OF SERVICE

I hereby certify that, on the 30th day of November, 2020, a copy of the foregoing *Declaration of The Honorable James M. Carr* was filed electronically. Notice of this filing will be sent to registered parties through the Court's Electronic Case Filing system. Parties may access this filing through the Court's system.

_____
Kathryn Tomey
Law Clerk to The Honorable James M. Carr