IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

### NOTICE OF OMNIBUS HEARING

PLEASE TAKE NOTICE that the Court has scheduled an additional omnibus hearing (the "**Omnibus Hearing**") in this chapter 11 case for **Tuesday, December 22, 2020 at 2:30 p.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE **that, to be presented at the Omnibus Hearing, motions, applications, or other requests for relief must be filed with 21 days' notice. The Court may shorten notice for good cause shown.**

PLEASE TAKE FURTHER NOTICE that a dial-in telephone number for interested parties to participate in the Omnibus Hearing by conference call is 1-888-273-3658, passcode: 9247462#. All callers shall keep their phones muted unless addressing the Court. All callers must identify themselves and the party(ies) they represent when addressing the Court. Callers shall not place their phones on hold during the Omnibus Hearing.

PLEASE TAKE FURTHER NOTICE that copies of all filings in this chapter 11 case may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

Dated: November 30, 2020					Respectfully submitted,

													**JENNER & BLOCK LLP**

													By: /s/ *Catherine Steege*

													Catherine L. Steege (admitted *pro hac vice*)
													Dean N. Panos (admitted *pro hac vice*)
													Melissa M. Root (#24230-49)
													353 N. Clark Street
													Chicago, Illinois 60654
													Tel: (312) 923-2952
													Fax: (312) 840-7352

													csteege@jenner.com
													dpanos@jenner.com
													mroot@jenner.com

													*Counsel for the Debtor*