## **EXHIBIT A**

**Time Summary By Professional**

| | TIME SUMMARY BY PROFESSIONAL | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Full Name** | **Practice Area** | **Bar Adm.** | **Rate Year** | **Rate** | **Hours** | **Amount** |
| | ATTORNEYS | | | | | | |
| Partners | Thomas J. Perrelli | Complex Commercial Litigation | 1991 | 2020 | $1,400 | .7 | $980.00 |
| | Catherine L. Steege | Restructuring & Bankruptcy | 1982 | 2020 | $1,225 | 371.4 | $454,965.00 |
| | Dean N. Panos | Complex Commercial Litigation | 1990 | 2020 | $1,125 | 327.0 | $367,875.00 |
| | John H. Mathias, Jr. | Complex Commercial Litigation | 1972 | 2020 | $1,100 | 1.0 | $1,100.00 |
| | Gayle E. Littleton | Investigations, Compliance, and Defense | 1999 | 2020 | $1,025 | 28.3 | $29,007.50 |
| | Melissa M. Root | Restructuring & Bankruptcy | 2003 | 2020 | $975 | 307.1 | $299,422.50 |
| | David M. Kroeger | Complex Commercial Litigation | 1990 | 2020 | $950 | .5 | $475.00 |
| | Emily M. Loeb | Investigations, Compliance and Defense | 2010 | 2020 | $950 | 3.1 | $2,945.00 |
| | Keri Holleb Hotaling | Complex Commercial Litigation | 2000 | 2020 | $925 | 52.7 | $48,747.50 |
| | Sarah E. Haddy | Employee Benefits | 2009 | 2020 | $900 | 4.0 | $3,600.00 |
| | **Partner Total** | | | | | **1,095.8** | **$1,209,117.50** |
| Associates | William R. Weaver | Complex Commercial Litigation | 2014 | 2020 | $790 | 1.2 | $948.00 |
| | William A. Williams | Restructuring & Bankruptcy | 2017 | 2020 | $630 | .1 | $63.00 |
| | Laura E. Pelanek | Litigation | 2004 | 2020 | $585 | 97.2 | $56,862.00 |
| | Adam T. Swingle | Restructuring & Bankruptcy | 2018 | 2020 | $570 | 333.70 | $190,209.00 |
| | **Associate Total** | | | | | **432.2** | **$248,082.00** |
| Staff Attorneys | Alexander Ghantous | Litigation | 2013 | 2020 | $440 | 45.3 | $19,932.00 |
| | Alvin Hsieh | Litigation | 2009 | 2020 | $440 | 4.3 | $1,892.00 |
| | Angelina E. Clarke-Smith | Litigation | 2011 | 2020 | $440 | 40.3 | $17,732.00 |
| | **Staff Attorney Total** | | | | | **89.9** | **$39,556.00** |
| | **ATTORNEY TOTAL** | | | | | **1,617.9** | **$1,496,755.50** |

| | Full Name | Practice Area | Bar Adm. | Rate Year | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | PARAPROFESSIONALS | | | | | | |
| **Paraprofessionals** | Toi Hooker | Restructuring & Bankruptcy | N/A | 2020 | $400 | 45.5 | $18,200.00 |
| | Jessica M. Merkouris | Litigation | N/A | 2020 | $400 | 19.6 | $7,840.00 |
| | Mary F. Patston | Litigation | N/A | 2020 | $355 | 2.0 | $710.00 |
| | Catherine R. Caracci | Litigation | N/A | 2020 | $355 | 6.7 | $2,378.50 |
| | Marc A. Patterson | Restructuring & Bankruptcy | N/A | 2020 | $230 | 19.7 | $4,531.00 |
| | Annette M. Young | Litigation | N/A | 2020 | $230 | .3 | $69.00 |
| | **PARAPROFESSIONAL TOTAL** | | | | | 93.8 | $33,728.50 |
| | **TOTAL** | | | | | 1,711.7 | $1,530,484.00 |
| | **LESS 10% DISCOUNT ON ALL MATTERS EXCEPT NON-WORKING TRAVEL AND 50% DISCOUNT ON NON-WORKING TRAVEL** | | | | | | $153,048.40 |
| | **GRAND TOTAL** | | | | | | $1,377,435.60 |