## **EXHIBIT B**

**Summary of Jenner & Block LLP's Blended Hourly Rates**

**Summary of Jenner & Block LLP's Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
|---|---|---|
| | Worked and Billed January 2020 – December 2020 (Excluding Bankruptcy Matters) | Billed in this Fee Application |
| **Partner** | $857 | $1,103.41 |
| Partner – Sr. (20+ years) | $902 | $1,155.51 |
| Partner – Mid (13-19 years) | $848 | $975.00 |
| Partner – Jr. (0-12 years) | $746 | $921.83 |
| **Associate** | $561 | $574.00 |
| Associate – Sr. (5+ years) | $633 | $587.50 |
| Associate – Mid (4-5 years) | $628 | $630.00 |
| Associate – Jr. (0-3 years) | $531 | $570.00 |
| **Staff Attorney** | $408 | $440.00 |
| **Paraprofessionals** | $307 | $359.58 |
| **Blended Rate for All Attorneys** | $671 | $925.12 |
| **Blended Rate for All Timekeepers** | $625 | $894.13 |