## **EXHIBIT C**

**Summary Of Expenses**

## SUMMARY OF EXPENSES

| EXPENSES | AMOUNT |
|---|---:|
| Court Fees | $914.00 |
| Lexis Research | $2,325.51 |
| PACER Charges | $762.80 |
| Photocopy & Related Expenses | $1,042.63 |
| Postage Expense | $6.00 |
| Special Messenger Service | $1,540.99 |
| Telephone Expense | $.88 |
| Transcripts (Court Hearings) | $1,643.75 |
| Transcripts (Depositions) | $4,503.40 |
| UPS | $55.98 |
| Westlaw Research | $3,887.14 |
| **TOTAL EXPENSES** | **$16,683.08** |