## __EXHIBIT D__

**Detailed Expense Records Of Jenner & Block LLP**

# April 2020

LAW OFFICES

### JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                          **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 3.20 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 3.50 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | .80 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 1.40 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 1.30 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | .70 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 6.30 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 2.20 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | .60 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 1.00 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | .70 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 5.70 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 1.10 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 5.50 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 13.30 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 3.50 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 21.40 |
| 4/20/20 | Color Copy | .50 |
| 4/20/20 | B&W Copy | 2.86 |
| 4/29/20 | Soundpath Teleconferencing 03/19/2020 | .88 |
| 4/30/20 | Westlaw Research | 1,071.74 |
| 4/30/20 | Westlaw Research | 111.67 |
| | TOTAL DISBURSEMENTS | $ 1,259.85 |

MATTER 10172 TOTAL                                                                                        $ 1,259.85

# May 2020

LAW OFFICES

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                          **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 16.10 |
| 4/20/20 | 04/20/2020 UPS Delivery Service 1Z6134380198745701 | 11.97 |
| 5/18/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 05/18/ 2020 | 350.00 |
| 5/18/20 | B&W Copy | 48.40 |
| 5/19/20 | B&W Copy | 64.13 |
| 5/31/20 | Lexis Research | 167.98 |
| 5/31/20 | Westlaw Research | 31.84 |
| | TOTAL DISBURSEMENTS | $ 690.42 |

MATTER 10172 TOTAL                                                                      $ 690.42

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---|
| 4/30/20 | 04/30/2020 UPS Delivery Service 1Z6134380199582840 | 7.86 |
| | TOTAL DISBURSEMENTS | $ 7.86 |

# June 2020

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 6/02/20 | B&W Copy | 88.00 |
| 6/03/20 | Color Copy | 1.50 |
| 6/03/20 | B&W Copy | 23.54 |
| 6/05/20 | B&W Copy | 117.59 |
| 6/08/20 | B&W Copy | 161.15 |
| 6/09/20 | Other Professional Services; J&J COURT TRANSCRIBERS, INC.; 06/09/2020; Federal Court Daily on 06/09/2020. | 399.30 |
| 6/10/20 | B&W Copy | 24.31 |
| 6/11/20 | B&W Copy | 63.80 |
| 6/12/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 06/12/ 2020 | 298.00 |
| 6/12/20 | B&W Copy | 11.44 |
| 6/15/20 | B&W Copy | 46.64 |
| 6/18/20 | B&W Copy | 85.36 |
| 6/19/20 | Other Professional Services; J&J COURT TRANSCRIBERS, INC.; 06/19/2020; Federal Court Daily on 06/08/2020. | 266.20 |
| 6/22/20 | US Messenger & Logistics 05/19/2020 | 67.84 |
| 6/22/20 | US Messenger & Logistics 05/19/2020 | 18.74 |
| 6/22/20 | US Messenger & Logistics 05/19/2020 | 45.80 |
| 6/22/20 | US Messenger & Logistics 05/19/2020 | 64.00 |
| 6/22/20 | US Messenger & Logistics 05/26/2020 | 45.58 |
| 6/22/20 | B&W Copy | 5.17 |
| 6/30/20 | Lexis Research | 346.22 |
| 6/30/20 | Westlaw Research | 993.90 |
| 6/30/20 | Westlaw Research | 9.39 |
| 6/30/20 | B&W Copy | .66 |
| 6/30/20 | 06/30/2020 UPS Delivery Service 1Z6134380196786073 | 7.69 |
| | TOTAL DISBURSEMENTS | $ 3,191.82 |

MATTER 10172 TOTAL                                                 $ 3,191.82

# July 2020

LAW OFFICES

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 7/02/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 07/02/ 2020 | 70.00 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 1.50 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 73.70 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 7.90 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 7.00 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 52.10 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 40.40 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 3.50 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 4.40 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | .80 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 9.10 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | .40 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 17.10 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 7.90 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 1.60 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 5.80 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 12.40 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .60 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 4.40 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .60 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 17.50 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .10 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 51.10 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 63.60 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 2.00 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 8.30 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---|
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 3.60 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 32.10 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .60 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .60 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 56.60 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 19.90 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 1.70 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 18.80 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 6.30 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .70 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 2.40 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .20 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 2.00 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .90 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .60 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 2.60 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .90 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 1.40 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .80 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 1.20 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .50 |
| 7/09/20 | US Messenger 06/02/2020 | 68.02 |
| 7/09/20 | US Messenger 06/03/2020 | 69.69 |
| 7/09/20 | US Messenger 06/03/2020 | 33.32 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 7/09/20 | US Messenger 06/05/2020 | 46.70 |
| 7/09/20 | US Messenger 06/05/2020 | 22.03 |
| 7/09/20 | US Messenger 06/05/2020 | 46.70 |
| 7/09/20 | US Messenger 06/08/2020 | 69.50 |
| 7/09/20 | US Messenger 06/08/2020 | 69.50 |
| 7/09/20 | US Messenger 06/10/2020 | 69.50 |
| 7/09/20 | US Messenger 06/11/2020 | 46.70 |
| 7/09/20 | US Messenger 06/11/2020 | 104.54 |
| 7/09/20 | US Messenger 06/12/2020 | 69.69 |
| 7/21/20 | 06/30/20 Quarterly Pacer Charge | 28.90 |
| 7/22/20 | Other Professional Services; J&J COURT TRANSCRIBERS, INC.; 07/22/2020; Federal Court Daily on 7/15/2020. | 314.60 |
| 7/24/20 | US Messenger 06/15/2020 | 69.50 |
| 7/24/20 | US Messenger 06/15/2020 | 46.56 |
| 7/24/20 | US Messenger 06/18/2020 | 69.50 |
| 7/24/20 | US Messenger 06/18/2020 | 33.32 |
| 7/24/20 | US Messenger 06/22/2020 | 105.24 |
| 7/30/20 | B&W Copy | 2.97 |
| | TOTAL DISBURSEMENTS | $ 2,004.68 |

