# **EXHIBIT E**

**Time Summary By Matter Category**

| TIME SUMMARY BY CATEGORY | | | | | |
|---|---|---|---|---|---|
| Matter | Full Name | Rate Year | Billing Rate | Time | Amount |
| **MEDIATION – 10229** | | | | | |
| | Catherine L. Steege | 2020 | $1,225 | 168.8 | $206,780.00 |
| | Dean N. Panos | 2020 | $1,125 | 217.0 | $244,125.00 |
| | Melissa M. Root | 2020 | $975 | 123.4 | $120,315.00 |
| | Adam T. Swingle | 2020 | $570 | 25.0 | $14,250.00 |
| | Jessica M. Merkouris | 2020 | $400 | 4.6 | $1,840.00 |
| | **Total** | | | **538.8** | **$587,310.00** |
| **PLAN OF REORGANIZATION & DISCLOSURE STATEMENT – 10075** | | | | | |
| | Catherine L. Steege | 2020 | $1,225 | 58.9 | $72,152.50 |
| | Dean N. Panos | 2020 | $1,125 | 26.8 | $30,150.00 |
| | Melissa M. Root | 2020 | $975 | 58.6 | $57,135.00 |
| | Sarah E. Haddy | 2020 | $900 | 4.0 | $3,600.00 |
| | Adam T. Swingle | 2020 | $570 | 52.3 | $29,811.00 |
| | Toi D. Hooker | 2020 | $400 | 2.0 | $800.00 |
| | Marc A. Patterson | 2020 | $230 | 1.1 | $253.00 |
| | **Total** | | | **203.7** | **$193,901.50** |
| **CLAIMS ADMINISTRATION & OBJECTIONS – 10083** | | | | | |
| | Catherine L. Steege | 2020 | $1,225 | 1.2 | $1,470.00 |
| | Melissa M. Root | 2020 | $975 | 7.4 | $7,215.00 |
| | William A. Williams | 2020 | $630 | .1 | $63.00 |
| | Adam T. Swingle | 2020 | $570 | 12.9 | $7,353.00 |
| | Toi D. Hooker | 2020 | $400 | 6.3 | $2,520.00 |
| | Catherine R. Caracci | 2020 | $355 | 4.5 | $1,597.50 |
| | Marc A. Patterson | 2020 | $230 | .4 | $92.00 |
| | **Total** | | | **32.8** | **$20,310.50** |
| **USOPC NEGOTIATIONS & SECTION 8 PROCEEDING – 10067** | | | | | |
| | Thomas J. Perrelli | 2020 | $1,400 | .7 | $980.00 |
| | Catherine L. Steege | 2020 | $1,225 | 4.1 | $5,022.50 |
| | Dean N. Panos | 2020 | $1,125 | 2.0 | $2,250.00 |
| | Melissa M. Root | 2020 | $975 | .6 | $585.00 |
| | Emily M. Loeb | 2020 | $950 | 2.5 | $2,375.00 |
| | William R. Weaver | 2020 | $790 | 1.2 | $948.00 |
| | Adam T. Swingle | 2020 | $570 | 5.80 | $3,306.00 |
| | **Total** | | | **16.9** | **$15,466.50** |
| **ROUTINE MOTIONS – 10113** | | | | | |
| | Catherine L. Steege | 2020 | $1225 | .2 | $245.00 |
| | Melissa M. Root | 2020 | $975 | 7.3 | $7,117.50 |
| | Adam T. Swingle | 2020 | $570 | 21.7 | $12,369.00 |
| | **Total** | | | **29.2** | **$19,731.50** |

| **PAYCHECK PROTECTION PROGRAM – 10261** | | | | | |
|---|---|---|---|---|---|
| | Catherine L. Steege | 2020 | $1,225 | 31.5 | $38,587.50 |
| | Melissa M. Root | 2020 | $975 | 16.0 | $15,600.00 |
| | Adam T. Swingle | 2020 | $570 | 100.8 | $57,456.00 |
| | Mary F. Patston | 2020 | $355 | 2.0 | $710.00 |
| | Annette M. Young | 2020 | $230 | .3 | $69.00 |
| | **Total** | | | **150.6** | **$112,422.50** |
| **INVESTIGATIONS – 10211** | | | | | |
| | Catherine L. Steege | 2020 | $1,225 | 7.7 | $9,432.50 |
| | Dean N. Panos | 2020 | $1,125 | 2.1 | $2,362.50 |
| | Gayle E. Littleton | 2020 | $1,025 | 28.3 | $29,007.50 |
| | Melissa M. Root | 2020 | $975 | 1.7 | $1,657.50 |
| | Emily M. Loeb | 2020 | $950 | .6 | $570.00 |
| | Keri Holleb Hotaling | 2020 | $925 | 52.4 | $48,470.00 |
| | Laura E. Pelanek | 2020 | $585 | 4.0 | $2,340.00 |
| | Jessica M. Merkouris | 2020 | $400 | 4.0 | $1,600.00 |
| | **Total** | | | **100.8** | **$95,440.00** |
| **DOCUMENT PRODUCTION TO GOVERMENTAL ENTITIES – 10253** | | | | | |
| | Keri Holleb Hotaling | 2020 | $925 | .3 | $277.50 |
| | Laura E. Pelanek | 2020 | $585 | 93.2 | $54,522.00 |
| | Angelina E. Clarke-Smith | 2020 | $440 | 40.3 | $17,732.00 |
| | Alexander N. Ghantous | 2020 | $440 | 45.3 | $19,932.00 |
| | Alvin Hsieh | 2020 | $440 | 4.3 | $1,892.00 |
| | Toi D. Hooker | 2020 | $400 | 2.2 | $880.00 |
| | Jessica M. Merkouris | 2020 | $400 | 3.5 | $1,400.00 |
| | **Total** | | | **189.1** | **$96,635.50** |
| **ATTENDANCE AT COURT HEARINGS – 10121** | | | | | |
| | Catherine Steege | 2020 | $1,225 | 4.6 | $5,635.00 |
| | Dean N. Panos | 2020 | $1,125 | 2.5 | $2,812.50 |
| | Melissa M. Root | 2020 | $975 | 4.8 | $4,680.00 |
| | Adam T. Swingle | 2020 | $570 | 1.2 | $684.00 |
| | **Total** | | | **13.1** | **$13,811.50** |

