## EXHIBIT G

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>         Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**ORDER GRANTING SECOND INTERIM APPLICATION OF JENNER & BLOCK LLP AS COUNSEL TO USA GYMNASTICS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2020 THROUGH NOVEMBER 30, 2020**

This matter came before the Court on the *Second Interim Application Of Jenner & Block LLP As Counsel To USA Gymnastics For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred From April 1, 2020 Through November 30, 2020* (the "**Application**"), filed by Jenner & Block LLP ("**Jenner & Block**") as counsel to the debtor and

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

debtor in possession (the "**Debtor**"), for the entry of an order pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, the *Order Granting Debtor's Application For Order Authorizing The Debtor To Employ Jenner & Block LLP As Counsel Pursuant To 11 U.S.C. § 327(a), Effective As Of The Petition Date* [Dkt. 188], the *Order Granting Debtor's Motion For Entry Of Order Establishing Procedures For Interim Compensation And Reimbursement Of Professionals* [Dkt. 187] (the "**Interim Compensation Order**"), and the *United States Trustee's Guidelines For Reviewing Applications For Compensation And Reimbursement Of Expenses Filed Under 11 U.S.C. § 330 By Attorneys In Large Chapter 11 Cases Effective As Of November 1, 2013*; and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (iii) the legal and factual bases set forth in the Application establish just cause for the relief requested therein; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Application should be GRANTED.

IT IS HEREBY ORDERED:

1.       The Application is granted as set forth herein.

2.       Compensation to Jenner & Block for professional services rendered beginning on April 1, 2020 through and including November 30, 2020 (the "**Second Interim Period**") is allowed on an interim basis in the amount of $1,377,435.60.

3.       Reimbursement to Jenner & Block for expenses incurred during the Second Interim Period is allowed on an interim basis in the amount of $16,683.08.

4.      The Debtor is authorized to pay Jenner & Block all fees and expenses allowed on an interim basis by this Order, including the 20% of Jenner & Block's fees generated during the Second Interim Period but subject to holdback under the Interim Compensation Order.

5.      The allowance of interim compensation and expenses by this Order is without prejudice to Jenner & Block's right to seek additional compensation for services performed and expenses incurred during the Second Interim Period.

6.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###