UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

In re: USA Gymnastics

Case No. 18-09108
01/01-01/31/2021

## MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Debtor Statement |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | X |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Post Petition Taxes | | | | X |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of Aged Accounts Payable | MOR-4a | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-6 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this monthly operating report (including attached supporting documentation) is true and correct to the best of my knowledge, information and belief.

/s/ Bernadette M. Barron                                             02/15/2021
Signature of Debtor                                                      Date
Bernadette M. Barron
Chief Financial Officer

Note:
The last four digits of the Debtor's federal tax identification number are 7871.
The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information herein is unaudited and subject to future adjustment. Certain assumtptions have been made as noted herein.

In re: USA Gymnastics                                                Case No. 18-09108
                                                                     01/01-01/31/2021

**RELATED DEBTORS**

None

Case 18-09108-RLM-11   Doc 1434   Filed 02/22/21   EOD 02/22/21 19:00:58   Pg 3 of 15

In re: USA Gymnastics  Case No. 18-09108
01/01-01/31/2021

## GENERAL NOTES

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles ("GAAP") in all material respects.  In addition, the financial statements and supplemental information contained herein is provided to fulfill the requirements of the Office of the United States Trustee and have been derived from the books and records of the Debtor existing at the time the Debtor filed its respective petition for relief under chapter 11 of the Bankruptcy Code or based on records. The Debtor cannot guarantee the reliability of the information contained in the general ledgers and other books and records that were prepared by their former management.  Further, the amounts included herein may differ materially from the amounts set forth in any of the Debtors' Schedules of Assets and Liabilities and/or the Debtor's Statement of Financial Affairs.

The Debtor is reporting preliminary financial information that may be subject to substantial and material revision based upon further review, year-end analysis and/or tax return adjustments.

The Internal Revenue Service has ruled both the Organization and Foundation qualify under Section 501(c)(3) of the Internal Revenue Code and, are therefore, generally not subject to income taxation under present income tax laws. Payroll taxes are inclusive of the amount collected by Paychex and can be made available by request.

Insurance Receivables and Contingent Liability are recorded in accordance with the 2017 Audited Financial Statements.

The Debtors reserve the right to amend or supplement the information contained in this report.

