# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

## NOTICE OF OMNIBUS HEARINGS VIA ZOOM FOR GOVERNMENT

PLEASE TAKE NOTICE that the Court has scheduled additional omnibus hearings (each, an "**Omnibus Hearing**") in this chapter 11 case:

- Wednesday, May 26, 2021 at 1:30 p.m. (prevailing Eastern time);
- Wednesday, June 30, 2021 at 1:30 p.m. (prevailing Eastern time);
- Wednesday, July 28, 2021 at 1:30 p.m. (prevailing Eastern time); and,
- Wednesday, August 25, 2021 at 1:30 p.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE **that, to be presented at an Omnibus Hearing, motions, applications, or other requests for relief must be filed with 21 days' notice. The Court may shorten notice for good cause shown.**

PLEASE TAKE FURTHER NOTICE **that parties may participate in an Omnibus Hearing via Zoom for Government**, using this link: www.zoomgov.com/j/16175050888. Parties that wish to listen to an Omnibus Hearing, but not actively participate, may do so by phone:

>Phone: 551-285-1373 or 646-828-7666
>Meeting ID: 161 7505 0888

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

PLEASE TAKE FURTHER NOTICE that copies of all filings in this chapter 11 case may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: May 5, 2021

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352

csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*