IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 25, 2021 AT 1:30 P.M. VIA ZOOM FOR GOVERNMENT**

**Time and Date of Hearing:**   Wednesday, August 25, 2021, at 1:30 p.m. (prevailing Eastern time)

**Location of Hearing:**   **The Hearing will proceed via Zoom for Government.** The meeting ID for interested parties to participate in the Hearing is 161 7505 0888. Interested parties may join using the following link: www.zoomgov.com/j/16175050888.

Interested parties who wish to listen to the Hearing, but not actively participate, may do so by phone:

   Phone: 551-285-1373 or 646-828-7666
   Meeting ID: 161 7505 0888

**Copies of Documents:**   Copies of all documents filed in this chapter 11 case may be accessed through the case website at: www.omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

**Estimated Length of Hearing:**   5 minutes.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

A.  **UNCONTESTED MATTERS**

1.  **Removal Motion:** *Debtor's Ninth Motion For Order Extending Period Within Which It May Remove State Court Actions Pursuant To 28 U.S.C. § 1452 And Rule 9027 Of The Federal Rules Of Bankruptcy Procedure* [Dkt. 1537].

    a.  **Status:** This matter is going forward.

    b.  **Estimated Time Required:** 5 minutes.

Dated: August 24, 2021

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2952
Fax: (312) 840-7352
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

*Counsel for the Debtor*