IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: <br><br> USA GYMNASTICS,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-09108-RLM-11 |

### NOTICE OF HEARING TO APPROVE DISCLOSURE STATEMENT AND PLAN CONFIRMATION PROCEDURES

**PLEASE TAKE NOTICE** that on October 4, 2021, the Bankruptcy Court held a hearing to consider approval of (1) the *Debtor's Motion For Order Approving The Disclosure Statement And Plan Confirmation Procedures* [Dkt. 1553] (the "**Disclosure Statement Motion**"); (2) *USA Gymnastics' Disclosure Statement For Second Amended Joint Chapter 11 Plan Of Reorganization Proposed By USA Gymnastics And The Additional Tort Claimants Committee Of Sexual Abuse Survivors* [Dkt. 1602] (as amended, modified, or supplemented from time to time, the "**Disclosure Statement**"); (3) other materials included in solicitation packages (the "**Solicitation Packages**") to be distributed to holders of claims entitled to vote to accept or reject the *Second Amended Joint Chapter 11 Plan Of Reorganization Proposed By USA Gymnastics And The Additional Tort Claimants Committee Of Sexual Abuse Survivors* [Dkt. 1601] (as amended, modified, or supplemented from time to time, the "**Plan**"); and (4) procedures governing the manner in which the Plan Proponents shall solicit and tabulate votes to accept or reject the Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing has been continued to **October 19, 2021 at 1:30 p.m. (prevailing Eastern time) in person in Courtroom 329, U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204** (the "**Continued Disclosure Statement Hearing**").

**PLEASE TAKE FURTHER NOTICE** that a dial-in telephone number for interested parties to listen to the Continued Disclosure Statement Hearing, but not actively participate, is 1-888-273-3658, passcode: 9247462#.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement, Plan, and related documents may be modified without further notice prior to or as a result of the Continued Disclosure Statement Hearing.

**PLEASE TAKE FURTHER NOTICE** that, to the extent the Court determines to hold the Continued Disclosure Statement Hearing remotely, the Debtor will file (but will not serve) an amended notice of the Continued Disclosure Statement Hearing on the Court's docket, and will

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

also post the amended notice of the Continued Disclosure Statement Hearing on its website and on its restructuring website.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement Motion, the Disclosure Statement, the Plan, and the other materials in the Solicitation Packages may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: October 5, 2021

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*
Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
Adam T. Swingle (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com
aswingle@jenner.com

*Counsel for the Debtor*