SO ORDERED: October 12, 2021.



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

**ORDER SHORTENING NOTICE REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING PERSONAL INJURY AGREEMENT AND (II) MODIFYING THE AUTOMATIC STAY, TO THE EXTENT NECESSARY, TO PERMIT PAYMENT OF SETTLEMENT AMOUNT BY APPLICABLE INSURANCE**

This matter came before the Court on the *Debtor's Motion To Shorten Notice* (the "**Motion**") on the *Debtor's Motion for Entry of an Order (I) Approving Personal Injury Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement*

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

*Amount by Applicable Insurance* (the "**Settlement Motion**"). The Motion was filed pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, Rule 9006-1(a) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana (the "**Local Rules**"), and section III.F of the case management procedures appended to the *Order Granting Debtor's Motion For Order Establishing Certain Notice, Case Management, And Administrative Procedures* [Dkt. 213] (the "**Case Management Procedures**"); and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b); (ii) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors, and any party in interest; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Motion should be GRANTED.

IT IS HEREBY ORDERED:

1. The Motion is GRANTED as set forth herein.

2. The Debtor shall serve this Order and certify such service in accordance with the Case Management Procedures and Local Rules 9006-1(d) and 9006-1(e).

3. The Settlement Motion is set to be heard at the hearing (the "**Hearing**") to be held on **October 19, 2021 at 1:30 p.m. (prevailing Eastern time) in person in Courtroom 329 of the United States Bankruptcy Court, 46 East Ohio Street, Indianapolis, Indiana 46204.**

4. A dial-in telephone number for interested parties to listen to, but not actively participate in, the Hearing is 1-888-273-3658, passcode: 9247462#.

5. **Any objections to the Settlement Motion must be in writing and filed with the Clerk's Office and served, via the Court's ECF system, by Friday, October 15, 2021 at 4:00 p.m. (prevailing Eastern time)**.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###