IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**OBJECTION OF THE ADDITIONAL TORT CLAIMANTS COMMITTEE OF SEXUAL ABUSE SURVIVORS TO TIG INSURANCE COMPANY'S MOTION TO COMPEL DISCOVERY FROM THE ADDITIONAL TORT CLAIMANTS' COMMITTEE OF SEXUAL ABUSE SURVIVORS**

The Additional Tort Claimants Committee of Sexual Abuse Survivors (the "Survivors' Committee") appointed in the above-captioned case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") of USA Gymnastics (the "Debtor") hereby submits its objection to the *TIG Insurance Company's Motion to Compel Discovery from the Additional Tort Claimants' Committee of Sexual Abuse Survivors* [Docket No. 1706] (the "Motion"). In further support of its objection, the Survivors' Committee states as follows:

**OBJECTION**

1. The Court should deny TIG Insurance Company's ("TIG") Motion on the bases that the discovery is unnecessary and irrelevant. TIG brought its Motion on shortened notice, and the Survivors' Committee is responding herein. However, given that the Survivors' Committee was given less than 24 hours' notice to reply, the Survivors' Committee reserves the right to respond in greater depth if the Court believes it is necessary to respond in detail to the Motion.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

2. The Survivors' Committee asserts that TIG has no standing to seek the discovery it promulgated. Moreover, much of the negotiations of Plan terms were conducted during mediation and are not discoverable or admissible. Finally, many of the documents that TIG requested are clearly subject to the attorney-client privilege or are work-product. TIG promulgated discovery demanding responses in less time than required under applicable discovery rules. Nevertheless, the Survivors' Committee responded to the discovery. The Survivors' Committee, through its counsel, also met and conferred with TIG regarding the discovery.

3. Based on the meet and confer, TIG's discovery requests and the Motion, it is clear that TIG's issues relate to whether the language of the Plan is "insurance neutral." Those issues are all based on the plain language of the Plan – which speaks for itself. To the extent TIG wishes to raise these issues as objections to the Plan, it should either try to address the issues informally or file an objection to the Plan.

4. TIG asserts that the plan proponents' opinion on the meaning of various plan terms is necessary to allow TIG to understand the Plan. That is preposterous. TIG is represented by competent, experienced counsel who can easily read and understand the Plan. TIG has the ability to object to the terms of the Plan without needless discovery.

5. Notably, TIG first provided comments to the language of the Plan after the meet and confer with the Survivors' Committee. The comments were provided only after Survivors' Committee counsel invited TIG to engage in discussions rather than exchanging discovery on matters involving Plan terms (as opposed to contested facts). Rather than allow TIG to conduct a wasteful and pointless discovery campaign, the Court should deny the Motion.

6.	TIG also filed a similar motion regarding the discovery request it sent to the Debtor.  On November 30, 2021, the Debtor filed its *Objection to TIG Insurance Company's Motion to Compel Discovery from Debtor* (the "Debtor's Objection") [Doc 1709].  The Survivors' Committee joins and incorporates herein the Debtor's Objection as it relates to the issues involving the Survivors' Committee.

**WHEREFORE**, the Survivors' Committee request that the Motion be denied and that the Court grant such relief as is just and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PACHULSKI STANG ZIEHL & JONES LLP |
| Dated:  November 30, 2021 | /s/ Ilan D. Scharf |
|  | James I. Stang, Esq. (admitted *pro hac vice*) |
|  | Ilan D. Scharf, Esq. (admitted *pro hac vice*) |
|  | Joshua M. Fried, Esq. |
|  | 10100 Santa Monica Blvd., 13th Floor |
|  | Los Angeles, CA 90067-4003 |
|  | Telephone:  (310) 277-6910 |
|  | Facsimile:  (310) 201-0760 |
|  | E-mail:  jstang@pszjlaw.com |
|  |           isharf@pszjlaw.com |
|  |           jfried@pszjlaw.com |
|  | -and- |
|  | RUBIN & LEVIN, P.C. |
|  | /s/ Meredith R. Theisen |
|  | Meredith R. Theisen, Esq. |
|  | Deborah J. Caruso, Esq. |
|  | 135 N. Pennsylvania Street, Suite 1400 |
|  | Indianapolis, IN 46204 |
|  | Telephone:  (317) 634-0300 |
|  | Facsimile:  (317) 263-9411 |
|  | Email: dcaruso@rubin-levin.net |
|  |           mtheisen@rubin-levin.net |
|  | *Counsel for the Survivors' Committee* |

