SO ORDERED: December 16, 2021.



Robyn L. Moberly
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: <br><br> USA GYMNASTICS,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-9108-RLM-11 |

**ORDER SHORTENING NOTICE ON DEBTOR'S MOTION
TO APPROVE CONSENT RESOLUTION WITH UNITED
STATES OLYMPIC AND PARALYMPIC COMMITTEE**

This matter came before the Court on the *Motion To Shorten Notice* (the "**Motion**") on the

*Debtor's Motion To Approve Consent Resolution With United States Olympic And Paralympic*

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

*Committee* (the "**USOPC Consent Resolution Motion**"), filed by USA Gymnastics as debtor and debtor in possession (the "**Debtor**"), for an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, Rule 9006-1(a) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana (the "**Local Rules**"), and Section III.F of the case management procedures appended to the *Order Granting Debtor's Motion For Order Establishing Certain Notice, Case Management, And Administrative Procedures* [Dkt. 213] (the "**Case Management Procedures**"); and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors, and any party in interest; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Motion should be GRANTED.

    IT IS HEREBY ORDERED:

1.    The Motion is granted as set forth herein.

2.    The Debtor shall serve this Order and certify such service in accordance with the Case Management Procedures and Local Rules 9006-1(d) and 9006-1(e).

3.    The USOPC Consent Resolution Motion is set to be heard (the "**Hearing**") on **December 22, 2021 at 10:00 a.m. (prevailing Eastern time). The Hearing will only be held if objections are timely filed in accordance with the requirements below.**

4.    If held, the Hearing will be held via Zoom for Government. Parties may participate in the Hearing using the following link: https://www.zoomgov.com/j/16175050888. Parties that wish to listen to the Hearing, but not actively participate, may do so by phone:

    Phone: 551-285-1373 or 646-828-7666
    Meeting ID: 161 7505 0888

5. Any objections to the USOPC Consent Resolution Motion must be in writing and filed with the Clerk's Office and served, via the Court's ECF system, on or before **December 21, 2021.**

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###