**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| USA GYMNASTICS, | : Chapter 11 |
| | : |
| Debtor. | : Case No. 18-09108-RLM-11 |
| | : |

**CERTIFICATE OF SERVICE**

I, Ronald P. Schiller, certify that on December 22, 2021, I caused the Liberty Insurance Underwriters Inc.'s Designation of the Record and Statement of Issues on to be electronically filed via the Court's CM/ECF System, which provided notice to all counsel of record. Parties may access this filing through the Court's electronic filing system.

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

 */s/ Ronald P. Schiller*
Ronald P. Schiller (admitted *pro hac vice*)
Matthew A. Hamermesh (admitted pro hac vice)
Bonnie M. Hoffman (admitted *pro hac vice*)
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200 (telephone)
(215) 568-0300 (facsimile)
rschiller@hangley.com; mhamermesh@hangley.com; bhoffman@hangley.com

Dated: December 22, 2021          *Counsel for Defendant Liberty Insurance Underwriters Inc.*