# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

## NOTICE OF OMNIBUS HEARINGS VIA ZOOM FOR GOVERNMENT

PLEASE TAKE NOTICE that the Court has scheduled additional omnibus hearings (each, an "**Omnibus Hearing**") in this chapter 11 case:

- Wednesday, January 26, 2022 at 1:30 p.m. (prevailing Eastern time); and
- Wednesday, February 23, 2022 at 1:30 p.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE **that, to be presented at an Omnibus Hearing, motions, applications, or other requests for relief must be filed with 21 days' notice. The Court may shorten notice for good cause shown.**

PLEASE TAKE FURTHER NOTICE **that parties may participate in an Omnibus Hearing via Zoom for Government**, using this link: https://www.zoomgov.com/j/16175050888. Parties that wish to listen to an Omnibus Hearing, but not actively participate, may do so by phone:

>Phone: 551-285-1373 or 646-828-7666
>Meeting ID: 161 7505 0888

PLEASE TAKE FURTHER NOTICE that copies of all filings in this chapter 11 case may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

Dated: January 4, 2022 　　　　　　　　　　Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
Adam T. Swingle (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com
aswingle@jenner.com

*Counsel for the Debtor*