United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 18-09108-RLM |
| USA Gymnastics | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 11 |
| Date Rcvd: Jan 03, 2022 | Form ID: s009024 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | USA Gymnastics, 1099 N. Meridian St, Suite 800, Indianapolis, IN 46204-1046 |
| intp | + | Curtis T. Hill, Jr., IGCS - Fifth Floor, 302 W. Washington Street, Indianapolis, IN 46204-4701 |
| cr | + | Cynthia Morano, 6511 W 59th Street, Chicago, IL 60638-3346 |
| sp | | Miller Johnson, Attn: John T. Piggins, PO Box 306, Grand Rapids, MI 49501-0306 |
| intp | + | Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367-5100 |
| cr | + | Robin A Smith, 46 Chelmsworth Dr, Bella Vista, AR 72715-6902 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| sp | + | Email/Text: fileroom@rubin-levin.net | Jan 03 2022 23:12:00 | Rubin & Levin, P.C., 135 N Pennsylvania St Ste 1400, Indianapolis, IN 46204-2489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 05, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail W Williams | |
| | on behalf of Defendant Great American Assurance Company awilliams@goodwin.com |
| Abigail W Williams | |

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 2 of 11 |
| Date Rcvd: Jan 03, 2022 | Form ID: s009024 | Total Noticed: 7 |

        on behalf of Interested Party Great American Assurance Company awilliams@goodwin.com

Adam Le Berthon
        on behalf of Defendant Southern California Acro Team Inc. adam.leberthon@wilsonelser.com

Adam Swingle
        on behalf of Debtor USA Gymnastics aswingle@jenner.com

Alex Cunny
        on behalf of Creditor Sexual Abuse Survivors acunny@manlystewart.com

Alex Cunny
        on behalf of Creditor Jane LM Doe acunny@manlystewart.com

Amanda Koziura Quick
        on behalf of Creditor State of Indiana Amanda.Quick@atg.in.gov Marie.Baker@atg.in.gov

Andrew T Kight
        on behalf of Creditor United States Olympic Committee akight@jhklegal.com assistant@jhklegal.com;akight@ecf.courtdrive.com

Andrew Thomas Perry
        on behalf of Interested Party American International Group Inc. aperry@fgppr.com

Annemarie C Alonso
        on behalf of Creditor kelly cutright annie@sllawfirm.com

Annemarie C Alonso
        on behalf of Creditor Erin Kaufman annie@sllawfirm.com

Annemarie C Alonso
        on behalf of Creditor M. DOE a minor child annie@sllawfirm.com

Anthony J. Kochis
        on behalf of Creditor Sexual Abuse Survivors akochis@wolfsonbolton.com

Anthony Thomas Carreri
        on behalf of Interested Party BMK Training Facilities Ltd. acarreri@ofattorneys.com

Anthony Thomas Carreri
        on behalf of Interested Party Karolyi Training Camps acarreri@ofattorneys.com

Anthony Thomas Carreri
        on behalf of Interested Party Martha Karolyi acarreri@ofattorneys.com

Anthony Thomas Carreri
        on behalf of Interested Party BMK Partners Ltd. acarreri@ofattorneys.com

Anthony Thomas Carreri
        on behalf of Interested Party Bela Karolyi acarreri@ofattorneys.com

Bonnie M. Hoffman
        on behalf of Defendant Liberty Insurance Underwriters Inc. bmh@hangley.com hit@hangley.com;ecffilings@hangley.com

Bruce L. Kamplain
        on behalf of Interested Party Western World Insurance Company bkamplain@ncs-law.com dhert@ncs-law.com;klong@ncs-law.com

Cameron Getto
        on behalf of Interested Party Gedderts' Twistars USA Gymnastics Club Inc. cgetto@zausmer.com

Cameron Getto
        on behalf of Interested Party Kathryn Geddert cgetto@zausmer.com

Cameron Getto
        on behalf of Defendant Kathryn Geddert cgetto@zausmer.com

Cameron Getto
        on behalf of Interested Party Twistars USA Inc. cgetto@zausmer.com

Cameron Getto
        on behalf of Interested Party John Geddert cgetto@zausmer.com

Cameron Getto
        on behalf of Defendant John Geddert cgetto@zausmer.com

Cameron Getto
        on behalf of Defendant Twistars USA Inc. cgetto@zausmer.com

Cameron Getto
        on behalf of Defendant Gedderts' Twistars USA Gymnastics Club Inc. cgetto@zausmer.com

