**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**SUMMARY COVER SHEET TO THE FINAL APPLICATION
OF JENNER & BLOCK LLP AS COUNSEL TO USA GYMNASTICS FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED FROM
DECEMBER 5, 2018 THROUGH APRIL 25, 2022**

| General Information | |
|---|---|
| Name of Applicant: | Jenner & Block LLP |
| Authorized to Provide Services To: | USA Gymnastics |
| Petition Date: | December 5, 2018 |
| Date Retention Approved: | January 17, 2019, effective as of December 5, 2018 [Dkt. 188] |
| **Summary Of Total Fees & Expenses** | |
| Time Period Covered By This Application: | December 5, 2018–April 25, 2022 |
| Amount Of Compensation Sought To Be Allowed As Actual, Reasonable, And Necessary: | $8,577,883.52 |
| Amount Of Expense Reimbursement Sought To Be Allowed As Actual, Reasonable, And Necessary: | $159,210.42 |
| Total Compensation And Expense Reimbursement Sought To Be Allowed: | $8,737,093.94 |

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

| Summary Of Fees & Expenses By Fee Period | |
|---|---|
| Compensation Allowed To Date In The First And Second Interim Fee Orders (12/5/18-11/30/20): | $5,498,564.82 |
| Expense Reimbursement Allowed To Date In The First And Second Interim Fee Orders (12/5/18-11/30/20): | $126,670.05 |
| Compensation Sought for the Third Fee Period (12/1/20-4/25/22): | $3,079,318.70 |
| Expense Reimbursement Sought for the Third Fee Period (12/1/20-4/25/22): | $32,540.37 |
| **Summary Of Fees & Expenses Paid By Fee Period** | |
| Compensation Paid To Date: | $7,885,056.95 |
| Expense Reimbursement Paid To Date: | $152,981.07 |
| Compensation Unpaid Under First And Second Interim Fee Orders: | $0.00 |
| Expense Reimbursement Unpaid Under First And Second Interim Fee Orders: | $0.00 |
| Compensation Unpaid for the Third Fee Period: | $692,826.57 |
| Expense Reimbursement Unpaid for the Third Fee Period: | $6,229.35 |
| Total Compensation and Expense Reimbursement Unpaid: | $699,055.92 |
| **Blended Rates For Jenner & Block Professionals** | |
| Blended Rate For The Third Fee Period For All Attorneys: | $1,023.71 ($921.34 following 10% fee discount) |
| Blended Rate For All Fee Periods For All Attorneys: | $844.77 ($760.29 following 10% fee discount) |
| Blended Rate For The Third Fee Period For All Timekeepers: | $1,009.52 ($908.57 following 10% fee discount) |

| | |
|---|---|
| Blended Rate For All Fee Periods For All Timekeepers: | $811.78 ($730.60 following 10% fee discount) |
| Number Of Professionals Included For the Third Fee Period : | 17 professionals (8 partners, 4 associates, & 4 paraprofessionals) |
| Number Of Professionals Billing Fewer Than 15 Hours To This Case For the Third Fee Period: | 8 professionals (4 partners, 1 associate, & 3 paraprofessionals) |
| This is a **final application**. | |

Dated: May 4, 2022

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
Adam T. Swingle (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com
aswingle@jenner.com

*Counsel for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>       Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**FINAL APPLICATION OF JENNER & BLOCK LLP AS COUNSEL TO
USA GYMNASTICS FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM
<u>DECEMBER 5, 2018 THROUGH APRIL 25, 2022</u>**

Jenner & Block LLP ("**Jenner & Block**"), attorneys for the above-captioned debtor and debtor in possession, USA Gymnastics ("**USAG**" or the "**Debtor**"), in the above-captioned chapter 11 case, hereby submits this application (the "**Application**") for an award of final compensation. Jenner & Block submits this Application pursuant to Section 330 of 11 U.S.C. §§ 101-1532, *et seq.* (the "**Bankruptcy Code**"); Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Indiana (the "**Local Rules**"); the *Order Granting Debtor's Application For Order Authorizing The Debtor To Employ Jenner & Block LLP As Counsel Pursuant To 11 U.S.C. § 327(a), Effective As Of The Petition Date* [Dkt. 188] (the "**Retention Order**"); the *Order Granting Debtor's Motion For Entry Of An Order Establishing Procedures for Interim Compensation And Reimbursement Of Expenses of Professionals* [Dkt. 187] (the "**Interim Compensation Order**"); the *Findings Of Fact, Conclusions Of Law, And Order Confirming The Modified Third Amended Joint Chapter 11 Plan Of Reorganization*

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

*Proposed By USA Gymnastics And The Additional Tort Claimants Committee Of Sexual Abuse Survivors* [Dkt. 1776]; and the United States Trustee's *Guidelines For Reviewing Applications For Compensation And Reimbursement Of Expenses Filed Under 11 U.S.C. § 330 By Attorneys In Large Chapter 11 Cases Effective As Of November 1, 2013* (the "**UST Guidelines**"). In support of this Application, Jenner & Block states as follows:

## PRELIMINARY STATEMENT

1.      Jenner & Block serves as USAG's lead counsel in this chapter 11 case. Since being retained, Jenner & Block worked diligently with USAG, its other counsel, and its stakeholders to resolve the hundreds of lawsuits and claims that survivors of sexual abuse filed against USAG. Jenner & Block devoted substantial efforts and time to negotiating with the Additional Tort Claimants Committee of Sexual Abuse Survivors (the "**Survivors' Committee**"), individual claimants and their counsel, the U.S. Olympic and Paralympic Committee (the "**USOPC**"), the insurers for USAG and the USOPC, and other key parties in interest to resolve these sexual abuse claims consensually, fairly, and efficiently.

2.      Ultimately, those efforts proved successful. On December 16, 2021, the Court entered its *Findings Of Fact, Conclusions Of Law, And Order* [Dkt. 1776] (the "**Confirmation Order**") confirming the *Modified Third Amended Joint Chapter 11 Plan Of Reorganization Proposed By USA Gymnastics And The Additional Tort Claimants Committee Of Sexual Abuse Survivors* [Dkt. 1764] (the "**Plan**").[2] The Plan implements a $380 million global settlement for the benefit of survivors asserting sexual abuse claims. (Plan §§ 3.2, 9.2.2.) The Plan also requires USAG to implement certain non-monetary commitments and reforms, including appointing at least one survivor as a director of USAG and creating a Restorative Justice Task Force. (*Id*. § 20.1.)

---

[2] Capitalized terms used herein but not defined shall have the meanings given to them in the Plan.

