## EXHIBIT A

**Time Summary By Professional**

| TIME SUMMARY BY PROFESSIONAL | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Full Name** | **Practice Area** | **Bar Adm.** | **Rate Year** | **Rate** | **Hours** | **Amount** |
| **ATTORNEYS** | | | | | | | |
| **Partners & Of Counsel** | Anthony S. Barkow | Investigations, Compliance, and Defense | 1996 | 2022 | $1,700 | 0.50 | $850.00 |
| | | | | 2021 | $1,500 | 4.00 | $6,000.00 |
| | Catherine L.  Steege | Restructuring & Bankruptcy | 1982 | 2022 | $1,450 | 133.60 | $193,720.00 |
| | | | | 2021 | $1,300 | 667.90 | $868,270.00 |
| | | | | 2020 | $1,225 | 28.40 | $34,790.00 |
| | Dean N. Panos | Complex Commercial Litigation | 1990 | 2022 | $1,300 | 30.00 | $39,000.00 |
| | | | | 2021 | $1,250 | 457.70 | $572,125.00 |
| | | | | 2020 | $1,125 | 23.7 | $26,662.50 |
| | Melissa M. Root | Restructuring & Bankruptcy | 2003 | 2022 | $1,150 | 126.90 | $145,935.00 |
| | | | | 2021 | $1,025 | 730.60 | $748,865.00 |
| | | | | 2020 | $975 | 48.80 | $47,580.00 |
| | Keri Holleb Hotaling | Complex Commercial Litigation | 2000 | 2022 | $1,045 | 2.10 | $2,194.50 |
| | | | | 2021 | $950 | 26.20 | $24,890.00 |
| | | | | 2020 | $925 | 4.90 | $4,532.50 |
| | Carter H. Klein | Complex Commercial Litigation | 1972 | 2022 | $990 | 0.50 | $495.00 |
| | Sarah E. Haddy | Employee Benefits | 2009 | 2021 | $975 | 2.00 | $1,950.00 |
| | Emily M. Loeb | Investigations, Compliance and Defense | 2010 | 2020 | $950 | 0.70 | $665.00 |
| **Partners & Of Counsel Total** | | | | | | **2,288.50** | **$2,718,524.50** |
| **Associates** | William A. Williams | Restructuring & Bankruptcy | 2017 | 2022 | $920 | 0.40 | $368.00 |
| | | | | 2021 | $775 | 0.60 | $465.00 |
| | Laura E. Pelanek | Litigation | 2004 | 2022 | $820 | 4.20 | $3,444.00 |
| | | | | 2021 | $660 | 98.70 | $65,142.00 |
| | | | | 2020 | $585 | 18.10 | $10,588.50 |
| | Adam T. Swingle | Restructuring & Bankruptcy | 2018 | 2022 | $820 | 118.60 | $97,252.00 |
| | | | | 2021 | $660 | 788.80 | $520,608.00 |
| | | | | 2020 | $570 | 16.80 | $9,576.00 |
| | Breana K. Drozd | Restructuring & Bankruptcy | 2021 | 2022 | $635 | 14.80 | $9,398.00 |
| | | | | 2021 | $560 | 13.90 | $7,784.00 |
| **Associates Total** | | | | | | **1,074.90** | **$724,625.50** |
| **ATTORNEYS TOTAL** | | | | | | **3,363.40** | **$3,443,150.00** |

2

| | Full Name | Practice Area | Bar Adm. | Rate Year | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | **PARAPROFESSIONALS** | | | | | | |
| Paraprofessionals | Jessica M. Merkouris | Litigation | N/A | 2021 | $405 | 11.40 | $4,617.00 |
| | | | | 2020 | $400 | 0.50 | $200.00 |
| | Catherine R. Caracci | Litigation | N/A | 2021 | $360 | 24.80 | $8,928.00 |
| | | | | 2020 | $355 | 7.00 | $2,485.00 |
| | Kathleen R. Albert | Litigation | N/A | 2022 | $360 | 11.10 | $3,996.00 |
| | | | | 2021 | $335 | 6.70 | $2,244.50 |
| | | | | 2020 | $330 | 0.20 | $66.00 |
| | Kevin O. Garcia | Litigation | N/A | 2021 | $360 | 0.50 | $180.00 |
| | Marc A. Patterson | Restructuring & Bankruptcy | N/A | 2021 | $235 | 9.90 | $2,326.50 |
| | **PARAPROFESSIONALS TOTAL** | | | | | **72.10** | **$25,043.00** |
| | **SUB-TOTAL** | | | | | **3,435.50** | **$3,468,193.00** |
| | **LESS 10% DISCOUNT ON ALL MATTERS EXCEPT NON-WORKING TRAVEL AND 50% DISCOUNT ON NON-WORKING TRAVEL** | | | | | | **($388,874.30)** |
| | **GRAND TOTAL** | | | | | | **$3,079,318.70** |

2