**EXHIBIT B**

**Summary of Jenner & Block LLP's Blended Hourly Rates**

**Summary of Jenner & Block LLP's Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | **Worked and Billed January 2021 – December 2021** (Excluding Bankruptcy Matters) | **Billed in this Fee Application** |
| **Partner** | $913.00 | $1,069.12 |
| Partner – Sr. (20+ years) | $964.00 | $1,157.07 |
| Partner – Mid (13-19 years) | $880.00 | $935.70 |
| Partner – Jr. (0-12 years) | $786.00 | $855.00 |
| **Associate** | $602.00 | $606.72 |
| Associate – Sr. (5+ years) | $691.00 | $590.22 |
| Associate – Mid (4-5 years) | $642.00 | $611.01 |
| Associate – Jr. (0-3 years) | $577.00 | $538.81 |
| **Paraprofessionals** | $303.00 | $312.61 |
| **Blended Rate for All Attorneys** | $715.00 | $921.34 |
| **Blended Rate for All Timekeepers** | $690.00 | $908.57 |