## EXHIBIT C

**Summary Of Expenses**

**SUMMARY OF EXPENSES**

| EXPENSES | AMOUNT |
|---|---|
| Business Meals | $1,811.94 |
| Court Fees | $31.00 |
| Database Research | $300.00 |
| In-City Transportation | $16.45 |
| Lexis Research | $4,286.67 |
| PACER Charges | $1,101.10 |
| Photocopy & Related Expenses | $5,672.52 |
| Special Messenger Service | $1,352.03 |
| Transcripts (Court Hearings) | $1,730.42 |
| Travel | $9,154.65 |
| UPS | $189.36 |
| Westlaw Research | $6,894.23 |
| **TOTAL EXPENSES** | **32,540.37** |