## EXHIBIT D

**Detailed Expense Records Of Jenner & Block LLP**

# December 2020

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                        **MATTER NUMBER - 10172**

| Date | Description | Amount |
|---|---|---|
| 12/01/20 | B&W Copy | 35.97 |
| 12/02/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 12/02/ 2020 | 31.00 |
| 12/02/20 | 12/02/2020 UPS Delivery Service 1Z613438NT95809358 | 7.77 |
| 12/05/20 | 12/05/2020 UPS Delivery Service 1Z613438NT95809358 | 17.00 |
| 12/08/20 | B&W Copy | 1.76 |
| 12/08/20 | 12/08/2020 UPS Delivery Service 1Z6134380197274132 | 11.66 |
| 12/14/20 | US Messenger 11/09/2020 | 22.10 |
| 12/15/20 | B&W Copy | 60.50 |
| 12/21/20 | US MESSENGER 12/01/2020 | 59.65 |
| 12/31/20 | Lexis Research | 705.63 |
| 12/31/20 | Westlaw Research | 555.33 |
|  | TOTAL DISBURSEMENTS | $ 1,508.37 |

MATTER 10172 TOTAL                                                              $ 1,508.37

# January 2021

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                           **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 1/06/21 | Pacer Service Center - Electronic Records Access from 10/1/2020-12/31/2020. | 42.30 |
| 1/06/21 | Pacer Service Center - Access to Court Electronic Records for 10/1/2020-12/31/2020. | 7.50 |
| 1/06/21 | Pacer - Access to electronic records 10/1/2020-12/31/2020. | 205.00 |
| 1/14/21 | Color Copy | 50.00 |
| 1/14/21 | B&W Copy | 21.34 |
| 1/19/21 | US Messenger 12/15/2020 | 49.99 |
| 1/22/21 | B&W Copy | 24.64 |
| 1/31/21 | Westlaw Research | 209.18 |
| | TOTAL DISBURSEMENTS | $ 609.95 |

MATTER 10172 TOTAL                                                              $ 609.95

# February 2021

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                          **MATTER NUMBER - 10172**

| Date | Description | Amount |
|---|---|---|
| 2/01/21 | B&W Copy | 28.38 |
| 2/03/21 | 12/31/2020 Quarterly Pacer Charge | 5.00 |
| 2/08/21 | US Messenger 01/14/2021 | 33.32 |
| 2/08/21 | US Messenger 01/14/2021 | 69.69 |
| 2/22/21 | US Messenger 02/01/2021 | 36.33 |
| 2/24/21 | B&W Copy | 15.40 |
| 2/28/21 | Lexis Research | 55.30 |
| 2/28/21 | Westlaw Research | 145.58 |
| | TOTAL DISBURSEMENTS | $ 389.00 |

**MATTER 10172 TOTAL**                                                               $ 389.00

# March 2021

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 3/31/21 | Westlaw Research | 16.45 |
| | TOTAL DISBURSEMENTS | $ 16.45 |
| | | |
| MATTER 10172 TOTAL | | $ 16.45 |

# April 2021

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**　　　　　　　　　　　　　　　　　　　　　　**MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 4/07/21 | Pacer Charges; PACER SERVICE CENTER; 04/07/2021; Period 01/01/2021-03/31/2021. | 37.10 |
| 4/07/21 | Pacer Charges; PACER SERVICE CENTER; 04/07/2021; Period:01/01/2021-03/31/2021. | 71.90 |
| 4/08/21 | Color Copy | 496.50 |
| 4/08/21 | B&W Copy | 65.23 |
| 4/08/21 | B&W Copy | 118.80 |
| 4/08/21 | 04/08/2021 UPS Delivery Service 1Z6134380195765043 | 14.61 |
| 4/08/21 | 04/08/2021 UPS Delivery Service 1Z6134380198668465 | 14.61 |
| 4/14/21 | B&W Copy | 6.82 |
| 4/22/21 | Color Copy | 131.50 |
| 4/22/21 | B&W Copy | 10.23 |
| 4/23/21 | Color Copy | 8.00 |
| 4/23/21 | 2021 Quarter 1 PACER Charges | 21.80 |
| 4/23/21 | B&W Copy | 254.54 |
| 4/26/21 | B&W Copy | 6.93 |
| 4/26/21 | 04/26/2021 UPS Delivery Service 1Z6134381599271123 | 93.31 |
| 4/27/21 | B&W Copy | 264.66 |
| 4/30/21 | Westlaw Research | 1,535.21 |
| 4/30/21 | Westlaw Research | 52.62 |
| | TOTAL DISBURSEMENTS | $ 3,204.37 |

