**<u>EXHIBIT E</u>**

**Time Summary By Matter Category**

| Matter | Full Name | Rate Year | Billing Rate | Time | Amount |
|---|---|---|---|---|---|
| **TIME SUMMARY BY CATEGORY** | | | | | |
| **PLAN OF REORGANIZATION & DISCLOSURE STATEMENT – 10075** | | | | | |
| | Catherine L. Steege | 2022 | $1,450 | 129.00 | $187,050.00 |
| | | 2021 | $1,300 | 212.60 | $276,380.00 |
| | | 2020 | $1,225 | 0.80 | $980.00 |
| | Dean N. Panos | 2022 | $1,300 | 20.30 | $26,390.00 |
| | | 2021 | $1,250 | 11.80 | $14,750.00 |
| | | 2020 | $1,125 | 0.50 | $562.50 |
| | Melissa M. Root | 2022 | $1,150 | 100.60 | $115,690.00 |
| | | 2021 | $1,025 | 310.10 | $317,852.50 |
| | | 2020 | $975 | 0.90 | $877.50 |
| | Carter H. Klein | 2022 | $990 | 0.50 | $495.00 |
| | Sarah E. Haddy | 2021 | $975 | 2.00 | $1,950.00 |
| | Adam T. Swingle | 2022 | $820 | 80.80 | $66,256.00 |
| | | 2021 | $660 | 488.30 | $322,278.00 |
| | Breana K. Drozd | 2022 | $635 | 14.80 | $9,398.00 |
| | | 2021 | $560 | 13.90 | $7,784.00 |
| | Catherine R. Caracci | 2021 | $360 | 0.90 | $324.00 |
| | **Total** | | | **1,387.80** | **$1,349,017.50** |
| **MEDIATION – 10229** | | | | | |
| | Catherine L. Steege | 2021 | $1,300 | 345.70 | $449,410.00 |
| | | 2020 | $1,225 | 17.90 | $21,927.50 |
| | Dean N. Panos | 2022 | $1,300 | 9.70 | $12,610.00 |
| | | 2021 | $1,250 | 413.30 | $516,625.00 |
| | | 2020 | $1,125 | 21.50 | $24,187.50 |
| | Melissa M. Root | 2021 | $1,025 | 209.50 | $214,737.50 |
| | | 2020 | $975 | 10.30 | $10,042.50 |
| | Laura E. Pelanek | 2021 | $660 | 5.80 | $3,828.00 |
| | Adam T. Swingle | 2021 | $660 | 5.80 | $3,828.00 |
| | | 2020 | $570 | 1.70 | $969.00 |
| | Jessica E. Merkouris | 2021 | $405 | 0.50 | $445.50 |
| | | 2020 | $400 | 1.10 | $200.00 |
| | **Total** | | | **1,042.80** | **$1,258,810.50** |

| CLAIMS ADMINISTRATION & OBJECTIONS – 10083 | | | | | |
|---|---|---|---|---|---|
| | Catherine L. Steege | 2021 | $1,300 | 3.00 | $3,900.00 |
| | | 2020 | $1,225 | 1.90 | $2,327.50 |
| | Melissa M. Root | 2022 | $1,150 | 15.80 | $18,170.00 |
| | | 2021 | $1,025 | 7.90 | $8,097.50 |
| | | 2020 | $975 | 5.70 | $5,557.50 |
| | William A. Williams | 2022 | $920 | 0.40 | $368.00 |
| | Adam T. Swingle | 2022 | $820 | 14.60 | $11,972.00 |
| | | 2021 | $660 | 15.70 | $10,362.00 |
| | | 2020 | $570 | 0.90 | $513.00 |
| | **Total** | | | **65.90** | **$61,267.50** |
| STAY RELATED MATTERS – 10181 | | | | | |
| | Catherine L. Steege | 2022 | $1,450 | 0.10 | $145.00 |
| | | 2021 | $1,300 | 24.60 | $31,980.00 |
| | | 2020 | $1,225 | 4.50 | $5,512.50 |
| | Dean N. Panos | 2020 | $1,125 | 0.20 | $225.00 |
| | Melissa M. Root | 2022 | $1,150 | 0.20 | $230.00 |
| | | 2021 | $1,025 | 69.00 | $70,725.00 |
| | | 2020 | $975 | 28.30 | $27,592.50 |
| | Adam T. Swingle | 2022 | $820 | 0.50 | $410.00 |
| | | 2021 | $660 | 186.70 | $123,222.00 |
| | | 2020 | $570 | 11.10 | $6,327.00 |
| | Catherine R. Caracci | 2021 | $360 | 7.20 | $2,592.00 |
| | Kevin O. Garcia | 2021 | $360 | 0.50 | $180.00 |
| | **Total** | | | **332.90** | **$269,141.00** |
| THIRD PARTY INJUNCTIONS – 10202 | | | | | |
| | Catherine L. Steege | 2021 | $1,300 | 0.10 | $130.00 |
| | | 2020 | $1,225 | 0.60 | $735.00 |
| | **Total** | | | **0.70** | **$865.00** |
| USOPC NEGOTIATIONS & SECTION 8 PROCEEDING – 10067 | | | | | |
| | Catherine L. Steege | 2021 | $1,300 | 1.20 | $1,560.00 |
| | | 2020 | $1,225 | 1.00 | $1,225.00 |
| | Dean N. Panos | 2021 | $1,250 | 0.30 | $375.00 |
| | | 2020 | $1,125 | 1.50 | $1,687.50 |
| | Melissa M. Root | 2021 | $1,025 | 0.40 | $410.00 |
| | **Total** | | | **4.40** | **$5,257.50** |

