Case 18-09108-JJG-11   Doc 1892-7   Filed 05/04/22   EOD 05/04/22 15:19:53   Pg 1 of 4

## EXHIBIT G

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>              Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

**ORDER GRANTING FINAL APPLICATION OF JENNER & BLOCK LLP AS
COUNSEL TO USA GYMNASTICS FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
<u>INCURRED FROM DECEMBER 5, 2018 THROUGH APRIL 25, 2022</u>**

This matter came before the Court on the *Final Application Of Jenner & Block LLP As Counsel To USA Gymnastics For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred From December 5, 2018 Through April 25, 2022* (the "**Application**"), filed by Jenner & Block LLP ("**Jenner & Block**") as counsel to the debtor and

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

debtor in possession (the "**Debtor**"), for the entry of an order pursuant to Section 330 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, the *Order Granting Debtor's Application For Order Authorizing The Debtor To Employ Jenner & Block LLP As Counsel Pursuant To 11 U.S.C. § 327(a), Effective As Of The Petition Date* [Dkt. 188], the *Order Granting Debtor's Motion For Entry Of Order Establishing Procedures For Interim Compensation And Reimbursement Of Professionals* [Dkt. 187], the *Findings Of Fact, Conclusions Of Law, And Order Confirming The Modified Third Amended Joint Chapter 11 Plan Of Reorganization Proposed By USA Gymnastics And The Additional Tort Claimants Committee Of Sexual Abuse Survivors* [Dkt. 1776] (the "**Confirmation Order**"), and the *United States Trustee's Guidelines For Reviewing Applications For Compensation And Reimbursement Of Expenses Filed Under 11 U.S.C. § 330 By Attorneys In Large Chapter 11 Cases Effective As Of November 1, 2013*; and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (iii) the legal and factual bases set forth in the Application establish just cause for the relief requested therein; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Application should be GRANTED.

IT IS HEREBY ORDERED:

1.      The Application is granted as set forth herein.

2.      Compensation to Jenner & Block for professional services rendered beginning on December 5, 2018 through and including April 25, 2022 is allowed on a final basis in the amount of $8,577,883.52.

3

3.      Reimbursement to Jenner & Block for expenses incurred beginning on December 5, 2018 through and including April 25, 2022 is allowed on a final basis in the amount of $159,210.42.

4.      The Debtor is authorized to pay Jenner & Block all fees and expenses allowed on a final basis by this Order.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order, consistent with the terms of the Confirmation Order.

###