IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

### NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on April 20, 2022 USA Gymnastics, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Motion To Approve Stipulation Regarding Claim Amount For Region 3 Women's Program* [Dkt. 1885] and the *Motion To Approve Stipulation Regarding Scheduled Amount For Region 4 Women's Program* [Dkt. 1886] (together, the "**Motions**").

PLEASE TAKE FURTHER NOTICE that on May 4, 2022 Jenner & Block LLP, as counsel to the Debtor, filed its *Final Application Of Jenner & Block LLP As Counsel To USA Gymnastics For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred From December 5, 2018 Through April 25, 2022* [Dkt. 1892] (the "**Fee Application**").

PLEASE TAKE FURTHER NOTICE that the Motions and Fee Application are set to be heard at a hearing (the "**Hearing**") on **May 25, 2022 at 1:30 p.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE **that any objections to the Motions and Fee Application must be filed by May 18, 2022 at 4:00 p.m. (prevailing Eastern time)**.

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian St., Suite 800, Indianapolis, Indiana 46204.

PLEASE TAKE FURTHER NOTICE **that parties may participate in the Hearing via Zoom for Government**, using this link: https://www.zoomgov.com/j/16175050888. Parties that wish to listen to the Hearing, but not actively participate, may do so by phone:

> Phone: 551-285-1373 or 646-828-7666
> Meeting ID: 161 7505 0888

PLEASE TAKE FURTHER NOTICE that copies of the Motions and Fee Application may be accessed through the case website at: https://omniagentsolutions.com/usagymnastics, or by contacting the Debtor's attorneys, on PACER, or from the Clerk of the Court.

Dated: May 4, 2022            Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Catherine Steege*

Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
Adam T. Swingle (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com
aswingle@jenner.com

*Counsel for the Debtor*