**SO ORDERED: July 8, 2022.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |

### FINAL ORDER GRANTING THIRD AND FINAL APPLICATION OF MILLER JOHNSON AS SPECIAL COUNSEL TO USA GYMNASTICS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 5, 2018 THROUGH APRIL 25, 2022

This matter came before the Court on the *Third and Final Application of Miller Johnson as Special Counsel to USA Gymnastics for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From December 5, 2018 through April 25, 2022* (the "**Application**"), filed by Miller Johnson as Special Counsel to the debtor and debtor in possession (the "**Debtor**"), for the entry of an order pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, the *Order Granting Debtor's Application For Order Authorizing The Debtor To Employ*

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 1099 N. Meridian Street, Suite 800, Indianapolis, Indiana 46204.

1

*Miller Johnson As Special Counsel Pursuant To 11 U.S.C. § 327(a), Effective As Of The Petition Date* [Dkt. 189] and the *Order Granting Debtor's Motion For Entry Of Order Establishing Procedures For Interim Compensation And Reimbursement Of Professionals* [Dkt. 187] (the "**Interim Compensation Order**"); and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. the "**Third and Final Period**") (the relief requested therein; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Application should be GRANTED.

IT IS HEREBY ORDERED:

1. The Application is granted as set forth herein.

2. Compensation to Miller Johnson for professional services rendered beginning on December 5, 2018 through and including April 25, 2022 is allowed on a final basis in the amount of $2,466,991.20.

3. Reimbursement to Miller Johnson for expenses incurred beginning on December 5, 2018 through and including April 25, 2022 is allowed on a final basis in the amount of $74,379.21.

4. The Debtor is hereby directed to pay Miller Johnson fees allowed by this order which have not previously been paid, in the amount of $292,301.98 and expenses allowed by this Order which have not previously been paid in the amount of $3.75.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###