## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 7/8/2022 |
| Case: 18−09108−RLM−11 | Form ID: pdfOrder | Total: 113 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| aty | Abigail W Williams | awilliams@goodwin.com |
| aty | Adam Swingle | adam.swingle@whitecase.com |
| aty | Alex Cunny | acunny@manlystewart.com |
| aty | Andrew T Kight | akight@jhklegal.com |
| aty | Andrew Thomas Perry | aperry@fgppr.com |
| aty | Annemarie C Alonso | annie@sllawfirm.com |
| aty | Anthony J. Kochis | akochis@wolfsonbolton.com |
| aty | Anthony Thomas Carreri | acarreri@ofattorneys.com |
| aty | Bruce L. Kamplain | bkamplain@ncs−law.com |
| aty | Cameron Getto | cgetto@zausmer.com |
| aty | Carl N. Kunz, III | ckunz@morrisjames.com |
| aty | Carolyn Kubota | ckubota@cov.com |
| aty | Catherine L. Steege | csteege@jenner.com |
| aty | Charles D. Bullock | cbullock@sbplclaw.com |
| aty | Christine K Jacobson | cjacobson@jhklegal.com |
| aty | Christopher E. Kozak | ckozak@psrb.com |
| aty | Christopher F Graham | grahamc@whiteandwilliams.com |
| aty | David A Temple | dtemple@DSVlaw.com |
| aty | David J. Schwab | djschwab@rsslawoffices.com |
| aty | David M. Miller | dmiller@spencerfane.com |
| aty | Dean Panos | dpanos@jenner.com |
| aty | Deborah Caruso | dcaruso@rubin−levin.net |
| aty | Dianne Coffino | dcoffino@cov.com |
| aty | Douglas Gooding | dgooding@choate.com |
| aty | Douglas N. Candeub | dcandeub@morrisjames.com |
| aty | Elisabeth D'Agostino | edagostino@selmanlaw.com |
| aty | Elliot G. Crowder | ecrowder@sbplclaw.com |
| aty | Frances Gecker | fgecker@fgllp.com |
| aty | Gabriella B. Zahn−Bielski | gzahnbielski@cov.com |
| aty | Geoffrey M. Miller | geoffrey.miller@dentons.com |
| aty | George Calhoun | george@ifrahlaw.com |
| aty | George Plews | gplews@psrb.com |
| aty | Ginny L. Peterson | gpeterson@k−glaw.com |
| aty | Gregory Michael Gotwald | ggotwald@psrb.com |
| aty | Harley K Means | hkm@kgrlaw.com |
| aty | Heather Elizabeth Simpson | heather.simpson@kennedyslaw.com |
| aty | Heather M. Crockett | Heather.Crockett@atg.in.gov |
| aty | Igor Shleypak | ishleypak@fgppr.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | James I. Stang | jstang@pszjlaw.com |
| aty | James P Moloy | jmoloy@boselaw.com |
| aty | James Pio Ruggeri | jruggeri@ruggerilaw.com |
| aty | Jay Russell Sever | jay.sever@phelps.com |
| aty | Jeffrey A Hokanson | jeff.hokanson@icemiller.com |
| aty | Jesse Max Creed | creed@psb.law |
| aty | Joel H. Norton | jnorton@rsslawoffices.com |
| aty | John Cannizzaro | john.cannizzaro@icemiller.com |
| aty | John Manly | jmanly@manlystewart.com |
| aty | John McDonald | jmcdonald@taftlaw.com |
| aty | John Joseph Allman | jallman@hbkfirm.com |
| aty | John R. Humphrey | jhumphrey@taftlaw.com |
| aty | John Thomas Piggins | pigginsj@millerjohnson.com |
| aty | Jonathan Marshall | jmarshall@choate.com |
| aty | Jonathan Toren | jtoren@cozen.com |
| aty | Jonathan C Little | jon@sllawfirm.com |
| aty | Joseph L. Mulvey | joseph@mulveylawllc.com |
| aty | Joshua D Weinberg | jweinberg@ruggerilaw.com |
| aty | Keith Teel | kteel@cov.com |
| aty | Kenneth H. Brown | kbrown@pszjlaw.com |
| aty | Kevin P Kamraczewski | kevin@kevinklaw.com |
| aty | Kimberly Bedigian | kbedigian@sbplclaw.com |
| aty | Kimberly A. Dougherty | Kim@justicelc.com |
| aty | Laura A DuVall | Laura.Duvall@usdoj.gov |
| aty | Louis T. DeLucia | louis.delucia@icemiller.com |
| aty | Manvir Singh Grewal, Sr | mgrewal@4grewal.com |
| aty | Mark D. Stuaan | mark.stuaan@btlaw.com |
| aty | Martin Beeler | mbeeler@cov.com |
| aty | Megan A Bonanni | mbonanni@pittlawpc.com |