MATTER 10172 TOTAL                                                    $ 2,004.68

# August 2020

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                                **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 8/03/20 | B&W Copy | 17.27 |
| 8/06/20 | Other -, ELAN CORPORATE PAYMENT SYSTEMS, 08/06/202 0 | 1,592.80 |
| 8/06/20 | Transcripts - Court Appearance; J&J COURT TRANSCRIBERS, INC.; 08/06/2020; Federal Court Daily on 7/29/2020. | 108.00 |
| 8/07/20 | Other -, ELAN CORPORATE PAYMENT SYSTEMS, 08/07/202 0 | 932.50 |
| 8/07/20 | Other -, ELAN CORPORATE PAYMENT SYSTEMS, 08/07/202 0 | 1,978.10 |
| 8/10/20 | B&W Copy | 119.13 |
| 8/10/20 | B&W Copy | 31.13 |
| 8/11/20 | Transcripts - Court Appearance; J&J COURT TRANSCRIBERS, INC.; 08/11/2020; Federal Court Daily on 8/4/2020. | 259.20 |
| 8/25/20 | B&W Copy | .44 |
| 8/31/20 | Lexis Research | 201.85 |
| 8/31/20 | Westlaw Research | 528.90 |
| 8/31/20 | Other Professional Services; J&J COURT TRANSCRIBERS, INC.; 08/31/2020; federal Court Daily on 8/26/2020. | 296.45 |
| 8/31/20 | B&W Copy | 32.67 |
| | TOTAL DISBURSEMENTS | $ 6,098.44 |

MATTER 10172 TOTAL                                                                $ 6,098.44

# September 2020

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                        **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 9/02/20 | US Messenger 08/10/2020 | 69.97 |
| 9/02/20 | US Messenger 08/11/2020 | 69.69 |
| 9/02/20 | US Messenger 08/10/2020 | 49.67 |
| 9/21/20 | Postage Expense | 6.00 |
| 9/21/20 | B&W Copy | 6.38 |
| 9/23/20 | B&W Copy | 22.66 |
| 9/23/20 | 09/23/2020 UPS Delivery Service 1Z6134380196680365 | 14.58 |
| 9/29/20 | Color Copy | 11.25 |
| 9/30/20 | Lexis Research | 305.47 |
| 9/30/20 | Westlaw Research | 396.24 |
| | TOTAL DISBURSEMENTS | $ 951.91 |

MATTER 10172 TOTAL                                                          $ 951.91

# October 2020

LAW OFFICES

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 8/27/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 08/27/ 2020 | 196.00 |
| 10/01/20 | B&W Copy | 20.13 |
| 10/05/20 | B&W Copy | 18.15 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | .90 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | 3.70 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | .30 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | .20 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | .50 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | 3.20 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | 16.10 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | 24.50 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | 5.00 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | .70 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | .20 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | 2.30 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | 3.20 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | .80 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | .30 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | 6.60 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | .10 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | 3.30 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | 3.10 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | .30 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | 5.70 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | .80 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | .90 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | 8.70 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | 5.10 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | .90 |
| 10/14/20 | U.S. Messenger 10/01/2020 | 69.69 |
| 10/16/20 | B&W Copy | 3.30 |
| 10/26/20 | B&W Copy | 12.10 |
| 10/31/20 | Lexis Research | 108.84 |
| 10/31/20 | Westlaw Research | 283.73 |
| | TOTAL DISBURSEMENTS | $ 809.34 |

MATTER 10172 TOTAL $ 809.34

# November 2020

### JENNER & BLOCK LLP

**EXPENSES**                                                      **MATTER NUMBER - 10172**

| Date | Description | Amount |
|---|---|---|
| 10/26/20 | 10/26/2020 UPS Delivery Service 1Z6134380198102806 | 13.88 |
| 11/30/20 | Lexis Research | 1,195.15 |
| 11/30/20 | Westlaw Research | 459.73 |
| | TOTAL DISBURSEMENTS | $ 1,668.76 |

MATTER 10172 TOTAL                                               $ 1,668.76