2

| CASE ADMINISTRATION – 10199 | | | | | |
|---|---|---|---|---|---|
| | Catherine L. Steege | 2020 | $1,225 | 8.7 | $10,657.50 |
| | Melissa M. Root | 2020 | $975 | 8.9 | $8,677.50 |
| | Adam T. Swingle | 2020 | $570 | 16.3 | $9,291.00 |
| | Toi Hooker | 2020 | $400 | 9.4 | $3,760.00 |
| | Catherine R. Caracci | 2020 | $355 | 1.8 | $639.00 |
| | Marc A. Patterson | 2020 | $230 | 5.5 | $1,265.00 |
| | **Total** | | | **50.6** | **$34,290.00** |
| **THIRD PARTY INJUNCTIONS – 10202** | | | | | |
| | Catherine L. Steege | 2020 | $1,225 | .7 | $857.50 |
| | **Total** | | | **.7** | **$857.50** |
| **STAY RELATED MATTERS – 10181** | | | | | |
| | Melissa M. Root | 2020 | $975 | .4 | $390.00 |
| | **Total** | | | **.4** | **$390.00** |
| **REPORTING & U.S. TRUSTEE COMMUNICATIONS – 10156** | | | | | |
| | Melissa M. Root | 2020 | $975 | 1.7 | $1,657.50 |
| | **Total** | | | **1.7** | **$1,657.50** |
| **COMMUNICATIONS WITH SURVIVORS' COMMITTEE – 10148** | | | | | |
| | Catherine L. Steege | 2020 | $1,225 | .1 | $122.50 |
| | **Total** | | | **.1** | **$122.50** |
| **COMMUNICATIONS WITH THE BOARD & ATTENDANCE AT BOARD MEETINGS – 10138** | | | | | |
| | Dean N. Panos | 2020 | $1,125 | 2.9 | $3,262.50 |
| | **Total** | | | **2.9** | **$3,262.50** |
| **FEE PETITION & PROFESSSIONAL RETENTION – 10091** | | | | | |
| | Catherine L. Steege | 2020 | $1,225 | 4.0 | $4,900.00 |
| | Melissa Root | 2020 | $975 | 21.5 | $20,962.50 |
| | Adam T. Swingle | 2020 | $570 | 45.3 | $25,821.00 |
| | Toi Hooker | 2020 | $400 | 25.6 | $10,240.00 |
| | Marc A. Patterson | 2020 | $230 | 12.7 | $2,921.00 |
| | **Total** | | | **109.1** | **$64,844.50** |

3

| INSURANCE COVERAGE ISSUES – 10059 | | | | | |
|---|---|---|---|---|---|
| | Catherine L. Steege | 2020 | $1,225 | 80.9 | $99,102.50 |
| | Dean N. Panos | 2020 | $1,125 | 73.7 | $82,912.50 |
| | John H. Mathias Jr. | 2020 | $1,100 | 1.0 | $1,100.00 |
| | Melissa M. Root | 2020 | $975 | 54.8 | $53,430.00 |
| | David M. Kroeger | 2020 | $950 | .5 | $475.00 |
| | Adam T. Swingle | 2020 | $570 | 52.4 | $29,868.00 |
| | Jessica M. Merkouris | 2020 | $400 | 7.5 | $3,000.00 |
| | Catherine R. Caracci | 2020 | $355 | .4 | $142.00 |
| | **Total** | | | **271.2** | **$270,030.00** |
| **Sub-Total** | | | | **1,711.7** | **$1,530,484.00** |
| **Less 10% Discount On All Matters Except Non-Working Travel And 50% Discount On Non-Working Travel** | | | | | $153,048.40 |
| **GRAND TOTAL** | | | | | **$1,377,435.60** |

4