In re: USA Gymnastics  
Case No. 18-09108  
01/01-01/31/2021

**MOR-1**
**RECEIPTS & DISBURSEMENTS REPORT**

| | PNC Bank Acct #7647 | PNC Bank Acct #8792 | PNC Bank Acct #0228 | PNC Bank Acct #2009 | PNC Bank Acct #2326 | PNC Bank Acct #6923 | BMO Bank Acct #7259 | Total |
|---|---|---|---|---|---|---|---|---|
| **Beginning Book Cash** | | | | | | | | |
| Opening Book Balance | **7,243,393.81** | **6,859.73** | **46,445.87** | **599,975.00** | **10,006.55** | **1,677,883.77** | **0.00** | **9,584,564.73** |
| **RECEIPTS** | | | | | | | | |
| Accounts Receivable Collections | | | | | | | | 0.00 |
| Interest | | 0.16 | 1.14 | | | | | 1.30 |
| Merchandise Sales | 368.77 | | 3,885.17 | | | | | 4,253.94 |
| Legal Reimbursements | | | | | | | | 0.00 |
| Reimbursement from USAG State and Regions | | | | | | | | 0.00 |
| Membership /Sanctions/ Congress Registration | 689,489.88 | | | | | | | 689,489.88 |
| Sales / Receipts | 38,043.92 | | | 25.00 | | | | 38,068.92 |
| Transfers | | | | | | | | 0.00 |
| USOPC Grant Funding | 558,750.00 | | | | | | | 558,750.00 |
| USOPC Funding/NGF | | | | | | | | 0.00 |
| **TOTAL RECEIPTS** | **1,286,652.57** | **0.16** | **3,886.31** | **25.00** | **0.00** | **0.00** | **0.00** | **1,290,564.04** |
| **DISBURSEMENTS** | | | | | | | | |
| Athlete Support/Apparel | 2,757.69 | | | | | | | 2,757.69 |
| Bank Charges/Fees/Unprocessed Voids | 13,671.02 | | 1,802.63 | | | | | 15,473.65 |
| Computer Related Expenses | 10,682.72 | | | | | | | 10,682.72 |
| Contract Labor | 68,857.65 | | | | | | | 68,857.65 |
| Dues/Subscriptions/Licenses | 2,660.67 | | | | | | | 2,660.67 |
| Employee Retirement Plan Funding | 0.00 | | | | | | | 0.00 |
| Equipment Purchased | 4,708.14 | | | | | | | 4,708.14 |
| Event Related Expenses | 98,773.07 | | | | | | | 98,773.07 |
| Expenses Paid on Behalf of State/Region | 0.00 | | | | | | | 0.00 |
| Insurance/Employee Benefits | 69,429.57 | | | | | | | 69,429.57 |
| Misc Administrative Expenses | 62,904.80 | 722.92 | | | | | | 63,627.72 |
| Payroll Including Related Taxes | 375,585.72 | | | | | | | 375,585.72 |
| Printing/Postage/Freight | 12,839.27 | | | | | | | 12,839.27 |
| Professional Fees | 53,419.53 | | | | | | | 53,419.53 |
| Professional Fees - Bankruptcy | 220,000.00 | | | | | | | 220,000.00 |
| Purchased Services | | | | | | | | 0.00 |
| Refunds/Returns/Voided Payments | | | | | | | | 0.00 |
| Rent - Building/Parking | 23,715.34 | | | | | | | 23,715.34 |
| Rental Property Equipment | | | | | | | | 0.00 |
| Repairs and Maintenance | 991.22 | | | | | | | 991.22 |
| Supplies | 2,852.97 | | | | | | | 2,852.97 |
| Transfers | 0.00 | | | | | | | 0.00 |
| Travel and Entertainment | 375.26 | | | | | | | 375.26 |
| U.S. Trustee Quarterly Fees | 0.00 | | | | | | | 0.00 |
| Utilities/Telephone | 11,384.13 | | | | | | | 11,384.13 |
| **TOTAL DISBURSEMENTS** | **1,035,608.77** | **722.92** | **1,802.63** | **0.00** | **0.00** | **0.00** | **0.00** | **1,038,134.32** |
| | | | | | | | | |
| NET CASH FLOW (Receipts Less Disbursements) | 251,043.80 | (722.76) | 2,083.68 | 25.00 | 0.00 | 0.00 | 0.00 | 252,429.72 |
| | | | | | | | | |
| **CASH - END OF MONTH** | **7,494,437.61** | **6,136.97** | **48,529.55** | **600,000.00** | **10,006.55** | **1,677,883.77** | **0.00** | **9,836,994.45** |
| Special Purpose Funds | | | | 600,000.00 | 10,006.55 | 1,677,883.77 | | 2,287,890.32 |

**BANK RECONCILIATIONS**

| | PNC Bank Acct #7647 | PNC Bank Acct #8792 | PNC Bank Acct #0228 | PNC Bank Acct #2326 | PNC Bank Acct #2010 | PNC Bank Acct #3829 | | Total |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | **7,494,437.61** | **6,136.97** | **48,529.55** | **600,000.00** | **10,006.55** | **1,677,883.77** | **0.00** | **9,836,994.45** |
| | | | | | | | | |
| BANK BALANCE | 7,702,364.87 | 6,136.97 | 48,529.55 | 600,000.00 | 10,006.55 | 1,677,883.77 | 0.00 | 10,044,921.71 |
| (+) DEPOSITS IN TRANSIT | | | | | | | | 0.00 |
| (-) OUTSTANDING CHECKS | (207,927.26) | | | | | | | (207,927.26) |
| OTHER (ATTACH EXPLANATION) | | | | | | | | 0.00 |
| ADJUSTED BANK BALANCE* | 7,494,437.61 | 6,136.97 | 48,529.55 | 600,000.00 | 10,006.55 | 1,677,883.77 | 0.00 | 9,836,994.45 |

*Adjusted bank balance must equal balance per books.

| **DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | | | | | | | 1,038,134.32 |
| Less:  Transfers | | | | | | | | 0.00 |
| Plus:  Estate Disbursements Made by Outside Source | | | | | | | | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | | | | | | | | 1,038,134.32 |

In re: USA Gymnastics                                                                 Case No. 18-09108
                                                                                      01/01-01/31/2021

## MOR-1a
### DECLARATION REGARDING THE BANK RECONCILIATION

Bernadette M. Barron, hereby declares and states:

I am the Chief Financial Officer for the above-captioned debtor. In this capacity, I am familiar with the day-to-day operations, business affairs and books and records.

Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of the operations and finances of USA Gymnastics and information learned from my review   All statements in the Declaration are based on my personal knowledge, my review of the relevant documents and discussions with certain employees of the Debtor.

To the best of my knowledge, all of the Debtor's bank balances are reconciled in an accurate and timely manner.

Dated:        02/15/2021                              /s/ Bernadette M. Barron
                                                      Bernadette M. Barron
                                                      Chief Financial Officer

**In re: USA Gymnastics**

Case No. 18-09108
01/01-01/31/2021

**MOR-1b**
**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Inception-To-Date Fees | Inception-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Jenner & Block | 12/5/18-12/31/20 | 5,759,348 | USAG | | | | | 2,887,674 | 111,471 |
| Miller Johnson | 12/5/18-12/31/20 | 1,603,232 | USAG | 1224W | 1/14/21 | 150,000 | | 1,015,504 | 37,970 |
| Pachulski, Stang, Ziehl & Jones | 12/5/18-10/31/20 | 2,623,837 | USAG | 92580 | 1/29/21 | 65,000 | | 1,864,643 | 43,578 |
| Plews Shadley Racher & Braum | 12/5/18-1/31/21 | 2,864,481 | USAG | | | | | 1,172,359 | 50,099 |
| Barnes & Thornburg | 12/5/18-4/30/20 | 212,990 | USAG | | | | | 88,781 | 1,682 |
| Rubin & Levin | 12/5/18-12/31/20 | 375,499 | USAG | | | | | 259,953 | 7,134 |
| Development Specialists, Inc. | 5/15/19-12/31/20 | 148,527 | USAG | 92579 | 1/29/21 | 5,000 | | 123,351 | 123 |
| FrankGecker LLP | 5/28/19-12/31/20 | 149,129 | USAG | | | | | 105,538 | 326 |
| **Totals** | | **13,737,043** | | | | **220,000** | **0** | **7,517,803** | **252,383** |

In re: USA Gymnastics						Case No. 18-09108
								01/01-01/31/2021

## MOR-2
## STATEMENT OF OPERATIONS

| REVENUE | | EXPENSES | |
|---|---:|---|---:|
| | | Marketing | 110 |
| Marketing | 315 | Event: American Cup | 278 |
| Events | | Event: Championships | 278 |
| Event: Winter Cup | 5,550 | Events: Other | 14,945 |
| Total Marketing and Events | 5,865 | Total Marketing and Events | 15,611 |
| | | | |
| Communications | - | | |
| New Media | 7,236 | Membership | - |
| Total Communications | 7,236 | Congress | - |
| | | Education | 11,761 |
| Women | - | Merchandising | 1,803 |
| Men | 900 | Safe Sport | 47,177 |
| T&T | - | Total Member Services | 60,741 |
| RSG | 1,100 | | |
| Sports Acro | - | Communications | - |
| Mulit-Discipline | - | Content | - |
| Gym for all | - | New Media | 4,255 |
| Total Program | 2,000 | Total Communications | 4,255 |
| | | | |
| Membership | 700,000 | Women | 79,565 |
| Congress | - | Men | 86,836 |
| Education | 60,442 | T&T | 16,045 |
| Merchandising | 4,254 | Rhythmic | 15,342 |
| Total Member Services | 764,696 | Sports Acro | 1,500 |
| | | Multi Discipline | - |
| Grant Inc-USOPC and NGF | 636,725 | Medical | 6,000 |
| Admin | 62,595 | Gym For All | 1,500 |
| **Total Revenue** | **1,479,117** | Total Program | 206,788 |
| | | | |
| | | International Relations | 4,257 |
| | | Governance | - |
| | | Administrative | 415,858 |
| | | Legal | 673,525 |
| | | Insurance | 119,544 |
| | | Depreciation | 11,973 |
| | | Total Admin | 1,225,157 |
| | | | |
| | | **Total Expenses** | **1,512,552** |
| | | | |
| | | **TOTAL NET INCOME** | **(33,435)** |