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 30, 2021 a copy of the foregoing *Objection of the Additional Tort Claimants Committee of Sexual Abuse Survivors to TIG Insurance Company's Motion to Compel Discovery from the Additional Tort Claimants' Committee of Sexual Abuse Survivors* was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Nancy D Adams    ndadams@mintz.com
Robert Allard    rallard@cmalaw.net
John Joseph Allman    jallman@hbkfirm.com, dadams@hbkfirm.com
Annemarie C Alonso    annie@sllawfirm.com
Kimberly Bedigian    kbedigian@sbplclaw.com
Martin Beeler    mbeeler@cov.com
Thomas R. Behm    trbehm@gmnp.com
Megan A Bonanni    mbonanni@pittlawpc.com
Tonya J. Bond    tbond@psrb.com, jscobee@psrb.com
Wendy D Brewer    wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kenneth H. Brown    kbrown@pszjlaw.com
Charles D. Bullock    cbullock@sbplclaw.com, lhaas@sbplclaw.com
George Calhoun    george@ifrahlaw.com, Heather.Simpson@kennedyscmk.com
Douglas N. Candeub    dcandeub@morrisjames.com
John Cannizzaro    john.cannizzaro@icemiller.com, julia.yankula@icemiller.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;csprague@rubin-levin.net;atty_dcaruso@bluestylus.com
Dianne Coffino    dcoffino@cov.com
Jesse Max Creed    creed@psb.law, alegria@psb.law
Heather M. Crockett    Heather.Crockett@atg.in.gov, marie.baker@atg.in.gov
Elliot G. Crowder    ecrowder@sbplclaw.com
Alex Cunny    acunny@manlystewart.com
Elisabeth D'Agostino    edagostino@selmanlaw.com
Peter D'Apice    dapice@sbep-law.com
Louis T. DeLucia    louis.delucia@icemiller.com, john.acquaviva@icemiller.com
Edward DeVries    edward.devries@wilsonelser.com
Jillian Dennehy    jillian.dennehy@kennedyslaw.com
Sean T Devenney    sdevenney@dsvlaw.com
Karen M Dixon    kdixon@skarzynski.com
Kimberly A. Dougherty    Kim@justicelc.com, Lisa@justicelc.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Vince W Finaldi    vfinaldi@manlystewart.com
Rachana Fischer    rachana.fischer@usdoj.gov, melanie.crouch@usdoj.gov
Todd F. Flood    tflood@floodlaw.com
Sarah Lynn Fowler    sfowler@ofattorneys.com, deidre@ofattorneys.com,ellen@ofattorneys.com
Eric D Freed    efreed@cozen.com, mmerola@cozen.com
Frances Gecker    fgecker@fgllp.com,

csmith@fgllp.com;csucic@fgllp.com;mmatlock@fgllp.com
Cameron Getto     cgetto@zausmer.com
Steven W Golden     sgolden@pszjlaw.com
Douglas Gooding     dgooding@choate.com
Gregory Michael Gotwald     ggotwald@psrb.com, spedraza@psrb.com;eking@psrb.com
Christopher F Graham     cgraham@eckertseamans.com
Manvir Singh Grewal     mgrewal@4grewal.com
Susan N Gummow     sgummow@fgppr.com, bcastillo@fgppr.com
Sasha M. Gurvitz     sgurvitz@ktbslaw.com
Matthew A. Hamermesh     mhamermesh@hangley.com, kem@hangley.com;mjl@hangley.com
Katherine Hance     khance@goodwin.com
Samuel D. Hodson     shodson@taftlaw.com, aolave@taftlaw.com
Bonnie M. Hoffman     bmh@hangley.com, hit@hangley.com;ecffilings@hangley.com
Jeffrey A Hokanson     jeff.hokanson@icemiller.com, bgnotices@icemiller.com,david.young@icemiller.com
I-Heng Hsu     i-heng.hsu@usdoj.gov
John R. Humphrey     jhumphrey@taftlaw.com, aolave@taftlaw.com
Christine K Jacobson     cjacobson@jhklegal.com, 5412@notices.nextchapterbk.com,9992889420@filings.docketbird.com
Mitchell Aaron Kamin     mkamin@cov.com
Bruce L. Kamplain     bkamplain@ncs-law.com, dhert@ncs-law.com;klong@ncs-law.com
Kevin P Kamraczewski     kevin@kevinklaw.com
Ronald David Kent     ronald.kent@dentons.com, sean.lobb@dentons.com;judy.padilla@dentons.com;audrey.rosenbaum@dentons.com
Andrew T Kight     akight@jhklegal.com, assistant@jhklegal.com;akight@ecf.courtdrive.com
Jackson Taylor Kirklin     taylor.kirklin@usdoj.gov, melanie.crouch@usdoj.gov
Anthony J. Kochis     akochis@wolfsonbolton.com
Christopher E. Kozak     ckozak@psrb.com
Micah R Krohn     mkrohn@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
Carolyn Kubota     ckubota@cov.com
Carl N. Kunz     ckunz@morrisjames.com, wweller@morrisjames.com
Adam Le Berthon     adam.leberthon@wilsonelser.com
Jonathan C Little     jon@sllawfirm.com
Sommer Diane Luther     sluther@wagstafflawfirm.com
John Manly     jmanly@manlystewart.com
Michael M. Marick     mmarick@skarzynski.com
Jonathan Marshall     jmarshall@choate.com, jonathan-marshall-4638@ecf.pacerpro.com
Phillip Alan Martin     pmartin@fmdlegal.com, cbellner@fmhd.com
Patrick Maxcy     patrick.maxcy@dentons.com
John McDonald     jmcdonald@taftlaw.com
Mathilda S. McGee-Tubb     msmcgee-tubb@mintz.com
Harley K Means     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com;tfroelich@kgrlaw.com
David M. Miller     dmiller@spencerfane.com, akarant@spencerfane.com
Geoffrey M. Miller     geoffrey.miller@dentons.com, docket.general.lit.nyc@dentons.com