Carl N. Kunz, III

**Case 18-09108-RLM-11    Doc 1812    Filed 01/05/22    EOD 01/06/22 00:18:02    Pg 3 of 12**

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 3 of 11 |
| Date Rcvd: Jan 03, 2022 | Form ID: s009024 | Total Noticed: 7 |

on behalf of Interested Party National Casualty Company ckunz@morrisjames.com  wweller@morrisjames.com

Carl N. Kunz, III

on behalf of Defendant National Casualty Company ckunz@morrisjames.com  wweller@morrisjames.com

Carl N. Kunz, III

on behalf of Interested Party National Casualty Insurance Company ckunz@morrisjames.com  wweller@morrisjames.com

Carolyn Kubota

on behalf of Creditor United States Olympic Committee ckubota@cov.com

Casey Ray Stafford

on behalf of Defendant Liberty Insurance Underwriters Inc. cstafford@k-glaw.com  lsmith@k-glaw.com

Catherine L. Steege

on behalf of Plaintiff USA Gymnastics csteege@jenner.com  mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com

Catherine L. Steege

on behalf of Debtor USA Gymnastics csteege@jenner.com  mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com

Catherine L. Steege

on behalf of on behalf of Special Counsel Jenner & Block LLP csteege@jenner.com  mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com

Charles D. Bullock

on behalf of Interested Party John Geddert cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock

on behalf of Interested Party Kathryn Geddert cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock

on behalf of Defendant Gedderts' Twistars USA Gymnastics Club  Inc. cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock

on behalf of Defendant Kathryn Geddert cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock

on behalf of Interested Party Gedderts' Twistars USA Gymnastics Club  Inc. cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock

on behalf of Defendant John Geddert cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock

on behalf of Defendant Twistars USA  Inc. cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles D. Bullock

on behalf of Interested Party Twistars USA  Inc. cbullock@sbplclaw.com, lhaas@sbplclaw.com

Christine K Jacobson

on behalf of Creditor United States Olympic Committee cjacobson@jhklegal.com  5412@notices.nextchapterbk.com,9992889420@filings.docketbird.com

Christopher E. Kozak

on behalf of Plaintiff USA Gymnastics ckozak@psrb.com

Christopher E. Kozak

on behalf of Debtor USA Gymnastics ckozak@psrb.com

Christopher F Graham

on behalf of Interested Party National Casualty Company cgraham@eckertseamans.com

David A Temple

on behalf of Defendant TIG Insurance Company dtemple@DSVlaw.com  mwishart@dsvlaw.com

David A Temple

on behalf of Interested Party TIG Insurance Company dtemple@DSVlaw.com  mwishart@dsvlaw.com

David J. Schwab

on behalf of Creditor Elite Sportswear LP djschwab@rsslawoffices.com

David M. Miller

on behalf of Interested Party Philadelphia Indemnity Insurance Company dmiller@spencerfane.com  akarant@spencerfane.com

Dean Panos

on behalf of Debtor USA Gymnastics dpanos@jenner.com

Dean Panos

on behalf of Plaintiff USA Gymnastics dpanos@jenner.com

Deborah Caruso

on behalf of Creditor Sexual Abuse Survivors dcaruso@rubin-levin.net  dwright@rubin-levin.net;csprague@rubin-levin.net;atty_dcaruso@bluestylus.com

Deborah Caruso
 on behalf of Intervenor Tort Claimants Committee of Sexual Abuse Survivors dcaruso@rubin-levin.net
 dwright@rubin-levin.net;csprague@rubin-levin.net;atty_dcaruso@bluestylus.com

Deborah Caruso
 on behalf of Creditor Committee Tort Claimants Committee dcaruso@rubin-levin.net
 dwright@rubin-levin.net;csprague@rubin-levin.net;atty_dcaruso@bluestylus.com

Dianne Coffino
 on behalf of Creditor United States Olympic Committee dcoffino@cov.com

Dianne Coffino
 on behalf of Interested Party United States Olympic and Paralympic Committee dcoffino@cov.com

Douglas Gooding
 on behalf of Creditor Liberty Insurance Underwriters  Inc. dgooding@choate.com

Douglas N. Candeub
 on behalf of Interested Party National Casualty Company dcandeub@morrisjames.com

Edward DeVries
 on behalf of Defendant Southern California Acro Team  Inc. edward.devries@wilsonelser.com

Elisabeth D'Agostino
 on behalf of Interested Party National Casualty Company edagostino@selmanlaw.com

Elliot G. Crowder
 on behalf of Interested Party John Geddert ecrowder@sbplclaw.com