The Plan's Effective Date occurred on April 25, 2022, and the Settlement Trustee is completing his review of sexual abuse claims in preparation for distributing funds to sexual abuse claimants.

3.          Jenner & Block's legal services were critical to achieving this extraordinary result in this chapter 11 case. From the Petition Date forward, USAG's objective was to reach a fair and equitable settlement with the survivors and to maximize the available insurance proceeds to fund the settlement for survivors. Throughout this case, Jenner & Block professionals worked hand-in-hand with USAG to achieve this objective, including, by, among other things:

- drafting USAG's Plan, ancillary agreements, and Disclosure Statement in coordination with, and ultimately with the support of, the Survivors' Committee, individual survivors and their counsel, the insurance carriers, the USOPC, Twistars, and other parties in interest;

- preparing mediation materials and analysis and participating in multiple mediation sessions spanning over three years and related settlement discussions with the mediators, the Survivors' Committee, individual survivors and their counsel, the insurance carriers, the USOPC, and other parties in interest;

- evaluating the sexual abuse claims asserted against USAG's estate and counseling USAG on how to equitably and efficiently resolve such claims;

- prosecuting an adversary proceeding to obtain a third-party stay of all related litigation at the request of and with the support of the Survivors' Committee, which stay aided the parties' efforts to successfully mediate this case;

- assisting with the prosecution of an adversary proceeding seeking declarations of insurance coverage with respect to the sexual abuse claims and matters that involved bankruptcy considerations;

- prosecuting an adversary proceeding seeking an injunction prohibiting the U.S. Small Business Administration from restricting USAG's access to funds under the Paycheck Protection Program (as authorized by the Coronavirus Aid, Relief, and Economic Security Act) solely on account of USAG's status as a chapter 11 debtor;

- completing briefing in Liberty Insurance Underwriters, Inc.'s ("**LIU's**") appeal from the Confirmation Order;

- mediating a post-confirmation dispute with the Settling Insurers and LIU to allow USAG's confirmed Plan to become effective; and,

- assisting USAG is performing all of its duties as a chapter 11 debtor, work that was necessary to ensure that its bankruptcy case could successfully reach confirmation and equitably resolve the survivors' claims.

4.      Jenner & Block's work was beneficial and necessary to USAG and its estate. Accordingly, Jenner & Block respectfully requests that the Court confirm and make final its two prior interim fee awards for the fees and expenses incurred between the petition date and November 30, 2020 (the "**First and Second Fee Periods**"), and that it also grant final approval for the fees and expenses incurred between December 1, 2020 and April 25, 2022, the date on which USAG's plan of reorganization became effective (the "**Third Fee Period**").

## JURISDICTION

5.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

6.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

7.      The statutory and legal predicates for the relief sought in this Application are Section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-1, the Retention Order, the Interim Compensation Order, the Confirmation Order, and the UST Guidelines.

## BACKGROUND

8.      On December 5, 2018, USAG filed a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code. The Debtor remains in possession of its property and continues to operate and maintain its organization as a debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

9.      On January 17, 2019, this Court entered the Retention Order, authorizing USAG to retain Jenner & Block as its counsel, effective as of December 5, 2018. On that same date, this Court entered the Interim Compensation Order, authorizing procedures for the interim payment of

4

professional fees and expenses. Jenner & Block agreed to provide USAG with a ten (10%) discount on fees.

10.     On May 6, 2020, Jenner & Block filed its *First Interim Application Of Jenner & Block LLP As Counsel To USA Gymnastics For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred From December 5, 2018 Through March 31, 2020* [Dkt. 1044] (the "**First Interim Fee Application**"), seeking $4,128,819.15 in compensation and $111,471.02 in expense reimbursement. On June 29, 2020, the Court entered an Order approving the First Interim Fee Application [Dkt. 1168] (the "**First Interim Order**") in the amount of $4,121,129.22 in compensation and $109,986.97 in expense reimbursement, reflecting certain reductions agreed to by the U.S. Trustee and Jenner & Block. USAG requests that the Court confirm and make final the amounts allowed in the First Interim Order.

11.     On February 3, 2021, Jenner & Block filed its *Second Interim Application Of Jenner & Block LLP As Counsel To USA Gymnastics For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred From April 1, 2020 Through November 30, 2020* [Dkt. 1423] (the "**Second Interim Fee Application**"), seeking $1,377,435.60 in compensation and $16,638.08 in expense reimbursement. On April 1, 2021, the Court entered an Order approving the Second Interim Fee Application [Dkt. 1454] (the "**Second Interim Order**") in the amount of $1,377,435.60 in compensation and $16,683.08 in expense reimbursement. USAG requests that the Court confirm and make final the amounts allowed in the Second Interim Order.

12.     Pursuant to the Interim Compensation Order, Jenner & Block filed monthly statements reflecting its fees and expenses (the "**Monthly Statements**"). (*See* Dkts. 289, 364, 447,

609, 692, 701, 800, 825, 841, 855, 948, 990, 1032, 1063, 1164, 1206, 1258, 1300, 1340, 1341, 1405, 1562, 1775, 1841, 1860, 1878, 1891.)

13.    A summary of the Monthly Statements that Jenner & Block filed for the First and Second Periods is as follows:

| FIRST AND SECOND FEE PERIOD MONTHLY STATEMENTS | | | |
|---|---|---|---|
| Monthly Statement | Approved Fees | Approved Expenses | Total Paid |
| 12/5/18-12/31/18 | $160,842.37 | $3,661.77 | $164,504.14 |
| 01/01/19-01/31/19 | $116,784.90 | $994.68 | $117,779.58 |
| 02/01/19-02/28/19 | $138,806.00 | $2,510.35 | $141,316.35 |
| 03/01/19-03/31/19 | $249,213.15 | $3,943.56 | $253,156.71 |
| 04/01/19-04/30/19 | $234,071.85 | $3,070.25 | $237,142.10 |
| 05/01/19-05/31/19 | $287,382.80 | $7,957.66 | $295,340.46 |
| 06/01/19-06/30/19 | $280,038.55 | $4,090.92 | $284,129.47 |
| 07/01/19-07/31/19 | $357,858.90 | $3,277.50 | $361,136.40 |
| 08/01/19-08/31/19 | $303,596.65 | $38,315.27 | $341,911.92 |
| 09/01/19-09/30/19 | $390,960.25 | $3,176.60 | $394,136.85 |
| 10/01/19-10/31/19 | $323,150.95 | $842.03 | $323,992.98 |
| 11/01/19-11/30/19 | $300,621.40 | $1,795.21 | $302,416.61 |
| 12/01/19-12/31/19 | $198,221.90 | $16,890.49 | $215,112.39 |
| 01/01/20-01/31/20 | $336,178.80 | $18,087.10 | $354,265.90 |
| 02/01/20-02/29/20 | $156,590.55 | $1,033.14 | $157,623.69 |
| 03/01/20-03/31/20 | $286,810.20 | $340.44 | $287,150.64 |
| 04/01/20-04/30/20 | $177,977.70 | $1,259.85 | $179,237.55 |
| 05/01/20-05/31/20 | $218,110.95 | $698.28 | $218,809.23 |
| 06/01/20-06/30/20 | $285,637.05 | $3,191.82 | $288,828.87 |
| 07/01/20-07/31/20 | $144,649.80 | $2,004.68 | $146,654.48 |
| 08/01/20-08/31/20 | $180,996.30 | $6,098.44 | $187,094.74 |
| 09/01/20-09/30/20 | $95,769.00 | $951.91 | $96,720.91 |
| 10/01/20-10/31/20 | $154,802.25 | $809.34 | $155,611.59 |