**MATTER 10172 TOTAL**　　　　　　　　　　　　　　　　　　　　　　$ 3,204.37

# May 2021

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                                **MATTER NUMBER - 10172**

| Date | Description | Amount |
|---|---|---|
| 5/05/21 | Transcripts - Court Appearance; J&J COURT TRANSCRIBERS, INC.; 05/05/2021; Federal Court 3-Day on 4/28/2021. | 773.90 |
| 5/10/21 | US Messenger 04/27/2021 | 33.84 |
| 5/10/21 | Color Copy | 73.00 |
| 5/10/21 | B&W Copy | 25.96 |
| 5/25/21 | US Messenger 05/11/2021 | 69.69 |
| 5/25/21 | US Messenger 05/11/2021 | 33.32 |
| 5/31/21 | Lexis Research | 826.19 |
| 5/31/21 | Lexis Research | 251.02 |
| 5/31/21 | Westlaw Research | 95.29 |
| | TOTAL DISBURSEMENTS | $ 2,182.21 |

MATTER 10172 TOTAL                                                              $ 2,182.21

Case 18-09108-JJG-11    Doc 1892-4    Filed 05/04/22    EOD 05/04/22 15:19:53    Pg 14 of 36

# July 2021

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                            **MATTER NUMBER - 10172**

| | | |
|---|---|---|
| 6/29/21 | Color Copy | 25.75 |
| 6/29/21 | B&W Copy | 26.95 |
| 7/08/21 | Pacer Charges; PACER SERVICE CENTER; 07/08/2021; Period: 4/01/2021 through 6/30/2021. | 9.50 |
| 7/08/21 | Pacer Charges; PACER SERVICE CENTER; 07/08/2021; Period: 4/01/2021 Through 6/30/2021. | 24.00 |
| 7/08/21 | Quarterly Pacer Charge 07/08/2021 Period: April 01 thru June 30 2021 | 73.70 |
| 7/08/21 | Quarterly Pacer Charge 07/08/2021 Period: April 01 thru June 30 2021 | 5.90 |
| 7/14/21 | B&W Copy | 26.40 |
| 7/19/21 | B&W Copy | 15.07 |
| 7/29/21 | Color Copy | 34.50 |
| | TOTAL DISBURSEMENTS | $ 241.77 |

MATTER 10172 TOTAL                                                               $ 241.77

# August 2021

LAW OFFICES

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                                 **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 8/09/21 | B&W Copy | 30.36 |
| 8/10/21 | B&W Copy | 5.06 |
| 8/11/21 | US Messenger & Logistics Inc. 08/21/2021 OrderTrackingID 676.081121 | 49.99 |
| 8/11/21 | Color Copy | 60.00 |
| 8/11/21 | B&W Copy | .22 |
| 8/12/21 | B&W Copy | 11.11 |
| 8/17/21 | B&W Copy | 15.29 |
| 8/19/21 | Color Copy | 16.50 |
| 8/19/21 | B&W Copy | 18.81 |
| 8/23/21 | Color Copy | 31.75 |
| 8/23/21 | B&W Copy | 16.83 |
| 8/24/21 | B&W Copy | 104.28 |
| 8/27/21 | B&W Copy | 48.73 |
| 8/31/21 | Lexis Research | 395.16 |
| 8/31/21 | Westlaw Research | 129.43 |
| 8/31/21 | B&W Copy | 245.96 |
| | TOTAL DISBURSEMENTS | $ 1,179.48 |

MATTER 10172 TOTAL                                                                    $ 1,179.48

Page   15

Case 18-09108-JJG-11   Doc 1892-4   Filed 05/04/22   EOD 05/04/22 15:19:53   Pg 18 of 36