2

| ROUTINE MOTIONS – 10113 | | | | | |
|---|---|---|---|---|---|
| | Melissa M. Root | 2021 | $1,025 | 1.60 | $1,640.00 |
| | | 2020 | $975 | 0.30 | 292.50 |
| | Adam T. Swingle | 2022 | $820 | 2.00 | $1,640.00 |
| | | 2021 | $660 | 8.60 | $5,676.00 |
| | | 2020 | $570 | 0.40 | $228.00 |
| | **Total** | | | **12.90** | **$9,476.50** |
| **INVESTIGATIONS – 10211** | | | | | |
| | Anthony S. Barkow | 2022 | $1,700 | 0.50 | $850.00 |
| | | 2021 | $1,500 | 4.0 | $6,000.00 |
| | Catherine L. Steege | 2022 | $1,450 | 1.20 | $1,740.00 |
| | | 2021 | $1,300 | 7.20 | $9,360.00 |
| | | 2020 | $1,225 | 0.50 | $612.50 |
| | Keri Holleb Hotaling | 2022 | $1,045 | 2.10 | $2,194.50 |
| | | 2021 | $950 | 25.90 | $24,605.00 |
| | | 2020 | $925 | 4.90 | $4,532.50 |
| | Melissa M. Root | 2021 | $1,025 | 1.50 | $1,537.50 |
| | Emily M. Loeb | 2020 | $950 | 0.70 | $665.00 |
| | Laura E. Pelanek | 2022 | $820 | 4.20 | $3,444.00 |
| | | 2021 | $660 | 83.20 | $54,912.00 |
| | | 2020 | $585 | 17.30 | $10,120.50 |
| | Jessica M. Merkouris | 2021 | $405 | 10.30 | $4,171.50 |
| | **Total** | | | **163.50** | **$124,745.00** |
| **DOCUMENT PRODUCTION TO GOVERMENTAL ENTITIES – 10253** | | | | | |
| | Laura E. Pelanek | 2021 | $660 | 0.20 | $132.00 |
| | | 2020 | $585 | 0.80 | $468.00 |
| | **Total** | | | **1.00** | **$600.00** |
| **ATTENDANCE AT COURT HEARINGS – 10121** | | | | | |
| | Catherine Steege | 2022 | $1,450 | 0.80 | $1,160.00 |
| | | 2021 | $1,300 | 10.90 | $14,170.00 |
| | Dean N. Panos | 2021 | $1,250 | 2.50 | $3,125.00 |
| | Melissa M. Root | 2022 | $1,150 | 1.60 | $1,840.00 |
| | | 2021 | $1,025 | 13.30 | $13,632.50 |
| | | 2020 | $975 | 0.90 | $877.50 |
| | Adam T. Swingle | 2021 | $660 | 8.20 | $5,412.00 |
| | | 2020 | $570 | 0.70 | $399.00 |
| | **Total** | | | **38.90** | **$40,616.00** |