| | | |
|---|---|---|
| aty | Meka Moore | mmoore@selmanlaw.com |
| aty | Melissa M. Root | mroot@jenner.com |
| aty | Meredith R. Theisen | mtheisen@rubin–levin.net |
| aty | Micah R Krohn | mkrohn@fgllp.com |
| aty | Michael L Pitt | mpitt@pittlawpc.com |
| aty | Michael L. Ralph, Sr | mralph@rsslawoffices.com |
| aty | Michael L. Tuchin | mtuchin@ktbslaw.com |
| aty | Michael P. O'Neil | moneil@taftlaw.com |
| aty | Mitchell Aaron Kamin | mkamin@cov.com |
| aty | Patrick Maxcy | patrick.maxcy@dentons.com |
| aty | Peter D'Apice | dapice@sbep–law.com |
| aty | Phillip Alan Martin | pmartin@fmdlegal.com |
| aty | Ren–Ann A Wang | rwang@eckertseamans.com |
| aty | Robert Allard | rallard@cmalaw.net |
| aty | Robert Millner | robert.millner@dentons.com |
| aty | Robert J Pfister | rpfister@ktbslaw.com |
| aty | Ronald David Kent | ronald.kent@dentons.com |
| aty | Ronald J. Moore | Ronald.Moore@usdoj.gov |
| aty | Ronald Paltin Schiller | rschiller@hangley.com |
| aty | Samuel D. Hodson | shodson@taftlaw.com |
| aty | Sarah Lynn Fowler | sfowler@ofattorneys.com |
| aty | Sasha M. Gurvitz | sgurvitz@ktbslaw.com |
| aty | Sean T Devenney | sdevenney@dsvlaw.com |
| aty | Sommer Diane Luther | sluther@wagstafflawfirm.com |
| aty | Stephen Jay Peters | speters@kgrlaw.com |
| aty | Steven W Golden | sgolden@pszjlaw.com |
| aty | Susan Walker | susan.walker@dentons.com |
| aty | Susan N Gummow | sgummow@fgppr.com |
| aty | Syed Ali Saeed | ali@sllawfirm.com |
| aty | Thomas C Scherer | thomas.scherer@dentons.com |
| aty | Thomas E Patterson | tpatterson@ktbslaw.com |
| aty | Thomas R. Behm | trbehm@gmnp.com |
| aty | Todd F. Flood | tflood@floodlaw.com |
| aty | Vince W Finaldi | vfinaldi@manlystewart.com |
| aty | Wendy D Brewer | wbrewer@fmdlegal.com |
| aty | Weston Erick Overturf | wes@ofattorneys.com |
| aty | Whitney L Mosby | whitney.mosby@dentons.com |

TOTAL: 106

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | USA Gymnastics | 1099 N. Meridian St | Suite 800 | Indianapolis, IN 46204 | |
| intp | Curtis T. Hill, Jr. | IGCS – Fifth Floor | 302 W. Washington Street | Indianapolis, IN 46204 | |
| cr | Robin A Smith | 46 Chelmsworth Dr | Bella Vista, AR 72715 | | |
| cr | Cynthia Morano | 6511 W 59th Street | Chicago, IL 60638 | | |
| sp | Rubin & Levin, P.C. | 135 N Pennsylvania St Ste 1400 | Indianapolis, IN 46204 | | |
| sp | Miller Johnson | Attn: John T. Piggins | PO Box 306 | Grand Rapids, MI 49501–0306 | |
| intp | Omni Agent Solutions | 5955 De Soto Avenue | Suite 100 | Woodland Hills, CA 91367 | |

TOTAL: 7