| In re: USA Gymnastics | | | | Case No. 18-09108 |
|---|---|---|---|---|
| | | | | 01/01-01/31/2021 |
| | | MOR-3 | | |
| | | BALANCE SHEET | | |
| ASSETS | | | LIABILITIES AND NET ASSETS | |
| Current Assets | | | Liabilities | |
| Cash: Operating | 7,549,105 | | Accounts Payable-Prepetition | 1,525,842 |
| Cash: Special Purpose | 2,287,891 | | Accounts Payable-Post-Petition | 6,262,489 |
| Total Cash | 9,836,996 | | Contingent Liability | 75,000,000 |
| | | | Deferred Revenues | 6,599,157 |
| Accounts Receivable | - | | Accrued Liabilities | 260,561 |
| Prepaid Expenses | 503,915 | | PPP Loan | 804,500 |
| Inventory | 86,032 | | | |
| Insurance Receivable | 75,000,000 | | Total Liabilities | 90,452,549 |
| Total Current Assets | 85,426,943 | | | |
| | | | | |
| Furniture, Fixtures, and Equipment | | | Retained Earnings | (5,608,160) |
| Property, Plant and Equipment | 1,654,030 | | | |
| Accumulated Depreciation | (1,432,084) | | | |
| Net Furniture, Fixtures, and Equipment | 221,946 | | | |
| | | | | |
| Total Assets | 85,648,889 | | Total Liabilities and Equity | 85,648,889 |

**MOR-1a**
**DECLARATION REGARDING STATUS OF POST PETITION TAXES**

Bernadette M. Barron, hereby declares and states:

I am the Chief Financial Officer for the above-captioned debtor. In this capacity, I am familiar with the day to day tax operations of USA Gymnastics.

Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of the operations and finances of USA Gymnastics, information learned from my review of relevant documents and information that I have received from other members of management and/or the Debtor's advisors. I am authorized to submit this declaration on behalf of USA Gymnastics and, if I were called upon to testify, I could and would testify competently to the facts set forth herein. I submit this declaration under penalty of perjury pursuant to 28 U.S.C. Section 1746.

To the best of my knowledge, the Debtor has filed all necessary federal, state and local tax returns and made all required post-petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

Dated:    02/15/2021                    /s/ Bernadette M. Barron
                                        Bernadette M. Barron
                                        Chief Financial Officer

In re: USA Gymnastics	Case No. 18-09108
01/01-01/31/2021

## ACCOUNTS RECEIVABLE RECONCILATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | - |
| +  Amounts billed during the period | - |
| -  Amounts collected during billing period | - |
| Total Accounts Receivable at the end of the reporting period | - |
| **Accounts Receivable Aging** | **Amount** |
| 0-30 days old | - |
| 31-60 days old | - |
| 61-90 days old | - |
| 90+ days old | - |
| Total Accounts Receivable | - |