Robert Millner	robert.millner@dentons.com, docket.general.lit.chi@dentons.com
James P Moloy	jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Meka Moore	mmoore@selmanlaw.com
Ronald J. Moore	Ronald.Moore@usdoj.gov
Whitney L Mosby	whitney.mosby@dentons.com, faith.wolfe@dentons.com;nancy.branham@dentons.com
Joseph L. Mulvey	joseph@mulveylawllc.com, linda@mulveylawllc.com
Joel H. Norton	jnorton@rsslawoffices.com
Michael P. O'Neil	moneil@taftlaw.com, aolave@taftlaw.com
Weston Erick Overturf	wes@ofattorneys.com, deidre@ofattorneys.com;ellen@ofattorneys.com
Dean Panos	dpanos@jenner.com
Thomas E Patterson	tpatterson@ktbslaw.com
Andrew Thomas Perry	aperry@fgppr.com
Stephen Jay Peters	speters@kgrlaw.com, acooper@kgrlaw.com
Ginny L. Peterson	gpeterson@k-glaw.com, acoy@k-glaw.com
Robert J Pfister	rpfister@ktbslaw.com
John Thomas Piggins	pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
Michael L Pitt	mpitt@pittlawpc.com
George Plews	gplews@psrb.com
Amanda Koziura Quick	Amanda.Quick@atg.in.gov, Marie.Baker@atg.in.gov
Michael L. Ralph	mralph@rsslawoffices.com
Melissa M. Root	mroot@jenner.com, wwilliams@jenner.com
James Pio Ruggeri	jruggeri@goodwin.com
Syed Ali Saeed	ali@sllawfirm.com, betty@sllawfirm.com
Ilan D Scharf	ischarf@pszjlaw.com
Thomas C Scherer	thomas.scherer@dentons.com, faith.wolfe@dentons.com
Ronald Paltin Schiller	rschiller@hangley.com, baw@hangley.com;ecffilings@hangley.com
David J. Schwab	djschwab@rsslawoffices.com
Jay Russell Sever	jay.sever@phelps.com
Igor Shleypak	ishleypak@fgppr.com, bcastillo@fgppr.com
Heather Elizabeth Simpson	heather.simpson@kennedyslaw.com, jillian.dennehy@kennedyslaw.com;tara.mccormack@kennedyslaw.com
Casey Ray Stafford	cstafford@k-glaw.com, lsmith@k-glaw.com
James I. Stang	jstang@pszjlaw.com
Catherine L. Steege	csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
Laura B. Stephens	lbstephens@mintz.com
Mark D. Stuaan	mark.stuaan@btlaw.com
Adam Swingle	aswingle@jenner.com
Keith Teel	kteel@cov.com
David A Temple	dtemple@DSVlaw.com, mwishart@dsvlaw.com
Meredith R. Theisen	mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;csprague@rubin-levin.net
Jonathan Toren	jtoren@cozen.com, bbuckner@cozen.com

Michael L. Tuchin    mtuchin@ktbslaw.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Susan Walker    susan.walker@dentons.com
Ren-Ann A Wang    rwang@eckertseamans.com
Joshua D Weinberg    jweinberg@goodwin.com
Abigail W Williams    awilliams@goodwin.com
Gabriella B. Zahn-Bielski    gzahnbielski@cov.com

      I further certify that on November 30, 2021, a copy of the foregoing *Objection of the Additional Tort Claimants Committee of Sexual Abuse Survivors to TIG Insurance Company's Motion to Compel Discovery from the Additional Tort Claimants' Committee of Sexual Abuse Survivors* was served via electronic mail to the following:

**United States Olympic Committee:** Chris McCleary at Chris.McCleary@usoc.org
**The Alexander, a Dolce Hotel and Wyndham Hotel Group, LLC:** Daniel M. Eliades at daniel.eliades@klgates.com and David S. Catuogno at david.catuogno@klgates.com

                                        */s/ Meredith R. Theisen*
                                        Meredith R. Theisen