Elliot G. Crowder
 on behalf of Interested Party Kathryn Geddert ecrowder@sbplclaw.com

Elliot G. Crowder
 on behalf of Interested Party Gedderts' Twistars USA Gymnastics Club  Inc. ecrowder@sbplclaw.com

Elliot G. Crowder
 on behalf of Interested Party Twistars USA  Inc. ecrowder@sbplclaw.com

Eric D Freed
 on behalf of Defendant Ace American Insurance Company efreed@cozen.com  mmerola@cozen.com

Frances Gecker
 on behalf of Interested Party Fred Caruso  Future Claimants' Representative fgecker@fgllp.com,
 csmith@fgllp.com;csucic@fgllp.com;mmatlock@fgllp.com

Gabriella B. Zahn-Bielski
 on behalf of Creditor United States Olympic Committee gzahnbielski@cov.com

Geoffrey M. Miller
 on behalf of Defendant Virginia Surety Company  Inc. geoffrey.miller@dentons.com, docket.general.lit.nyc@dentons.com

Geoffrey M. Miller
 on behalf of Interested Party Virginia Surety Company  Inc. geoffrey.miller@dentons.com, docket.general.lit.nyc@dentons.com

George Calhoun
 on behalf of Defendant TIG Insurance Company george@ifrahlaw.com  Heather.Simpson@kennedyscmk.com

George Calhoun
 on behalf of Interested Party TIG Insurance Company george@ifrahlaw.com  Heather.Simpson@kennedyscmk.com

George Plews
 on behalf of Plaintiff USA Gymnastics gplews@psrb.com

George Plews
 on behalf of Debtor USA Gymnastics gplews@psrb.com

Ginny L. Peterson
 on behalf of Creditor Liberty Insurance Underwriters  Inc. gpeterson@k-glaw.com, acoy@k-glaw.com

Ginny L. Peterson
 on behalf of Defendant Liberty Insurance Underwriters Inc. gpeterson@k-glaw.com  acoy@k-glaw.com

Gregory Michael Gotwald
 on behalf of Debtor USA Gymnastics ggotwald@psrb.com  tjohnson@psrb.com;eking@psrb.com

Gregory Michael Gotwald
 on behalf of Plaintiff USA Gymnastics ggotwald@psrb.com  tjohnson@psrb.com;eking@psrb.com

Harley K Means
 on behalf of Interested Party ACE American Insurance Company hkm@kgrlaw.com
 kwhigham@kgrlaw.com;cjs@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means

**Case 18-09108-RLM-11   Doc 1812   Filed 01/05/22   EOD 01/06/22 00:18:02   Pg 5 of 12**

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 5 of 11 |
| Date Rcvd: Jan 03, 2022 | Form ID: s009024 | Total Noticed: 7 |