| FIRST AND SECOND FEE PERIOD MONTHLY STATEMENTS | | | |
|---|---|---|---|
| Monthly Statement | Approved Fees | Approved Expenses | Total Paid |
| 11/01/20-11/30/20 | $119,492.55 | $1,668.76 | $121,161.31 |

14.     A summary of the Monthly Statements that Jenner & Block filed for the Third Fee Period is as follows:

| THIRD FEE PERIOD MONTHLY STATEMENTS | | | |
|---|---|---|---|
| Monthly Statement | Fees Requested | Expenses Requested | Total Paid |
| 12/01/20-12/31/20 | $123,430.95 | $1,508.37 | $124,939.32 |
| 01/01/21-01/31/21 | $211,040.10 | $609.95 | $211,650.05 |
| 02/01/21-02/28/21 | $154,975.05 | $389.00 | $155,364.05 |
| 03/01/21-03/31/21 | $126,424.80 | $16.45 | $126,441.25 |
| 04/01/21-04/30/21 | $275,520.60 | $3,204.37 | $278,724.97 |
| 05/01/21-05/31/21 | $90,096.30 | $2,182.21 | $92,278.51 |
| 06/01/21-06/30/21 | $98,950.05 | $0.00 | $98,950.05 |
| 07/01/21-07/31/21 | $118,708.65 | $241.77 | $118,950.42 |
| 08/01/21-08/31/21 | $244,646.10 | $1,179.48 | $245,825.58 |
| 09/01/21-09/30/21 | $299,243.70 | $2,914.26 | $302,157.96 |
| 10/01/21-10/31/21 | $350,319.40 | $6,615.69 | $356,935.09 |
| 11/01/21-11/30/21 | $181,338.75 | $422.36 | $181,761.11 |
| 12/01/21-12/31/21 | $357,637.00 | $7,027.11 | $118,824.79 |
| 01/01/22-01/31/22 | $83,019.15 | $2,779.71 | $0.00 |
| 02/01/22-02/28/22 | $222,253.20 | $3,020.14 | $0.00 |
| 03/01/22-03/31/22 | $49,406.40 | $258.10 | $0.00 |
| 04/01/22-04/25/22 | $92,308.50 | $171.40 | $0.00 |

15.    Jenner & Block has received a total of $8,038,038.02, consisting of $7,885,056.95 in compensation and $152,981.07 in expense reimbursement. Jenner & Block received $125,600.31 of these amounts from LIU, one of USAG's insurers.

16.    Under the Court's First and Second Interim Orders, no amounts remain unpaid. For the Third Fee Period, $699,055.92 remains unpaid, comprised of $692,826.57 in fees and $6,229.35 in expenses.

## FEES AND EXPENSES INCURRED DURING THE THIRD FEE PERIOD

**A.    Customary Billing Disclosures.**

17.    Jenner & Block's hourly rates are set at a level designed to compensate Jenner & Block fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. The hourly rates and corresponding rate structure utilized by Jenner & Block in this case are equivalent to the hourly rates and corresponding rate structure used by Jenner & Block for similar complex restructuring, litigation, investigation, and corporate matters, whether in court or otherwise, and regardless of whether a fee application is required. The rates and rate structure reflect that such complex matters typically are national in scope and typically involve great complexity, high stakes, and intense time pressures. Significantly, given the not-for-profit status of USAG, Jenner & Block has discounted its hourly rates by ten percent (10%).

**B.    Fees Incurred During Third Fee Period.**

18.    In the ordinary course of Jenner & Block's practice, Jenner & Block maintains records of the time spent on the professional services provided to USAG. Exhibit A to this Application is a summary of fees incurred and hours worked during the Third Fee Period for which compensation is sought on an hourly basis in this Application, setting forth the following information:

- the name of each attorney and paraprofessional for whose work compensation is sought;

- each attorney's year of bar admission and area of practice concentration;

- the aggregate time worked and fees billed by each attorney and each paraprofessional during the Third Fee Period;

- the hourly billing rates for each such attorney and paraprofessional at Jenner & Block's applicable billing rates; and,

- a calculation of the total compensation requested using the rates disclosed in this Application.

19.    Jenner & Block's team is led by Catherine Steege, a restructuring and bankruptcy partner, and Dean Panos, a commercial litigator partner with significant mass tort experience. Ms. Steege and Mr. Panos led USAG's negotiations with the Survivors' Committee and USAG's insurers and other key parties. Along with Ms. Steege, Melissa Root, also a restructuring and bankruptcy partner, represented USAG in matters before this Court and worked with USAG to develop its plan of reorganization. Gayle Littleton, a former partner in Jenner & Block's Investigations, Compliance, and Defense practice and a former Assistant United States Attorney, and Keri Holleb Hotaling, a litigation partner with deep experience leading investigation response teams, led USAG's response to various investigations. The Jenner & Block team representing USAG also includes associates and paraprofessionals with bankruptcy and litigation expertise who have assisted the team in representing USAG in this Court, evaluating the sexual abuse claims, researching key matters of law, assisting with document productions to various parties, and otherwise providing value to USAG.

20.    Exhibit B to this Application is a summary of blended hourly rates for (i) Jenner & Block professionals (excluding Restructuring and Bankruptcy attorneys) and (ii) blended hourly rates for timekeepers for which Jenner & Block is seeking hourly compensation in this Application, as required by the UST Guidelines.

9

**C.      Expenses Incurred During Third Fee Period.**

21.      In the ordinary course of Jenner & Block's practice, Jenner & Block maintains a record of expenses incurred in rendering professional services to USAG and for which reimbursement is sought. Exhibit C to this Application is a summary of the total amount of expenses for which Jenner & Block seeks reimbursement with respect to each category of expenses for the Third Fee Period. The out-of-pocket disbursement sum is broken down into categories of charges. Exhibit D to this Application is a full list of the expenses Jenner & Block incurred during the Third Fee Period.