# September 2021

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 8/24/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 708.082421 | 33.32 |
| 8/24/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 708.082421 | -33.32 |
| 8/24/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 708.082421 | 33.32 |
| 8/25/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 722.082521 | 33.28 |
| 8/25/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 728.082521 | 69.50 |
| 8/25/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 730.082521 | 33.32 |
| 8/25/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 722.082521 | -33.28 |
| 8/25/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 728.082521 | -69.50 |
| 8/25/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 730.082521 | -33.32 |
| 8/25/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 722.082521 | 33.28 |
| 8/25/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 728.082521 | 69.50 |
| 8/25/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 730.082521 | 33.32 |
| 8/27/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 1658.082721 | 33.32 |
| 8/27/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 1658.082721 | -33.32 |
| 8/27/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 1658.082721 | 33.32 |
| 8/30/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 1654.083021 | 33.28 |
| 8/30/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 1654.083021 | -33.28 |
| 8/30/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 1654.083021 | 33.28 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 705.090121 | 69.50 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 707.090121 | 76.84 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 709.090121 | 22.03 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 710.090121 | 16.69 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 1115.090121 | 40.10 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 705.090121 | -69.50 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 707.090121 | -76.84 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 709.090121 | -22.03 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 710.090121 | -16.69 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 1115.090121 | -40.10 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 705.090121 | 69.50 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 707.090121 | 76.84 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 709.090121 | 22.03 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 710.090121 | 16.69 |
| 9/01/21 | US Messenger & Logistics Inc. 09/04/2021 OrderTrackingID 1115.090121 | 40.10 |
| 9/19/21 | Business Meals, ELAN CORPORATE PAYMENT SYSTEMS, 09 /19/2021 (mediation lunches) | 733.93 |
| 9/21/21 | Business Meals, ELAN CORPORATE PAYMENT SYSTEMS, 09 /21/2021(mediation lunches) | 1,078.01 |
| 9/30/21 | Lexis Research | 429.31 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 9/30/21 | Westlaw Research | 211.83 |
|---------|------------------|--------|
| | TOTAL DISBURSEMENTS | $ 2,914.26 |

MATTER 10172 TOTAL      $ 2,914.26

Case 18-09108-JJG-11   Doc 1892-4   Filed 05/04/22   EOD 05/04/22 15:19:53   Pg 21 of 36

# October 2021

LAW OFFICES

### JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**

**MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 8/31/21 | 08/31/2021 UPS Delivery Service 1Z6134380198841679 | 10.40 |
| 8/31/21 | 08/31/2021 UPS Delivery Service 1Z6134380199353883 | 10.00 |
| 9/01/21 | 09/01/2021 UPS Delivery Service 1Z61343801955517749 | 10.00 |
| 9/22/21 | Travel, ELAN CORPORATE PAYMENT SYSTEMS, 09/22/2021 | 343.99 |
| 9/23/21 | US Messenger & Logistics Inc. 10/02/2021 OrderTrackingID 1430.092321 | 46.70 |
| 9/23/21 | US Messenger & Logistics Inc. 10/02/2021 OrderTrackingID 1453.092321 | 33.32 |
| 9/30/21 | US Messenger & Logistics Inc. 10/02/2021 OrderTrackingID 1821.093021 | 50.27 |
| 10/01/21 | B&W Copy | 113.52 |
| 10/01/21 | B&W Copy | 199.98 |
| 10/01/21 | B&W Copy | .11 |
| 10/10/21 | Other Professional Services; PACER SERVICE CENTER; 10/10/2021 | 18.60 |
| 10/12/21 | Other Professional Services; J&J COURT TRANSCRIBERS, INC.; 10/12/2021 | 329.80 |
| 10/15/21 | In-City Transportation, ADAM T. SWINGLE, 10/15/202 1 | 16.45 |
| 10/15/21 | Travel, CATHERINE L. STEEGE, 10/15/2021 | 326.52 |
| 10/15/21 | Travel, CATHERINE L. STEEGE, 10/15/2021 | 219.52 |
| 10/15/21 | Pacer Charges; PACER SERVICE CENTER; 10/15/2021 | 86.00 |
| 10/18/21 | US Messenger & Logistics Inc. 10/30/2021 OrderTrackingID 1854.101821 | 54.18 |
| 10/21/21 | US Messenger & Logistics Inc. 10/30/2021 OrderTrackingID 903.102121 | 36.14 |
| 10/21/21 | US Messenger & Logistics Inc. 10/30/2021 OrderTrackingID 950.102121 | 70.48 |
| 10/27/21 | Travel, MELISSA M. ROOT, 10/27/2021 | 807.44 |
| 10/27/21 | Travel, MELISSA M. ROOT, 10/27/2021 | 383.50 |
| 10/27/21 | Travel, CATHERINE L. STEEGE, 10/27/2021 | 663.85 |
| 10/27/21 | Travel, DEAN N. PANOS, 10/27/2021 | 800.78 |
| 10/29/21 | Color Copy | 1.25 |
| 10/29/21 | Color Copy | 2.25 |
| 10/29/21 | Color Copy | 15.25 |
| 10/29/21 | B&W Copy | 299.64 |
| 10/29/21 | B&W Copy | 6.82 |
| 10/29/21 | B&W Copy | 17.93 |
| 10/29/21 | B&W Copy | 28.05 |
| 10/29/21 | B&W Copy | 33.00 |
| 10/29/21 | B&W Copy | 546.26 |
| 10/29/21 | B&W Copy | 342.76 |
| 10/29/21 | B&W Copy | 4.62 |
| 10/31/21 | Lexis Research | 193.14 |
| 10/31/21 | Westlaw Research | 493.17 |
| | TOTAL DISBURSEMENTS | $ 6,615.69 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