| CASE ADMINISTRATION – 10199 | | | | | |
|---|---|---|---|---|---|
| | Catherine L. Steege | 2021 | $1,300 | 5.60 | $7,280.00 |
| | Dean N. Panos | 2021 | $1,250 | 1.00 | $1,250.00 |
| | Melissa M. Root | 2022 | $1,150 | 0.90 | $1,035.00 |
| | | 2021 | $1,025 | 13.70 | $14,042.50 |
| | | 2020 | $975 | 0.60 | $585.00 |
| | Keri Holleb Hotaling | 2021 | $950 | 0.30 | $285.00 |
| | William A. Williams | 2021 | $775 | 0.60 | $465.00 |
| | Adam T. Swingle | 2022 | $820 | 5.00 | $4,100.00 |
| | | 2021 | $660 | 17.90 | $11,814.00 |
| | | 2020 | $570 | 1.20 | $684.00 |
| | Laura E. Pelanek | 2021 | $660 | 9.50 | $6,270.00 |
| | Catherine R. Caracci | 2021 | $360 | 16.70 | $6,012.00 |
| | | 2020 | $355 | 7.00 | $2,485.00 |
| | Kathleen R. Albert | 2022 | $360 | 11.10 | $3,996.00 |
| | | 2021 | $335 | 6.70 | $2,244.50 |
| | | 2020 | $330 | 0.20 | $66.00 |
| | **Total** | | | **98.00** | **$62,614.00** |
| REPORTING & U.S. TRUSTEE COMMUNICATIONS – 10156 | | | | | |
| | Melissa M. Root | 2022 | $1,150 | 1.20 | $1,380.00 |
| | | 2021 | $1,025 | 3.50 | $3,587.50 |
| | | 2020 | $975 | 0.20 | $195.00 |
| | Adam T. Swingle | 2022 | $820 | 0.30 | $246.00 |
| | | 2021 | $660 | 1.40 | $924.00 |
| | **Total** | | | **6.60** | **$6,332.50** |
| COMMUNICATIONS WITH THE BOARD & ATTENDANCE AT BOARD MEETINGS – 10138 | | | | | |
| | Catherine L. Steege | 2021 | $1,300 | 1.00 | $1,300.00 |
| | **Total** | | | **1.00** | **$1,300.00** |
| FEE PETITION & PROFESSSIONAL RETENTION – 10091 | | | | | |
| | Catherine L. Steege | 2022 | $1,450 | 2.00 | $2,900.00 |
| | | 2021 | $1,300 | 0.40 | $520.00 |
| | Melissa M. Root | 2022 | $1,150 | 6.20 | $7,130.00 |
| | | 2021 | $1,025 | 22.20 | $22,755.00 |
| | | 2020 | $975 | 0.90 | $877.50 |
| | Adam T. Swingle | 2022 | $820 | 14.80 | $12,136.00 |
| | | 2021 | $660 | 50.00 | $33,000.00 |
| | | 2020 | $570 | 0.80 | $456.00 |
| | Marc A. Patterson | 2021 | $235 | 9.90 | $2,326.50 |
| | **Total** | | | **107.20** | **$82,101.00** |

| INSURANCE COVERAGE ISSUES – 10059 | | | | | |
|---|---|---|---|---|---|
| | Catherine L. Steege | 2022 | $1,450 | 0.50 | $725.00 |
| | | 2021 | $1,300 | 18.60 | $24,180.00 |
| | | 2020 | $1,225 | 1.20 | $1,470.00 |
| | Dean N. Panos | 2021 | $1,250 | 9.00 | $11,250.00 |
| | Melissa M. Root | 2022 | $1,150 | 0.40 | $460.00 |
| | | 2021 | $1,025 | 46.40 | $47,560.00 |
| | | 2020 | $975 | 0.70 | $682.50 |
| | Adam T. Swingle | 2022 | $820 | 0.60 | $492.00 |
| | | 2021 | $660 | 6.20 | $4,092.00 |
| | **Total** | | | **83.60** | **$90,911.50** |
| **NON-WORKING TRAVEL – 10164** | | | | | |
| | Catherine L. Steege | 2021 | $1,300 | 37.00 | $48,100.00 |
| | Dean N. Panos | 2021 | $1,250 | 19.80 | $24,750.00 |
| | Melissa M. Root | 2021 | $1,025 | 31.50 | $32,287.50 |
| | **Total** | | | **88.30** | **$105,137.50** |
| **Sub-Total** | | | | **3,435.5** | **$3,468,193.00** |
| **Less 10% Discount On All Matters Except Non-Working Travel And 50% Discount On Non-Working Travel** | | | | | **($388,874.30)** |
| **GRAND TOTAL** | | | | | **$3,079,318.70** |

5