| In re: USA Gymnastics | | | | Case No. 18-09108 |
| --- | --- | --- | --- | --- |
| | | | | 01/01-01/31/2021 |
| | | **LISTING OF AGED ACCOUNTS PAYABLE** | | |
| Invoice Date | Days Outstanding | Vendor | Description | Amount |
| 6/30/2019 | 581 | Fred Caruso | Professional Fees | 5,122.00 |
| 6/30/2019 | 581 | Rubin & Levin | Professional Fees | 8,549.40 |
| 7/31/2019 | 550 | Development Specialists, Inc | Professional Fees | 600.50 |
| 7/31/2019 | 550 | Fred Caruso | Professional Fees | 5,418.00 |
| 7/31/2019 | 550 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 29,165.20 |
| 7/31/2019 | 550 | Rubin & Levin | Professional Fees | 848.20 |
| 8/30/2019 | 520 | Development Specialists, Inc | Professional Fees | 409.50 |
| 8/30/2019 | 520 | Fred Caruso | Professional Fees | 812.00 |
| 8/30/2019 | 520 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 30,725.40 |
| 9/30/2019 | 489 | Jenner & Block | Professional Fees | 138,588.84 |
| 9/30/2019 | 489 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 7,772.10 |
| 9/30/2019 | 489 | Rubin & Levin | Professional Fees | 3,857.20 |
| 10/31/2019 | 458 | Jenner & Block | Professional Fees | 64,630.19 |
| 10/31/2019 | 458 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 4,719.20 |
| 10/31/2019 | 458 | Plews Shadley Racher & Braun LLP | Professional Fees | 77,309.60 |
| 11/30/2019 | 428 | Jenner & Block | Professional Fees | 60,124.28 |
| 11/30/2019 | 428 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 18,036.60 |
| 11/30/2019 | 428 | Plews Shadley Racher & Braun LLP | Professional Fees | 25,069.60 |
| 11/30/2019 | 428 | Plews Shadley Racher & Braun LLP | Professional Fees | 100,278.40 |
| 12/31/2019 | 397 | Development Specialists, Inc | Professional Fees | 1,183.00 |
| 12/31/2019 | 397 | Fred Caruso | Professional Fees | 1,008.00 |
| 12/31/2019 | 397 | Jenner & Block | Professional Fees | 39,644.38 |
| 12/31/2019 | 397 | Jenner & Block | Professional Fees | 158,577.52 |
| 12/31/2019 | 397 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 11,840.70 |
| 12/31/2019 | 397 | Plews Shadley Racher & Braun LLP | Professional Fees | 13,402.90 |
| 12/31/2019 | 397 | Plews Shadley Racher & Braun LLP | Professional Fees | 53,611.60 |
| 12/31/2019 | 397 | Rubin & Levin | Professional Fees | 1,544.80 |
| 1/19/2020 | 378 | Plews Shadley Racher & Braun LLP | Professional Fees | 86,715.95 |
| 1/31/2020 | 366 | Barnes & Thornburg | Professional Fees | 41,630.00 |
| 1/31/2020 | 366 | Barnes & Thornburg | Professional Fees | 69,556.58 |
| 1/31/2020 | 366 | Jenner & Block | Professional Fees | 67,235.76 |
| 1/31/2020 | 366 | Jenner & Block | Professional Fees | 268,943.04 |
| 1/31/2020 | 366 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 25,618.30 |
| 1/31/2020 | 366 | Plews Shadley Racher & Braun LLP | Professional Fees | 19,747.10 |
| 1/31/2020 | 366 | Plews Shadley Racher & Braun LLP | Professional Fees | 78,988.40 |
| 1/31/2020 | 366 | Rubin & Levin | Professional Fees | 2,960.10 |
| 2/1/2020 | 365 | Jenner & Block | Professional Fees | 31,318.11 |
| 2/28/2020 | 338 | Jenner & Block | Professional Fees | 125,272.44 |
| 2/28/2020 | 338 | Jenner & Block | Professional Fees | 57,362.04 |
| 2/28/2020 | 338 | Miller Johnson Snell & Cummiskey | Professional Fees | 10,318.20 |
| 2/28/2020 | 338 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 26,783.30 |
| 2/28/2020 | 338 | Plews Shadley Racher & Braun LLP | Professional Fees | 17,323.10 |
| 2/28/2020 | 338 | Plews Shadley Racher & Braun LLP | Professional Fees | 69,292.40 |
| 2/28/2020 | 338 | Rubin & Levin | Professional Fees | 6,962.40 |
| 3/31/2020 | 306 | Development Specialists, Inc | Professional Fees | 9,132.00 |
| 3/31/2020 | 306 | Fred Caruso | Professional Fees | 6,368.00 |
| 3/31/2020 | 306 | Jenner & Block | Professional Fees | 229,448.16 |
| 3/31/2020 | 306 | Miller Johnson Snell & Cummiskey | Professional Fees | 52,243.00 |