| | |
|---|---|
| | on behalf of Defendant Ace American Insurance Company hkm@kgrlaw.com kwhigham@kgrlaw.com;cjs@kgrlaw.com;tfroelich@kgrlaw.com |
| Heather Elizabeth Simpson | on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyslaw.com jillian.dennehy@kennedyslaw.com;tara.mccormack@kennedyslaw.com |
| Heather Elizabeth Simpson | on behalf of Defendant TIG Insurance Company heather.simpson@kennedyslaw.com jillian.dennehy@kennedyslaw.com;tara.mccormack@kennedyslaw.com |
| Heather M. Crockett | on behalf of Creditor State of Indiana Heather.Crockett@atg.in.gov marie.baker@atg.in.gov |
| I-Heng Hsu | on behalf of Defendant Jovita Carranza i-heng.hsu@usdoj.gov |
| I-Heng Hsu | on behalf of Defendant U.S. Small Business Administration i-heng.hsu@usdoj.gov |
| Igor Shleypak | on behalf of Defendant American Home Assurance Company ishleypak@fgppr.com bcastillo@fgppr.com |
| Igor Shleypak | on behalf of Interested Party National Union Fire Insurance Company of Pittsburg ishleypak@fgppr.com bcastillo@fgppr.com |
| Igor Shleypak | on behalf of Interested Party American Home Assurance Company ishleypak@fgppr.com bcastillo@fgppr.com |
| Igor Shleypak | on behalf of Interested Party American International Group Inc. ishleypak@fgppr.com, bcastillo@fgppr.com |
| Ilan D Scharf | on behalf of Creditor Committee Tort Claimants Committee ischarf@pszjlaw.com |
| J. Taylor Kirklin | on behalf of Defendant U.S. Small Business Administration taylor.kirklin@usdoj.gov melanie.crouch@usdoj.gov |
| J. Taylor Kirklin | on behalf of Defendant Jovita Carranza taylor.kirklin@usdoj.gov melanie.crouch@usdoj.gov |
| James I. Stang | on behalf of Creditor Committee Tort Claimants Committee jstang@pszjlaw.com |
| James I. Stang | on behalf of Creditor Sexual Abuse Survivors jstang@pszjlaw.com |
| James I. Stang | on behalf of on behalf of Special Counsel Pachulski Stang Ziehl & Jones LLP jstang@pszjlaw.com |
| James P Moloy | on behalf of Defendant Virginia Surety Company Inc. jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com |
| James P Moloy | on behalf of Interested Party Virginia Surety Company Inc. jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com |
| James Pio Ruggeri | on behalf of Interested Party Great American Assurance Company jruggeri@goodwin.com |
| Jay Russell Sever | on behalf of Interested Party National Casualty Company jay.sever@phelps.com |
| Jeffrey A Hokanson | on behalf of Interested Party THE NATIONAL GYMNASTICS FOUNDATION INC., an India jeff.hokanson@icemiller.com, bgnotices@icemiller.com,david.young@icemiller.com |
| Jesse Max Creed | on behalf of Creditor Kennedy Baker creed@psb.law alegria@psb.law |
| Jesse Max Creed | on behalf of Creditor Tasha Schwikert-Warren creed@psb.law alegria@psb.law |
| Jesse Max Creed | on behalf of Creditor Jordan Cobbs creed@psb.law alegria@psb.law |
| Jesse Max Creed | on behalf of Creditor Jane ED Doe creed@psb.law alegria@psb.law |
| Jillian Dennehy | on behalf of Defendant TIG Insurance Company jillian.dennehy@kennedyslaw.com |

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 6 of 11 |
| Date Rcvd: Jan 03, 2022 | Form ID: s009024 | Total Noticed: 7 |

Joel H. Norton
    on behalf of Creditor Elite Sportswear LP jnorton@rsslawoffices.com

John Cannizzaro
    on behalf of Interested Party THE NATIONAL GYMNASTICS FOUNDATION  INC., an India john.cannizzaro@icemiller.com, julia.yankula@icemiller.com

John Manly
    on behalf of Creditor Sexual Abuse Survivors jmanly@manlystewart.com

John McDonald
    on behalf of Interested Party Cre 130 LLC jmcdonald@taftlaw.com

John Joseph Allman
    on behalf of Creditor Jane Doe JJ jallman@hbkfirm.com dadams@hbkfirm.com

John R. Humphrey
    on behalf of Creditor Stephen D. Penny  Jr. jhumphrey@taftlaw.com, aolave@taftlaw.com

John Thomas Piggins
    on behalf of Debtor USA Gymnastics pigginsj@millerjohnson.com ecfpigginsj@millerjohnson.com

Jonathan Marshall
    on behalf of Creditor Liberty Insurance Underwriters  Inc. jmarshall@choate.com, jonathan-marshall-4638@ecf.pacerpro.com

Jonathan Toren
    on behalf of Interested Party ACE American Insurance Company jtoren@cozen.com bbuckner@cozen.com

Jonathan Toren
    on behalf of Defendant Ace American Insurance Company jtoren@cozen.com bbuckner@cozen.com

Jonathan C Little
    on behalf of Creditor M. DOE  a minor child jon@sllawfirm.com

Jonathan C Little
    on behalf of Creditor kelly cutright jon@sllawfirm.com

Jonathan C Little
    on behalf of Creditor Erin Kaufman jon@sllawfirm.com

Joseph L. Mulvey
    on behalf of Creditor Terin Humphrey joseph@mulveylawllc.com linda@mulveylawllc.com

Joshua D Weinberg
    on behalf of Defendant Great American Assurance Company jweinberg@goodwin.com

Joshua D Weinberg
    on behalf of Interested Party Great American Assurance Company jweinberg@goodwin.com

Karen M Dixon
    on behalf of Defendant Great American Assurance Company kdixon@skarzynski.com

Katherine Hance
    on behalf of Defendant Great American Assurance Company khance@goodwin.com

Keith Teel
    on behalf of Creditor United States Olympic Committee kteel@cov.com

Kenneth H. Brown
    on behalf of Creditor Committee Tort Claimants Committee kbrown@pszjlaw.com

Kevin P Kamraczewski
    on behalf of Defendant Virginia Surety Company  Inc. kevin@kevinklaw.com