SUMMARY OF LEGAL SERVICES

22.      Jenner & Block provided important professional services to USAG. A summary of the various services Jenner & Block provided to USAG is set forth in paragraphs 25 through 48 below.

23.      Jenner & Block has established, in accordance with its internal billing procedures, subject matter categories (each, a "**Matter Category**") for keeping time records of the work performed for USAG. A schedule setting forth a description of each Matter Category utilized in this case, the number of hours worked by Jenner & Block attorneys and paraprofessionals for each Matter Category, and the aggregate fees associated with each Matter Category is attached as Exhibit E. In addition, subject to redaction for attorney-client privilege, work product, and confidentiality where necessary to protect USAG, Jenner & Block's records of time worked providing professional services to USAG are attached hereto as Exhibit F.

24.      The following is a non-exhaustive summary, by Matter Category, of the professional services provided by Jenner & Block.

10

**A.     Plan of Reorganization & Disclosure Statement[3]**
**Total Hours For Third Fee Period:**     **1,387.80**          **Fees:  $1,214,115.75**
**Total Hours For All Fee Periods:**      **2,061.20**          **Fees:  $1,754,815.95**

25.     Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) drafting and revising USAG's Plan, Disclosure Statement, ancillary agreements (including the Buy-Back Agreements and the Trust Agreement), and solicitation packages; (b) advising USAG and communicating internally and with USAG's other retained professionals with respect to the Plan, Disclosure Statement, ancillary agreements, and solicitation packages; (c) analyzing and responding to comments from the U.S. Trustee, the Survivors' Committee, the USOPC, the insurance carriers, Twistars, and other parties in interest with respect to the Plan, Disclosure Statement, ancillary agreements, and solicitation packages; (d) drafting a motion to approve the Disclosure Statement and to set Plan confirmation procedures; (e) preparing instructions regarding service and notice of the Plan, the Disclosure Statement, and the solicitation packages, and conferring extensively with USAG's claims agent, Omni Agent Solutions Inc. ("**Omni**"), with respect to such service and notice; (f) corresponding with third party media organizations regarding publication notice of the Plan, Disclosure Statement, solicitation packages, and confirmation hearing; (g) drafting an omnibus response to objections filed to the Disclosure Statement and proposed plan solicitation packages and procedures; (h) drafting a confirmation brief responding to objections to the Plan's confirmation and presenting USAG's case in support of confirmation; (i) conferring with representatives of USAG and Omni with respect to their declarations in support of confirmation of the Plan; (j) preparing witnesses to testify in support of confirmation of the Plan; (j) preparing arguments in support of confirmation of the Plan to present at the confirmation

---

[3] The fee amounts for each Matter Category summarized herein reflect Jenner & Block's ten percent (10%) discount.

hearing; (k) drafting a proposed form of order confirming the Plan; (l) negotiating with other parties in interest, including the U.S. Trustee, the Survivors' Committee, the USOPC, the insurance carriers, and Twistars, with respect to the form of the confirmation order; (n) responding to numerous inquiries from creditors and their counsel with respect to solicitation and voting issues; (o) coordinating with other parties in interest and advising USAG with respect to closing the transactions necessary to consummate the Plan; (p) completing briefing in LIU's appeal from the confirmation order; (q) negotiating with LIU and the Settling Insurers to resolve a dispute over the Plan's effective date; and (r) attending depositions of USOPC representatives.

**B.      Mediation**

| | | | |
|---|---|---|---|
| **Total Hours For Third Fee Period:** | **1,042.80** | **Fees:** | **$1,132,929.45** |
| **Total Hours For All Fee Periods:** | **2,649.20** | **Fees:** | **$2,580,043.50** |

26.      Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) negotiating with the Survivors' Committee and the insurance carriers with respect to the terms of a mediation protocol and process; (b) drafting motions requesting that the Court direct parties to mediation, including a joint motion with the Survivors' Committee seeking additional mediation sessions before the Hon. James Carr; (c) consulting with parties in interest regarding mediator candidates and proposing mediator candidates to the Court; (d) preparing for and participating in mediation sessions and related settlement discussions that began in July 2019 and concluded in December 2021, by and among USAG's professionals, the mediators, the Survivors' Committee, individual survivors and their counsel, the insurance carriers, the USOPC, and other parties in interest; (e) drafting mediation statements and related analysis for the mediation sessions and related settlement discussions; (f) analyzing the sexual abuse claims and applicable law to formulate, and respond to, settlement proposals made in the context of the mediation sessions and settlement discussions; (g) advising USAG and communicating internally and with USAG's other retained professionals about mediation strategy and settlement discussions; (h) overseeing

mediation logistics; and (i) mediating with the settling insurers and LIU with respect to the scope of LIU's appeal from the confirmation order and with respect to the occurrence of the Plan's Effective Date.

**C.      Claims Administration & Objections**

| | | | |
|---|---|---|---|
| **Total Hours For Third Fee Period:** | **65.90** | **Fees:** | **$55,140.75** |
| **Total Hours For All Fee Periods:** | **1,010.50** | **Fees:** | **$526,400.10** |

27.      Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) communicating internally and with the Survivors' Committee and other parties in interest regarding the bar date for filing proofs of claim, including sexual abuse claims, and negotiating with the Survivors' Committee and USAG's insurers over the form of sexual abuse claim; (b) drafting a motion to set the bar date and approve proof of claim forms for sexual abuse claims and general unsecured claims; (c) responding to formal and informal objections to the bar date motion; (d) coordinating with Omni, USAG's staff, and other retained professionals regarding service of the bar date notice packages; (e) corresponding with third party media organizations to arrange publication notice of the sexual abuse claims bar date; (g) drafting a motion to appoint a future claims representative; (h) interviewing future claims representative candidates and proposing a future claims representative candidate to the Court; (i) providing information to, and engaging in meetings with, the future claims representative; (j) in coordination with Omni, maintaining claims registers for general unsecured claims and sexual abuse claims; (k) analyzing filed sexual abuse claims for purposes of mediation sessions, settlement discussions, and plan negotiations; (l) drafting objections to certain sexual abuse claims, including a purported class proof of claim; (m) analyzing the validity of filed general unsecured claims; (n) meeting and corresponding with USAG regarding the reconciliation of filed claims to USAG's books and records; (o) drafting objections to certain general unsecured claims, including duplicative claims, misclassified claims, and late claims; (p) preparing for and participating in Court hearings on the

claim objections; (q) reporting newly filed late claims and corresponding with late claimants concerning USAG's reporting obligations; and (r) responding to inquiries from parties in interest regarding claims matters.