MATTER 10172 TOTAL                                                                    $ 6,615.69

# November 2021

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10172**

| 10/10/21 | Quarterly Pacer Charge 10/10/2021 Period: July 01 thru September 30 2021 | 63.30 |
| 11/24/21 | Travel, ADAM T. SWINGLE, 11/24/2021 | 19.47 |
| 11/30/21 | Lexis Research | 56.90 |
| 11/30/21 | Westlaw Research | 252.11 |
| 11/30/21 | B&W Copy | 30.58 |
| | TOTAL DISBURSEMENTS | $ 422.36 |

MATTER 10172 TOTAL                                                   $ 422.36

# December 2021

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                    **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z6134384499237080 | 21.62 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z613438PG95291269 | 22.39 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z613438PG97532870 | 22.39 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z6134384499237080 | 21.62 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z613438PG95291269 | 22.39 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z613438PG97532870 | 22.39 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z6134380195719898 | 13.34 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z6134384499237080 | 21.62 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z613438PG95291269 | 22.39 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z613438PG97532870 | 22.39 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z6134380195719898 | 13.34 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z6134384499237080 | 21.62 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z613438PG95291269 | 22.39 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z613438PG97532870 | 22.39 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z6134380195719898 | 13.34 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z6134384499237080 | 21.62 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z613438PG95291269 | 22.39 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z613438PG97532870 | 22.39 |
| 10/01/21 | 10/01/2021 UPS Delivery Service 1Z6134380195719898 | 13.34 |
| 10/12/21 | Other Professional Services; J&J COURT TRANSCRIBERS, INC.; 10/12/2021; Federal Court Expedited on 10/14/2021. | 329.80 |
| 10/12/21 | Other Professional Services; J&J COURT TRANSCRIBERS, INC.; 10/12/2021 | -329.80 |
| 12/02/21 | B&W Copy | 148.61 |
| 12/03/21 | US Messenger & Logistics Inc. 12/11/2021 OrderTrackingID 891.120321 | 36.12 |
| 12/03/21 | B&W Copy | 103.62 |
| 12/07/21 | Travel, CATHERINE L. STEEGE, 12/07/2021 | 595.83 |
| 12/07/21 | B&W Copy | 239.36 |
| 12/08/21 | Other -, ELAN CORPORATE PAYMENT SYSTEMS, 12/08/202 1 | 405.42 |
| 12/10/21 | B&W Copy | 239.91 |
| 12/23/21 | Travel, MELISSA M. ROOT, 12/23/2021 | 588.33 |
| 12/23/21 | Travel, CATHERINE L. STEEGE, 12/23/2021 | 991.89 |
| 12/23/21 | Travel, DEAN N. PANOS, 12/23/2021 | 872.82 |
| 12/31/21 | Lexis Research | 630.86 |
| 12/31/21 | Westlaw Research | 1,731.79 |
| 12/31/21 | Westlaw Research | 15.62 |
| 12/31/21 | Color Copy | 7.25 |
| 12/31/21 | B&W Copy | .66 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 12/31/21 | B&W Copy | 6.16 |
|----------|----------|------|
| 12/31/21 | B&W Copy | 24.75 |
| 12/31/21 | B&W Copy | 2.75 |
| | TOTAL DISBURSEMENTS | $ 7,027.11 |