| In re: USA Gymnastics | | | | Case No. 18-09108 |
|---|---|---|---|---|
| | | | | 01/01-01/31/2021 |
| | | **LISTING OF AGED ACCOUNTS PAYABLE** | | |
| Invoice Date | Days Outstanding | Vendor | Description | Amount |
| 3/31/2020 | 306 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 57,360.20 |
| 3/31/2020 | 306 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 239,829.28 |
| 3/31/2020 | 306 | Plews Shadley Racher & Braun LLP | Professional Fees | 18,208.40 |
| 3/31/2020 | 306 | Plews Shadley Racher & Braun LLP | Professional Fees | 72,833.60 |
| 3/31/2020 | 306 | Rubin & Levin | Professional Fees | 6,577.00 |
| 4/30/2020 | 276 | Jenner & Block | Professional Fees | 35,595.54 |
| 4/30/2020 | 276 | Jenner & Block | Professional Fees | 143,642.01 |
| 4/30/2020 | 276 | Miller Johnson Snell & Cummiskey | Professional Fees | 54,486.40 |
| 4/30/2020 | 276 | Miller Johnson Snell & Cummiskey | Professional Fees | 13,366.60 |
| 4/30/2020 | 276 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 26,970.96 |
| 4/30/2020 | 276 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 6,573.40 |
| 4/30/2020 | 276 | Plews Shadley Racher & Braun LLP | Professional Fees | 18,508.70 |
| 4/30/2020 | 276 | Plews Shadley Racher & Braun LLP | Professional Fees | 74,075.45 |
| 4/30/2020 | 276 | Rubin & Levin | Professional Fees | 17,035.95 |
| 5/31/2020 | 245 | Barnes & Thornburg | Professional Fees | 1,578.63 |
| 5/31/2020 | 245 | Barnes & Thornburg | Professional Fees | 9,762.00 |
| 5/31/2020 | 245 | Jenner & Block | Professional Fees | 43,622.19 |
| 5/31/2020 | 245 | Jenner & Block | Professional Fees | 175,187.04 |
| 5/31/2020 | 245 | Miller Johnson Snell & Cummiskey | Professional Fees | 57,096.89 |
| 5/31/2020 | 245 | Miller Johnson Snell & Cummiskey | Professional Fees | 13,687.10 |
| 5/31/2020 | 245 | Plews Shadley Racher & Braun LLP | Professional Fees | 113,380.60 |
| 5/31/2020 | 245 | Plews Shadley Racher & Braun LLP | Professional Fees | 28,337.20 |
| 5/31/2020 | 245 | Rubin & Levin | Professional Fees | 11,856.97 |
| 5/31/2020 | 245 | Rubin & Levin | Professional Fees | 2,940.10 |
| 6/30/2020 | 215 | Jenner & Block | Professional Fees | 57,127.41 |
| 6/30/2020 | 215 | Jenner & Block | Professional Fees | 231,701.46 |
| 6/30/2020 | 215 | Jenner & Block | Professional Fees | (9,173.98) |
| 6/30/2020 | 215 | Miller Johnson Snell & Cummiskey | Professional Fees | 51,278.45 |
| 6/30/2020 | 215 | Miller Johnson Snell & Cummiskey | Professional Fees | 12,328.60 |
| 6/30/2020 | 215 | Miller Johnson Snell & Cummiskey | Professional Fees | (3,156.22) |
| 6/30/2020 | 215 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | (37,928.33) |
| 6/30/2020 | 215 | Plews Shadley Racher & Braun LLP | Professional Fees | 95,310.60 |
| 6/30/2020 | 215 | Plews Shadley Racher & Braun LLP | Professional Fees | 23,414.60 |
| 6/30/2020 | 215 | Plews Shadley Racher & Braun LLP | Professional Fees | (14,398.65) |
| 6/30/2020 | 215 | Rubin & Levin | Professional Fees | 10,889.40 |
| 6/30/2020 | 215 | Rubin & Levin | Professional Fees | 2,645.50 |
| 6/30/2020 | 215 | Rubin & Levin | Professional Fees | (10,000.00) |
| 7/31/2020 | 184 | Rubin & Levin | Professional Fees | 619.30 |
| 7/31/2020 | 184 | Rubin & Levin | Professional Fees | 2,480.50 |
| 8/31/2020 | 153 | FrankGecker | Professional Fees | 38,734.00 |
| 8/31/2020 | 153 | Jenner & Block | Professional Fees | 146,654.48 |
| 8/31/2020 | 153 | Jenner & Block | Professional Fees | 187094.74 |
| 8/31/2020 | 153 | Miller Johnson Snell & Cummiskey | Professional Fees | 49,890.00 |
| 8/31/2020 | 153 | Miller Johnson Snell & Cummiskey | Professional Fees | 12463..4 |
| 8/31/2020 | 153 | Miller Johnson Snell & Cummiskey | Professional Fees | 62,353.40 |
| 8/31/2020 | 153 | Plews Shadley Racher & Braun LLP | Professional Fees | 138,482.95 |
| 8/31/2020 | 153 | Plews Shadley Racher & Braun LLP | Professional Fees | 34,003.60 |
| 9/30/2020 | 123 | Miller Johnson Snell & Cummiskey | Professional Fees | 29,346.08 |

| In re: USA Gymnastics | | | Case No. 18-09108 |
|---|---|---|---|
| | | | 01/01-01/31/2021 |
| **LISTING OF AGED ACCOUNTS PAYABLE** | | | |