Kevin P Kamraczewski
    on behalf of Interested Party Virginia Surety Company  Inc. kevin@kevinklaw.com

Kimberly Bedigian
    on behalf of Interested Party Gedderts' Twistars USA Gymnastics Club  Inc. kbedigian@sbplclaw.com

Kimberly Bedigian
    on behalf of Interested Party Twistars USA  Inc. kbedigian@sbplclaw.com

Kimberly Bedigian
    on behalf of Interested Party John Geddert kbedigian@sbplclaw.com

Kimberly Bedigian
    on behalf of Interested Party Kathryn Geddert kbedigian@sbplclaw.com

Kimberly A. Dougherty
    on behalf of Creditor Marcia Frederick Blanchette-Creditor obo Class Claim 531 Kim@justicelc.com Lisa@justicelc.com

Kimberly A. Dougherty

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 7 of 11 |
| Date Rcvd: Jan 03, 2022 | Form ID: s009024 | Total Noticed: 7 |

|  |  |
|---|---|
| | on behalf of Creditor Sexual Abuse Survivors Kim@justicelc.com  Lisa@justicelc.com |
| Kimberly A. Dougherty | |
| | on behalf of Creditor Marcia Frederick-Blanchette  Kim@justicelc.com, Lisa@justicelc.com |
| Laura A DuVall | |
| | on behalf of U.S. Trustee U.S. Trustee Laura.Duvall@usdoj.gov  Catherine.henderson@usdoj.gov |
| Laura B. Stephens | |
| | on behalf of Defendant Liberty Insurance Underwriters Inc. lbstephens@mintz.com |
| Louis T. DeLucia | |
| | on behalf of Interested Party THE NATIONAL GYMNASTICS FOUNDATION  INC., an India louis.delucia@icemiller.com, john.acquaviva@icemiller.com |
| Manvir Singh Grewal, Sr | |
| | on behalf of Creditor Sexual Abuse Survivors mgrewal@4grewal.com |
| Mark D. Stuaan | |
| | on behalf of Debtor USA Gymnastics mark.stuaan@btlaw.com |
| Martin Beeler | |
| | on behalf of Creditor United States Olympic Committee mbeeler@cov.com |
| Mathilda S. McGee-Tubb | |
| | on behalf of Defendant Liberty Insurance Underwriters Inc. msmcgee-tubb@mintz.com |
| Matthew A. Hamermesh | |
| | on behalf of Defendant Liberty Insurance Underwriters Inc. mhamermesh@hangley.com  kem@hangley.com;mjl@hangley.com |
| Megan A Bonanni | |
| | on behalf of Creditor Sexual Abuse Survivors mbonanni@pittlawpc.com |
| Meka Moore | |
| | on behalf of Interested Party National Casualty Company mmoore@selmanlaw.com |
| Melissa M. Root | |
| | on behalf of Debtor USA Gymnastics mroot@jenner.com  wwilliams@jenner.com |
| Melissa M. Root | |
| | on behalf of Plaintiff USA Gymnastics mroot@jenner.com  wwilliams@jenner.com |
| Meredith R. Theisen | |
| | on behalf of Creditor Sexual Abuse Survivors mtheisen@rubin-levin.net  atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;csprague@rubin-levin.net |
| Meredith R. Theisen | |
| | on behalf of Intervenor Tort Claimants Committee of Sexual Abuse Survivors mtheisen@rubin-levin.net  atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;csprague@rubin-levin.net |
| Meredith R. Theisen | |
| | on behalf of Creditor Committee Tort Claimants Committee mtheisen@rubin-levin.net  atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;csprague@rubin-levin.net |
| Micah R Krohn | |
| | on behalf of Interested Party Fred Caruso  Future Claimants' Representative mkrohn@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com |
| Micah R Krohn | |
| | on behalf of Other Professional FrankGecker LLP mkrohn@fgllp.com  mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com |
| Michael L Pitt | |
| | on behalf of Creditor Sexual Abuse Survivors mpitt@pittlawpc.com |
| Michael L. Ralph, Sr | |
| | on behalf of Creditor Elite Sportswear LP mralph@rsslawoffices.com |
| Michael L. Tuchin | |
| | on behalf of Creditor M. DOE  a minor child mtuchin@ktbslaw.com |
| Michael L. Tuchin | |
| | on behalf of Creditor Kelly Doe mtuchin@ktbslaw.com |
| Michael L. Tuchin | |
| | on behalf of Creditor John Joseph Ferreira III mtuchin@ktbslaw.com |
| Michael L. Tuchin | |
| | on behalf of Creditor Erin Kaufman mtuchin@ktbslaw.com |
| Michael L. Tuchin | |
| | on behalf of Creditor Rylee Daugherty mtuchin@ktbslaw.com |