**D.   Stay Related Matters**

| | | | |
|---|---|---|---|
| Total Hours For Third Fee Period: | 332.90 | Fees: | $242,226.90 |
| Total Hours For All Fee Periods: | 354.90 | Fees: | $261,838.35 |

28.     Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) analyzing violations of the Bankruptcy Code's automatic stay, including by claimants asserting demands against USAG and related parties or by insurers attempting to exercise control over property of the estate; (b) corresponding with such entities violating the automatic stay and demanding they cease such violations; (c) preparing for multiple contested hearings seeking enforcement of the automatic stay against such parties; (d) preparing a proposed order, findings of fact, and conclusions of law enforcing the automatic stay and prohibiting certain claimants from continuing certain postpetition litigation; and (e) corresponding with other parties in interest concerning the agreed stay of all prepetition litigation related to USAG.

**E.   Third Party Injunctions**

| | | | |
|---|---|---|---|
| Total Hours For Third Fee Period: | 0.70 | Fees: | $778.50 |
| Total Hours For All Fee Periods: | 171.00 | Fees: | $115,588.80 |

29.     Jenner & Block's recorded time entries in this category reflect time spent: (a) negotiating the agreed stay of all prepetition litigation against certain third parties related to USAG; (b) drafting the order implementing the agreed stay of the third-party litigation; (c) working with the Survivors' Committee to obtain unanimous consent to the stay order from all survivors who had filed lawsuits against the third parties; (d) drafting an adversary proceeding complaint and related motion and memoranda seeking a preliminary injunction against certain third party defendants who refused to join the agreed stay of prepetition litigation; (e) serving the adversary proceeding complaint and related documents on the defendants and providing notice of

14

the third-party injunction hearing; (f) responding to objections to the requested third-party injunction; (g) preparing for and participating in a contested evidentiary hearing on the requested third-party injunction; (h) objecting to a motion for relief from the automatic stay by certain parties opposing the third-party injunction; (i) revising the order granting the third-party injunction; (j) serving the third-party injunction order; (k) objecting to a motion to reconsider the third-party injunction; and (l) continuing to confer internally and with other parties in interest concerning the agreed stay of all prepetition litigation related to USAG after entry of the third-party injunction order.

**F.      USOPC Negotiations & Section 8 Proceeding**

| | | |
|---|---|---|
| **Total Hours For Third Fee Period:** | **4.40** | **Fees:  $4,731.75** |
| **Total Hours For All Fee Periods:** | **51.60** | **Fees:  $47,255.85** |

30.      Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) corresponding and meeting internally and with USAG's other retained professionals concerning the USOPC's Section 8 proceeding and the stay of that proceeding; and (b) negotiating a consent resolution with the USOPC resolving the Section 8 proceeding.

**G.      Routine Motions**

| | | |
|---|---|---|
| **Total Hours For Third Fee Period:** | **12.90** | **Fees:  $8,528.85** |
| **Total Hours For All Fee Periods:** | **220.90** | **Fees:  $130,225.50** |

31.      Jenner & Block's recorded time entries in this Matter Category reflect time spent drafting various motions common in chapter 11 cases, including motions to: (a) approve case management and interim compensation procedures; (b) extend the time to remove prepetition state court litigation to federal court; (c) extend the time to assume or reject unexpired leases; (d) extend the time to file a plan of reorganization and solicit votes on a plan of reorganization; (e) assume and/or reject certain executory contracts and unexpired leases; (f) pay critical vendors; (g) employ ordinary course professionals; (h) enter into agreements with executive officers, consulting firms, communications advisors, search firms, and tax and audit firms; (i) approve the use of estate assets

15

for necessary purposes, including to enter into a lease of a new gymnastics facility and to hire Deborah Daniels to conduct an audit of USAG's compliance with suggested reforms; and (j) approve settlements of disputes between USAG and parties in interest, including the USOPC, a non-sexual abuse personal injury claimant, and a trade vendor.

**H.      Reporting & U.S. Trustee Communications**

| | | |
|---|---|---|
| Total Hours For Third Fee Period: | 6.60 | Fees:  $5,699.25 |
| Total Hours For All Fee Periods: | 22.90 | Fees:  $19,708.65 |

32.      Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) corresponding with the U.S. Trustee regarding this chapter 11 case and USAG's initial interview and Section 341 meeting; (b) revising and filing USAG's monthly operating reports; and (c) producing information to the U.S. Trustee.

**I.      Investigations**

| | | |
|---|---|---|
| Total Hours For Third Fee Period: | 163.50 | Fees:  $112,270.50 |
| Total Hours For All Fee Periods: | 904.10 | Fees:  $644,629.50 |

33.      Jenner & Block's recorded time entries in this Matter Category reflect time spent responding to demands and other inquiries from governmental authorities, including the Indiana Attorney General, the United States House of Representatives, and the United States Senate.

**J.      Document Production to Governmental Entities**

| | | |
|---|---|---|
| Total Hours For Third Fee Period: | 1.00 | Fees:  $540.00 |
| Total Hours For All Fee Periods: | 1,655.00 | Fees:  $674,830.35 |

34.      Jenner & Block's recorded time entries in this Matter Category reflect time spent, primarily by Special Counsel and discovery and staff attorneys, assisting with the investigation response, including: (a) reviewing documents in response to document requests issued by governmental authorities; (b) redacting such documents for attorney-client privilege and work product protection; (c) drafting related privilege logs; and (d) meeting internally and with governmental authorities regarding the status of their document requests and investigations.

**K.      Case Administration**
**Total Hours For Third Fee Period:**      **98.00**      **Fees:  $56,352.60**
**Total Hours For All Fee Periods:**      **482.20**      **Fees:  $257,371.15**

35.      Jenner & Block's recorded time entries in this Matter Category reflect time spent:

(a) preparing notices of agenda for hearings and preparing hearing books for the Court's review;

(b) communicating with the Court regarding scheduling hearings and other administrative matters;

(c) uploading proposed orders for entry by the Court; (d) communicating with Omni regarding

service and notice of filings and hearings; (e) communicating internally regarding project

management and staffing; (f) meeting internally and with USAG's other retained professionals

concerning strategy and other matters; (g) reviewing case developments and activity generally;

and (h) providing additional services not attributable to another Matter Category. Jenner & Block

conducts periodic calls with USAG's other retained professionals to discuss the status of the case,

assign work, and collaborate on strategy, and time entries for these calls are allocated to this Matter

Category. These calls are designed to promote efficiency, coordinate the work plan, and eliminate

duplication of effort among all of USAG's retained professionals.