| MATTER 10172 TOTAL | $ 7,027.11 |
|--------------------|------------|

# January 2022

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                              **MATTER NUMBER - 10172**

| Date | Description | Amount |
|------|-------------|-------:|
| 1/06/22 | Pacer Charges; PACER SERVICE CENTER; 01/06/2022. Public access to court electronic records for various matters. Please see attached detailed report for matters. | 74.00 |
| 1/06/22 | Pacer Charges; PACER SERVICE CENTER; 01/06/2022; Period: 10/01/2021 - 12/31/2021. | 137.10 |
| 1/06/22 | Pacer Quarterly Charges 01/06/2022 Period Cost October 01 thru December 31, 2021. | 47.00 |
| 1/12/22 | Database Research, ELAN CORPORATE PAYMENT SYSTEMS, 01/12/2022 | 300.00 |
| 1/18/22 | Travel, DEAN N. PANOS, 01/18/2022 | 2,540.71 |
| 1/18/22 | B&W Copy | 36.96 |
| 1/31/22 | Westlaw Research | 40.95 |
| | TOTAL DISBURSEMENTS | $ 3,176.72 |

MATTER 10172 TOTAL                                        $ 2,779.71

# February 2022

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                                    **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 2/01/22 | B&W Copy | 10.89 |
| 2/02/22 | B&W Copy | 255.20 |
| 2/05/22 | US Messenger & Logistics Inc. 02/05/2022 Invoice 8912_50767  Order Tracking ID 35.020522 | 105.72 |
| 2/05/22 | B&W Copy | 147.07 |
| 2/14/22 | Color Copy | 131.25 |
| 2/14/22 | B&W Copy | .33 |
| 2/18/22 | B&W Copy | 220.00 |
| 2/22/22 | B&W Copy | 7.37 |
| 2/23/22 | B&W Copy | 14.63 |
| 2/28/22 | Lexis Research | 743.16 |
| 2/28/22 | Westlaw Research | 777.68 |
| 2/28/22 | Westlaw Research | 425.50 |
| 2/28/22 | Westlaw Research | 181.34 |
| | TOTAL DISBURSEMENTS | $ 3,020.14 |

**MATTER 10172 TOTAL**                                                          **$ 3,020.14**

# March 2022

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                                         **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 12/03/21 | Transcripts - Court Appearance; J&J COURT TRANSCRIBERS, INC.; 12/03/2021 | 173.95 |
| 12/22/21 | Transcripts - Court Appearance; J&J COURT TRANSCRIBERS, INC.; 12/22/2021 | 59.00 |
| 3/31/22 | Westlaw Research | 25.15 |
| | TOTAL DISBURSEMENTS | $ 258.10 |

MATTER 10172 TOTAL                                                                              $ 258.10

# April 2022

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10172**

| | | |
|---|---|---:|
| 4/07/22 | Pacer Charges; PACER SERVICE CENTER; 04/07/2022 | 53.00 |
| 4/07/22 | Pacer Charges; PACER SERVICE CENTER; 04/07/2022 | 29.60 |
| 4/07/22 | Pacer Quarterly Charges 04/07/2022 Period Cost January 01 thru March 31 2022. | 73.30 |
| 4/07/22 | Pacer Quarterly Charges 04/07/2022 Period Cost January 01 thru March 31 2022. | 15.50 |
| | TOTAL DISBURSEMENTS | $ 171.40 |

MATTER 10172 TOTAL                                                          $ 171.40