| Invoice Date | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 9/30/2020 | 123 | Miller Johnson Snell & Cummiskey | Professional Fees | 7,324.90 |
| 9/30/2020 | 123 | Miller Johnson Snell & Cummiskey | Professional Fees | 6,093.00 |
| 9/30/2020 | 123 | Miller Johnson Snell & Cummiskey | Professional Fees | 1,499.20 |
| 9/30/2020 | 123 | Plews Shadley Racher & Braun LLP | Professional Fees | 108,994.05 |
| 9/30/2020 | 123 | Plews Shadley Racher & Braun LLP | Professional Fees | 27,082.60 |
| 9/30/2020 | 123 | Rubin & Levin | Professional Fees | 5,834.88 |
| 9/30/2020 | 123 | Rubin & Levin | Professional Fees | 1,453.10 |
| 10/31/2020 | 92 | Aon | Administrative | 11,579.00 |
| 10/31/2020 | 92 | Rubin & Levin | Professional Fees | 2,569.00 |
| 11/30/2020 | 62 | Jenner & Block | Professional Fees | 96,720.91 |
| 11/30/2020 | 62 | Miller Johnson Snell & Cummiskey | Professional Fees | 45,085.61 |
| 11/30/2020 | 62 | Pachulski Stang Ziehl & Jones LLP | Professional Fees | 295,221.00 |
| 11/30/2020 | 62 | Plews Shadley Racher & Braun LLP | Professional Fees | 113,119.27 |
| 11/30/2020 | 62 | Rubin & Levin | Professional Fees | 4,466.60 |
| 12/9/2020 | 53 | Rubin & Levin | Professional Fees | 1,281.50 |
| 12/9/2020 | 53 | Rubin & Levin | Professional Fees | 8,326.00 |
| 12/16/2020 | 46 | Plews Shadley Racher & Braun LLP | Professional Fees | 124,662.50 |
| 12/16/2020 | 46 | Plews Shadley Racher & Braun LLP | Professional Fees | 109,870.00 |
| 12/30/2020 | 32 | Miller Johnson Snell & Cummiskey | Professional Fees | 44,980.50 |
| 12/30/2020 | 32 | Miller Johnson Snell & Cummiskey | Professional Fees | 150,105.00 |
| 12/31/2020 | 31 | Aon | Administrative | 7,473.54 |
| 1/11/2021 | 20 | Rubin & Levin | Professional Fees | 4,715.12 |
| 1/15/2021 | 16 | Crown M&S | Administrative | 15,875.73 |
| 1/15/2021 | 16 | Jenner & Block | Professional Fees | 246,100.63 |
| 1/21/2021 | 10 | Miller Johnson Snell & Cummiskey | Professional Fees | 38,276.00 |
| 1/31/2021 | 0 | Administrative Payments | Administrative | 9,849.26 |
| 1/31/2021 | 0 | Aon | Administrative | 109,940.13 |
| 2/2/2241 | 30 | Jenner & Block | Professional Fees | 155,712.00 |
| | | Total Post Petition | | 6,262,488.62 |
| | | Includes 20% Holdback on Professional fees | | |

In re: USA Gymnastics                                  Case No. 18-09108
                                                       01/01-01/31/2021

## SUMMARY OF UNPAID POST ACCOUNTS PAYABLE

| Accounts Payable Reconciliation | |
|---|---:|
| Total Accounts Payable at the beginning of the reporting period | 5,345,180 |
| +  Amounts billed during the period | 1,952,918 |
| -  Amounts paid during billing period | (1,035,609) |
| Total Accounts Payable at the end of the reporting period | 6,262,489 |
| **Accounts Payable Aging** | |
| 0-30 days old | 1,192,639 |
| 31-60 days old | 180,290 |
| 61-90 days old | 259,392 |
| 90+ days old | 4,630,168 |
| Total Accounts Payable | 6,262,489 |

In re: USA Gymnastics                                                                                                   Case No. 18-09108
                                                                                                                         01/01-01/31/2021

## MOR-6
## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. |  | X |
| 2 | Have any funds been disbursed from any accounts other than a debtor in possession account this reporting period?  If yes, provide an explanation below. |  | X |
| 3 | Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X |  |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X |  |
| 5 | Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s). |  | X |