| | |
|---|---|
| Michael L. Tuchin | on behalf of Creditor Jacqueline Elizabeth Combs mtuchin@ktbslaw.com |
| Michael M. Marick | on behalf of Defendant Great American Assurance Company mmarick@skarzynski.com |
| Michael P. O'Neil | on behalf of Creditor Stephen D. Penny Jr. moneil@taftlaw.com, aolave@taftlaw.com |
| Mitchell Aaron Kamin | on behalf of Creditor United States Olympic Committee mkamin@cov.com |
| Nancy D Adams | on behalf of Defendant Liberty Insurance Underwriters Inc. ndadams@mintz.com |
| Patrick Maxcy | on behalf of Interested Party Virginia Surety Company Inc. patrick.maxcy@dentons.com |
| Patrick Maxcy | on behalf of Defendant Virginia Surety Company Inc. patrick.maxcy@dentons.com |
| Peter D'Apice | on behalf of Creditor Marcia Frederick Blanchette-Creditor obo Class Claim 531 dapice@sbep-law.com |
| Peter D'Apice | on behalf of Creditor Marcia Frederick-Blanchette dapice@sbep-law.com |
| Phillip Alan Martin | on behalf of Interested Party Endurance American Insurance Company pmartin@fmdlegal.com cbellner@fmhd.com |
| Rachana Fischer | on behalf of Defendant Jovita Carranza rachana.fischer@usdoj.gov melanie.crouch@usdoj.gov |
| Rachana Fischer | on behalf of Defendant U.S. Small Business Administration rachana.fischer@usdoj.gov melanie.crouch@usdoj.gov |
| Ren-Ann A Wang | on behalf of Interested Party National Casualty Company rwang@eckertseamans.com |
| Robert Allard | on behalf of Creditor Terin Humphrey rallard@cmalaw.net |
| Robert Millner | on behalf of Defendant Virginia Surety Company Inc. robert.millner@dentons.com, docket.general.lit.chi@dentons.com |
| Robert Millner | on behalf of Interested Party Virginia Surety Company Inc. robert.millner@dentons.com, docket.general.lit.chi@dentons.com |
| Robert J Pfister | on behalf of Creditor Kelly Doe rpfister@ktbslaw.com |
| Robert J Pfister | on behalf of Creditor Jacqueline Elizabeth Combs rpfister@ktbslaw.com |
| Robert J Pfister | on behalf of Creditor John Joseph Ferreira III rpfister@ktbslaw.com |
| Robert J Pfister | on behalf of Creditor Rylee Daugherty rpfister@ktbslaw.com |
| Robert J Pfister | on behalf of Creditor M. DOE a minor child rpfister@ktbslaw.com |
| Robert J Pfister | on behalf of Creditor kelly cutright rpfister@ktbslaw.com |
| Robert J Pfister | on behalf of Creditor Erin Kaufman rpfister@ktbslaw.com |
| Ronald David Kent | on behalf of Defendant Virginia Surety Company Inc. ronald.kent@dentons.com, sean.lobb@dentons.com;judy.padilla@dentons.com;audrey.rosenbaum@dentons.com |
| Ronald David Kent | on behalf of Interested Party Virginia Surety Company Inc. ronald.kent@dentons.com, sean.lobb@dentons.com;judy.padilla@dentons.com;audrey.rosenbaum@dentons.com |
| Ronald J. Moore | on behalf of U.S. Trustee U.S. Trustee Ronald.Moore@usdoj.gov |
| Ronald Paltin Schiller | on behalf of Defendant Liberty Insurance Underwriters Inc. rschiller@hangley.com baw@hangley.com;ecffilings@hangley.com |