**L.      Attendance at Court Hearings**
**Total Hours For Third Fee Period:**      **38.90**      **Fees:  $36,554.40**
**Total Hours For All Fee Periods:**      **115.20**      **Fees:  $107,052.30**

36.      Jenner & Block's recorded time entries in this Matter Category reflect time spent:

(a) attending and representing USAG at Court hearings; and (b) preparing for Court hearings,

including reviewing pleadings and other submissions considered at or relevant to Court hearings.

**M.      Communications with the Board & Attendance at Board Meetings**
**Total Hours For Third Fee Period:**      **1.00**      **Fees:  $1,170.00**
**Total Hours For All Fee Periods:**      **62.60**      **Fees:  $59,754.15**

37.      Jenner & Block's recorded time entries in this Matter Category reflect time spent:

(a) communicating with members of USAG's board of directors concerning case and mediation

strategy; and (b) attending board meetings.

17

**N.      Communications With Survivors' Committee**
       Total Hours For Third Fee Period:       0.00          Fees: $0.00
       Total Hours For All Fee Periods:        21.30         Fees: $19,955.25

38.     Jenner & Block's recorded time entries in this Matter Category reflect time spent communicating with counsel for the Survivors' Committee concerning: (a) the status of this chapter 11 case; (b) USAG's pleadings and the consensual resolution of objections thereto; (c) the sexual abuse claims and their settlement; (d) the Plan and its terms; and (e) USAG's retention of Deborah Daniels to conduct an audit of USAG's compliance with suggested reforms.

**O.      Communications With Creditors**
       Total Hours For Third Fee Period:       0.00          Fees: $0.00
       Total Hours For All Fee Periods:        10.60         Fees: $7,574.25

39.     Jenner & Block's recorded time entries in this Matter Category reflect time spent communicating with various creditors concerning: (a) their claims against USAG; and (b) the effect of this chapter 11 case on such claims.

**P.      First Day Motions**
       Total Hours For Third Fee Period:       0.00          Fees: $0.00
       Total Hours For All Fee Periods:        139.60        Fees: $78,006.45

40.     Jenner & Block's recorded time entries in this Matter Category reflect time spent after USAG filed its chapter 11 petition: (a) revising USAG's first day declaration and motions and proposed orders seeking critical first day relief, including authority to pay insurance premiums, wages, taxes, and utility bills, continue using USAG's existing cash management system, maintain purchase card accounts at USAG's bank, enter into management consulting agreements, and retain a claims and noticing agent; (b) serving all first day pleadings; (c) providing notice of the first day hearing; and (d) preparing for and participating in the first day hearing and resolving objections filed with respect to the first day motions.

**Q.    Preparation Of Schedules & Statement Of Financial Affairs**
Total Hours For Third Fee Period:    0.00    Fees:  $0.00
Total Hours For All Fee Periods:    52.70    Fees:  $41,082.75

41.    Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) drafting USAG's schedules of assets and liabilities and statement of financial affairs; (b) amending the schedules of assets and liabilities and statement of financial affairs; (c) preparing for and attending the Section 341 meeting; and (d) responding to media inquiries regarding the Section 341 meeting.

**R.    DIP**
Total Hours For Third Fee Period:    0.00    Fees:  $0.00
Total Hours For All Fee Periods:    82.80    Fees:  $57,321.00

42.    Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) negotiating and drafting USAG's post-petition financing agreements with two insurers; (b) preparing documents necessary for the closing of the postpetition financing; and (c) drafting a motion requesting authority to enter into the postpetition financing agreements.

**S.    Paycheck Protection Program**
Total Hours For Third Fee Period:    0.00    Fees:  $0.00
Total Hours For All Fee Periods:    148.90    Fees:  $100,308.15

43.    Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) drafting an adversary complaint and preliminary injunction papers seeking to enjoin the U.S. Small Business Administration from prohibiting chapter 11 debtors from applying for funding under the Paycheck Protection Program and the Coronavirus Aid, Relief, and Economic Security Act; (b) drafting a reply brief to the government's objection to injunctive relief; (c) preparing for and participating in a contested preliminary injunction hearing; (d) seeking expedited relief from the District Court to enter a final order accepting the Bankruptcy Court's proposed findings of facts and conclusions of law granting injunctive relief; (e) drafting a motion requesting authority to obtain post-petition financing under the Paycheck Protection Program; (f) corresponding with

19

parties in interest, including PNC Bank, regarding the form of order authorizing USAG's application for Paycheck Protection Program funding; and (g) drafting a docketing statement in the Seventh Circuit opposing the government's appeal of the preliminary injunction on jurisdictional grounds, which appeal the government subsequently voluntarily dismissed.

**T.** **Rule 2004**

| | | | |
|---|---|---|---|
| Total Hours For Third Fee Period: | 0.00 | Fees: | $0.00 |
| Total Hours For All Fee Periods: | 143.00 | Fees: | $107,156.70 |

44. Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) corresponding and meeting internally and with USAG concerning the Survivors' Committee's informal requests for discovery under Bankruptcy Rule 2004; (b) drafting an objection to the Survivors' Committee's motion seeking Bankruptcy Rule 2004 discovery; (c) preparing for and participating in a contested hearing regarding the Rule 2004 discovery requests; and (d) reviewing and producing documents responsive to the Survivors' Committee's discovery requests.

**U.** **Insurance Coverage Issues**

| | | | |
|---|---|---|---|
| Total Hours For Third Fee Period: | 83.60 | Fees: | $81,820.35 |
| Total Hours For All Fee Periods: | 739.00 | Fees: | $618,905.70 |

45. Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) corresponding and meeting with USAG, USAG's other retained professionals, and USAG's insurance carriers concerning USAG's rights in its various insurance policies; (b) negotiating with USAG's insurance carriers regarding their coverage positions; (c) working collaboratively with USAG's insurance coverage counsel to assist with pleadings in the insurance coverage adversary proceeding with respect to bankruptcy-specific issues, including USAG's motions for summary judgment (including with respect to USAG's defense costs and bankruptcy costs) and responses to the Court's proposed findings of fact and conclusions of law, as well as assisting with briefs in appellate proceedings arising from the insurance coverage adversary proceeding; (d) objecting to motions by USAG's insurance carriers to withdraw the reference to the insurance coverage

20

adversary proceeding, to stay the adversary proceeding, and to continue critical hearing dates; (e) analyzing and responding to insurers' discovery requests with respect to bankruptcy-specific issues and strategy; (f) coordinating with USAG's other retained professionals to produce documents to the insurance carriers; (g) preparing for and participating in depositions by the insurance carriers, including depositions of USAG's counsel at Jenner & Block; and (h) researching the Bankruptcy Code's effect on certain insurance coverage issues, including in connection with the terms of the Plan.