Case 18-09108-RLM-11   Doc 1812   Filed 01/05/22   EOD 01/06/22 00:18:02   Pg 9 of 12

| District/off: 0756-1 | User: admin | Page 9 of 11 |
|---|---|---|
| Date Rcvd: Jan 03, 2022 | Form ID: s009024 | Total Noticed: 7 |

| | |
|---|---|
| Ronald Paltin Schiller | on behalf of Creditor Liberty Insurance Underwriters Inc. rschiller@hangley.com, baw@hangley.com;ecffilings@hangley.com |
| Samuel D. Hodson | on behalf of Creditor Mihael Anton shodson@taftlaw.com aolave@taftlaw.com |
| Sarah Lynn Fowler | on behalf of Defendant BMK Training Facilities Ltd. sfowler@ofattorneys.com, deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sarah Lynn Fowler | on behalf of Defendant Bela Karolyi sfowler@ofattorneys.com deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sarah Lynn Fowler | on behalf of Interested Party Karolyi Training Camps sfowler@ofattorneys.com deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sarah Lynn Fowler | on behalf of Defendant BMK Partners Ltd sfowler@ofattorneys.com, deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sarah Lynn Fowler | on behalf of Defendant Karolyi Training Camps LLC sfowler@ofattorneys.com, deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sarah Lynn Fowler | on behalf of Defendant Karolyi's Elite sfowler@ofattorneys.com deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sarah Lynn Fowler | on behalf of Interested Party BMK Training Facilities Ltd. sfowler@ofattorneys.com, deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sarah Lynn Fowler | on behalf of Defendant Martha Karolyi sfowler@ofattorneys.com deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sarah Lynn Fowler | on behalf of Interested Party BMK Partners Ltd. sfowler@ofattorneys.com, deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sarah Lynn Fowler | on behalf of Interested Party Martha Karolyi sfowler@ofattorneys.com deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sarah Lynn Fowler | on behalf of Defendant Karolyi World Gymnastics Inc. sfowler@ofattorneys.com, deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sarah Lynn Fowler | on behalf of Interested Party Bela Karolyi sfowler@ofattorneys.com deidre@ofattorneys.com,ellen@ofattorneys.com |
| Sasha M. Gurvitz | on behalf of Creditor Erin Kaufman sgurvitz@ktbslaw.com |
| Sasha M. Gurvitz | on behalf of Creditor Rylee Daugherty sgurvitz@ktbslaw.com |
| Sasha M. Gurvitz | on behalf of Creditor Jacqueline Elizabeth Combs sgurvitz@ktbslaw.com |
| Sasha M. Gurvitz | on behalf of Creditor John Joseph Ferreira III sgurvitz@ktbslaw.com |
| Sasha M. Gurvitz | on behalf of Creditor Kelly Doe sgurvitz@ktbslaw.com |
| Sasha M. Gurvitz | on behalf of Creditor M. DOE a minor child sgurvitz@ktbslaw.com |
| Sean T Devenney | on behalf of Defendant TIG Insurance Company sdevenney@dsvlaw.com |
| Sean T Devenney | on behalf of Interested Party TIG Insurance Company sdevenney@dsvlaw.com |
| Sommer Diane Luther | on behalf of Interested Party Katie Payne sluther@wagstafflawfirm.com |
| Sommer Diane Luther | on behalf of Interested Party Angela Gacaferi sluther@wagstafflawfirm.com |
| Sommer Diane Luther | on behalf of Interested Party Abuse Plaintiffs sluther@wagstafflawfirm.com |
| Sommer Diane Luther | on behalf of Interested Party Maureen Payne Baum sluther@wagstafflawfirm.com |
| Sommer Diane Luther | on behalf of Interested Party Melissa Imrie sluther@wagstafflawfirm.com |

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 10 of 11 |
| Date Rcvd: Jan 03, 2022 | Form ID: s009024 | Total Noticed: 7 |

Stephen Jay Peters
    on behalf of Interested Party ACE American Insurance Company speters@kgrlaw.com acooper@kgrlaw.com

Stephen Jay Peters
    on behalf of Defendant Ace American Insurance Company speters@kgrlaw.com acooper@kgrlaw.com

Steven W Golden
    on behalf of Creditor Committee Tort Claimants Committee sgolden@pszjlaw.com

Susan Walker
    on behalf of Defendant Virginia Surety Company Inc. susan.walker@dentons.com

Susan Walker
    on behalf of Interested Party Virginia Surety Company Inc. susan.walker@dentons.com

Susan N Gummow
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburg sgummow@fgppr.com bcastillo@fgppr.com

Susan N Gummow
    on behalf of Defendant American Home Assurance Company sgummow@fgppr.com bcastillo@fgppr.com

Susan N Gummow
    on behalf of Interested Party American Home Assurance Company sgummow@fgppr.com bcastillo@fgppr.com

Susan N Gummow
    on behalf of Interested Party American International Group Inc. sgummow@fgppr.com, bcastillo@fgppr.com

Syed Ali Saeed
    on behalf of Creditor Kelly Doe ali@sllawfirm.com betty@sllawfirm.com

Syed Ali Saeed
    on behalf of Creditor Erin Kaufman ali@sllawfirm.com betty@sllawfirm.com