| V. | **Fee Petition & Professional Retention** | | | |
|---|---|---|---|---|
| | **Total Hours For Third Fee Period:** | 107.20 | **Fees:** | **$73,890.90** |
| | **Total Hours For All Fee Periods:** | 391.40 | **Fees:** | **$234,159.30** |

46.     Jenner & Block's recorded time entries in this Matter Category reflect time spent: (a) preparing Jenner & Block's retention application and the retention applications of other professionals; (b) drafting the motion requesting interim compensation procedures; (c) preparing Jenner & Block's Monthly Statements; (d) reviewing Jenner & Block's Monthly Statements to protect confidentiality and privilege; (e) communicating and coordinating with other retained professionals and the U.S. Trustee concerning interim compensation procedures and fee application schedules; (f) reviewing at a high level and for discrete purposes various monthly fee statements submitted by other professionals in this chapter 11 case; (g) drafting the First Interim Fee Application, the Second Interim Fee Application, and this final Application; (h) drafting a response to limited objections filed by USAG's insurers to the First Interim Fee Application; and (i) preparing supplemental disclosures concerning Jenner & Block's continued status as a disinterested party under the Bankruptcy Code.

**W.    Budgeting**
**Total Hours For Third Fee Period:**      **0.00**      **Fees:   $0.00**
**Total Hours For All Fee Periods:**       **2.60**      **Fees:   $2,601.00**

47.     Jenner & Block's recorded time entries in this Matter Category reflect preparing budgets for USAG setting forth Jenner & Block's expected fees and expenses in connection with this chapter 11 case.

**X.    Non-Working Travel Time**
**Total Hours For Third Fee Period:**      **88.30**      **Fees:   $52,568.75**
**Total Hours For All Fee Periods:**       **247.50**     **Fees:   $131,298.82**

48.     Jenner & Block's recorded time entries in this Matter Category reflect non-working out-of-town travel for court appearances and mediation sessions, and for meetings with USAG's board of directors and employees and USAG's other retained professionals. Jenner & Block is seeking compensation at one-half of its normal rate for time spent traveling in connection with its representation of USAG.

**ACTUAL AND NECESSARY EXPENSES INCURRED BY JENNER & BLOCK
DURING THE THIRD FEE PERIOD**

49.     As summarized in Exhibit C and as set forth in detail in Exhibit D, Jenner & Block has incurred a total of $32,540.37 in expenses on behalf of USAG during the Third Fee Period. These expenses are intended to reimburse Jenner & Block's direct costs that are not included in Jenner & Block's hourly billing rates. Only clients who actually use services of the types set forth in Exhibit C and Exhibit D of this Fee Application are charged for such services.

**JENNER & BLOCK'S REQUESTED COMPENSATION
AND REIMBURSEMENT SHOULD BE ALLOWED**

50.     The services for which Jenner & Block seeks compensation in this Application were, at the time provided, necessary for and beneficial to USAG. Jenner & Block performed these services economically, effectively, and efficiently, and in coordination with USAG's other retained professionals. Jenner & Block submits that the compensation requested is reasonable in

22

light of the nature, extent, and value of such services to USAG. Accordingly, Jenner & Block submits that the compensation sought in this Application is warranted and should be approved.

**A.      Compensation Under Section 330 of the Bankruptcy Code.**

51.      Section 330 of the Bankruptcy Code provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)-(B). Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to a professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A)      the time spent on such services;
>
> (B)      the rates charged for such services;
>
> (C)      whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)      whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)      with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)      whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

52.      As analyzed below, Jenner & Block submits that the elements governing awards of compensation under the Bankruptcy Code justify the allowance requested.

**1.    The Time and Labor Required.**

53.    During the Third Fee Period, Jenner & Block's partners, associates, and paraprofessionals spent 3,435.50 hours providing professional services to USAG for which Jenner & Block seeks compensation on an hourly basis. In total from the Petition Date to the Effective Date, Jenner & Block partners, associates, and paraprofessionals spent 11,740.70 hours providing professional services to USAG. Jenner & Block coordinated its efforts with co-counsel to avoid duplication of efforts. Jenner & Block required this amount of time to draft and revise the Plan, ancillary agreements, Disclosure Statement, and other related, complex documents, in close consultation with other parties in interest; prepare for and participate in numerous mediation sessions and negotiations with other parties in interest regarding an equitable resolution of this chapter 11 case; research and evaluate numerous and complex legal and factual issues arising in this chapter 11 case; advise USAG with respect to these issues; and perform the other tasks described herein.

**2.    The Rates Charged for Such Services.**

54.    During the Third Fee Period, Jenner & Block's hourly billing rates ranged from $865 to $1,870 per hour for partners, $585 to $1,650 for special counsel, $510 to $1,095 for associates, $440 to $890 for staff attorneys, $265 to $445 for discovery attorneys, and $230 to $555 for paraprofessionals, without accounting for the ten per cent discount Jenner & Block provides to USAG. Based on the recorded hours expended by Jenner & Block's attorneys and paraprofessionals, the average hourly billing rate during the Third Fee Period was $1,023.71 for Jenner & Block attorneys and $1,009.52 for all Jenner & Block timekeepers prior to application of the 10% fee-rate discount provided by Jenner & Block to USAG, and $921.34 for Jenner & Block attorneys and $908.57 for all Jenner & Block timekeepers after accounting for this discount. From the Petition Date through the Effective Date, the average hourly billing rate was $844.77 for

24

Jenner & Block attorneys and $811.78 for all Jenner & Block timekeepers prior to application of the 10% fee-rate discount provided by Jenner & Block to USAG, and $760.29 for Jenner & Block attorneys and $730.60 for all Jenner & Block timekeepers after accounting for this discount.

55.     Jenner & Block's hourly rates are set at a level designed to compensate Jenner & Block fairly for the work of its attorneys and paraprofessionals and to cover certain fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged by Jenner & Block and the marketplace for services requiring a similar level of sophistication and investment of resources.

56.     The hourly rates and corresponding rate structure that Jenner & Block charges in this chapter 11 case are equivalent to or less than the hourly rates and corresponding rate structure that Jenner & Block charges for similar complex restructuring, litigation, investigation, and corporate matters, whether in court or otherwise, and regardless of whether a fee application is required. Jenner & Block's rates and rate structure reflect that the matters for which Jenner & Block is engaged are typically national in scope and involve great complexity, high stakes, and severe time pressures—all of which have been present in this chapter 11 case. Nonetheless, given the not-for-profit status of USAG, Jenner & Block has discounted its hourly rates by ten percent (10%).