Syed Ali Saeed
    on behalf of Creditor kelly cutright ali@sllawfirm.com betty@sllawfirm.com

Syed Ali Saeed
    on behalf of Creditor M. DOE a minor child ali@sllawfirm.com, betty@sllawfirm.com

Thomas C Scherer
    on behalf of Interested Party PNC Bank National Association thomas.scherer@dentons.com, faith.wolfe@dentons.com

Thomas E Patterson
    on behalf of Creditor John Joseph Ferreira III tpatterson@ktbslaw.com

Thomas E Patterson
    on behalf of Creditor M. DOE a minor child tpatterson@ktbslaw.com

Thomas E Patterson
    on behalf of Creditor Kelly Doe tpatterson@ktbslaw.com

Thomas E Patterson
    on behalf of Creditor Rylee Daugherty tpatterson@ktbslaw.com

Thomas E Patterson
    on behalf of Creditor Erin Kaufman tpatterson@ktbslaw.com

Thomas E Patterson
    on behalf of Creditor Jacqueline Elizabeth Combs tpatterson@ktbslaw.com

Thomas R. Behm
    on behalf of Creditor Sexual Abuse Survivors trbehm@gmnp.com

Todd F. Flood
    on behalf of Creditor Sexual Abuse Creditors tflood@floodlaw.com

Tonya J. Bond
    on behalf of Plaintiff USA Gymnastics tbond@psrb.com jscobee@psrb.com

U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

Vince W Finaldi
    on behalf of Creditor Sexual Abuse Survivors vfinaldi@manlystewart.com

Wendy D Brewer
    on behalf of Interested Party Endurance American Insurance Company wbrewer@fmdlegal.com cbellner@fmdlegal.com

Weston Erick Overturf
    on behalf of Defendant BMK Partners Ltd wes@ofattorneys.com, deidre@ofattorneys.com;ellen@ofattorneys.com

Weston Erick Overturf
    on behalf of Defendant Martha Karolyi wes@ofattorneys.com deidre@ofattorneys.com;ellen@ofattorneys.com

District/off: 0756-1         User: admin          Page 11 of 11
Date Rcvd: Jan 03, 2022      Form ID: s009024     Total Noticed: 7

Weston Erick Overturf
    on behalf of Defendant Karolyi World Gymnastics  Inc. wes@ofattorneys.com, deidre@ofattorneys.com;ellen@ofattorneys.com

Weston Erick Overturf
    on behalf of Defendant Karolyi Training Camps  LLC wes@ofattorneys.com, deidre@ofattorneys.com;ellen@ofattorneys.com

Weston Erick Overturf
    on behalf of Interested Party Martha Karolyi wes@ofattorneys.com  deidre@ofattorneys.com;ellen@ofattorneys.com

Weston Erick Overturf
    on behalf of Defendant BMK Training Facilities  Ltd. wes@ofattorneys.com, deidre@ofattorneys.com;ellen@ofattorneys.com

Weston Erick Overturf
    on behalf of Defendant Bela Karolyi wes@ofattorneys.com  deidre@ofattorneys.com;ellen@ofattorneys.com

Weston Erick Overturf
    on behalf of Defendant Karolyi's Elite wes@ofattorneys.com  deidre@ofattorneys.com;ellen@ofattorneys.com

Weston Erick Overturf
    on behalf of Interested Party Karolyi Training Camps wes@ofattorneys.com  deidre@ofattorneys.com;ellen@ofattorneys.com

Weston Erick Overturf
    on behalf of Interested Party Bela Karolyi wes@ofattorneys.com  deidre@ofattorneys.com;ellen@ofattorneys.com

Whitney L Mosby
    on behalf of Interested Party PNC Bank  National Association whitney.mosby@dentons.com, faith.wolfe@dentons.com;nancy.branham@dentons.com

TOTAL: 251

SO ORDERED: January 3, 2022.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

S009024 (rev 02/2017)

In re:

**USA Gymnastics**,
    Debtor.

Case No. **18–09108–RLM–11**

## ORDER FOR RELIEF FROM JUDGMENT

A Motion for Relief from Judgment/Order Pursuant to Fed.R.Bankr.P. 9024 was filed on December 28, 2021, by Creditor United States Olympic Committee.

**IT IS ORDERED** that relief is **GRANTED** from the following order:

    Document:         Order Striking Deficient or Incomplete Filing
    File Date:          December 28, 2021
    Document Number: 1796

The Clerk's Office will distribute this order.

###