**3.     The Necessity of the Services and the Benefit to USAG.**

57.     As described herein, the services rendered by Jenner & Block were necessary for the effective and efficient representation of USAG. All of these services benefitted USAG and its estate. USAG has reviewed this Application and has approved the compensation and reimbursement of expenses requested herein.

**4.      The Reasonableness of the Time Spent, Based on the Complexity, Importance, and Nature of the Issues.**

58.     As detailed above, Jenner & Block's work involved the representation of USAG in a complex chapter 11 case filed to resolve sexual abuse claims. Jenner & Block submits that the compensation requested is reasonable and necessary under the circumstances.

**5.      The Experience, Reputation, and Ability of the Attorneys Providing Services.**

59.     USAG selected Jenner & Block as its counsel because its attorneys have extensive experience, knowledge, and insight in the areas of complex restructuring, litigation, investigation, and corporate law, and Jenner & Block has the ability to commit substantial resources to the representation of USAG. Jenner & Block attorneys have achieved a high degree of expertise and positive reputations in their respective fields. Jenner & Block's restructuring, litigation, investigation, and corporate departments frequently receive recognition for their skill and achievements, and Jenner & Block is frequently cited as one of the leading U.S. law firms in these fields. Exhibit A to this Application summarizes the year of bar admission and area of practice concentration for Jenner & Block's highly qualified attorneys. In this complex and high-stakes chapter 11 case, the unique and specialized skills of Jenner & Block's attorneys have proven critically important.

**6.      Customary Compensation.**

60.     The work for which Jenner & Block seeks compensation in this Application is of the type and nature for which Jenner & Block customarily would seek compensation at the rates identified in this Application, even before applying the 10% discount here. In addition, the compensation Jenner & Block seeks in this Application is comparable to the compensation it would have sought for comparable work outside of this chapter 11 case.

61.    Jenner & Block submits that the compensation requested is reasonable under all of the factors considered under Section 330 of the Bankruptcy Code, and that these factors justify allowing in full Jenner & Block's compensation and reimbursement request.

62.    In view of the foregoing, Jenner & Block respectfully requests that it be allowed compensation for the Third Fee Period in the amount of $3,079,318.70 for services rendered during the Third Fee Period and that the Court confirm and make final the $5,498,564.82 in compensation it allowed in its First and Second Interim Fee Orders.

**B.    Reasonable and Necessary Expenses Incurred in Providing Services to USAG.**

63.    For the Third Fee Period, Jenner & Block requests reimbursement of $32,540.37 for reasonable and necessary costs and expenses incurred on behalf of USAG. In addition, Jenner & Block requests that the Court confirm and make final the $126,670.05 in costs and expenses it allowed in its First and Second Interim Fee Orders.

64.    Jenner & Block's normal billing rates do not take these costs and expenses into consideration. Rather, Jenner & Block bills each cost and expense to the applicable client. Because of the disparity between different clients' requirements for expenses such as travel, computer-assisted research, teleconference services, photocopying, and postage, courier, and messenger services, it is difficult to charge costs and expenses fairly and equitably by including them in Jenner & Block's ordinary billing rates. Accordingly, Jenner & Block generally charges each client for such costs and expenses separately, in each case, at Jenner & Block's costs.

65.    Jenner & Block has made reasonable efforts to minimize its costs and expenses in connection with its representation of USAG. Each of the costs and expenses Jenner & Block incurred in providing professional services to USAG was necessary, reasonable, and justified under the circumstances to serve the needs of USAG.

66. As a result, Jenner & Block respectfully requests that its expense reimbursement request be approved in full and that it be allowed expense reimbursement in the amount of $32,540.37 for expenses incurred during the Third Fee Period. In addition, Jenner & Block requests that the Court confirm and make final the $126,670.05 in costs and expenses it allowed in its First and Second Interim Fee Orders.

**STATEMENT BY JENNER & BLOCK**
**UNDER PARAGRAPH C(5) OF THE UST GUIDELINES**

67. This engagement involves variations from Jenner & Block's standard and customary billing rates. Jenner & Block has agreed to discount its fee rates, but not out-of-pocket expenses and internal charges, by 10% off its rates in effect at the time the services are rendered.

68. None of the professionals included in this Application vary their hourly rate based on the geographic location of their cases.

69. This Application does not include time or fees specifically related to reviewing or revising time records or preparing, reviewing, or revising invoices.

70. This Application includes 17.90 hours of time and $13,821.00 of fees spent during the Third Fee Period to review Jenner & Block time records to redact privileged or other confidential information.

71. The hourly rates specified in Jenner & Block's retention application were effective January 1, 2018. Jenner & Block's engagement letter with USAG provides that Jenner & Block periodically adjusts its scheduled hourly rates, generally at the beginning of a calendar year. During the Third Fee Period, Jenner & Block adjusted its scheduled hourly rates in the ordinary course annually, with the most recent adjustment occurring effective January 1, 2022.

28

**NOTICE**

72.    Jenner & Block will provide notice of this Motion in accordance with the *Order Granting Debtor's Motion For Order Establishing Certain Notice, Case Management, And Administrative Procedures* [Dkt. 213]. In light of the nature of the relief requested herein, Jenner & Block submits that no other or further notice is necessary.

WHEREFORE, Jenner & Block respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit G, awarding Jenner & Block: (a) final compensation of $8,577,883.52 for professional and paraprofessional services, consisting of the $5,498,564.82 allowed in the First and Second Interim Fee Orders and $3,079,318.70 requested for the Third Fee Period; (b) final reimbursement of actual, reasonable, and necessary expenses in the amount of $159,210.42, consisting of the $126,670.05 allowed in the First and Second Interim Fee Orders and $32,540.37 requested for the Third Fee Period; and (c) such other relief as is appropriate under the circumstances.

Dated: May 4, 2022                                Respectfully submitted,

                                                **JENNER & BLOCK LLP**

                                                By: /s/ *Catherine Steege*

                                                Catherine L. Steege (admitted *pro hac vice*)
                                                Dean N. Panos (admitted *pro hac vice*)
                                                Melissa M. Root (#24230-49)
                                                Adam T. Swingle (admitted *pro hac vice*)
                                                353 N. Clark Street
                                                Chicago, Illinois 60654
                                                (312) 222-9350
                                                csteege@jenner.com
                                                dpanos@jenner.com
                                                mroot@jenner.com
                                                aswingle@jenner.com

                                                *Counsel for the Debtor*

29